## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A. TRUSTEE FOR THE REGISTERED HOLDERS OF SALOMON BROTHERS MORTGAGE SECURITIES VII, INC., MORTGAGE PASS-THROUGH CERTIFICATES | : : : : : : : | |
| | : | Case No.: 305CV1924 (CFD) |
| Plaintiff, | : : | |
| v. | : : | |
| MICHAEL KONOVER, KONOVER DEVELOPMENT CORP., KONOVER CONSTRUCTION CORP., KONOVER & ASSOCIATES, INC., BLACKBOARD, LLC AND RIPPLE, LLC | : : : : : : | |
| Defendants. | : | December 19, 2007 |

## MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), the defendants, Michael Konover, Konover Development Corp., Konover Construction Corp., Konover & Associates, Inc., Blackboard LLC and Ripple LLC, hereby move this Court for a protective order concerning various topics or areas of inquiry outlined in the civil subpoena and Rule 30 notice of deposition dated November 1, 2007, as amended by the amended notice of deposition dated November 29, 2007, issued to Kostin, Ruffkess & Company LLC by the plaintiff. The legal grounds supporting this motion are set forth in the Memorandum accompanying this Motion.

Dated at Farmington, Connecticut this 19th day of December, 2007.

Respectfully Submitted,

| | |
|---|---|
| **DEFENDANT,** <br> **KONOVER DEVELOPMENT CORP.** | **DEFENDANTS,** <br> **MICHAEL KONOVER, BLACKBOARD LLC, and RIPPLE, LLC** |
| By:  /s/ Mark S. Baldwin <br> Mark S. Baldwin (ct01363) <br> E-mail: mbaldwin@brownrudnick.com <br> Elizabeth T. Arana (ct23584) <br> E-mail: earana@brownrudnick.com <br> Stephen R. Klaffky (ct27037) <br> E-mail: sklaffky@brownrudnick.com <br> Brown Rudnick Berlack Israels LLP <br> CityPlace I, 38th Floor <br> 185 Asylum Street <br> Hartford, CT 06103 <br> Telephone: 860-509-6500 <br> Fax: 860-509-6501 | By:  /s/ Mark S. Shipman <br> Mark S. Shipman (ct02297) <br> E-mail: mark@shipso.com <br> Cheryl Gabes Rice (ct02587) <br> E-mail: crice@shipso.com <br> Robert A. Randich (ct01200) <br> E-mail: robert@shipso.com <br> Shipman, Sosensky, Randich & Marks, LLC <br> 135 South Road <br> Farmington, CT 06032 <br> Telephone: 860-606-1700 <br> Fax: 860-606-1770 |
| **DEFENDANT,** <br> **KONOVER & ASSOCIATES, INC.** | **DEFENDANT,** <br> **KONOVER CONSTRUCTION CORP.** |
| By:  /s/ James T. Shearin <br> James T. Shearin (ct01326) <br> E-mail: jtshearin@pullman.com <br> T. Scott Cowperthwait (ct26813) <br> E-mail: tscowperthwait@pullman.com <br> Pullman & Comley, LLC <br> 850 Main Street, P.O. Box 7006 <br> Bridgeport, CT 06601-7006 <br> Telephone: 203-330-2000 <br> Fax: 203-576-8888 | By:  /s/ Theodore J. Tucci <br> Theodore J. Tucci (ct05249) <br> E-mail: ttuccis@rc.com <br> Michael J. Kolosky (ct22686) <br> E-mail: mkolosky@rc.com <br> Robinson & Cole LLP <br> 280 Trumbull Street <br> Hartford, CT 06103-3597 <br> Tel: (860) 275-8200 <br> Fax: (860) 275-8299 |

## **CERTIFICATION OF SERVICE**

      I hereby certify that on December 19, 2007, a copy of foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system. The following counsel and/or parties have appeared in this case as of this date:

| | |
|---|---|
| John B. Nolan, Esq.<br>Erick M. Sandler, Esq.<br>Day Pitney LLP<br>242 Trumbull Street<br>Hartford, CT 06103<br>*(Counsel for the plaintiff)* | James T. Shearin, Esq.<br>T. Scott Cowperthwait, Esq.<br>Pullman & Comley, LLC<br>850 Main Street, P.O. Box 7006<br>Bridgeport, CT 06601-7006<br>*(Counsel for Konover & Associates, Inc.)* |
| Jeff Joyce, Esq.<br>Winstead P.C.<br>919 Milam Street<br>Suite 2400<br>Houston, TX 77002<br>*(Counsel for the plaintiff)* | Theodore J. Tucci, Esq.<br>Michael J. Kolosky, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>*(Counsel for Konover Construction Corporation)* |
| Mark Baldwin, Esq.<br>Elizabeth Arana, Esq.<br>Stephen Klaffky, Esq.<br>Brown Rudnick Berlack Israels LLP<br>CityPlace I<br>185 Asylum Street, 38th Floor<br>Hartford, CT 06103-3402<br>*(Counsel for Konover Development Corporation)* | |

                                          /s/ Cheryl Gabes Rice
                                          Cheryl Gabes Rice, Esq.