## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

_____ )
                                         )
WELLS FARGO BANK, N.A.,                   )
                                         )
              Plaintiff                  )    Case 3:05-cv-1924-AWT
                                         )
              v.                         )    November 26, 2012
                                         )
MICHAEL KONOVER,                          )
                                         )
              Defendant.                 )
_____ )

## DEFENDANT'S MOTION TO INVOKE THE RULE OF COMPLETENESS WITH RESPECT TO PLAINTIFF'S EXHIBIT 6A

Defendant Michael Konover hereby moves to require the introduction of additional material from the Maryland Court's findings of fact to clarify the context and meaning of certain of the Judicially Noticed Facts contained within Plaintiff's Exhibit 6A.

Defendant's memorandum of law in support of this motion is attached.


Respectfully submitted,

*/s/ William J. Murphy*
William J. Murphy (phv02662)
Conor B. O'Croinin (phv03232)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202-1031
Tel: (410) 949-1146
Fax: (410) 659-0436
wmurphy@zuckerman.com
cocroinin@zuckerman.com

*/s/ James T. Shearin*
James T. Shearin (ct01326)
Steven J. Stafstrom, Jr. (ct27907)
PULLMAN & COMLEY, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: (203) 330-2000
Facsimile: (203) 576-8888
jtshearin@pullcom.com
sstafstrom@pullcom.com

*/s/ Mark S. Baldwin*
Mark S. Baldwin (ct01363)
Stephen R. Klaffky (ct27037)
BROWN RUDNICK LLP
CityPlace I, 38th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 509-6500
Facsimile : (860) 509-6501
mbaldwin@brownrudnick.com
sklaffky@brownrudnick.com

2

<u>**CERTIFICATION**</u>

I hereby certify that on November 26, 2012, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Conor B. O'Croinin*
Conor B. O'Croinin

3941526.1