IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v.  ) | Case 3:05-cv-1924-AWT |
| ) | |
| ) | |
| MICHAEL KONOVER, ) | December 6, 2012 |
| ) | |
| Defendant. ) | |
| _____  ) | |

## DEFENDANT'S REBUTTAL DESIGNATIONS

In conformance with the Joint Trial Memorandum, in which both parties specifically "reserve[d] [the] right to designate additional deposition and trial excerpts for rebuttal or impeachment purposes," *see* Document 829-13 (Plaintiff's Deposition Designations) at 1 & Document 829-14 (Defendant's Deposition Designations) at 1, Defendant Michael Konover hereby designates the following excerpts from the following witness depositions for purposes of rebuttal.

Defendant will offer these designations to rebut Plaintiff's recent suggestion that persons in control of the Maryland litigation took steps to persuade witnesses not to reveal that there had been a transfer of the leasing personnel from Konover Management Corporation to Konover Development Corporation and/or that Konover Management Corporation's business had been reduced sharply as a result of the Portfolio Sale.   *See, e.g.*, Transcript Vol. XVIII, Pages 4229-34 ("Q. [D]id somebody suggest to you . . . Ms. Whitney [that] Susan [had] Larkin represented to

3469655.1

the lender that there was leasing revenue and management revenue that was generated by Konover Management [so] don't let on that leasing is gone.").

The following deposition designations – taken in 2004 by Plaintiff's counsel in the Maryland Action – prove that several witnesses in the Maryland Action disclosed to Plaintiff's counsel in 2004, that the leasing department personnel had been moved from Konover Management Corporation to Konover Development Corporation in 2000, and that following this transfer of leasing personnel, "Konover Management Corporation would then focus exclusively on the management of the portfolio at that time."  Smith Designation 8.  In addition, several witnesses testified in the Maryland Action about the details of the Portfolio Sale and made it clear to Plaintiff  that as a result of the Portfolio Sale, KMC's management business had been reduced dramatically.

## I. REBUTTAL DESIGNATIONS

A.     Alan E. Smith - February 25, 2004 Maryland Deposition:

    1.     Page 2, Line 17 – Page 2, Line 18

    2.     Page 3, Line 1 – Page 3, Line 9

    3.     Page 4, Line 9 – Page 4, Line 14

    4.     Page 4, Line 19 – Page 4, Line 20

    5.     Page 5, Line 2 – Page 5, Line 4

    6.     Page 6, Line 6 – Page 7, Line 6

    7.     Page 8, Line 4 – Page 8, Line 9

    8.     Page 10, Line 16 – Page 13, Line 4

       9.       Page 20, Line 6 – Page 21, Line 21

      10.     Page 22, Line 4 – Page 22, Line 12

      11.     Page 22, Line 15 – Page 23, Line 20

      12.     Page 24, Line 12 – Page 25, Line 11

      13.     Page 80, Line 15 – Page 80, Line 19

      14.     Page 113, Line 7 – Page 114, Line 4

      15.     Page 132, Line 6 – Page 133, Line 21

B.     <u>Pat Roche – February 25, 2004 Maryland Deposition</u>:

      1.      Page 1, Line 7 – Page 1, Line 12

      2.      Page 2, Line 20 – Page 2, Line 21

      3.      Page 3, Line 1 – Page 3, Line 9

      4.      Page 3, Line 17 – Page 4, Line 3

      5.      Page 4, Line 8 – Page 4, Line 14

      6.      Page 8, Line 15 – Page 9, Line 14

Respectfully submitted,

<div style="display: flex;">

*/s/ William J. Murphy*
William J. Murphy (phv02662)
Conor B. O'Croinin (phv03232)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202-1031
Tel: (410) 949-1146
Fax: (410) 659-0436
wmurphy@zuckerman.com
cocroinin@zuckerman.com

*/s/ James T. Shearin*
James T. Shearin (ct01326)
Steven J. Stafstrom, Jr. (ct27907)
PULLMAN & COMLEY, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: (203) 330-2000
Facsimile: (203) 576-8888
jtshearin@pullcom.com
sstafstrom@pullcom.com

</div>

*/s/ Mark S. Baldwin*
Mark S. Baldwin (ct01363)
Stephen R. Klaffky (ct27037)
BROWN RUDNICK LLP
CityPlace I, 38th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 509-6500
Facsimile : (860) 509-6501
mbaldwin@brownrudnick.com
sklaffky@brownrudnick.com

3469655.1

## CERTIFICATION

I hereby certify that on December 6, 2012, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Conor B. O'Croinin*
Conor B. O'Croinin