UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X
WELLS FARGO BANK, N.A., :
:
       Plaintiff, :
:
v. : Civ. No. 3:05CV1924(AWT)
:
MICHAEL KONOVER, :
:
       Defendant. :
:
------------------------------------X

FILED
2012 DEC 14 P 7:17

## VERDICT FORM

WE THE JURY UNANIMOUSLY FIND AS FOLLOWS:

**PART I.**  **First Count - Instrumentality Rule**

    Has the plaintiff, Wells Fargo Bank, N.A., proven by a preponderance of the evidence that the defendant, Michael Konover, is jointly and severally liable, under the instrumentality rule, with Konover Management Corporation for the judgment entered by the Maryland court for breach of the guarantee agreement?

    __X__ YES

    _____ NO

(Proceed to Part II.)

**PART II.**  **Second Count - Identity Rule**

    Has the plaintiff, Wells Fargo Bank, N.A., proven by a preponderance of the evidence that the defendant, Michael Konover, is jointly and severally liable, under the identity rule, with Konover Management Corporation for the judgment entered by the Maryland court for breach of the guarantee agreement?

    __X__ YES

    _____ NO

(Proceed to Part III.)

### III. <u>If No Liability</u>

If you answered "No" in both Parts I and II, proceed to Part V. Otherwise, proceed to Part IV.

### IV. <u>Punitive Damages</u>

Has the plaintiff, Wells Fargo Bank, N.A., proven by a preponderance of the evidence that punitive damages should be awarded against the defendant, Michael Konover, because of reckless indifference by him to the rights of others or intentionally wanton violation by him of those rights?

    __X__ YES

    _____ NO

(Proceed to Part V.)

### V. You have now completed your deliberations. Please sign and date this form.

Dated at Hartford, Connecticut, this __14__ day of December, 2012 at __3:17__ a.m./p.m.



_____
FOREPERSON