# Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
## SUMMARY OF ATTORNEYS FEES AND EXPENSES
## WINSTEAD, PC
Submitted through February 15, 2013 (Revised February 19, 2013)

| Mth/yr | Fees | Expenses | Total | Hours |
|---|---|---|---|---|
| Dec 05 | $4,338.50 | $40.72 | $4,379.22 | 12.80 |
| Jan 06 | $1,417.50 | $62.15 | $1,479.65 | 2.70 |
| Feb 06 | $13,665.00 | $326.22 | $13,991.22 | 54.00 |
| Mar 06 | $17,716.00 | $403.78 | $18,119.78 | 71.80 |
| Apr 06 | $2,974.50 | $84.47 | $3,058.97 | 11.70 |
| May 06 | $0.00 | $0.00 | $0.00 | 0.00 |
| Jun 06 | $25,961.00 | $1,080.28 | $27,041.28 | 105.40 |
| Jul 06 | $30,948.00 | $690.28 | $31,638.28 | 156.70 |
| Aug 06 | $39,695.50 | $8,636.15 | $48,331.65 | 170.50 |
| Sep 06 | $4,805.50 | $362.52 | $5,168.02 | 19.10 |
| Oct 06 | $15,110.00 | $1,113.22 | $16,223.22 | 59.00 |
| Nov 06 | $7,428.00 | $1,078.22 | $8,506.22 | 27.40 |
| Dec 06 | $12,531.00 | $995.37 | $13,526.37 | 42.00 |
| Jan 07 | $1,895.00 | $64.93 | $1,959.93 | 4.30 |
| Feb 07 | $2,194.50 | $305.86 | $2,500.36 | 7.60 |
| Mar 07 | $15,266.00 | $886.65 | $16,152.65 | 54.50 |
| Apr 07 | $42,576.00 | $418.52 | $42,994.52 | 154.90 |
| May 07 | $80,483.50 | $1,907.71 | $82,391.21 | 270.90 |
| Jun 07 | $55,203.00 | $4,310.47 | $59,513.47 | 168.70 |
| Jul 07 | $35,493.50 | $1,324.39 | $36,817.89 | 136.80 |
| Aug 07 | $36,512.50 | $5,107.07 | $41,619.57 | 136.30 |
| Sep 07 | $30,960.50 | $1,075.18 | $32,035.68 | 107.90 |
| Oct 07 | $58,438.50 | $1,794.57 | $60,233.07 | 186.50 |
| Nov 07 | $95,791.50 | $1,836.68 | $97,628.18 | 346.60 |
| Dec 07 | $53,086.00 | $2,347.42 | $55,433.42 | 231.60 |
| Jan 08 | $34,992.00 | $4,883.29 | $39,875.29 | 116.90 |
| Feb 08 | $31,504.00 | $2,344.45 | $33,848.45 | 125.40 |
| Mar 08 | $49,574.00 | $1,580.26 | $51,154.26 | 219.00 |
| Apr 08 | $35,021.00 | $2,208.97 | $37,229.97 | 157.20 |
| May 08 | $43,602.50 | $1,496.94 | $45,099.44 | 206.60 |
| Jun 08 | $39,900.00 | $1,156.34 | $41,056.34 | 157.40 |
| Jul 08 | $65,814.50 | $1,796.84 | $67,611.34 | 246.00 |
| Aug 08 | $44,535.00 | $745.52 | $45,280.52 | 188.90 |
| Sep 08 | $39,727.00 | $1,683.47 | $41,410.47 | 140.20 |
| Oct 08 | $20,050.50 | $3,222.55 | $23,273.05 | 91.70 |
| Nov 08 | $7,808.00 | $711.29 | $8,519.29 | 36.60 |
| Dec 08 | $5,881.00 | $548.35 | $6,429.35 | 26.60 |
| Jan 09 | $13,167.50 | $841.73 | $14,009.23 | 66.70 |

## Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
## SUMMARY OF ATTORNEYS FEES AND EXPENSES
## WINSTEAD, PC
Submitted through February 15, 2013 (Revised February 19, 2013)

| | | | | |
|---|---|---|---|---|
| Feb 09 | $8,627.50 | $1,168.67 | $9,796.17 | 45.30 |
| Mar 09 | $712.50 | $29.54 | $742.04 | 2.50 |
| Apr 09 | $3,078.00 | $14.85 | $3,092.85 | 10.80 |
| May 09 | $3,847.50 | $25.02 | $3,872.52 | 13.50 |
| Jun 09 | $4,358.00 | $84.76 | $4,442.76 | 16.20 |
| Jul 09 | $2,935.50 | $4.50 | $2,940.00 | 10.30 |
| Aug 09 | $1,396.50 | $2.04 | $1,398.54 | 4.90 |
| Sep 09 | $1,054.50 | $45.81 | $1,100.31 | 3.70 |
| Oct 09 | $171.00 | $53.04 | $224.04 | 0.60 |
| Nov 09 | $0.00 | $0.00 | $0.00 | 0.00 |
| Dec 09 | $387.50 | $0.00 | $387.50 | 2.50 |
| Jan 10 | $510.50 | $0.00 | $510.50 | 2.50 |
| Feb 10 | $132.00 | $0.00 | $132.00 | 0.80 |
| Mar 10 | $171.00 | $0.00 | $171.00 | 0.60 |
| Totals | $1,143,450.00 | $60,901.06 | **$1,204,351.06** | 4433.10 |

WFB-MK641821