# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | | |
|---|---|---|
| Requestor: | acampbell | Batch Control #: BATCH001514 |
| Vendor Name: | WINSTEAD, SECHREST & MINICK, PC | Vendor #: 02630 |
| Invoice No.: | 1052328 | Invoice Date: 04/19/2006 |

| 190000295 | 0 | Both | (36) Legal Fees | S | Loan | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $4,379.22 |
|---|---|---|---|---|---|---|---|---|

$4,379.22

Dix P.F.

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: D. Goldrick — See Attached

Add'l Approval: M. Oakes — Date: 1/25/06
Add'l Approval: J. Yarckin — Date: 2/21/06
Add'l Approval: Ouc legal — Date: 2/22/8
Add'l Approval:

Page 1 of 1

WFB-MK639218

WINSTEAD SECHREST & MINICK P.C.
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS    75270-2199

TAX I.D. #75-2404691


| | |
|---|---|
| ORIX CAPITAL MARKETS, LLC | INVOICE #:           1052328 |
| REAL ESTATE GROUP | INVOICE DATE: JANUARY 19, 2006 |
| 1717 MAIN STREET | CLIENT #:              23633 |
| SUITE 900 | MATTER #:                 45 |
| DALLAS, TX  75201 | BILLING ATTORNEY:    JLJ |
| ATTN: MR. DOUG GOLDRICK | |

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2005

   FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 12/01/05 | PS | .30 | Teleconference with M. Luger re new Connecticut and Maryland lawsuits. |
| 12/02/05 | PS | .60 | Review and revise draft complaint and follow-up correspondence with Connecticut trial team re same. |
| 12/02/05 | JLJ | .30 | Telephone conference call between Jeff Joyce, Don Proctor and Sarah Longson regarding impact and potential impact of Diamond Point Phase II lawsuit on confirmation of foreclosure sale. |
| 12/02/05 | JLJ | .40 | Telephone conference between Jeff Joyce and Doug Goldrick to review Diamond Point Phase II litigation and potential impact on debt collection and to discuss CBRE issues. |
| 12/02/05 | JLJ | .40 | Telephone conference involving Jeff Joyce, Don Proctor and Sarah Longson to pursue prompt order confirming foreclosure sale and impact on responsibilities of CBRE in litigation. |
| 12/05/05 | JLJ | .40 | Telephone conference with Jay Nolan to update him on status of matters in Maryland. |
| 12/06/05 | JLJ | .30 | (Konover case) Review revised complaint and issues raised by Jay Nolan and telephone conference with Jay Nolan regarding same. |

**WFB-MK639219**

WINSTEAD SECHREST & MINICK P.C.
INVOICE DATE: JANUARY 19, 2006
INVOICE # :             1052328
PAGE #                        2

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 12/07/05 | PS | .10 | Call to M. Luger re Connecticut lawsuit. |
| 12/07/05 | JLJ | .70 | (Konover) Review and revise amended complaint; provide comments to Paul Simon. |
| 12/08/05 | PS | 1.00 | Extended teleconference with J. Joyce, J. Nolan and D. Goldrick re modifications to complaint. |
| 12/08/05 | PS | 1.80 | Prepare two revisions to draft complaint and forward same to Connecticut trial team. |
| 12/08/05 | JLJ | .20 | (Konover) Coordination of meeting among Jeff Joyce, Doug Goldrick, Paul Simon and Jay Nolan. |
| 12/08/05 | JLJ | 1.20 | Telephone conference call meeting among Jeff Joyce, Doug Goldrick, Paul Simon and Jay Nolan to review draft complaint and discuss revisions to same and coordination of filing after communications with Wells Fargo. |
| 12/08/05 | JLJ | .30 | Review amended complaint in light of comments from Jay Nolan. (Konover) |
| 12/12/05 | PS | 1.60 | Review and revise complaint and forward same to J. Nolan with comments. |
| 12/12/05 | PS | .20 | Correspondence with J. Joyce and follow-up teleconference with J. Nolan re draft complaint. |
| 12/13/05 | PS | 1.20 | Review and revise complaint and follow-up correspondence with Connecticut trial team re same. |
| 12/13/05 | PS | 1.20 | Review statute and prepare affidavits for J. Joyce and self for admission pro hac vice in Connecticut. |
| 12/13/05 | JLJ | .30 | (Konover) Telephone conference with Jay Nolan confirming final details for filing action against Michael Konover. |
| 12/16/05 | PS | .10 | Follow-up re filing of new lawsuit in Connecticut. |
| 12/21/05 | JLJ | .20 | (Konover) Attention to scheduling answer date for Michael Konover. |

WFB-MK639220

WINSTEAD SECHREST & MINICK   P.C.
INVOICE DATE: JANUARY 19, 2006
INVOICE # :           1052328
PAGE #                      3

TOTAL FEES :                                                        $ 4,338.50

TIME SUMMARY

| NAME | HOURS | RATE | TOTALS |
|---|---|---|---|
| Jeffrey L. Joyce | 4.70 | 475.00 | 2,232.50 |
| Paul Simon | 8.10 | 260.00 | 2,106.00 |
| SUMMARY TOTALS: | 12.80 |  | $ 4,338.50 |

EXPENSES :

    Reproduction Costs                                              10.62
    Long Distance Charges                                           30.10

TOTAL EXPENSES :                                                    $ 40.72


TOTAL AMOUNT DUE:          DUE UPON RECEIPT            $ 4,379.22

OK to pay from cc
OK to pay from copy.

INVOICE APPROVED BY:
DATE: 1/20/06
EXPENSE TYPE: Legal
SERVICING: LOAN  REO  DEF
REIMB BY:  B   BA   NONREIMB
LOAN NO.: 190-275
POOL NAME:

WFB-MK639221