# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

Requestor: acampbell /QL/

Vendor Name: WINSTEAD, SECHREST & MINICK, PC

Invoice No.: 1056246

Batch Control #: BATCH001514

Vendor #: 02630

Invoice Date: 02/08/2006

| 190000295 | 0 | Both | (36) Legal Fees | S | Loan | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,479.65 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $1,479.65 |

Dia Pt

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: Goldwick (Glass Val) See Attached

Add'l Approval: M Parker;

Add'l Approval: J Herdein;

Add'l Approval:

Add'l Approval:

Add'l Approval:

Date: 2/24/06

Date: 2/23/06

WFB-MK639222

WINSTEAD SECHREST & MINICK P.C.
5400  RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS    75270-2199

TAX I.D. #75-2404691

ORIX CAPITAL MARKETS, LLC
REAL ESTATE GROUP
1717 MAIN STREET
SUITE 900
DALLAS, TX  75201
ATTN: MR. DOUG GOLDRICK

| | |
|---|---|
| INVOICE #: | 1056246 |
| INVOICE DATE: | FEBRUARY 8, 2006 |
| CLIENT #: | 23633 |
| MATTER #: | 45 |
| BILLING ATTORNEY: | JLJ |

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2006

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 1/03/06 | JLJ | .40 | Telephone conference with Jay Nolan regarding status of case schedule and judgment domestication. |
| 1/24/06 | JLJ | .50 | Telephone conference call with Jay Nolan regarding various prejudgment activities to secure attachment or injunction. |
| 1/24/06 | JLJ | .30 | Email follow-up of outstanding items to be accomplished and regarding assistance by Don Proctor with respect to Maryland law. |
| 1/24/06 | JLJ | .20 | Telephone conference with Doug Goldrick regarding case status and plans for pursuit of various issues. |
| 1/31/06 | JLJ | .30 | Review Connecticut attachment statutes in preparation for conference call with Jay Nolan. |
| 1/31/06 | JLJ | .50 | Telephone conference with Jay Nolan regarding plan for proceeding with pre-judgment attachment. |
| 1/31/06 | JLJ | .50 | Email communication to ORIX team to ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

TOTAL FEES :                                              $ 1,417.50

WFB-MK639223

TIME SUMMARY

| NAME | HOURS | RATE | TOTALS |
|------|-------|------|--------|
| Jeffrey L. Joyce | 2.70 | 525.00 | 1,417.50 |
| SUMMARY TOTALS: | 2.70 | | $ 1,417.50 |

EXPENSES :

| 1/24/06 | Advance for Filing Fees Certificate of Good Standing - Jeff Joyce - for Pro Hac Vice - Connecticut | 10.00 |
|---------|------|-------|
| | Long Distance Charges | 23.45 |
| | Federal Express | 13.04 |
| | Reproduction Costs | 15.66 |

TOTAL EXPENSES :                                    $ 62.15

TOTAL AMOUNT DUE:
                    DUE UPON RECEIPT                $ 1,479.65

INVOICE APPROVED BY:
DATE: 2/14/06
EXPENSE TYPE:
SERVICING:      LOAN          REO      DEF
REIMB BY:  B  T  BT      NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK639224

hhfax

12:16:50
WFB-MK639225.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: acampbell *Qu*
Vendor Name: WINSTEAD, SECHREST & MINICK, PC
Invoice No.: 1063600

Batch Control #: BATCH001514
Vendor #: 02630
Invoice Date: 03/08/2006

190000295    0  -  Both    S    Loan    13059 - CRG20 - 00176    (36) Legal Fees

*Dia.Pt.*

SALOMON 2000-C2

$14,248.87

$14,248.87

$-257.65$

$8,399.22$

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

Manager's Approval: B.Glassie :
Add'l Approval: M. Palco :
Add'l Approval: J.Yarckin.
Add'l Approval: Our Legal:
Add'l Approval:
Add'l Approval:

Date: 3/16/06
Date: 3/16/06
3/17/06

WFB-MK639225

WINSTEAD SECHREST & MINICK P.C.
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS 75270-2199

TAX I.D. #75-2404691

ORIX CAPITAL MARKETS, LLC
REAL ESTATE GROUP
1717 MAIN STREET
SUITE 900
DALLAS, TX 75201
ATTN: MR. DOUG GOLDRICK

INVOICE #: 1063600
INVOICE DATE: MARCH 8, 2006
CLIENT #: 23633
MATTER #: 45
BILLING ATTORNEY: JLJ

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2006

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 2/01/06 | AJS | .10 | Pulling statutes on pre-judgment remedies and attachment. |
| 2/02/06 | AJS | 3.20 | Researching case law on Connecticut statute providing for prejudgment remedies and attachment to determine the willingness of Connecticut courts to award such a remedy. |
| 2/06/06 | JLJ | .30 | Email communications with Jay Nolan regarding attachment papers. |
| 2/07/06 | AJS | 4.50 | Analyze the willingness of Connecticut courts to use pre-judgment remedies and attachment with Jeff Joyce; Strategy and planning session with Jeff Joyce and Doug Goldrick regarding Goldrick's affidavit for use in the pre-judgment remedy proceedings; Analyze the existing affidavit, findings of fact and judgments of the Maryland cases; Contact Margaret McKee with regards to compiling official copies of the multiple findings of fact and judgments from the Maryland case; Analyze and compare the affidavit to the findings of fact in order to create support for Goldrick's assertions in his affidavit. |
| 2/07/06 | JLJ | .30 | Conference between Jeff Joyce and Andrew Schumacher regarding review of Connecticut cases and treatment of pre-judgment attachment and remedies. |

WFB-MK639226

DATE    ATTY HOURS DESCRIPTION OF SERVICES

2/07/06 JLJ    .30 Reviewed draft of pre-judgment attachment papers.

2/07/06 JLJ    .60 Telephone conference with Jay Nolan regarding
                   comments on draft papers and process for detailed
                   review of Doug Goldrick affidavit.

2/07/06 JLJ   1.00 Conference involving Jeff Joyce and Andrew
                   Schumacher to provide additional background
                   information on case and outline matters to be
                   included in Doug Goldrick affidavit in support of
                   prejudgment attachment and attention to gathering
                   documents for that procedure.

2/07/06 JLJ    .30 Telephone conference among Jeff Joyce, Doug
                   Goldrick and Andrew Schumacher regarding process
                   for finalizing affidavit.

2/07/06 JLJ    .30 Email communication with ORIX team regarding
                   ████████████████████████████████.

2/08/06 AJS   9.60 Coordinate with Judy Jackson to get a copy of the
                   Maryland Court's "Amended Findings of Fact.";
                   Revise Doug Goldrick affidavit to include
                   citations to the Final Judgment, Amended Judgment
                   Findings of Fact, Amended Findings of Fact, and
                   Second Amended Findings of Fact; Analyze the
                   status of the Doug Goldrick affidavit with Jeff
                   Joyce; Analyzing and reviewing the Konover
                   deposition taken after the Maryland Trial;
                   Analyze and review the Ainsworth deposition taken
                   after the Maryland Trial; Analyze Konover and
                   Ainsworth depositions and comparing deposition
                   testimony to assertions made in Goldrick
                   Affidavit; Revise and amend affidavit to include
                   citations to the depositions of James Ainsworth
                   and Michel Konover.

2/08/06 JLJ    .30 Office conference between Jeff Joyce and Andrew
                   Schumacher regarding Doug Goldrick affidavit.

2/08/06 JLJ    .30 Review draft affidavit prepared by Andrew
                   Schumacher.

2/09/06 AJS   7.00 Analyze deposition and compare testimony to
                   assertions made in Goldrick Affidavit; Revise and
                   amend affidavit to include citations to the
                   depositions of James Ainsworth and Michel

WFB-MK639227

DATE    ATTY HOURS DESCRIPTION OF SERVICES

Konover.

2/09/06 JLJ    .30  Telephone conference with Don Proctor regarding
                    forwarding of payoff information to Jay Nolan.

2/10/06 AJS  5.40  Creat non-redlined version of the Goldrick
                    affidavit and sending the clean version of the
                    affidavit to Doug Goldrick; Revise signature
                    block of Goldrick affidavit and sending copy to
                    Doug Goldrick; Contact John Nolan regarding the
                    affidavit and deposition experts; Compile
                    deposition excerpts and exhibits used in the
                    Goldrick affidavit; Analyze the Goldrick
                    Affidavit and damage model with Jeff Joyce, Jay
                    Nolan and Doug Goldrick; Revise the Goldrick
                    Affidavit to conform with discussion from
                    conference call; Organize and compile the
                    Ainsworth deposition excerpts used in the
                    Goldrick Affidavit; Analyze and revise changes
                    made to the Goldrick Affidavit with Jeff Joyce;
                    phone call with Brittany Glassie regarding ███
                    ███████████████████████████████████ Revise
                    Goldrick Affidavit to correspond with new
                    indebtedness numbers in Brittany Glassie's
                    worksheet and adding language so affidavit
                    corresponds with Amended Statement of Mortgage
                    Indebtedness filed previously.

2/10/06 JLJ    .80  Review revised affidavit and payoff information.

2/10/06 JLJ    .40  Telephone conference call with Doug Goldrick
                    regarding affidavit revision  and execution.

2/10/06 JLJ    .40  Telephone conference call involving Jeff Joyce,
                    Doug Goldrick and Jay Nolan regarding logistics
                    for filing attachment papers.

2/13/06 AJS    .30  Revise Goldrick affidavit to include changes by
                    Brittany Glassie; Correspond with Doug Goldrick
                    and Jeff Joyce regarding the status of the
                    affidavit.

2/14/06 AJS  4.90  Revise the Goldrick affidavit to include changes
                    made by Jay Nolan and Jeff Joyce; Phone calls
                    with Erick Sandler regarding the deposition
                    excepts and changes made by Jay Nolan; Phone
                    calls with Brittany Glassie regarding ███████████

WFB-MK639228

DATE    ATTY HOURS DESCRIPTION OF SERVICES

██████████ █ ████████████████████████ ; Conference
call analyzing the Goldrick affidavit with Jeff
Joyce, Jay Nolan, Erick Sandler and Sarah
Longson; Conference call with Jeff Joyce and Doug
Goldrick updating Doug Goldrick on the status of
his affidavit; Analyze the affidavit and
necessary changes with Jeff Joyce.  Call from
Eric regarding Ainsworth Deposition excerpts

2/14/06 JLJ    .20 Telephone conference with Jay Nolan regarding
                   coordination of filing attachment papers.

2/14/06 JLJ    .30 Conference between Jeff Joyce and Andrew
                   Schumacher regarding affidavit edits and payoff
                   information updates in light of order confirming
                   foreclosure sale.

2/14/06 JLJ    .40 Review affidavit revisions.

2/14/06 JLJ    .50 Conference involving Jeff Joyce, Andrew
                   Schumacher and Jay Nolan regarding revisions to
                   attachment papers.

2/14/06 JLJ    .30 Telephone conference between Jeff Joyce and Doug
                   Goldrick regarding plan for finalizing and filing
                   attachment papers.

2/15/06 AJS   2.00 Correspond with Erick Sandler regarding
                   Ainsworth's deposition excerpts and a signature
                   page; Conference call with Don Proctor and Meg
                   McKee analyzing what interest in DPPII was
                   transferred by KMC to Blackboard and what
                   documents can be used to support this assertion
                   for the Goldrick Affidavit; Revise Goldrick
                   Affidavit to mirror business inquiry on CONCORD
                   website showing KMC was managing principal of
                   DPPII; Review and Revise the Goldrick Affidavit
                   to include changes made by Jay Nolan and Jeff
                   Joyce; Correspond with Erick Sandler, Brittany
                   Glassie and Sarah Longson regarding ████████
                   ████████████████████████████████

2/16/06 AJS   3.70 Revising Goldrick Affidavit to include changes
                   from Brittany Glassie, Erick Sandler and Sarah
                   Longson;  Conference call with Sarah Longson
                   regarding the title costs to be included in
                   Exhibit 1 of the Goldrick Affidavit; Conference
                   call with Brittany Glassie regarding ████████

WFB-MK639229

DATE    ATTY HOURS DESCRIPTION OF SERVICES

████████████; Conference call with Erick Sandler
analyzing exhibits and other changes necessary to
the Goldrick affidavit before filing;  Revising
Goldrick Affidavit with changes made by Erick
Sandler and Brittany Glassie;  Conference call
with Sarah Longson regarding the title costs and
analyzing whether they can be included in the
Goldrick affidavit; Conference call with Erick
Sandler regarding Jay Nolan's changes; Revising
the Goldrick Affidavit with the changes requested
by Jay Nolan; Conference call with Brittany
Glassie regarding Exhibit 1 ████████████
████████████ Updating the
Goldrick Affidavit with the numbers from Exhibit
1; Updating Jeff Joyce on the status of the
Goldrick Affidavit; Sending the Goldrick
affidavit to Doug Goldrick for his signature;
Conference call with Erick Sandler regarding what
credits from Exhibit 1 are provisional and
therefore should be part of the Prejudgment
Attachment Application moving papers;  Analyzing
changes made to the Goldrick Affidavit with Jeff
Joyce; Follow up phone calls to Doug Goldrick
regarding the filing of the Goldrick Affidavit.

2/16/06 JLJ    .30 Office conference between Jeff Joyce and Andrew
                   Schumacher regarding finalizing Doug Goldrick
                   affidavit for filing application for pre-judgment
                   remedies.

2/17/06  AJS  1.20 Analyze the language in the Goldrick Affidavit
                   looking for instances where the assertions do not
                   completely match up with our support; Call with
                   Doug Goldrick regarding changes he would like
                   made to the affidavit and options for filing;
                   Revising the Goldrick Affidavit to include the
                   changes requested by Doug Goldrick; Relettering
                   the exhibits in the Goldrick affidavit; Forward
                   the signed Goldrick Affidavit to Jay Nolan;
                   Corresponding with Erick Sandler regarding the
                   filing of the Prejudgment Remedy Application.

2/17/06 JLJ    .30 Telephone conference with Erick Sandler and
                   attention to filing attachment papers.

2/20/06 JLJ    .20 Telephone call to Erick Sandler and Jay Nolan's
                   office to confirm filing of attachment papers and

WFB-MK639230

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                    for case update.

2/21/06  AJS    .20 Print and scan a copy of the Goldrick affidavit;
                    Forward a PDF version of the Goldrick affidavit
                    to Doug Goldrick.

2/23/06  JLJ    .40 Telephone conference with Jay Nolan regarding
                    background on various ORIX issues and plan for
                    briefing expected motion to dismiss.

2/24/06  JLJ    .50 Reviewed portions of motion to dismiss briefs
                    filed by Defendants and noted response points.

2/27/06  AJS    .10 Analyzing and identifying Konover filings
                    forwarded by the Connecticut Court.

2/27/06  JLJ    .50 Review motion to dismiss briefing filed by
                    Konover parties and note areas for response and
                    follow up.

2/28/06  AJS   2.30 Analyze the issue of abstention brought up in
                    opponents federal brief with Jeff Joyce; Analyze
                    and research the Wright-Miller Federal Practice
                    and Procedure on the issue of abstention.


        TOTAL FEES :                                    $ 13,665.00



                        TIME SUMMARY


NAME                              HOURS    RATE      TOTALS

Jeffrey L. Joyce                   9.50   525.00    4,987.50
Andrew J. Schumacher              44.50   195.00    8,677.50

                  SUMMARY TOTALS:  54.00            $ 13,665.00

WFB-MK639231

EXPENSES :

        Courier Depot Delivery                    16.20
        Westlaw Research                         212.65
        Secretarial Overtime                      45.00
        Long Distance Charges                     59.82
        Reproduction Costs                       250.20

TOTAL EXPENSES :                              $ 583.87


TOTAL AMOUNT DUE:
                    DUE UPON RECEIPT          $ 14,248.87





WFB-MK639232

# hhfax

12:16:51
WFB-MK639233.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

Requestor: acampbell

Vendor Name: WINSTEAD, SECHREST & MINICK, PC

Invoice No.: 1090052

Batch Control #: BATCH001514

Vendor #: 02830

Invoice Date: 04/12/2006

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2006-C2 | $18,119.78 |

$18,119.78

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

Manager's Approval: D. Glazier

Add'l Approval: M. Ricks

Add'l Approval: L. Yarekin

Add'l Approval: ORIX Legal E. Daane 5/5/06

Add'l Approval: E. Daane Daane 5/5/06    Date: 4/30/06

Add'l Approval:    Date: 5/2/06

WFB-MK639233

WINSTEAD SECHREST & MINICK P.C.
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS 75270-2199

TAX I.D. #75-2404691

ORIX CAPITAL MARKETS, LLC                INVOICE #:        1090052
REAL ESTATE GROUP                        INVOICE DATE: APRIL 12, 2006
1717 MAIN STREET                         CLIENT #:           23633
SUITE 900                                MATTER #:              45
DALLAS, TX 75201                         BILLING ATTORNEY:    JLJ
ATTN: MR. DOUG GOLDRICK

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MARCH 31, 2006

        FEES:

DATE     ATTY HOURS  DESCRIPTION OF SERVICES

3/01/06  AJS   6.30  Research and analyze cases regarding abstention
                     and its application under the Colorado River
                     Doctrine.

3/01/06  JLJ    .50  Telephone conference call with Jay Nolan to
                     discuss response to motions to dismiss.

3/01/06  JLJ    .30  Office conference between Jeff Joyce and Andrew
                     Schumacher regarding background research.

3/01/06  JLJ    .30  Review main case cited in Konover parties' motion
                     to dismiss and note areas for follow up.

3/02/06  AJS    .50  Review and analyze case law on the Colorado River
                     Abstention Doctrine.

3/02/06  AJS    .30  Conference with Jeff Joyce to discuss issues
                     presented in motion to dismiss and/or stay.

3/02/06  AJS   2.50  Review cases cited in motions to dismiss and/or
                     stay in order to prepare response to motion to
                     dismiss and/or stay.

3/02/06  AJS   1.00  Conference call with Jeff Joyce and Erick Sandler
                     to discuss response to motion to dismiss.

3/02/06  JLJ    .20  Conference between Jeff Joyce and Andrew
                     Schumacher regarding follow up research for
                     motion to dismiss response.

WFB-MK639234

DATE     ATTY HOURS  DESCRIPTION OF SERVICES

3/02/06 JLJ    .60 Telephone conference with Erick Sandler regarding
                   preparation of outline for motion to dismiss
                   reply brief.

3/02/06 JLJ    .50 Review Rule 26(f) Scheduling Report and provide
                   comments to Erick Sandler.

3/03/06 AJS    .30 Receipt and review of outline from Erick Sandler
                   for response to motion to dismiss.

3/03/06 AJS    .30 Discuss outline with Jeff Joyce and Erick
                   Sandler.

3/03/06 JLJ    .40 Telephone conference with Erick Sandler to
                   prepare comments on initial disclosures.

3/06/06 AJS   6.10 Researching and analyzing case law on veil
                   piercing in Connecticut and whether Rule 8 or
                   Rule 9 applies in a veil piercing case; Analyzing
                   cases forwarded by Erick Sandler which reference
                   veil piercing and the proper standard for
                   pleading; Drafting section of Response brief on
                   the proper pleading standard for veil piercing
                   and asserting that we have met that standard.

3/06/06 EM     .20 Provide case authority from LexisNexis for review
                   by A. Schumacher

3/07/06 AJS   6.80 Research relevant case law on pleading fraudulent
                   transfers and veil piercing; draft section of
                   Response to Defendant's Motion to Dismiss dealing
                   with the adequacy of the current pleadings.

3/08/06 AJS    .60 Telephone conference with Jeff Joyce, Jay Nolan
                   and Erick Sandler to discuss issues to be
                   presented in upcoming scheduling conference with
                   Connecticut Federal Judge.

3/08/06 AJS    .20 Conference with Jeff Joyce to discuss issues
                   presented in response to motion to dismiss.

3/08/06 AJS   1.50 Review case law regarding pleading requirements
                   for Connecticut in fraudulent transfer cases and
                   court's ability to review documents outside a
                   complaint to determine pleading sufficiency.

3/08/06 AJS   4.10 Draft and revise pleadings section of response to

WFB-MK639235

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                   motion to dismiss.

3/08/06 AJS   .60 Participate in scheduling conference call with
                  Connecticut court.

3/08/06 JLJ   .40 Telephone conference between Jeff Joyce, Andrew
                  Schumacher, Jay Nolan and Erick Sandler to
                  prepare for conference call with Court.

3/08/06 JLJ   .50 Status conference with trial court regarding
                  various pending motions and parties' positions
                  with respect to each.

3/08/06 JLJ   .30 Telephone conference between Jeff Joyce and Jay
                  Nolan to debrief following conference call with
                  Court.

3/08/06 JLJ   .30 Email to ORIX team regarding ███████████
                  ████████████████████

3/09/06 AJS   .10 Retrieve certificate of interested parties in
                  similar federal case and forward to Jay Nolan to
                  use as form.

3/09/06 AJS   .30 Review initial draft of pleadings section of
                  response to motion to dismiss and discuss same
                  with Jeff Joyce.

3/09/06 AJS  2.50 Revise and edit response to motion to dismiss to
                  incorporate suggested changes by Jeff Joyce.

3/09/06 JLJ   .30 Review draft portion of briefing and note areas
                  for additions.

3/09/06 JLJ   .60 Conference involving Jeff Joyce and Andrew
                  Schumacher regarding briefing comments.

3/10/06 AJS  1.50 Research 2nd Circuit case on the Rule 8 and 9
                  standards.

3/10/06 AJS  1.50 Research Connecticut case law to determine
                  requirements of "instrumentality rule" for a
                  finding of fraud.

3/10/06 AJS  3.60 Revisions and additions to response to motion to
                  dismiss.

3/10/06 AJS   .50 Conference with Jeff Joyce to review and discuss

WFB-MK639236

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                        revised response to motion to dismiss.

3/10/06  AJS   .10 Telephone conference with Erick Sandler to
                        discuss timing and merging issues of response to
                        motion to dismiss.

3/10/06  AJS   .60 Complete and finalize revisions to response to
                        motion to dismiss and forward to team.

3/10/06  AJS   .10 Email communication and update from Erick Sandler
                        regarding response to motion to dismiss.

3/10/06  JLJ   .50 Continue revision of portion of motion to dismiss
                        brief.

3/10/06  JLJ   .40 Conference between Jeff Joyce and Andrew
                        Schumacher regarding additions and corrections to
                        briefing.

3/13/06  AJS   .10 Follow up with Erick Sandler regarding timing and
                        completion of response to motion for dismiss.

3/13/06  AJS   .10 Provide update to Jeff Joyce regarding status
                        report from Erick Sandler.

3/13/06  AJS   .20 Review changes and comments by local counsel on
                        response to motion to dismiss.

3/13/06  AJS   .50 Research case law in motion to dismiss as
                        directed by local counsel.

3/14/06  AJS   .80 Review and analyze cases cited by Konover
                        Development and conference with Jeff Joyce to
                        discuss best strategy for refuting those cases in
                        our response.

3/14/06  AJS   .70 Research case law on whether the application of
                        the Rule 9(b) pleading standard is applied
                        differently to common law fraud and fraudulent
                        transfer cases.

3/14/06  AJS  3.30 Revise and redraft portions of response motion to
                        add section comply with changes as requested b
                        local counsel to address specific case law.

3/14/06  JLJ   .70 Conference between Jeff Joyce and Andrew
                        Schumacher regarding jurisdictional reply
                        briefing issues.

WFB-MK639237

DATE    ATTY HOURS DESCRIPTION OF SERVICES

3/14/06 JLJ   1.30 Review and revise brief and provide comments to
                   Erick Sandler.

3/15/06 AJS    .70 Review completed response to motion to dismiss in
                   preparation for conference with local counsel.

3/15/06 AJS    .40 Conference call with Jeff Joyce and Erick Sandler
                   to discuss status and changes to response
                   motion.

3/15/06 AJS    .40 Review and analyze Maryland Court's findings of
                   fact as it related to waste findings against the
                   Konover entities.

3/15/06 AJS    .40 Review pertinent Maryland court pleadings as they
                   relate to Konover entities.

3/15/06 AJS    .30 Review Konover & Associates' motion to dismiss
                   and cited case law to draft additional portion of
                   our response to refutet cases cited.

3/15/06 AJS    .60 Draft additional portion to response as it
                   relates to Konover & Assoicates and forward to
                   Erick Sandler.

3/15/06 JLJ    .50 Telephone conference with Erick Sandler to
                   provide comments on latest draft of response
                   brief.

3/16/06 AJS    .30 Review additional changes to response made by
                   local counsel to prepare for conference call to
                   discuss finalizing response.

3/16/06 AJS    .70 Participate in team telephone conference call to
                   discuss response and draft letter to Judge.

3/16/06 AJS    .50 Reseach Wells Fargo financial data to determine
                   if one any shareholder owns more than 10% of the
                   stock.

3/16/06 JLJ    .50 Reviewed draft brief in response to motion to
                   dismiss or stay.

3/16/06 JLJ    .40 Telephone conference call involving Jeff Joyce,
                   Andrew Schumacher, Jay Nolan and Erick Sandler to
                   review final edits to briefing,

WFB-MK639238

DATE    ATTY  HOURS  DESCRIPTION OF SERVICES

3/17/06  AJS   2.20  Review of Maryland case file materials,
                     correspondence, electronic date and pother
                     materials relatind to the agreement with The Wire
                     and the block by Konover.

3/17/06  JLJ    .60  Emails communications and letter from opposing
                     counsel to court regarding coordination of motion
                     for prejudgment remedies.

3/17/06  JLJ    .30  Telephone conference with Jay Nolan regarding
                     filings by opposing with trial court.

3/17/06  JLJ    .30  Telephone conference with Erick Sandler regarding
                     response to materials being filed by defendants.

3/20/06  AJS   1.40  Coordinated retrieval of all materials relating
                     to the Wire, Konover and the storage facility
                     issues and our objection to same and conference
                     with Kim Goldberg regarding same.

3/22/06  AJS   4.00  Reveiew and organize relevant documents from the
                     Maryland case pertaining to the Wire and other
                     issues relating to Konover entities.

3/22/06  JLJ    .30  Office conference between Jeff Joyce and Andrew
                     Schumacher and review document relating to offer
                     from The Wire and tortious interference.

3/22/06  JLJ    .30  Email communications with Erick Sandler regarding
                     follow up research issues on tortious
                     interference claim.

3/23/06  AJS    .80  Addition of pertinent August 30, 2005 letter to
                     The Wire package and final preparation of package
                     for distraction and update to Jeff Joyce
                     regarding same.


