SS AP TRANSMITTAL FORM

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

Requestor: teggleston

Vendor Name: WINSTEAD, SECHREST & MINICK, PC

Invoice No.: 1227956

| | | | | | | | Batch Control #: BATCH002221 | |
| | | | | | | | Vendor #: 02630 | |
| | | | | | | | Invoice Date: 08/09/2007 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | | $36,817.89 |
| | | | | | | | | | | $36,817.89 |

This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval: _____

Add'l Approval: _____ See Attached

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____ Date: 6/17/07

Add'l Approval: _____ Date: _____

Page 1 of 1

WFB-MK639402

ORIX REAL ESTATE CAPITAL MARKETS, LLC
REAL ESTATE GROUP
1717 MAIN STREET
SUITE 900
DALLAS, TX 75201
BRITTANY GLASSIE

INVOICE #:        1227956
INVOICE DATE: AUGUST 9, 2007
CLIENT #:           23633
MATTER #:              45
BILLING ATTORNEY:    JLJ

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2007

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/02/07 | AJS | .30 | Reviewing emails from Erick Sandler and Brittany Maher regarding ▮▮▮▮▮▮▮▮▮▮ |
| 7/02/07 | AJS | .80 | Revising chronology |
| 7/02/07 | AJS | 1.90 | Conference call with the team and Frank Longobardi regarding Case Management/Discovery issues |
| 7/02/07 | AJS | .10 | Reviewing draft of letter Erick Sandler is sending Cheryl Rice regarding discovery issues |
| 7/02/07 | AJS | .10 | Email conference with Erick Sandler regarding changes to the letter to Cheryl Rice |
| 7/02/07 | AJS | .40 | Revising chronology with Garnishment information and forwarding revisions to Jeff Joyce |
| 7/02/07 | AJS | .10 | Email conference with Paul Savoy and Jeff Joyce regarding transaction list being compiled for opposing counsel |
| 7/02/07 | AJS | .40 | Analyzing Longobardi's closing statement report to portfolio sale summary for differences |
| 7/02/07 | AJS | .10 | Conference with Jeff Joyce regarding differences in Longobardi's closing statement list |

WFB-MK639403

DATE    ATTY HOURS DESCRIPTION OF SERVICES

7/02/07   AJS   .10 Left message for Frank Longobardi regarding
                    seller closing statement list

7/02/07   AJS   .10 Left message for Brittany Maher regarding ███████

7/02/07   AJS   .10 Left message for Erick Sandler regarding summary
                    of requested documents

7/02/07   AJS   .10 Call with Erick Sandler regarding changes to
                    summary of requested outstanding documents

7/02/07   AJS   .10 Email from Brittany Maher regarding ████████
                    ██████ and email conference with Jeff Joyce
                    and Paul Savoy regarding public record searches
                    for ASMALP

7/02/07   AJS   .10 Email from Erick Sandler regarding Kostin,
                    Ruffkess discovery issues

7/02/07   AJS   .40 Revising summary of requested documents still
                    outstanding with information in Erick Sandler's
                    July 2nd letter to Cheryl Rice

7/02/07   AJS   .20 Conference with Paul Savoy regarding portfolio
                    sale documents

7/02/07   AJS  1.40 Revising amended complaint with changes by Jay
                    Nolan and Brittany Maher

7/02/07   AJS   .20 Conference call with Jeff Joyce regarding changes
                    to the Amended Complaint and forwarding latest
                    draft to the team for review

7/02/07   AJS   .10 Call with Frank Longobardi regarding changes to
                    his closing settlement sheet

7/02/07   AJS   .10 Email conference with Jeff Joyce regarding
                    production of summary of portfolio sale
                    commissions to Frank Longobardi

7/02/07   AJS   .10 Conference with Jeff Joyce regarding changes to
                    the chronology

7/02/07   AJS   .10 Revising the chronology with changes by Jeff
                    Joyce and forwarding to Frank Longobardi and the
                    team for review

WFB-MK639404

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/02/07 | AJS | .20 | Emails to Frank Longobardi attaching information requested from conference call |
| 7/02/07 | AJS | .10 | Condensing notes taken from Longobardi and team conference call |
| 7/02/07 | AJS | .10 | Conference with Jeff Joyce regarding the amended complaint |
| 7/02/07 | JLJ | 2.60 | Continue detailed review of general ledgers for notation of specific transactions for follow up documents. |
| 7/02/07 | JLJ | .40 | Review materials received from Frank Longobardi. |
| 7/02/07 | JLJ | 1.00 | Conference call among Jeff Joyce, Andrew Schumacher, Jay Nolan, Erick Sandler, Brittany Maher and Frank Longobardi ████████ |
| 7/02/07 | JLJ | .50 | Review amended complaint. |
| 7/02/07 | JLJ | .60 | Office conference between Jeff Joyce and Andrew Schumacher regarding amendments to complaint. |
| 7/02/07 | JLJ | .30 | Telephone call to Mark Shipman's office regarding deposition scheduling and email follow up. |
| 7/02/07 | JLJ | .40 | Review revised chronology and provide comments to Andrew Schumacher and provide comments to Andrew Schumacher. |
| 7/02/07 | PS Z | 6.50 | Review general ledgers marked by J. Joyce, make color copies of same and organize same to be attached to our request to Konover for documentation in support of certain GL entries. |
| 7/03/07 | AJS | .10 | Conference with Paul Savoy regarding PEERLESS documents |
| 7/03/07 | AJS | .30 | Revising Amended Complaint and Exhibit A to the Amended Complaint with changes by Erick Sandler |
| 7/03/07 | AJS | .10 | Forwarding latest drafts of Exhibit A to the team and forwarding Jeff Joyce the Amended Complaint and Exhibit A for distribution to Defendants |

WFB-MK639405

DATE    ATTY HOURS DESCRIPTION OF SERVICES

7/03/07  AJS   .10 Conference call with Jeff Joyce regarding changes
                   to Exhibit A

7/03/07  AJS   .10 Revising Exhibit A with changes by Jeff Joyce and
                   forwarding revisions to Jeff Joyce for review

7/03/07  AJS   .50 Drafting document request for Peerless financials

7/03/07  AJS   .30 Continued drafting document request for Peerless
                   financials

7/03/07  AJS   .10 Forwarding draft of Peerless document requests to
                   Jeff Joyce for review

7/03/07  AJS   .20 Email conference with Jeff Joyce regarding the
                   Peerless document request and revising the
                   request with changes by Jeff Joyce

7/03/07  JLJ   .40 Office conference between Jeff Joyce and Andrew
                   Schumacher regarding document production issues.

7/03/07  JLJ   .60 Telephone conference with Bud Clark regarding
                   Peerless' position on document production and
                   necessity for formal request for production and
                   office conference between Jeff Joyce and Andrew
                   Schumacher regarding preparation of formal
                   document request.

7/03/07  PS Z 1.70 Create an index of general ledger entries
                   identified by J. Joyce in anticipation of
                   requesting document support for same.

7/05/07  AJS   .10 Reviewing email from Erick Sandler regarding KCC
                   deposition

7/05/07  AJS   .20 Email to Meg McKee forwarding Peerless document
                   request

7/05/07  AJS   .10 Conference with Paul Savoy regarding the
                   "transaction" compilations

7/05/07  AJS   .30 Reviewing draft of response to KDC's motion for
                   protective order

7/05/07  AJS   .10 Call with Meg McKee regarding Peerless document
                   request

WFB-MK639406

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/05/07 | AJS | .10 | Email conference with the team regarding Peerless document request in Maryland |
| 7/05/07 | AJS | .10 | Conference with Jeff Joyce regarding the Peerless document requests |
| 7/05/07 | JLJ | .50 | Prepare update for Greg May regarding overall litigation status. |
| 7/05/07 | JLJ | .40 | Review discovery brief prepared by Erik Sandler and provide comments. |
| 7/05/07 | JLJ | .30 | Email communications with Erick Sandler regarding comments on brief. |
| 7/05/07 | PS Z | 7.50 | Continue to update the index of general ledger entries needing document support in preparation of requesting same from defendants. |
| 7/06/07 | AJS | .10 | Call with Meg McKee regarding changes to the Peerless request for production |
| 7/06/07 | AJS | .10 | Call with Jeff Joyce regarding the Peerless document request |
| 7/06/07 | AJS | .10 | Revising Peerless document request with changes by Jeff Joyce |
| 7/06/07 | AJS | .20 | Call with Paul Savoy regarding corporate documents produced by Peerless |
| 7/06/07 | AJS | .20 | Drafting Third Request for Production to Peerless |
| 7/06/07 | AJS | .30 | Emails to Meg McKee regarding the Peerless document requests |
| 7/06/07 | AJS | .10 | Reviewing summary of outstanding documents requested in preparation for meeting with Jeff Joyce |
| 7/06/07 | AJS | .10 | Call with Meg McKee regarding Peerless requests for production |
| 7/06/07 | AJS | .20 | Conference with Jeff Joyce regarding summary of documents requested but not yet produced |
| 7/06/07 | AJS | .30 | Organizing summary of documents requested but not produced in preparation for emails to opposing |

WFB-MK639407

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                    counsel

7/06/07  AJS    .10 Voicemail to Erick Sandler regarding follow ups
                    to opposing counsel regarding document production

7/06/07  AJS    .40 Call with Erick Sandler regarding summary of
                    requested documents outstanding

7/06/07  AJS    .10 Call with Erick Sandler regarding transaction
                    compilation

7/06/07  AJS    .10 Drafting email to Cheryl Rice regarding
                    outstanding documents

7/06/07  AJS    .20 Drafting email to KCC regarding outstanding
                    documents

7/06/07  AJS    .10 Conference with Jeff Joyce regarding emails to
                    KDC and K&A regarding the sweep account

7/06/07  AJS    .30 Drafting emails to KDC and K&A regarding
                    outstanding documents

7/06/07  AJS    .10 Reviewing Jeff's response to Shipman's email
                    regarding stay of discovery

7/06/07  AJS    .20 Revising emails to KDC and K&A with changes by
                    Jeff Joyce

7/06/07  AJS    .10 Reviewing responses from K&A and KDC counsel
                    regarding our requests for documents

7/06/07  AJS    .40 Reviewing K&A produced documents to provide bate
                    range for requests regarding the sweep account
                    and drafting email to K&A's counsel identifying
                    the relevant bates range

7/06/07  AJS    .10 Email conference with Brittany Maher regarding
                    ████ ██████████████████

7/06/07  JLJ    .40 Telephone conference between Jeff Joyce and Jay
                    Nolan regarding proceeding with Connecticut
                    judgment enforcement action.

7/06/07  JLJ    .30 Office conference between Jeff Joyce and Andrew
                    Schumacher regarding document production issues.

7/06/07  JLJ    .60 Email to opposing counsel regarding outstanding

WFB-MK639408

DATE    ATTY HOURS DESCRIPTION OF SERVICES

document request issues,

7/06/07 PS Z 11.00 Continue to update the index of general ledger
entries needing document support from defendants.

7/07/07 PS Z  2.00 Continue to update the index of general ledger
entries needing document support in anticipation
of requesting same from defendants.

7/08/07 PS Z  4.00 Continue to update the index of general ledger
entries needing document support in anticipation
of requesting same from defendants.

7/09/07 AJS    .10 Reviewing email from Jeff Joyce regarding
Defendants' request to stay discovery

7/09/07 AJS    .20 Conference with Paul Savoy regarding transactions
list

7/09/07 AJS    .10 Left message for Frank Longobardi regarding list
of "transactions"

7/09/07 PS Z  5.00 Continue to update the index of general ledger
entries needing document support.

7/10/07 AJS    .10 Email conference with Jeff Joyce regarding the
drafting of a motion to for leave to file amended
complaint

7/10/07 AJS    .10 Email conference with Jeff Joyce regarding
drafting of a formal discovery request to the
Defendants

7/10/07 AJS    .20 Receiving and reviewing email correspondences
regarding the Kostin Ruffkess document production

7/10/07 PS Z  3.50 Update the index of general ledger entries
needing document support and send final version
to J. Joyce.

7/11/07 AJS    .10 Reviewing draft of motion to file amended
complaint

7/11/07 AJS    .10 Conference with Paul Savoy regarding
"transaction" list

7/11/07 AJS    .20 Conference call with Paul Savoy and Jeff Rossi
from Longobardi's office regarding "transaction"

WFB-MK639409

DATE     ATTY HOURS DESCRIPTION OF SERVICES

                    list

7/11/07  AJS   .10  Reviewing and revising summary of closing
                    statements with information provided by Jeff
                    Rossi

7/11/07  AJS   .10  Left message for Jeff Rossi regarding the summary
                    of closing statements sheet

7/11/07  AJS   .20  Conference with Jeff Joyce regarding the drafting
                    of document requests related to our "transaction"
                    list

7/11/07  AJS   .30  Reviewing "transaction" list and conferring with
                    Paul Savoy regarding entries on the list

7/11/07  AJS  1.10  Drafting document request to KDC regarding list
                    of "transactions" and left message for Frank
                    Longobardi regarding terms of art for the request

7/11/07  AJS   .20  Call with Erick Sandler regarding outstanding
                    discovery issues

7/11/07  JLJ   .30  Attention to motion to amend complaint.

7/11/07  JLJ   .40  Telephone conference between Jeff Joyce and Erick
                    Sandler regarding discovery issues.

7/11/07  JLJ   .60  Review Peerless response to motion to compel
                    deposition answers.

7/11/07  JLJ   .40  Review draft of general ledger listing of
                    specific information sought from Defendants.

7/11/07  JLJ   .50  Telephone conference call between Jeff Joyce, Jay
                    Nolan, Erick Sandler and Mark Shipman regarding
                    overall status of various discovery issues.

7/11/07  JLJ   .40  Revise draft motion to amend complaint.

7/11/07  JLJ   .30  Telephone conference with Tim Shearin regarding
                    deposition scheduling of individual deponents.

7/11/07  JLJ   .30  Telephone conference with Erick Sandler regarding
                    handling of KCC deposition rescheduling.

7/11/07  PS Z  .50  Prepare for and participate in a conference call
                    with our accounting expert regarding general

WFB-MK639410

DATE    ATTY HOURS DESCRIPTION OF SERVICES

            ledger transactions.

7/12/07  AJS   .20 Call with Erick Sandler regarding changes to the
                   Amended Complaint and revising the Amended
                   Complaint with Erick's changes

7/12/07  AJS   .10 Receipt and review of email correspondence from
                   Jeff Joyce and Erick Sandler regarding the KCC
                   deposition and document production

7/12/07  AJS   .20 Conference with Jeff Joyce regarding discovery
                   requests related to the "transactions"

7/12/07  AJS   .10 Conference with Paul Savoy regarding
                   "transactions" list

7/12/07  AJS   .10 Received message from Frank Longobardi regarding
                   phone conference on Friday to discuss document
                   requests

7/12/07  AJS   .10 Review and receipt of email correspondence from
                   Erick Sandler regarding Webster Bank subpoena

7/12/07  AJS   .10 Review and receipt of email correspondence from
                   Erick Sandler regarding Kostin Ruffkess
                   production

7/12/07  JLJ   .30 Telephone conference between Jeff Joyce and Erick
                   Sandler regarding KCC rescheduling.

7/12/07  PS Z 2.50 Review documents printed during the reverie of
                   those produced by W. Spatz in preparation of the
                   upcoming deposition.

7/13/07  AJS   .10 Receipt and review of email correspondence from
                   Erick Sandler regarding upcoming filings

7/13/07  AJS   .10 Email conference with Jeff Joyce regarding
                   discovery requests for the "transactions"

7/13/07  AJS   .10 Revising the "transaction" request for production
                   with changes by Jeff Joyce

7/13/07  AJS   .40 Revising portfolio sale summary with updated
                   bates ranges and forwarding sheet to Frank
                   Longobardi

7/13/07  AJS   .10 Phone conference with Jeff Joyce regarding the

WFB-MK639411

DATE     ATTY HOURS DESCRIPTION OF SERVICES

                    "transaction" discovery requests

7/13/07  AJS   .10 Conference with Paul Savoy regarding changes to
                   the "transactions" sheet

7/13/07  AJS   .20 Receipt and review of email correspondence from
                   Longobardi's office regarding valuation sheet and
                   update Portfolio sale commission sheets

7/13/07  AJS   .10 Left message for Frank Longobardi regarding
                   "transaction" document requests

7/13/07  AJS   .50 Receipt and review of Paul's "transaction" list
                   and revising the list to make it an exhibit to
                   the document request

7/13/07  AJS   .10 Forwarding draft of the "transaction" document
                   request to Jeff Joyce

7/13/07  AJS   .10 Call with Jeff Joyce regarding changes to the
                   "transaction" document request

7/13/07  AJS   .10 Receipt and review of email correspondence from
                   Jeff Joyce regarding recent filings by the
                   Defendants

7/13/07  AJS   .60 Drafting exhibit B to the "transaction" discovery
                   requests

7/13/07  AJS   .20 Call with Frank Longobardi regarding changes to
                   the "transaction" document request

7/13/07  AJS   .10 Revising the "transaction" request with changes
                   by Frank Longobardi

7/13/07  AJS   .10 Drafting email and forwarding request to the team
                   for review

7/13/07  AJS   .10 Call with Jeff Joyce regarding Frank's changes to
                   the discovery requests

7/13/07  AJS   .10 Follow up email to the team regarding Frank
                   Longobardi's suggested discovery request

7/13/07  AJS   .10 Left message for Frank Longobardi regarding
                   changes to the "transaction" document request

7/13/07  AJS   .60 Call with Brittany Maher regarding ███████

WFB-MK639412

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/13/07 | AJS | .10 | Email to Jeff Joyce regarding service of the document requests |
| 7/13/07 | AJS | .10 | Preparing the "transaction" discovery requests for service |
| 7/13/07 | AJS | .10 | Serving "transactions" document request to all defendants |
| 7/13/07 | JLJ | .30 | Office conference between Jeff Joyce and Andrew Schumacher regarding status of document production by Defendants and follow up issues. |
| 7/13/07 | JLJ | .20 | Email communications with Erick Sandler regarding scheduling conference call on outside briefing. |
| 7/13/07 | JLJ | .60 | Review brief from Defendants regarding appeal of discovery ruling by David Belt. |
| 7/13/07 | JLJ | .30 | Office conference between Jeff Joyce and Andrew Schumacher regarding forwarding document request to Defendants relating to various general ledger entries. |
| 7/16/07 | AJS | .30 | Reviewing Defendants recently filed briefs regarding Webster Bank and Belt's ruling |
| 7/16/07 | AJS | .60 | Conference call with Jeff Joyce and Erick Sandler regarding upcoming filing deadlines |
| 7/16/07 | AJS | .30 | Reviewing requests for deposition scheduling in preparation for conference with Jeff Joyce and Conference with Jeff Joyce regarding proposed deposition dates |
| 7/16/07 | AJS | .10 | Call with Erick Sandler regarding our filings related to the Belt rulings |
| 7/16/07 | AJS | .10 | Pulling our filings related to the Belt ruling for Jeff Joyce |
| 7/16/07 | AJS | .10 | Review and receipt of email from Jeff Joyce regarding deposition scheduling |
| 7/16/07 | AJS | .40 | Drafting deposition notices for Lisa Whitney, Richard Cohen, Susan Larkin, Alan Smith and |

WFB-MK639413

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|

Richard Liljedahl

| 7/16/07 | AJS | .20 | Reviewing list of outstanding discovery items in preparation for conference with Jeff Joyce regarding Motion to Compel |
| 7/16/07 | AJS | .10 | Left message for Erick Sandler regarding motion to compel |
| 7/16/07 | AJS | .10 | Call with Erick Sandler regarding outstanding discovery items for our motion to compel |
| 7/16/07 | AJS | .20 | Conference with Jeff Joyce regarding items to discuss in motion to compel |
| 7/16/07 | AJS | .10 | Receipt and review of email correspondences regarding individual deposition notices from Jeff Joyce and opposing counsel |
| 7/16/07 | JLJ | .50 | Telephone conference with Erick Sandler regarding outstanding briefing issues and division of responsibility for preparation of briefs. |
| 7/16/07 | JLJ | .50 | Attention to organizing depositions of various individuals and email to ORIX team regarding plan for same. |
| 7/16/07 | JLJ | .60 | Office conference between Jeff Joyce and Andrew Schumacher regarding outstanding discovery issues and matters to be included in motion to compel. |
| 7/16/07 | JLJ | .60 | Review draft brief objecting to Defendants' motion to to stay enforcement of judgment. |
| 7/16/07 | JLJ | .60 | Review recent document production issues and note areas for follow up. |
| 7/17/07 | AJS | .10 | Email conference with Paul Savoy regarding Blackboard transfer documents |
| 7/17/07 | AJS | .20 | Revising and serving deposition notices for Whitney, Smith, Larkin, Cohen and Liljedahl |
| 7/17/07 | AJS | .10 | Left message for Brittany Maher regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 7/17/07 | AJS | .10 | Forwarding deposition notices for Whitney, Smith, Larkin, Cohen and Liljedahl to opposing counsel |

DATE    ATTY HOURS  DESCRIPTION OF SERVICES

7/17/07  AJS  1.00  Drafting response to Defendants' motion to quash
                    Webster Bank subpoena

7/17/07  AJS   .10  Email conference with Brittany Maher regarding
                    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

7/17/07  AJS   .10  Email conference with Jeff Joyce regarding
                    incorrect address on deposition notices

7/17/07  AJS   .30  Revising and reserving deposition notices with
                    new Day Pitney address and email to opposing
                    counsel updating them on the change

7/17/07  AJS   .30  Continued drafting response to Defendants' motion
                    to quash Webster Bank subpoena

7/17/07  AJS   .20  Continued drafting response to Defendants' motion
                    to quash Webster Bank subpoena

7/17/07  AJS  1.70  Continued drafting response to Defendants' motion
                    to quash Webster Bank subpoena

7/17/07  AJS   .80  Continued drafting response to Defendants' motion
                    to quash Webster Bank subpoena

7/17/07  JLJ  1.30  Draft response to reply brief dealing with Belt
                    discovery ruling.

7/17/07  JLJ   .90  Revisions to draft brief and attention to
                    forwarding same to Erick Sandler for further
                    review.

7/17/07  JLJ   .60  Review documents with Paul Savoy.

7/18/07  AJS   .50  Revising Reply Reif to Motion to Amend Belt's
                    Ruling and forwarding to Erick Sandler for review

7/18/07  AJS   .60  Revising response to Motion to Quash Webster Bank
                    subpoena

7/18/07  AJS   .30  Call with Erick Sandler regarding outcome of call
                    with Cheryl Rice on outstanding document issues

7/19/07  AJS   .20  Reviewing draft of reply Reif for our motion to
                    compel deposition answers of Peerless

7/19/07  AJS   .10  Receipt and review of Abney deposition abstract

WFB-MK639415

DATE    ATTY  HOURS  DESCRIPTION OF SERVICES

7/19/07  AJS   .10  Receipt and review of email correspondence from
                    Brittany Maher regarding ███████████████████
                    ████████████████████████████████████████████

7/19/07  AJS   .10  Reviewing changes to the reply Reif on our motion
                    to compel Peerless deposition answers

7/19/07  AJS   .60  Drafting Motion to Compel Documents related to
                    specific objections asserted by Michael Konover

7/19/07  AJS   .40  Continued drafting Motion to Compel Documents
                    related to specific objections asserted by
                    Michael Konover

7/19/07  AJS   .40  Continued drafting Motion to Compel Documents
                    related to specific objections asserted by
                    Michael Konover

7/19/07  AJS   .10  Email conference with Brittany Maher regarding
                    ████████████████████████████████████████████

7/19/07  AJS   .10  Receipt and review of email correspondences
                    regarding production of Michael Konover's tax
                    returns

7/19/07  AJS  2.40  Continued drafting Motion to Compel Documents
                    related to specific objections asserted by
                    Michael Konover

7/20/07  AJS  1.10  Continued drafting motion to compel production of
                    Michael Konover tax returns and financials

7/20/07  AJS   .10  Review and receipt of email from Erick Sandler
                    regarding changes to the reply brief on Belt's
                    rulings

7/20/07  AJS   .10  Reviewing changes by Erick Sandler to reply brief
                    on motion to amend Belt rulings and email to
                    Erick Sandler regarding the same

7/20/07  AJS   .40  Continued drafting motion to compel production of
                    Michael Konover tax returns and financials

7/20/07  AJS   .10  Receipt and review of email correspondences
                    regarding individual depositions scheduled for
                    July and August

WFB-MK639416

DATE    ATTY HOURS DESCRIPTION OF SERVICES

7/20/07  AJS   .10 Email conference with Brittany Maher regarding
                   ███████████ ████████████████████████████

7/20/07  AJS   .10 Call with Erick Sandler regarding pleading
                   information on Connecticut state court action to
                   enforce the Maryland judgment

7/20/07  AJS   .20 Reviewing file for pleadings in Connecticut state
                   court enforcement action

7/20/07  AJS   .50 Continued drafting motion to compel production of
                   Michael Konover tax returns and financials

7/23/07  JLJ   .30 Telephone conference between Jeff Joyce and Erick
                   Sandler regarding reply briefing issues and
                   deposition scheduling.

7/23/07  JLJ   .20 Attention to final reply brief regarding David
                   Belt ruling.

7/23/07  JLJ   .50 Prepared and emailed agenda for periodic case
                   conference call.

7/23/07  JLJ   .40 Telephone conference call to Mark Baldwin and Tim
                   Shearin regarding depositions of Alan Smith and
                   Richard Cohen.

7/23/07  JLJ   .30 Attention to review and revision of proposed
                   stipulation regarding use of depositions of
                   Liljedahl, Larkin and Whitney.