        TOTAL FEES :                                        $ 17,716.00

WFB-MK639239

## TIME SUMMARY

| NAME | HOURS | RATE | TOTALS |
|------|-------|------|--------|
| Elisa McCutchen | .20 | 125.00 | 25.00 |
| Jeffrey L. Joyce | 11.30 | 525.00 | 5,932.50 |
| Andrew J. Schumacher | 60.30 | 195.00 | 11,758.50 |
| SUMMARY TOTALS: | 71.80 | | $ 17,716.00 |

EXPENSES :

    Reproduction Costs              310.68
    Long Distance Charges         93.10

TOTAL EXPENSES :                   $ 403.78

TOTAL AMOUNT DUE:
            DUE UPON RECEIPT         $ 18,119.78

INVOICE APPROVED BY:
DATE: 4/19/06
EXPENSE TYPE:
SERVICING: LOAN   REO   DEF
REIMB BY: B  T   B/T   NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK639240

hhfax

12:16:53
WFB-MK639241.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | WINSTEAD, SECHREST & MINICK, PC |
| Invoice No.: | 1098822 |

| | |
|---|---|
| Batch Control #: | BATCH022221 |
| Vendor #: | 02630 |
| Invoice Date: | 05/05/2006 |

| Loan Number | Rebill Number | Reimb By | Expense Category | GL Account Number | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | SS Servicing Deficiency 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $3,058.97 |
| | | | | | | $3,058.97 |

Diamond Point

SPECIAL INSTRUCTIONS:

## AUTHORIZATION:

This form must be approved in accordance with the Cost Center Approval Matrix.

| | | |
|---|---|---|
| Manager's Approval: | B. Glassey  See Attached | |
| Add'l Approval: | M. Pales | Date: |
| Add'l Approval: | J. Sevin | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK639241

WINSTEAD SECHREST & MINICK P.C.
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS 75270-2199

TAX I.D. #75-2404691

ORIX CAPITAL MARKETS, LLC
REAL ESTATE GROUP
1717 MAIN STREET
SUITE 900
DALLAS, TX 75201
ATTN: MR. DOUG GOLDRICK

INVOICE #:          1098822
INVOICE DATE: MAY 5, 2006
CLIENT #:             23633
MATTER #:                45
BILLING ATTORNEY:    JLJ

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2006

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 4/06/06 | AJS | 1.20 | Conference call with Jeff Joyce, Jay Nolan and Erick Sandler discussing possible options while we are awaiting an answer from the judge on the pre-judgment remedy proceedings, analyze reply brief filed by Konover & Associates. |
| 4/06/06 | JLJ | .30 | Conference call among Jeff Joyce, Andrew Schumacher, Jay Nolan and Erick Sandler to update on status case. |
| 4/07/06 | AJS | .10 | Pulling reply brief filed by Michael Konover, Blackboard and Ripple and delivering to Jeff Joyce. |
| 4/10/06 | AJS | 1.90 | Analyze arguments asserted in Konover Development's, Konover & Associates and Konover Construction's reply briefs (1.2), researching case law cited in the Konover reply briefs in order to differentiate the cases cited from the facts in our case (.6), call with Jeff Joyce identifying the key issues and arguments in the Konover & Associates Reply Brief and discussing the best way to refute those arguments (.1). |
| 4/11/06 | AJS | 6.10 | Discuss new arguments presented in Konover Developments reply briefs with Jeff Joyce (.2), research pleading requirements under Rule 9(b) when there are multiple defendants being accused of fraud, draft summary of key points made in |

WFB-MK639242

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                    Konover reply briefs and arguments to refute
                    those points (2.4), revise summary of arguments
                    presented in Konover Reply Briefs with changes
                    made by Jeff Joyce and distributing the summary
                    to the team (1.00).

4/11/06 JLJ    .30 Office conference between Jeff Joyce and Andrew
                   Schumacher regarding follow up review of Rule
                   12(b)(6) motion points and summary for rest of
                   team.

4/11/06 JLJ    .20 Telephone call to Doug Goldrick to leave message
                   about current status.

4/12/06 JLJ    .20 Telephone conference with John Dinan regarding
                   case status.

4/12/06 JLJ    .40 Email update to John Dinan outlining case
                   status.

4/13/06 AJS    .20 Read memo from Erick Sandler outlining new
                   authority added by the Konover Entity's regarding
                   the Colorado River portion of their reply
                   briefs.

4/14/06 AJS    .10 Read email from Erick Sandler analyzing Konover's
                   reply brief argument regarding Connecticut's
                   UEFJA and possible rebuttal arguments.

4/14/06 JLJ    .30 Review research memo prepared by Erick Sandler on
                   Rule 12(b)(6) motion reply.

4/26/06 JLJ    .40 Telephone conference with Doug Goldrick to
                   outline overall case status and preparation for
                   asset review meeting.

FEE AMOUNT:                                    $ 2,974.50

WFB-MK639243

TIME SUMMARY

| NAME | HOURS | RATE | TOTALS |
|------|-------|------|--------|
| Jeffrey L. Joyce | 2.10 | 525.00 | 1,102.50 |
| Andrew J. Schumacher | 9.60 | 195.00 | 1,872.00 |
| SUMMARY TOTALS: | 11.70 | | $ 2,974.50 |

EXPENSES:

| | |
|---|---|
| Long Distance Charges | 10.85 |
| Reproduction Costs | 73.62 |
| TOTAL EXPENSES: | $ 84.47 |

TOTAL AMOUNT DUE:                                    $ 3,058.97

DUE UPON RECEIPT

INVOICE APPROVED BY:
DATE: 5-19-06
EXPENSE TYPE:
SERVICING:  LOAN   REO   DEF
REIMB BY:  B  T  BD  NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK639244

hhfax

12:50:32
WFB-MK640489.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: fieggleston
Vendor Name: WINSTEAD, SECHREST & MINICK, PC
Invoice No.: 1121260

Batch Control #: BATCH002369
Vendor #: 02630
Invoice Date: 07/17/2006

| Loan Number | Property Number | Reimb By | Expense Category | Svc'd 1st 2nd | Security Sub Code | GL ACCOUNT NUMBER Account (bus seg) Contract xxxxx - xxxxx - xxxxx | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $27,041.28 |
| | | | | | | | | $27,041.28 |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | | |
|---|---|---|
| Add'l Approval: | | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK639245

WINSTEAD SECHREST & MINICK P.C.
5400  RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS    75270-2199

TAX I.D. #75-2404691

ORIX CAPITAL MARKETS, LLC            INVOICE #:       1121260
REAL ESTATE GROUP                    INVOICE DATE: JULY 17, 2006
1717 MAIN STREET                     CLIENT #:        23633
SUITE 900                            MATTER #:           45
DALLAS, TX  75201                    BILLING ATTORNEY:   JLJ
ATTN: MR. DOUG GOLDRICK

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JUNE 30, 2006

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 6/01/06 | KAG | .40 | Several communications with Brittany Glassie and C2 Legal re: ▓▓▓▓▓▓▓▓ |
| 6/02/06 | KAG | 2.00 | Work on Peerless master document production log. |
| 6/04/06 | KAG | 3.00 | Review and revise draft master archives log pertaining to the KMC/Peerless document production while travelling to Connecticut. |
| 6/04/06 | KAG | 1.20 | Conference with Brittany Glassie re: ▓▓▓▓▓ |
| 6/05/06 | KAG | .30 | Conference with Bob Randich and Brittany Glassie re: ▓▓▓▓▓ |
| 6/05/06 | KAG | .40 | Various communications with Meg McKee and Jeff Joyce re: deficiencies in KMC/Peerless document production. |
| 6/05/06 | KAG | 8.00 | Begin comprehensive review and summary inventory of KMC/Peerless documents produced. |
| 6/05/06 | KAG | .50 | Preparation of memo to Meg McKee re: KMC/Peerless document production in preparation of conference call with opposing counsel. |

WFB-MK639246

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 6/05/06 | KAG | 1.50 | Begin revisions to master document production log based first day of review of boxes provided by Peerless. |
| 6/06/06 | JLJ | .50 | Email exchange with Jay Nolan to schedule matters around June 9th hearing in Hartford, Connecticut. |
| 6/06/06 | KAG | .60 | Participate in conference call between Orix and WSM teams re: ███████████████████ |
| 6/06/06 | KAG | 8.00 | Continued review of documents and preparation of index summary. |
| 6/06/06 | KAG | 4.00 | Continue work on Master KMC/Peerless document production log. |
| 6/06/06 | 7182 | 1.00 | Paraclerk assistance with preparation for June 9th hearing on motions to dismiss in Connecticut. |
| 6/07/06 | JLJ | .40 | Telephone conference between Jeff Joyce and Doug Goldrick regarding status of case and matters to be addressed at status conference. |
| 6/07/06 | KAG | .50 | Several telephone calls and emails with Meg McKee re: review and deficiencies in KMC/Peerless document production. |
| 6/07/06 | KAG | .30 | Meet with One Stop Copy Shop and Bob Randich re: provide guidance and instructions for reproduction of KMC/Peerless documents. |
| 6/07/06 | KAG | .40 | Several emails and telephone communications with Meg McKee, Jeff Joyce and Orix representatives re: ███████████████████████ |
| 6/07/06 | KAG | 6.00 | Continue review of Peerless production and preparation of inventory summary. |
| 6/07/06 | KAG | .30 | Several email and telephone communications with Jeff Joyce re: status of potential review of additional Peerless boxes discovered in public hallway at the Konover Development building. |
| 6/07/06 | KAG | 3.00 | Continued work on and revisions to Master |

WFB-MK639247

DATE    ATTY HOURS DESCRIPTION OF SERVICES

KMC/Peerless document log.

6/07/06 7182  1.00 Paraclerk asssitance to Andrew Schumacher for
                   preparation for June 9th hearing on motions to
                   dismiss.

6/08/06 AJS   1.40 Compiling and organizing cases used in our
                   Response to Konover's Motion to Dismiss for Jeff
                   Joyce's use at upcoming hearing.

6/08/06 JLJ   6.50 Detailed review of background information in
                   preparation for hearing on motions to dismiss and
                   for stay.

6/09/06 JLJ  10.00 Preparation for hearing on motions to dismiss and
                   for stay and conference among Jeff Joyce, Greg
                   May, Doug Goldrick, Brittany Glassie, Jay Nolan
                   and Erick Sandler to ███████████████████████
                   ███████████████████████████. Attend
                   hearing on motions to dismiss and for stay.

6/12/06 AJS    .60 Conference call with Jeff Joyce, Kim Goldberg and
                   Brittany Glassie regarding ███████████████████
                   ████████████████████ (.30). Strategy and planning session
                   with Jeff Joyce (.30).

6/12/06 JLJ    .50 Conference call among Jeff Joyce, Andrew
                   Schumacher, Kim Goldberg, Brittany Glassie and
                   ORIX summer intern to discuss ████████████████
                   ████████████████████████████████

6/12/06 KAG    .30 Telephone conference with Jeff Joyce, Brittany
                   Glassie and Andrew Schumacher re: status and
                   ██████████████████████████████████

6/12/06 KAG    .20 Forward ████████████████████████ to Brittany
                   Glassie and Andrew Schumacher for review.

6/13/06 KAG    .20 Series of communications with Andrew Schmacher
                   re: KMC and Peerless tax returns.

6/14/06 AJS   2.20 Analyzing deposition of James Ainsworth for
                   information on the structure of the Konover
                   entities (1.20);  Analyzing tax returns for the
                   Konover entities for information on their

WFB-MK639248

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                    structure (1.00).

6/15/06  AJS   .60 Coordinating with Kim Goldberg to obtain exhibits
                   from the Ainsworth Deposition and K-1's from the
                   Konover tax returns (.10). Organizing and
                   analyzing exhibits of the Ainsworth deposition to
                   determine the structure of the Konover
                   organization (.50).

6/15/06  KAG   .20 Several communications with One Stop Copy Shop
                   (Connecticut)and C2 Legal re: status of Peerless
                   imaging project.

6/16/06  AJS   .70 Coordinating meeting time with Jeff Joyce and Kim
                   Goldberg (.10). Meeting with Kim Goldberg and
                   Jeff Joyce discussing the status of the Konover
                   organization spreadsheet (.20). Attempted call to
                   Brittany Glassie (.10). Call with Brittany
                   Glassie ███████████████████████████
                   ██████████████████████ (.10). Updating Jeff Joyce
                   and Kim Goldberg on the status of the Konover
                   organizational spreadsheets (.10). Reviewed and
                   received Konover spreadsheet from Crouch (.10)

6/16/06  JLJ   .40 Office conference between Jeff Joyce, Kim
                   Goldberg and Andrew Schumacher regarding follow
                   up on entity listing, preparation for disclosures
                   and discover.

6/16/06  JLJ   .20 Telephone conference with Erik Sandler regarding
                   attention to originally entered scheduling order
                   deadlines and adjustment of same.

6/16/06  KAG   .20 Conference with Andrew Schumacher and Jeff Joyce
                   re: status of Konover entity spreadsheet.

6/16/06  KAG   .40 Participate in conference call with Brittany
                   Glassie, Steven Crouch, Andrew Schumacher and
                   Jeff Joyce re: ███████████████████████████
                   ████████████████████

6/17/06  KAG  4.20 Assemble and analyze Peerless documents produced
                   at Ainsworth deposition.

6/19/06  JLJ   .30 Telephone conference with Jay Nolan regarding
                   meeting with accountant to assist with case
                   investigation and follow up on crime fraud
                   privilege exception and pursuit of discovery

WFB-MK639249

DATE     ATTY HOURS DESCRIPTION OF SERVICES

against Konover related entities.

6/19/06 KAG    .30 Several discussions with One Stop Copy Service
                   and C2 Legal re: status of ongoing imaging
                   project.

6/20/06  AJS   .40 Call with Jeff Joyce checking the status on the
                   Konover spreadsheet (.10). Getting update from
                   Kim Goldberg on the Konover spreadsheet status
                   and updating Jeff Joyce via email (.10).
                   Analyzing memo on crime fraud exception to the
                   attorney client privilege (.20).

6/20/06 JLJ    .30 Office conference between Jeff Joyce and Kim
                   Goldberg and review of Peerless tax returns in
                   connection with preparation of entity list.

6/21/06  AJS   .10 Checking with Kim Goldberg on the status of the
                   Konover spreadsheet

6/22/06 JLJ   1.00 Conference call among Jeff Joyce, Jay Nolan and
                   Frank Longobardi regarding possible consulting
                   witness role.

6/22/06 JLJ    .30 Email follow up with Frank Longobardi.

6/22/06 KAG   2.00 Continue work on Konover entity spreadsheet.

6/23/06 KAG   1.00 Organize and assemble documents for review by
                   Frank Longobardi.

6/23/06 KAG    .30 Finalize and forward documents for review to
                   Frank Longobardi.

6/25/06 KAG   7.00 Continued attention to review of Peerless
                   documents produced and input information into
                   Konover entities spreadsheet.

6/26/06  AJS   .20 Receiving update from Kim Goldberg on the status
                   of the Konover Entity spreadsheet.

6/26/06 JLJ    .40 Email communications regarding court order
                   denying all pending Defendants' motions.

6/26/06 JLJ    .30 Review details of court order and follow up with
                   Erick Sandler regarding fact that court has
                   entered no opinion accompanying order.

WFB-MK639250

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|

6/26/06 JLJ    .30   Telephone conference among Jeff Joyce, Jay Nolan and Erick Sandler regarding next action in case in light of court order.

6/26/06 JLJ    .30   Telephone conference with Greg May and follow up email ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6/26/06 KAG   6.00   Continued attention to review of Peerless documents and input into Konover Entities spreadsheet.

6/27/06 AJS    .20   Reviewing the Konover Entity Spreadsheet created by Kim Goldberg.

6/27/06 JLJ    .40   Telephone conference with Erick Sandler to provide comments on scheduling conference report and initial disclosures.

6/27/06 KAG    .20   Receipt of and respond to several emails from Brittany Glassie re: ▮▮▮▮▮▮▮▮▮ spreadsheet.

6/27/06 KAG    .20   Communications with Jeff Joyce re: Konover entities spreadsheet.

6/27/06 KAG    .20   Forward Konover entities spread sheet to trial team for review and comment.

6/29/06 AJS   3.70   Conference with Jeff Joyce and Kim Goldberg regarding Konover discovery issues (.50). Phone call with Erick Sandler coordinating the creation of discovery requests (.30). Attempted phone call to Brittany Glassie (.10). Reviewing correspondence from Jeff Joyce to the team on the Konover discovery issues (.10). Researching depositions and document production in the Federal Rules of Civil Procedure (.80). Drafting deposition notice of Kostin, Ruffkess & Company LLC (1.00). Revising Kostin, Ruffkess Notice of Deposition and Subpoena Duces Tecum to include schedules A and B (.90).

6/29/06 JLJ    .30   Telephone conference between Jeff Joyce and Doug Goldrick regarding case scheduling.

6/29/06 JLJ    .30   Telephone conference call between Jeff Joyce, Jay Nolan and Erick Sandler regarding preparation for

WFB-MK639251

DATE     ATTY HOURS  DESCRIPTION OF SERVICES

scheduling conference with Magistrate Judge on
Friday, July 7th.

6/29/06 JLJ    .40  Office conference among Jeff Joyce, Andrew
Schumacher and Kim Goldberg to outline discovery
issues to be pursued.

6/29/06 JLJ    .30  Telephone conference with Greg May regarding
trial scheduling issues.

6/29/06 JLJ    .90  Email communications to entire counsel team to
outline plan for case preparation in light of
court ruling denying motions to dismiss and to
stay in light of upcoming status conference with
Magistrate Judge.

6/29/06 KAG    .40  Conference with Jeff Joyce and Andrew Schumacher
re: status and preparation for scheduling
conference and prejudgment attachment hearing.

6/29/06 KAG    .40  Review of Konover entities tax returns and trial
testimony to identify its tax accountant and bank
accounts.

6/29/06 KAG    .10  Prepare emails to Jeff Joyce and Andrew
Schumacher re: Konover entities tax accountant
and bank accounts information.

6/29/06 KAG   1.50  Review of prejudgment discovery from defendants
to determine all financials produced.

6/29/06 KAG    .50  Prepare memo to file re: Konover entities
financials produced.

6/30/06  AJS  1.40  Attempted phone call to Brittany Glassie (.10).
Returning Brittany Glassie's phone call (.10).
Attempted phone call to Erick Sandler (.10).
Strategy and planning session with Jeff Joyce
discussing the Konover discovery documents (.20).
Phone call with Brittany Glassie discussing ███
███████████████████████████████████ (.30).
Strategy and planning session with Kim Goldberg
regarding phone call with Brittany and the
████████████████████████ (.10). Call
with Erick Sandler discussing schedule for
creation of Konover discovery requests (.20).
Revising Kostin, Ruffkess depo notice and

WFB-MK639252

DATE    ATTY HOURS DESCRIPTION OF SERVICES

subpoena duces tecum with suggestion made by Jeff
Joyce (.30).

6/30/06 JLJ    .50 Office conference and telephone conference call
between Jeff Joyce, Kim Goldberg and frank
Longobardi regarding available documents for
review by Longobardi relating to case issues.

6/30/06 JLJ    .40 Review retainer agreement received from Frank
Longobardi and telephone conference call with
Longobardi and Greg May █

6/30/06 KAG    .50 Telephone conference with Jeff Joyce and Frank
Longobardi re: Konover entities financials
available for review.

FEE AMOUNT:                                          $ 25,961.00


TIME SUMMARY

| NAME | HOURS | RATE | TOTALS |
|---|---|---|---|
| Judy Jackson | 2.00 | 75.00 | 150.00 |
| Jeffrey L. Joyce | 25.20 | 525.00 | 13,230.00 |
| Andrew J. Schumacher | 11.50 | 195.00 | 2,242.50 |
| Kimberly A. Goldberg | 66.70 | 155.00 | 10,338.50 |
| SUMMARY TOTALS: | 105.40 | | $ 25,961.00 |


EXPENSES:

| Date | Description | Amount |
|---|---|---|
| 6/01/06 | Advance for Travel-Air Fare joyce to hartford on 6/8/06 15-0051379383308 | 419.60 |
| 6/20/06 | Advance for Travel-Taxi (Joyce to Hartford 6/8-6/9/06 for hearing on motions to dismiss) | 80.00 |
| | Federal Express | 140.04 |
| 6/27/06 | Advance for: Photos from Connecticut Peerless Production | 9.37 |
| | Long Distance Charges | 94.85 |
| | Reproduction Costs | 336.42 |

WFB-MK639253

TOTAL EXPENSES:

TOTAL AMOUNT DUE:          DUE UPON RECEIPT

$ 1,080.28



$ 27,041.28

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:    LOAN    REO    DEF
REIMB BY:  B  T  BP    NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK639254

hhfax

12:16:56
WFB-MK639255.PDF

# Replacement
# Invoice

WINSTEAD PC
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS  75270-2199

TAX I.D. #75-2404691

ORIX REAL ESTATE CAPITAL MARKETS, LLC    INVOICE #:        1129104
REAL ESTATE GROUP                        INVOICE DATE: AUGUST 8, 2006
1717 MAIN STREET                         CLIENT #:          23633
SUITE 900                                MATTER #:             45
DALLAS, TX 75201                         BILLING ATTORNEY:     AJS
ATTN: BRITTANY GLASSIE MAHER

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2006
FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/02/06 | KAG | .20 | Communications with Brittany Glassie re: |
| 7/03/06 | AJS | 3.00 | Revising deposition notice and subpoena duces tecum to Kostin, Ruffkess with changes suggested by Erick Sandler (.80); drafting deposition notice and request for production for Konover & Associates (1.2); attempted phone call to Brittany Glassie (.10); drafting deposition notice and document requests for a yet to be determined Konover entity (.90). |
| 7/03/06 | KAG | .50 | Organize and assemble documents to forward Frank Longobardi. |
| 7/03/06 | KAG | .40 | Prepare and forward Frank Longobardi Konover entities financials. |
| 7/05/06 | AJS | .20 | Conference call with Kim Goldberg and Brittany Glassie regarding |
| 7/05/06 | KAG | .20 | Telephone conference with Brittany Glassie and Andrew Schumacher re: |
| 7/06/06 | AJS | .80 | Attempted phone call to Frank Longobardi (.10); call with Frank Longobardi regarding the Konover discovery requests (.30) ; revising Kostin Ruffkess subpoena and deposition notice with suggestions |

**WFB-MK641550**

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
|  |  |  | given by Frank Longobardi (.30); left message with Erick Sandler regarding the updated Konover discovery requests (.10). |
| 7/06/06 | KAG | 6.70 | Review and revise working draft of Konover Entities Master Log. |
| 7/07/06 | AJS | 4.10 | Creating a more specific document request and deposition notice for Konover & Associates (.70); attempted phone call to Erick Sandler to discuss the Konover Discovery documents (.10); receiving update from Kim Goldberg on the status of the Konover Corporate record searches (.20); revise Konover Entity deposition request (.10); correspond with Erick Sandler via email regarding the Konover discovery documents (.10); revise Kostin, Ruffkess subpoena with changes made by Erick Sandler (.40); call with Erick Sandler discussing changes to the Konover discovery documents (.30); draft and revising a specific version of the Konover Entity Notice of Deposition and Document Request (1.2); revise Konover discovery requests to include changes by Erick Sandler (.60); drafting email update for Jeff Joyce on the Konover discovery issues and documents (.40). |
| 7/07/06 | KAG | .30 | Discussion with Andrew Schumacher re: discovery issues. |
| 7/07/06 | KAG | .30 | Several communications with Brittany Glassie re: ██████████████ |
| 7/07/06 | KAG | .50 | Analyze Konover entities financial records re: wire transfer information. |
| 7/10/06 | AJS | 5.60 | Phone call with Erick Sandler discussing changes to the Konover discovery requests (.50); Strategy and planning session with Jeff Joyce on Erick's changes (.10); revising the Konover discovery requests with Erick Sandler's changes (1.60); attempted call to Jay Nolan and Erick Sandler to discuss the Konover Discovery |

**WFB-MK641551**

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | (.10); conference call with Erick Sandler and Jeff Joyce regarding the Konover Discovery (.10); analyze the revised Konover Discovery requests with Jeff Joyce (.40); conference call with Jeff Joyce and Erick Sandler regarding the distribution of the Konover Discovery requests (.20); revise Kostin, Ruffkess doc request and subpoena with changes made by Jeff Joyce (.90); check with Kim Goldberg on the status of exhibit A to the Kostin, Ruffkess subpoena (.10); send revised Kostin, Ruffkess doc request and subpoena to Jay Nolan (.10); revise and formatting exhibit A to the Kostin, Ruffkess subpoena (.30); distribute Kostin Ruffkess deposition notice and exhibit to the team (.10); draft a request for production for Konover & Associates with suggestions given by Jeff Joyce (1.10). |
| 7/10/06 | JLJ | .50 | Telephone conference with Jay Nolan regarding results of scheduling conference with Magistrate Judge. |
| 7/10/06 | JLJ | .50 | Telephone conference with Doug Goldrick regarding ███████████████████ |
| 7/10/06 | JLJ | .30 | Telephone conference with Erick Sandler regarding discovery activities. |
| 7/10/06 | JLJ | .50 | Review draft deposition and discovery notices and provide comments to Andrew Schumacher. |
| 7/10/06 | JLJ | .60 | Email outline to ORIX team regarding plan for discovery and preparation for pre-judgment remedy hearing. |
| 7/10/06 | KAG | 1.30 | Review and analyze file and prepare revised Chronology/Timeline. |
| 7/10/06 | KAG | .50 | Attention to various file and case management organizational tasks. |
| 7/10/06 | KAG | 1.00 | Preparation of list of Konover entities [Exhibit A to discovery requests. |

WFB-MK641552

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/10/06 | KAG | .50 | Receipt and review of Peerless Responses to Discovery Request. |
| 7/10/06 | KAG | 1.00 | Analyze Peerless discovery responses pertaining to financials previously produced. |
| 7/10/06 | KAG | 1.80 | Begin corporation searches for all Konover entities. |
| 7/11/06 | AJS | 7.10 | Revising the Request for Production for Konover & Associates (.80); discuss changes by Brittany Glassie with Jeff Joyce (.10); strategy and planning session with Jeff Joyce regarding what additional banking information we want from the other Konover defendants (.10); revise Exhibit A to Kostin, Ruffkess subpoena with changes by Brittany Glassie (.80); call with Erick Sandler discussing changes to the Kostin, Ruffkess subpoena (.20); revise Kostin, Ruffkess subpoena with Erick Sandler's changes (.10); call with Kim Goldberg discussing Exhibit A to the Kostin, Ruffkess subpoena (.10); revise the Request for Production for the Konover Entity (.10); revise the Kostin, Ruffkess subpoena with changes by Jeff Joyce (1.00); revise exhibit A to the Kostin, Ruffkess with changes by Jeff Joyce (1.00); draft Request for Production for Konover Development Corp. (.20); draft Request for Production for Konover Construction Corp. (.20); draft Request for Production for Michael Konover (.20); draft Request for Production of Blackboard (.20); draft Request for Production for Ripple (.20); call with Jeff Joyce discussing changes to Kostin Ruffkess subpoena (.20); revise Kostin, Ruffkess Subpoena with changes by Jeff Joyce (.20); call with Erick Sandler updating him on the status of the Kostin, Ruffkess subpoena (.20); send the Kostin, Ruffkess subpoena to Erick Sandler (.10); call from Erick Sandler updating me on the unavailability of a marshal to serve the |

**WFB-MK641553**

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | Kostin, Ruffkess subpoena (.20); revise the Request for Production to Konover & Associates with changes by Jeff Joyce and Erick Sandler (.30); draft Notice of Deposit on for Konover & Associates (.30); send out the Konover Discovery documents to the team via email (.10); phone call with Erick Sandler regarding the delivery status of the Konover Discovery Requests (.10); update Jeff Joyce on the delivery status of the Konover Discovery Requests (.10). |
| 7/11/06 | JLJ | .50 | Review deposition notices and provide comments to Andrew Schumacher. |
| 7/11/06 | KAG | 8.30 | Continued attention to Konover entities corporation searches in Connecticut, Maryland, New York and Rhode Island. |
| 7/11/06 | KAG | .20 | Telephone conference with One Stop (CT) re: status of Peerless documents production project. |
| 7/12/06 | AJS | 1.90 | Calender the due date for our initial disclosures (.10); receive status update on the corporate record searches from Kim Goldberg (.10); attempt phone call to Brittany Glassie regarding the real estate public record searches (.10); call with Jeff Joyce, Erick Sandler and Jay Nolan regarding upcoming discovery deadlines and depositions (.40); coordinate the production of documents to Connecticut for the initial disclosures with Kim Goldberg (.10); calender Pre-Judgment Remedy Hearing and due date for Memos on Questions of Law and Motions in Limine (.10); receive email update from Brittany Glassie regarding ███████ (.10); phone call with Brittany Glassie regarding ███████ (.10); update Jeff Joyce on the status of the real estate public record searches (.10); update the team via email on the status of the searches (.10); review Michael Konover's Answer (.20); review Konover & |