7/24/07  AJS   .10 Receipt and review of email correspondences
                   regarding upcoming deposition and stipulation
                   regarding prior deposition and trial testimony

7/24/07  AJS   .10 Receipt and review of email correspondences
                   regarding the written stipulation agreement
                   regarding prior deposition testimony

7/24/07  AJS   .10 Receipt and review of email correspondence from
                   Jeff Joyce regarding upcoming conference call

7/24/07  AJS   .90 Researching Connecticut privilege rules

7/24/07  AJS   .60 Reviewing deposition of Ripple

WFB-MK639417

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/24/07 | AJS | .50 | Continued review of Ripple deposition |
| 7/24/07 | AJS | .50 | Team bi-weekly conference call |
| 7/24/07 | AJS | .20 | Email to Brittany Maher ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ |
| 7/24/07 | JLJ | .50 | Team conference call to review status of case. |
| 7/25/07 | AJS | .10 | Coordinating with Paul Savoy regarding recent KCC production |
| 7/25/07 | AJS | .20 | Reviewing pleadings from our state court action to enforce the Maryland Judgment in Connecticut |
| 7/25/07 | AJS | .10 | Forwarding ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ to Brittany Maher |
| 7/25/07 | AJS | .20 | Reviewing recently produced Konover Construction documents |
| 7/26/07 | AJS | .10 | Conference with Jeff Joyce regarding our response to the motion to quash Webster Bank Subpoena |
| 7/26/07 | AJS | .10 | Email to Erick Sandler regarding the motion to compel |
| 7/26/07 | AJS | .10 | Review of changes to our opposition to the motion to quash the Webster Bank subpoena by Jeff Joyce |
| 7/26/07 | AJS | .20 | Conference with Jeff Joyce regarding changes to our opposition to the motion to quash the Webster Bank subpoena |
| 7/26/07 | AJS | 1.30 | Revising our opposition to the Motion to Quash the Webster Bank Subpoena with changes by Erick Sandler and Jeff Joyce |
| 7/26/07 | AJS | .20 | Receipt and review of correspondence from opposing counsel regarding outstanding discovery issues |
| 7/26/07 | JLJ | .30 | Attention to deposition scheduling issues. |
| 7/26/07 | JLJ | .40 | Review and revise draft of brief dealing with Webster Bank issues and provide comments to Andrew Schumacher. |

WFB-MK639418

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/26/07 | JLJ | .40 | Review of revisions to Webster Bank discovery brief. |
| 7/27/07 | AJS | .10 | Calendaring Defendants' deadlines to respond to our discovery requests |
| 7/27/07 | AJS | .10 | Receipt and review of email correspondence from Jeff Joyce regarding updated deposition scheduling and prior testimony stipulation |
| 7/27/07 | AJS | .10 | Receipt and review of email correspondence from Jeff Joyce to Bud Clark related to document production in Maryland |
| 7/27/07 | AJS | .10 | Email conference with Brittany Maher regarding depositions scheduled next week |
| 7/27/07 | AJS | .70 | Revising Opposition to Motion to Quash with changes by Jeff Joyce and distributing to Jeff and Erick Sandler for review |
| 7/27/07 | JLJ | .30 | Telephone conference with Mark Baldwin regarding deposition scheduling. |
| 7/27/07 | JLJ | .30 | Review letter from Cheryl Rice regarding document production issues. |
| 7/27/07 | JLJ | .30 | Review Webster Bank final draft of brief. |
| 7/27/07 | JLJ | .30 | Email communications regarding document production by Peerless. |
| 7/27/07 | PS Z | 4.00 | Organizes production documents in folders by bates range. |
| 7/30/07 | AJS | .10 | Receipt and review of voicemail from Jeff Joyce regarding changes to the our opposition to Motion to Quash the Webster Bank Subpoena |
| 7/30/07 | AJS | .60 | Reviewing deposition transcript of Matthew Guglielmo |
| 7/30/07 | AJS | .20 | Reviewing KDC deposition for information related to the transfer of the common bank account from Account Management in 2007 |
| 7/30/07 | AJS | .40 | Conference with Jeff Joyce regarding changes to our Motion to Compel |

WFB-MK639419

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 7/30/07 | AJS | .10 | Finalizing and forwarding our draft response to the Motion to Quash the Webster Bank Subpoena to the team |
| 7/30/07 | JLJ | .30 | Review draft motion to compel and note areas for additions. |
| 7/30/07 | JLJ | .40 | Office conference between Jeff Joyce and Andrew Schumacher regarding edits to motion to compel documents. |
| 7/30/07 | PS Z | .50 | Update the deposition tracking chart with information relating to all depositions. |
| 7/30/07 | PS Z | 3.50 | Prepare witness files for all witnesses deposed to include material pertaining to each witness, deposition transcript and exhibits and discovery responses. |
| 7/31/07 | AJS | .10 | Receipt and review of email correspondence from Erick Sandler regarding timing of motion to compel and reply Reif on our motion for leave to file amended complaint |
| 7/31/07 | AJS | .30 | Conference call with Erick Sandler and Jeff Joyce regarding upcoming filings and case status |
| 7/31/07 | AJS | 1.40 | Revising Motion to Compel with changes by Jeff Joyce and adding additional disputed items |
| 7/31/07 | AJS | 2.60 | Continued revising Motion to Compel with changes by Jeff Joyce and adding additional disputed items |
| 7/31/07 | AJS | .10 | Call with Erick Sandler regarding additional items being added to the motion to compel |
| 7/31/07 | AJS | .10 | Forwarding draft of the motion to compel to Erick Sandler and Jeff Joyce for review |
| 7/31/07 | JLJ | .30 | Office conference between Jeff Joyce and Paul Savoy to update data base. |
| 7/31/07 | JLJ | .30 | Review motion to compel production of documents and provide comments to Andrew Schumacher. |
| 7/31/07 | PS Z | .50 | Load recent deposition transcripts into Summation |

WFB-MK639420

DATE    ATTY HOURS DESCRIPTION OF SERVICES

on J. Joyce's laptop.

7/31/07 PS Z  6.80 Conference with J. Joyce regarding the chronology
and other projects needing to be done, prepare a
compilation of all general ledgers and other
financial documents for all entities.

FEE AMOUNT:                                              $ 35,493.50


                    TIME SUMMARY


| NAME | HOURS | RATE | TOTALS |
|------|-------|------|--------|
| Jeffrey L. Joyce | 25.60 | 540.00 | 13,824.00 |
| Andrew J. Schumacher | 51.70 | 235.00 | 12,149.50 |
| Paul Savoy | 59.50 | 160.00 | 9,520.00 |
| SUMMARY TOTALS: | 136.80 | | $ 35,493.50 |


EXPENSES:

| 7/02/07 | Advance for Travel-Taxi (Joyce to Hartford 6/18-6/19/07 for depositions of Konover & Ripple) | 40.00 |
|---------|---------|-------|
| 7/02/07 | Advance for Copy Service | 5.10 |
| 7/02/07 | Advance for Copy Service (Invoice 32458) | 45.25 |
| 7/02/07 | Advance for Copy Service (Invoice 32479) | 129.90 |
| 7/02/07 | Advance for Copy Service (Invoice 32478) | 357.71 |
| 7/02/07 | Advance for Copy Service (Invoice 32479) | 23.11 |
| 7/02/07 | Advance for Copy Service (Invoice 32477) | 398.63 |
| 7/12/07 | Advance for Copy Service (Invoice 32671) | 110.90 |
| | Long Distance Charges | 34.65 |
| | Postage/Mailing Costs | 5.62 |
| | Reproduction Costs | 173.52 |

TOTAL EXPENSES:                                         $ 1,324.39


TOTAL AMOUNT DUE:                                        $ 36,817.89
                        DUE UPON RECEIPT

INVOICE APPROVED BY: _____
DATE: 10/4/07
EXPENSE TYPE: legal-lit
SERVICING:  LOAN   REO   OES
REIMB BY:  B  T  B/D   NONREIMB
LOAN NO.: 12-00002.95
POOL NAME: SB MCDO-CB

WFB-MK639421

hhfax

12:17:45
WFB-MK639422.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: teggleston
Vendor Name: WINSTEAD, SECHREST & MINICK, PC
Invoice No.: 1235410

**Batch Control #:** BATCH002221
**Vendor #:** 02630
**Invoice Date:** 09/10/2007

190000295   0   Both   (36) Legal Fees   S   Deficiency   13059 - CRG20 - 00176   SALOMON 2000-C2   $41,619.57

$41,619.57

This form must be approved in accordance with the Cost Center Approval Matrix   See Attached

Manager's Approval:
Add'l Approval:
Add'l Approval:
Add'l Approval:
Add'l Approval:
Add'l Approval:

Date:
Date:

Page 1 of 1

WFB-MK639422

```
                        WINSTEAD PC
                  5400 RENAISSANCE TOWER
                     1201 ELM STREET
                  DALLAS, TEXAS  75270-2199        NOV 2 7 2007

                  TAX I.D. #75-2404691
```

ORIX REAL ESTATE CAPITAL MARKETS, LLC      INVOICE #:        1235410
REAL ESTATE GROUP                          INVOICE DATE: SEPTEMBER 10, 2007
1717 MAIN STREET                           CLIENT #:          23633
SUITE 900                                  MATTER #:             45
DALLAS, TX 75201                           BILLING ATTORNEY:   JLJ
BRITTANY GLASSIE

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: AUGUST 31, 2007

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 8/01/07 | AJS | .80 | Revising the Motion to Compel with changes by Erick Sandler |
| 8/01/07 | AJS | .20 | Call with Erick Sandler regarding his comments and changes to the Motion to Compel |
| 8/01/07 | AJS | .70 | Continued revising the motion to compel with changes by Erick Sandler |
| 8/01/07 | AJS | .10 | Forwarding draft of the revised motion to compel to Jeff Joyce, Erick Sandler and Jay Nolan for review |
| 8/01/07 | JLJ | .30 | Email communications with Mark Baldwin concerning depositions on August 23. |
| 8/01/07 | PS Z | 1.50 | Update the witness files with discovery responses and depo transcripts. |
| 8/02/07 | AJS | .10 | Receipt and review of email from Meg McKee regarding the production of Peerless documents in Maryland |
| 8/02/07 | AJS | .20 | Reviewing changes made by Erick Sandler to the Motion to Compel |
| 8/02/07 | AJS | .10 | Conference with Jeff Joyce regarding changes to the Motion to Compel |

WFB-MK639423

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 8/02/07 | AJS | .80 | Revising the Motion to Compel with changes by Jeff Joyce |
| 8/02/07 | AJS | .10 | Left message for Erick Sandler regarding changes to the Motion to Compel |
| 8/02/07 | AJS | .10 | Call with Erick Sandler regarding changes to the motion to compel |
| 8/02/07 | AJS | .80 | Continued revising the motion to compel with changes by Jeff Joyce and forwarding the same to the team for review |
| 8/02/07 | AJS | .10 | Conference with Jeff Joyce regarding the motion to compel |
| 8/02/07 | AJS | .10 | Forwarding the motion to compel to the team for review |
| 8/02/07 | JLJ | .40 | Attention to motion to compel draft and note areas for additions and revisions. |
| 8/02/07 | JLJ | .40 | Conference between Jeff Joyce and Andrew Schumacher regarding edits to motion to compel Konover documents. |
| 8/03/07 | AJS | .10 | Receipt and review of email correspondences from Erick Sandler regarding Defendants' response to our Motion for Leave to file amended complaint |
| 8/03/07 | AJS | .60 | Reviewing Defendants' opposition to our Motion for Leave to File Amended Complaint |
| 8/03/07 | AJS | .10 | Receipt and review of voicemail and email correspondences from Jeff Joyce regarding deposition scheduling of Cohen and Smith |
| 8/03/07 | AJS | .40 | Drafting and serving amended deposition notices for Richard Cohen and Alan Smith |
| 8/03/07 | AJS | .50 | Conference with Jeff Joyce and Erick Sandler regarding reply Reif on our Motion for Leave to File Amended Complaint |
| 8/03/07 | AJS | 1.00 | Drafting outline for reply Reif for our Motion for Leave to File Amended Complaint and forwarding same to Jeff Joyce for review |

WFB-MK639424

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 8/03/07 | AJS | .10 | Email conference with Jeff Joyce regarding service on our motion to compel |
| 8/03/07 | AJS | .10 | Conference with Jeff Joyce regarding changes to the outline for our reply brief to our Motion for Leave |
| 8/03/07 | AJS | .20 | Revising outline for reply brief on Motion for Leave to File Amended Complaint and forwarding to Erick Beard |
| 8/03/07 | AJS | .70 | Researching federal case law regarding relation back doctrine |
| 8/03/07 | AJS | .50 | Drafting proposed agenda for bi-weekly conference call |
| 8/03/07 | JLJ | .40 | Email communications regarding finalizing depositions of Richard Cohen and Alan Smith. |
| 8/03/07 | JLJ | .60 | Review motion to compel and note areas for additions. |
| 8/03/07 | JLJ | .50 | Telephone conference among Jeff Joyce, Erick Sandler and Andrew Schumacher regarding outstanding issues to be covered in upcoming week. |
| 8/03/07 | JLJ | .30 | Office conference involving Jeff Joyce, Andrew Schumacher and Erick Sandler regarding response to opposition to motion for leave to amend. |
| 8/03/07 | JLJ | .40 | Attention to agenda for next week's team conference call. |
| 8/03/07 | PS Z | 5.50 | Update the collection of General Ledgers and create a summation load file in order to load all general ledgers into J. Joyce's laptop. |
| 8/06/07 | AJS | .20 | Call with Erick Beard regarding research and drafting of reply brief on our Motion for Leave to File Amended Complaint |
| 8/06/07 | JLJ | .30 | Telephone conference with Greg May regarding revising meeting schedule. |
| 8/06/07 | JLJ | .30 | Telephone conference with Jay Nolan's office regarding meeting scheduling. |

WFB-MK639425

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 8/07/07 | AJS | .10 | Conference with Jeff Joyce updating me on conversation with Defendants regarding agreement to extend filing of reply brief on Motion for Leave to File Amended Complaint |
| 8/07/07 | AJS | .10 | Email conference with Erick Beard regarding draft of Motion for Extension of Time to File Reply Brief |
| 8/07/07 | AJS | .10 | Conference with Jeff Joyce regarding Motion for Extension of Time to File Reply Brief and forwarding draft of the same to the team for review |
| 8/07/07 | AJS | .10 | Conference with Jeff Joyce regarding agreement by Defendants to extend our reply brief filing deadline |
| 8/07/07 | AJS | .10 | Email conference with Erick Beard updating him on Defendants' agreement to extend time and filing of our Motion to Extend time with updated information |
| 8/07/07 | AJS | .30 | Drafting reply brief to Defendants opposition to motion for leave to file amended complaint |
| 8/07/07 | AJS | .60 | Participating in bi-weekly conference call with the team |
| 8/07/07 | AJS | .10 | Conference with Jeff Joyce regarding case strategy going forward |
| 8/07/07 | AJS | 1.10 | Creating Konover discovery timeline |
| 8/07/07 | AJS | .10 | Email conference with Jeff Joyce regarding changes to the Discovery Timeline |
| 8/07/07 | AJS | .10 | Revising Konover Discovery Timeline with changes by Jeff Joyce and forwarding same to the Team for review |
| 8/07/07 | AJS | .10 | Email conference with Jeff Joyce regarding his subpoena and forwarding him copy of the same |
| 8/07/07 | JLJ | .30 | Telephone call to Tim Shearin's office regarding request for extension on briefing and reply to motion to amend complaint. |

WFB-MK639426

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 8/07/07 | JLJ | .30 | Email communication with ORIX team to revise time for conference call. |
| 8/07/07 | JLJ | .60 | Regular conference call among ORIX representatives and outside counsel to discuss status of case. |
| 8/07/07 | PS Z | 1.00 | Prepare for and attend the weekly conference call. |
| 8/08/07 | AJS | .30 | Reviewing the Ainsworth deposition for information related to Peerless' current assets and email to Jeff Joyce regarding the same |
| 8/08/07 | AJS | .10 | Receipt and review of email from Jeff Joyce regarding Peerless business activities |
| 8/08/07 | AJS | .20 | Coordinating with Paul Savoy regarding identity of entity in Franklin, NH paying management fees to Peerless |
| 8/08/07 | AJS | 2.20 | Continued draft reply to Defendants' opposition to Motion for Leave to File Amended Complaint |
| 8/08/07 | AJS | .20 | Conferences with Paul Savoy regarding results of entity research on Franklin, NH property |
| 8/08/07 | AJS | .10 | Call with Erick Beard regarding timing and content of reply brief |
| 8/08/07 | AJS | .40 | Continued draft reply to Defendants' opposition to Motion for Leave to File Amended Complaint |
| 8/08/07 | AJS | .30 | Continued draft reply to Defendants' opposition to Motion for Leave to File Amended Complaint |
| 8/08/07 | AJS | .10 | Left message for Mark Shipman regarding Jeff Joyce subpoena compliance |
| 8/08/07 | AJS | .10 | Receipt and review of email correspondence from Brittany Maher regarding ███████████ |
| 8/08/07 | AJS | .40 | Researching transfer issue discussed in Brittany's email and drafting email to Brittany updating her on the results of the research |
| 8/08/07 | PS Z | 1.50 | Conference with A. Schumacher regarding research |

WFB-MK639427

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | to be conducted on Hannaford Plaza, a Konover entity identified by Ainsworth, research the internet for information regarding same and report findings to A. Schumacher. |
| 8/09/07 | AJS | .40 | Coordinating with Paul Savoy regarding response to Brittany's inquiring regarding percentage interest in Peerless transfer |
| 8/09/07 | AJS | .10 | Email to Brittany Maher regarding ███████████ |
| 8/09/07 | AJS | .10 | Receipt and review of voicemail from Erick Beard regarding timing of reply brief and left message for Erick Beard regarding the same |
| 8/09/07 | AJS | .10 | Email conference with Jeff Joyce regarding the timing of the reply brief |
| 8/09/07 | AJS | .10 | Call with Erick Beard regarding the timing of the reply brief on Motion for Leave |
| 8/09/07 | AJS | .10 | Receipt and review of voicemail from Mark Shipman regarding Jeff's subpoena and email update to Jeff Joyce regarding the same |
| 8/09/07 | AJS | .20 | Reviewing description of Mattatuck transfer in amended complaint and drafting email to the Team regarding the same |
| 8/09/07 | AJS | .30 | Continued drafting reply brief on Motion for Leave to File Amended Complaint |
| 8/09/07 | AJS | .30 | Continued drafting and revising reply brief on Motion for Leave to File Amended Complaint |
| 8/09/07 | PS Z | 3.00 | Update the production log and create CDs from the recent production documents and load same into summation. |
| 8/09/07 | PS Z | 1.50 | Update the discovery notebook with recently received discovery responses. |
| 8/10/07 | AJS | .10 | Receipt and review of email correspondence from Brittany Maher regarding ███████████ |
| 8/10/07 | AJS | .10 | Forwarding Erick Beard Winstead portion of reply brief |

WFB-MK639428

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 8/10/07 | AJS | .30 | Reviewing discovery conference letters and responding to Brittany's email regarding missing valuation documents |
| 8/10/07 | AJS | .40 | Call with Brittany Maher regarding ▓▓▓▓ |
| 8/10/07 | AJS | .10 | Call with Mark Shipman regarding conference call to discuss Joyce subpoena |
| 8/10/07 | JLJ | .30 | Telephone conference with Brittany Maher regarding ▓▓▓▓. |
| 8/13/07 | AJS | .10 | Call with Paul Savoy regarding documents for Cohen deposition |
| 8/13/07 | AJS | .10 | Receipt and review of email from Erick Beard regarding timing of reply brief to Motion for Leave to File Amended Complaint |
| 8/13/07 | AJS | .10 | Email update to Jeff Joyce regarding the status of the reply brief on Motion for Leave to File Amended Complaint |
| 8/13/07 | AJS | .10 | Receipt and review of email from Erick Sandler regarding KCC document necessary prior to deposition |
| 8/13/07 | AJS | .10 | Receipt and review of voicemail from Erick Sandler regarding changes to the reply brief |
| 8/13/07 | AJS | .10 | Call with Erick Sandler regarding changes and timing of reply brief for Motion for Leave to File Amended Complaint |
| 8/13/07 | AJS | .10 | Receipt and review of email from Brittany Maher regarding ▓▓▓▓ |
| 8/13/07 | AJS | .10 | Email conference with Jeff Joyce regarding agenda for meeting to discuss case strategy |
| 8/13/07 | JLJ | .90 | Telephone conference call between Jeff Joyce, Frank Longobardi and Brittany Maher regarding ▓▓▓▓. |
| 8/13/07 | JLJ | .90 | Review of documents received from Peerless produced in Maryland action. |

WFB-MK639429

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 8/13/07 | PS Z | 1.50 | Organize and send documents to our expert for review. |
| 8/13/07 | PS Z | 3.50 | Compare the 2006 Peerless GL to that of KDC and K&A for entries relating to an entity in Franklin New Hampshire owned by Konover at the request of A. Schumacher. |
| 8/14/07 | AJS | .10 | Email conference with Paul Savoy regarding the Peerless document production |
| 8/14/07 | AJS | .30 | Reviewing Peerless ledger in preparation for meeting with Jeff Joyce |
| 8/14/07 | AJS | .30 | Conference with Jeff Joyce regarding case strategy |
| 8/14/07 | AJS | .60 | Conference call with Jeff Joyce and Brittany Maher regarding ███████████████████ |
| 8/14/07 | AJS | .30 | Conference call with Jeff Joyce and Jay Nolan regarding garnishment and document requests for state court proceeding |
| 8/14/07 | AJS | .10 | Left message for Bud Clark regarding his Motion for Protective Order in Maryland |
| 8/14/07 | AJS | .10 | Left message for Frank Longobardi regarding recent Peerless document production |
| 8/14/07 | AJS | .10 | Email conference with Erick Sandler regarding the timing of the reply brief |
| 8/14/07 | AJS | .20 | Drafting request for production to Peerless in state court action |
| 8/14/07 | AJS | .30 | Continued drafting request for production to Peerless in state court action |
| 8/14/07 | AJS | .20 | Receipt and review of responses and objections to our discovery requests related to the 'transactions" |
| 8/14/07 | AJS | .20 | Receipt and review of draft of our reply brief on Motion for Leave to File Amended Complaint |

WFB-MK639430

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 8/14/07 | AJS | .20 | Researching property addresses for Peerless managed property in Torrington, CT and Franklin, NH |
| 8/14/07 | JLJ | .50 | Office conference between Jeff Joyce and Andrew Schumacher regarding outstanding case preparation activities. |
| 8/14/07 | JLJ | .30 | Review discovery responses received from various defendants relating to backup for general ledger entries and information regarding portfolio sale and email to ORIX team. |
| 8/14/07 | JLJ | .30 | Telephone conference with Erick Sandler regarding follow up on outstanding discovery issues. |
| 8/14/07 | JLJ | .50 | Review brief and reply to defendants' opposition to amended complaint and note areas for additions. |
| 8/14/07 | PS Z | 2.50 | Receive and review exhibits to the deposition of M. Guglielmo, prepare witness file for M. Guglielmo and create a summation load file of exhibits for J. Joyce. |
| 8/14/07 | PS Z | 4.00 | Update several witness files with recently received depositions and exhibits and historical depositions, exhibits and notes. |
| 8/14/07 | PS Z | 4.50 | Conference with J. Joyce regarding the deposition of Richard Cohen and research the file and the production set for documents needed for the upcoming deposition. |
| 8/15/07 | AJS | .50 | Continued drafting request for production to Peerless in Connecticut State Court action |
| 8/15/07 | AJS | .20 | Email conference with Jeff Joyce regarding changes to the Peerless request for production and revising the request with Jeff's changes |
| 8/15/07 | AJS | .10 | Forwarding draft of Peerless request for production to the team for review |
| 8/15/07 | AJS | .40 | Receipt and review of latest draft of reply brief on Motion for Leave to File Amended Complaint and email to Erick Sandler regarding changes to the same |

WFB-MK639431

DATE    ATTY HOURS DESCRIPTION OF SERVICES

8/15/07 JLJ    .30 Telephone conference with Meg McKee regarding
                   Peerless production and resolution of motion for
                   protective order in Maryland.

8/15/07 JLJ    .30 Office conference between Jeff Joyce and Paul
                   Savoy regarding Allen Smith deposition materials.

8/15/07 JLJ    .80 Telephone conference with Erick Sandler to
                   provide comments on reply brief dealing with
                   amended complaint.

8/15/07 JLJ    .60 Review Richard Cohen witness file and discuss
                   additions with Paul Savoy.

8/15/07 JLJ    .50 Office conference between Jeff Joyce, Erick
                   Sandler and Brittany Maher regarding ███████
                   ███████████

8/15/07 PS Z   .50 Receive and review an e-mail from E. Sandler
                   regarding documents needed for the deposition of
                   Konover Construction Corporate Representative,
                   research the file and production set and forward
                   documents to E. Sandler.

8/15/07 PS Z  9.50 Conference with J. Joyce regarding documents
                   needed for the upcoming deposition of Richard
                   Cohen and Alan Smith, research documents produced
                   and prior deposition and trial testimony for the
                   requested information.

8/16/07 AJS    .10 Receipt and review of email correspondence from
                   Erick Sandler regarding Connecticut discovery
                   rules on post-judgment discovery and updating
                   Jeff Joyce via email regarding the same

8/16/07 AJS    .10 Receipt and review of email from Erick Sandler
                   regarding post-judgment discovery forms in
                   Connecticut and email to Jeff Joyce regarding the
                   same

8/16/07 AJS    .10 Conference with Jeff Joyce regarding discovery
                   requests in the Connecticut State Court Action

8/16/07 AJS    .10 Email to Erick Sandler regarding service and
                   preparation for the post-judgment interrogatories
                   in the Connecticut State Court action

WFB-MK639432

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 8/16/07 | PS Z | 8.50 | Review trial and deposition testimony from the Maryland case for information needed in connection with the deposition of Richard Cohen and review the KDC 2001 and 2002 general ledgers for suspicious entries. |
| 8/17/07 | AJS | .20 | Receipt and review of Connecticut statutes related to post-judgment discovery from Erick Sandler and drafting of interrogatories for post-judgment discovery |
| 8/17/07 | AJS | .10 | Receipt and review of email correspondence from Erick Sandler regarding our "transaction" discovery requests |
| 8/17/07 | AJS | .10 | Call with Jeff Joyce regarding our "transaction" discovery requests |
| 8/17/07 | AJS | .10 | Compiling "transaction" discovery requests for Jeff Joyce in preparation for conference call with opposing counsel |
| 8/17/07 | AJS | .30 | Drafting interrogatories to the Judgment Debtors and potential third parties in possession of assets |
| 8/17/07 | AJS | .10 | Call with Erick Sandler regarding forms for the interrogatories |
| 8/17/07 | AJS | .10 | Email conference with Brittany Maher regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 8/17/07 | AJS | .20 | Continued drafting interrogatories to the Judgment Debtors and potential third parties in possession of assets |
| 8/17/07 | AJS | .30 | Reviewing amended complaint and response to Defendants' summary judgment motions and drafting email response to Brittany regarding the information regarding the debt owed |
| 8/17/07 | AJS | .50 | Receipt and review of emails from Brittany Maher and Erick Sandler regarding the judgment owed and continued drafting ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 8/17/07 | AJS | .20 | Conference with Jeff Joyce regarding Brittany's |

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|

calculations for the judgment owed to date

| 8/17/07 | AJS | .20 | Call with Brittany regarding the amount due currently on the judgment |

| 8/17/07 | AJS | .10 | Email to Jeff Joyce regarding Brittany's judgment calculations |

| 8/17/07 | AJS | .10 | Continued drafting interrogatories to the Judgment Debtors and potential third parties in possession of assets |

| 8/17/07 | AJS | .10 | Conference with Jeff Joyce regarding the judgment amounts due |

| 8/17/07 | AJS | .20 | Call with Brittany Maher regarding ███████ |

| 8/17/07 | AJS | .40 | Finalizing post-judgment interrogatories and forwarding them to Erick Sandler for review and service |

| 8/17/07 | JLJ | .20 | Telephone conference call between Jeff Joyce and Erick Sandler regarding outstanding discovery issues. |

| 8/17/07 | JLJ | .70 | Review document request information relating to request for specific general ledger items on Konover ledgers. |

| 8/17/07 | JLJ | .40 | Review draft reply brief relating to motion for leave to amend complaint and provide comments to Erick Sandler. |

| 8/19/07 | PS Z | 3.50 | Continue to review testimony of several witnesses and general ledger entries in preparation of upcoming depositions. |

| 8/20/07 | AJS | .10 | Email to Jeff Joyce regarding the property locations for the two properties managed by Peerless |

| 8/20/07 | JLJ | .50 | Review general ledger information in light of recent objections lodged by Konover parties. |

| 8/20/07 | JLJ | .30 | Telephone call and email to Mark Shipman regarding discovery disputes. |

WFB-MK639434

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 8/20/07 | JLJ | 1.60 | Review documents in preparation for Richard Cohen and Alan Smith deposition. |
| 8/20/07 | JLJ | 1.30 | Conference call among Jeff Joyce, Brittany Maher, Frank Longobardi ██████████████████████ |
| 8/20/07 | JLJ | .40 | Office conference between Jeff Joyce and Paul Savoy regarding preparation of additional materials for Cohen and Smith depositions. |
| 8/20/07 | PS Z | 8.00 | Continue to gather and organizes material needed for the upcoming depositions of Richard Cohen and Alan Smith. |
| 8/20/07 | PS Z | 3.00 | Begin collecting documents to be included in a Hot Docs notebook. |
| 8/21/07 | JLJ | .20 | Telephone conference with Frank Longobardi regarding expert witness projects. |
| 8/21/07 | PS Z | .50 | Prepare for and attend the bi-monthly conference call regarding case status. |
| 8/21/07 | PS Z | 5.50 | Conference with J. Joyce regarding preparation for upcoming depositions, gather and organize documents needed for same and work with S. Micklich at Day Pitney regarding deposition exhibits and assisting J. Joyce prior to the depositions. |
| 8/21/07 | PS Z | 3.00 | Begin collecting documents to be included in a "hot docs" notebook for J. Joyce. |
| 8/22/07 | AJS | .10 | Receipt and review of email from Brittany Maher regarding ██████████████████████ |
| 8/22/07 | JLJ | 5.00 | Prepare for deposition of Richard Cohen. |
| 8/22/07 | JLJ | 3.00 | Conducted deposition of Richard Cohen. |
| 8/22/07 | JLJ | 1.00 | Prepare for deposition of Alan Smith. |
| 8/23/07 | AJS | .20 | Receipt and review of email from Erick Sandler regarding timing of reply brief on motion to compel and email to Jeff Joyce regarding the same |
| 8/23/07 | AJS | .20 | Email conference with Brittany Maher regarding |