WFB-MK641554

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
|  |  |  | Development's Answer (.20); review Konover & Associate's Answer (.20). |
| 7/12/06 | JLJ | .30 | Email communications among trial team regarding discovery and agenda items for conference call. |
| 7/12/06 | KAG | 5.00 | Continued attention to review of corporate records re: Konover entities. |
| 7/12/06 | KAG | 3.70 | Continued attention to population of Konover entities master chart. |
| 7/12/06 | KAG | .30 | Several telephone communications with One Stop (CT) re: ongoing scan/image project of Peerless documents. |
| 7/12/06 | KAG | .20 | Telephone communications with Meg McMckee re: preparation for Peerless document production responsive to Requests for Production propounded in June. |
| 7/12/06 | KAG | .20 | Discussion with Andrew Schumacher re: preparation of Wells Fargo Initial Disclosure documents. |
| 7/12/06 | KAG | .40 | Begin review of prejudgment document productions in preparation initial disclosures. |
| 7/13/06 | AJS | 2.40 | Analyze the drafting of interrogatories with Jeff Joyce (.10); draft Request for Interrogatories to Konover & Associates (1.40); analyze requests for interrogatories with Jeff Joyce (.10); revise interrogatories to Konover & Associates with changes by Jeff Joyce (.40); research the Federal Rules of Civil Procedure regarding contentions (.20); review Konover Construction's answer (.20). |
| 7/13/06 | KAG | 4.20 | Continued work on Konover entities searches and input into the master spreadsheet. |
| 7/13/06 | KAG | .30 | Several telephone communications with One Stop re: return of files to Bob Randich |

**WFB-MK641555**

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | and completion of project. |
| 7/14/06 | AJS | .80 | Call with Erick Sandler regarding the documents being sent to Connecticut in response to the initial disclosures (.20); forward the initial disclosure list to Kim Goldberg to aid in the production of documents for our initial disclosures (.10); receive corporate record searches from Kim Goldberg (.10); analyze the interrogatories with Jeff Joyce (.10); revise interrogatories to Konover & Associates with Jeff Joyce's changes (.10); draft interrogatories for Michael Konover (.20). |
| 7/14/06 | JLJ | .30 | Review email communications regarding initial disclosures. |
| 7/14/06 | KAG | 2.60 | Review and revise Konover corporate entities spreadsheet. |
| 7/14/06 | KAG | .30 | Several email communications with Brittany Glassie re: ▇▇▇▇▇▇▇ |
| 7/14/06 | KAG | 1.00 | Assemble and organize Konover corporate entity search reports. |
| 7/14/06 | KAG | .40 | Review and revise entity chart following Brittany Glassie additions and comments. |
| 7/15/06 | KAG | 1.30 | Begin assembly of Wells Fargo disclosure documents. |
| 7/16/06 | KAG | 4.80 | Continued preparation and assembly of documents, pleadings and other relevant materials to include in the Initial Disclosure responses. |
| 7/17/06 | AJS | 1.40 | Review and revise interrogatories to Konover & Associates and Michael Konover (.50); forward drafts of the interrogatories to the team for review (.10); receive update on the Konover document production for the initial disclosures with Kim Goldberg (.20); revise the interrogatories for Konover & |

WFB-MK641556

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | Associates and Michael Konover with changes by Erick Sandler (.60). |
| 7/17/06 | KAG | .30 | Several communications with PaperChaser re: downloads. |
| 7/17/06 | KAG | 6.10 | Continued attention to preparation and assembly of Wells Fargo Bank's initial disclosure documents; several communications with Andrew Schumacher re: same. |
| 7/18/06 | AJS | 1.90 | Receive update from Kim Goldberg on the status of the document production for our initial disclosures (.10); call with Kim Goldberg discussing the real estate public record searches (.10); update Jeff Joyce on the status of the real estate searches via email (.10); call from Jeff Joyce regarding the Konover Interrogatories (.10); forwarding the updated Konover interrogatories to Erick Sandler (.10); phone call with Brittany Glassie and Kim Goldberg discussing ███████ ████████ (.30); strategy and planning session with Kim Goldberg regarding Winstead's involvement in the real estate record searches (.10); call with Erick Sandler discussing changes to the Konover Interrogatories (.30); revise Michael Konover and Konover & Associates Interrogatories with changes by Erick Sandler (.20); draft interrogatories to Konover Construction (.10); draft Interrogatories to Konover Development (.10); draft Interrogatories to Blackboard (.10); draft Interrogatories to Ripple (.10); distribute Konover Interrogatories to the team (.10). |
| 7/18/06 | JLJ | .30 | Telephone conference between Jeff Joyce and Erick Sandler regarding scheduling and discovery issues. |
| 7/18/06 | JLJ | .30 | Email communications regarding Meg McKee assistance in review of documents. |
| 7/18/06 | KAG | .30 | Telephone conference with Andrew |

WFB-MK641557

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | Schumacher and Brittany Glassie re: █████████ |
| 7/18/06 | KAG | 4.50 | Review files, prepare and finalize Wells Fargo Bank's initial disclosure documents including all electronic files. |
| 7/18/06 | KAG | .30 | Several telephone and email communications with Trial Solutions re: retrieval of document database from PaperChaser for initial disclosures. |
| 7/18/06 | KAG | .20 | Conference with Trish Schneller re: discussion of tax appraisal district searches to be conducted on all Konover entities. |
| 7/18/06 | KAG | .30 | Discussions with Meg McKee and Jeff Joyce re: electronic preparation of Peerless' second round of production documents. |
| 7/19/06 | AJS | 3.20 | Forward disclosure documents to Connecticut (.10); phone call with Erick Sandler discussing additional interrogatories (.20); research the ability to use prior deposition testimony in the prejudgment remedy hearing (2.6); attempt phone call to Brittany Glassie (.10); call with Brittany Glassie regarding ████████████ (.10); update Tricia Schneller on what needs to be done on the real estate searches (.10). |
| 7/19/06 | JLJ | .30 | Telephone conference with Meg McKee regarding assistance with document review. |
| 7/19/06 | JLJ | .30 | Telephone call between Jeff Joyce and Doug Goldrick regarding document review. |
| 7/19/06 | KAG | .20 | Several email communications with Brittney Glassie re: ██████████████ |
| 7/19/06 | PRS | 4.10 | Attention to review of spreadsheet regarding Konover entities and location of properties, begin searches on the internet with tax appraisal offices and property |

WFB-MK641558

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | searches, review of information obtain and prepare notes regarding information obtained. |
| 7/20/06 | AJS | .20 | Phone call with Erick Sandler discussing document production for initial disclosures (.10); receive update on the real estate searches from Tricia Schneller (.10). |
| 7/20/06 | JLJ | .40 | Telephone conference with Erick Sandler regarding outstanding discovery issues. |
| 7/20/06 | PRS | 6.00 | Attention to review of spreadsheet regarding Konover entities and location of properties, locate tax appraisal offices on the internet and perform searches to locate properties and obtain information on properties regarding value of properties and sale information, review of information obtained and make notes regarding information obtained. |
| 7/21/06 | AJS | .30 | Telephone conference with Patricia Schneller regarding Konover entity relationships. |
| 7/21/06 | AJS | .30 | Email follow up with Patricia Schneller regarding Konover entity relationships. |
| 7/21/06 | PRS | 5.00 | Attention to review of spreadsheet regarding Konover entities and location of properties, locate tax appraisal offices on the internet and perform searches to locate properties and obtain information on properties regarding value of properties and sale information, review of information obtained and make notes regarding information obtained. |
| 7/22/06 | KAG | .20 | Several email communications with Brittany Glassie re: ▓▓▓▓▓▓▓▓ |
| 7/24/06 | JLJ | .40 | Telephone conference with Frank Longobardi and staff regarding progress of review to date. |
| 7/24/06 | JLJ | .40 | Telephone conference call between Jeff |

WFB-MK641559

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | Joyce, Jay Nolan and Erick Sandler to outline projects in light of recent discovery requests received from defendants. |
| 7/24/06 | JLJ | .20 | Telephone conference with Brittany Glassie regarding ██████████ |
| 7/24/06 | JLJ | .30 | Telephone conference with Greg May to update on overall case status. |
| 7/24/06 | JLJ | .30 | Telephone conference between Jeff Joyce, Brittany Glassie and Doug Goldrick regarding ██████████ |
| 7/24/06 | JLJ | .20 | Telephone conference with Erick Sandler confirming plan for corporate representative deposition and attempt to contact counsel for Konover CPAs. |
| 7/24/06 | JLJ | .70 | Review details of deposition notices, including topics for corporate representatives, to make final determination on Doug Goldrick selection as designated representative. |
| 7/24/06 | KAG | .20 | Telephone communications with Jeff Joyce re: discuss initial disclosure documents production and documents responsive to Requests for Production; |
| 7/24/06 | PRS | 6.50 | Attention to review of spreadsheet regarding Konover entities and location of properties, locate tax appraisal offices on the internet and perform searches to locate properties and obtain information on properties regarding value of properties and sale information, review of information obtained and make notes regarding information obtained. |
| 7/25/06 | JLJ | .30 | Telephone conference with Erick Sandler to review pleadings and outstanding discovery issues. |
| 7/25/06 | JLJ | .30 | Telephone conference with Brittany Glassie |

WFB-MK641560

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | regarding ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 7/25/06 | JLJ | .30 | Letter to counsel regarding deposition of Doug Goldrick. |
| 7/25/06 | JLJ | .30 | Email communications regarding document production issues. |
| 7/25/06 | JLJ | .50 | Telephone conference with Meg McKee regarding document production review. |
| 7/25/06 | JLJ | .50 | Telephone conference with Kostin's counsel, Tom Murphy, regarding production by Konover CPAs and email follow up regarding same. |
| 7/25/06 | JLJ | .80 | Review discovery requests to ORIX received from defendants and note areas for objection and response. |
| 7/25/06 | PRS | 4.50 | Attention to review of spreadsheet regarding Konover entities and location of properties, locate tax appraisal offices on the internet and perform searches to locate properties and obtain information on properties regarding value of properties and sale information, review of information obtained and make notes regarding information obtained. |
| 7/26/06 | JLJ | .60 | Office conference between Jeff Joyce and Erick Sandler to review discovery requests and process for response. |
| 7/26/06 | JLJ | .30 | Telephone conference with Meg McKee regarding document issues arising and review. |
| 7/26/06 | JLJ | .30 | Telephone conference with Brittany Glassie confirming plan for scheduling. |
| 7/26/06 | PRS | 1.60 | Review and compare updated spreadsheet of Konover entities, continue searches on various tax databases to locate properties and tax value as well as sale information. |
| 7/27/06 | JLJ | .50 | Review and revise draft motion to compel discovery by Kostin Rufkus. |

**WFB-MK641561**



| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/27/06 | JLJ | .40 | Telephone conference between Jeff Joyce and Erick Sandler regarding comments on motion to compel and other discovery issues. |
| 7/27/06 | KAG | .30 | Several email communications with Meg McKee and Brittney Gloassie re: initial disclosure documents. |
| 7/27/06 | KAG | .30 | Email communications with C2 Legal re: preparation of KMC/Peerless documents for entry into database management; attention to same. |
| 7/27/06 | PRS | 5.50 | Attention to review of spreadsheet regarding Konover entities and location of properties, locate tax appraisal offices on the internet and perform searches to locate properties and obtain information on properties regarding value of properties and sale information, review of information obtained and make notes regarding information obtained. |
| 7/28/06 | LES | .50 | Research regarding the total amount of time allowed to depose one deponent under Federal law. |
| 7/28/06 | PRS | 5.50 | Attention to review of spreadsheet regarding Konover entities and location of properties, locate tax appraisal offices on the internet and perform searches to locate properties and obtain information on properties regarding value of properties and sale information, review of information obtained and make notes regarding information obtained, proof and revise spreadsheet summarizing tax informationi obtained. |
| 7/31/06 | AJS | 3.50 | Call to get update from Kim Goldberg on the Konover discovery (.10); review Konover discovery requests in preparation for conference call with Jeff Joyce and Erick Sandler (.30); conference call with Erick Sandler, Jeff Joyce, Kim Goldberg, and Brittany Glassie discussing ▇▇▇▇ |

WFB-MK641562

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | ███████████ (.70); strategy and planning session with Kim Goldberg regarding the real estate and public record searches (.10); call with Erick Sandler regarding the responses to the Konover discovery requests (.20); calls with Erick Sandler regarding the formatting of the responses to the Konover requests for production and interrogatories and the privilege review for the documents to be produced for Doug Goldrick's deposition (.30); create deadlines for responses to Konover Discovery documents (.10); strategy and planning session with Kim Goldberg regarding the real estate and public record searches (.40); call with Meg McKee regarding the CRBE and receiver documents to be produced for Doug Goldrick's deposition (.30); strategy and planning session with Kim Goldberg regarding the privilege review of the documents to be produced for Doug Goldrick's deposition (.20); update Jeff Joyce via email on the status of the production of documents for the Goldrick deposition and the privilege review of those documents (.20); analyze the Master cross-reference list of document requests for all the Konover defendants (.30); analyze the requests for production included with the Doug Goldrick deposition notice to see whether internal communications are required to be produced (.20); strategy and planning session with Kim Goldberg regarding Brittany's questions on the Konover discovery requests (.10). |
| 7/31/06 | JLJ | .90 | Conference call involving Jeff Joyce, Andrew Schumacher, Kim Goldberg and Erick Sandler to outline discovery tasks and assignments and follow up call with Brittany Glassie regarding ███████ |
| 7/31/06 | JLJ | .30 | Telephone conference with Doug Goldrick regarding plan for noticed deposition. |

WFB-MK641563

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/31/06 | JLJ | .30 | Email communications regarding scheduling of deposition of Doug Goldrick. |
| 7/31/06 | JLJ | .30 | Telephone conference with Frank Longobardi regarding review of information. |
| 7/31/06 | KAG | 1.00 | Participate in telephone conference with Jeff Joyce, Brittany Glassie, Andrew Schumacher and Eric Sandler; re: |
| 7/31/06 | KAG | 1.00 | Attention to review of all communcations pertaining to discovery issues and responses pending. |
| 7/31/06 | KAG | .30 | Several communications with Meg McKee re: status of document reviews in preparation of upcoming discovery deadlines. |
| 7/31/06 | KAG | 2.40 | Review of document cds and folders received from Brittany Glassie for production purposes. |

FEE AMOUNT:                                          $ 30,948.00

TIME SUMMARY

| NAME | HOURS | RATE | TOTALS |
|------|-------|------|--------|
| Jeffrey L. Joyce | 14.50 | 525.00 | 7,612.50 |
| Lindsey E. Simmons | .50 | 195.00 | 97.50 |
| Andrew J. Schumacher | 36.70 | 195.00 | 7,156.50 |
| Kimberly A. Goldberg | 66.30 | 155.00 | 10,276.50 |
| Patricia R. Schneller | 38.70 | 150.00 | 5,805.00 |
| SUMMARY TOTALS: | 156.70 | | $ 30,948.00 |

WFB-MK641564

WINSTEAD PC
INVOICE DATE: AUGUST 8, 2006
INVOICE # :          1129104
PAGE #                    16

EXPENSE DETAIL:

| | | |
|---|---|---|
| 7/14/06 | Advance for Travel-Lodging (Joyce to Hartford 6/8-6/9/06) | 189.28 |
| 7/14/06 | Advance for Travel-Meals (Joyce to Hartford 6/8-6/9/06) | 66.31 |
| 7/14/06 | Advance for Travel-Parking (Joyce to Hartford 6/8-6/9/06) | 30.00 |
| | Federal Express | 46.89 |
| | Long Distance Charges | 64.40 |
| | Reproduction Costs | 293.40 |

TOTAL EXPENSE:                                    $ 690.28

TOTAL AMOUNT DUE:                              $ 31,638.28
          For any meal expense itemized above, receipts and
          other documentary evidence are retained in our
          files for your convenience and will be delivered
          to you upon request.

                    DUE UPON RECEIPT

WFB-MK641565

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | tegggleston JC |
| Vendor Name: | WINSTEAD, SECHREST & MINICK, PC |
| Invoice No.: | 1129104 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 02630 |
| Invoice Date: | 08/08/2006 |

| Loan Number | Property Number | Found By | Expense Category | Security Init. Srv. Cd. | Service Amount Elig. Seq. | GL ACCOUNT NUMBER Exp Cat Control XXXXX - XXXXX - XXXX | Payee Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $31,638.28 |
| | | | | | | | | $31,638.28 |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

| | | |
|---|---|---|
| Manager's Approval: | BGlassie | |
| Add'l Approval: | MJones | Date: |
| Add'l Approval: | EJanckila | |
| Add'l Approval: | EJ Mauy | Date: |
| Add'l Approval: | E Brady | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK639255

WINSTEAD SECHREST & MINICK P.C.
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS    75270-2199

TAX I.D. #75-2404691

ORIX CAPITAL MARKETS, LLC
REAL ESTATE GROUP
1717 MAIN STREET
SUITE 900
DALLAS, TX  75201
ATTN: MR. DOUG GOLDRICK

INVOICE #:          1129104
INVOICE DATE: AUGUST 8, 2006
CLIENT #:            23633
MATTER #:               45
BILLING ATTORNEY:    JLJ

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2006

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/02/06 | KAG | .20 | Communications with Brittany Glassie re: ■■■ |
| 7/03/06 | AJS | 3.00 | Revising deposition notice and subpoena duces tecum to Kostin, Ruffkess with changes suggested by Erick Sandler (.80); drafting deposition notice and request for production for Konover & Associates (1.2); attempted phone call to Brittany Glassie (.10); drafting deposition notice and document requests for a yet to be determined Konover entity (.90). |
| 7/03/06 | KAG | .50 | Organize and assemble documents to forward Frank Longobardi. |
| 7/03/06 | KAG | .40 | Prepare and forward Frank Longobardi Konover entities financials. |
| 7/05/06 | AJS | .20 | Conference call with Kim Goldberg and Brittany Glassie regarding ■■■ |
| 7/05/06 | KAG | .20 | Telephone conference with Brittany Glassie and Andrew Schumacher re: ■■■ |
| 7/06/06 | AJS | .80 | Attempted phone call to Frank Longobardi (.10); call with Frank Longobardi regarding the Konover |

DATE    ATTY HOURS DESCRIPTION OF SERVICES

discovery requests (.30) ; revising Kostin
Ruffkess subpoena and deposition notice with
suggestions given by Frank Longobardi (.30); left
message with Erick Sandler regarding the updated
Konover discovery requests (.10).

7/06/06 KAG   6.70 Review and revise working draft of Konover
Entities Master Log.

7/07/06 AJS   4.10 Creating a more specific document request and
deposition notice for Konover & Associates (.70);
attempted phone call to Erick Sandler to discuss
the Konover Discovery documents (.10); receiving
update from Kim Goldberg on the status of the
Konover Corporate record searches (.20); revise
Konover Entity deposition request (.10);
correspond with Erick Sandler via email regarding
the Konover discovery documents (.10); revise
Kostin, Ruffkess subpoena with changes made by
Erick Sandler (.40); call with Erick Sandler
discussing changes to the Konover discovery
documents (.30); draft and revising a specific
version of the Konover Entity Notice of
Deposition and Document Request (1.2); revise
Konover discovery requests to include changes by
Erick Sandler (.60); drafting email update for
Jeff Joyce on the Konover discovery issues and
documents (.40).

7/07/06 KAG    .30 Discussion with Andrew Schumacher re: discovery
issues.

7/07/06 KAG    .30 Several communications with Brittany Glassie re:
███████████████████████████████████

7/07/06 KAG    .50 Analyze Konover entities financial records re:
wire transfer information.

7/10/06 AJS   5.60 Phone call with Erick Sandler discussing changes
to the Konover discovery requests (.50); Strategy
and planning session with Jeff Joyce on Erick's
changes (.10); revising the Konover discovery
requests with Erick Sandler's changes (1.60);
attempted call to Jay Nolan and Erick Sandler to
discuss the Konover Discovery (.10); conference
call with Erick Sandler and Jeff Joyce regarding
the Konover Discovery (.10); analyze the revised

WFB-MK639257

DATE    ATTY HOURS DESCRIPTION OF SERVICES

7/10/06 KAG    1.80 Begin corporation searches for all Konover
                    entities.

7/11/06 AJS    7.10 Revising the Request for Production for Konover &
                    Associates (.80); discuss changes by Brittany
                    Glassie with Jeff Joyce (.10); strategy and
                    planning session with Jeff Joyce regarding what
                    additional banking information we want from the
                    other Konover defendants (.10); revise Exhibit A
                    to Kostin, Ruffkess subpoena with changes by
                    Brittany Glassie (.80); call with Erick Sandler
                    discussing changes to the Kostin, Ruffkess
                    subpoena (.20); revise Kostin, Ruffkess subpoena
                    with Erick Sandler's changes (.10); call with Kim
                    Goldberg discussing Exhibit A to the Kostin,
                    Ruffkess subpoena (.10); revise the Request for
                    Production for the Konover Entity (.10); revise
                    the Kostin, Ruffkess subpoena with changes by
                    Jeff Joyce (1.00); revise exhibit A to the
                    Kostin, Ruffkess with changes by Jeff Joyce
                    (1.00); draft Request for Production for Konover
                    Development Corp. (.20); draft Request for
                    Production for Konover Construction Corp. (.20);
                    draft Request for Production for Michael Konover
                    (.20); draft Request for Production of Blackboard
                    (.20); draft Request for Production for Ripple
                    (.20); call with Jeff Joyce discussing changes to
                    Kostin Ruffkess subpoena (.20); revise Kostin,
                    Ruffkess Subpoena with changes by Jeff Joyce
                    (.20); call with Erick Sandler updating him on
                    the status of the Kostin, Ruffkess subpoena
                    (.20); send the Kostin, Ruffkess subpoena to
                    Erick Sandler (.10); call from Erick Sandler
                    updating me on the unavailability of a marshal to
                    serve the Kostin, Ruffkess subpoena (.20); revise
                    the Request for Production to Konover &
                    Associates with changes by Jeff Joyce and Erick
                    Sandler (.30); draft Notice of Deposit on for
                    Konover & Associates (.30); send out the Konover
                    Discovery documents to the team via email (.10);
                    phone call with Erick Sandler regarding the
                    delivery status of the Konover Discovery Requests
                    (.10); update Jeff Joyce on the delivery status
                    of the Konover Discovery Requests (.10).

7/11/06 JLJ     .50 Review deposition notices and provide comments to
                    Andrew Schumacher.

WFB-MK639258

DATE    ATTY HOURS DESCRIPTION OF SERVICES

7/11/06 KAG    8.30 Continued attention to Konover entities
                    corporation searches in Connecticut, Maryland,
                    New York and Rhode Island.

7/11/06 KAG     .20 Telephone conference with One Stop (CT) re:
                    status of Peerless documents production project.

7/12/06 AJS    1.90 Calender the due date for our initial disclosures
                    (.10); receive status update on the corporate
                    record searches from Kim Goldberg (.10); attempt
                    phone call to Brittany Glassie regarding the real
                    estate public record searches (.10); call with
                    Jeff Joyce, Erick Sandler and Jay Nolan regarding
                    upcoming discovery deadlines and depositions
                    (.40); coordinate the production of documents to
                    Connecticut for the initial disclosures with Kim
                    Goldberg (.10); calender Pre-Judgment Remedy
                    Hearing and due date for Memos on Questions of
                    Law and Motions in Limine (.10); receive email
                    update from Brittany Glassie regarding ███████
                    ██████████████████████████ (.10); phone call
                    with Brittany Glassie regarding ████████████
                    ██████████████████(.10); update Jeff Joyce
                    on the status of the real estate public record
                    searches (.10); update the team via email on the
                    status of the searches (.10); review Michael
                    Konover's Answer (.20); review Konover &
                    Development's Answer (.20); review Konover &
                    Associate's Answer (.20).

7/12/06 JLJ     .30 Email communications among trial team regarding
                    discovery and agenda items for conference call.

7/12/06 KAG    5.00 Continued attention to review of corporate
                    records re: Konover entities.

7/12/06 KAG    3.70 Continued attention to population of Konover
                    entities master chart.

7/12/06 KAG     .30 Several telephone communications with One Stop
                    (CT) re: ongoing scan/image project of Peerless
                    documents.

7/12/06 KAG     .20 Telephone communications with Meg McMckee re:
                    preparation for Peerless document production
                    responsive to Requests for Production propounded
                    in June.

WFB-MK639259

DATE   ATTY HOURS DESCRIPTION OF SERVICES

7/12/06 KAG    .20 Discussion with Andrew Schumacher re: preparation
                   of Wells Fargo Initial Disclosure documents.

7/12/06 KAG    .40 Begin review of prejudgment document productions
                   in preparation initial disclosures.

7/13/06 AJS   2.40 Analyze the drafting of interrogatories with Jeff
                   Joyce (.10); draft Request for Interrogatories to
                   Konover & Associates (1.40); analyze requests for
                   interrogatories with Jeff Joyce (.10); revise
                   interrogatories to Konover & Associates with
                   changes by Jeff Joyce (.40); research the Federal
                   Rules of Civil Procedure regarding contentions
                   (.20); review Konover Construction's answer
                   (.20).

7/13/06 KAG   4.20 Continued work on Konover entities searches and
                   input into the master spreadsheet.

7/13/06 KAG    .30 Several telephone communications with One Stop
                   re: return of files to Bob Randich and completion
                   of project.

7/14/06 AJS    .80 Call with Erick Sandler regarding the documents
                   being sent to Connecticut in response to the
                   initial disclosures (.20); forward the initial
                   disclosure list to Kim Goldberg to aid in the
                   production of documents for our initial
                   disclosures (.10); receive corporate record
                   searches from Kim Goldberg (.10); analyze the
                   interrogatories with Jeff Joyce (.10); revise
                   interrogatories to Konover & Associates with Jeff
                   Joyce's changes (.10); draft interrogatories for
                   Michael Konover (.20).

7/14/06 JLJ    .30 Review email communications regarding initial
                   disclosures.

7/14/06 KAG   2.60 Review and revise Konover corporate entities
                   spreadsheet.

7/14/06 KAG    .30 Several email communications with Brittany
                   Glassie re: ███████████████████████████████
                   ████████████

7/14/06 KAG   1.00 Assemble and organize Konover corporate entity
                   search reports.

WFB-MK639260

DATE    ATTY HOURS DESCRIPTION OF SERVICES

7/14/06 KAG    .40 Review and revise entity chart following Brittany
                   Glassie additions and comments.

7/15/06 KAG   1.30 Begin assembly of Wells Fargo disclosure
                   documents.

7/16/06 KAG   4.80 Continued preparation and assembly of documents,
                   pleadings and other relevant materials to include
                   in the Initial Disclosure responses.

7/17/06 AJS   1.40 Review and revise interrogatories to Konover &
                   Associates and Michael Konover (.50); forward
                   drafts of the interrogatories to the team for
                   review (.10); receive update on the Konover
                   document production for the initial disclosures
                   with Kim Goldberg (.20); revise the
                   interrogatories for Konover & Associates and
                   Michael Konover with changes by Erick Sandler
                   (.60).

7/17/06 KAG    .30 Several communications with PaperChaser re:
                   downloads.

7/17/06 KAG   6.10 Continued attention to preparation and assembly
                   of Wells Fargo Bank's initial disclosure
                   documents; several communications with Andrew
                   Schumacher re: same.

7/18/06 AJS   1.90 Receive update from Kim Goldberg on the status of
                   the document production for our initial
                   disclosures (.10); call with Kim Goldberg
                   discussing the real estate public record searches
                   (.10); update Jeff Joyce on the status of the
                   real estate searches via email (.10); call from
                   Jeff Joyce regarding the Konover Interrogatories
                   (.10); forwarding the updated Konover
                   interrogatories to Erick Sandler (.10); phone
                   call with Brittany Glassie and Kim Goldberg
                   discussing ████████████████████████ (.30);
                   strategy and planning session with Kim Goldberg
                   regarding Winstead's involvement in the real
                   estate record searches (.10); call with Erick
                   Sandler discussing changes to the Konover
                   Interrogatories (.30); revise Michael Konover and
                   Konover & Associates Interrogatories with changes
                   by Erick Sandler (.20); draft interrogatories to
                   Konover Construction (.10); draft Interrogatories

WFB-MK639261

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                        to Konover Development (.10); draft
                        Interrogatories to Blackboard (.10); draft
                        Interrogatories to Ripple (.10); distribute
                        Konover Interrogatories to the team (.10).