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 8/23/07 | JLJ | 5.00 | Conduct Alan Smith deposition. |
| 8/24/07 | AJS | .10 | Email conference with Erick Sandler regarding the reply brief |
| 8/24/07 | AJS | .10 | Conference with Jeff Joyce regarding reply brief on our Motion to Compel |
| 8/24/07 | JLJ | .20 | Telephone call to Mark Baldwin's office regarding general ledger detail. |
| 8/24/07 | JLJ | .20 | Telephone call to Mark Shipman's office regarding general ledger detail. |
| 8/24/07 | JLJ | .40 | Email to Mark Shipman regarding discovery issues. |
| 8/27/07 | AJS | .10 | Receipt and review of email from Brittany Maher regarding ███████ |
| 8/27/07 | AJS | .10 | Receipt and review of emails from Sue Micklich regarding recent document production by Blackboard, Ripple and Michael Konover |
| 8/27/07 | JLJ | .20 | Telephone call to Mark Shipman, Rice and Baldwin regarding document production issues. |
| 8/27/07 | JLJ | .20 | Telephone conference with Ted Tucci regarding KCC document production problems. |
| 8/27/07 | JLJ | .30 | Telephone conference with Brittany Maher regarding ███████████ |
| 8/28/07 | AJS | .20 | Call with Jeff Joyce regarding KCC general ledgers and potential motion to compel |
| 8/28/07 | AJS | .20 | Reviewing Defendants' response to our motion to compel |
| 8/28/07 | AJS | .10 | Email conference with Brittany Maher regarding ███████ |
| 8/28/07 | AJS | .50 | Reviewing Peerless documents produced in Maryland |
| 8/28/07 | AJS | .20 | Reviewing recently produced documents by Michael Konover, Blackboard and Ripple |

WFB-MK639436

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 8/28/07 | AJS | .10 | Receipt and review of email from Erick Sandler regarding Kostin Ruffkess document production index |
| 8/28/07 | AJS | .10 | Reviewing KCC's response to our requests for production |
| 8/29/07 | AJS | .10 | Receipt and review of email from Brittany Maher regarding ████ |
| 8/29/07 | AJS | .20 | Call with Brittany Maher regarding ████████ |
| 8/29/07 | AJS | .20 | Conference with Paul Savoy regarding entity list |
| 8/29/07 | AJS | .10 | Email conference with the Team regarding expert and confidentiality agreement |
| 8/29/07 | AJS | .50 | Analyzing file for correspondences and discovery requests related to the "transactions" and KCC general ledgers |
| 8/29/07 | AJS | .10 | Email to Jeff Rossi regarding entity list |
| 8/29/07 | AJS | .10 | Phone conference with Paul Savoy identifying the entity list that needs updating |
| 8/29/07 | AJS | .20 | Reviewing KCC's responses and objections to our requests for production related to our requests for general ledgers |
| 8/29/07 | AJS | .20 | Reviewing correspondences between Erick Sandler and Cheryl Rice regarding the "transaction" requests |
| 8/31/07 | AJS | .40 | Review and revise reply brief to our motion to compel and forward same to Erick Sandler. |

FEE AMOUNT:                                          $ 36,512.50

WFB-MK639437

TIME SUMMARY

| NAME | HOURS | RATE | TOTALS |
|------|-------|------|--------|
| Jeffrey L. Joyce | 32.40 | 540.00 | 17,496.00 |
| Andrew J. Schumacher | 31.90 | 235.00 | 7,496.50 |
| Paul Savoy | 72.00 | 160.00 | 11,520.00 |
| SUMMARY TOTALS: | 136.30 | | $ 36,512.50 |

EXPENSES:

| | | |
|------|------|------|
| 8/02/07 | Advance for Copy Service (Invoice 33157) | 107.49 |
| 8/09/07 | Advance for Copy Service (Invoice 33347) | 124.60 |
| 8/10/07 | Advance for Copy Service (Invoice 33362) | 54.23 |
| 8/13/07 | Advance for Travel-Lodging (Joyce to Hartford 5/30-5/31/07) | 223.94 |
| 8/13/07 | Advance for Copy Service (Invoice 33419) | 48.77 |
| 8/13/07 | Advance for Copy Service (Invoice 33425) | 128.49 |
| 8/16/07 | Advance for Copy Service (Invoice 33485) | 20.78 |
| 8/20/07 | Advance for Copy Service (Invoice 33541) | 118.05 |
| | Federal Express | 26.99 |
| | Long Distance Charges | 107.76 |
| 8/28/07 | Advance for Copy Service (Invoice 33694) | 260.83 |
| | Reproduction Costs | 698.40 |
| 8/31/07 | Advance for Travel-Air Fare issue fee Inv #37689 | 50.00 |
| 8/31/07 | Advance for Travel-Air Fare credit rec'd Inv #37689 | -738.30 |
| 8/31/07 | Advance for Travel-Air Fare issue fee | 50.00 |
| 8/31/07 | Advance for Travel-Air Fare joyce to cleveland/hartford on 6/18/07 inv #3785115-0057052668273 | 703.10 |
| 8/31/07 | Advance for Travel-Air Fare issue fee inv #37851 | 50.00 |
| 8/31/07 | Advance for Copy Service (Invoice 32363) | 132.99 |
| 8/31/07 | Advance for Copy Service (Invoice 32398) | 40.90 |
| 8/31/07 | Advance for Copy Service (Invoice 32439) | 132.01 |
| 8/31/07 | Advance for Copy Service (Invoice 32440) | 384.18 |
| 8/31/07 | Advance for Copy Service (Invoice 32441) | 462.68 |
| 8/31/07 | Advance for Copy Service (Invoice 32442) | 317.51 |
| 8/31/07 | Advance for Copy Service (Invoice 32444) | 182.18 |
| 8/31/07 | Advance for Copy Service (Invoice 33103) | 360.96 |
| 8/31/07 | Advance for Copy Service (Invoice 33105) | 162.38 |
| 8/31/07 | Advance for Copy Service (Invoice 33101) | 400.90 |
| 8/31/07 | Advance for Copy Service (Invoice 33102) | 357.23 |
| 8/31/07 | Advance for Copy Service (Invoice 33104) | 138.02 |

TOTAL EXPENSES:                                    $ 5,107.07

WFB-MK639438

WINSTEAD PC
INVOICE DATE: SEPTEMBER 10, 2007
INVOICE # :        1235410
PAGE #                    17

TOTAL AMOUNT DUE:

DUE UPON RECEIPT

$ 41,619.57



INVOICE APPROVED BY
DATE: 11/3/08
EXPENSE TYPE: Legal lit
SERVICING:    LOAN    REO    OFF
REIMB BY:  B  T  GTP    NONREIMB
LOAN NO.: 19-0000785
POOL NAME: SBU-S-DO-62

WFB-MK639439

# hhfax

12:17:55
WFB-MK639440.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

\* Lit

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | WINSTEAD, SECHREST & MINICK, PC |
| Invoice No.: | 1245309 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 02630 |
| Invoice Date: | 10/05/2007 |

| | | | | | GL ACCOUNT NUMBER | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | Both | S | Deficiency | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $32,035.68 |
| 190000295 | 0 | Both | (36) Legal Fees | | | | | $32,035.68 |

$32,035.68

Dra. Df

Page 1 of 1

## SPECIAL INSTRUCTIONS

This form must be approved in accordance with the Cost Center Approval Matrix.

| | | |
|---|---|---|
| Manager's Approval: | B Maher | See Attached |
| Add'l Approval: | Mathis | |
| Add'l Approval: | Stackes | |
| Add'l Approval: | EmayZuck | Date: 11/5/07 |
| Add'l Approval: | EBean Beadle | Date: 11/5/07 |
| Add'l Approval: | | |

WFB-MK639440

WINSTEAD PC
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS  75270-2199

OCT 1 5 2007

TAX I.D. #75-2404691


ORIX REAL ESTATE CAPITAL MARKETS, LLC        INVOICE #:        1245309
REAL ESTATE GROUP                            INVOICE DATE: OCTOBER 5, 2007
1717 MAIN STREET                             CLIENT #:          23633
SUITE 900                                    MATTER #:             45
DALLAS, TX  75201                            BILLING ATTORNEY:    JLJ
BRITTANY GLASSIE

REGARDING: KONOVER, MICHAEL ~ 190000295

FOR PROFESSIONAL SERVICES RENDERED THROUGH: SEPTEMBER 30, 2007

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 9/04/07 | AJS | .10 | Call with Jeff Joyce regarding a letter to KCC counsel and recent document production |
| 9/04/07 | AJS | .10 | Coordinating with Paul Savoy to have recent document production accumulated for Jeff Joyce |
| 9/04/07 | AJS | .20 | Drafting letter to KCC's counsel regarding production of unredacted general ledgers for Jeff Joyce |
| 9/04/07 | AJS | .20 | Reviewing recently filed surreply to our Motion for Leave to Amend the Complaint |
| 9/04/07 | AJS | .10 | Email to Frank Longobardi regarding new MRI entity list |
| 9/04/07 | AJS | .10 | Forwarding ▮▮▮▮▮▮▮ to Brittany Maher |
| 9/04/07 | AJS | .10 | Email conference with Erick Sandler regarding team conference call |
| 9/04/07 | AJS | .10 | Email to the team regarding changing the time of the conference call |
| 9/04/07 | AJS | .10 | Receipt and review of email from Sue Micklich regarding supplemental production of documents by K&A |

WFB-MK639441

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 9/04/07 | AJS | .30 | Outlining summary of correspondences regarding production of source documents from "Transaction" compilation |
| 9/04/07 | PS Z | .60 | Update the list of Konover Entities with recently received information from production documents. |
| 9/05/07 | AJS | .10 | Receipt and review of email from Jeff Joyce regarding discovery information for use on team conference call |
| 9/05/07 | AJS | .10 | Receipt and review of email from Brittany Maher regarding ███████████████████ |
| 9/05/07 | JLJ | .30 | Attention to agenda for team conference call on September 6th. |
| 9/05/07 | JLJ | .30 | Telephone conference with Brittany Maher regarding various scheduling issues and ███████████████████ |
| 9/05/07 | JLJ | 1.40 | Conference call among Jeff Joyce, Brittany Maher, Frank Longobardi and Jeff Rossi ███████████████ |
| 9/05/07 | PS Z | 1.50 | Update the production log and deposition tracking chart for distribution in preparation of the weekly conference call. |
| 9/05/07 | PS Z | 1.00 | Conference with J. Joyce regarding documents needed for review and gather and organizes same. |
| 9/06/07 | AJS | .10 | Receipt and review of email from Erick Sandler regarding recent deposition transcripts |
| 9/06/07 | AJS | .10 | Email to Frank Longobardi regarding updated entity list |
| 9/06/07 | AJS | 2.20 | Participating in call to discuss case management/strategy with the team |
| 9/06/07 | AJS | .50 | Drafting list of follow-up items from team conference and distributing the same to the team |
| 9/06/07 | AJS | .10 | Reviewing discovery responses from KDC, KCC and K&A related to the portfolio sale |
| 9/06/07 | AJS | .20 | Reviewing file in preparation for drafting motion |

WFB-MK639442

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                    for summary judgment and updating chronology

9/06/07  AJS    .10 Conference with Jeff Joyce regarding the timing
                    on the chronology and other outstanding projects

9/06/07  AJS    .10 Receipt and review of emails from opposing
                    counsel regarding "transactions" discovery
                    requests

9/06/07  JLJ    .50 Conference among Jeff Joyce, Brittany Maher and
                    Andrew Schumacher regarding ██████████████

9/06/07  JLJ   2.00 Team conference call and discussion of case
                    status, document and deposition issues and case
                    strategy.

9/06/07  JLJ    .90 Extensive email and telephone exchanges with Mark
                    Baldwin regarding document and scheduling
                    issues.

9/06/07  PS Z  2.00 Conference call with the Orix team regarding case
                    status.

9/07/07  AJS    .10 Email conference with Erick Sandler regarding
                    expert's execution of confidentiality agreement

9/07/07  AJS    .10 Coordinating with Judy Jackson regarding executed
                    confidentiality agreements

9/07/07  JLJ   2.00 Conference among Jeff Joyce, Andrew Schumacher
                    and Paul Savoy to go over issues regarding
                    general ledgers and review of general ledger
                    documents in preparation for telephone conference
                    with Mark Baldwin.

9/07/07  JLJ   1.40 Conference with Mark Baldwin and discussion of
                    issues involving general ledgers, outline issues,
                    document review..

9/07/07  PS Z  4.50 Receive and review deposition transcripts and
                    exhibits for the deposition of Cohen, Smith
                    Kolokowski and O' Brien, prepare witness files
                    for same and prepare a disc with same for
                    addition to J. Joyce Summation.

9/07/07  PS Z  2.50 Gather and organize material needed for
                    conference call with opposing counsel and provide
                    same to J. Joyce.

WFB-MK639443

DATE    ATTY HOURS DESCRIPTION OF SERVICES

9/10/07    AJS    .10 Conference with Jeff Joyce regarding update on
                      the "transaction" requests and our motion to
                      compel

9/10/07    AJS    .10 Receipt and review of email from Erick Sandler
                      regarding communication to opposing counsel
                      related to our experts

9/10/07    AJS    .20 Reviewing Issue sheet in preparation for meeting
                      with Jeff Joyce

9/10/07    AJS    .10 Conference with Jeff Joyce regarding the
                      chronology and issues sheet

9/10/07    AJS    .10 Email conference with Jeff Joyce regarding
                      responses to Defendants' discovery requests

9/10/07    AJS    .20 Reviewing Jeff Joyce discovery requests in
                      preparation for drafting objections and responses

9/11/07    AJS    .10 Reviewing proposed letter to magistrate judge in
                      preparation for status conference and emailing
                      Erick Sandler with comments regarding the same

9/11/07    AJS    .10 Email conference with Jeff Joyce regarding motion
                      to compel and discovery responses to the Jeff
                      Joyce discovery requests

9/11/07    AJS    .90 Preparing objections and responses to the
                      Defendants' discovery requests to Jeff Joyce

9/11/07    AJS    .10 Receipt and review of email from Mark Shipman
                      regarding Jeff Joyce discovery requests and email
                      to Jeff Joyce regarding the same

9/11/07    AJS    .10 Left message for Mark Shipman regarding Jeff
                      Joyce discovery requests

9/11/07    AJS    .10 Receipt and review of Shipman's motion to
                      withdraw as counsel for Michael Konover

9/11/07    AJS   1.10 Reviewing deposition transcript of Alan Smith

9/11/07    AJS    .10 Email conference with Jeff Joyce regarding update
                      on the motion to compel and responses to the
                      Joyce discovery requests

WFB-MK639444

DATE     ATTY HOURS DESCRIPTION OF SERVICES

9/11/07  AJS   .10 Left message for Mark Shipman on conference call
                   with Jeff Joyce

9/11/07  AJS  2.30 Drafting Motion to Compel production related to
                   "Transaction" requests

9/11/07  JLJ   .20 Telephone call to Mark Shipman's office to
                   discuss general ledger document issues.

9/11/07  JLJ   .20 Telephone call to Mark Baldwin's office to
                   discuss general ledger document production
                   issues.

9/11/07  PS Z 2.00 Update the Hot Docs notebook.

9/12/07  AJS   .10 Email conference with Jeff Joyce regarding
                   responses to the Jeff Joyce discovery requests

9/12/07  AJS   .10 Receipt and review of email from Erick Sandler
                   regarding information necessary for judgment
                   enforcement in New Hampshire and coordinating
                   with Judy Jackson regarding the same

9/12/07  AJS   .10 Call with Brittany Maher regarding ███████
                   ████████████████████████████████████

9/12/07  AJS   .10 Forwarding email to Erick Sandler with the proper
                   name and address for New Hampshire Judgment
                   recognition

9/12/07  AJS   .50 Drafting objections and responses to Jeff Joyce
                   discovery requests

9/12/07  AJS   .50 Continued drafting motion to compel

9/12/07  AJS   .10 Receipt and review of draft of our response brief
                   to Shipman's motion to withdraw and email to
                   Erick Sandler regarding the same

9/12/07  AJS   .10 Receipt and review of Webster Bank's responses to
                   our Judgment Recognition Discovery Requests

9/12/07  AJS   .80 Continued drafting motion to compel

9/12/07  AJS   .10 Call with Erick Sandler regarding briefing on
                   motion to compel

WFB-MK639445

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 9/12/07 | AJS | .10 | Receipt and review of email from Erick Sandler regarding Droney's overruling of our objections to Belt's Order |
| 9/12/07 | AJS | .10 | Conference with Paul Savoy regarding general ledger used to create "Transaction" discovery requests |
| 9/12/07 | AJS | .30 | Continued drafting motion to compel |
| 9/12/07 | AJS | .90 | Continued drafting motion to compel |
| 9/12/07 | AJS | .40 | Continued drafting motion to compel |
| 9/12/07 | JLJ | .40 | Email communications with Mark Baldwin and Mark Shipman regarding ongoing efforts to obtain production of general ledger documents. |
| 9/12/07 | JLJ | .30 | Review and provide comments to Erick Sandler relating to objection to withdrawal of counsel for Michael Konover. |
| 9/12/07 | PS Z | 1.20 | Conference with A. Schumacher regarding a motion to compel and review the general ledgers to determine an approximate number of ledger entries and provide number to A. Schumacher. |
| 9/13/07 | AJS | .20 | Coordinating with Paul Savoy regarding number of general ledger entries for use in the motion to compel |
| 9/13/07 | AJS | .10 | Email conference with Jeff Joyce regarding discovery requests to Peerless in the state court action |
| 9/13/07 | AJS | .10 | Email conference with Erick Sandler regarding the state court discovery requests to Peerless |
| 9/13/07 | AJS | .40 | Conference with Jeff Joyce and conference call with Erick Sandler and Jeff Joyce discussing proposed motion to compel and other case issues |
| 9/13/07 | AJS | .20 | Revising Motion to Compel with additional information provided by Jeff Joyce |
| 9/13/07 | AJS | .10 | Drafting Declaration of Jeff Joyce for attachment to the Motion to Compel |

WFB-MK639446

DATE     ATTY HOURS DESCRIPTION OF SERVICES

9/13/07 JLJ   1.20 Extended telephone conference call with Mark
                   Baldwin regarding Konover parties' position on
                   document requests relating to general ledger
                   entries and agreements in connection with
                   portfolio sale.

9/13/07 JLJ    .40 Telephone conference between Jeff Joyce and Erick
                   Sandler regarding issues to be addressed at
                   status conference with Magistrate Judge on Monday
                   September 17th.

9/13/07 PS Z  1.80 Gather information need for WF Motion to Compel.

9/14/07 AJS    .10 Coordinating with Paul Savoy regarding exhibits
                   for Motion to Compel

9/14/07 AJS    .20 Gathering on hand exhibits for the Motion to
                   Compel and delivering them to Paul Savoy for
                   labeling in preparation for filing

9/14/07 AJS    .10 Conference with Paul Savoy regarding the exhibits
                   to the Motion to Compel

9/14/07 AJS    .10 Left message for Erick Sandler regarding changes
                   to the Motion to Compel

9/14/07 AJS    .60 2 calls with Sandler and conference with jeff
                   re: changes and revising

9/14/07 AJS    .60 Revising motion to compel with changes by Jeff
                   Joyce

9/14/07 AJS    .10 Receipt and review of email from Erick Sandler
                   regarding the filing of the motion to compel

9/14/07 JLJ    .20 Telephone call to Mark Shipman's office to
                   discuss document production requests.

9/14/07 JLJ    .30 Telephone conference with Ted Tucci regarding
                   motion to compel relating to general ledger
                   documents.

9/14/07 JLJ    .70 Review and revise draft motion to compel and
                   provide comments to Andrew Schumacher.

9/14/07 JLJ    .30 Telephone conference with Jeff Rossi regarding
                   work of expert witnesses.

WFB-MK639447

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 9/14/07 | PS Z | 2.50 | Assist A. Schumacher with WF's Motion to Compel by gathering evidence to be used as exhibits to same. |
| 9/17/07 | JLJ | .40 | Telephone conferences with Erick Sandler to prepare for status conference with Magistrate Judge. |
| 9/17/07 | JLJ | .20 | Telephone call to Mark Shipman's office regarding document production issues. |
| 9/17/07 | JLJ | .60 | Reviewed various letters and documents and outlined issues to be resolved at status conference call with Magistrate Judge. |
| 9/17/07 | JLJ | .50 | Conference call with Magistrate Judge regarding status of case. |
| 9/17/07 | JLJ | .30 | Email to ORIX team regarding results of status conference. |
| 9/17/07 | JLJ | .60 | Telephone conference between Jeff Joyce and Erick Sandler regarding plan for progressing with case in light of status conference issues. |
| 9/17/07 | JLJ | .40 | Prepare agenda for team conference call and attention to emailing same to ORIX team. |
| 9/17/07 | PS Z | .30 | Load in Summation documents received from Konover & Associates. |
| 9/17/07 | PS Z | 1.50 | Prepare for and participate team conference call. |
| 9/18/07 | JLJ | .30 | Review outline received from Jeff Rossi and note areas for follow up./ |
| 9/18/07 | JLJ | .20 | Attention to rescheduling team conference call. |
| 9/18/07 | JLJ | .30 | Review and comment on response to request for production of documents and revise same. |
| 9/18/07 | JLJ | .40 | Outline and organize proposed depositions and potential calendar dates. |
| 9/18/07 | JLJ | .50 | Email communication to team and telephone conference with Erick Sandler regarding deposition calendaring. |

WFB-MK639448

DATE     ATTY  HOURS  DESCRIPTION OF SERVICES

9/18/07  JLJ   .40    Final review and editing of response to request
                      for production of documents addressed to Winstead
                      firm.

9/18/07  JLJ   .30    Telephone conference call between Jeff Joyce and
                      Erick Sandler regarding review and filing of
                      response to request for production.

9/19/07  AJS   .10    Receipt and review of email conference from the
                      team regarding agenda and change of time of
                      bi-weekly team conference call

9/19/07  AJS   .10    Receipt and review of email conference with Jeff
                      Joyce and Erick Sandler regarding objections to
                      Jeff Joyce Discovery Requests

9/19/07  AJS   .20    Revising the responses to the Jeff Joyce
                      discovery requests with changes by Jeff Joyce and
                      Erick Sandler

9/19/07  AJS   .10    Receipt and review of email conference regarding
                      future deposition scheduling

9/19/07  AJS   .10    Email conference with Jeff Joyce regarding
                      service of Jeff Joyce discovery responses

9/19/07  AJS   .20    Revising Jeff Joyce discovery responses with
                      additional changes by Jeff Joyce

9/19/07  AJS   .10    Revising and serving objections to the Jeff Joyce
                      Discovery Requests

9/19/07  AJS   .60    Preparing for and participating in team
                      conference call to discuss case
                      management/strategy

9/19/07  AJS   .10    Forwarding Peerless State Court discovery
                      requests to the team for review

9/19/07  JLJ   .50    Conference call among ORIX team for overall
                      update on case status.

9/19/07  JLJ   .50    Follow up telephone conference calls with Jay
                      Nolan regarding deposition availability.

9/19/07  JLJ   .30    Telephone conference with Jeff Rossi regarding
                      document review by Haggett Longobardi firm.

WFB-MK639449

DATE     ATTY HOURS  DESCRIPTION OF SERVICES

9/20/07  AJS    .10  Receipt and review of email from Erick Sandler
                     regarding the timing of the Peerless state court
                     discovery requests and forwarding the same to
                     Jeff Joyce

9/20/07  AJS    .10  Reviewing highlights from Michael Konover
                     deposition in preparation for meeting with Jeff
                     Joyce

9/20/07  AJS    .50  Conference with Jeff Joyce regarding changes to
                     the chronology

9/20/07  AJS    .90  Conference with Jeff Joyce regarding changes to
                     the chronology, issues list and research on
                     privilege

9/20/07  AJS    .30  Conference with Paul Savoy regarding assistance
                     source documents for the chronology

9/20/07  JLJ   1.20  Office conference between Jeff Joyce and Andrew
                     Schumacher to review revisions and edits to case
                     chronology and issues listed.

9/21/07  AJS    .10  Receipt and review of email from local counsel
                     regarding latest Kostin production

9/21/07  AJS    .10  Receipt and review of email from Jeff Joyce
                     updating team on the status of deposition
                     scheduling

9/21/07  AJS    .70  Researching case law regarding Michael Konover's
                     assertion of privilege

9/21/07  JLJ    .30  Telephone conference between Jeff Joyce and Erick
                     Sandler regarding deposition scheduling with
                     Kostin.

9/21/07  JLJ    .30  Telephone calls to Tim Shearin and Mark Baldwin
                     regarding deposition scheduling.

9/21/07  JLJ    .40  Telephone conference with Frank Longobardi
                     regarding document review and plan for meeting to
                     prepare expert witness work.

9/21/07  JLJ    .70  Email to ORIX team regarding ███████████████.

9/21/07  PS Z   .50  Receive and review documents produced by Konover
                     & Associates and work with vendor to prepare a

WFB-MK639450

DATE    ATTY  HOURS  DESCRIPTION OF SERVICES

                     summation load file for same.

9/24/07  AJS  2.30  Revising issue list with changes by Jeff Joyce

9/24/07  AJS   .70  Continued revising issue list with changes by
                    Jeff Joyce

9/24/07  AJS  1.00  Continued revising issue list with changes by
                    Jeff Joyce

9/24/07  JLJ   .50  Telephone conference with Brittany Maher ███
                    ████████████████████████████████████████d███

9/25/07  AJS   .10  Receipt and review of email from Erick Sandler
                    regarding email from recent Kostin production

9/25/07  AJS   .10  Receipt and review of Michael Konover's
                    objection to Garfinkle's ruling regarding his pro
                    se representation

9/25/07  AJS   .10  Conference call with Jeff Joyce regarding the
                    status of the issue list and the Chronology

9/25/07  JLJ   .30  Telephone conference between Jeff Joyce and Erick
                    Sandler regarding response to Michael Konover
                    motion relating to withdrawal of counsel.

9/25/07  JLJ   .30  Email update to Bill Fay of Wells Fargo Bank
                    regarding status of case.

9/26/07  AJS   .10  Conference with Paul Savoy regarding support
                    documents for the chronology

9/26/07  AJS   .20  Continued coordination with Paul Savoy regarding
                    support documents for the chronology

9/26/07  AJS   .20  Continued coordination with Paul Savoy regarding
                    information needed to complete the chronology

9/26/07  AJS   .10  Receipt and review of email from Sue Micklich
                    regarding K&A supplemental production document
                    inventory

9/26/07  AJS   .10  Left message for Jeff Rossi regarding KMC
                    transfer for use in issues list

9/26/07  AJS   .30  Continued revising issue list with changes by

WFB-MK639451

DATE    ATTY HOURS DESCRIPTION OF SERVICES

Jeff Joyce

9/26/07  AJS   .10 Call with Erick Sandler regarding legal support
                   for tortious interference causes of action

9/26/07  AJS   .20 Continued revising issue list with changes by
                   Jeff Joyce

9/26/07  AJS   .70 Revising the chronology with changes by Jeff
                   Joyce

9/26/07  AJS   .80 Researching case law regarding Michael Konover's
                   privilege assertion in the Ripple deposition

9/26/07  AJS  2.70 Continued revising the chronology with changes by
                   Jeff Joyce

9/26/07  AJS  1.80 Continued revising the chronology with changes by
                   Jeff Joyce

9/26/07  JLJ   .20 Telephone conference with Erick Sandler regarding
                   plans for deposition scheduling in light of Tim
                   Shearin email.

9/26/07  PS Z 8.20 Conference with A. Schumacher regarding the
                   chronology and research the file an other
                   documents in order to get information for several
                   entries on the chronology.