7/18/06 JLJ    .30 Telephone conference between Jeff Joyce and Erick
                   Sandler regarding scheduling and discovery
                   issues.

7/18/06 JLJ    .30 Email communications regarding Meg McKee
                   assistance in review of documents.

7/18/06 KAG    .30 Telephone conference with Andrew Schumacher and
                   Brittany Glassie re: ██████████████████████

7/18/06 KAG   4.50 Review files, prepare and finalize Wells Fargo
                   Bank's initial disclosure documents including all
                   electronic files.

7/18/06 KAG    .30 Several telephone and email communications with
                   Trial Solutions re: retrieval of document
                   database from PaperChaser for initial
                   disclosures.

7/18/06 KAG    .20 Conference with Trish Schneller re: discussion of
                   tax appraisal district searches to be conducted
                   on all Konover entities.

7/18/06 KAG    .30 Discussions with Meg McKee and Jeff Joyce re:
                   electronic preparation of Peerless' second round
                   of production documents.

7/19/06 AJS   3.20 Forward disclosure documents to Connecticut
                   (.10); phone call with Erick Sandler discussing
                   additional interrogatories (.20); research the
                   ability to use prior deposition testimony in the
                   prejudgment remedy hearing (2.6); attempt phone
                   call to Brittany Glassie (.10); call with
                   Brittany Glassie regarding ████████████
                   ██████████ (.10); update Tricia Schneller on what
                   needs to be done on the real estate searches
                   (.10).

7/19/06 JLJ    .30 Telephone conference with Meg McKee regarding
                   assistance with document review.

7/19/06 JLJ    .30 Telephone call between Jeff Joyce and Doug

**WFB-MK639262**

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                   Goldrick regarding document review.

7/19/06 KAG    .20 Several email communications with Brittney
                   Glassie ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                   ▮▮▮▮▮▮▮▮▮▮

7/19/06 PRS   4.10 Attention to review of spreadsheet regarding
                   Konover entities and location of properties,
                   begin searches on the internet with tax appraisal
                   offices and property searches, review of
                   information obtain and prepare notes regarding
                   information obtained.

7/20/06 AJS    .20 Phone call with Erick Sandler discussing document
                   production for initial disclosures (.10); receive
                   update on the real estate searches from Tricia
                   Schneller (.10).

7/20/06 JLJ    .40 Telephone conference with Erick Sandler regarding
                   outstanding discovery  issues.

7/20/06 PRS   6.00 Attention to review of spreadsheet regarding
                   Konover entities and location of properties,
                   locate tax appraisal offices on the internet and
                   perform searches to locate properties and obtain
                   information on properties regarding value of
                   properties and sale information, review of
                   information obtained and make notes regarding
                   information obtained.

7/21/06 AJS    .30 Telephone conference with Patricia Schneller
                   regarding Konover entity relationships.

7/21/06 AJS    .30 Email follow up with Patricia Schneller regarding
                   Konover entity relationships.

7/21/06 PRS   5.00 Attention to review of spreadsheet regarding
                   Konover entities and location of properties,
                   locate tax appraisal offices on the internet and
                   perform searches to locate properties and obtain
                   information on properties regarding value of
                   properties and sale information, review of
                   information obtained and make notes regarding
                   information obtained.

7/22/06 KAG    .20 Several email communications with Brittany
                   Glassie re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

WFB-MK639263

DATE    ATTY HOURS DESCRIPTION OF SERVICES

7/24/06 JLJ    .40 Telephone conference with Frank Longobardi and
                   staff regarding progress of review to date.

7/24/06 JLJ    .40 Telephone conference call between Jeff Joyce, Jay
                   Nolan and Erick Sandler to outline projects in
                   light of recent discovery requests received from
                   defendants.

7/24/06 JLJ    .20 Telephone conference with Brittany Glassie
                   regarding ███████████████████████████
                   ███████████████

7/24/06 JLJ    .30 Telephone conference with Greg May to update on
                   overall case status.

7/24/06 JLJ    .30 Telephone conference between Jeff Joyce, Brittany
                   Glassie and Doug Goldrick regarding ████████████
                   ███████████████████

7/24/06 JLJ    .20 Telephone conference with Erick Sandler
                   confirming plan for corporate representative
                   deposition and attempt to contact counsel for
                   Konover CPAs.

7/24/06 JLJ    .70 Review details of deposition notices, including
                   topics for corporate representatives, to make
                   final determination on Doug Goldrick selection as
                   designated representative.

7/24/06 KAG    .20 Telephone communications with Jeff Joyce re:
                   discuss initial disclosure documents production
                   and documents responsive to Requests for
                   Production;

7/24/06 PRS   6.50 Attention to review of spreadsheet regarding
                   Konover entities and location of properties,
                   locate tax appraisal offices on the internet and
                   perform searches to locate properties and obtain
                   information on properties regarding value of
                   properties and sale information, review of
                   information obtained and make notes regarding
                   information obtained.

7/25/06 JLJ    .30 Telephone conference with Erick Sandler to review
                   pleadings and outstanding discovery issues.

7/25/06 JLJ    .30 Telephone conference with Brittany Glassie

WFB-MK639264

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                       regarding ███████████████.

7/25/06 JLJ    .30 Letter to counsel regarding deposition of Doug
                   Goldrick.

7/25/06 JLJ    .30 Email communications regarding document
                   production issues.

7/25/06 JLJ    .50 Telephone conference with Meg McKee regarding
                   document production review.

7/25/06 JLJ    .50 Telephone conference with Kostin's counsel, Tom
                   Murphy, regarding production by Konover CPAs and
                   email follow up regarding same.

7/25/06 JLJ    .80 Review discovery requests to ORIX received from
                   defendants and note areas for objection and
                   response.

7/25/06 PRS   4.50 Attention to review of spreadsheet regarding
                   Konover entities and location of properties,
                   locate tax appraisal offices on the internet and
                   perform searches to locate properties and obtain
                   information on properties regarding value of
                   properties and sale information, review of
                   information obtained and make notes regarding
                   information obtained.

7/26/06 JLJ    .60 Office conference between Jeff Joyce and Erick
                   Sandler to review discovery requests and process
                   for response.

7/26/06 JLJ    .30 Telephone conference with Meg McKee regarding
                   document issues arising and review.

7/26/06 JLJ    .30 Telephone conference with Brittany Glassie
                   confirming plan for scheduling.

7/26/06 PRS   1.60 Review and compare updated spreadsheet of Konover
                   entities, continue searches on various tax
                   databases to locate properties and tax value as
                   well as sale information.

7/27/06 JLJ    .50 Review and revise draft motion to compel
                   discovery by Kostin Rufkus.

7/27/06 JLJ    .40 Telephone conference between Jeff Joyce and Erick
                   Sandler regarding comments on motion to compel

WFB-MK639265

DATE    ATTY HOURS DESCRIPTION OF SERVICES

and other discovery issues.

7/27/06 KAG    .30 Several email communications with Meg McKee and
                   Brittney Gloassie re: initial disclosure
                   documents.

7/27/06 KAG    .30 Email communications with C2 Legal re:
                   preparation of KMC/Peerless documents for entry
                   into database management; attention to same.

7/27/06 PRS   5.50 Attention to review of spreadsheet regarding
                   Konover entities and location of properties,
                   locate tax appraisal offices on the internet and
                   perform searches to locate properties and obtain
                   information on properties regarding value of
                   properties and sale information, review of
                   information obtained and make notes regarding
                   information obtained.

7/28/06 LES    .50 Research regarding the total amount of time
                   allowed to depose one deponent under Federal law.

7/28/06 PRS   5.50 Attention to review of spreadsheet regarding
                   Konover entities and location of properties,
                   locate tax appraisal offices on the internet and
                   perform searches to locate properties and obtain
                   information on properties regarding value of
                   properties and sale information, review of
                   information obtained and make notes regarding
                   information obtained, proof and revise
                   spreadsheet summarizing tax informationi
                   obtained.

7/31/06 AJS   3.50 Call to get update from Kim Goldberg on the
                   Konover discovery (.10); review Konover discovery
                   requests in preparation for conference call with
                   Jeff Joyce and Erick Sandler (.30); conference
                   call with Erick Sandler, Jeff Joyce, Kim
                   Goldberg, and Brittany Glassie discussing ▮▮▮▮▮▮
                   ▮▮▮▮▮▮▮▮▮▮▮▮(.70); strategy and planning
                   session with Kim Goldberg regarding the real
                   estate and public record searches (.10); call
                   with Erick Sandler regarding the responses to the
                   Konover discovery requests (.20); calls with
                   Erick Sandler regarding the formatting of the
                   responses to the Konover requests for production
                   and interrogatories and the privilege review for
                   the documents to be produced for Doug Goldrick's

WFB-MK639266

DATE     ATTY HOURS DESCRIPTION OF SERVICES

deposition (.30); create deadlines for responses
to Konover Discovery documents (.10); strategy
and planning session with Kim Goldberg regarding
the real estate and public record searches (.40);
call with Meg McKee regarding the CRBE and
receiver documents to be produced for Doug
Goldrick's deposition (.30); strategy and
planning session with Kim Goldberg regarding the
privilege review of the documents to be produced
for Doug Goldrick's deposition (.20); update Jeff
Joyce via email on the status of the production
of documents for the Goldrick deposition and the
privilege review of those documents (.20);
analyze the Master cross-reference list of
document requests for all the Konover defendants
(.30); analyze the requests for production
included with the Doug Goldrick deposition notice
to see whether internal communications are
required to be produced (.20); strategy and
planning session with Kim Goldberg regarding
Brittany's questions on the Konover discovery
requests (.10).

7/31/06 JLJ   .90 Conference call involving Jeff Joyce, Andrew
                  Schumacher, Kim Goldberg and Erick Sandler to
                  outline discovery tasks and assignments and
                  follow up call with Brittany Glassie regarding
                  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

7/31/06 JLJ   .30 Telephone conference with Doug Goldrick regarding
                  plan for noticed deposition.

7/31/06 JLJ   .30 Email communications regarding scheduling of
                  deposition of Doug Goldrick.

7/31/06 JLJ   .30 Telephone conference with Frank Longobardi
                  regarding review of information.

7/31/06 KAG  1.00 Participate in telephone conference with Jeff
                  Joyce, Brittany Glassie, Andrew Schumacher and
                  Eric Sandler; re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
                  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
                  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

7/31/06 KAG  1.00 Attention to review of all communcations
                  pertaining to discovery issues and responses
                  pending.

WFB-MK639267

DATE    ATTY HOURS DESCRIPTION OF SERVICES

7/31/06 KAG   .30 Several communications with Meg McKee re: status
                  of document reviews in preparation of upcoming
                  discovery deadlines.

7/31/06 KAG  2.40 Review of document cds and folders received from
                  Brittany Glassie for production purposes.


FEE AMOUNT:                                    $ 30,948.00


### TIME SUMMARY

| NAME | HOURS | RATE | TOTALS |
|------|------|------|------|
| Jeffrey L. Joyce | 14.50 | 525.00 | 7,612.50 |
| Lindsey E. Simmons | .50 | 195.00 | 97.50 |
| Andrew J. Schumacher | 36.70 | 195.00 | 7,156.50 |
| Kimberly A. Goldberg | 66.30 | 155.00 | 10,276.50 |
| Patricia R. Schneller | 38.70 | 150.00 | 5,805.00 |
| SUMMARY TOTALS: | 156.70 | | $ 30,948.00 |

EXPENSES:

| | | |
|---|---|---|
| 7/14/06 | Advance for Travel-Lodging (Joyce to Hartford 6/8-6/9/06) | 189.28 |
| 7/14/06 | Advance for Travel-Meals (Joyce to Hartford 6/8-6/9/06) | 66.31 |
| 7/14/06 | Advance for Travel-Parking (Joyce to Hartford 6/8-6/9/06) | 30.00 |
| | Federal Express | 46.89 |
| | Long Distance Charges | 64.40 |
| | Reproduction Costs | 293.40 |

TOTAL EXPENSES:                                $ 690.28

INVOICE APPROVED BY:
DATE: 8/17/06
EXPENSE TYPE:
SERVICING: LOAN  REO  DEP
REIMB BY: B T (B/T)  NONREIMB
LOAN NO.: 18-0000705
POOL NAME:

TOTAL AMOUNT DUE:                              $ 31,638.28
        For any meal expense itemized above, receipts and
        other documentary evidence are retained in our
        files for your convenience and will be delivered

**WFB-MK639268**

to you upon request.

DUE UPON RECEIPT

WFB-MK639269

| | |
|---|---|
| ORIX REAL ESTATE CAPITAL MARKETS, LLC | INVOICE #:  1129104 |
| REAL ESTATE GROUP | INVOICE DATE: AUGUST 8, 2006 |
| 1717 MAIN STREET | CLIENT #:  23633 |
| SUITE 900 | MATTER #:  45 |
| DALLAS, TX 75201 | BILLING ATTORNEY:  AJS |
| ATTN: BRITTANY GLASSIE MAHER | |

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2006
FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 7/02/06 | KAG | .20 | Communications with Brittany Glassie re: ██████████████ |
| 7/03/06 | AJS | 3.00 | Revising deposition notice and subpoena duces tecum to Kostin, Ruffkess with changes suggested by Erick Sandler (.80); drafting deposition notice and request for production for Konover & Associates (1.2); attempted phone call to Brittany Glassie (.10); drafting deposition notice and document requests for a yet to be determined Konover entity (.90). |
| 7/03/06 | KAG | .50 | Organize and assemble documents to forward Frank Longobardi. |
| 7/03/06 | KAG | .40 | Prepare and forward Frank Longobardi Konover entities financials. |
| 7/05/06 | AJS | .20 | Conference call with Kim Goldberg and Brittany Glassie regarding ██████████ |
| 7/05/06 | KAG | .20 | Telephone conference with Brittany Glassie and Andrew Schumacher re: ██████████ |
| 7/06/06 | AJS | .80 | Attempted phone call to Frank Longobardi (.10); call with Frank Longobardi regarding the Konover discovery requests (.30) ; revising Kostin Ruffkess subpoena and deposition notice with suggestions |

**WFB-MK641550**

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|------------------------|
| | | | given by Frank Longobardi (.30); left message with Erick Sandler regarding the updated Konover discovery requests (.10). |
| 7/06/06 | KAG | 6.70 | Review and revise working draft of Konover Entities Master Log. |
| 7/07/06 | AJS | 4.10 | Creating a more specific document request and deposition notice for Konover & Associates (.70); attempted phone call to Erick Sandler to discuss the Konover Discovery documents (.10); receiving update from Kim Goldberg on the status of the Konover Corporate record searches (.20); revise Konover Entity deposition request (.10); correspond with Erick Sandler via email regarding the Konover discovery documents (.10); revise Kostin, Ruffkess subpoena with changes made by Erick Sandler (.40); call with Erick Sandler discussing changes to the Konover discovery documents (.30); draft and revising a specific version of the Konover Entity Notice of Deposition and Document Request (1.2); revise Konover discovery requests to include changes by Erick Sandler (.60); drafting email update for Jeff Joyce on the Konover discovery issues and documents (.40). |
| 7/07/06 | KAG | .30 | Discussion with Andrew Schumacher re: discovery issues. |
| 7/07/06 | KAG | .30 | Several communications with Brittany Glassie re: ███████████████ |
| 7/07/06 | KAG | .50 | Analyze Konover entities financial records re: wire transfer information. |
| 7/10/06 | AJS | 5.60 | Phone call with Erick Sandler discussing changes to the Konover discovery requests (.50); Strategy and planning session with Jeff Joyce on Erick's changes (.10); revising the Konover discovery requests with Erick Sandler's changes (1.60); attempted call to Jay Nolan and Erick Sandler to discuss the Konover Discovery |

**WFB-MK641551**

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | (.10); conference call with Erick Sandler and Jeff Joyce regarding the Konover Discovery (.10); analyze the revised Konover Discovery requests with Jeff Joyce (.40); conference call with Jeff Joyce and Erick Sandler regarding the distribution of the Konover Discovery requests (.20); revise Kostin, Ruffkess doc request and subpoena with changes made by Jeff Joyce (.90); check with Kim Goldberg on the status of exhibit A to the Kostin, Ruffkess subpoena (.10); send revised Kostin, Ruffkess doc request and subpoena to Jay Nolan (.10); revise and formatting exhibit A to the Kostin, Ruffkess subpoena (.30); distribute Kostin Ruffkess deposition notice and exhibit to the team (.10); draft a request for production for Konover & Associates with suggestions given by Jeff Joyce (1.10). |
| 7/10/06 | JLJ | .50 | Telephone conference with Jay Nolan regarding results of scheduling conference with Magistrate Judge. |
| 7/10/06 | JLJ | .50 | Telephone conference with Doug Goldrick regarding ▮▮▮▮▮▮▮▮ |
| 7/10/06 | JLJ | .30 | Telephone conference with Erick Sandler regarding discovery activities. |
| 7/10/06 | JLJ | .50 | Review draft deposition and discovery notices and provide comments to Andrew Schumacher. |
| 7/10/06 | JLJ | .60 | Email outline to ORIX team regarding plan for discovery and preparation for pre-judgment remedy hearing. |
| 7/10/06 | KAG | 1.30 | Review and analyze file and prepare revised Chronology/Timeline. |
| 7/10/06 | KAG | .50 | Attention to various file and case management organizational tasks. |
| 7/10/06 | KAG | 1.00 | Preparation of list of Konover entities [Exhibit A to discovery requests. |

WFB-MK641552

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/10/06 | KAG | .50 | Receipt and review of Peerless Responses to Discovery Request. |
| 7/10/06 | KAG | 1.00 | Analyze Peerless discovery responses pertaining to financials previously produced. |
| 7/10/06 | KAG | 1.80 | Begin corporation searches for all Konover entities. |
| 7/11/06 | AJS | 7.10 | Revising the Request for Production for Konover & Associates (.80); discuss changes by Brittany Glassie with Jeff Joyce (.10); strategy and planning session with Jeff Joyce regarding what additional banking information we want from the other Konover defendants (.10); revise Exhibit A to Kostin, Ruffkess subpoena with changes by Brittany Glassie (.80); call with Erick Sandler discussing changes to the Kostin, Ruffkess subpoena (.20); revise Kostin, Ruffkess subpoena with Erick Sandler's changes (.10); call with Kim Goldberg discussing Exhibit A to the Kostin, Ruffkess subpoena (.10); revise the Request for Production for the Konover Entity (.10); revise the Kostin, Ruffkess subpoena with changes by Jeff Joyce (1.00); revise exhibit A to the Kostin, Ruffkess with changes by Jeff Joyce (1.00); draft Request for Production for Konover Development Corp. (.20); draft Request for Production for Konover Construction Corp. (.20); draft Request for Production for Michael Konover (.20); draft Request for Production of Blackboard (.20); draft Request for Production for Ripple (.20); call with Jeff Joyce discussing changes to Kostin Ruffkess subpoena (.20); revise Kostin, Ruffkess Subpoena with changes by Jeff Joyce (.20); call with Erick Sandler updating him on the status of the Kostin, Ruffkess subpoena (.20); send the Kostin, Ruffkess subpoena to Erick Sandler (.10); call from Erick Sandler updating me on the unavailability of a marshal to serve the |

WFB-MK641553

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | Kostin, Ruffkess subpoena (.20); revise the Request for Production to Konover & Associates with changes by Jeff Joyce and Erick Sandler (.30); draft Notice of Deposit on for Konover & Associates (.30); send out the Konover Discovery documents to the team via email (.10); phone call with Erick Sandler regarding the delivery status of the Konover Discovery Requests (.10): update Jeff Joyce on the delivery status of the Konover Discovery Requests (.10). |
| 7/11/06 | JLJ | .50 | Review deposition notices and provide comments to Andrew Schumacher. |
| 7/11/06 | KAG | 8.30 | Continued attention to Konover entities corporation searches in Connecticut, Maryland, New York and Rhode Island. |
| 7/11/06 | KAG | .20 | Telephone conference with One Stop (CT) re: status of Peerless documents production project. |
| 7/12/06 | AJS | 1.90 | Calender the due date for our initial disclosures (.10); receive status update on the corporate record searches from Kim Goldberg (.10); attempt phone call to Brittany Glassie regarding the real estate public record searches (.10); call with Jeff Joyce, Erick Sandler and Jay Nolan regarding upcoming discovery deadlines and depositions (.40); coordinate the production of documents to Connecticut for the initial disclosures with Kim Goldberg (.10); calender Pre-Judgment Remedy Hearing and due date for Memos on Questions of Law and Motions in Limine (.10); receive email update from Brittany Glassie regarding ██████████ (.10); phone call with Brittany Glassie regarding ██████████ (.10); update Jeff Joyce on the status of the real estate public record searches (.10); update the team via email on the status of the searches (.10); review Michael Konover's Answer (.20); review Konover & |

WFB-MK641554

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | Development's Answer (.20); review Konover & Associate's Answer (.20). |
| 7/12/06 | JLJ | .30 | Email communications among trial team regarding discovery and agenda items for conference call. |
| 7/12/06 | KAG | 5.00 | Continued attention to review of corporate records re: Konover entities. |
| 7/12/06 | KAG | 3.70 | Continued attention to population of Konover entities master chart. |
| 7/12/06 | KAG | .30 | Several telephone communications with One Stop (CT) re: ongoing scan/image project of Peerless documents. |
| 7/12/06 | KAG | .20 | Telephone communications with Meg McMckee re: preparation for Peerless document production responsive to Requests for Production propounded in June. |
| 7/12/06 | KAG | .20 | Discussion with Andrew Schumacher re: preparation of Wells Fargo Initial Disclosure documents. |
| 7/12/06 | KAG | .40 | Begin review of prejudgment document productions in preparation initial disclosures. |
| 7/13/06 | AJS | 2.40 | Analyze the drafting of interrogatories with Jeff Joyce (.10); draft Request for Interrogatories to Konover & Associates (1.40); analyze requests for interrogatories with Jeff Joyce (.10); revise interrogatories to Konover & Associates with changes by Jeff Joyce (.40); research the Federal Rules of Civil Procedure regarding contentions (.20); review Konover Construction's answer (.20). |
| 7/13/06 | KAG | 4.20 | Continued work on Konover entities searches and input into the master spreadsheet. |
| 7/13/06 | KAG | .30 | Several telephone communications with One Stop re: return of files to Bob Randich |

WFB-MK641555

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
|  |  |  | and completion of project. |
| 7/14/06 | AJS | .80 | Call with Erick Sandler regarding the documents being sent to Connecticut in response to the initial disclosures (.20); forward the initial disclosure list to Kim Goldberg to aid in the production of documents for our initial disclosures (.10); receive corporate record searches from Kim Goldberg (.10); analyze the interrogatories with Jeff Joyce (.10); revise interrogatories to Konover & Associates with Jeff Joyce's changes (.10); draft interrogatories for Michael Konover (.20). |
| 7/14/06 | JLJ | .30 | Review email communications regarding initial disclosures. |
| 7/14/06 | KAG | 2.60 | Review and revise Konover corporate entities spreadsheet. |
| 7/14/06 | KAG | .30 | Several email communications with Brittany Glassie re: ▮▮▮▮▮▮▮▮▮ |
| 7/14/06 | KAG | 1.00 | Assemble and organize Konover corporate entity search reports. |
| 7/14/06 | KAG | .40 | Review and revise entity chart following Brittany Glassie additions and comments. |
| 7/15/06 | KAG | 1.30 | Begin assembly of Wells Fargo disclosure documents. |
| 7/16/06 | KAG | 4.80 | Continued preparation and assembly of documents, pleadings and other relevant materials to include in the Initial Disclosure responses. |
| 7/17/06 | AJS | 1.40 | Review and revise interrogatories to Konover & Associates and Michael Konover (.50); forward drafts of the interrogatories to the team for review (.10); receive update on the Konover document production for the initial disclosures with Kim Goldberg (.20); revise the interrogatories for Konover & |

**WFB-MK641556**

WINSTEAD PC
INVOICE DATE: AUGUST 8, 2006
INVOICE # :        1129104
PAGE #              8

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | Associates and Michael Konover with changes by Erick Sandler (.60). |
| 7/17/06 | KAG | .30 | Several communications with PaperChaser re: downloads. |
| 7/17/06 | KAG | 6.10 | Continued attention to preparation and assembly of Wells Fargo Bank's initial disclosure documents; several communications with Andrew Schumacher re: same. |
| 7/18/06 | AJS | 1.90 | Receive update from Kim Goldberg on the status of the document production for our initial disclosures (.10); call with Kim Goldberg discussing the real estate public record searches (.10); update Jeff Joyce on the status of the real estate searches via email (.10); call from Jeff Joyce regarding the Konover Interrogatories (.10); forwarding the updated Konover interrogatories to Erick Sandler (.10); phone call with Brittany Glassie and Kim Goldberg discussing ███████ (.30); strategy and planning session with Kim Goldberg regarding Winstead's involvement in the real estate record searches (.10); call with Erick Sandler discussing changes to the Konover Interrogatories (.30); revise Michael Konover and Konover & Associates Interrogatories with changes by Erick Sandler (.20); draft interrogatories to Konover Construction (.10); draft Interrogatories to Konover Development (.10); draft Interrogatories to Blackboard (.10); draft Interrogatories to Ripple (.10); distribute Konover Interrogatories to the team (.10). |
| 7/18/06 | JLJ | .30 | Telephone conference between Jeff Joyce and Erick Sandler regarding scheduling and discovery issues. |
| 7/18/06 | JLJ | .30 | Email communications regarding Meg McKee assistance in review of documents. |
| 7/18/06 | KAG | .30 | Telephone conference with Andrew |

WFB-MK641557

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | Schumacher and Brittany Glassie re: ▮▮▮▮▮▮▮▮ |
| 7/18/06 | KAG | 4.50 | Review files, prepare and finalize Wells Fargo Bank's initial disclosure documents including all electronic files. |
| 7/18/06 | KAG | .30 | Several telephone and email communications with Trial Solutions re: retrieval of document database from PaperChaser for initial disclosures. |
| 7/18/06 | KAG | .20 | Conference with Trish Schneller re: discussion of tax appraisal district searches to be conducted on all Konover entities. |
| 7/18/06 | KAG | .30 | Discussions with Meg McKee and Jeff Joyce re: electronic preparation of Peerless' second round of production documents. |
| 7/19/06 | AJS | 3.20 | Forward disclosure documents to Connecticut (.10); phone call with Erick Sandler discussing additional interrogatories (.20); research the ability to use prior deposition testimony in the prejudgment remedy hearing (2.6); attempt phone call to Brittany Glassie (.10); call with Brittany Glassie regarding ▮▮▮▮▮▮▮▮ (.10); update Tricia Schneller on what needs to be done on the real estate searches (.10). |
| 7/19/06 | JLJ | .30 | Telephone conference with Meg McKee regarding assistance with document review. |
| 7/19/06 | JLJ | .30 | Telephone call between Jeff Joyce and Doug Goldrick regarding document review. |
| 7/19/06 | KAG | .20 | Several email communications with Brittney Glassie re: ▮▮▮▮▮▮▮▮ |
| 7/19/06 | PRS | 4.10 | Attention to review of spreadsheet regarding Konover entities and location of properties, begin searches on the internet with tax appraisal offices and property |