9/27/07  AJS   .80 Continued revising chronology with changes by
                   Jeff Joyce

9/27/07  AJS   .60 Continued revising chronology with changes by
                   Jeff Joyce

9/27/07  AJS   .50 Continued researching case law regarding Michael
                   Konover's privilege assertion in the Ripple
                   deposition

9/27/07  AJS   .20 Call with Don Proctor regarding foreclosure sale
                   in Maryland and adding information from Don to
                   the Chronology

9/27/07  AJS   .10 Conference with Jeff Joyce regarding the
                   chronology and issue list

9/27/07  AJS  1.50 Continued researching case law regarding Michael
                   Konover's privilege assertion in the Ripple

WFB-MK639452

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | deposition |
| 9/27/07 | AJS | .10 | Email conference with the team regarding allocation of the judgment payments |
| 9/27/07 | AJS | .40 | Conference with Jeff Joyce regarding changes to the chronology and issues list |
| 9/27/07 | AJS | .10 | Receipt and review of proposed deposition dates by Jeff Joyce to Konover team |
| 9/27/07 | JLJ | .30 | Review case scheduling proposal received from Tim Shearin and note areas for follow up. |
| 9/27/07 | JLJ | .70 | Telephone conference between Jeff Joyce and Erick Sandler regarding turnover order with respect to management fees and overall case schedule and deposition proposal. |
| 9/27/07 | JLJ | .20 | Telephone call to Bill Fay's office to discuss deposition scheduling of Wells Fargo and email update to Bill Fay in response to inquiry. |
| 9/27/07 | JLJ | .50 | Drafted extensive email to opposing counsel regarding deposition scheduling issues. |
| 9/27/07 | JLJ | .40 | Email to Frank Longobardi and team regarding Longobardi meeting. |
| 9/27/07 | JLJ | .50 | Telephone conference with Greg May regarding ████████ ████████ ██ |
| 9/27/07 | JLJ | .40 | Telephone conference between Jeff Joyce and Tim Shearin regarding deposition scheduling issues noted in email response. |
| 9/27/07 | JLJ | .40 | Office conference between Jeff Joyce and Andrew Schumacher regarding chronology and case issues outline. |
| 9/28/07 | AJS | 1.90 | Revising the issue list with changes by Jeff Joyce |
| 9/28/07 | AJS | 1.10 | Continued revising the issue list with changes by Jeff Joyce and forwarding the same to the team for review |

WFB-MK639453

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 9/28/07 | AJS | 2.80 | Revising the Chronology with additional changes by Jeff Joyce and forwarding the same to the team for review |
| 9/28/07 | PS Z | 4.20 | Assist A. Schumacher with updating the case chronology by reviewing production documents for documents to support chronology entries. |
| 9/30/07 | PS Z | 2.00 | Assist A. Schumacher with updating the case chronology by reviewing production documents for documents to support chronology entries. |

FEE AMOUNT:                                        $ 30,960.50

### TIME SUMMARY

| NAME | HOURS | RATE | TOTALS |
|------|-------|------|--------|
| Jeffrey L. Joyce | 27.30 | 540.00 | 14,742.00 |
| Andrew J. Schumacher | 44.30 | 235.00 | 10,410.50 |
| Paul Savoy | 36.30 | 160.00 | 5,808.00 |
| SUMMARY TOTALS: | 107.90 | | $ 30,960.50 |

EXPENSES:

| | | |
|------|------|------|
| 8/03/07 | Advance for Travel-Air Fare joyce to hartford on 8/22/07 inv #38375 15-0057052668473 | 749.70 |
| | Federal Express | 5.02 |
| 9/21/07 | Advance for Copy Service (Invoice 34170) | 49.84 |
| | Long Distance Charges | 150.92 |
| | Reproduction Costs | 119.70 |

TOTAL EXPENSES:                                    $ 1,075.18

TOTAL AMOUNT DUE:                                  $ 32,035.68

DUE UPON RECEIPT

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:    LOAN    REO    DED
REIMB BY: B  T    RIT    NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK639454

hhfax

12:17:57
WFB-MK639455.PDF

# ORIX Capital Markets, LLC

**LOAN LEVEL TRANSACTIONS**
**AUTHORIZATION FOR PAYMENT**

SS AP TRANSMITTAL FORM

Requestor: eggleston

Vendor Name: WINSTEAD, SECHREST & MINICK, PC

Invoice No.: 1255297

Batch Control #: BATCH022221
Vendor #: 02630
Invoice Date: 11/07/2007

| 190000295 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $60,233.07 |

$60,233.07

Page 1 of 1

This form must be approved in accordance with the Cost Center Approval Matrix
**See Attached**

Manager's Approval:
Add'l Approval:
Add'l Approval:
Add'l Approval:
Add'l Approval:
Add'l Approval:

Date: 1/23/08
Date:

WFB-MK639455

WINSTEAD PC
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS   75270-2199

**NOV 2 7 2007**

TAX I.D. #75-2404691

ORIX REAL ESTATE CAPITAL MARKETS, LLC
REAL ESTATE GROUP
1717 MAIN STREET
SUITE 900
DALLAS, TX  75201
BRITTANY GLASSIE

INVOICE #:        1255297
INVOICE DATE: NOVEMBER 9, 2007
CLIENT #:            23633
MATTER #:               45
BILLING ATTORNEY:   JLJ

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2007

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 10/01/07 | AJS | .10 | Receipt and review of draft of Plaintiff's Response to Michael Konover's Objection to Garfinkle's Ruling on the Motion to Withdraw as Counsel |
| 10/01/07 | AJS | .10 | Receipt and review of Erick's revisions to the draft of our Response to Michael Konover's Objection to Garfinkle's Ruling on the Motion to Withdraw as Counsel |
| 10/01/07 | AJS | .10 | Call with Jeff Rossi regarding subordination project |
| 10/01/07 | AJS | .20 | Conference with Jeff Joyce regarding drafting of deposition notices |
| 10/01/07 | AJS | .10 | Conference with Paul Savoy regarding Kostin retainer letter |
| 10/01/07 | AJS | 2.50 | Drafting deposition notices for Michael Goman, Kostin Ruffkess, K&A, James Ainsworth, KFLP, Michael Konover and Blackboard and forwarding the same to Jeff Joyce and Erick Sandler for review |
| 10/01/07 | JLJ | .30 | Telephone call and email follow up with Tim Shearin regarding deposition scheduling. |
| 10/01/07 | JLJ | .40 | Review brief in response to Michael Konover's motion for withdrawal of counsel and email |

WFB-MK639457

DATE     ATTY HOURS DESCRIPTION OF SERVICES

comments to Erick Sandler.

10/02/07  AJS    .10 Receipt and review of email from Erick Sandler
                     regarding deposition timing

10/02/07  AJS    .10 Receipt and review of email from opposing counsel
                     regarding deposition scheduling

10/02/07  AJS    .10 Call with Jeff Joyce regarding production of the
                     Texas Litigation documents

10/02/07  AJS    .20 Reviewing correspondences related to the Texas
                     Litigation and forwarding correspondence related
                     to Konover's review of the 88 boxes in Dallas to
                     Jeff Joyce

10/02/07  AJS    .10 Reviewing correspondences related to the
                     production of the Texas Litigation and forwarding
                     the correspondence related to the production of
                     the cd's to Konover to Jeff Joyce

10/02/07  JLJ    .40 Office conference between Jeff Joyce and Paul
                     Savoy regarding deposition scheduling and
                     deposition preparation.

10/02/07  JLJ    .30 Review draft deposition notices and note areas
                     for corrections.

10/02/07  PS Z   .30 Prepare a copy of Doug Goldrick's 2006 deposition
                     to be loaded into Summation for J. Joyce.

10/02/07  PS Z   .30 Conference with J. Joyce regarding upcoming
                     depositions and information needed for same.

10/02/07  PS Z  5.70 Review documents produced by all parties for
                     those that support entries on the chronology.

10/03/07  JLJ    .30 Telephone conference with Greg May regarding case
                     status and scheduling.

10/03/07  JLJ    .30 Telephone conference with Brittany Maher
                     regarding case scheduling issues.

10/03/07  JLJ    .70 Telephone conference with Jay Nolan and Erick
                     Sandler regarding approach to proceeding with
                     depositions and discovery.

10/03/07  JLJ    .30 Telephone conference with Tim Shearin regarding

WFB-MK639458

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|--------------------------|
| | | | proceeding with depositions. |
| 10/03/07 | JLJ | .30 | Review revision of brief opposing withdrawal of counsel for Michael Konover. |
| 10/04/07 | AJS | 1.40 | Continued researching application of attorney client privilege |
| 10/04/07 | AJS | .20 | Conference with Paul Savoy regarding Texas Litigation documents and forwarding the same to Paul Savoy |
| 10/04/07 | AJS | .20 | Receipt and review of email regarding meeting with the magistrate and deposition scheduling |
| 10/04/07 | AJS | .30 | Conference with Paul Savoy regarding supporting documentation for the Chronology |
| 10/04/07 | AJS | .20 | Continued researching application of attorney client privilege |
| 10/04/07 | AJS | .10 | Receipt and review of email from Jeff Joyce regarding upcoming meeting with experts in Connecticut |
| 10/04/07 | AJS | .10 | Receipt and review of email from Brittany Maher regarding ████████████ |
| 10/04/07 | AJS | .10 | Conference with Jeff Joyce regarding the Texas Litigation settlement documents |
| 10/04/07 | AJS | .60 | Reviewing and summarizing the Texas Litigation settlement agreements and complaint and forwarding ████████████ to Greg May and Brittany Maher |
| 10/04/07 | JLJ | .20 | Telephone conference with Tim Shearin regarding scheduling of Brittany Maher's deposition on October 9. |
| 10/04/07 | JLJ | .20 | Telephone call to Bill Fay of Wells Fargo to discuss deposition scheduling. |
| 10/04/07 | JLJ | .40 | Emailed agenda for Longobardi meeting to ORIX team. |
| 10/04/07 | JLJ | .80 | Telephone conference with Brittany Maher |

WFB-MK639459

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | regarding overall case issues. |
| 10/04/07 | JLJ | .30 | Telephone conference with Tim Shearin regarding his request for conference call with Magistrate Judge. |
| 10/04/07 | JLJ | .30 | Telephone conference with Mark Shipman regarding circumstances for conducting deposition of Jeff Joyce. |
| 10/04/07 | JLJ | .30 | Email follow up to Tim Shearin regarding Joyce deposition. |
| 10/04/07 | PS Z | .50 | Conference with J. Joyce regarding the deposition of B. Maher and gather and organize several documents for same. |
| 10/05/07 | AJS | .10 | Receipt and review of email from Erick Sandler regarding discovery statement due to the Magistrate in preparation for teleconference |
| 10/05/07 | AJS | .10 | Receipt and review of KCC's response to the Motion to Compel |
| 10/05/07 | AJS | .10 | Receipt and review of team email regarding the letter to the Magistrate regarding upcoming discovery conference |
| 10/05/07 | AJS | .10 | Receipt and review of email from Brittany Maher regarding ███████████ |
| 10/05/07 | AJS | .10 | Conference with Jeff Joyce regarding the privilege research |
| 10/05/07 | JLJ | .50 | Email communications with Erick Sandler regarding case issues. |
| 10/05/07 | JLJ | .30 | Telephone conference between Jeff Joyce and Brittany Maher regarding ███████████ |
| 10/05/07 | JLJ | .30 | Email to ORIX team ███████████ |
| 10/05/07 | JLJ | .60 | Telephone conference with counsel for RSM regarding document production and deposition issues. |

WFB-MK639460

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 10/05/07 | JLJ | .30 | Email to team updating on RSM issues. |
| 10/06/07 | JLJ | 1.90 | Review Kostin Ruffin documents in preparation for meeting with Longobardi. |
| 10/07/07 | JLJ | 1.30 | Review PaineWebber settlement documents and outline case position on settlement with Paine Webber. |
| 10/07/07 | JLJ | .30 | Email to team outlining case position. |
| 10/08/07 | AJS | .10 | Receipt and review of email from Jeff Joyce regarding emails missing from Konover production |
| 10/08/07 | AJS | .10 | Receipt and review of emails from Jeff Joyce regarding the Texas Litigation pleadings and settlement agreements |
| 10/08/07 | AJS | .90 | Analyzing Texas Litigation pleadings produced for most recent petition |
| 10/08/07 | AJS | .10 | Receipt and review of email from Greg May regarding ▓▓▓▓▓▓▓▓▓▓ |
| 10/08/07 | AJS | .10 | Conference call with Jeff Joyce regarding discovery information needed for letter to the Magistrate |
| 10/08/07 | AJS | .10 | Call with Erick Sandler regarding letter to Magistrate related to case scheduling |
| 10/08/07 | AJS | .70 | Organizing relevant discovery dates for use in letter to the Magistrate regarding scheduling |
| 10/08/07 | AJS | 1.10 | Drafting detail of outstanding discovery motions and other relevant discovery dates for use in letter to the Magistrate regarding case scheduling |
| 10/08/07 | AJS | .50 | Drafting Agenda for Team Conference Call |
| 10/08/07 | AJS | .20 | Researching cases cited in KCC's response to our Motion to Compel and forward the same to Jeff Joyce |
| 10/08/07 | AJS | .10 | Forwarding Agenda for afternoon call to the Team |
| 10/08/07 | AJS | .50 | Drafting memo on privilege |

WFB-MK639461

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 10/08/07 | AJS | .50 | Continued drafting memo on privilege |
| 10/08/07 | AJS | .40 | Conference call with the Team regarding case management/strategy |
| 10/08/07 | AJS | .50 | Researching case law regarding the "zone of insolvency" |
| 10/08/07 | JLJ | 4.00 | Detailed review, preparation and organization for Longobardi meeting while en route to Hartford. |
| 10/08/07 | JLJ | 4.00 | Meeting with Longobardi team to review work of experts and projects. |
| 10/08/07 | JLJ | .50 | Team conference call regarding case status update. |
| 10/09/07 | AJS | .20 | Conference with Paul Savoy regarding the pulling of Maryland loan documents for review |
| 10/09/07 | AJS | .30 | Reviewing discovery requests sent to Defendants to determine if the requests cover email communications |
| 10/09/07 | AJS | 1.90 | Continued drafting memo on privilege |
| 10/09/07 | AJS | .20 | Receipt and review of email between Erick Sandler and Konover counsel regarding outstanding document issues |
| 10/09/07 | AJS | .60 | Continued drafting memo on privilege |
| 10/09/07 | AJS | 1.20 | Continued researching case law regarding the definition of the "zone of insolvency" |
| 10/09/07 | AJS | .10 | Conference with Paul Savoy regarding KFLP Partnership Agreement |
| 10/09/07 | AJS | .20 | Reviewing KFLP Partnership Agreement |
| 10/09/07 | AJS | .50 | Continued drafting memo on privilege |
| 10/09/07 | AJS | .10 | Conference with Jeff Joyce regarding the KFLP partnership agreement and the partnership agreement referenced in the Kostin emails |
| 10/09/07 | AJS | .20 | Review of Blackboard transfers attempting to |

WFB-MK639462

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | match up transfer amount to amount referenced in Kostin email and conference with Paul Savoy regarding the same |
| 10/09/07 | AJS | .10 | Receipt and review of email from Erick Sandler regarding the lease agreements and payments from the Defendants for the Munson Road location |
| 10/09/07 | AJS | .30 | Continued drafting memo on privilege and conference with Jeff Joyce regarding the same |
| 10/09/07 | JLJ | .60 | Outline projects for case preparation and follow up after conference call with Magistrate on scheduling. |
| 10/09/07 | JLJ | .30 | Email to team regarding significant Kostin email documents. |
| 10/09/07 | JLJ | .30 | Review and revise turnover motion and email comments to Erick Sandler. |
| 10/09/07 | JLJ | .20 | Telephone call to Erick Sandler regarding document production issues relating to emails and other communications. |
| 10/09/07 | PS Z | 1.20 | Conference with A. Schumacher regarding the Diamond Point loan documents, gather and organize same in a notebook. |
| 10/10/07 | AJS | .10 | Email to Jeff Joyce regarding Defendants' lack of email production |
| 10/10/07 | AJS | .10 | Email conference with Erick Sandler regarding Defendants' responses to our Motion to Compel |
| 10/10/07 | AJS | .10 | Call with Jeff Joyce regarding Defendants failure to produce email correspondence in their initial disclosures |
| 10/10/07 | AJS | .50 | Reviewing discovery requests and correspondences for references to production of emails |
| 10/10/07 | AJS | .20 | Call with Erick Sandler regarding drafting of reply brief on Motion to Compel |
| 10/10/07 | AJS | 1.10 | Reviewing Maryland loan documents for Diamond Point subordination agreements or guaranty agreements on the Principal loan |

WFB-MK639463

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 10/10/07 | AJS | .20 | Reviewing Diamond Point Phase II operating agreement to determine if it is the partnership agreement referenced in Kostin email |
| 10/10/07 | AJS | .20 | Reviewing K Meridian operating agreement to determine if it is the partnership agreement referenced in Kostin email |
| 10/10/07 | AJS | .10 | Conference with Paul Savoy regarding other Peerless transfers that could be the transfer referenced in the Kostin email |
| 10/10/07 | AJS | .10 | Receipt and review of voicemail from Erick Sandler regarding email production and left message for Erick Sandler regarding the same |
| 10/10/07 | AJS | .40 | Call with Erick Sandler regarding Magistrate call and follow up issues from calls |
| 10/10/07 | AJS | .80 | Reviewing deposition transcripts for Michael Konover and James Ainsworth for references to Kostin communications |
| 10/10/07 | JLJ | .20 | Telephone conference with Erick Sandler regarding MCK production. |
| 10/10/07 | JLJ | .50 | Status conference call with Judge Garfinkle and all counsel regarding current case status, pending motions and pending discovery issues. |
| 10/10/07 | JLJ | .30 | Conference call among all counsel to discuss pending case issues. |
| 10/10/07 | JLJ | .20 | Follow up conference call with Erick Sandler regarding pending case issues. |
| 10/10/07 | PS Z | .70 | Conference with J. Joyce regarding the deposition of Martin Stadler, review the Diamond Point file for Stadler's deposition, copy deposition and exhibits and organize folder for J. Joyce. |
| 10/10/07 | PS Z | .50 | Conference with A. Schumacher regarding partnership agreements needed in connection with deposition preparation, research the production documents for same and organize for review by A. Schumacher. |

WFB-MK639464

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 10/11/07 | AJS | .10 | Call with Erick Sandler regarding deposition cites for letter regarding Kostin emails |
| 10/11/07 | AJS | .60 | Reviewing KMC's produced general ledgers for transfer identified in Kostin email and drafting email summary of the results of research points to Jeff Joyce |
| 10/11/07 | AJS | .50 | Continued review of Ainsworth and Konover deposition for citations to use in Kostin email letter |
| 10/11/07 | AJS | .50 | Continued review of Ainsworth and Konover deposition for citations to use in Kostin email letter and forwarding the same to Erick Sandler |
| 10/11/07 | AJS | .10 | Receipt and review of email from Erick Sandler regarding new subpoena issued on Jeff Joyce |
| 10/11/07 | AJS | .10 | Call with Erick Sandler and Jay Nolan regarding the subpoena |
| 10/11/07 | AJS | .20 | Receipt and review of Jeff Joyce subpoena |
| 10/11/07 | AJS | .10 | Conference with Jeff Joyce regarding team conference call to discuss scheduling conference |
| 10/11/07 | AJS | .10 | Left message for Brittany Maher regarding availability for afternoon conference call |
| 10/11/07 | AJS | .10 | Conference call with Jeff Joyce regarding the Jeff Joyce subpoena |
| 10/11/07 | AJS | .10 | Call to the Clerk of the Southern District to find out which Judge will preside over the subpoena and email to Jeff Joyce regarding the same |
| 10/11/07 | AJS | .10 | Email conference with Jeff Joyce regarding the conference call |
| 10/11/07 | AJS | .30 | Drafting Motion to Quash and Protective Order regarding the Jeff Joyce Subpoena |
| 10/11/07 | AJS | .70 | Continued drafting Motion to Quash Jeff Joyce Subpoena |
| 10/11/07 | AJS | .10 | Email conference with Jeff Joyce regarding the |

WFB-MK639465

DATE     ATTY HOURS DESCRIPTION OF SERVICES

differences between the two subpoenas

10/11/07 PS Z  1.50 Continue to review all documents produced for
                    those needed in support of entries on the
                    chronology.

10/11/07 PS Z   .20 Receive and review the deposition subpoena and
                    conference with A. Schumacher regarding the date
                    Jeff is required to produce documents.

10/12/07 AJS    .80 Conference call with the team regarding case
                    management/strategy issues after call with the
                    Magistrate

10/12/07 AJS    .40 Creating summary of call topics for Jeff Joyce's
                    call with Tim Shearin and emailing the same to
                    Jeff Joyce

10/12/07 AJS    .10 Receipt and review of email from Erick Sandler to
                    opposing counsel regarding the email issue

10/12/07 AJS    .70 Continued drafting Motion to Quash Jeff Joyce
                    subpoena and forwarding the same to Jeff Joyce,
                    Jay Nolan and Erick Sandler for review

10/12/07 AJS    .20 Call with Jeff Joyce regarding requests for
                    emails related to our discovery requests

10/12/07 AJS  1.30 Reviewing and pulling discovery requests and
                    correspondences regarding our requests for
                    electronic communications and drafting a memo to
                    Jeff Joyce summarizing the findings

10/12/07 AJS    .20 Reviewing cases cited in Defendants' response to
                    our Motion to Compel

10/12/07 JLJ    .30 Telephone conference with Don Proctor regarding
                    depositions in Maryland.

10/12/07 JLJ    .90 Team conference call.

10/12/07 JLJ    .20 Telephone conference with Mark Shipman regarding
                    deposition schedule.

10/12/07 JLJ    .20 Telephone conference with Brittany Maher
                    regarding █████████

10/12/07 JLJ    .30 Telephone conference with Mark Shipman regarding

DATE    ATTY HOURS DESCRIPTION OF SERVICES

            deposition notice for Jeff Joyce.

10/12/07 JLJ    .20 Telephone conference with Bill Fay regarding
                    deposition notice for Wells Fargo corporate
                    representative.

10/12/07 PS Z   .50 Prepare for and participate in the team
                    conference call regarding upcoming issues.

10/12/07 PS Z   .60 Conference with B. Maher and Neal Phillips with
                    Trial Solutions regarding ███████████████████
                    ███████████████████████████████████████████████
                    ███████████████████████████████████████████████

10/15/07 AJS    .30 Reviewing Defendants discovery responses to our
                    Motion to Compel in anticipation of drafting
                    reply brief

10/15/07 AJS    .60 Drafting reply to Transaction Motion to Compel

10/15/07 AJS   1.60 Continued drafting reply to Transaction Motion to
                    Compel

10/15/07 AJS    .10 Receipt and review of email from Jeff Joyce
                    regarding case scheduling and document issues

10/15/07 AJS    .10 Receipt and review of Michael Konover's reply
                    brief on his Motion to Appear Pro Se

10/15/07 AJS    .10 Receipt and review of email from Jeff Joyce to
                    Mark Shipman regarding the Jeff Joyce Subpoena

10/15/07 AJS    .70 Continued drafting reply to Transaction Motion to
                    Compel

10/15/07 AJS    .10 Receipt and review of email from Cheryl Rice
                    regarding proposed turnover order

10/15/07 AJS    .10 Email conference with Erick Sandler regarding the
                    Motion to Quash the Jeff Joyce Subpoena

10/15/07 AJS    .10 Receipt and review of email conference with Erick
                    Sandler and Brittany Maher regarding ████████████
                    █████████████████

10/15/07 AJS    .10 Receipt and review of K&A document inventories

WFB-MK639467

DATE    ATTY HOURS DESCRIPTION OF SERVICES

from Sue Micklich

10/15/07  AJS    .50 Continued drafting reply to Transaction Motion to
                     Compel and forwarding the same to Jeff Joyce and
                     Erick Sandler for review

10/15/07  AJS    .70 Researching case for authority to use in Jeff
                     Joyce Motion to Quash

10/15/07  AJS   1.00 Revising the Motion to Quash the Jeff Joyce
                     Subpoena with changes by Jeff Joyce

10/15/07  AJS    .20 Reviewing previously filed discovery motions and
                     Belt rulings for specific references to
                     communications

10/15/07  JLJ    .30 Telephone conference with Tim Shearin regarding
                     outstanding discovery scheduling issues.

10/15/07  JLJ    .30 Email to ORIX team updating on various discovery
                     issues.

10/15/07  JLJ    .20 Attention preparation of agenda and rescheduling
                     of standing team conference call.

10/15/07  JLJ    .30 Telephone conference with Brittany Maher to
                     update on recent events.

10/15/07  JLJ    .30 Email communications with Mark  Shipman and
                     follow up telephone conference call regarding
                     subpoena for Jeff Joyce.

10/16/07  AJS    .10 Receipt and review of Erick Sandler's changes to
                     the Reply Brief to the Transaction Motion to
                     Compel

10/16/07  AJS   1.80 Continued revising the Motion to Quash the Jeff
                     Joyce Subpoena with changes by Jeff Joyce and
                     forwarding the same to Jeff Joyce and Erick
                     Sandler for review

10/16/07  AJS    .50 Revising the Reply to the Transaction Motion to
                     Compel with changes by Erick Sandler

10/16/07  AJS    .10 Receipt and review of changes by Erick Sandler to
                     the Motion to Quash the Jeff Joyce Subpoena

10/16/07  AJS    .20 Phone conference with Jeff Joyce regarding

WFB-MK639468

DATE     ATTY HOURS DESCRIPTION OF SERVICES

                     additional research on Motion to Quash brief

10/16/07  AJS    .50 Email to Jeff Joyce summarizing research
                     conducted to date regarding the Motion to Quash
                     and forwarding copy of the Defendants' response
                     brief to the Transaction Motion to Compel

10/16/07  AJS   1.00 Researching case law regarding requirements for
                     demonstrating that discovery requests are unduly
                     burdensome and emailing Jeff Joyce regarding the
                     results of the research

10/16/07  AJS    .40 Researching case law regarding the
                     appropriateness of taking the deposition of a
                     party's attorney

10/16/07  AJS    .20 Phone conference with Jeff Joyce regarding
                     additional research on Motion to Quash brief

10/16/07  AJS   1.10 Continued researching case law regarding the
                     appropriateness of taking the deposition of a
                     party's attorney

10/16/07  AJS    .60 Revising the Reply brief to the Transaction
                     Motion to Compel with changes by Jeff Joyce

10/16/07  JLJ    .30 Review reply brief filed by Konover relating to
                     Michael Konover counsel withdrawal.

10/16/07  JLJ    .40 Review motion to quash subpoena of Jeff Joyce and
                     note areas for follow up.

10/16/07  JLJ    .30 Review reply brief dealing with motion to compel
                     general ledger documents and note areas for
                     supplements.

10/16/07  PS Z  2.50 Conference with representatives of PaperChaser
                     regarding the images relating to the Diamond
                     Point case, compare a list of documents on Paper
                     chaser to our production log in order to
                     determine whether there are documents that were
                     produced but were not loaded on PaperChaser and
                     report findings to B. Maher and others.