**WFB-MK641558**

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | searches, review of information obtain and prepare notes regarding information obtained. |
| 7/20/06 | AJS | .20 | Phone call with Erick Sandler discussing document production for initial disclosures (.10); receive update on the real estate searches from Tricia Schneller (.10). |
| 7/20/06 | JLJ | .40 | Telephone conference with Erick Sandler regarding outstanding discovery issues. |
| 7/20/06 | PRS | 6.00 | Attention to review of spreadsheet regarding Konover entities and location of properties, locate tax appraisal offices on the internet and perform searches to locate properties and obtain information on properties regarding value of properties and sale information, review of information obtained and make notes regarding information obtained. |
| 7/21/06 | AJS | .30 | Telephone conference with Patricia Schneller regarding Konover entity relationships. |
| 7/21/06 | AJS | .30 | Email follow up with Patricia Schneller regarding Konover entity relationships. |
| 7/21/06 | PRS | 5.00 | Attention to review of spreadsheet regarding Konover entities and location of properties, locate tax appraisal offices on the internet and perform searches to locate properties and obtain information on properties regarding value of properties and sale information, review of information obtained and make notes regarding information obtained. |
| 7/22/06 | KAG | .20 | Several email communications with Brittany Glassie re: ███████ |
| 7/24/06 | JLJ | .40 | Telephone conference with Frank Longobardi and staff regarding progress of review to date. |
| 7/24/06 | JLJ | .40 | Telephone conference call between Jeff |

WFB-MK641559

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | Joyce, Jay Nolan and Erick Sandler to outline projects in light of recent discovery requests received from defendants. |
| 7/24/06 | JLJ | .20 | Telephone conference with Brittany Glassie regarding ███████████ |
| 7/24/06 | JLJ | .30 | Telephone conference with Greg May to update on overall case status. |
| 7/24/06 | JLJ | .30 | Telephone conference between Jeff Joyce, Brittany Glassie and Doug Goldrick regarding ███████████ |
| 7/24/06 | JLJ | .20 | Telephone conference with Erick Sandler confirming plan for corporate representative deposition and attempt to contact counsel for Konover CPAs. |
| 7/24/06 | JLJ | .70 | Review details of deposition notices, including topics for corporate representatives, to make final determination on Doug Goldrick selection as designated representative. |
| 7/24/06 | KAG | .20 | Telephone communications with Jeff Joyce re: discuss initial disclosure documents production and documents responsive to Requests for Production; |
| 7/24/06 | PRS | 6.50 | Attention to review of spreadsheet regarding Konover entities and location of properties, locate tax appraisal offices on the internet and perform searches to locate properties and obtain information on properties regarding value of properties and sale information, review of information obtained and make notes regarding information obtained. |
| 7/25/06 | JLJ | .30 | Telephone conference with Erick Sandler to review pleadings and outstanding discovery issues. |
| 7/25/06 | JLJ | .30 | Telephone conference with Brittany Glassie |

WFB-MK641560

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
|  |  |  | regarding ███████████████ |
| 7/25/06 | JLJ | .30 | Letter to counsel regarding deposition of Doug Goldrick. |
| 7/25/06 | JLJ | .30 | Email communications regarding document production issues. |
| 7/25/06 | JLJ | .50 | Telephone conference with Meg McKee regarding document production review. |
| 7/25/06 | JLJ | .50 | Telephone conference with Kostin's counsel, Tom Murphy, regarding production by Konover CPAs and email follow up regarding same. |
| 7/25/06 | JLJ | .80 | Review discovery requests to ORIX received from defendants and note areas for objection and response. |
| 7/25/06 | PRS | 4.50 | Attention to review of spreadsheet regarding Konover entities and location of properties, locate tax appraisal offices on the internet and perform searches to locate properties and obtain information on properties regarding value of properties and sale information, review of information obtained and make notes regarding information obtained. |
| 7/26/06 | JLJ | .60 | Office conference between Jeff Joyce and Erick Sandler to review discovery requests and process for response. |
| 7/26/06 | JLJ | .30 | Telephone conference with Meg McKee regarding document issues arising and review. |
| 7/26/06 | JLJ | .30 | Telephone conference with Brittany Glassie confirming plan for scheduling. |
| 7/26/06 | PRS | 1.60 | Review and compare updated spreadsheet of Konover entities, continue searches on various tax databases to locate properties and tax value as well as sale information. |
| 7/27/06 | JLJ | .50 | Review and revise draft motion to compel discovery by Kostin Rufkus. |

WFB-MK641561

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/27/06 | JLJ | .40 | Telephone conference between Jeff Joyce and Erick Sandler regarding comments on motion to compel and other discovery issues. |
| 7/27/06 | KAG | .30 | Several email communications with Meg McKee and Brittney Gloassie re: initial disclosure documents. |
| 7/27/06 | KAG | .30 | Email communications with C2 Legal re: preparation of KMC/Peerless documents for entry into database management; attention to same. |
| 7/27/06 | PRS | 5.50 | Attention to review of spreadsheet regarding Konover entities and location of properties, locate tax appraisal offices on the internet and perform searches to locate properties and obtain information on properties regarding value of properties and sale information, review of information obtained and make notes regarding information obtained. |
| 7/28/06 | LES | .50 | Research regarding the total amount of time allowed to depose one deponent under Federal law. |
| 7/28/06 | PRS | 5.50 | Attention to review of spreadsheet regarding Konover entities and location of properties, locate tax appraisal offices on the internet and perform searches to locate properties and obtain information on properties regarding value of properties and sale information, review of information obtained and make notes regarding information obtained, proof and revise spreadsheet summarizing tax informationi obtained. |
| 7/31/06 | AJS | 3.50 | Call to get update from Kim Goldberg on the Konover discovery (.10); review Konover discovery requests in preparation for conference call with Jeff Joyce and Erick Sandler (.30); conference call with Erick Sandler, Jeff Joyce, Kim Goldberg, and Brittany Glassie discussing ███████ |

WFB-MK641562

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.70); strategy and planning session with Kim Goldberg regarding the real estate and public record searches (.10); call with Erick Sandler regarding the responses to the Konover discovery requests (.20); calls with Erick Sandler regarding the formatting of the responses to the Konover requests for production and interrogatories and the privilege review for the documents to be produced for Doug Goldrick's deposition (.30); create deadlines for responses to Konover Discovery documents (.10); strategy and planning session with Kim Goldberg regarding the real estate and public record searches (.40); call with Meg McKee regarding the CRBE and receiver documents to be produced for Doug Goldrick's deposition (.30); strategy and planning session with Kim Goldberg regarding the privilege review of the documents to be produced for Doug Goldrick's deposition (.20); update Jeff Joyce via email on the status of the production of documents for the Goldrick deposition and the privilege review of those documents (.20); analyze the Master cross-reference list of document requests for all the Konover defendants (.30); analyze the requests for production included with the Doug Goldrick deposition notice to see whether internal communications are required to be produced (.20); strategy and planning session with Kim Goldberg regarding Brittany's questions on the Konover discovery requests (.10).

7/31/06   JLJ   .90   Conference call involving Jeff Joyce, Andrew Schumacher, Kim Goldberg and Erick Sandler to outline discovery tasks and assignments and follow up call with Brittany Glassie regarding ▮▮▮▮▮▮▮▮

7/31/06   JLJ   .30   Telephone conference with Doug Goldrick regarding plan for noticed deposition.

WFB-MK641563

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/31/06 | JLJ | .30 | Email communications regarding scheduling of deposition of Doug Goldrick. |
| 7/31/06 | JLJ | .30 | Telephone conference with Frank Longobardi regarding review of information. |
| 7/31/06 | KAG | 1.00 | Participate in telephone conference with Jeff Joyce, Brittany Glassie, Andrew Schumacher and Eric Sandler; re: ███████████ |
| 7/31/06 | KAG | 1.00 | Attention to review of all communcations pertaining to discovery issues and responses pending. |
| 7/31/06 | KAG | .30 | Several communications with Meg McKee re: status of document reviews in preparation of upcoming discovery deadlines. |
| 7/31/06 | KAG | 2.40 | Review of document cds and folders received from Brittany Glassie for production purposes. |

FEE AMOUNT:                                              $ 30,948.00

TIME SUMMARY

| NAME | HOURS | RATE | TOTALS |
|------|-------|------|--------|
| Jeffrey L. Joyce | 14.50 | 525.00 | 7,612.50 |
| Lindsey E. Simmons | .50 | 195.00 | 97.50 |
| Andrew J. Schumacher | 36.70 | 195.00 | 7,156.50 |
| Kimberly A. Goldberg | 66.30 | 155.00 | 10,276.50 |
| Patricia R. Schneller | 38.70 | 150.00 | 5,805.00 |
| SUMMARY TOTALS: | 156.70 | | $ 30,948.00 |

WFB-MK641564

EXPENSE DETAIL:

| | | |
|---|---|---:|
| 7/14/06 | Advance for Travel-Lodging (Joyce to Hartford 6/8-6/9/06) | 189.28 |
| 7/14/06 | Advance for Travel-Meals (Joyce to Hartford 6/8-6/9/06) | 66.31 |
| 7/14/06 | Advance for Travel-Parking (Joyce to Hartford 6/8-6/9/06) | 30.00 |
| | Federal Express | 46.89 |
| | Long Distance Charges | 64.40 |
| | Reproduction Costs | 293.40 |

TOTAL EXPENSE:                                              $ 690.28

TOTAL AMOUNT DUE:                                      $ 31,638.28

For any meal expense itemized above, receipts and
other documentary evidence are retained in our
files for your convenience and will be delivered
to you upon request.

DUE UPON RECEIPT

WFB-MK641565

hhfax

12:16:58
WFB-MK639270.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS

AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: leggleston

Vendor Name: WINSTEAD, SECHREST & MINICK, PC

Invoice No.: 1134404

Batch Control #: BATCH002221

Vendor #: 02630

Invoice Date: 09/06/2006

| | | | | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | | $48,331.65 |
| | | | | | | | | | $48,331.65 |

Dia pt

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: BGlassie ✓ See-Attached

Add'l Approval: Mares 9/07

Add'l Approval: SYeauchn 9/07

Add'l Approval: EMay 9/07/06

Add'l Approval: EDoak

Add'l Approval: _____ Date: _____

_____ Date: _____

WFB-MK639270

WINSTEAD SECHREST & MINICK P.C.
5400  RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS    75270-2199

TAX I.D. #75-2404691

ORIX CAPITAL MARKETS, LLC
REAL ESTATE GROUP
1717 MAIN STREET
SUITE 900
DALLAS, TX 75201
ATTN: MR. DOUG GOLDRICK

INVOICE #:        1134404
INVOICE DATE: SEPTEMBER 6, 2006
CLIENT #:           23633
MATTER #:              45
BILLING ATTORNEY:   JLJ

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: AUGUST 31, 2006

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 8/01/06 | AJS | .20 | Strategy and planning session with Jeff Joyce regarding the CRBE and Receiver documents to be produced for the Doug Goldrick deposition and attempt call to Meg McKee regarding same. |
| 8/01/06 | AJS | .50 | Analyze Konover's initial disclosures. |
| 8/01/06 | AJS | 1.20 | Draft and edit letter to Konover counsel regarding the production of documents originally requested from Kostin, Rufkus. |
| 8/01/06 | AJS | .50 | Provide update to Jeff Joyce on the documents listed in the Konover initial disclosures. |
| 8/01/06 | AJS | 1.50 | Strategy and planning session with Kim Goldberg regarding the public record searches, Drafting responses and objections to Schedule A of the Notice of Deposition of Doug Goldrick. |
| 8/01/06 | AJS | .10 | Call to Meg McKee regarding contact attorneys at CRBE. |
| 8/01/06 | AJS | .20 | Phone call with Erick Sandler, update on the status of the Konover document production and discussing the Konover's initial disclosures and the best way to get those documents. |
| 8/01/06 | AJS | .50 | Strategy and planning session with Kim Goldberg regarding the Konover discovery documents, |

WFB-MK639271

DATE     ATTY HOURS DESCRIPTION OF SERVICES

                    requested confidentiality agreement, privilege
                    review and the document requests for Doug
                    Goldrick's deposition.

8/01/06  AJS    .10 Update Jeff Joyce via email regarding the
                    confidentiality agreement requested by the
                    Konover Defendants.

8/01/06  AJS    .30 Update from Kim Goldberg regarding questions on
                    the documents requested for Doug Goldrick's
                    deposition.

8/01/06  AJS    .50 Revise objections and responses to Schedule A of
                    the Notice of Deposition of Doug Goldrick.

8/01/06  AJS    .40 Research the Federal Rules of Civil Procedure on
                    discoverability of appraisal by consulting
                    experts.

8/01/06  AJS    .10 Attempted phone call to Brittany Glassie to
                    discuss █████████████████████████

8/01/06  AJS    .10 Phone call with Erick Sandler regarding CRBE
                    documents being produced by Orix for privilege
                    review and the confidentiality agreement.

8/01/06  AJS    .20 Phone call with Meg McKee regarding the
                    production of CRBE and Receiver documents for
                    Doug Goldrick's deposition.

8/01/06  JLJ    .20 Office conference between Jeff Joyce and Andrew
                    Schumacher regarding discovery follow up.

8/01/06  JLJ    .40 Telephone conference with Meg McKee regarding
                    retrieval of documents for production in case.

8/01/06  JLJ    .90 Extended email communications with counsel
                    regarding coordinating deposition of Doug
                    Goldrick and corporate representative.

8/01/06  JLJ    .90 Email to ORIX team regarding ████████████████

8/01/06  JLJ    .20 Email communications with defense counsel
                    regarding discovery and confidentiality
                    agreement.

WFB-MK639272

DATE    ATTY HOURS DESCRIPTION OF SERVICES

8/01/06 KAG    .20 Communications with Andrew Schumacher re: status
                   of Brittany Glassie communications regarding
                   documents.

8/01/06 KAG   7.40 Begin assembly and priviledge review of Orix
                   documents responsive to all defendants requests
                   for production in further preparation of Doug
                   Goldrick's 30(b) (6) deposition.

8/01/06 KAG    .30 Several communications with Brittany Glassie re:
                   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

8/02/06 AJS   2.80 Strategy and planning session with Jeff Joyce
                   regarding Konover document requests for
                   Goldrick's deposition, the public record searches
                   and the initial disclosures, conference call
                   with Erick Sandler and Kim Goldberg regarding the
                   production of documents for Doug Goldrick's
                   deposition, call with Erick Sandler regarding the
                   responses to Konover interrogatories, draft
                   letter to opposing counsel regarding production
                   of documents and a confidentiality order; revise
                   confidentiality order and Kostin, Ruffkess letter
                   with Jeff Joyce's changes, call to Erick Sandler
                   regarding the changes to the confidentiality
                   order, update from Kim Goldberg on the status of
                   the document production for Doug Goldrick's
                   deposition, update Jeff Joyce via email on the
                   status of the document production, call to
                   Brittany Glassie to obtain ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                   ▓▓▓▓▓▓▓▓▓▓▓ ▓call with Brittany Glassie to
                   review ▓▓▓▓▓.

8/02/06 AJS   1.70 Conference call with Jay Nolan, Erick Sandler,
                   Brittany Glassie, Doug Goldrick, Greg May, Amy
                   Howell and Jeff Joyce regarding ▓▓▓▓▓▓▓▓▓
                   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ conference call with Jeff
                   Joyce and Erick Sandler regarding letter to
                   opposing counsel and a confidentiality order,
                   conference call with Jeff Joyce, Erick Sandler
                   and Mark Baldwin regarding the production of
                   documents in Konover Development's initial
                   disclosures, conference call with Jeff Joyce,
                   Erick Sandler and Mark Shipman regarding the
                   production of documents in Michael Konover,
                   Blackboard and Ripple's initial disclosures,
                   conference call with Jeff Joyce, Erick Sandler

WFB-MK639273

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                  and Jason Kuselias regarding the production of
documents in Konover Construction's initial
disclosures, conference call with Jeff Joyce,
Erick Sandler and James Shearin regarding the
production of documents in Konover & Associate's
initial disclosures, call with Erick Sandler
regarding the creation or a privilege log and
bate-stamping documents being produced for Doug
Goldrick's deposition, conference call with Kim
Goldberg and Brittany Glassie regarding ████
████████████████████████████████████

8/02/06 JLJ    .30 Attention to arranging meeting with ORIX
representatives to discuss ███████████████████
████████████████████████████████████████

8/02/06 JLJ    .30 Office conference between Jeff Joyce and Andrew
Schumacher to review initial disclosures and
draft letter regarding defendants' production of
documents being sought in motion to compel CPA
firm.

8/02/06 JLJ    .30 Office conference between Jeff Joyce and Doug
Goldrick regarding background on possible
agreement with respect to pre-judgment remedy
hearing.

8/02/06 JLJ    .30 Conference call involving ORIX counsel team and
business representatives to discuss ██████████
████████████████████████████████████████████

8/02/06 JLJ    .50 Telephone conference call among various defense
counsel to inquire about document productions and
response to initial disclosures.

8/02/06 JLJ    .20 Review draft protective order received from
plaintiffs' counsel and request copy for editing.

8/02/06 KAG  11.00 Attention to review and preparation of Orix
documents responsive to Defendants various
discovery requests.

8/02/06 KAG    .60 Various telephone communications with Brittany
Glassie re: █████████████████████████.

8/02/06 KAG    .40 Several communications with Erick Sandler's
office re: document tracking issues.

WFB-MK639274

DATE    ATTY  HOURS  DESCRIPTION OF SERVICES

8/02/06 KAG    .40  Several communications with Tina Eggleston re:
                    documents forwarded to Goldberg for review and
                    production.

8/02/06 KAG    .30  Several discussions with Suzanne Michlick re:
                    Orix counsel and party representatives in
                    conjunction with privilege review of documents.

8/02/06 7182  1.50  Paraclerk assistance to team.

8/03/06 AJS    .80  Research Federal Rules of Civil Procedure for the
                    proper timing of discovery responses, call with
                    Erick Sandler discussing responses to Konover's
                    request that document be produced prior to
                    Goldrick's  deposition, strategy and planning
                    session with Jeff Joyce regarding Konover's
                    request that document be produced prior to
                    Goldrick's deposition date.

8/03/06 JLJ    .30  Attention to proposal for bonding prejudgment
                    remedy hearing.

8/03/06 JLJ    .40  Attention to organizing and coordinating
                    deposition of Doug Goldrick.

8/03/06 JLJ    .30  Telephone conference with Doug Goldrick
                    confirming deposition scheduling and bonding
                    issues.

8/03/06 JLJ    .30  Extended email to ORIX representatives regarding
                    ███████████████████████████████████████

8/03/06 JLJ    .20  Telephone conference with Tim Shearin regarding
                    deposition logistics.

8/03/06 JLJ    .30  Telephone conference between Erick Sandler and
                    Jeff Joyce regarding follow up on document
                    production offered in initial disclosures by
                    Defendants.

8/03/06 JLJ    .60  Telephone conference between Jeff Joyce, Greg May
                    Amy Howell, and John Dinan regarding ███████████
                    ████

8/03/06 JLJ    .30  Telephone conference with Jay Nolan regarding
                    status of discussion for settlement of

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                   prejudgment remedy.

8/03/06 JLJ    .30 Telephone conference between Jeff Joyce and Erick
                   Sandler regarding continued written follow up
                   with document production by defendants.

8/03/06 JLJ    .60 Review protective order and email to defendants
                   regarding agreement for confidentiality.

8/03/06 JLJ    .30 Email communications with all counsel confirming
                   logistics for deposition of Doug Goldrick.

8/03/06 KAG   5.90 Continued attention to preparation of documents
                   for production.

8/03/06 KAG    .30 Several phone communications with Sue Micklich
                   re: document issues.

8/03/06 KAG    .40 Review file from the Maryland litigation re: Ron
                   Lipman June, 04 Appraisal, forward same to
                   defense team for review.

8/03/06 KAG    .40 Several discussions with Andrew Schumacher re:
                   document review status.

8/03/06 KAG    .40 Several communications with Erick Sandler and
                   Suzanne Micklich re: need for privilege and
                   confidential document review of foreclosure files
                   received from Don Proctor.

8/04/06 AJS    .90 Strategy and planning session with Kim Goldberg
                   regarding whether certain correspondences should
                   be marked as privileged, review Federal Rules of
                   Civil Procedure for support of our letter
                   objecting to the production of documents in
                   conjunction with Goldrick's deposition, call with
                   Erick Sandler regarding objecting to production
                   of documents in conjunction with the Goldrick
                   deposition, review the Federal Rules of Civil
                   Procedure regarding privilege issues, strategy
                   and planning session with Kim Goldberg and
                   attempted call with Erick Sandler to discuss the
                   privilege issues, call to Erick Sandler updating
                   him on the privilege review related to the
                   Longson documents.

8/04/06 JLJ    .30 Telephone conference between Jeff Joyce and Erick
                   Sandler regarding outstanding discovery issues.

**WFB-MK639276**

DATE    ATTY HOURS DESCRIPTION OF SERVICES

8/04/06 JLJ    .30 Email communication with counsel regarding follow
                   up on document production issues.

8/04/06 JLJ    .30 Telephone conference with Brittany Glassie
                   regarding ███████████████████████

8/04/06 JLJ    .30 Telephone conference with Doug Goldrick regarding
                   bonding proposals and coordination of deposition
                   schedule for Doug Goldrick on August 8th.

8/04/06 JLJ    .30 Telephone conference with Jay Nolan for update on
                   bonding and scheduling issues.

8/04/06 JLJ    .40 Telephone conference with Brittany Glassie
                   confirming ███████████████████████

8/04/06 JLJ    .30 Telephone conference with Greg May regarding
                   █████████████████████  ████████████

8/04/06 JLJ    .30 Telephone conference with Mark Shipman regarding
                   response to bond proposal.

8/04/06 JLJ    .30 Email follow up to ORIX team regarding issues
                   addressed with Shipman.

8/04/06 JLJ    .30 Telephone conference with Jay Nolan regarding
                   same.

8/04/06 KAG    .30 Communications with Brittany Glassie re:
                   ████████████████████████████████

8/04/06 KAG    .20 Telephone communications with Doug Goldrick re:
                   preparation and review of documents in
                   preparation for upcoming Goldrick deposition.

8/04/06 KAG   1.50 Review of file and ssemble documents for review
                   by Doug Goldrick in preparation for his upcoming
                   deposition.

8/04/06 KAG    .30 Communications with Jeff Joyce and Andrew
                   Schumacher re: status privilege review of Orix
                   documents.

8/04/06 KAG    .40 Several telephone and email discussions with
                   Erick Sandler and Suzanne Micklich status of
                   Sarah Longson, Bud Clark and other attorneys

WFB-MK639277

DATE    ATTY HOURS DESCRIPTION OF SERVICES

pertaining to privilege and confidentiality issues.

8/04/06 KAG    .30 Several discussions with Suzanne Micklich re: document tracking issues and preparation of electronic images for Orix documents to be produced on August 16, 2006.

8/04/06 KAG    .20 Several discussions with Jeff Joyce re: Goldrick deposition preparation witness file.

8/04/06 7182  1.00 Paraclerk assistance to Andrew Schumacher.

8/06/06 KAG    .30 Several email communications with Doug Goldrick re: deposition review package not received from Federal Express.

8/06/06 7182  1.00 Paraclerk assistance in connection with responsive discovery issues.

8/07/06 AJS  2.70 Drafting responses to requests for production from Michael Konover, Blackboard, Ripple, Konover Development, Konover Construction and Konover & Associates.

8/07/06 AJS   .70 Strategy and planning session with Jeff Joyce regarding the protective order, real estate public record searches and the use of prior deposition testimony, attempt phone call to Frank Longobardi to discuss work conducted up to date on the Konover financials, call with Jeff Joyce and Frank Longobardi to discuss work conducted up to date on the Konover financials, strategy and planning session with Kim Goldberg regarding the sheet used to track the real estate public record searches.

8/07/06 AJS  4.90 Reviewing real estate public record sheet  for privileged information, phone call with Erick Sandler regarding upcoming deadlines in the case and the confidentiality agreement, research case law for the ability to use prior deposition testimony in the pre-judgment remedy hearing, revise the Konover confidentiality agreement with changes by Jeff Joyce, strategy and planning session with Jeff Joyce regarding the changes to the Konover confidentiality agreement, revise the Konover confidentiality agreement with additional

WFB-MK639278

DATE    ATTY HOURS DESCRIPTION OF SERVICES

changes by Jeff Joyce, phone call with Erick Sandler regarding the local rule requirements for filing under seal, call with Brittany Glassie regarding █████████████████████████████████ ████████████████ ; attempt call to Frank Longobardi to discuss the real estate public record searches sheet, draft summary of research done on the use of prior deposition testimony, revise real estate public record searches spreadsheets to delete confidential information, send the real estate public record searches spreadsheet to Frank Longobardi, update Jeff Joyce via email on upcoming deadlines via email.

8/07/06 AJS  1.90 Draft responses to Blackboard's interrogatories, organize and assemble Konover discovery requests in preparation for drafting objections and responses.

8/07/06 JLJ   .30 Telephone conference with Frank Longobardi regarding expert witness work in case.

8/07/06 JLJ   .30 Office conference between Jeff Joyce and Andrew Schumacher to outline deadlines for various case activities.

8/07/06 JLJ  2.20 Extended telephone conference call between Jeff Joyce, Doug Goldrick and Brittany Glassie ██ ███████████████████████████████████████

8/07/06 JLJ   .70 Attention to revised confidentiality order and forwarding same to plaintiff's counsel.

8/07/06 JLJ   .40 Telephone conference with Jay Nolan to coordinate deposition of Doug Goldrick.

8/07/06 KAG   .30 Discussions with Andrew Schumacher re: preparation of confidentiality agreement for all parties to execute.

8/07/06 KAG   .20 Assemble and foward Michael Konover deposition taken in the Conneticut lawsut to Andrew Schumacher for review.

8/07/06 7182 1.50 Paraclerk assistance in connection with responsive discovery.

WFB-MK639279

DATE     ATTY HOURS DESCRIPTION OF SERVICES

8/08/06  AJS  9.10 Draft responses to Interrogatories for Konover
                   Development, analyze the Konover Development
                   notice of deposition and update Jeff Joyce on the
                   changes from the previous notice via email, call
                   with Erick Sandler regarding upcoming deadlines
                   in the case, calendar upcoming deadlines for the
                   PJR hearing and upcoming depositions, strategy
                   and planning session with Kim Goldberg regarding
                   upcoming deadlines, coordinate the creation of
                   objections to the notice of deposition topics for
                   Konover Development and Konover Construction,
                   draft responses to Konover Construction's
                   Interrogatories, draft responses to Konover &
                   Associate's Interrogatories, draft responses to
                   Michael Konover's Interrogatories, call to Erick
                   Sandler checking the status of the Kostin,
                   Ruffkess response to our motion to compel, draft
                   objections to topics for the deposition notices
                   for Konover Construction, draft objections to
                   topics for the deposition notices for Konover
                   Development, strategy and planning session with
                   Jeff Joyce regarding the drafts on the responses
                   to Konover's discovery requests, completing the
                   responses to Blackboard's Interrogatories.

8/08/06  JLJ  .20 Telephone conference call between Jeff Joyce and
                   Jay Nolan regarding coordination of deposition of
                   Doug Goldrick.

8/08/06  JLJ  .20 Telephone conference with Doug Goldrick regarding
                   deposition in Atlanta.

8/08/06  JLJ  .20 Telephone conference with Erick Sandler regarding
                   follow up on production of initial disclosure
                   documents.

8/08/06  JLJ  .30 Email communications with opposing counsel
                   regarding confidentiality agreement issues.

8/08/06  JLJ  .30 Telephone conference with Jay Nolan regarding
                   results of Doug Goldrick deposition.

8/08/06  KAG  .30 Several discussions with Meg McKee re: Peerless
                   document productions.

8/08/06  KAG  .20 Attention to case calendar/docketing issues.

8/08/06  7182 2.00 Paraclerk assistance to team in connection with

WFB-MK639280

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                    responsive discovery.