10/17/07  AJS    .30 Revising Motion to Quash Jeff Joyce Subpoena with
                     changes by Jeff Joyce

10/17/07  AJS    .40 Conference with Jeff Joyce regarding changes to

WFB-MK639469

DATE     ATTY HOURS DESCRIPTION OF SERVICES

                    the Reply brief to the Transaction Motion to
                    Compel

10/17/07  AJS   .10 Left voicemail for Erick Sandler updating him on
                    the status of the Reply brief

10/17/07  AJS   .50 Revising the Reply brief to the Transaction
                    Motion to Compel with changes by Jeff Joyce

10/17/07  AJS   .10 Forwarding the exhibits to the Amended ADR report
                    to opposing counsel in preparation for filing
                    (.10)

10/17/07  AJS   .20 Receipt and review of voicemail from Jeff Joyce
                    regarding the Texas Litigation Documents and
                    email to Tonya Moore regarding ▊▊▊▊

10/17/07  AJS  1.50 Continued revising the Reply brief to the
                    Transaction Motion to Compel with changes by Jeff
                    Joyce

10/17/07  AJS  1.20 Conference call with team regarding case
                    management/strategy

10/17/07  AJS   .10 Receipt and review of emails from Tonya Moore
                    regarding ▊▊▊▊▊▊▊▊▊▊

10/17/07  AJS   .20 Reviewing email correspondences from Tonya Moore
                    ▊▊▊▊▊▊▊▊▊▊▊
                    drafting email to Jeff Joyce regarding the
                    results of the search

10/17/07  AJS   .20 Call with Erick Sandler regarding deadlines for
                    the Jeff Joyce Subpoena and email to Jeff Joyce
                    regarding the same

10/17/07  AJS   .10 Phone conference with Jeff Joyce regarding the
                    production of settlement communications from the
                    Texas Litigation

10/17/07  AJS   .10 Left message for Tonya Moore regarding ▊▊
                    ▊▊▊▊▊▊▊▊▊▊▊▊

10/17/07  AJS   .20 Reviewing Konover's discovery requests related to
                    the Texas Litigation for requests that could
                    require production of settlement communications

WFB-MK639470

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 10/17/07 | AJS | .20 | Conference with Jeff Joyce regarding changes to the Reply brief to the Transactions Motion to Compel |
| 10/17/07 | AJS | 3.40 | Revising the Reply brief with changes by Jeff Joyce and forwarding the same to Jeff Joyce and Erick Sandler for review |
| 10/17/07 | JLJ | .30 | Telephone conference between Jeff Joyce and Don Proctor regarding deposition scheduling in Baltimore area. |
| 10/17/07 | JLJ | .20 | Telephone conference with Frank Longobardi's office regarding scheduling issues. |
| 10/17/07 | JLJ | .30 | Review revisions to reply brief dealing with general ledger backup materials. |
| 10/17/07 | JLJ | .40 | Provide comments to Andrew Schumacher regarding revisions to brief. |
| 10/17/07 | JLJ | .40 | Telephone conference with Tim Shearin regarding outstanding discovery issues and deposition scheduling. |
| 10/17/07 | JLJ | .40 | Telephone conference with Bill Fay of Wells Fargo bank regarding revised schedule of Wells Fargo deposition. |
| 10/17/07 | JLJ | 1.00 | Conference call among Orix's Team to discuss overall status of case and projects. |
| 10/17/07 | PS Z | .70 | Prepare for and attend the weekly team conference call. |
| 10/17/07 | PS Z | 1.50 | Conference with J. Joyce regarding testimony of Michael Fox International being used in this case research our files for a copy of the testimony and prepare a folder containing the condensed version of the deposition and the exhibits. |
| 10/18/07 | AJS | .10 | Call with Jeff Joyce regarding changes to the Reply brief and possibly adding a footnote in response to the Baldwin affidavit |
| 10/18/07 | AJS | .40 | Revising the Reply brief to the Transaction Motion to Compel with changes by Jeff Joyce |

WFB-MK639471

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 10/18/07 | AJS | .10 | Receipt and review of email from Jeff Joyce outline information to be added as a footnote to the reply brief |
| 10/18/07 | AJS | .10 | Call with Erick Sandler regarding timing of the Reply brief and the addition of a footnote in response to Baldwin's affidavit |
| 10/18/07 | AJS | .30 | Revising the Reply brief with additional changes by Jeff Joyce and forwarding revisions to Jeff Joyce for review |
| 10/18/07 | AJS | .20 | Call with Jeff Joyce regarding changes to the footnote |
| 10/18/07 | AJS | .20 | Revising the footnote with changes by Jeff Joyce and forwarding the Reply brief to the team for review |
| 10/18/07 | AJS | .30 | Reviewing general ledger entries to identify which ones deal with rent, overhead and computer system changes for use in the Reply brief |
| 10/18/07 | AJS | .10 | Call with Tonya Moore regarding ███████████ ████████████████████████████ |
| 10/18/07 | AJS | .10 | Receipt and review of email from Erick Sandler to Shipman regarding document production related to the turnover motion |
| 10/18/07 | AJS | .30 | Pulling relevant discovery responses and drafting email to the team regarding production of PMAC settlement communications and whether those documents were responsive to any of Konover's discovery requests |
| 10/18/07 | AJS | .10 | Call with Erick Sandler regarding changes by Jay Nolan to the Motion to Quash the Jeff Joyce Subpoena |
| 10/18/07 | AJS | .40 | Continued reviewing general ledger entries to identify which ones deal with rent, overhead and computer system changes for use in the Reply brief |
| 10/18/07 | AJS | 1.30 | Creating exhibit of "repeat entries" subject to the Trustee's proposal and revising the Reply |

WFB-MK639472

DATE     ATTY  HOURS  DESCRIPTION OF SERVICES

                      brief with the exhibit information

10/18/07  AJS   .10  Receipt and review of Garfinkel's Order granting
                     leave to file the Amended Complaint

10/18/07  AJS   .50  Drafting objections to discovery requests in the
                     October Jeff Joyce Subpoena and forwarding the
                     same to Jeff Joyce for review

10/18/07  AJS   .10  Call with Erick Sandler regarding changes to the
                     Reply brief in light of the ruling on the Motion
                     for Leave to File the Amended Complaint

10/18/07  JLJ   .30  Edit final revisions of brief dealing with
                     general ledger backup materials.

10/18/07  JLJ   .30  Telephone conference with Mark Baldwin and email
                     with Mark Baldwin regarding matters to be stated
                     in brief dealing with possible agreement to
                     narrow areas of dispute on general ledger backup
                     materials.

10/18/07  JLJ   .20  Telephone conference between Jeff Joyce and Eric
                     Sandler regarding preparation and filing of reply
                     brief dealing with general ledger back up
                     materials.

10/18/07  JLJ   .30  Email communications and telephone conference
                     with Eric Sandler regarding order granting leave
                     to file amended complaint.

10/18/07  JLJ   .40  Telephone conference with Tim Shearin regarding
                     discovery scheduling agreements.

10/18/07  PS Z  .50  Prepare a file for all information relating to
                     South Central Bank.

10/18/07  PS Z  .40  Receive and review the supplemental production of
                     documents from KCC & update the production log.

10/18/07  PS Z  .30  Update the witness file of Richard Cohen with
                     attorney notes and documents from his deposition.

10/18/07  PS Z  .30  Update the witness file of Alan Smith with
                     attorney notes and documents from his deposition.

10/19/07  AJS   .30  Conference with Jeff Joyce regarding the Motion
                     to Quash the Jeff Joyce Subpoena and changes to

WFB-MK639473

DATE    ATTY HOURS DESCRIPTION OF SERVICES

the Objections to the Subpoena's document
requests

10/19/07   AJS    .10 Receipt and review of letter from Kostin Ruffkess
counsel regarding outstanding discovery issues

10/19/07   AJS    .50 Revising the Objections to the Jeff Joyce
Subpoena with changes by Jeff Joyce

10/19/07   AJS    .20 Receipt and review of emails from Jeff Joyce
regarding scheduling and case management/strategy

10/19/07   JLJ    .30 Office conference between Jeff Joyce and Andrew
Schumacher regarding document response to request
for documents included within subpoena for
deposition of Jeff Joyce and process for
objecting to same.

10/19/07   JLJ    .30 Telephone conference between Jeff Joyce and Mark
Shipman regarding scheduling deposition of MCK
Inc and Vicky Konover.

10/19/07   JLJ    .30 Review and comment on draft of document
objections included in Jeff Joyce subpoena.

10/19/07   JLJ    .80 Detailed communication to opposing counsel
regarding case scheduling issues.

10/19/07   JLJ    .30 Attention to order on amended complaint and email
communication to team regarding issues related to
order.

10/22/07   AJS    .20 Researching BP case regarding deposition of
former CEO for possible use in Motion to Quash
the Jeff Joyce Subpoena

10/22/07   AJS    .20 Revising the objections to the October Jeff Joyce
Subpoena with changes by Jeff Joyce

10/22/07   AJS    .50 Researching case law for use in Motion to Quash
Jeff Joyce Subpoena

10/22/07   AJS   4.20 Revising the Motion to Quash the Jeff Joyce
Subpoena with changes by Jeff Joyce

10/22/07   AJS    .50 Call with Erick Sandler regarding discovery in
light of the ruling on the Amended Complaint

WFB-MK639474

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 10/22/07 | AJS | .10 | Calendering Defendants' Answer deadline for the Amended Complaint |
| 10/22/07 | AJS | .80 | Continued revising the Motion to Quash the Jeff Joyce Subpoena with changes by Jeff Joyce |
| 10/22/07 | AJS | .10 | Call with Erick Sandler regarding the objections to the Jeff Joyce Subpoena document requests and questions regarding Jay Nolan's changes to the Motion to Quash the Jeff Joyce Subpoena |
| 10/22/07 | AJS | .20 | Finalizing and serving Jeff Joyce's objections to the document requests from his October Subpoena |
| 10/22/07 | AJS | 1.20 | Continued revising the Motion to Quash the Jeff Joyce Subpoena with changes by Jeff Joyce |
| 10/22/07 | AJS | .10 | Conference with Jeff Joyce regarding outstanding discovery issues |
| 10/22/07 | AJS | .10 | Receipt and review of emails from Jeff Joyce regarding Konover's use of Maryland depositions |
| 10/22/07 | AJS | .60 | Conference with Paul Savoy regarding updating the chronology with documentation |
| 10/22/07 | JLJ | .20 | Attention to confirmation of deposition of CBRE and AJ Bilig & Company in Baltimore, Maryland area. |
| 10/22/07 | JLJ | .20 | Review deposition exhibits for Martin Stadler deposition and email communication to opposing counsel regarding stipulation on use of deposition. |
| 10/22/07 | JLJ | .50 | Office conference between Jeff Joyce and Paul Savoy outlining document preparation and deposition schedule. |
| 10/22/07 | JLJ | .60 | Email communication to opposing counsel regarding deposition schedule and amended scheduling order. |
| 10/22/07 | PS Z | .50 | Conference with A. Schumacher regarding the chronology and review production documents for those that support entries on the chronology. |
| 10/22/07 | PS Z | .40 | Conference with J. Joyce regarding preparations for upcoming depositions. |

WFB-MK639475

DATE      ATTY HOURS DESCRIPTION OF SERVICES

10/23/07   AJS    .80  Reviewing previously filed Motions to Compel for
                       items affected by the Amended Complaint

10/23/07   AJS    .10  Conference with Jeff Joyce regarding the Motion
                       to Quash the Jeff Joyce Subpoena

10/23/07   AJS    .20  Drafting summary of Motion to Compel issues which
                       should be resolved due to the Amended Complaint
                       and forwarding the same to Erick Sandler

10/23/07   AJS    .40  Revising the 30(b)(6) Notice for K&A with
                       additional topics from the Amended Complaint

10/23/07   AJS    .40  Reviewing 30(b)(6) notices for KFLP, Kostin
                       Ruffkess and Blackboard and revising notices to
                       include additional topics from the Amended
                       Complaint

10/24/07   AJS    .10  Receipt and review of changes by Jeff Joyce to
                       correspondence to opposing counsel regarding
                       production of emails and other communications

10/24/07   AJS    .10  Receipt and review of email conference with
                       opposing counsel regarding proposed changes to
                       the discovery deadlines

10/24/07   AJS    .10  Receipt and review of email from Erick Sandler to
                       opposing counsel regarding production of
                       documents

10/24/07   AJS    .10  Receipt and review of Erick Sandler's letter to
                       Kostin counsel regarding outstanding discovery
                       issues

10/24/07   AJS    .10  Receipt and review of Erick Sandler's draft
                       letter to Special Master Belt regarding the
                       Amended Complaints' affect on pending discovery
                       motions

10/24/07   AJS    .10  Receipt and review of email from Erick Sandler
                       regarding New Hampshire judgment recognition

10/24/07   AJS    .10  Receipt and review of changes to the Kostin,
                       Ruffkess deposition notice from Erick Sandler

10/24/07   AJS    .80  Revising the Notice of Deposition for Kostin,
                       Ruffkess with changes by Erick Sandler and

WFB-MK639476

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                    forwarding the same to Jeff Joyce for review

10/24/07  AJS    .10 Email conference with Erick Sandler regarding the
                     timing of the Kostin, Ruffkess deposition

10/24/07  AJS    .10 Receipt and review of draft of the Joint Motion
                     to Modify the Scheduling Order

10/24/07  JLJ    .30 Telephone conference with Erick Sandler regarding
                     issues relating to possible motion to compel and
                     document production issues involving defendants'
                     communication documents.

10/25/07  AJS    .70 Receipt and review of changes to K&A, Blackboard
                     and KFLP's deposition notices from Erick Sandler
                     and revising the K&A deposition notice with
                     changes by Erick Sandler

10/25/07  AJS    .50 Revising Blackboard's deposition notice with
                     changes by Erick Sandler

10/25/07  AJS    .40 Revising the KFLP deposition notice with changes
                     by Erick Sandler and left voicemail for Erick
                     Sandler regarding the changes

10/25/07  AJS    .30 Receipt and review of draft deposition notice for
                     MCK, Inc. and making revisions to the deposition
                     notice

10/25/07  AJS    .10 Call with Erick Sandler regarding changes to the
                     KFLP deposition notice

10/25/07  AJS    .50 Revising the KFLP deposition notice with changes
                     by Erick Sandler and forwarding drafts of all of
                     the notices to Jeff Joyce for review

10/25/07  AJS    .10 Receipt and review of draft document request to
                     KDC regarding outstanding communications

10/25/07  AJS    .10 Receipt and review of changes to the Joint Motion
                     to Modify the Scheduling Order

10/25/07  JLJ    .20 Telephone conference between Jeff Joyce and Don
                     Proctor regarding CBRE deposition scheduling and
                     attempt to arrange conference call with in-house
                     counsel for CBRE.

10/25/07  JLJ    .50 Telephone conference between Jeff Joyce and Don

WFB-MK639477

DATE     ATTY HOURS  DESCRIPTION OF SERVICES

                     Proctor and telephone call to in-house counsel
                     for CBRE and review circumstances relating to
                     CBRE document production.

10/25/07 JLJ    .30  Telephone conference call between Jeff Joyce and
                     Tim Shearin regarding document retrieval in
                     advance of ORIX representative depositions.

10/25/07 JLJ    .20  Telephone conference between Jeff Joyce and Greg
                     May regarding ████████████████████████████

10/25/07 JLJ    .30  Review deposition notice for AJ Bilig deposition
                     and attention to forwarding same to Dan Bilig.

10/25/07 JLJ    .30  Review information relating to 80+ boxes and
                     index of same.

10/25/07 JLJ    .40  Telephone conference with Dan Bilig regarding
                     document production issues and preparation for
                     deposition.

10/25/07 JLJ    .20  Review draft letter prepared by Erick Sandler to
                     David Belt regarding amended complaint issues and
                     impact on pending motions to compel.

10/25/07 JLJ    .40  Telephone conference between Jeff Joyce and Erick
                     Sandler regarding Konover response on various
                     discovery matters and follow up on same.

10/25/07 JLJ    .50  Attention to request for production of documents
                     and forwarding same to ORIX and Wells Fargo.

10/26/07 AJS    .10  Receipt and review of deposition notice for AJ
                     Billings served by the Defendants

10/26/07 AJS    .10  Receipt and review of email conference with the
                     team regarding letter to Belt outline Amended
                     Complaint issues

10/26/07 AJS    .10  Receipt and review of emails from Erick Sandler
                     regarding Konover's responses to our discovery
                     issues

10/26/07 AJS    .10  Receipt and review of email conference with the
                     team regarding the depositions of MCK and Vicky
                     Konover

10/26/07 AJS    .10  Receipt and review of email from K&A's counsel

WFB-MK639478

DATE     ATTY HOURS DESCRIPTION OF SERVICES

regarding discovery issues

10/26/07  AJS  1.00 Conference call with Erick Sandler and Jeff Joyce
                    regarding case management/strategy

10/26/07  AJS   .20 Reviewing the cash accounts for Peerless General
                    Ledgers and conference with Jeff Joyce regarding
                    the same

10/26/07  AJS   .10 Receipt and review of email conference with
                    opposing counsel regarding deposition of document
                    custodians

10/26/07  AJS   .20 Receipt and review of changes ███████████████
                    ████████ from Brittany Maher

10/26/07  AJS   .30 Drafting document requests to KDC encompassing
                    cash outflows from Peerless in 2005 and 2006

10/26/07  AJS   .10 Call with Erick Sandler regarding changes to the
                    document requests to KDC

10/26/07  AJS  1.00 Drafting agenda and to do list for Tuesday
                    conference call

10/26/07  AJS   .20 Call with Erick Sandler regarding call with
                    Baldwin and additional items for Agenda

10/26/07  AJS   .10 Receipt and review of email from Erick Sandler
                    regarding documents in lieu of the turnover order

10/26/07  AJS   .40 Continued drafting agenda and to do list for
                    Tuesday conference call and forwarding the same
                    to Jeff Joyce and Erick Sandler for review

10/26/07  AJS   .10 Receipt and review of Erick Sandler email to
                    Kostin's counsel regarding deposition and
                    document scope issues

10/26/07  AJS   .10 Receipt and review of email conference with the
                    team regarding proposed email to opposing counsel
                    regarding the email search parameters

10/26/07  JLJ  1.00 Extended conference call among Jeff Joyce, Andrew
                    Schumacher and Erick Sandler to outline
                    outstanding projects and prepare agenda for
                    upcoming team conference call.

WFB-MK639479

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 10/26/07 | JLJ | .30 | Email to Tim Shearin regarding deposition scheduling. |
| 10/26/07 | JLJ | .20 | Review Kostin Rufkus supplemental document production information. |
| 10/26/07 | JLJ | .30 | Email to Bill Fay regarding Wells Fargo deposition notice. |
| 10/26/07 | JLJ | .30 | Review deposition notice for ORIX deposition with respect to document production issues relating to settlement. |
| 10/26/07 | JLJ | .40 | Telephone conference between Jeff Joyce and Greg May regarding ████████████████████, |
| 10/26/07 | JLJ | .40 | Draft and forward email to ORIX team regarding ████████████████████████████████████ |
| 10/26/07 | JLJ | .30 | Review draft motion to quash deposition notice and subpoena of Jeff Joyce. |
| 10/28/07 | AJS | .10 | Receipt and review of email from Erick Sandler regarding changes to the Agenda |
| 10/28/07 | AJS | .10 | Receipt and review of email from Jeff Joyce regarding changes to the Motion to Quash the Jeff Joyce Subpoena and documents to review in preparation for meeting to discuss those changes |
| 10/28/07 | JLJ | .40 | Additional review and outline of matters to be included in motion to quash deposition notice and subpoena of Jeff Joyce. |
| 10/28/07 | JLJ | .30 | Review deposition notices of various Konover entities and note areas for additions. |
| 10/28/07 | JLJ | .30 | Review interrogatories addressed to ORIX and outline plan for response. |
| 10/29/07 | AJS | .10 | Revising the Agenda with changes from Erick Sandler |
| 10/29/07 | AJS | .30 | Reviewing Konover's initial disclosures, answer and responses to interrogatories in preparation for meeting with Jeff Joyce regarding the Motion to Quash the Jeff Joyce Subpoena |

WFB-MK639480

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 10/29/07 | AJS | 1.20 | Conference with Jeff Joyce regarding changes to the Motion to Quash the Jeff Joyce deposition |
| 10/29/07 | AJS | 1.40 | Revising the Motion to Quash the Jeff Joyce Subpoena with changes by Jeff Joyce |
| 10/29/07 | AJS | .30 | Participating in status conference with Magistrate by phone |
| 10/29/07 | AJS | .10 | Receipt and review of email conference with the team regarding email to the Defendants regarding scope of email search responsive to latest discovery requests |
| 10/29/07 | AJS | 1.60 | Continued revising the Motion to Quash the Jeff Joyce Subpoena with changes by Jeff Joyce |
| 10/29/07 | AJS | .10 | Call with Jeff Rossi regarding suggested document requests and email to Jeff Joyce updating him on the call |
| 10/29/07 | AJS | 1.60 | Revising the Motion to Quash the Jeff Joyce Subpoena with additional changes by Jeff Joyce |
| 10/29/07 | JLJ | 1.00 | Office conference between Jeff Joyce and Andrew Schumacher to outline and review status of briefs and research projects. |
| 10/29/07 | JLJ | .50 | Attention to finalizing and forwarding agenda for team conference call to Orix team. |
| 10/29/07 | JLJ | .40 | Telephone conference between Jeff Joyce and Erick Sandler regarding approach to be taken in connection with motion to quash deposition of Jeff Joyce. |
| 10/29/07 | JLJ | .40 | Draft email for review by Greg May regarding ███████████████████████. |
| 10/29/07 | JLJ | .30 | Status conference call with Magistrate Garfinkle. |
| 10/29/07 | PS Z | .50 | Conference with J. Joyce regarding defendants' request for production of documents, forward ████████████████to B. Maher and conference with Jeff and Brittany regarding ██████ |
| 10/30/07 | AJS | 1.20 | Continued revising the Motion to Quash the Jeff |

WFB-MK639481

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | Joyce Subpoena with additional changes by Jeff Joyce |
| 10/30/07 | AJS | 2.30 | Continued revising the Motion to Quash with changes by Jeff Joyce |
| 10/30/07 | AJS | .10 | Call with Jeff Rossi regarding the timing of additional discovery requests to Kostin, Ruffkess |
| 10/30/07 | AJS | .60 | Continued revising the Motion to Quash with changes by Jeff Joyce |
| 10/30/07 | AJS | .10 | Conference with Jeff Joyce regarding additional changes to the Motion to Quash |
| 10/30/07 | AJS | 1.10 | Revising the Motion to Quash with additional changes by Jeff Joyce |
| 10/30/07 | AJS | .10 | Conference with Jeff Joyce regarding the Solomon Brothers settlement agreement |
| 10/30/07 | AJS | .30 | Preparing and organizing exhibits to Motion to Quash in preparation for filing |
| 10/30/07 | AJS | .30 | Receipt and review of changes to the Motion to Quash the Jeff Joyce Subpoena and revising the Motion with Erick's changes |
| 10/30/07 | AJS | .90 | Finalizing and filing the Motion to Quash with exhibits |
| 10/30/07 | AJS | .10 | Serving the Motion to Quash the Jeff Joyce Subpoena on Defendants |
| 10/30/07 | AJS | .10 | Searching emails and forwarding email to Jeff Joyce regarding Plaintiff's position on the Solomon Brother's settlement agreement |
| 10/30/07 | AJS | 1.10 | Bi-weekly team conference to call discuss case management/strategy |
| 10/30/07 | AJS | .20 | Reviewing the Amended Complaint for references to our ability to recover attorneys' fees |
| 10/30/07 | AJS | .20 | Pulling and forwarding the stipulation regarding prior deposition testimony to Jeff Joyce |
| 10/30/07 | JLJ | .70 | Review and revise motion to quash subpoena of |

WFB-MK639482

DATE      ATTY HOURS DESCRIPTION OF SERVICES

Jeff Joyce.

10/30/07 JLJ    1.40 Review deposition of Gilbert Schwartzman (of
                     Michael Fox International) for stipulation to use
                     in Connecticut action.

10/30/07 JLJ     .20 Telephone call to Greg May █████████████

10/30/07 JLJ     .40 Telephone conference with Bill Fay regarding
                     deposition notice and document retrieval issues.

10/30/07 JLJ    1.20 Conference call between Jeff Joyce, Brittany
                     Maher, Paul Savoy, Tonya Moore and Valerie
                     Prowell to ████████████████████████████

10/30/07 JLJ    1.40 Additional attention to revision of motion to
                     quash.

10/30/07 JLJ    1.00 Team conference call.

10/30/07 PS Z   1.50 Prepare for and attend a conference call with B.
                     Maher, T. Moore, V. Prowell and J. Joyce
                     regarding ████████████████████████ ████

10/30/07 PS Z    .60 Receive and review an e-mail from J. Joyce
                     regarding documents needed, research production
                     documents for same and organize documents for
                     review.

10/30/07 PS Z    .20 Receive and review documents from S. Michlick
                     regarding research conducted on property at 952
                     Central Street, Franklin, NH and conference with
                     A. Schumacher regarding same.

10/30/07 PS Z   1.00 Prepare for and attend the weekly conference
                     call.

10/31/07 AJS     .60 Researching attorneys' fees under Connecticut
                     fraudulent transfer law

10/31/07 AJS     .40 Reviewing 30(b)(6) notices and recent discovery
                     requests to Plaintiff in preparation for
                     conference with Jeff Joyce

10/31/07 AJS    1.00 Conference with Jeff Joyce regarding changes to
                     the 30(b)(6) notices to Kostin, Ruffkess, K&A and

WFB-MK639483

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|

MCK, Inc.

| 10/31/07 | AJS | .80 | Revising 30(b)(6) notice for Kostin, Ruffkess with changes by Jeff Joyce |
| 10/31/07 | AJS | .10 | Receipt and review of email conference with Kostin counsel regarding scheduling of Kostin's deposition |
| 10/31/07 | AJS | .10 | Receipt and review of email conference with the Defendants regarding upcoming deposition scheduling |
| 10/31/07 | AJS | .20 | Receipt and review of emails from Erick Sandler regarding authority for taking second 30(b)(6) deposition |
| 10/31/07 | AJS | 1.20 | Revising the K&A 30(b)(6) notices with changes by Jeff Joyce |
| 10/31/07 | AJS | .60 | Revising the MCK, Inc. 30(b)(6) notice with changes by Jeff Joyce |
| 10/31/07 | AJS | .10 | Forwarding the deposition notices for K&A, Kostin and MCK to Erick Sandler |
| 10/31/07 | AJS | .10 | Receipt and review of 30(b)(6) notice to ORIX with Jeff's annotations on the proper ORIX representative for each topic |
| 10/31/07 | AJS | .60 | Drafting document custodian deposition notices for KCC, KDC and Ripple |
| 10/31/07 | AJS | .10 | Conference with Jeff Joyce regarding changes to the document custodian requests |
| 10/31/07 | AJS | .30 | Revising document custodian notices for KCC, KDC and Ripple with changes by Jeff Joyce |
| 10/31/07 | JLJ | .20 | Telephone conference with Erick Sandler regarding Kostin Rufkess deposition scheduling. |
| 10/31/07 | JLJ | .50 | Email communications with Tim Shearin regarding deposition scheduling in December. |
| 10/31/07 | JLJ | 1.00 | Review of draft 30(b)6 notices to defendants and note areas for editing. |

WFB-MK639484

DATE    ATTY HOURS  DESCRIPTION OF SERVICES

10/31/07 JLJ   1.00  Extensive email communications with defense
                     counsel regarding deposition scheduling and
                     document productions.

10/31/07 JLJ    .50  Review ORIX 30(b)(6) notice and outline likely
                     individuals to handle various categories.

10/31/07 JLJ    .50  Telephone conference with Greg May to update on
                     various outstanding issues.

10/31/07 JLJ    .40  Review amended 30(b)(6) notices to defendants.

10/31/07 PS Z   .50  Gather and organize in a binder all privilege
                     logs produced by defendants for review by J.
                     Joyce.

10/31/07 PS Z  3.30  Gather and organize in folders two boxes of
                     documents recently produced by multiple
                     defendants for review by J. Joyce. ███████
                     ███████████████████████████ to Orix team.

10/31/07 PS Z  1.30  Work with the PaperChaser representative to gain
                     access to the Orix Documents on line, review the
                     documents determined to be in PaperChaser that we
                     do no have in any other form and work with
                     representative to download same.

10/31/07 PS Z  1.20  Receive and review an e-mail from Tonya Moore
                     regarding ██████████████████████, conference
                     with T. Moore regarding s████ and prepare boxes
                     and folders for maintaining CDs and other
                     material provided by T. Moore in preparation of
                     responding to the requests.

10/31/07 PS Z   .20  Receive and review an e-mail from J. Joyce
                     regarding the deposition stipulation, compare the
                     witness names to their deposition to confirm
                     spelling and report findings to J. Joyce.

10/31/07 PS Z   .80  Conference with J. Joyce regarding documents
                     requested by opposing counsel, review production
                     logs for same & conference with
                     central records to have several boxes retrieved
                     from archive which may contain the requested
                     documents.

10/31/07 PS Z   .20  Conference with J. Joyce regarding KDC deposition
                     and get a copy of the deposition notice from same

WFB-MK639485

DATE    ATTY HOURS DESCRIPTION OF SERVICES

for J. Joyce.

10/31/07 PS Z  1.30 Review production documents for those related to
                    HBO and The Wire in an effort to respond to
                    discover requests from defendants, conference
                    with T. Moore regarding ▓▓▓▓and conference with
                    J. Joyce about these documents being prepared for
                    loading into Summation.