8/09/06  AJS  5.70 Phone call with Erick Sandler regarding responses
                   to the Konover discovery requests and the reply
                   brief to Kostin, Ruffkess response to our motion
                   to compel, research Federal Case law for support
                   to use in our Kostin, Ruffkess reply brief,
                   forward case research to Erick Sandler for our
                   reply to Kostin, Ruffkess, call to Erick Sandler
                   regarding the confidentiality agreement and
                   initial disclosure documents, research federal
                   case law regarding motions to compel and
                   confidentiality agreements, phone call with Erick
                   Sandler regarding the drafting of a motion to
                   compel against Defendants, call to Jeff Joyce,
                   Jay Nolan and Erick Sandler strategizing how to
                   address Konover's demands regarding
                   confidentiality agreement, call with Erick
                   Sandler regarding the motion we plan on including
                   with the email to the magistrate on Thursday,
                   revise objections to the deposition topics for
                   Konover Development and Konover Construction,
                   review and revise responses to Konover discovery
                   requests and interrogatories.

8/09/06  JLJ   .50 Review response to motion to compel Kostin Rufkus
                   documents and deposition and email communication
                   to Erick Sandler regarding proposed reply points.

8/09/06  JLJ   .50 Conference call between Jeff Joyce, Andrew
                   Schumacher, Jay Nolan and Erick Sandler to
                   discuss outstanding issues, defendant's delays in
                   discovery and need for overall motion to compel
                   and status conference.

8/09/06  KAG  7.90 Review and revise Master Kononver/Peerless
                   document production log pertaining to the June
                   5th box production.

8/09/06  KAG   .40 Several telephone and email communications with
                   Meg McKee and Becky Mroz re: document production
                   and review issues pertaining to the Konover
                   Conneticut production.

8/10/06  AJS   .60 Update from Jeff Joyce via email on our strategy
                   for the confidentiality order and upcoming PJR
                   hearing, call with Frank Longobardi to update him
                   on the status of the Konover document production,

WFB-MK639281

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                     resolve privilege question from local counsel in
                     Connecticut via email, organize and forward
                     Konover's responses to our discovery requests via
                     email.

8/10/06 JLJ     .30 Telephone conference with Greg May regarding
                    ███████████████████████████

8/10/06 JLJ     .80 Conference call among ORIX team to discuss ████
                    ███████████

8/10/06 KAG     .30 Communications with Meg McKee re: review of
                    KMC/Peerless master box log.

8/10/06 KAG     .30 Several communicatins with Suzanne Micklich
                    document review status in preparation for
                    upcoming production deadlines.

8/11/06 AJS     .30 Phone call with Erick Sandler regarding document
                    production, discovery responses and the Kostin,
                    Ruffkess reply brief.

8/11/06 AJS     .30 Strategy and planning session involving Andrew
                    Schumacher and  Kim Goldberg regarding document
                    production and privilege review.

8/11/06 AJS     .10 Call with Erick Sandler regarding upcoming
                    conference call with the judge regarding the PJR
                    hearing .

8/11/06 KAG    3.20 Finalize review of responsive documents and
                    preparation of same for production.  Forward
                    responsive documents to Erick Sandler for
                    production.

8/14/06 AJS     .30 Analyze Longobardi report in preparation for
                    meeting with Jeff Joyce .

8/14/06 AJS     .20 Call with Erick Sandler regarding the responses
                    to Konover discovery requests, Konover document
                    production, the Longobardi notice of deposition
                    and the PJR brief .

8/14/06 AJS     .20 Update Jeff Joyce via email on the status of the
                    response to Konover's discovery requests and
                    Konover's document production.

8/14/06 AJS     .40  Review and analyze Motion to Compel brief and

WFB-MK639282

DATE     ATTY HOURS  DESCRIPTION OF SERVICES

                     the Kostin, Ruffkess reply brief drafted by Erick
                     Sandler.

8/14/06  AJS   .20   Review  Erick Sandler's suggested changes to the
                     interrogatory responses.

8/14/06  AJS   .30   Phone call with Erick Sandler regarding his
                     suggested changes to our interrogatory responses.

8/14/06  AJS   .10   Forward Kim Goldberg' s privilege log to Erick
                     Sandler.

8/14/06  AJS  3.20   Revise responses to Konover Development's
                     interrogatories with changes by Erick Sandler .

8/14/06  AJS   .10   Call to Erick Sandler regarding the Konover
                     document production.

8/14/06  AJS   .10   Call to Erick Sandler questioning some of the
                     comments included in his revisions to our
                     responses to Konover Discovery requests.

8/14/06  AJS   .10   Attempted phone call to Erick Sandler with Jeff
                     Joyce to discuss Konover discovery issues.

8/14/06  JLJ   .30   Telephone conference between Jeff Joyce and Jay
                     Nolan regarding discovery issues.

8/14/06  JLJ   .30   Telephone conference with Doug Goldrick regarding
                     timing of deposition.

8/14/06  KAG  1.00   Attention to preparation of privileged documents
                     log.  Several discussions with Erick Sandler's
                     office re: same.

8/14/06  KAG   .30   Several communications with Sue Michlik re:
                     privilege documents and final review of documents
                     for production purposes.

8/15/06  AJS  1.80   Call with Erick Sandler and Jeff Joyce regarding
                     the Konover document production, motion to compel
                     and the upcoming depositions, call with Mark
                     Shipman, Erick Sandler and Jeff Joyce regarding
                     the Konover document production, attempt phone
                     call to Frank Longobardi regarding conference
                     call scheduled for this afternoon,   call with
                     Frank Longobardi's office updating them on the
                     status of the Konover documents and Frank's

WFB-MK639283

DATE    ATTY HOURS DESCRIPTION OF SERVICES

deposition notice, attempt call to Erick Sandler
to check the status of his changes to the
responses to Konover's discovery requests, call
with Erick Sandler discussing Connecticut law in
relation to the Notice of Deposition on received
for Jeff Joyce, research the Model Rules for
disqualification information, update Jeff Joyce
via email on information obtained on
disqualification issues under Connecticut law,
review Connecticut case law regarding attornies
as witnesses.

8/15/06 JLJ    .30 Telephone conference with Doug Goldrick regarding
                   deposition scheduling issues.

8/15/06 JLJ    .30 Telephone conference with Erick Sandler regarding
                   outstanding discovery issues and response
                   deadlines and telephone call to Mark Shipman
                   regarding document production by defendants.

8/15/06 JLJ    .20 Email communication to all defendants regarding
                   confidentiality order issues.

8/15/06 JLJ    .50 Telephone conference between Jeff Joyce, Jay
                   Nolan and Greg May regarding ████████████
                   ████████████████████████████████ ██

8/15/06 JLJ    .20 Telephone conference with Brittany Glassie to
                   update on case status.

8/15/06 KAG    .50 Attention to file and case management tasks
                   including vendor invoices and database management
                   issues.

8/15/06 KAG   1.80 Attention to document and database management
                   issues re: KMC/Peerless documents produced
                   including tiff file database loads.

8/15/06 KAG    .30 Extended telephone conference with Brett Foster
                   (One Stop) re: review of production invoices.

8/15/06 KAG   1.00 Preparation of document cds re: Wells Fargo
                   Bank's August 16, 2006 production responsive to
                   all defendants discovery requests.

8/15/06 KAG    .60 Several discussions with Suzanne Micklich re:
                   documents withheld from document review now ready
                   to produce. Assemble documents withheld and

WFB-MK639284

DATE   ATTY HOURS DESCRIPTION OF SERVICES

forward to Suzanne Micklich for inclusion in the production.

8/15/06 KAG    .20 Receipt and review of Notice of Deposition for Jeff Joyce.  Discussion with Andrew Schumacher re: same.

8/16/06 AJS   6.50 Review Connecticut cases regarding disqualification under the Connecticut local rules, revise responses to Konover Discovery requests with changes by Erick Sandler, call with Jeff Joyce regarding his notice of deposition and research to be conducted in responses to the notice, call with Erick Sandler regarding the responses to Konover Discovery and work-product privilege in Connecticut, research Federal case law regarding work-product privilege being used in subsequent litigation, call with Erick Sandler discussing suggested changes to responses to the Konover document requests, revise our responses to MK, Blackboard and Ripple's requests for production, strategy and planning session with Jeff Joyce regarding our responses to the Konover discovery requests, call with Erick Sandler discussing changes to our responses to Konover discovery requests, revise responses to Blackboard's Interrogatories with changes by Erick Sandler, revising responses to Konover & Associates Interrogatories with changes by Erick Sandler, call with Erick Sandler regarding questions on a response to Michael Konover's Interrogatories, revise responses to Michael Konover's Interrogatories with changes by Erick Sandler, conference call with Jeff Joyce and Greg May regarding ███████████████████████ ██████████████████ ████, conference call with Jeff Joyce and Jay Nolan regarding Konover's offer to put up bond in lieu of the PJR hearing, call with Jeff Joyce analyzing responses and objections to the Konover document requests, call with Jeff Joyce regarding the responses to the Konover Discovery requests.

8/16/06 JLJ    .30 Telephone conference with Jay Nolan regarding deposition schedule and revisions of same.

8/16/06 JLJ    .20 Office conference between Jeff Joyce and Andrew Schumacher regarding time table for preparation

WFB-MK639285

DATE    ATTY HOURS DESCRIPTION OF SERVICES

of discovery responses of ORIX.

8/16/06 JLJ   .60 Telephone conference among Jeff Joyce, Jay Nolan and Greg May regarding ███████████████████████████.

8/16/06 JLJ   .60 Review draft responses to requests for production with Andrew Schumacher and provide comments.

8/17/06 AJS  1.70 Attempt call to Doug Goldrick updating him on the timing of our responses to Konover's Interrogatories, attempt call to Erick Sandler regarding Jeff Joyce's changes to the Requests for production, call with Doug Goldrick discussing the timing for the responses to Konover's interrogatories, call with Erick Sandler discussing responses to Konover discovery requests and the Longobardi deposition notice, call to Amy Howell regarding ██████████████████████, send the requests via email to Amy Howell for her review, call to Erick Sandler regarding our general responses to Konover's document requests, revise MK, Blackboard & Ripples document requests with changes by Jeff Joyce, strategy and planning session with Jeff Joyce regarding the timing of our responses to Konover's interrogatories, call to Erick Sandler requesting Jay Nolan contact the Konover Defendants in an attempt to receive an extension of our deadline to respond to Interrogatories, call to Doug Goldrick updating him on the status of the interrogatory responses, call with Erick Sandler for update on time extension for responses to Konover interrogatories.

8/17/06 JLJ   .30 Telephone conference between Jeff Joyce and Doug Goldrick regarding PJR settlement proposals and deposition scheduling.

8/17/06 JLJ   .40 Telephone conference between Jeff Joyce and Jay Nolan regarding same.

8/18/06 AJS  2.10 Analyzing Konover's responses to our interrogatories, revise response to requests for production from KCC, KDC, K&A, Blackboard, Ripple and Michael Konover with changes by Jeff Joyce and Erick Sandler, phone call to Erick

WFB-MK639286

DATE    ATTY HOURS DESCRIPTION OF SERVICES

Sandler regarding changes to the responses to the
Konover requests for production, forward
completed responses to Konover requests for
production to Erick Sandler.

8/18/06  AJS  2.20 Analyzing letter sent by Amy Howell regarding
████████████████████████, conference via email that
Longobardi deposition has been postponed, call to
Brittany Glassie discussing ████████████████████
████████████████████████████████████████████████
email to Amy Howell regarding ████████████████████
████████████████████ on, call to Frank
Longobardi's office informing him that deposition
for next week has been postponed, call to Erick
Sandler to check the status of our request for an
extension to respond to Konover's
interrogatories, update Jeff Joyce that we are
still waiting on a response from the Konover
defendants on our request for an extension to
respond to interrogatories, analyze the Konover
motion to compel answers to deposition questions,
call with Erick Sandler, Sue Micklich and Kim
Goldberg regarding document production, call with
Erick Sandler regarding extension of time to
respond to Konover's interrogatories, update Jeff
Joyce on the possibility of an extension of time
to respond to the Konover interrogatories,
attempt call to Amy Howell regarding ████████████
████████████████████████████, call with Brittany Glassie
regarding ████████████
████████████████████, strategy and planning
session with Kim Goldberg regarding additional
PaineWebber documents for our response to
requests for production, coordinating via email
████████████████████████████████████████████████
████████████████████ with Valerie, Brittany Glassie and Kim
Goldberg, update Jeff Joyce on the additional
PaineWebber documents, call to Erick Sandler
updating him on the additional PaineWebber
documents, email to Doug Goldrick updating him on
the extension of time granted for our responses
to Konover's interrogatories.

8/18/06  JLJ     .30 Telephone conference with Jay Nolan regarding
status of discussion of PJR settlement.

8/18/06  KAG     .20 Telephone conference with Andrew Schumacher,
Erick Sandler and Sue Micklich re: document

WFB-MK639287

DATE     ATTY HOURS DESCRIPTION OF SERVICES

                      issues.

8/20/06 JLJ     .50 Review motion to compel relating to Doug Goldrick
                    affidavit and email communication to Erick
                    Sandler regarding response.

8/21/06 AJS     .80 Revise responses to Konover Construction's
                    interrogatories and making universal changes to
                    the Konover interrogatories with changes by Erick
                    Sandler.

8/21/06 AJS     .30 Review Konover's response to our Motion to Compel
                    and note areas of interest.

8/21/06 AJS     .20 Call to Erick Sandler to discuss the response to
                    our Motion to Compel and upcoming status
                    conference.

8/21/06 AJS     .20 Review responses to Konover' interrogatories with
                    Jeff Joyce.

8/21/06 AJS     .20 Conference call with Doug Goldrick and Jeff Joyce
                    regarding the Diamond Point property being
                    discussed in PJR settlement negotiations .

8/21/06 AJS     .40 Conference call with Greg May, Jay Nolan and Jeff
                    Joyce regarding ███████████████████████.

8/21/06 AJS     .20 Participate in status conference call with the
                    Judge and case counsel regarding PJR hearing.

8/21/06 AJS     .20 Strategy and planning session with Jeff Joyce
                    regarding our responses to Konover's
                    interrogatories.

8/21/06 AJS     .30 Review  edits and revisions  to our responses to
                    Konover's interrogatories with Jeff Joyce via
                    phone.

8/21/06 JLJ     .90 Office conference between Jeff Joyce and Andrew
                    Schumacher to review draft discovery responses
                    and provide comments for revisions to
                    interrogatory answers.

8/21/06 JLJ     .60 Telephone conference among Jeff Joyce, Greg May
                    and Jay Nolan regarding ███████████████████████.

8/21/06 JLJ     .40 Conference call with Court regarding status of

WFB-MK639288

DATE     ATTY HOURS DESCRIPTION OF SERVICES

                    case and settlement.

8/21/06 KAG   1.30 Attention to file and case management tasks
                   including processing of vendor invoices (CT
                   Corp.).

8/21/06 KAG   2.50 Attention to organization of all parties
                   discovery and responses and preparation of master
                   discovery  and case notebooks.

8/21/06 KAG    .40 Prepare for and attend telephonic status
                   confererence between the Court and all parties.

8/22/06 AJS    .20 Call to Erick Sandler regarding changes to the
                   responses to Konover's Interrogatories.

8/22/06 AJS    .20 Call to Kim Goldberg regarding Diamond Point
                   partnership information.

8/22/06 AJS   3.70 Review and revise responses to KDC's
                   interrogatories with changes by Jeff Joyce.

8/22/06 AJS    .20 Review  Konover's second request for production
                   and note areas to address.

8/22/06 AJS   1.20 Review entity spreadsheet prepared by Brittany
                   Glassie for partnership information on Diamond
                   Point II, detailed review of KCC's
                   interrogatories to determine which requests
                   correspond with responses drafted for KDC's
                   interrogatories.

8/22/06 AJS    .20 Call to Erick Sandler regarding PJR settlement.

8/22/06 AJS    .80 Strategy and planning session with Kim Goldberg
                   regarding entity information on Diamond Point
                   Phase II and review and revise responses to KDC's
                   interrogatories with Diamond Point Phase II
                   information provided by Kim Goldberg.

8/22/06 AJS   1.40 Analyze K&A, Michael Konover, and Blackboard's
                   interrogatories to determine which requests
                   correspond with responses drafted for KDC's
                   interrogatories.

8/22/06 JLJ    .30 Telephone conference with Jay Nolan regarding
                   response to settlement proposal regarding PJR
                   matters.

WFB-MK639289

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 8/22/06 | KAG | .40 | Several communications with Andrew Schumacher re: corporate status and organizational documents of Diamond Point Plaza Phase II. |
| 8/23/06 | AJS | .10 | Strategy and planning session with Jeff Joyce regarding the interrogatory responses. |
| 8/23/06 | AJS | .10 | Forward responses to KDC interrogatories to Erick Sandler for review . |
| 8/23/06 | AJS | .20 | Call with Brittany Glassie regarding ███████ |
| 8/23/06 | AJS | .10 | Prepare email to Amy Howell notifying her of ███ ███████ |
| 8/23/06 | AJS | 3.70 | Review and revise answers to Konover Interrogatories with changes by Jeff Joyce. |
| 8/23/06 | AJS | .20 | Strategy and planning session with Kim Goldberg regarding Konover's second request for production and strategy and planning session with Jeff Joyce regarding the responses to Konover's interrogatories. |
| 8/23/06 | AJS | .10 | Prepare and forward interrogatory verifications to Doug Goldrick via email. |
| 8/23/06 | AJS | .20 | Call with Erick Sandler receiving update on the status conference call and discussing outstanding discovery issues. |
| 8/23/06 | JLJ | .30 | Telephone conference with Greg May regarding ████ ████████████ |
| 8/23/06 | JLJ | .30 | Telephone conference with Jay Nolan regarding PJR settlement parameters. |
| 8/23/06 | JLJ | .30 | Telephone conference with Brittany Glassie regarding ████████████████ |
| 8/23/06 | JLJ | .40 | Email communications with ORIX team regarding ███████████████████ |
| 8/23/06 | JLJ | .50 | Review draft interrogatories and note areas for changes. |

WFB-MK639290

DATE    ATTY HOURS DESCRIPTION OF SERVICES

8/24/06  AJS    .30 Analyzing changes to responses to KDC's
                    interrogatories with Jeff Joyce.

8/24/06  AJS   3.70 Revise responses to Konover interrogatories.

8/24/06  AJS    .10 Call to Erick Sandler regarding the service on
                    our interrogatory responses Forwarding completed
                    interrogatories to Doug Goldrick for his review .

8/24/06  AJS    .10 Call with Doug Goldrick to review changes to the
                    interrogatories.

8/24/06  AJS    .10 Call with Erick discussing Doug's changes to the
                    interrogatory responses.

8/24/06  AJS    .10 Update Jeff Joyce via email on the
                    interrogatories.

8/24/06  AJS    .10 Analyze outstanding discovery issues in
                    anticipation of meeting with Jeff Joyce.

8/24/06  JLJ    .30 Office conference between Jeff Joyce and Andrew
                    Schumacher regarding revisions to interrogatory
                    responses.

8/24/06  KAG    .30 Several communications with Meg McKee re: Konover
                    corporate entitites information retrieved from
                    Peerless recent document production.

8/25/06  AJS    .10 Attempted phone call to Erick Sandler regarding
                    upcoming discovery.

8/25/06  AJS    .10 Email to Erick Sandler regarding discovery issues
                    that need to be resolved before next Thursday.

8/25/06  AJS    .10 Update Jeff Joyce via email on outstanding
                    discovery issues that need to be resolved.

8/25/06  JLJ    .50 Telephone conference between Greg May and Jay
                    Nolan regarding ▮▮▮▮▮▮▮.

8/28/06  AJS    .10 Call with Erick Sandler regarding the reply brief
                    to Konover's response to our motion to compel and
                    the date of the PJR hearing

8/29/06  AJS    .40 Call with Erick Sandler regarding information
                    needed to draft stipulation agreement (.10);

**WFB-MK639291**

DATE    ATTY HOURS DESCRIPTION OF SERVICES

Coordinating with Kim Goldberg to pull the
documents needed by Erick (.10);  Pulling and
forwarding pleadings from other Diamond Point
litigation to Erick Sandler (.10); Attempted
phone call to Meg McKee to get pleading
information on Diamond Point litigation (.10)

8/30/06  AJS   .20 Call with Don Proctor regarding information on
the Diamond Point II case relevant to our PJR
hearing (.10); Call to Erick Sandler updating him
on the Diamond Point II information (.10)


FEE AMOUNT:                                      $ 39,695.50


TIME SUMMARY

| NAME | | HOURS | RATE | TOTALS |
|------|---|------|------|--------|
| Judy Jackson | | 7.00 | 75.00 | 525.00 |
| Jeffrey L. Joyce | | 28.80 | 525.00 | 15,120.00 |
| Andrew J. Schumacher | | 79.30 | 195.00 | 15,463.50 |
| Kimberly A. Goldberg | | 55.40 | 155.00 | 8,587.00 |
| | SUMMARY TOTALS: | 170.50 | | $ 39,695.50 |


EXPENSES:

| Date | Description | Amount |
|------|-------------|--------|
| 7/05/06 | Advance for Print Production documents from Glassie (Invoice 0038411-IN) | 170.33 |
| 7/12/06 | Advance for Search of Konover entities - JCSK Properties (Invoice 2841646-RI) | 22.73 |
| 7/13/06 | Advance for Travel-Air Fare joyce to cleveland on 7/27/06 inv #34489 15-0057765741204 | 810.70 |
| 7/14/06 | Advance for Search of Konover entities - Biship's Corner, Century Executive, Chamberlin Plaza Chamberlin (Invoice 2844857-RI) | 136.38 |
| 7/14/06 | Advance for Search of Konover entities - Allen West Associates, Altamonte, Altamonte Properties, Henry Porter & Associates (Invoice 2844856-RI) | 113.65 |
| 7/15/06 | Advance for Search of Konover entities - Wincasset, Inc. (Invoice 2846564-RI) | 22.73 |
| 7/15/06 | Advance for Search of Konover entities - VMK, | 22.73 |

WFB-MK639292

EXPENSES:

|  |  |  |
|---|---|---|
|  | Inc. (Invoice 2846567-RI) |  |
| 7/15/06 | Advance for Search of Konover entities - Diamond Point Plaza (Invoice 2846550-RI) | 22.73 |
| 7/15/06 | Advance for Search of Konover entities - Meriden (Invoice 2846539-RI) | 22.73 |
| 7/15/06 | Advance for Search of Konover entities - Schoolhouse, Schoolhouse Associates, Sea Properties (Invoice 2846629-RI) | 68.19 |
| 7/15/06 | Advance for Search of Konover entities - Fairview Plaza, Franks, Frank's Plaza (Invoice 2846626-RI) | 84.43 |
| 7/15/06 | Advance for Search of Konover entities - Bishop's Corner, Bishop's Corner FL, Commerce Ctr. One, GEM Newington (Invoice 2846546-RI) | 148.88 |
| 7/15/06 | Advance for Search of Konover entities - Stubridge (Invoice 2846630-RI) | 22.73 |
| 7/15/06 | Advance for Search of Konover entities - Willimantic (Invoice 2846631-RI) | 45.46 |
| 7/15/06 | Advance for Search of Konover entities - Konover (2846638-RI) | 85.52 |
| 7/15/06 | Advance for Search of Konover entities - K&P Development (Invoice 2846639-RI) | 22.73 |
| 7/15/06 | Advance for Search of Konover entities - Barall & Konover (Invoice 2846568-RI) | 22.73 |
| 7/15/06 | Advance for Search of Konover entities - Konover Simons (Invoice 2846578-RI) | 22.73 |
| 7/15/06 | Advance for Search of Konover entities - KPT Properties (Invoice 2846580-RI) | 28.98 |
| 7/15/06 | Advance for Search of Konover entities - Innkeepers, Interstate Building (Invoice 2846584-RI) | 45.46 |
| 7/18/06 | Advance for Search of Konover entities - Konover Property Trust, KPT Properties, Shipman, The Corporation (Invoice 2848185-RI) | 107.16 |
| 7/24/06 | Advance for Production documents 1st round (Invoice 0038633-IN) | 95.24 |
| 7/24/06 | Advance for Production documents 1st round (Invoice 0038633-IN) | -95.24 |
| 7/24/06 | Advance for Production documents (first round) (Invoice 0038633-IN) | 95.24 |
| 8/06/06 | Advance for Goldrick depo. preparation documents (Invoice 25493) | 74.58 |
| 8/11/06 | Advance for Search of Konover entities - Albany 2410 (Invoice 2899823-RI) | 22.73 |
| 8/11/06 | Advance for Corporate Record Search - Amherst Associates (Invoice 2901391-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Records Search - Gouverneaur Gulf Breeze Commercial; Hadley | 68.19 |

WFB-MK639293

EXPENSES:

|         |                                                                                            |        |
|---------|--------------------------------------------------------------------------------------------|--------|
|         | Commercial (Invoice 2901794-RI)                                                            |        |
| 8/12/06 | Advance for Corporate Record Search - Glanstonbury Commercial; Glassboro Plaza; Glastonbury (Invoice 2901791-RI) | 68.19 |
| 8/12/06 | Advance for Corporate Record Search - Shalen and Konover (Invoice 2901434-RI)              | 22.73  |
| 8/12/06 | Advance for Corporate Record Search - Shawmet Commercial (Invoice 2901435-RI)             | 22.73  |
| 8/12/06 | Advance for Corporate Record Search - Goff Brook; Silas Deane Asscicates (Invoice 2901793-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - BCW (Invoice 2901399-RI)                             | 22.73  |
| 8/12/06 | Advance for Corporate Record Search - Tyrone; Tyrone Realty (Invoice 2901389-RI)          | 45.46  |
| 8/12/06 | Advance for Corporate Record Search - Enfield International; Evergreen Plaza (Invoice 2901368-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Southington Commercial (Invoice 2901812-RI)         | 22.73  |
| 8/12/06 | Advance for Corporate Record Search - Hadley Realty (Invoice 2901404-RI)                  | 22.73  |
| 8/12/06 | Advance for Corporate Record Search - Konover Interests; Konover Investments Corp. (Invoice 2901422-RI) | 61.70 |
| 8/12/06 | Advance for Corporate Record Search - Centennial Inn (Invoice 2901405-RI)                 | 22.73  |
| 8/12/06 | Advance for Corporate Record Search - Cranberry (Invoice 2901408-RI)                      | 22.73  |
| 8/12/06 | Advance for Corporate Record Search - Doris; Doris & Simon; Simon Konover (Invoice 2901429-RI) | 68.19 |
| 8/12/06 | Advance for Corporate Record Search - Franklex; Gentry Konover; Middleborough Hotel; Old Century Tower (Invoice 2901430-RI) | 113.65 |
| 8/12/06 | Advance for Corporate Record Search - Northhampton Associates; Norwich Hotel (Invoice 2901804-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Records Search - Retreat Avenue; RK Bradley (Invoice 2901814-RI)    | 45.46  |
| 8/12/06 | Advance for Corporate Records Search - Norwichtown Commercial (Invoice 2901806-RI)        | 22.73  |
| 8/12/06 | Advance for Corporate Records Search - Reidville Commercial; Retreat Avenu (Invoice 2901813-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Old National; Parkedge (Invoice 2901807-RI)         | 45.46  |
| 8/12/06 | Advance for Corporate Record Search - Southington (Invoice 2901811-RI)                    | 22.73  |
| 8/12/06 | Advance for Corporate Record Search - Warren                                               | 22.73  |