FEE AMOUNT:                                          $ 58,438.50


TIME SUMMARY

| NAME | | HOURS | RATE | TOTALS |
|---|---|---|---|---|
| Jeffrey L. Joyce | | 55.70 | 540.00 | 30,078.00 |
| Andrew J. Schumacher | | 99.10 | 235.00 | 23,288.50 |
| Paul Savoy | | 31.70 | 160.00 | 5,072.00 |
| | SUMMARY TOTALS: | 186.50 | | $ 58,438.50 |

EXPENSES:

| | | |
|---|---|---|
| 9/27/07 | Advance for Travel-Air Fare joyce to cleveland on 10/8 inv #39063 15-0057079584512 | 773.10 |
| 10/09/07 | Advance for Copy Service (Invoice 34574) | 137.89 |
| 10/22/07 | Advance for Copy Service (Invoice 34860) | 232.61 |
| 10/29/07 | Advance for Travel-Lodging (Joyce to Hartford 8/22-8/23/07 for Alan Smith Deposition) | 244.16 |
| 10/29/07 | Advance for Travel-Meals (Joyce to Hartford 8/22-8/23/07 for Alan Smith Deposition) | 22.56 |
| | Long Distance Charges | 143.13 |
| | Postage/Mailing Costs | 11.62 |
| | Reproduction Costs | 229.50 |

TOTAL EXPENSES:                                      $ 1,794.57

TOTAL AMOUNT DUE:                                    $ 60,233.07
        For any meal expense itemized above, receipts and
        other documentary evidence are retained in our

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:   LOAN   REO   DEF
REIMB BY:   B   T   BD   NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK639456

WINSTEAD PC
INVOICE DATE: NOVEMBER 9, 2007
INVOICE # :                    1255297
PAGE #                    31

files for your convenience and will be delivered
to you upon request.

DUE UPON RECEIPT

WFB-MK639486

hhfax

12:18:1
WFB-MK639487.PDF

SS AP TRANSMITTAL FORM

# ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: teggleston JC

Vendor Name: WINSTEAD, SECHREST & MINICK, PC

Invoice No.: 1263837

Batch Control #: BATCH002221
Vendor #: 02630
Invoice Date: 12/05/2007

190000295    0    Both    (36) Legal Fees    S    Deficiency    13059 - CRG20 - 00176    SALOMON 2000-C2    $97,628.18

$97,628.18

Dra PK

This form must be approved in accordance with the Cost Center Approval Matrix.

See Attached

Manager's Approval:  Braker Maker
Add'l Approval:  J Dunn
Add'l Approval:  C Maye                    Date:  1/28/08
Add'l Approval:  E Saale    E une  3/13/08
Add'l Approval:  m Colburn
Add'l Approval:                            Date:

Page 1 of 1

WFB-MK639487

WINSTEAD PC
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS 75270-2199

TAX I.D. #75-2404691

ORIX REAL ESTATE CAPITAL MARKETS, LLC          INVOICE #:        1263837
REAL ESTATE GROUP                              INVOICE DATE: DECEMBER 5, 2007
1717 MAIN STREET                               CLIENT #:          23633
SUITE 900                                      MATTER #:             45
DALLAS, TX 75201                               BILLING ATTORNEY:   JLJ
BRITTANY GLASSIE

REGARDING: KONOVER, MICHAEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2007

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 11/01/07 | AJS | .10 | Receipt and review of email from Erick Sandler regarding deposition scheduling |
| 11/01/07 | AJS | .10 | Call with Erick Sandler regarding deposition scheduling and 30(b)(6) notices |
| 11/01/07 | AJS | .10 | Conference with Jeff Joyce regarding deposition scheduling |
| 11/01/07 | AJS | .10 | Left message for Mark Shipman with Jeff Joyce regarding depositions of Vicky Konover and MCK, Inc. |
| 11/01/07 | AJS | .40 | Call with Erick Sandler regarding changes to the 30(b)(6) notices and updating on conference with Jeff Joyce regarding deposition scheduling |
| 11/01/07 | AJS | .10 | Call with Erick Sandler regarding changes to the MCK, Inc. 30(b)(6) notice |
| 11/01/07 | AJS | .30 | Revising document custodian deposition notices with changes by Erick Sandler and Jeff Joyce; Drafting deposition notice for Steve Elson and forwarding the same to Erick Sandler |
| 11/01/07 | AJS | .10 | Coordinating with the team to pull discovery response in Maryland in preparation for drafting discovery responses and objections to Defendants. |

WFB-MK639488

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 11/01/07 | AJS | .10 | Receipt and review of email from Konover's counsel regarding depositions of Vicky Konover, MCK, KFLP and Ripple document custodian |
| 11/01/07 | AJS | .30 | Receipt and review of emails from Brittany Maher regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 11/01/07 | AJS | .20 | Conference with Jeff Joyce regarding changes to the KFLP 30(b)(6) notice |
| 11/01/07 | AJS | .10 | Revising the KFLP subpoena with changes by Jeff Joyce |
| 11/01/07 | AJS | .50 | Continue revising the KFLP subpoena with changes by Jeff Joyce and forwarding the same to Erick Sandler |
| 11/01/07 | AJS | .20 | Conference with Paul Savoy regarding the production of Texas Litigation documents |
| 11/01/07 | AJS | .30 | Reviewing Maryland discovery responses for objections related to Wells Fargo's role as trustee |
| 11/01/07 | AJS | .10 | Receipt and review of email conference regarding timing of motion practice on MCK, KFLP and Vicky Konover motions |
| 11/01/07 | JLJ | .20 | Telephone conference with Don Proctor regarding coordination of CBRE deposition. |
| 11/01/07 | JLJ | .20 | Outline deposition schedule for week of December 3, 2007, and noticing of same. |
| 11/01/07 | JLJ | .30 | Telephone conference with Frank Longobardi regarding status of expert witness work. |
| 11/01/07 | JLJ | .40 | Telephone conference with Mark Shipman and Erick Sandler regarding deposition scheduling issues. |
| 11/01/07 | JLJ | .40 | Review draft of KFLP deposition notice and provide comments to Andrew Schumacher. |
| 11/01/07 | JLJ | .30 | Telephone conference with Tim Shearin regarding response on retrieval of email documents from ORIX system. |

WFB-MK639489

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 11/01/07 | JLJ | .40 | Telephone conference with Brittany Maher ███████ ██ ████████ |
| 11/01/07 | JLJ | .50 | Email to and telephone conference with Doug Goldrick regarding ORIX 30(b)(6) deposition notice topics. |
| 11/01/07 | JLJ | .30 | Telephone conference with Erick Sandler regarding proceeding with noticing various deposition of corporate representatives. |
| 11/01/07 | JLJ | .20 | Email communications with Mark Shipman regarding Vicky Konover deposition. |
| 11/01/07 | PS Z | 2.00 | Load production documents into Summation and review same for those related to HBO/The Wire in connection with responding to requests for production. |
| 11/01/07 | PS Z | .20 | Receive and review the subpoena and deposition notice for Kosting & Ruffkess and update the witness file with same. |
| 11/01/07 | PS Z | 1.50 | Receive and review several boxes from archive in order to locate documents requested by opposing counsel and prepare the documents to be reviewed by J. Joyce prior to production. |
| 11/02/07 | AJS | .10 | Receipt and review of Defendants' letter to Belt regarding applicability of the amended complaint |
| 11/02/07 | AJS | .10 | Receipt and review of emails from Brittany Maher regarding ███████████ |
| 11/02/07 | AJS | .10 | Forwarding ███████████ to Brittany Maher |
| 11/02/07 | AJS | .40 | Pulling and reviewing briefs on Motion for Leave to File Amended Complaint in preparation for outlining response to Defendants' upcoming 12(b)(6) motions |
| 11/02/07 | AJS | .10 | Receipt and review of email from K&A's counsel regarding parameters of document search for documents responsive to Defendants' recent discovery requests |

WFB-MK639490

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 11/02/07 | AJS | .20 | Receipt and review of draft letter to Belt in response to Defendant's letter regarding the Amended Complaint and emailing comments regarding the same to Erick Sandler |
| 11/02/07 | AJS | .10 | Receipt and review of email from K&A's counsel regarding objections to K&A deposition topics |
| 11/02/07 | AJS | .10 | Receipt and review of email from Jeff Rossi regarding additional document requests |
| 11/02/07 | JLJ | .30 | Email communications with mark Shipman regarding Vicky Konover deposition issue. |
| 11/02/07 | JLJ | .30 | Review materials included in Diamond Point boxes as a subset of the 88 servicing boxes made available to defendants. |
| 11/02/07 | JLJ | .60 | Review and revise letter to Belt and email follow up with Erick Sandler regarding same. |
| 11/02/07 | JLJ | .30 | Telephone conference with Mark Shipman regarding extension of time on motion for protective order relating to Vicky Konover, MCK and KFLP depositions. |
| 11/02/07 | JLJ | .30 | Telephone conference with Erick Sandler regarding timing of Vicky Konover, MCK and KFLP depositions and briefing. |
| 11/05/07 | AJS | .20 | Reviewing experts suggested discovery requests and drafted email to Erick Sandler regarding the appropriate party for addressing the requests |
| 11/05/07 | AJS | 1.00 | Outlining response to expected 12(b)(6) Motion to Dismiss |
| 11/05/07 | AJS | .10 | Left message for Jeff Rossi regarding list of discovery items requested |
| 11/05/07 | AJS | .20 | Receipt and review of draft Motion to Compel Kostin documents and email to Erick Sandler regarding the same |
| 11/05/07 | AJS | .10 | Receipt and review of email conference with the team regarding follow up letter to Belt |
| 11/05/07 | AJS | .10 | Receipt and review of voicemail from Jeff Joyce |

WFB-MK639491

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | regarding conference call to discuss discovery and calendering the same |
| 11/05/07 | AJS | .20 | Conference with Paul Savoy regarding document production of the Texas Litigation Documents |
| 11/05/07 | AJS | 1.40 | Drafting responses and objections to Defendants requests for production and interrogatories |
| 11/05/07 | AJS | .10 | Call with Jeff Rossi regarding suggested discovery requests |
| 11/05/07 | AJS | 1.90 | Conference call with the team regarding document production in response to recent discovery requests |
| 11/05/07 | AJS | .20 | Call with Erick Sandler regarding expert's suggested document requests and contacting Kostin to have them produce the documents |
| 11/05/07 | AJS | .40 | Continued drafting responses and objections to Defendants requests for production and interrogatories |
| 11/05/07 | AJS | .10 | Email conference with Erick Sandler regarding the timing of the motion to compel Kostin emails |
| 11/05/07 | AJS | .10 | Receipt and review of opposing counsel's letter to Belt regarding the KFLP subpoena |
| 11/05/07 | AJS | .10 | Receipt and review of email from Brittany Maher regarding ██████ ████████████████████ ████████ |
| 11/05/07 | JLJ | .50 | Telephone conference with Gris Ware, counsel for CBRE, and follow up email regarding deposition of CBRE in Baltimore, Maryland. |
| 11/05/07 | JLJ | .60 | Review CBRE Joint Defense Agreement and attention to forwarding same to Gris Ware of CBRE together with email extending joint defense arrangement to deposition in this case. |
| 11/05/07 | JLJ | .40 | Telephone conference between Jeff Joyce and Erick Sandler regarding letter to Belt on Defendants' changing position regarding impact of amended complaint. |

WFB-MK639492

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|

11/05/07 JLJ .30 Attention to scheduling conference call with Brittany Maher and ORIX paralegals ████████████

11/05/07 JLJ .30 Telephone conference with Cheryl Rice regarding procedure for resolution of motion dealing with Jeff Joyce subpoena.

11/05/07 JLJ .60 Conference call among Jeff Joyce, Andrew Schumacher, Paul Savoy, Brittany Maher, Tonya Moore and Valerie Prowell ████████████

11/05/07 PS Z 2.00 Prepare for and attend a conference call with B. Maher, J. Joyce, A. Schumacher, T. Moore and V. Prowell regarding ████████████

11/05/07 PS Z 2.50 Review documents retrieved from archive for the "two boxes" produced relating to UBSWB and requested by T. Shearin, load documents into summation and compare to those on a CD received from T. Moore to confirm they are the same as those previously produced.

11/06/07 AJS .30 Call with Jeff Joyce regarding discovery responses and issues related to document production

11/06/07 AJS .10 Conference with Paul Savoy regarding Wells Fargo deposition in the Maryland Action

11/06/07 AJS .70 Call with Brittany Maher regarding ████████

11/06/07 AJS .10 Receipt and review of email from Jeff Joyce to opposing counsel regarding outstanding discovery issues

11/06/07 AJS .10 Conference with Jeff Joyce regarding document production issues

11/06/07 AJS .10 Email to Brittany Maher regarding ████████████

11/06/07 AJS .20 Call with Jeff Joyce and Don Proctor regarding CBRE depositions

WFB-MK639493

DATE    ATTY HOURS DESCRIPTION OF SERVICES

11/06/07  AJS   .10  Conference with Jeff Joyce regarding CBRE
                     deposition and left message for Brittany Maher
                     regarding ███████████

11/06/07  AJS   .20  Conference call with Erick Sandler and Jeff Joyce
                     regarding CBRE depositions and additional
                     disclosures for experts

11/06/07  AJS   .50  Conference call with Tim Shearin and Jeff Joyce
                     regarding document production and CBRE
                     depositions

11/06/07  AJS   .10  Conference with Jeff Joyce regarding coordination
                     with CBRE on compliance with the subpoena

11/06/07  AJS   .20  Forwarding deposition notice and document request
                     to Leah Amato in preparation for call to discuss
                     topics and documents

11/06/07  AJS   .10  Email to Tonya Moore regarding ███████████
                     ███████

11/06/07  JLJ   .40  Telephone conference with Don Proctor to
                     coordinate Maryland depositions.

11/06/07  JLJ   .50  Telephone calls to Leah Amato and Lise Benedicto
                     regarding deposition scheduling next week in
                     Maryland.

11/06/07  JLJ   .70  Attention to document production issues and
                     emails with opposing counsel regarding same.

11/06/07  JLJ   .30  Telephone conference with Don Proctor regarding
                     additional Maryland deposition issues.

11/06/07  JLJ   .20  Telephone conference with Brittany Maher
                     regarding ███████████████.

11/06/07  JLJ   .40  Telephone conference with Erick Sandler regarding
                     coordination of expert witness assistance with
                     New York office of Longobardi firm.

11/06/07  JLJ   .50  Telephone conference with Tim Shearin regarding
                     document production retrieval issues.

11/06/07  JLJ   .50  Telephone conference with Brittany Maher
                     regarding ████████████████████.

WFB-MK639494

DATE    ATTY HOURS DESCRIPTION OF SERVICES

11/06/07 JLJ    .30 Telephone call with Leah Amato regarding document
                    production issues for CBRE.

11/06/07 PS Z  1.80 Retrieve several boxes from archive and review
                    same for wells Fargo witness depositions from the
                    Maryland case and report findings to J. Joyce.

11/06/07 PS Z  5.50 Retrieve several boxes from archive in an effort
                    to obtain all files relating to S. Longson in
                    preparation of her upcoming deposition and
                    prepare a witness file containing same and gather
                    and organize material needed for her deposition.

11/06/07 PS Z   .40 Conference with M. McKee regarding S. Longson
                    documents produced, review the privilege log and
                    production log for same and report findings to M.
                    McKee.

11/07/07 AJS    .10 Receipt and review of emails from Erick Sandler
                    regarding case discovery issues

11/07/07 AJS    .60 Drafting subpoena to Kostin, Ruffkess for
                    additional document requests suggested by experts
                    and forwarding the same to Erick Sandler

11/07/07 AJS    .10 Receipt and review of voicemails from Erick
                    Sandler, Don Proctor and Leah Amato regarding
                    case issues

11/07/07 AJS    .10 Left message for Don Proctor to coordinate
                    conference with CBRE representative

11/07/07 AJS    .30 Call with Don Proctor and Leah Amato regarding
                    CBRE corporate representative deposition

11/07/07 AJS    .20 Conference call with Jeff Joyce and Don Proctor
                    regarding CBRE depositions and documents

11/07/07 AJS    .20 Call with Erick Sandler regarding deposition
                    scheduling and other discovery issues

11/07/07 AJS    .10 Email to Erick Sandler regarding draft email of
                    document issues being sent to opposing counsel

11/07/07 AJS    .10 Receipt and review of voicemail from Don Proctor
                    regarding CBRE deposition and documents

WFB-MK639495

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 11/07/07 | AJS | .10 | Call with Meg McKee regarding update on CBRE deposition and documents |
| 11/07/07 | AJS | .10 | Receipt and review of email conference with the team regarding document production in response to the requests for production |
| 11/07/07 | PS Z | 2.50 | Conference with M. McKee regarding documents relating to Sarah Longson and The Wire, receive and review same and organize for review by J. Joyce in preparation of upcoming depositions. |
| 11/07/07 | PS Z | 1.20 | Research production documents for documents related to The Wire, print and organize same as support to the chronology. |
| 11/08/07 | AJS | .20 | Conference with Paul Savoy regarding upcoming Maryland depositions |
| 11/08/07 | AJS | .10 | Follow-up conference with Paul Savoy regarding CBRE documents |
| 11/08/07 | AJS | .20 | Reviewing current deposition scheduling in preparation for meeting with Jeff Joyce |
| 11/08/07 | AJS | .10 | Email conference with Brittany Maher regarding ███████████████ |
| 11/08/07 | AJS | .10 | Conference with Jeff Joyce regarding CBRE deposition |
| 11/08/07 | AJS | .10 | Call with Don Proctor regarding scheduling time for CBRE call |
| 11/08/07 | AJS | .10 | Email conference with team regarding the document production |
| 11/08/07 | AJS | .20 | Call with Lise Benedicto regarding call to discuss CBRE topics |
| 11/08/07 | AJS | .30 | Call with Brittany Maher regarding conference call to discuss document production |
| 11/08/07 | AJS | .10 | Email conference with Jeff Joyce regarding timing of conference calls |
| 11/08/07 | AJS | .10 | Setting up conference call with the team to discuss document production |

WFB-MK639496

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 11/08/07 | AJS | .10 | Receipt and review of email from Lise Benedicto regarding deposition |
| 11/08/07 | AJS | .10 | Call with Don Proctor regarding Lise Benedicto deposition |
| 11/08/07 | AJS | 1.60 | Conference call with the team regarding document production and corporate representative deposition |
| 11/08/07 | AJS | .10 | Conference with Jeff Joyce and Paul Savoy regarding preparation for upcoming depositions |
| 11/08/07 | AJS | .70 | Conference call with Lise Benedicto, Don Proctor and Jeff Joyce regarding CBRE deposition notice and topics for the deposition |
| 11/08/07 | AJS | .20 | Conference call with Don Proctor, Jeff Joyce and CBRE in-house counsel regarding CBRE corporate representative deposition |
| 11/08/07 | AJS | .20 | Phone conference with Don Proctor and Jeff Joyce discussing strategy for CRBE deposition in light of call with CBRE counsel and Lise Benedicto |
| 11/08/07 | AJS | .60 | Call with Erick Sandler regarding various case and discovery issues |
| 11/08/07 | JLJ | .30 | Telephone conference with Jay Nolan regarding upcoming depositions and staffing of same. |
| 11/08/07 | JLJ | .30 | Telephone conference call with Don Proctor regarding ongoing efforts to arrange Maryland depositions. |
| 11/08/07 | JLJ | 1.70 | Extensive conference call among Jeff Joyce, Brittany Maher, Greg May and ORIX team regarding ███████████████████████████ |
| 11/08/07 | JLJ | 1.00 | Telephone conferences with Gris Ware, Lise Benedicto and Leah Amato regarding coordination of CBRE depositions. |
| 11/08/07 | PS Z | 1.20 | Review production documents for those related to S. Longson, conference with M. McKee and S. Michlick regarding same and organize documents |

WFB-MK639497

DATE    ATTY HOURS DESCRIPTION OF SERVICES

for review by J. Joyce.

11/08/07 PS Z  1.50 Prepare for and participate in a conference call
                    with several members of the Orix team regarding
                    ████████████████████████████████████████

11/08/07 PS Z  4.50 Receive and review CDs 1-5 from Orix containing
                    documents responsive to several of the requests
                    for production, prepare documents in our
                    possession responsive to request #1, put same on
                    CD in preparation of bates labeling same for
                    Bates labeling and production and prepare a log
                    of production documents received from Orix for
                    tracking what has been received and identifying
                    the categories of documents produced.

11/08/07 PS Z  2.00 Conference with M. McKee regarding all documents
                    produced relating to CB Richards, research the
                    production documents and archive boxes for same,
                    organize all in folders for review by J. Joyce.

11/08/07 PS Z   .80 Conference with D. Proctor regarding documents
                    produced relating to The Wire, create a CD
                    containing same and forward to D. Proctor.

11/09/07 AJS    .10 Reviewing draft letter to Belt regarding the KFLP
                    subpoena and previously filed Motion to Quash and
                    emailing Erick Sandler regarding the same

11/09/07 AJS    .10 Call with Don Proctor regarding CBRE deposition
                    and left message for Leah Amato regarding the
                    same

11/09/07 AJS    .50 Call with Leah Amato regarding topics and
                    documents in CBRE subpoena

11/09/07 AJS    .20 Creating summary of notes from call with Leah
                    Amato regarding documents and topics in
                    preparation for meeting with Jeff Joyce

11/09/07 AJS    .20 Conference with Jeff Joyce regarding call with
                    Leah Amato and CBRE deposition strategy and left
                    message for Tim Shearin regarding the CBRE
                    deposition

11/09/07 AJS    .30 Call with Don Proctor updating him on call with
                    Leah Amato and left detailed message for Gris
                    Ware regarding the call with Leah Amato and

WFB-MK639498

DATE     ATTY HOURS  DESCRIPTION OF SERVICES

                     status of CBRE depositions

11/09/07  AJS   .50  Call with Tim Shearin regarding CBRE deposition
                     and other case scheduling issues and emailing
                     Jeff Joyce to update him on the results of the
                     call

11/09/07  AJS   .60  Conference with Jeff Joyce updating him on CRBE
                     depositions and call with Tim Shearin and call to
                     Tim Shearin with Jeff Joyce regarding the same

11/09/07  AJS   .30  Revising deposition notices for K&A, Goman and
                     Ainsworth and forwarding them to Jeff Joyce and
                     Erick Sandler in preparation for service

11/09/07  AJS   .20  Receipt and reviews of emails regarding updates
                     on the document productions from Valerie and
                     Brittany

11/09/07  AJS   .30  Coordinating with Lise Benedicto regarding her
                     deposition

11/09/07  JLJ   .50  Telephone conference with Erick Sandler regarding
                     various discovery issues and comments on same.

11/09/07  JLJ   .40  Attention to forwarding Rule 30(b)(6) listing of
                     ORIX representatives to Tim Shearin.

11/09/07  JLJ   .40  Office conference between Jeff Joyce and Andrew
                     Schumacher and telephone call to Tim Shearin
                     regarding document retrieval.

11/09/07  JLJ   .40  Email communications with Tim Shearin regarding
                     scheduling issues.

11/09/07  JLJ   .30  Follow up emails with Tim Shearin regarding
                     scheduling issues in light of CBRE service and
                     document production issues.

11/09/07  JLJ   .30  Email communications with ORIX team regarding
                     current deposition schedule.

11/09/07  JLJ   .70  Email communications among all counsel regarding
                     deposition scheduling and discovery issues.

11/09/07  PS Z  .50  Receive and review documents produced by Konover
                     Construction Corporation, print and organize same
                     in folder and update the production log.

WFB-MK639499

DATE     ATTY HOURS DESCRIPTION OF SERVICES

11/09/07 PS Z    .80 Gather and organize material for Lize Benidicto's
                     depo and conference with J. Joyce regarding same.

11/10/07 JLJ     .50 Review defendants' request for admissions and
                     note process for response.

11/10/07 JLJ     .60 Begin review of deposition of Lise Benedicto in
                     preparation for Maryland depositions.

11/11/07 JLJ     .60 Completed review and outline of Lise Benedicto in
                     preparation for Maryland depositions.

11/11/07 JLJ     .60 Review deposition of Sarah Longson in preparation
                     for Maryland depositions.

11/11/07 JLJ     .30 Email communications to opposing counsel
                     regarding proposed rules with respect to upcoming
                     depositions.

11/12/07 AJS     .20 Calls to Leah Amato coordinating the production
                     of documents responsive to Defendants' subpoena

11/12/07 AJS     .30 Conference with Jeff Joyce regarding responses to
                     requests for admission and issues related to
                     upcoming Maryland depositions

11/12/07 AJS     .20 Call with Don Proctor regarding issues related to
                     upcoming Maryland depositions

11/12/07 AJS     .20 Conference with Paul Savoy regarding the
                     preparation of documents responsive to
                     Defendants' document requests

11/12/07 AJS     .40 Call with Jeff Joyce and Brittany Maher regarding
                     ███████████████████████████

11/12/07 AJS     .30 Second conference with Paul Savoy regarding
                     previous document production in preparation for
                     production of documents responsive to Defendants'
                     requests

11/12/07 AJS     .50 Drafting objections to the CBRE depositions and
                     document requests

11/12/07 AJS     .20 Follow up conference with Paul Savoy regarding
                     organizing the document production to properly
                     respond to interrogatories

WFB-MK639500

WINSTEAD PC
INVOICE DATE: DECEMBER 5, 2007
INVOICE # :            1263837
PAGE #                 14

DATE     ATTY HOURS DESCRIPTION OF SERVICES

11/12/07  AJS    .10 Conference with Jeff Joyce regarding objections
                     to document requests in Wells Fargo 30(b)(6)
                     notice

11/12/07  AJS    .20 Conferences with Jeff Joyce regarding changes to
                     CBRE objections, coordination with Leah Amato,
                     and scheduling of upcoming team conference call

11/12/07  JLJ   1.50 Telephone conference call involving Jeff Joyce,
                     Don Proctor and Sarah Longson to prepare for
                     Sarah Longson deposition.

11/12/07  JLJ    .30 Office conference involving Jeff Joyce and Andrew
                     Schumacher regarding CBRE document production and
                     coordination of same.

11/12/07  JLJ    .30 Telephone message to and email message to Gris
                     Ware regarding document production process.

11/12/07  JLJ    .30 Telephone conference with Brittany Maher
                     regarding ███████████████████████████.

11/12/07  JLJ    .40 Email to Konover litigation team regarding
                     various deposition scheduling issues.

11/12/07  JLJ    .50 Telephone conference and email communications
                     with John Dinan regarding scheduling John Dinan's
                     deposition.

11/12/07  JLJ    .60 Additional telephone conference calls with John
                     Dinan and email communications to opposing
                     counsel regarding alternative for John Dinan
                     deposition.

11/12/07  JLJ    .90 Telephone conference with Lise Benedicto to
                     review background in preparation for deposition.

11/12/07  JLJ    .60 Telephone conference with Brittany Maher
                     regarding ███████████████████.

11/12/07  JLJ    .80 Email communications with Tim Shearin regarding
                     various discovery issues.

11/12/07  JLJ    .70 Office conference between Jeff Joyce, Paul Savoy
                     and Andrew Schumacher regarding witness files for
                     upcoming depositions.