WFB-MK639294

EXPENSES:

|  |  |  |
|---|---|---|
|  | Realty (Invoice 2901810-RI) |  |
| 8/12/06 | Advance for Corporate Record Search - Plaza 44; Taunton Realty (Invoice 2901809-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Ninety Retreat (Invoice 2901803-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Records Search - Hartland Realty; Haynes Brook (Invoice 2901799-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Hazard Avenue (Invoice 2901800-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Newington Commercial (Invoice 2901802-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Saratoga Realty; Weibel Commercial (Invoice 2901798-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Stepney; Stepney Place II; Wethersfield (Invoice 2901821-RI) | 68.19 |
| 8/12/06 | Advance for Corporate Record Search - Amherst Commercial (Invoice 2901393-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Wiscasset Management (Invoice 2901390-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Glanstonbury (Invoice 2901384-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Amherst II (Invoice 2901392-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Konover & Associates (Invoice 2901411-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - VMK (Invoice 2901394-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - VMK (Invoice 2901395-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - SK; SK Commercial (Invoice 2901396-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Barall & Konover; BCMC Associates (Invoice 2901398-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Records Search - Barall & Konover (Invoice 2901397-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Dewitt; Lewingn Commercial; Lewington (Invoice 2901427-RI) | 68.19 |
| 8/12/06 | Advance for Corporate Record Search - Blackboard (Invoice 2901400-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Freshwater (Invoice 2901383-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Carbondale Realty (Invoice 2901377-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Brookfield; Forest Pond Development Corporation (Invoice | 45.46 |

WFB-MK639295

EXPENSES:

|  |  |  |
|---|---|---|
|  | 2901402-RI) |  |
| 8/12/06 | Advance for Corporate Record Search - Broadcast Management (Invoice 2901401-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Konover Residential (Invoice 2901423-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Konover Office; Konover Promenade (Invoice 2901420-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Konover Property (Invoice 2901421-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Konover Central; Konover Colorado (Invoice 2901412-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Konover Hotel (Invoice 2901415-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Konover Realty (Invoice 2901418-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Konover Construction; Konover Holdings (Invoice 2901413-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Konover Properties (Invoice 2901414-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Konover Simons; Konover Swinerton; Konover Windsor (Invoice 2901425-RI) | 68.19 |
| 8/12/06 | Advance for Corporate Record Search - Konover (NE); Konover NE Portfolio; Konover Office (Invoice 2901419-RI) | 68.19 |
| 8/12/06 | Advance for Corporate Record Search - Konover Managment Corp.; Konover Mobile; Konover Montville (Invoice 2901417-RI) | 68.19 |
| 8/12/06 | Advance for Corporate Record Search - Konover Hotel Group; Konover Kenney; Konover Management; Konover/Kenney (Invoice 2901416-RI) | 107.16 |
| 8/12/06 | Advance for Corporate Record Search - Kolif; Konocal Realty; Konover & Associates (Invoice 2901410-RI) | 90.32 |
| 8/12/06 | Advance for Corporate Record Search - K & P; K Construction; K Meriden; K & P Development (Invoice 2901409-RI) | 90.32 |
| 8/12/06 | Advance for Corporate Record Search - Central Tractor; Century New Haven; College Park; Commerce Center (Invoice 2901406-RI) | 90.32 |
| 8/12/06 | Advance for Corporate Record Search - Brunswick Georgia; Campus Plaza; Hadley Realty (Invoice 2901403-RI) | 68.19 |
| 8/12/06 | Advance for Corporate Record Search - Franklin Mayesbrook; Freshwater; Saranac (Invoice 2901382-RI) | 68.19 |

WFB-MK639296

EXPENSES:

| | | |
|---|---|---:|
| 8/12/06 | Advance for Corporate Record Search - Malone & Associates; Malone/Saranac; Pennsville (Invoice 2901381-RI) | 68.19 |
| 8/12/06 | Advance for Corporate Record Search - Ames Plaza; Gouverneur Commercial; Henry Porter Associates (Invoice 2901379-RI) | 113.65 |
| 8/12/06 | Advance for Corporate Record Search - Altamonte Properties; Altamonte; Amenia (Invoice 2901375-RI) | 90.92 |
| 8/12/06 | Advance for Corporate Record Search - Historic Window; Jensen Realty; Joanne; Joanne's Plaza (Invoice 2901801-RI) | 136.38 |
| 8/12/06 | Advance for Corporate Record Search - Edgewood Associates (Invoice 2901378-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Hannaford Plaza; Saratoga (Invoice 2901797-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Connecticut Boulevard; Connecticut Montville (Invoice 2901407-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Hammonton (Invoice 2901796-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Hamburg (Invoice 2901795-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Malone Saranac; Mattatuck; Mattatuck Plaza (Invoice 2901433-RI) | 68.19 |
| 8/12/06 | Advance for Corporate Record Search - Glastonbury II (Invoice 2901792-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Glasboro (Invoice 2901790-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Fairview Commercial (Invoice 2901789-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Edgewood Commercial (Invoice 2901788-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - East Greenbush Commercial (Invoice 2901787-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - 342 North; Innkeepers of; Transit Commercial (Invoice 2901436-RI) | 68.19 |
| 8/12/06 | Advance for Corporate Record Search - St. Mary's Commercial (Invoice 2901387-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - St. Mary's Realty Associates (Invoice 2901386-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Glastonbury II (Invoice 2901385-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Konover Family (Invoice 2901380-RI) | 22.73 |

WFB-MK639297

EXPENSES:

| Date | Description | Amount |
|------|-------------|--------|
| 8/12/06 | Advance for Corporate Record Search - American Way Commercial (Invoice 2901376-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Albany Woodland (2901374-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Abington Commercial (Invoice 2901373-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - 66 Merrill; 666 Merrill (Invoice 2901372-RI) | 45.23 |
| 8/12/06 | Advance for Corporate Record Search - 66 Merrill Road (Invoice 2901371-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Forty Winter Street (Invoice 2901370-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Evergreen Plaza (Invoice 2901369-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Enfield Commons; Parkside Associates (Invoice 2901367-IN) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Eighty Darling (Invoice 2901366-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Diane Drive (Invoice 2901365-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Deming; Deming Realty (Invoice 2901364-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Vernon Pitkin Management (Invoice 2901363-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - FVM South (Invoice 2901819-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Society Plaza (Invoice 2901820-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - FVM North (Invoice 2901818-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Parkside Associates (Invoice 2901808-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Avon Simsbury (Invoice 2901817-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Riverdale (Invoice 2901816-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Ripple (Invoice 2901815-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Konover Richmond (Invoice 2901424-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Konover Santee; KR Commercial (Invoice 2901426-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Stroudsberg; Stroudsburg (Invoice 2901822-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Stroudsburg Commercial; Stroudsburg Realty (Invoice 2901388-RI) | 45.46 |

WFB-MK639298

EXPENSES:

| Date | Description | Amount |
|---|---|---|
| 8/12/06 | Advance for Corporate Record Search - Oriole (Invoice 2901431-RI) | 22.73 |
| 8/12/06 | Advance for Corporate Record Search - Diamond Point; Diamond Point Plaza (Invoice 2901428-RI) | 45.46 |
| 8/12/06 | Advance for Corporate Record Search - Liberty (Invoice 2901432-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - Sturbridge (Invoice 2902828-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - Ames; Ames Plaza; Gouverneaur; Konover; Malone Associates; Malone/Saranac; Old National Village (Invoice 2902844 -RI) | 175.35 |
| 8/15/06 | Advance for Corporate Record Search - Konover (NY) (Invoice 2902845-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - Willimantic (Invoice 2902843-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - Waterbury Plaza (Invoice 2902840-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - West Hill (Invoice 2902841-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - Westerly (Invoice 2902842-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - K-Five (Invoice 2902839-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - Waterbury Plaza (Invoice 2902838-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - Upper Albany; Warren Commercial (Invoice 2902837-RI) | 45.46 |
| 8/15/06 | Advance for Corporate Record Search - Union Place (Invoice 2902836-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - Tyrone (Invoice 2902835-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - Troy Commercial; Tunxis Plaza (Invoice 2902834-RI) | 45.46 |
| 8/15/06 | Advance for Corporate Record Search - Taunton (Invoice 2902829-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - Three L (Invoice 2902830-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - Torrington Commercial (Invoice 2902831-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - Towanda (Invoice 2902832-RI) | 22.73 |
| 8/15/06 | Advance for Corporate Record Search - Tri-State (Invoice 2902833-RI) | 22.73 |
| | Federal Express | 680.69 |
| 8/15/06 | Advance for Print Production documents from Glassie (Invoice 0038940-IN) | 32.48 |

WFB-MK639299

EXPENSES:

| | | |
|---|---|---:|
| 8/16/06 | Parking Validation Expense | 5.50 |
| 8/21/06 | Advance for Corporate Record Search - Northwich; Norwich Realty (Invoice 2901805-RI) | 45.46 |
| | Reproduction Costs | 344.88 |
| | Long Distance Charges | 75.60 |
| 8/30/06 | Advance for Travel-Lodging (Joyce to Hartford 6/8-6/9/06) | 222.91 |
| 8/30/06 | Advance for Travel-Parking (Joyce to Hartford 6/8-6/9/06) | 30.00 |

TOTAL EXPENSES:                                    $ 8,636.15


TOTAL AMOUNT DUE:

               DUE UPON RECEIPT                    $ 48,331.65

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:   LOAN    REO    DEP
REIMB BY:  B  T   BID   NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK639300

hhfax

12:17:3
WFB-MK639301.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

L.H

**Requestor:** Eggleston

**Vendor Name:** WINSTEAD, SECHREST & MINICK, PC

**Invoice No.:** 1141956

**Batch Control #:** BATCH002221

**Vendor #:** 02630

**Invoice Date:** 10/13/2006

| Loan Number | Property Number | Default Code | Expense Category | Sub Code | Sub Code | GL Account Information Account - Sub - Contract | Deal Name | Total |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | | | $ Deficiency 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $5,168.02 |
| | | | | | | | | $5,168.02 |

Dio. D.H

RECOMMENDATIONS

This form must be approved in accordance with the Cost Center Approval Matrix.

See Attached

**Manager's Approval:** P Glasske

**Add'l Approval:** m Oakes

**Add'l Approval:** Stephen J. [signature]

**Add'l Approval:** G. Macy Clay

**Add'l Approval:**

**Add'l Approval:**

**Date:** 10/28/06

**Date:** 1/26/06

1/11/06

Page 1 of 1

WFB-MK639301

WINSTEAD SECHREST & MINICK P.C.
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS    75270-2199

TAX I.D. #75-2404691

ORIX CAPITAL MARKETS, LLC                INVOICE #:         1141956
REAL ESTATE GROUP                        INVOICE DATE: OCTOBER 13, 2006
1717 MAIN STREET                         CLIENT #:          23633
SUITE 900                                MATTER #:             45
DALLAS, TX  75201                        BILLING ATTORNEY:    JLJ
ATTN: MR. DOUG GOLDRICK

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: SEPTEMBER 30, 2006

FEES:

DATE    ATTY HOURS DESCRIPTION OF SERVICES

9/01/06 JLJ    .50 Review stipulation and order for settlement of
                   PJR application and email to ORIX team regarding
                   ██████████████████.

9/01/06 JLJ    .40 Telephone conference with Jay Nolan and email
                   follow up regarding one aspect of proposed
                   stipulation.

9/06/06 AJS    .60 Drafting litigation summary for Amy Howell (.60)

9/07/06 AJS    .20 Calendar discovery deadlines. (.10);  Conference
                   call with Erick Sandler regarding status of
                   outstanding discovery issues (.10)

9/12/06 AJS    .10 Call with Erick Sandler receiving update on the
                   outstanding discovery issues

9/13/06 JLJ    .30 Telephone conference with Jay Nolan regarding
                   possible motion to enforce settlement agreement.

9/13/06 JLJ    .30 Telephone conference with Greg May regarding ████
                   ████████████████████████████

9/14/06 AJS    .40 Conference with Kim Goldberg regarding document
                   review for the second request for production
                   (.20);  Drafting responses and objections to
                   Konover's second request for production (.20)

9/15/06 JLJ   1.30 Attention to response to pre-judgment remedy

WFB-MK639302

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                    settlement motion and provide editing comments to
                    Jay Nolan.

9/15/06 JLJ    .40 Conference call involving Jeff Joyce, Jay Nolan,
                    Erick Sandler and Greg May to discuss ███████
                    ███████████████████████████████████

9/17/06 KAG   2.00 Begin review of Salomon production documents
                    responsive to Defendants Request for Production.

9/18/06 AJS   1.60 Office conferences with Kim Goldberg regarding
                    responsive documents provided client and review
                    of same and status on document review and
                    production for Konover's second request for
                    production and conference call with Brittany
                    Glassie and Kim Goldberg regarding ██████
                    conference with Jeff Joyce regarding status of
                    responses to Konover's second request for
                    production; conference call with Erick Sandler
                    regarding extension from Konover regarding
                    discovery production and confer with Kim Goldberg
                    regarding the amount of time needed for the
                    extension; email communication with Amy Howell
                    to coordinate ██████████████████
                    ███████████████████████; schedule call with
                    Susman Godfrey with Kim Goldberg to obtain
                    pleadings and discovery documents.

9/18/06 JLJ    .30 Review email communications and attention to
                    coordinating conference call among ORIX
                    representatives to discuss ████████████████
                    ██████████████████████

9/18/06 JLJ    .30 Conference call among ORIX team regarding motion
                    to compel settlement.

9/18/06 KAG    .40 Various communications with Andrew Schumacher re:
                    status of document review.

9/18/06 KAG    .50 Several telephone and email communications with
                    Tonya Moore and Valerie Prowell re: ████████████
                    ████████████████████████████ ████████████

9/18/06 KAG   1.40 Continued review of documents produced in the
                    SBMS Litigation responsive to Defendants
                    discovery requests.

WFB-MK639303

DATE    ATTY HOURS DESCRIPTION OF SERVICES

9/18/06 KAG    .30 Conference with Jeff Joyce and Andrew Schumacher
                   re: status of discovery responses and document
                   retrieval.

9/19/06 AJS    .80 Email communication with Erick Sandler regarding
                   discovery extension; conference call with Kim
                   Goldberg and Susman Godfrey regarding the
                   pleadings and discovery in the SBMS case ;
                   provide status to Erick Sandler on the document
                   production; calls to and from Erick Sandler
                   regarding proposal from Konover regarding
                   extension of time for discovery requests and work
                   out discovery extension with Konover.

9/19/06 KAG    .20 Telephone call to Susman Godfrey re: discuss
                   retrieval of pleadings and discovery files from
                   the Texas litigation.

9/19/06 KAG    .20 Telephone conference with Terry Oxford re:
                   retrieval of pleadings from the Salomon case.

9/19/06 KAG    .30 Several telephone communications with Mark
                   (Medley Group - Dallas) re: discussion regarding
                   boxes retrieved from Susman Godfrey and provide
                   instructions on how to proceed with project.

9/20/06 KAG    .20 Telephone conference with Kathy Swacker of Susman
                   Godfrey re: status of retrieval of pleadings and
                   discovery files.

9/21/06 KAG   1.00 Begin review of boxes recevied from Susman
                   Godfrey re: pleadings and discovery files from
                   the Salomon (Texas) lawsuit.  Communications with
                   Andrew Schumancher re: same.

9/25/06 AJS    .10 Update from Kim Goldberg on the status of the
                   Susman documents

9/26/06 AJS    .20 Revising Responses to Second Request for
                   Production (.10); Forwarding draft of responses
                   to Erick Sandler for review (.10)

9/26/06 AJS    .20 Strategy and planning session with Kim Goldberg
                   regarding the responsiveness of the Orix and
                   Susman documents (.20)

9/26/06 KAG    .30 Conduct corporate records searchs re: 44 Hersha
                   Norwich Associates and New Innkeepers of Norwich

WFB-MK639304

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                     in Conneticut.  Several communications with
                     Brittany Glassie re: ▮▮▮▮

9/27/06  AJS   .40 Review Erick Sandler's revisions to the discovery
                     responses and call with Erick Sandler regarding
                     the responses to discovery requests.

9/27/06  AJS   .20 Review the UBS litigation complaint sections
                     Konover refers to in its second request for
                     production; respond to Erick Sandler's email
                     regarding revisions to our responses to discovery
                     requests.

9/27/06  AJS   .60 Conference with Jeff Joyce to discuss responses
                     to Konover discovery requests, follow up call
                     with Erick Sandler regarding Jeff Joyce's changes
                     to our discovery responses, call  with Brittany
                     Glassie regarding ▮▮▮▮▮▮▮▮▮▮▮
                     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ; provide update to
                     Kim Goldberg on the strategy for our discovery ;
                     provide email update to Jeff Joyce on the status
                     of the confidential settlement documents.

9/27/06  JLJ   .30 Telephone conference between Erick Sandler and
                     Jeff Joyce regarding request from court for
                     telephone conference among all counsel and court.

9/28/06  AJS  1.40 Call with Brittany Glassie regarding ▮▮▮
                     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.10);
                     Call with Erick Sandler regarding changes to the
                     response (.10); Updating Jeff Joyce via email on
                     the status of the responses (.10);  Strategy and
                     planning session with Kim Goldberg regarding
                     confidential documents (.20); Attempted call to
                     Brittany Glassie regarding ▮▮▮▮▮▮▮▮▮▮
                     ▮▮▮▮▮▮▮▮ (.10);  Call with Brittany Glassie
                     regarding ▮▮▮▮▮▮
                     (.10); Forwarding ▮▮▮▮▮▮▮▮▮▮▮▮▮ to
                     Brittany Glassie (.10); Call with Brittany
                     regarding the documents and the relevance of
                     producing them (.20); Email to Kim Goldberg
                     regarding the production of documents (.10);
                     Call with Erick Sandler regarding changes to the
                     discovery responses (.10); Preparing copy of
                     responses for Jeff Joyce's review (.10);
                     Coordinating ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ with the client via
                     email (.10)

DATE    ATTY HOURS DESCRIPTION OF SERVICES

9/29/06   AJS    .20  Conference with Jeff Joyce regarding the
                      scheduling of a conference call  and  telephone
                      conference with Erick Sandler to schedule same.

9/29/06   AJS    .20  Email communications with Jay Nolan, Erick
                      Sandler and Jeff Joyce regarding the status of
                      PJR hearing.

9/29/06   AJS    .30  Conference with Kim Goldberg regarding additional
                      privileged documents and telephone conferences
                      with Brittany Glassie regarding ████████████

9/29/06   AJS    .10  Review documents sent by ORIX in response to the
                      2nd request for production.

9/29/06   AJS    .20  Call with Brittany Glassie regarding ████

9/29/06   AJS    .40  Complete review of documents from client and
                      provide update to Jeff Joyce regarding responses
                      to second request for production.


FEE AMOUNT:                                              $ 4,805.50


                        TIME SUMMARY


| NAME | HOURS | RATE | TOTALS |
|------|-------|------|--------|
| Jeffrey L. Joyce | 4.10 | 525.00 | 2,152.50 |
| Andrew J. Schumacher | 8.20 | 195.00 | 1,599.00 |
| Kimberly A. Goldberg | 6.80 | 155.00 | 1,054.00 |
| SUMMARY TOTALS: | 19.10 | | $ 4,805.50 |

WFB-MK639306

EXPENSES:

| | | |
|---|---|---:|
| 8/18/06 | Miscellaneous | 146.14 |
| | Reproduction Costs | .54 |
| | Long Distance Charges | 215.84 |

TOTAL EXPENSES:                                    $ 362.52


TOTAL AMOUNT DUE:                                  $ 5,168.02

DUE UPON RECEIPT

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:   LOAN   REO   DEF
REIMB BY:   B. T   S/T   NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK639307

hhfax

12:17:4
WFB-MK639308.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

LIT

**Requestor:** legsleston

**Vendor Name:** WINSTEAD, SECHREST & MINICK, PC

**Invoice No.:** 1152166

**Batch Control #:** BATCH002221

**Vendor #:** 02630

**Invoice Date:** 11/07/2006

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $16,223.22 |
| | | | | | | | | $16,223.22 |

This form must be approved in accordance with the Cost Center Approval Matrix

**Manager's Approval:** _See Attached_

**Add'l Approval:**

**Add'l Approval:** Date: 7/12/06

**Add'l Approval:** Date: 11/21/06

**Add'l Approval:** 11/28/06

**Add'l Approval:**

Page 1 of 1

WFB-MK639308

WINSTEAD SECHREST & MINICK P.C.
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS    75270-2199

TAX I.D. #75-2404691

ORIX CAPITAL MARKETS, LLC
REAL ESTATE GROUP
1717 MAIN STREET
SUITE 900
DALLAS, TX 75201

INVOICE #:        1152166
INVOICE DATE: NOVEMBER 7, 2006
CLIENT #:          23633
MATTER #:              45
BILLING ATTORNEY:    JLJ

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2006

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 8/07/06 | KAG | .20 | Communications with Doug Goldrick re: deposition discussion topics requested by Defendants for Goldrick's individual deposition. |
| 8/08/06 | KAG | .40 | Several telephone and email communications with Meg McKee re: gaps in Peerless document productions and review of same. |
| 8/14/06 | 7182 | 1.50 | Paraclerk assistance to trial team. |
| 10/02/06 | AJS | 1.20 | Conference call with team regarding upcoming case strategy and discovery issues (depositions, responses); calendar Friday team conference call; conference calls with Erick Sandler regarding drafting of deposition notices and confidential settlement documents; forward the Maryland appellate decision to experts Frank Longobardi and Neil Demchick. |
| 10/02/06 | JLJ | .30 | Telephone conference between Jeff Joyce and Erick Sandler regarding scheduling in light of telephone conference call with Court. |
| 10/02/06 | JLJ | .30 | Telephone conference with Brittany Glassie regarding ████████████████████████ |
| 10/02/06 | JLJ | .80 | Team conference call involving Jeff Joyce, Andrew Schumacher, Jay Nolan, Erick Sandler, Greg May and Brittany Glassie regarding ████████████ |

WFB-MK639309

DATE    ATTY HOURS DESCRIPTION OF SERVICES

10/02/06 KAG    .30 Several communications with Andrew Schumacher
                    regarding coordination of discovery sought by the
                    Konover parties.

10/03/06 AJS   2.10 Conference call with Erick Sandler regarding
                    subpoena information for Peerless and KFLP
                    Deposition notices; draft  deposition notices
                    for Blackboard and Ripple and draft deposition
                    notices with subpoena duces tecum for KMC and
                    KFLP.

10/03/06 JLJ    .30 Telephone conference with Doug Goldrick regarding
                    status of case and impact of Maryland Court of
                    Appeals opinion.

10/03/06 JLJ    .40 Telephone conference between Jeff Joyce, Jay
                    Nolan and Mark Shipman regarding Wal-Mart role.

10/04/06 AJS    .10 Forwarding drafts of deposition notices to Erick
                    Sandler for review

10/05/06 AJS   2.00 Conference calls with Jeff Joyce and Erick
                    Sandler regarding deposition notices; review and
                    revise deposition notices to incorporate
                    revisions by Jeff Joyce and Erick Sander; forward
                    draft deposition notices with exhibits to the
                    team; revise deposition notices with changes by
                    Brittany Glassie.

10/05/06 JLJ    .30 Telephone conference call among Jeff Joyce, Jay
                    Nolan and Mark Shipman regarding Wal-Mart role
                    and possible resolution of case.

10/06/06 AJS   2.30 Calls to Brittany Glassie and Jay Nolan regarding
                    changing the conference call time and follow-up
                    email to the team regarding change in conference
                    call time; conference with Kim Goldberg regarding
                    privilege review of the documents from the Texas
                    litigation; send email to team regarding
                    additional changes in conference call time;
                    office conference with Kim Goldberg regarding
                    pleadings and documents received from Susman;
                    prepare notice of depositions in anticipation of
                    conference call; team conference call; follow up
                    conference with Jeff Joyce regarding deposition

WFB-MK639310

DATE    ATTY HOURS DESCRIPTION OF SERVICES

notices and discovery issue; call with Erick
Sandler regarding changes to deposition notices
and follow up with Jeff Joyce regarding same;
draft letter to opposing counsel; forward
deposition notices and letter to Erick Sandler
for distribution; conference call with Meg McKee
regarding additional entities to Exhibit A;
follow up call with Erick Sandler regarding
supplementing deposition notices with a revised
Exhibit A ; update from Kim Goldberg regarding
the Susman documents.

10/06/06 JLJ   .80 Conference call involving Jeff Joyce, Andrew
                   Schumacher, Jay Nolan, Erick Sandler, Greg May,
                   Amy Howell, and Brittany Glassie to discuss
                   overall status of case and ███████████████

10/09/06 AJS  4.00 Update  team via email on the status of Exhibit A
                   to discovery requests; conference with Kim
                   Goldberg regarding the deposition searches;
                   revise summary judgment motions for evidence used
                   in supporting radius restriction argument (2.6);
                    review deposition excerpts from Diamond Point
                   trial  for testimony of the radius restriction;
                   summary email to Jeff Joyce regarding the radius
                   restriction testimony from the Diamond Point
                   Trial.

10/09/06 KAG  2.00 Review and revise Exhibit A - Konover Entities
                   Master List. Communications with Andrew
                   Schumacher re: same.

10/09/06 KAG   .30 Several telephone communications with Kathy
                   Swacker re: Salomon case pleadings/discovery.

10/09/06 KAG   .20 Several attempts to reach Anthony McGee re:
                   retrieval of pleadings/discovery from the Texas
                   Salomon case.

10/09/06 KAG   .50 Various telephone and email communications with
                   Anthony McGee  and Andrew Schumacher re: scope of
                   Defendants' discovery requests pertaining to the
                   Salomon case.  Forward discovery request to
                   Anthony McGee for review.

10/09/06 KAG  1.80 Conduct privilege review of responsive documents

WFB-MK639311

DATE    ATTY HOURS DESCRIPTION OF SERVICES

from the Salomon case in preparation of
production.

10/10/06  AJS    .80 Office conferences with Kim Goldberg regarding
the Texas pleadings and changes to Exhibit A ;
call with Erick Sandler regarding the changes to
Exhibit A; review Response to Motion to Compel
Settlement filed by Konover.

10/10/06  KAG    .40 Several email and phone communications with
Anthony McGee and Andrew Schumacher re: retrieval
of Salomon pleadings and discovery responsive to
Defendants' Second Request for Production.

10/10/06  KAG   1.20 Begin revisions to Konover Entities' chart -
Exhibit B; several discussions with Andrew
Schumacher and Erick Sandler re: same.

10/11/06  AJS    .50 Status from Kim Goldberg regarding the status of
the Texas Litigation pleadings and revised
Exhibit A; review changes to Exhibit A and
conference with Erick Sandler regarding same and
to provide status on Texas pleadings  forward
revised Exhibit A to the team ; Call with Erick
Sandler.

10/11/06  JLJ    .40 Telephone conference between Jeff Joyce and Jay
Nolan regarding upcoming discovery and deposition
schedules.

10/11/06  JLJ    .30 Email communications among team regarding
proposed deposition schedule.

10/11/06  JLJ    .50 Extended telephone conference and email
communications with Bill Fay of Wells Fargo
regarding status and discovery issues.

10/11/06  KAG    .50 Several discussions with Anthony McGee and Andrew
Schumacher re: production of Salomon pleadings
and Wells Fargo's objections to their production.

10/11/06  KAG    .20 Discussions with Jeff Joyce re: production of
Salomon pleadings and discovery responses.

10/11/06  KAG   2.40 Review and revise Konover entities chart.
Several discussions with Andrew Schumacher re:
same.

WFB-MK639312

DATE    ATTY HOURS DESCRIPTION OF SERVICES

10/12/06 AJS  1.80 Review reply brief to our motion to compel
settlement; conference call with Erick Sandler
regarding edits to reply brief and upcoming
document production; conference with Kim Goldberg
regarding  document production ; email to team
regarding the document production;  review
settlement agreements in preparation for
production; email communications with Brittany
Glassie regarding ███████████████████; team
conference call;    reviewing documents with Kim
Goldberg;  review email status regarding
deposition notices from Erick Sandler via email;
call with Brittany Glassie regarding ███████████
███████████████████████ email to Jeff Joyce
regarding privileged documents;  team email
communications regarding privileged documents.

10/12/06 JLJ   .70 Review and revise draft brief and reply dealing
with motion to enforce settlement.

10/12/06 JLJ   .30 Telephone conference with Jay Nolan regarding
follow up with Mark Shipman.