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|--------------------------|
| 11/12/07 | JLJ | .30 | Telephone call to Dan Bilig's office to confirm Thursday, November 15th deposition. |
| 11/12/07 | PS Z | 2.50 | Conference with A. Schumacher regarding the review of documents to be produced in response to Defendants' requests for production and gather and organizes all material necessary to determine whether these documents have been produced in the past as requested by J. Joyce. |
| 11/12/07 | PS Z | .80 | Research the Connecticut secretary of state for information relating to Lost Sailor LLC, including UCC filings and organize all information in a folder for review by Jeff Joyce. |
| 11/12/07 | PS Z | .50 | Gather and organize all information relating to the foreclosure sale and organize in folder for review by J. Joyce. |
| 11/12/07 | PS Z | .50 | Conference with D. Proctor regarding documents produced by Sarah Longson, research the file for requests leading to the production of same and send requests to D. Proctor. |
| 11/12/07 | PS Z | .80 | Conference with J. Joyce regarding the deposition of Lise Benedicto, gather and organize exhibits to same and send to D. Proctor's office in preparation of the upcoming deposition. |
| 11/12/07 | PS Z | .80 | Receive and review an e-mail from J. Joyce regarding the second deposition of S. Longson, research the file and contact D. Proctor's office in an effort to obtain a copy of same and forward transcript to J. Joyce for review. |
| 11/12/07 | PS Z | 1.30 | Gather and organize in a folder all documents we produced relating to The Wire and other material for review by J. Joyce in connection with the upcoming depositions. |
| 11/12/07 | PS Z | 1.50 | Review and organize the first 5 CDs and conference with vendor about Bates labeling the production documents and organizing same for production. |
| 11/13/07 | AJS | .40 | Call with Don Proctor and Leah Amato regarding update on document production and email update to Jeff Joyce regarding the same |

WFB-MK639502

DATE    ATTY HOURS DESCRIPTION OF SERVICES

11/13/07   AJS   .20   Revising the CBRE deposition objections with
                       changes by Jeff Joyce

11/13/07   AJS   .30   Receipt and review of emails from Paul Savoy,
                       Brittany Maher and Tonya Moore regarding ███████

11/13/07   AJS   .50   Coordinating with opposing counsel, Jeff Joyce,
                       Don Proctor and Lise Benedicto regarding
                       rescheduling of deposition time for Lise
                       Benedicto

11/13/07   AJS   .10   Call with Tim Shearin regarding deposition
                       scheduling for Lise Benedicto and other document
                       production matters

11/13/07   AJS   .40   Call with Jeff Joyce regarding a response to the
                       Motion to Dismiss and discovery issues

11/13/07   AJS   .10   Coordinating with Greg May to reschedule the team
                       conference call

11/13/07   JLJ   .30   Telephone conference between Jeff Joyce and Dan
                       Bilig to confirm deposition.

11/13/07   JLJ   .20   Email to opposing counsel regarding deposition
                       schedule in Maryland.

11/13/07   JLJ   .30   Prepare document for Maryland depositions.

11/13/07   JLJ   6.00  Detailed review of background information in
                       preparation for depositions of Lise Benedicto,
                       Dan Bilig and Sarah Longson.

11/13/07   PS Z  .60   Conference with J. Joyce regarding testimony of
                       Judy Rishel, locate her deposition, convert the
                       transcript to text format and e-mail to J. Joyce
                       for review.

11/13/07   PS Z  1.50  Print and organize in folders documents
                       responsive to M. Kovoer's 3rd Request for
                       Production in preparation of production.

11/13/07   PS Z  .50   Conference with J. Joyce regarding material
                       needed for upcoming depositions, review file for
                       same and organize in folders for review by J.

WFB-MK639503

DATE    ATTY HOURS DESCRIPTION OF SERVICES

Joyce.

11/13/07 PS Z   .60 Conference with J. Joyce regarding the second
                    deposition of S. Longson, research the file and
                    conference with D. Proctor regarding same, print
                    depo and put in folder for review by J. Joyce.

11/13/07 PS Z   .50 Conference with A. Schumacher and B. Maher
                    regarding ███████████████████████████████
                    ████████████████████████ ■ ██████████████

11/13/07 PS Z  3.10 Receive and review an e-mail from E. Sandler
                    regarding pre 2000 Konover financial documents
                    that may have been produced in the Maryland case,
                    review the production documents for same and
                    forward several documents to E. Sandler.

11/14/07 LES   1.40 Conference call regarding motion to dismiss.

11/14/07 LES   4.00 Research and analysis of legal authorities
                    regarding issues raised in motion to dismiss.

11/14/07 AJS    .90 Reviewing and analyzing Defendants' motion to
                    dismiss in preparation for drafting response
                    brief

11/14/07 AJS    .10 Conference with Paul Savoy regarding
                    documentation of Vicky Konover transfers to and
                    from K&A

11/14/07 AJS    .10 Receipt and review of MCK, Inc's objections to
                    Plaintiff's subpoena

11/14/07 AJS   2.10 Researching case law in preparation for response
                    to Defendants' motion to dismiss

11/14/07 AJS    .60 Call with Jeff Joyce regarding research points
                    for the response to the Motion to Dismiss

11/14/07 AJS    .20 Conference with Lindsey Simmons regarding
                    research assistance for response to Motion to
                    Dismiss

11/14/07 AJS   2.40 Continued researching law in preparation for
                    drafting response to Defendants' Motion to
                    Dismiss

WFB-MK639504

DATE     ATTY HOURS DESCRIPTION OF SERVICES

11/14/07  AJS   .70  Conference call and coordination with Brittany
                     Maher regarding ███████████████████████ sale and
                     email conference with Doug Goldrick regarding the
                     same

11/14/07  AJS  1.40  Conference call with the team regarding the
                     response to the motion to dismiss

11/14/07  AJS   .20  Call with Erick Sandler regarding the KFLP
                     subpoena and email to Jeff Joyce regarding the
                     same

11/14/07  AJS   .20  Email conference with Tonya Moore, Valerie
                     Prowell and Paul Savoy regarding ███████████
                     ██████████████

11/14/07  JLJ   .40  Office conference between Jeff Joyce and Andrew
                     Schumacher regarding briefing issues.

11/14/07  JLJ  3.50  Deposition of Lise Benedicto.

11/14/07  JLJ  1.30  Conference between Jeff Joyce, Erick Sandler and
                     Andrew Schumacher regarding matters to be
                     included in brief in response to Motion to
                     Dismiss.

11/14/07  PS Z 1.50  Conference with A. Schumacher regarding documents
                     recently received from Peerless, review
                     documents, update the collection of General
                     Ledgers with same and gather and organize updated
                     ledgers for A. Schumacher.

11/14/07  PS Z 4.50  Conference with J. Joyce regarding material
                     needed for the deposition of V. Konover, research
                     the general ledgers, bank statements and
                     reconciliation statements in order to track the
                     $10M dollars "advanced" to V. Konover, prepare
                     excerpts and a summary of where the money
                     traveled in and out of accounts; conduct a
                     secretary of state search for several entities
                     referenced in the documents and send all to E.
                     Sandler and J. Joyce.

11/15/07  AJS   .90  Drafting outline of response to Motion to Dismiss
                     based on discussions from team conference call

11/15/07  AJS  1.10  Drafting deposition notice for Lost Sailor LLC

WFB-MK639505

DATE    ATTY HOURS DESCRIPTION OF SERVICES

11/15/07  AJS    .30  Conference with Paul Savoy and coordinating with Valerie Prowell via email regarding ██████████

11/15/07  AJS    .20  Drafting responses and objections to the Defendants' discovery requests

11/15/07  AJS    .50  Continued drafting responses and objections to the Defendants' discovery requests

11/15/07  AJS    .20  Conference with Paul Savoy regarding document production and review of documents in Dallas

11/15/07  AJS    .30  Conference calls with Jeff Joyce regarding agenda for team conference call

11/15/07  AJS    .40  Drafting and sending out agenda for team conference call

11/15/07  AJS   2.20  Continued drafting responses and objections to the Defendants' discovery requests

11/15/07  JLJ   2.30  Deposition of Dan Bilig.

11/15/07  JLJ    .60  Office conference between Jeff Joyce and Sarah Longson regarding discovery, cancellation and possible reconvening of her deposition.

11/15/07  PS Z  2.00  Several conferences with V. Prowell regarding ██ ██████████ and conference with other paralegals here to determine their availability to review documents.

11/16/07  AJS   1.30  Continued drafting responses and objections to the Defendants' discovery requests

11/16/07  AJS    .20  Conference with Jeff Joyce regarding responses to the interrogatories

11/16/07  AJS    .40  Continued drafting responses and objections to the Defendants' discovery requests

11/16/07  AJS    .80  Bi-weekly conference call with team regarding case management/strategy

11/16/07  AJS    .70  Call with Brittany Maher regarding ██████████

WFB-MK639506

DATE    ATTY HOURS DESCRIPTION OF SERVICES

11/16/07  AJS   .30  Comparing document requests from deposition
                     notices to Michael Konover's Third Request for
                     production and conference with Jeff Joyce
                     regarding the differences

11/16/07  AJS   .30  Conference with Jeff Joyce regarding changes to
                     the Lost Sailor LLC deposition notice and
                     revising the deposition notice with those changes

11/16/07  AJS   .20  Conference with Paul Savoy regarding privilege
                     review of settlement emails and reviewing email
                     correspondences from the ORIX team related to
                     ▆▆▆▆▆▆▆▆▆

11/16/07  AJS   .30  Drafting objections to document requests in
                     deposition notices to Wurst, Weiner and Thompson

11/16/07  JLJ   .20  Telephone conferences and email communications
                     with John Dinan to confirm scheduling of his
                     deposition.

11/16/07  JLJ   .20  Conference between Jeff Joyce and Andrew
                     Schumacher regarding agenda for team conference
                     call.

11/16/07  JLJ   .20  Email to opposing counsel regarding scheduling.

11/16/07  JLJ   .80  Conference call among ORIX team to review current
                     status and projects.

11/16/07  JLJ   .30  Telephone conference with Tim Shearin regarding
                     deposition scheduling issues and agreed
                     conference call to Magistrate Garfinkle to
                     discuss discovery master.

11/16/07  JLJ   .20  Telephone conference between Jeff Joyce and Meg
                     McKee regarding review of CBRE documents.

11/16/07  JLJ   .60  Detailed email to opposing counsel regarding our
                     position on various scheduling issues.

11/16/07  PS Z  .40  Conference with our vendor regarding coordination
                     of producing documents responsive to T. Shearin's
                     request for settlement documents.

11/16/07  PS Z 12.60 Receive and review a DVD from Orix containing

WFB-MK639507

DATE     ATTY HOURS DESCRIPTION OF SERVICES

                                 e-mail to be reviewed for responsiveness and privilege, load same into summation and begin review of e-mail.

11/17/07  AJS   .20 Conference with Paul Savoy regarding the review of settlement documents in preparation for production

11/17/07  PS Z 10.00 Continue review of e-mail for responsiveness and privilege in preparation of responding to Konover's 3rd Request for Production.

11/18/07  AJS   .20 Reviewing Defendants' motion to quash the KFLP subpoena

11/18/07  AJS   .20 Reviewing Defendants' motion to quash the MCK, Inc. subpoena

11/18/07  AJS   .10 Conference with Erick Sandler regarding the drafting of responses to the motions to quash the KFLP and MCK, Inc. subpoenas

11/18/07  JLJ   .80 Review Sarah Longson deposition to determine whether it will be necessary to schedule deposition for cross-examination questions in light of defendants' proposal to utilize prior depositions in Connecticut case.

11/18/07  PS Z 10.00 Continue review of e-mail for responsiveness and privilege in preparation of responding to Konover's 3rd Request for Production.

11/19/07  AJS   .60 Continued drafting response to the Defendants' discovery requests

11/19/07  AJS   .20 Conference with Paul Savoy regarding review of settlement documents in preparation for production

11/19/07  AJS   .20 Conference with Paul Savoy and Jeff Joyce regarding production of the settlement documents and other case management/strategy issues

11/19/07  AJS   .20 Conference with Paul Savoy regarding production of the settlement documents

11/19/07  AJS   .20 Researching 2001 case involving Michael Konover and fraudulent transfers for Jeff Joyce

WFB-MK639508

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 11/19/07 | AJS | .10 | Drafting email to Brittany Maher regarding ███████████ |
| 11/19/07 | AJS | .20 | Continued drafting objections and responses to Defendants' discovery requests |
| 11/19/07 | AJS | .40 | Continued drafting objections and responses to Defendants' discovery requests |
| 11/19/07 | AJS | .10 | Revising Lost Sailor deposition notice with changes by Jeff Joyce |
| 11/19/07 | AJS | .10 | Call with Brittany Maher regarding ███████████ |
| 11/19/07 | AJS | .40 | Call with Erick Sandler regarding responses to the KFLP and MCK, Inc. motions to quash and timing of the response on the motion to dismiss |
| 11/19/07 | AJS | .20 | Revising the discovery responses with updated information from Brittany Maher |
| 11/19/07 | AJS | .20 | Conferences with Jeff Joyce regarding discovery responses and Brittany's calculations related to an early foreclosure sale |
| 11/19/07 | AJS | 2.20 | Drafting response to Defendants' Motion to Dismiss the Amended Complaint |
| 11/19/07 | AJS | 1.10 | Conference with Jeff Joyce regarding changes to the discovery responses and objections |
| 11/19/07 | AJS | 1.10 | Revising the responses and objections to Michael Konover's 3rd Request for production with changes by Jeff Joyce |
| 11/19/07 | JLJ | .30 | Telephone conference with Jay Nolan regarding coordination of conference call with Magistrate Garfinkle regarding Discovery Master David Belt. |
| 11/19/07 | JLJ | .40 | Office conference among Jeff Joyce, Andrew Schumacher and Paul Savoy regarding document retrieval issues in preparation for Dallas deposition on November 26. |

WFB-MK639509

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 11/19/07 | JLJ | .30 | Telephone conference with Court's office regarding possible conference call among counsel regarding Discovery Master. |
| 11/19/07 | JLJ | .40 | Email follow up[ with counsel and Court's office regarding conference call with Judge Garfinkle. |
| 11/19/07 | JLJ | .30 | Telephone conference with Erick Sandler regarding outstanding discovery issues he is pursuing. |
| 11/19/07 | JLJ | .40 | Office conference between Jeff Joyce and Brittany Maher regarding ▓▓▓▓▓▓▓▓ |
| 11/19/07 | JLJ | .30 | Office conference between Jeff Joyce and Paul Savoy regarding document review for production to defendants. |
| 11/19/07 | JLJ | .30 | Review a portion of documents for production to Defendants regarding privilege and responsiveness issues. |
| 11/19/07 | JLJ | .70 | Review requests for admissions received from KDC and email note to Brittany Maher regarding ▓▓▓▓ |
| 11/19/07 | JLJ | .40 | Review draft response to request for production of documents received from Konover and provide comments to Andrew Schumacher. |
| 11/19/07 | JLJ | .60 | Review draft responses to interrogatories received from Konover related parties. |
| 11/19/07 | JLJ | .60 | Office conference between Jeff Joyce and Andrew Schumacher regarding overall discovery response drafts. |
| 11/19/07 | PS Z | 16.50 | Continue review of e-mail for responsiveness and privilege in preparation of responding to Konover's 3rd Request for Production and begin redacting same. |
| 11/20/07 | LES | 3.20 | Research for response to motion to dismiss. |
| 11/20/07 | AJS | .80 | Continued revising responses and objections to the Defendants' discovery requests with changes by Jeff Joyce |

WFB-MK639510

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 11/20/07 | AJS | .10 | Conference with Paul Savoy regarding privilege review of documents |
| 11/20/07 | AJS | .70 | Continued revising responses and objections to the Defendants' discovery requests with changes by Jeff Joyce |
| 11/20/07 | AJS | 1.10 | Continued revising responses and objections to the Defendants' discovery requests with changes by Jeff Joyce |
| 11/20/07 | AJS | .50 | Continued revising responses and objections to the Defendants' discovery requests with changes by Jeff Joyce |
| 11/20/07 | AJS | .20 | Conference with Paul Savoy regarding privilege review of the documents prior to production |
| 11/20/07 | AJS | 2.30 | Reviewing frame-up reports and redacting for privilege in preparation for production |
| 11/20/07 | AJS | .60 | Conference with Jeff Joyce and Paul Savoy regarding document production and conference call with Tim Shearin regarding the same |
| 11/20/07 | AJS | .10 | Receipt and review of Connecticut's briefing for use in the response to the Motion to Dismiss |
| 11/20/07 | AJS | .20 | Conference with Jeff Joyce regarding responses to KDC's requests for admission |
| 11/20/07 | AJS | 1.20 | Continued revising responses and objections to the Defendants' discovery requests with changes by Jeff Joyce and call with Erick Sandler regarding a time extension to respond to the requests |
| 11/20/07 | JLJ | .30 | Office conference between Jeff Joyce and Paul Savoy regarding status of documents for production to defendants in advance of Dallas depositions. |
| 11/20/07 | JLJ | 1.50 | Review frame up reports and note privileged communications included within same for redaction for production to defendants. |
| 11/20/07 | JLJ | .50 | Office conference between Jeff Joyce and Brittany Maher ███████████████████████████████████ |

WFB-MK639511

DATE    ATTY HOURS DESCRIPTION OF SERVICES

███████████████████████.

11/20/07 JLJ    .50 Telephone conference with Mark Baldwin regarding
                    KDC's request for admissions and veiled claims of
                    fraud practiced upon Maryland Court and our
                    opposition to same.

11/20/07 JLJ    .40 Telephone conference with Bill Fay of Wells Fargo
                    regarding Wells Fargo document production and
                    retrieval of communications to certificate
                    holders.

11/20/07 JLJ    .60 Telephone conference with Tim Shearin regarding
                    deposition scheduling and email follow up
                    regarding same.

11/20/07 JLJ    .40 Telephone conference with Brittany Maher
                    regarding overall scheduling plan.

11/20/07 JLJ    .50 Email to Bill Fay and Doug Goldrick to confirm
                    deposition schedules for their depositions.

11/20/07 PS Z 16.50 Continue to redact e-mail and the Loan Frame Up
                    reports and coordinate with the vendor regarding
                    Bates labeling the documents and otherwise
                    preparing same for production and coordinate
                    production with opposing counsel.

11/21/07 AJS   1.50 Continued revising discovery responses with
                    changes by Jeff Joyce

11/21/07 AJS    .20 Receipt and review of emails throughout the day
                    regarding document production

11/21/07 AJS    .40 Call with Brittany Maher regarding ████████████
                    ████████████████████████

11/21/07 AJS    .70 Continued revising discovery responses with
                    changes by Jeff Joyce

11/21/07 AJS    .20 Receipt and review of voicemail from Brittany
                    Maher regarding ████████████████████████
                    ████████████████████

11/21/07 AJS    .90 Continued drafting portions of response to
                    Defendants' Motion to Dismiss

WFB-MK639512

DATE    ATTY HOURS DESCRIPTION OF SERVICES

11/21/07 JLJ    .20 Telephone conference with Bill Fay regarding
                    status of document production and timing of
                    deposition.

11/21/07 JLJ    .20 Email to counsel to confirm Doug Goldrick and
                    Bill Fay deposition scheduling.

11/21/07 JLJ    .30 Telephone conference with Don Proctor regarding
                    scheduling with Maryland Court of Appeals and
                    impact on deposition schedule in this case.

11/21/07 JLJ    .30 Email note to defendants' counsel regarding
                    depositions on January 8 and 9, 2008 in Baltimore
                    area.

11/21/07 PS Z  7.50 Stamp the appropriate pages of the Loan Frame Up
                    reports "redacted", work with the vendor to have
                    the reports Bates labeled and produced, gather
                    and organize additional material for the
                    depositions next week for review by J. Joyce.

11/23/07 PS Z  6.00 Organizes the production documents regarding
                    settlement in chronological order and remove
                    duplicates for review by J. Joyce.

11/24/07 JLJ   1.50 Review emails and other documents in preparation
                    for Dallas depositions of Mike Wurst, Cliff
                    Weiner and Jim Thompson.

11/25/07 AJS   5.80 Continued drafting portions of response to
                    Defendants' Motion to Dismiss

11/25/07 AJS   1.10 Drafting responses to K&A's requests for
                    admission

11/26/07 AJS    .30 Revising the objections to Thompson subpoena with
                    changes by Jeff Joyce

11/26/07 AJS    .40 Preparing agenda for team conference call

11/26/07 AJS    .40 Continued drafting portions of response to
                    Defendants' Motion to Dismiss

11/26/07 AJS    .30 Revising agenda with changes by Jeff Joyce and
                    distributing to the team

11/26/07 AJS   5.20 Continued drafting portions of response to

WFB-MK639513

DATE    ATTY HOURS DESCRIPTION OF SERVICES

Defendants' Motion to Dismiss

11/26/07 AJS    .30 Finalizing and serving the objections to the
                    deposition notice of James Thompson

11/26/07 JLJ    .30 Telephone conference between Jeff Joyce, Erick
                    Sandler and Jay Nolan regarding matters to be
                    addressed with magistrate on status conference
                    call.

11/26/07 JLJ    .40 Telephone conference with ORIX counsel team and
                    Tim Shearin and Mark Shipman to review matters to
                    be discussed with Magistrate Garfinkle on status
                    conference call.

11/26/07 JLJ    .50 Status conference call with Magistrate Garfinkle.

11/26/07 JLJ    .20 Review objections to deposition of Jim Thompson
                    deposition notice and document request.

11/26/07 JLJ   1.50 Meeting with Mike Wurst to prepare for
                    deposition.

11/26/07 JLJ   1.50 Meeting with Cliff Weiner to prepare for
                    deposition.

11/26/07 JLJ   1.00 Review documents and outline email communications
                    in preparation for meeting with Jim Thompson.

11/26/07 JLJ    .30 Attention to requests for admissions and
                    responses to same and comments from John Dinan
                    and email comments to Andrew Schumacher.

11/26/07 PS Z  5.50 Receive and review an e-mail from J. Joyce
                    regarding additional material needed for the
                    upcoming depositions, gather and organize all of
                    defendants interrogatory responses and answers,
                    redacted and un redacted excerpts from all Loan
                    Frame Up reports and work with word processing to
                    create a database of all headline entries from
                    the Loan Frame Up reports.

11/26/07 PS Z   .40 Send ████████████ to V. Prowell at Orix.

11/27/07 AJS    .20 Revising responses to KDC's requests for
                    admissions with changes by Jeff Joyce

11/27/07 AJS    .50 Continued drafting responses to the K&A's

WFB-MK639514

DATE    ATTY HOURS DESCRIPTION OF SERVICES

                   requests for admission

11/27/07  AJS   .70 Drafting letter to Ripple's counsel regarding
                    privilege objection made at Ripple deposition

11/27/07  JLJ  5.00 Deposition of Cliff Weiner.

11/27/07  JLJ  4.00 Deposition of Mike Wurst.

11/27/07  JLJ  1.30 Review and prepare for meeting with Jim Thompson.

11/27/07  JLJ   .30 Revise letter to Mark Shipman regarding KFLP
                    privilege assertion.

11/27/07  JLJ   .40 Review draft interrogatory responses.

11/27/07  PS Z 2.50 Receive and review several e-mails from J. Joyce
                    regarding material needed for depositions and
                    gather and organize same and work with C. Green
                    in our Dallas office to print and deliver same to
                    J. Joyce.

11/28/07  AJS   .40 Revising privilege letter with changes by Jeff
                    Joyce

11/28/07  AJS   .40 Updating and revising the response to the motion
                    to dismiss with the Connecticut sections provided
                    by Erick Sandler

11/28/07  AJS   .20 Conference with Paul Savoy regarding status of
                    document production

11/28/07  AJS   .20 Conference call with Jeff Joyce regarding
                    discovery responses and the privilege letter

11/28/07  AJS  2.20 Revising the response to the Motion to Dismiss
                    with changes by Erick Sandler

11/28/07  AJS  1.00 Continued revising the response to the Motion to
                    Dismiss with changes by Erick Sandler

11/28/07  AJS   .40 Revising the privilege letter with additional
                    changes by Jeff Joyce

11/28/07  AJS  1.10 Conference call with Jeff Joyce and Erick Sandler
                    regarding changes to the response to the Motion
                    to Dismiss and changes to the discovery responses

WFB-MK639515

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|

11/28/07  AJS  3.70  Revising the response to the motion to dismiss with changes discussed in conference call with Erick Sandler and Jeff Joyce

11/28/07  JLJ  6.00  Deposition of Jim Thompson.

11/28/07  JLJ  1.40  Review draft response to motion to dismiss briefing and conference call between Jeff Joyce, Andrew Schumacher and Erick Sandler with comments on same.

11/28/07  PS Z  2.00  Conference with B. Maher regarding ████████████ ████████████████████████████████████████

11/28/07  PS Z   .50  Work with the vendor to create a privilege log based on the data available in Summation.

11/29/07  AJS   .20  Revising discovery requests with changes by Jeff Joyce

11/29/07  AJS   .10  Left message for Brittany Maher regarding the ████████████████████

11/29/07  AJS   .10  Conference with Paul Savoy regarding status of document production

11/29/07  AJS   .40  Conference with Jeff Joyce regarding changes to the discovery responses

11/29/07  AJS   .30  Call with Brittany Maher regarding ████████ ████████████

11/29/07  AJS   .40  Coordinating with Paul Savoy regarding status of documents ready for production

11/29/07  AJS   .10  Conference with Jeff Joyce and Paul Savoy regarding the status of document production

11/29/07  AJS   .30  Call with Erick Sandler regarding the discovery responses and the response to the motion to dismiss

11/29/07  AJS   .40  Revising the response to the Motion to Dismiss with changes by Erick Sandler

11/29/07  AJS  1.60  Revising the discovery responses with changes by Jeff Joyce

WFB-MK639516

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 11/29/07 | AJS | .20 | Conference with Jeff Joyce regarding additional changes to the discovery responses |
| 11/29/07 | AJS | .50 | Revising the discovery responses with additional changes by Jeff Joyce and forwarding the to the team for review |
| 11/29/07 | JLJ | .50 | Office conference between Jeff Joyce and Andrew Schumacher regarding discovery drafts and edits. |
| 11/29/07 | JLJ | .30 | Office conference between Jeff Joyce, Andrew Schumacher and Paul Savoy regarding document preparation for production. |
| 11/29/07 | JLJ | 1.20 | Conference call with expert witness team and Longobardi New York affiliate office. |
| 11/29/07 | PS Z | 6.00 | Conference with A. Schumacher regarding status of documents production, review all e-mail from Brittany Maher ▓▓▓▓▓▓ ▓▓▓▓▓▓ review for privilege and prepare all for processing and production by our vendor. |
| 11/30/07 | AJS | 1.60 | Revising discovery responses with changes by Erick Sandler and conference with Jeff Joyce regarding the same |
| 11/30/07 | AJS | .30 | Coordinating with Paul Savoy and preparing for document production |
| 11/30/07 | AJS | .10 | Left voicemail with Brittany Maher regarding the ▓▓▓▓▓▓▓▓▓▓ |
| 11/30/07 | AJS | .50 | Revising the discovery responses with changes by Greg May and Brittany Maher |
| 11/30/07 | AJS | 3.40 | Coordinating and finalizing the discovery responses and responsive documents and serving the response on Defendants |

FEE AMOUNT:                                              $ 95,791.50

WFB-MK639517

## TIME SUMMARY

| NAME | HOURS | RATE | TOTALS |
|------|-------|------|--------|
| Jeffrey L. Joyce | 84.10 | 540.00 | 45,414.00 |
| Lindsey E. Simmons | 8.60 | 235.00 | 2,021.00 |
| Andrew J. Schumacher | 103.10 | 235.00 | 24,228.50 |
| Paul Savoy | 150.80 | 160.00 | 24,128.00 |
| SUMMARY TOTALS: | 346.60 | | $ 95,791.50 |

EXPENSES:

| | | |
|---|---|---|
| 10/31/07 | Advance for Copy Service (Invoice 35098) | 110.00 |
| 11/01/07 | Advance for Copy Service (Invoice 35206) | 285.69 |
| | Postage/Mailing Costs | .41 |
| 11/02/07 | Advance for Copy Service (Invoice 35168) | 133.31 |
| | MACH 5 Couriers, Inc. | 5.00 |
| | Federal Express | 54.70 |
| | Long Distance Charges | 240.76 |
| 11/27/07 | Advance for Depositions - Benedicto, Billig, Longson (Invoice 20070897) | 596.95 |
| | Reproduction Costs | 409.86 |

TOTAL EXPENSES:                                        $ 1,836.68

TOTAL AMOUNT DUE:                                      $ 97,628.18

DUE UPON RECEIPT

INVOICE APPROVED BY:
DATE: 1 12 08
EXPENSE TYPE: Legal Bill
SERVICING:   LOAN   REO   DEF
REIMB BY:  B  T  B/D  NONREIMB
LOAN NO.: 1000285
POOL NAME:

WFB-MK639518

# hhfax

12:18:20
WFB-MK639536.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: teggleston

Vendor Name: WINSTEAD, SECHREST & MINICK, PC

Invoice No.: 1275392

Batch Control #: BATCH022221

Vendor #: 02630

Invoice Date: 01/25/2008

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $55,433.42 |

$55,433.42

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: B Maher — See Attached

Add'l Approval: M Oakes

Add'l Approval: J Dunn

Add'l Approval: G Mac          4-25-08

Add'l Approval: E Daak

Add'l Approval: M Collins

Date: 5/3/08

Date:

Page 1 of 1

WFB-MK639519

WINSTEAD PC
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TEXAS 75270-2199

TAX I.D. #75-2404691

ORIX REAL ESTATE CAPITAL MARKETS, LLC        INVOICE #:         1275392
REAL ESTATE GROUP                            INVOICE DATE: JANUARY 25, 2008
1717 MAIN STREET                             CLIENT #:           23633
SUITE 900                                    MATTER #:              45
DALLAS, TX  75201                            BILLING ATTORNEY:     JLJ
BRITTANY GLASSIE


REGARDING: KONOVER, MICHAEL


FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2007

FEES:

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 12/01/07 | JLJ | .70 | Review various responses to requests for production of documents and briefs on pending matters received from Defendants. |
| 12/01/07 | JLJ | .60 | Review draft objections and responses on discovery responses prepared to respond to defendants' discovery requests. |
| 12/01/07 | JLJ | .20 | Email to team regarding meeting on Wednesday, December 5, to organize discovery matters. |
| 12/01/07 | JLJ | .20 | Email outlining deposition preparation for John Dinan and Doug Goldrick depositions. |
| 12/02/07 | JLJ | .90 | Review draft motion to dismiss and provide comments and editing suggestions. |
| 12/03/07 | AJS | .30 | Call with Erick Sandler regarding responses to MCK, Inc. motion to quash and changes to the response brief and email documents to Erick Sandler regarding the same |
| 12/03/07 | AJS | 1.20 | Continued drafting responses to K&A's requests for admission and forwarding draft to Jeff Joyce and Erick Sandler for review |
| 12/03/07 | AJS | .90 | Outline response to KFLP Motion to Quash |

WFB-MK639520

DATE    ATTY HOURS DESCRIPTION OF SERVICES

12/03/07 PS Z  7.50 Receive and review from T. Moore documents
                    responsive to several requests for production,
                    organize same, remove duplicates, review for
                    privilege and prepare for production; conference
                    with A. Schumacher regarding same.