10/12/06 JLJ   .60 Team call involving counsel and ORIX
representatives to discuss status and next
actions.

10/12/06 JLJ   .30 Email communications among team regarding
production issues.

10/12/06 KAG   .40 Participate in conference call with defense team
re: status and discovery issues.

10/12/06 KAG  1.00 Assemble potential privileged documents from the
Salomon documents and several discussions with
Jeff Joyce and Andrew Schumacher re: privilege
issues pertaining to these documents.

10/12/06 KAG  1.70 Finalize preparation of Salomon pleadings and
discovery responses and miscellaneous documents
for production and forward same to Erick Sandler.

10/12/06 KAG  1.00 Preparation of electronic copies WFB-MK
documents.  Forward same to Erick Sander.

10/12/06 KAG   .50 Prepare list of Wells Fargo/Orix documents
produced to date.

WFB-MK639313

DATE     ATTY HOURS DESCRIPTION OF SERVICES

10/16/06  AJS    .20  Call with Erick Sandler regarding upcoming
                      deposition and conference  with Kim Goldberg
                      regarding witness information for potential
                      depositions.

10/16/06  JLJ    .30  Email communications regarding document
                      production issues.

10/17/06  7182  2.00  Paraclerk assistance.

10/18/06  JLJ    .30  Review objections to depositions filed by
                      Konover-related parties.

10/19/06  AJS    .40  Call with Erick Sandler regarding local rules
                      and calendering upcoming deadlines.

10/19/06  AJS   1.20  Pull documents in preparation for afternoon
                      conference call with team; conference call with
                      the team regarding upcoming court mediation.

10/19/06  AJS   1.00  Review previously filed motion to compel briefs
                      and recently filed Konover briefs and drafting
                      email to Jeff Joyce regarding same.

10/19/06  AJS    .80  Strategy and planning session with Jeff Joyce
                      regarding Konover's discovery objections,
                      voicemail to Erick Sandler regarding same;
                      telephone conference with Erick Sandler regarding
                      Konover's discovery objections; provide update
                      following call with Erick Sandler.

10/19/06  JLJ    .30  Telephone conference between Jeff Joyce and
                      Brittany Glassie regarding ███████████████
                      ████████████████████████████████

10/19/06  JLJ    .20  Review outline of indebtedness prepared by
                      Brittany Glassie and noted areas for additions.

10/19/06  JLJ    .30  Email communications with team to arrange for
                      meeting to discuss settlement demand.

10/19/06  JLJ    .40  Review charts outlining full judgment
                      indebtedness and note areas for additions.

10/19/06  JLJ    .30  Telephone conference with Brittany Glassie
                      ████████████████████████████████

WFB-MK639314

DATE      ATTY HOURS DESCRIPTION OF SERVICES

10/19/06 JLJ    .80 Team conference call to discuss settlement demand
                    and participation by Wal-Mart.

10/19/06 JLJ    .50 Telephone conference between Jeff Joyce and Don
                    Rea regarding Wal-Mart role at court appointed
                    mediation.

10/19/06 JLJ    .20 Email to team updating on communication with Don
                    Rea.

10/19/06 JLJ    .30 Review revised debt outline chart.

10/19/06 KAG    .30 Assemble documents for review in preparation of
                    settlement conference with trial team.

10/20/06 AJS    .60 Call with Erick Sandler regarding Konover's
                    discovery objections update to Jeff Joyce on
                    Erick's progress;  additional call with Erick
                    Sandler regarding the possibility of filing an
                    additional motion to compel; review  memo
                    prepared by Erick Sandler regarding Konover's
                    objections and responses to discovery requests.

10/23/06 AJS    .20 Phone update from Erick Sandler regarding
                    Konover's discovery objections (.10);  Updating
                    Brittany Glassie via email on ▮▮▮▮▮▮▮▮▮▮▮
                    ▮▮▮▮▮▮(.10)

10/24/06 AJS    .80 Coordinating upcoming scheduling dates;  call
                    with Erick Sandler regarding settlement demand
                    letter; coordinate review of the settlement
                    demand with Erick Sandler and Jeff Joyce via
                    phone and email; coordinating scheduling of
                    conference call with Konover attorneys regarding
                    objections to our discovery requests.

10/24/06 JLJ    .30 Review settlement demand letter.

10/24/06 JLJ    .30 Telephone conference between Jeff Joyce and Erick
                    Sandler regarding settlement demand letter.

10/24/06 JLJ    .30 Telephone conference among Jeff Joyce, Greg May,
                    Brittany Glassie and Erick Sandler regarding
                    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

10/25/06 AJS   1.30 Confirm upcoming filing deadline, calendar same
                    and conference with Erick Sandler regarding

WFB-MK639315

DATE    ATTY HOURS DESCRIPTION OF SERVICES

strategy for upcoming deadlines; retrieve
recently filed Konover documents; review and
coordinate  drafting of responses to same;
conference with Jeff Joyce regarding issues
raised in Konover's filings ; communication with
Erick Sandler detailing Jeff Joyce's ideas for
responding to same.

10/25/06 JLJ    .30 Office conference between Jeff Joyce and Andrew
                    Schumacher outlining responses to various
                    recently filed Konover motions and replies .

10/26/06 -AJS   .70 Review  letter from Konover counsel regarding
                    objections to their discovery requests; retrieve
                    research on attorneys as witnesses in
                    anticipation of afternoon conference call;
                    conference call with Jeff Joyce and Erick Sandler
                    regarding Konover's discovery objection letter

10/26/06 JLJ    .40 Review settlement demand papers.

10/26/06 JLJ    .80 Telephone conference between Jeff Joyce, Erick
                    Sandler and Andrew Schumacher regarding
                    preparation to discuss discovery disputes with
                    defendants' counsel.

10/27/06 AJS   1.40 Conference call with Erick Sandler regarding
                    briefing on Konover's discovery arguments review
                    our responses to Konover's interrogatories and
                    document requests; draft email summarizing our
                    objections in anticipation of upcoming discovery
                    conference call with opposing counsel; conference
                    call with Erick Sandler regarding adding this
                    information to our discovery briefing.

10/30/06 AJS    .70 Review draft of response to Konover's discovery
                    briefings; email with Erick Sandler regarding the
                    response draft; conference call with Jeff Joyce
                    regarding discovery phone call on October 31;
                    pulling documents for Jeff Joyce in anticipation
                    of October 31 call; call with Erick Sandler in
                    preparation for October 31 call.

10/30/06 KAG    .40 Several discussions with Andrew Schumacher re:
                    documents withheld from productions and review of
                    production log re: same.

10/31/06 AJS   1.60 Conference call with Jeff Joyce, Erick Sandler

WFB-MK639316

DATE    ATTY HOURS DESCRIPTION OF SERVICES

and Jay Nolan regarding upcoming conference call
with Konover; conference call with Konover
attorneys regarding discovery objections;
conference call with Erick Sandler following up
on topics from Konover conference call.

10/31/06 JLJ    .40 Telephone conference call between Jeff Joyce,
                    Erick Sandler and Andrew Schumacher to prepare
                    for conference call with defense counsel.

10/31/06 JLJ   1.10 Extended conference call between Orix's counsel
                    and all defense counsel to review discovery
                    dispute.

FEE AMOUNT:                                         $ 15,110.00

TIME SUMMARY

| NAME | HOURS | RATE | TOTALS |
|------|-------|------|--------|
| Judy Jackson | 3.50 | 75.00 | 262.50 |
| Jeffrey L. Joyce | 14.10 | 525.00 | 7,402.50 |
| Andrew J. Schumacher | 25.70 | 195.00 | 5,011.50 |
| Kimberly A. Goldberg | 15.70 | 155.00 | 2,433.50 |
| SUMMARY TOTALS: | 59.00 | | $ 15,110.00 |

EXPENSES:

Federal Express                                         975.72
Reproduction Costs                                       72.90
Long Distance Charges                                    64.60

TOTAL EXPENSES:                                     $ 1,113.22

TOTAL AMOUNT DUE:                                   $ 16,223.22

DUE UPON RECEIPT

INVOICE APPROVED BY:
DATE: 11/9/06
EXPENSE TYPE:
SERVICING: LOAN   REO  DEF
REIMB BY: B 7  B/P  NONREIMB
LOAN NO.: 19-0000205
POOL NAME:

WFB-MK639317

hhfax

12:17:6
WFB-MK639318.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

| Requestor: | leggleston | | Batch Control #: | BATCH-002221 |
| Vendor Name: | WINSTEAD, SECHREST & MINICK, PC | | Vendor #: | 02630 |
| Invoice No.: | 1156812-lil | | Invoice Date: | 12/05/2006 |

| Loan Number | Advance Days | Expense Type | Expense Category | Rec Adv | Servicer Account Number | Account Sub-Code | Central | Pmt Name | Amount (Recommended Funding) |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $8,506.22 |
| | | | | | | | | | $8,506.22 |

Dra P.t

WFB-MK639318

---

SPECIAL INSTRUCTIONS

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | leglassle | See Attached | |
| Add'l Approval: | Marce |  | Date: |
| Add'l Approval: | S Finckey | Date: 12/12/06 |
| Add'l Approval: | G May leg | 12/15/a |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WINSTEAD SECHREST & MINICK P.C.
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS 75270-2199

DEC 0 7 2006

TAX I.D. #75-2404691

ORIX CAPITAL MARKETS, LLC
REAL ESTATE GROUP
1717 MAIN STREET
SUITE 900
DALLAS, TX 75201

INVOICE #: 1156812
INVOICE DATE: DECEMBER 5, 2006
CLIENT #: 23633
MATTER #: 45
BILLING ATTORNEY: JLJ

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2006

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 11/01/06 | AJS | .20 | Call with Brittany Glassie updating her ███ |
| 11/01/06 | JLJ | .40 | Telephone conference with Eric Sandler regarding editions and revisions to response to various discovery motions and responses filed by Konover parties. |
| 11/02/06 | AJS | .10 | Calendering new deadlines for response to Konover discovery motions |
| 11/02/06 | JLJ | .20 | Review letter and provide comments to Don Proctor. |
| 11/03/06 | AJS | .50 | Analyze letter sent by Konover counsel regarding discovery; Call with Erick Sandler regarding the letter and possible responses; Call with Kim Goldberg regarding the letter and coordinating the investigation of the Bate stamped documents referenced in Konover's letter. |
| 11/06/06 | AJS | 1.10 | Conference with Kim Goldberg regarding Bates-stamped documents referenced in Konover's discovery letter; review documents pulled by Kim Goldberg responsive to Konover's discovery inquiry; calls with Erick Sandler to discuss same; communications with Kim Goldberg regarding origination of the Orix documents produced in response to the Second Request for Production; |

WFB-MK639319

DATE    ATTY HOURS DESCRIPTION OF SERVICES

conference call with Erick Sandler to discuss
strategy regarding Konover's discovery letter;
email to Orix team regarding ███████████████
████████████████████████████████████████████

11/07/06 AJS  1.70 Review and analyze Maryland Findings of Fact and
Conclusion of Law for authority in support of
position that discovery period begins June 2,
2000; email to Erick Sandler outlining relevant
findings for use in his response to Konover's
objection to the June 2, 2000 discovery period ;
conference call with Anthony Magee regarding the
existence of a privilege log in the UBS case;
voicemail from Anthony Magee confirming that no
privilege log as created in the UBS case; email
update to Erick Sandler on the status of the
privilege log and subsequent conference call
with Erick Sandler discussing strategy regarding
Konover's discovery letter and issues that need
to be resolved before responding; email to the
team regarding discovery question regarding the
Texas UBS litigation.

11/07/06 7182  2.50 Paraclerk assistance to Andrew Schumacher.

11/08/06 AJS  1.40 Email conference with Amy Howell regarding
d██████████████████████████████████ conference
with Kim Goldberg regarding the Texas litigation
documents produced to Konover; emails with Erick
Sandler updating him on investigation of the
Texas litigation documents; conference call with
Amy Howell, Erick Sandler and Tonya Moore
regarding ███████████████████████; call with
Anthony Magee of McKool regarding his possession
of the privileged documents; update to team via
email regarding Anthony's phone call ; review
Erick Sandler's proposed response to the Konover
Discovery letter; draft response to Greg May's
email regarding ████████████████████

11/09/06 AJS   .50 Conference call with Erick Sandler regarding
update on discovery conference call with Konover
counsel; conference call with Jeff Joyce and
Erick Sandler updating status of the case.

11/13/06 AJS   .40 Conference with Kim Goldberg regarding additional
Texas litigation documents sent by Tonya and

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                    draft  email to Tonya regarding same; receipt and
                    review of  discovery letter from Konover counsel
                    and draft email to Erick Sandler discussing
                    concerns with Konover's discovery letter.

11/14/06  AJS   1.00 Scheduling and calendering conference call with
                    team; follow up conference with Kim Goldberg
                    regarding  Texas litigation documents; subsequent
                    conference call with team regarding case update;
                    draft email to Tonya regarding questions about
                    Texas litigation documents.

11/14/06  JLJ    .90 Conference call between Jeff Joyce, Andrew
                    Schumacher, Jay Nolan, Erick Sandler and Greg May
                    to discuss status of case and strategy for
                    further proceedings.

11/14/06  KAG    .60 Telephone conference with trial team re:
                    discovery/document status.

11/15/06  AJS   1.10 Review and revise draft of proposed letter to
                    Konover counsel regarding discovery of documents
                    in Texas litigation;  conference with Jeff Joyce
                    regarding damage model in the Texas litigation;
                    retrieve pleadings from Texas litigation and
                    review same; provide update to Jeff Joyce on the
                    damages requested in the Texas Litigation.

11/15/06  JLJ    .40 Provide comments on draft letter to defendants'
                    regarding discovery with respect to PaineWebber
                    settlement.

11/20/06  AJS    .10 Email conference with Erick Sandler and Kim
                    Goldberg regarding the Texas litigation documents

11/20/06  KAG    .20 Several communications with Andrew Schumacher re:
                    status review of DPP documents received from OCM
                    produced in the Dallas litigation.

11/21/06  AJS    .20 Email conference with Greg May, Erick Sandler,
                    Jeff Joyce and Jay Nolan regarding the ███
                    ███ ██ █████████████ (.10);  Analyzing
                    draft of motion for continuance (.10)

11/21/06  JLJ    .20 Office conference between Jeff Joyce and Andrew
                    Schumacher regarding retrieval of discovery
                    information with respect to Dallas loan
                    originator litigation.

WFB-MK639321

DATE    ATTY HOURS DESCRIPTION OF SERVICES

11/21/06 JLJ    .40 Email and telephone follow up with Jay Nolan and
                    Erick Sandler regarding status of December 6th
                    hearing.

11/22/06 JLJ    .30 Telephone conference with Jay Nolan regarding
                    status of pending motions, scheduling and
                    discovery.

11/22/06 JLJ    .30 Telephone conference with Erick Sandler to
                    prioritize motions pending before discovery
                    master and email to discovery master regarding
                    same.

11/22/06 7182  1.00 Paraclerk assistance to Jeff Joyce.

11/27/06 AJS    .40 Analyzing recently filed Konover discovery
                    replies (.30); Call with Erick Sandler receiving
                    update on the discovery issues (.10).

11/27/06 JLJ    .30 Attention to details of scheduling hearing and
                    conference with special master for Friday,
                    December 1, 2006 hearing.

11/27/06 7182  1.50 Paraclerk assistance.

11/28/06 AJS    .40 Receiving update from Kim Goldberg regarding the
                    review of the Texas litigation documents (.10);
                    Email conference with Erick Sandler regarding
                    Konover discovery issues (.10); Email conference
                    with Tonya Moore regarding ███████████████
                    ████████████████████████████ (.10); Left
                    message for Anthony Magee regarding the privilege
                    documents from the Texas litigation case (.10)

11/28/06 KAG   1.00 Review of documents received from Orix that were
                    produced in the Dallas litigation to determine
                    the need to produced to the Konover defendants.
                    Several discussions with Andrew Schumacher and
                    Erick Sandler re: same.

11/29/06 AJS    .80 Conference with Kim Goldberg regarding the Texas
                    litigation documents (.20); Conference call with
                    Erick Sandler and Kim Goldberg regarding
                    discovery issues related to the Texas litigation
                    documents (.10); Call with Anthony Magee
                    regarding the privileged documents in the Texas
                    litigation (.40); Conference with Kim Goldberg

WFB-MK639322

DATE    ATTY HOURS DESCRIPTION OF SERVICES

regarding the privileged documents from the Texas
litigation (.10)

11/29/06 7182  1.50 Paraclerk assistance to Jeff Joyce in connections
with. preparation for December 1, 2006 hearing in
Hartford.

11/30/06  AJS   .30 Email conference with the team regarding a reply
to Konover's motion to compel (.10);  Left
message for Erick Sandler regarding the
privileged documents from the Texas litigation
(.10);  Email conference with Anthony Magee and
the team regarding the privileged documents from
the Texas litigation (.10)

11/30/06  JLJ   .50 Review reply to motion to compel document
production and coordination with Meg McKee for
materials to be included in reply.

11/30/06  JLJ  5.00 Review materials in preparation for hearing on
motion to enforce settlement.


FEE AMOUNT:                                      $ 7,428.00


                    TIME SUMMARY


NAME                          HOURS      RATE        TOTALS

Judy Jackson                   6.50      75.00       487.50
Jeffrey L. Joyce               8.90     525.00     4,672.50
Andrew J. Schumacher          10.20     195.00     1,989.00
Kimberly A. Goldberg           1.80     155.00       279.00

            SUMMARY TOTALS:   27.40               $ 7,428.00

WFB-MK639323

EXPENSES:

| | | |
|---|---|---|
| 7/18/06 | Advance for Corporate Search - Baind Corp. (Invoice 2848184-RI) | 22.73 |
| 8/01/06 | Advance for Retrieval of documents from Online Repository for Disclosures Production (Invoice 11342) | 712.50 |
| 9/28/06 | Advance for Corporate Search - 44 Hersha and New Innkeepers (Invoice 2998756-RI) | 45.46 |
| | Long Distance Charges | 94.85 |
| | Reproduction Costs | 202.68 |

TOTAL EXPENSES:                                          $ 1,078.22


TOTAL AMOUNT DUE:                                        $ 8,506.22
            DUE UPON RECEIPT

INVOICE APPROVED BY: _____
DATE: 12/08/06
EXPENSE TYPE: legal-lit
SERVICING: LOAN   REO   OTHER
REIMB BY: B  T  BT  NONREIMB
LOAN NO.: a-000024
POOL NAME: SPM500-C2

WFB-MK639324

# hhfax

12:17:9
WFB-MK639331.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS

## AUTHORIZATION FOR PAYMENT

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | WINSTEAD, SECHREST & MINICK, PC |
| Invoice No.: | 1164480-ltt |

| | |
|---|---|
| Batch Control #: | BATCH00Z221 |
| Vendor #: | 02630 |
| Invoice Date: | 01/08/2007 |

| Loan # | | | | | | Servicing Account Number | Note Name | Amount |
|---|---|---|---|---|---|---|---|---|
| 190000295 | .0 | Both | (36) Legal Fees | S | Deficiency 13059 - CR920 - 00176 | | SALOMON 2000-C2 | $13,526.37 |
| | | | | | | | | $13,526.37 |

---

## SPECIAL INSTRUCTIONS:

## AUTHORIZATION:

This form must be approved in accordance with the Cost Center Approval Matrix

| | | | |
|---|---|---|---|
| Manager's Approval: | BGlasser | | See Attached |
| Add'l Approval: | mPates | Date: | 1/12/09 |
| Add'l Approval: | Mache | Date: | 1/23/07 |
| Add'l Approval: | EMunday | | 1/22/09 |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

Page 1 of 1

WFB-MK639325

WINSTEAD SECHREST & MINICK P.C.
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS  75270-2199

JAN 1 8 2007

TAX I.D. #75-2404691

ORIX CAPITAL MARKETS, LLC
REAL ESTATE GROUP
1717 MAIN STREET
SUITE 900
DALLAS, TX  75201

INVOICE #:        1164480
INVOICE DATE: JANUARY 8, 2007
CLIENT #:          23633
MATTER #:             45
BILLING ATTORNEY:    JLJ

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2006

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 12/01/06 | AJS | .30 | Analyzing email from Anthony Magee updating his search for the privileged Texas litigation documents (.20); Forwarding Anthony's email with a summary to the team (.10) |
| 12/01/06 | JLJ | 8.00 | Prepare for and attend hearing on motion to enforce settlement agreement; participated in telephone conference call with special discovery master regarding outstanding discovery disputes. |
| 12/05/06 | AJS | 2.00 | Conference call with Erick Sandler regarding the reply brief to our motion to compel and conference with Jeff Joyce regarding same; prepare outline of for reply brief; begin drafting portions of reply brief ; call with Meg McKee's office regarding chronology of Maryland discovery issues for use in reply brief. |
| 12/05/06 | AJS | .20 | Conference with Erick Sandler regarding Konover discovery issues |
| 12/05/06 | AJS | .10 | Conference with Jeff Joyce regarding the confidentiality agreement and response to Konover's expected motion. |
| 12/05/06 | JLJ | .30 | Review Court order information and attention to emailing to ORIX team. |
| 12/05/06 | KAG | 1.00 | Preparation of inserts to Conneticut document |

WFB-MK639326

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                        production summary.  Communications with Meg
                        McKee re: same.

12/06/06   AJS   1.30  Drafting reply brief to motion to compel.

12/06/06   JLJ    .30  Review draft reply brief.

12/06/06   KAG    .20  Communications with Brittany Glassie re:
                       ███████████████████████████████████.

12/07/06   AJS   1.20  Call with Erick Sandler regardin proposed
                        confidentiality agreement;      retrieve and review
                        previous confidentiality order; revising existing
                        confidentiality order to include new language in
                        anticipation of filing response to Konover's
                        motion for a confidentiality agreement.

12/07/06   AJS   6.20  Numerous telephone conferences and email
                        communications with Erick Sandler, Meg McKee and
                        Kim Goldberg regarding information needed for
                        briefing; continue drafting reply brief; offices
                        conferences with Jeff Joyce to review and discuss
                        briefing; edit brief to incorporate changes by
                        Jeff Joyce.

12/07/06   JLJ    .60  Conference between Jeff Joyce and Andrew
                        Schumacher regarding edits to reply brief on
                        discovery issues.

12/07/06   JLJ    .50  Review revision of draft reply brief.

12/07/06   JLJ    .40  Office conference between Jeff Joyce and Andrew
                        Schumacher  regarding additional revisions.

12/08/06   AJS   2.00  Revise reply to motion with changes by Jeff
                        Joyce; forward to team for review; call with
                        Erick Sandler regarding changes to reply brief;
                        revise reply brief with changes by Erick Sandler
                        and create red lined version for easy review;
                        forward  to Jeff Joyce for review.

12/11/06   AJS   1.20  Call with Erick Sandler regarding reply brief;
                        revise reply brief with Jeff Joyce;  conference
                        with Jeff Joyce and Erick Sandler finalizing and
                        filing the brief; conference with Kim Goldberg
                        regarding privileged documents for the Texas
                        Litigation; review recently filed motion for

WFB-MK639327

DATE    ATTY HOURS DESCRIPTION OF SERVICES

confidentiality agreement and outline response.

12/12/06  AJS  3.70  Retrieve pleadings and documents in preparation
                     for drafting response to Motion for Protective
                     Order;  retrieve and review cases cited by
                     Konover in its Motion for Protective Order;
                     conference with Jeff Joyce regarding response to
                     the protective order and confidentiality
                     agreement;  call with Erick Sandler regarding
                     confidentiality agreement attached to Konover's
                     motion for protective order; conference with Kim
                     Goldberg for update on search for the Texas
                     litigation privileged documents; review filed
                     confidentiality agreement in preparation for
                     creating red-line version; call with Erick
                     Sandler regarding Konover's objection to
                     producing personal financial information; review
                     previously filed objections by Konover; draft
                     outline for response REIF based arguments
                     discussed in conference with Jeff Joyce.

12/12/06  JLJ   .50  Review motion for protective order filed by
                     Konover Parties.

12/12/06  JLJ   .60  Office conference between Jeff Joyce and Andrew
                     Schumacher regarding overview of reply.

12/12/06  JLJ   .30  Review draft of protective order proposal.

12/13/06  AJS  1.00  Conference with Jeff Joyce regarding changes to
                     Confidentiality Order; revise Confidentiality
                     Order with changes by Jeff Joyce; forward Order
                     to  team for review;  conference with Kim
                     Goldberg regarding her search for the privileged
                     documents from the Texas litigation.

12/13/06  JLJ   .30  Office conference with Andrew Schumacher
                     regarding response to motion for protective
                     order.

12/14/06  AJS   .60  Research and draft email to the team regarding
                     the privileged documents from the Texas
                     Litigation; conference with Jeff Joyce regarding
                     changes to the outline and confidentiality order;
                     message to  Brittany Glassie regarding ████████

12/14/06  JLJ   .30  Office conference with Andrew Schumacher

WFB-MK639328

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                        regarding comments on protective order and reply
                        brief.

12/15/06  AJS   5.10  Research Federal Case law regarding discovery
                        related to consulting experts (1.5); Conference
                        call with Brittany Glassie regarding ██████████
                        ███████████████████████████████████ (.20);
                        Drafting response to Konover's motion for
                        protective order (3.4);

12/17/06  JLJ    .40  Review and revise reply brief on protective order
                        issues.

12/18/06  AJS    .90  Revising Response to Motion for Protective Order
                        with changes by Jeff Joyce (.60); Call with Erick
                        Sandler regarding changes to the Confidentiality
                        Order and response brief (.20); Forwarding draft
                        of response brief and confidentiality order to
                        the team for review (.10)

12/19/06  AJS   1.30  Calls with Erick Sandler regarding his changes to
                        the brief (.20); Revising the brief with changes
                        by Erick Sandler (.90); Conference with Jeff
                        Joyce regarding changes to the response brief
                        (.10); Forwarding the response Reif to the team
                        for review (.10)

12/19/06  JLJ    .30  Review draft reply brief and provide comments to
                        Andrew Schumacher.

12/20/06  AJS    .40  Forwarding drafts of the confidentiality order to
                        Erick Sandler (.10); Call and email to Erick
                        Sandler regarding the filing of the response
                        brief (.10); Email conference with Erick Sandler
                        and Jeff Joyce regarding the filing of the
                        Response to Konover's Motion for Protective Order
                        (.20)

12/27/06  JLJ    .50  Telephone conference between Jeff Joyce and Jay
                        Nolan regarding overall case strategy and email
                        requesting meeting and outlining agenda.


FEE AMOUNT:                                            $ 12,531.00

WFB-MK639329

TIME SUMMARY

| NAME | | HOURS | RATE | TOTALS |
|---|---|---|---|---|
| Jeffrey L. Joyce | | 13.30 | 525.00 | 6,982.50 |
| Andrew J. Schumacher | | 27.50 | 195.00 | 5,362.50 |
| Kimberly A. Goldberg | | 1.20 | 155.00 | 186.00 |
| | SUMMARY TOTALS: | 42.00 | | $ 12,531.00 |

EXPENSES:

| 12/01/06 | Advance for Travel-Air Fare joyce to hartford on 11/30/06 inv #35872 15 0057797406780 | 480.50 |
|---|---|---|
| 12/01/06 | Advance for Printing Solomon Documents from OCM(CD) (Invoice 0040189-IN) | 311.24 |
| | Long Distance Charges | 136.85 |
| | Reproduction Costs | 66.78 |

TOTAL EXPENSES:                                          $  995.37

TOTAL AMOUNT DUE:                                        $ 13,526.37
                          DUE UPON RECEIPT

INVOICE APPROVED BY: _Brittany Massie_
DATE: 1 2 07
EXPENSE TYPE: _Legal-lit_
SERVICING:   LOAN    REO    (DEP)
REIMB BY:  B  T  BP    NONREIMB
LOAN NO.: 19-0000245
POOL NAME: _SBUSD-62_

WFB-MK639330