12/04/07 AJS   3.90 Drafting opposition to KFLP's Motion to Quash and
                    for Protective Order

12/04/07 AJS    .20 Comparing Thompson document request to Michael
                    Konover's Third Request for Production in
                    preparation for drafting objections and responses

12/04/07 AJS    .10 Reviewing Erick Sandler's changes to the response
                    brief on Defendants' Motion to Dismiss

12/04/07 AJS    .20 Call with Erick Sandler regarding briefing on
                    pending motions

12/04/07 AJS    .20 Call with Meg McKee regarding responses to K&A's
                    requests for admissions

12/04/07 AJS    .50 Revising the responses to K&A's requests for
                    admission with changes by Erick Sandler and Jeff
                    Joyce

12/04/07 AJS    .60 Revising K&A's requests for admissions with
                    changes by Brittany Maher

12/04/07 PS Z  5.50 Receive and review a CD containing policies and
                    procedures responsive to requests for production,
                    conference with T. Moore regarding ▓▓▓▓ and
                    organize in preparation of production

12/04/07 PS Z  2.00 Create a database in MS Access containing all
                    headline entries from the Frame Up Reports and
                    print screens received from Orix, conference with
                    word processing regarding the entry of all
                    headlines and review the finished product.

12/05/07 AJS   1.00 Continued drafting response to KFLP's Motion to
                    Quash

12/05/07 AJS    .40 Continued drafting response to KFLP's Motion to
                    Quash

12/05/07 AJS   1.10 Conference call with Jeff Joyce, Erick Sandler

WFB-MK639521

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | and Jay Nolan regarding discovery and case management/strategy |
| 12/05/07 | AJS | .20 | Conference call with Meg McKee and Jeff Joyce regarding changes to K&A's requests for admission |
| 12/05/07 | AJS | .30 | Drafting and forwarding summary of conference follow up items to the Team |
| 12/05/07 | AJS | .40 | Revising the K&A requests for admission with changes by Meg McKee and conference with Jeff Joyce regarding those changes |
| 12/05/07 | AJS | .20 | Revising the K&A requests for admission with changes by Jeff Joyce |
| 12/05/07 | AJS | .20 | Call with Brittany Maher regarding ████████ ████████████████████████ |
| 12/05/07 | JLJ | 1.20 | Conference call involving Jeff Joyce, Andrew Schumacher, Erick Sandler and Jay Nolan regarding outstanding discovery matters and letter follow up with David Belt. |
| 12/05/07 | JLJ | 1.00 | Review and revise motion to dismiss briefing and provide comments to Andrew Schumacher. |
| 12/05/07 | JLJ | .40 | Email follow up with opposing counsel regarding outstanding discovery issues. |
| 12/05/07 | JLJ | .50 | Telephone conference with Brittany Maher regarding case status and strategy. |
| 12/05/07 | JLJ | .30 | Telephone conference with Tim Shearin regarding discovery issues. |
| 12/06/07 | LES | 3.90 | Research regarding alter ego issues. |
| 12/06/07 | AJS | .80 | Conferences with Paul Savoy regarding document production and review |
| 12/06/07 | AJS | .80 | Revising the response to KFLP's motion to quash with changes by Jeff Joyce |
| 12/06/07 | AJS | .20 | Conference with Paul Savoy regarding the status of document production |

WFB-MK639522

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 12/06/07 | AJS | .20 | Conference with Jeff Joyce regarding changes to the response to KFLP's Motion to Quash |
| 12/06/07 | AJS | .20 | Revising and finalizing the responses to the K&A Requests for Admission |
| 12/06/07 | AJS | .20 | Receipt and review of the draft of the response to MCK, Inc.'s Motion to Quash |
| 12/06/07 | AJS | .10 | Call with Erick Sandler regarding the response to the KFLP Motion to Quash |
| 12/06/07 | AJS | .80 | Conference call with Paul Savoy, Brittany Maher, Tonya Moore and Valerie Prowell regarding ███ ███ |
| 12/06/07 | AJS | .20 | Receipt and review of draft of response to Victoria Konover's Motion to Quash |
| 12/06/07 | AJS | .70 | Reviewing motion to dismiss cases as possible additional authority for response to the Motion to Dismiss |
| 12/06/07 | JLJ | .30 | Additional telephone conference with Don Proctor regarding letter to opposing counsel regarding foreclosure matter. |
| 12/06/07 | JLJ | .30 | Telephone conference call among Jeff Joyce, Greg May and Don Proctor regarding ████████ |
| 12/06/07 | JLJ | .20 | Office conference between Jeff Joyce and Andrew Schumacher to provide comments on brief dealing with deposition of KFLP. |
| 12/06/07 | PS Z | 1.20 | Prepare for and attend a conference with A. Schumacher, B. Maher, T. Moore and V. Prowell regarding ████████ |
| 12/07/07 | AJS | .70 | Conferences throughout the day with Paul Savoy regarding document production |
| 12/07/07 | AJS | 2.10 | Drafting responses to KDC's requests for admission |

WFB-MK639523

DATE     ATTY HOURS DESCRIPTION OF SERVICES

12/07/07  AJS   .10  Left message for Erick Sandler regarding issues
                     on the KFLP and Motion to Dismiss briefings

12/07/07  AJS   .40  Conference call with Erick Sandler regarding
                     status of document review, motion to dismiss
                     briefing and pending Belt Motions

12/07/07  PS Z  .50  Conference with T. Moore, B. Maher, V. Prowell
                     and A. Schumacher regarding ███████████████

12/07/07  PS Z  1.20 Receive and review a CD from V. Prowell
                     containing the privilege documents from her
                     review, work with the vendor to determine the
                     format these are in and work with V. Prowell to
                     send over another CD with the privilege docs in a
                     compatible format.

12/07/07  PS Z  5.00 Receive and review a hard drive from Orix
                     containing over 37,000 e-mail and attachments
                     responsive to Konover requests 14 & 23, work with
                     our IT department to determine whether we have
                     space on the network to load the images,  and
                     work with Orix' vendor to determine why the files
                     are write protected and down load the DII files
                     on my computer, work with the vendor on splitting
                     up the e-mail for review by several people,
                     conference with several paralegals here to
                     determine availability to help with e-mail
                     review..

12/10/07  AJS   .10  Conference with Paul Savoy regarding document      *duplic-4*
                     production

12/10/07  AJS   .10  Conference with Paul Savoy regarding document
                     production

12/10/07  AJS   1.00 Drafting agenda for upcoming team conference call

12/10/07  AJS   1.50 Drafting responses and objections to K&A's
                     Requests for Production to James Thompson

12/10/07  AJS   .80  Continued drafting responses to KDC's requests
                     for production

WFB-MK639524

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|

12/10/07  JLJ    .50  Email communications with counsel regarding
                      possible conference with Discovery Master and
                      other discovery scheduling issues.

12/10/07  PS Z  6.50  Conference with Orix' vendor regarding issues
                      with loading all data into Summation and edit
                      each DII file to allow for importing the subject
                      of each e-mail for use when preparing a privilege
                      log and begin loading documents.

12/11/07  AJS   1.30  Continued drafting responses to KDC's requests
                      for admission

12/11/07  AJS    .20  Conferences with Erick Sandler regarding our
                      state court judgment collection proceedings and
                      possible motions to compel

12/11/07  AJS    .20  Conference with Erick Sandler regarding strategy
                      in addressing Defendants' latest objections and
                      coordinating to have chart created outlining each
                      Defendants' objections to the Plaintiff's Fourth
                      Requests for Production

12/11/07  AJS   1.20  Continued drafting responses to KDC's requests
                      for admission

12/11/07  JLJ    .30  Telephone conference with Brittany Maher
                      regarding ███████████████████████████████
                      ██████████

12/11/07  JLJ    .30  Telephone conference involving Jeff Joyce,
                      Brittany Maher and Greg May regarding ███████
                      ████████████████████████████

12/11/07  JLJ    .20  Office conference between Jeff Joyce and Andrew
                      Schumacher regarding preparation of discovery
                      responses.

12/11/07  JLJ    .40  Email to opposing counsel regarding discovery
                      follow up issues.

12/11/07  JLJ    .40  Attention to forwarding agenda to ORIX team.

12/11/07  JLJ    .30  Review draft request for admissions.

12/11/07  JLJ    .40  Telephone conference with Meg McKee regarding
                      admission issues.

WFB-MK639525

DATE      ATTY HOURS DESCRIPTION OF SERVICES

12/11/07 PS Z  2.50 Conference with A. Schumacher regarding documents
                    needed and research the production set for same
                    and forward documents to A. Schumacher.

12/11/07 PS Z  2.50 Conference with M. McKee regarding attorney fee
                    invoices, gather and organize same and send to M.
                    McKee.

12/11/07 PS Z   .70 Load all images potentially responsive to RFP 14,
                    conduct a search to narrow the volume and begin
                    review of e-mail deemed non-responsive to insure
                    accuracy of search results.

12/12/07 AJS   1.80 Analyzing Defendants' responses and objections to
                    Plaintiff's Fourth Requests for production and
                    charting the objections

12/12/07 AJS    .40 Continued drafting objections and responses to
                    the discovery requests directed to James Thompson

12/12/07 AJS    .50 Reviewing client document in preparation for
                    production and conference with Paul Savoy
                    regarding the same

12/12/07 AJS    .20 Call with Erick Sandler regarding Defendants'
                    objections to our discovery requests

12/12/07 AJS    .20 Call with Meg McKee regarding KDC's requests for
                    admission and forwarding Meg the same

12/12/07 AJS   1.00 Conference call with the team regarding case
                    management/strategy

12/12/07 JLJ   1.00 ORIX team conference call for status update.

12/12/07 PS Z  9.50 Create a privilege log for all documents produced
                    to date and continue to review documents that
                    came back as "non-responsive" based on the
                    Summation search.

12/13/07 AJS    .50 Revising Responses to KDC's requests for
                    admission with changes by Erick Sandler

12/13/07 AJS    .40 Conference with Paul Savoy regarding document
                    review.

12/13/07 AJS    .50 Continued analyzing Defendants' responses and
                    objections to Plaintiff's Fourth Requests for

WFB-MK639526

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | production and charting the objections |
| 12/13/07 | AJS | .40 | Call with Erick Sandler regarding the privilege motion |
| 12/13/07 | AJS | .20 | Conference with Erick Sandler regarding timing of potential reply briefs |
| 12/13/07 | AJS | .20 | Conference with Jeff Joyce and Erick Sandler regarding the privilege motion |
| 12/13/07 | AJS | 1.40 | Continued analyzing Defendants' responses and objections to Plaintiff's Fourth Requests for production and drafting letter to opposing counsel regarding the same |
| 12/13/07 | PS Z | 7.50 | Load all e-mail relating to request for production 14 into Summation and conduct several searches in an effort to eliminate non-responsive documents and continue to review the "non-responsive" e-mail to ensure accuracy. |
| 12/13/07 | PS Z | 3.50 | Conference with J. Joyce regarding the upcoming hearing on motions pending in front of Judge Belt organize all motions and briefs to be heard and prepare an index of same. |
| 12/14/07 | AJS | .40 | Conferences with Paul Savoy regarding document production and pending Belt Motions |
| 12/14/07 | AJS | .20 | Receipt and review of Connecticut's memorandum on the crime/fraud exception to attorney client privilege |
| 12/14/07 | AJS | .30 | Reviewing list of motions pending before Belt in preparation for upcoming Belt hearing |
| 12/14/07 | AJS | .20 | Call with Meg McKee regarding changes to the responses to KDC's requests for admission |
| 12/14/07 | AJS | .30 | Revising the responses to KDC's requests for admission with changes by Meg McKee and email to Jeff Joyce regarding the same |
| 12/14/07 | AJS | .50 | Reviewing produced documents related to Steve Abney's role as in officer in the defendants in order to respond to KDC's requests for admission |

WFB-MK639527

DATE     ATTY HOURS DESCRIPTION OF SERVICES

12/14/07  AJS    .40 Conference call with Erick Sandler and Jeff Joyce
                     regarding scope of privilege motion

12/14/07  AJS    .30 Call with Erick Sandler regarding strategy for
                     drafting privilege motion

12/14/07  AJS    .30 Receipt and review of Defendants' amendments to
                     the responses and objections to Plaintiff's
                     Fourth Requests for Production and email to Jeff
                     Joyce and Erick Sandler regarding the same

12/14/07  AJS    .20 Conferences with Jeff Joyce regarding changes to
                     requests for admission and responses to the
                     document requests directed at James Thompson

12/14/07  JLJ    .30 Review and revise responses to Konover's
                     requests for admission and provide comments to
                     Andrew Schumacher.

12/14/07  JLJ    .40 Telephone conference with Erick Sandler regarding
                     scheduling of conference with David Belt.

12/14/07  JLJ    .40 Telephone conference involving Jeff Joyce, Erick
                     Sandler and Andrew Schumacher regarding
                     outstanding discovery issues and pursuit of same.

12/14/07  PS Z  2.50 Organize all motions and briefs in and binder in
                     preparation of the upcoming hearing in front of
                     Judge Belt.

12/14/07  PS Z 12.00 Load e-mail relating to RFP 23 into summation,
                     run searches to narrow the scope of the review
                     and continue to audit the e-mail relating to RFP
                     14 that were not returned as responsive to ensure
                     the accuracy of the search.

12/15/07  PS Z  5.00 Audit the e-mail relating to RFP 23 that were
                     returned as non-responsive to ensure the accuracy
                     of the search conducted to narrow the scope of
                     the review.

12/16/07  AJS    .20 Revising the responses to KDC's requests for
                     admission with changes by Jeff Joyce and
                     forwarding to Jeff Joyce and Erick Sandler for
                     review

12/16/07  AJS    .50 Revising the letter to counsel regarding
                     objections to Plaintiff's last round of discovery

WFB-MK639528

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| | | | requests and drafting a stipulation regarding the same |
| 12/16/07 | AJS | 1.10 | Revising the responses to the discovery requests directed at James Thompson and forwarding draft of the responses to Jeff Joyce and Erick Sandler for review |
| 12/17/07 | LES | 4.10 | Research regarding alter ego issues. |
| 12/17/07 | AJS | .20 | Receipt and review of changes to the Thompson discovery requests from Brittany Maher |
| 12/17/07 | AJS | .30 | Conference call with Jeff Joyce, Erick Sandler and Jay Nolan regarding strategy for Belt Hearing |
| 12/17/07 | AJS | .20 | Conference with Jeff Joyce regarding changes to the responses to the Thompson discovery requests |
| 12/17/07 | AJS | .10 | Call with Erick Sandler regarding the privilege motion |
| 12/17/07 | AJS | .20 | Conferences with Jeff Joyce regarding the letter to opposing counsel concerning Defendants' objections to our last round of discovery requests |
| 12/17/07 | AJS | .20 | Conferences with Paul Savoy regarding document production |
| 12/17/07 | AJS | .40 | Participating in portions of conference call with Brittany Maher and Paul Savoy regarding ███████ ██████ |
| 12/17/07 | AJS | .50 | Revising the Thompson discovery responses with changes by Brittany Maher and Jeff Joyce |
| 12/17/07 | JLJ | .20 | Telephone conference with Erick Sandler in preparation for David Belt conference call. |
| 12/17/07 | JLJ | .80 | Telephone conference with Greg May to discuss ███████████████████████████████████████ |
| 12/17/07 | JLJ | .50 | Email to ORIX team regarding ███████████ ██████ |

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 12/17/07 | JLJ | .30 | Office conference between Jeff Joyce and Paul Savoy regarding document preparation for upcoming depositions. |
| 12/17/07 | JLJ | .30 | Revisions to letters to counsel regarding stipulation on various discovery open issues. |
| 12/17/07 | JLJ | .30 | Telephone conference with Tim Shearin regarding matter to be addressed with David Belt concerning expedited discovery rulings. |
| 12/17/07 | JLJ | .30 | Emails with Tim Shearin and ORIX team regarding extension of deadlines to respond to Jim Thompson document requests. |
| 12/17/07 | JLJ | .60 | Telephone conference call among Jeff Joyce, Andrew Schumacher, Erick Sandler and Jay Nolan to prepare for David Belt status conference. |
| 12/17/07 | JLJ | .60 | Attention to email to opposing counsel regarding prioritization of matters to be presented to David Belt. |
| 12/17/07 | PS Z | 4.50 | Continue to audit e-mail relating to RFP 23 that were returned as non-responsive to ensure the accuracy of the search terms. |
| 12/17/07 | PS Z | 3.00 | Prepare for and attend a conference with A. Schumacher, B. Maher, T. Moore and V. Prowell regarding ▮▮▮▮▮▮ |
| 12/17/07 | PS Z | 6.00 | Conference with J. Joyce regarding the deposition of D. Goldrick, gather and organize material for same. |
| 12/18/07 | LES | 4.30 | Review of cases regarding alter ego issues. |
| 12/18/07 | AJS | 1.60 | Drafting portions of privilege motion |
| 12/18/07 | AJS | .40 | Revising and finalizing the responses to the Thompson discovery requests |
| 12/18/07 | AJS | .20 | Conference with Paul Savoy regarding document production |
| 12/18/07 | AJS | .70 | Conference call with the Special Discovery Master |

WFB-MK639530

| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|

regarding pending motions

| 12/18/07 | AJS | .40 | Conference call with Jeff Joyce, Erick Sandler and Jay Nolan regarding strategy going forward as a result of conference call with the Special Master |
| 12/18/07 | AJS | .20 | Preparing red-line version of the Amended Complaint for the Special Discovery Master and forwarding the same to Jeff Joyce |
| 12/18/07 | AJS | .30 | Reviewing correspondences for proposal related ▮ an expedited discovery process with David Belt and forwarding the same to Jeff Joyce, Erick Sandler and Jay Nolan |
| 12/18/07 | AJS | .20 | Call with Brittany Maher regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ |
| 12/18/07 | AJS | .50 | Call with Erick Sandler regarding the privilege motion and timing of other upcoming briefing |
| 12/18/07 | AJS | .20 | Conference with Jeff Joyce and Paul Savoy regarding pending motions and document production |
| 12/18/07 | JLJ | .30 | Email to team regarding deposition case schedule, |
| 12/18/07 | JLJ | .30 | Email communications and telephone conference with Gris Ware of Coldwell Banker regarding production of emails. |
| 12/18/07 | JLJ | .60 | Preparation for telephone conference with David Belt. |
| 12/18/07 | JLJ | .50 | Telephone conference with Discovery Master, David Belt. |
| 12/18/07 | JLJ | .50 | Email communications with ORIX team regarding ▮▮▮▮▮▮▮ |
| 12/18/07 | JLJ | .60 | Emails to opposing counsel regarding follow up in light of David Belt status on case. |
| 12/18/07 | JLJ | .40 | Office conference involving Jeff Joyce, Andrew Schumacher and Paul Savoy regarding document production and review issues. |

WFB-MK639531

DATE    ATTY HOURS DESCRIPTION OF SERVICES

12/18/07 PS Z 13.50 Conference with A. Schumacher and J. Joyce
                    regarding the status of the document review, load
                    6,000 images and DII files into Summation and
                    begin review of documents for responsiveness and
                    privilege.

12/19/07 LES   4.30 Analysis of cases regarding alter ego.

12/19/07 AJS   5.60 Continued drafting portions of the privilege
                    motion

12/19/07 AJS   .20  Call with Erick Sandler regarding the privilege
                    motion

12/19/07 AJS   .10  Call with Brittany Maher ███████████ ██████

12/19/07 JLJ   .70  Telephone conference and emails with Mary Smith
                    of Judge Garfinkel's office regarding conference
                    call among counsel.

12/19/07 JLJ   .30  Confirmation of conference call with Mary Smith.

12/19/07 JLJ   .40  Email to opposing counsel confirming conference
                    call with Magistrate Garfinkel.

12/19/07 JLJ   .60  Attention to draft amended case schedule and
                    agenda for conference with Magistrate Garfinkel
                    and attention to forwarding same to opposing
                    counsel and ORIX team.

12/19/07 PS Z 12.50 Continue to load documents potentially responsive
                    to requests for production and review same for
                    responsiveness and privilege.

12/20/07 LES   4.10 Analysis of cases regarding alter ego.

12/20/07 AJS   2.60 Continued drafting portions of privilege motion

12/20/07 AJS   .20  Receipt and review of Defendants' Opposition to
                    the Motion to Quash the Jeff Joyce deposition

12/20/07 AJS   .30  Call with Erick Sandler regarding the privilege
                    motion

12/20/07 AJS   .20  Conference with Jeff Joyce regarding reply brief
                    to the Motion to Quash the Jeff Joyce deposition

WFB-MK639532

DATE    ATTY HOURS DESCRIPTION OF SERVICES

12/20/07  AJS  .30 Conference call with Jeff Joyce and Brittany
                   Maher regarding ███████████████████████

12/20/07  AJS  .40 Summarizing reply brief points from conference
                   with Jeff Joyce and emailing summary to Erick
                   Sandler

12/20/07  AJS  .40 Receipt and review of Defendants' Motion to Quash
                   the Kostin Deposition and conference with Jeff
                   Joyce regarding the same

12/20/07  JLJ  .60 Review response brief on Joyce subpoena and note
                   areas for response.

12/20/07  JLJ  .40 Office conference between Jeff Joyce and Andrew
                   Schumacher regarding reply points on Jeff Joyce
                   subpoena briefing.

12/20/07  JLJ  .50 Review Kostin motion filed by Konover and note
                   areas for response.

12/21/07  AJS  .20 Conference with Jeff Joyce regarding pending
                   motions in preparation for conference call with
                   Erick Sandler

12/21/07  AJS  .70 Conference call with Jeff Joyce, Erick Sandler
                   and Jay Nolan regarding response to the Kostin
                   Motion and preparation for call with Magistrate
                   Garfinkel

12/21/07  AJS  .60 Conference call with Magistrate Garfinkel
                   regarding case scheduling and discovery issues

12/21/07  AJS  .20 Conference call with Jay Nolan, Erick Sandler and
                   Jeff Joyce regarding the results of the call with
                   the Magistrate

12/21/07  AJS  .20 Conference with Jeff Joyce and Lindsey Simmons
                   regarding research for response to Kostin Motion

12/21/07  AJS  .20 Conference with Erick Sandler regarding Houston's
                   research input on the Kostin Response

12/21/07  AJS  .10 Conference with Erick Sandler regarding pending
                   motions

WFB-MK639533

DATE    ATTY HOURS DESCRIPTION OF SERVICES

12/21/07 JLJ    .50 Office conference among Jeff Joyce, Andrew
                    Schumacher and Erick Sandler regarding points to
                    be made in reply briefs on Joyce subpoena and
                    Kostin subpoena.

12/21/07 JLJ    .50 Telephone conference among Jeff Joyce, Andrew
                    Schumacher, Jay Nolan, and Erick Sandler
                    regarding preparation for telephone conference
                    with Magistrate Garfinkel.

12/21/07 JLJ    .80 Telephone conference call with Magistrate
                    Garfinkel regarding case scheduling.

12/21/07 JLJ    .80 Conference call among Jeff Joyce, Greg May,
                    Brittany Maher, Jay Nolan and Don Proctor
                    regarding ███████████████████████████
                    ███████████████████████████████.

12/21/07 PS Z  9.00 Receive and review CDs from the client containing
                    documents to be reviewed for responsiveness and
                    privilege, prepare same to be loaded into
                    Summation, load documents and DII files onto the
                    external hard drive  and load all into Summation
                    for review.

12/27/07 JLJ    .70 Review briefing on Konover privilege claims and
                    provide comments and edits to Erick Sandler.

12/27/07 JLJ    .40 Review draft of reply brief on Joyce subpoena
                    issue and provide edits and comments to Erick
                    Sandler.

12/28/07 AJS    .50 Receipt and review of emails and proposed drafts
                    of the reply brief on the Jeff Joyce subpoena

12/28/07 AJS    .70 Receipt and review of emails and proposed drafts
                    of the privilege motion

12/31/07 AJS   2.20 Drafting Motion to Compel documents responsive to
                    Trustee's Fourth and Fifth Requests for
                    Production

12/31/07 AJS    .10 Conference with Jeff Joyce regarding the
                    privilege motion

12/31/07 AJS    .10 Conference with Lindsey Simmons regarding status
                    of Kostin brief research

**WFB-MK639534**

DATE    ATTY HOURS DESCRIPTION OF SERVICES

FEE AMOUNT:                                              $ 53,086.00

TIME SUMMARY

| NAME | HOURS | RATE | TOTALS |
|------|-------|------|--------|
| Jeffrey L. Joyce | 26.00 | 540.00 | 14,040.00 |
| Lindsey E. Simmons | 20.70 | 235.00 | 4,864.50 |
| Andrew J. Schumacher | 61.30 | 235.00 | 14,405.50 |
| Paul Savoy | 123.60 | 160.00 | 19,776.00 |
| SUMMARY TOTALS: | 231.60 | | $ 53,086.00 |

EXPENSE DETAIL:

| | | |
|------|------|------|
| 12/03/07 | Advance for Costs associated with deposition | 449.82 |
| 12/04/07 | Advance for Copy Service (Invoice 35747) | 139.17 |
| | MACH 5 Couriers, Inc. | 97.50 |
| 12/11/07 | Advance for Copies (Invoice 35888) | 203.02 |
| 12/12/07 | Advance for Mileage Expense (Joyce to Dallas and back for Depos of Cliff Weiner, Mike Wurst and Jim Thompson 11/26-11/28/07) | 237.65 |
| 12/12/07 | Advance for Copy Service (Invoice 35896) | 83.14 |
| 12/12/07 | Advance for Copy Service (Invoice HOU 00075993) | 45.85 |
| | Federal Express | 78.67 |
| | Postage/Mailing Costs | 3.00 |
| | Reproduction Costs | 817.38 |
| | Long Distance Charges | 192.22 |

TOTAL EXPENSE:                                          $ 2,347.42

TOTAL AMOUNT DUE:                                       $ 55,433.42
                        DUE UPON RECEIPT

INVOICE APPROVED BY
DATE: 3/10/08
EXPENSE TYPE: Legal - lit
SERVICING: LOAN  REO  DEB
REIMB BY: B T  CLP  NONREIMB
LOAN NO.: 12-0000285
POOL NAME: SBU500-C2

WFB-MK639535