# Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
## SUMMARY OF ATTORNEYS FEES AND EXPENSES
## JEFF JOYCE
## JOYCE, MCFARLAND MCFARLAND
Submitted through February 15, 2013 (Revised February 19, 2013)

| Firm | Mth/yr | Fees | Expenses | Total | Hours |
|---|---|---|---|---|---|
| Jeff Joyce | Oct 08 | $15,125.00 | $1,433.84 | $16,558.84 | 27.5 |
| Joyce McFarland | Nov 08 | $16,170.00 | $1,555.90 | $17,725.90 | 29.4 |
| | Jan 09 | $22,780.00 | $22.92 | $22,802.92 | 45.2 |
| | Feb 09 | $42,068.00 | $3,542.77 | $45,610.77 | 107.5 |
| Joyce, McFarland + McFarland | Mar 09 | $34,829.33 | $6,708.68 | $41,538.01 | 109.1 |
| | Apr 09 | $31,265.00 | $4,612.99 | $35,877.99 | 100.5 |
| | May 09 | $49,193.00 | $646.59 | $49,839.59 | 158.2 |
| | Jun 09 | $29,460.00 | $1,687.73 | $31,147.73 | 123.7 |
| | Jul 09 | $67,767.00 | $2,592.36 | $70,359.36 | 253 |
| | Aug 09 | $76,786.00 | $4,111.84 | $80,897.84 | 233.9 |
| | Sep 09 | $110,085.00 | $5,898.47 | $115,983.47 | 307.7 |
| | Oct 09 | $44,624.00 | $2,843.71 | $47,467.71 | 112.3 |
| | Nov 09 | $53,475.02 | $265.20 | $53,740.22 | 182 |
| | Dec 09 | $71,651.00 | $6,616.41 | $78,267.41 | 228.8 |
| | Jan 10 | $36,327.50 | $4,907.50 | $41,235.00 | 115.4 |
| | Feb 10 | $49,951.50 | $299.60 | $50,251.10 | 165.8 |
| | Mar 10 | $66,631.94 | $2,148.66 | $68,780.66 | 202.8 |
| | Apr 10 | $92,225.50 | $0.00 | $92,225.50 | 276.7 |
| | May 10 | $137,977.50 | $0.00 | $137,977.50 | 411.8 |
| | Jun 10 | $23,510.00 | $0.00 | $23,510.00 | 68 |
| | Jul 10 | $17,373.12 | $0.00 | $17,373.12 | 64.4 |
| | Aug 10 | $23,957.50 | $543.04 | $24,500.54 | 72.1 |
| | Sep 10 | $23,106.37 | $60.37 | $23,166.74 | 62.4 |
| | Oct 10 | $35,527.50 | $143.06 | $35,670.56 | 121.4 |
| | Nov 10 | $31,720.50 | $195.00 | $31,915.50 | 104.4 |
| | Dec 10 | $5,887.62 | $201.41 | $6,089.03 | 24.1 |
| | Jan 11 | $6,510.00 | $0.00 | $6,510.00 | 29.2 |
| | Feb 11 | $6,507.50 | $63.86 | $6,571.36 | 32.5 |
| | Mar 11 | $6,568.77 | $0.00 | $6,568.77 | 15.4 |
| | Apr 11 | $13,994.50 | $600.00 | $14,594.50 | 32.2 |
| | May 11 | $66,390.50 | $3,401.42 | $69,791.92 | 177.2 |
| | Jun 11 | $9,387.42 | $0.00 | $9,387.42 | 22 |

# Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
## SUMMARY OF ATTORNEYS FEES AND EXPENSES
### JEFF JOYCE
### JOYCE, MCFARLAND MCFARLAND
Submitted through February 15, 2013 (Revised February 19, 2013)

| Month | Fees | Expenses | Total | Hours |
|---|---|---|---|---|
| Jul 11 | $6,581.12 | $1,519.35 | $8,100.47 | 16.7 |
| Aug 11 | $13,116.17 | $2,165.00 | $15,281.17 | 35.6 |
| Sep 11 | $23,003.50 | $0.00 | $23,003.50 | 61.9 |
| Oct 11 | $61,582.80 | $89.30 | $61,672.10 | 205.8 |
| Nov 11 | $37,594.82 | $714.73 | $38,309.55 | 128.9 |
| Dec 11 | $56,431.42 | $0.00 | $56,431.42 | 170.3 |
| Jan 12 | $71,203.00 | $0.00 | $71,203.00 | 217.8 |
| Feb 12 | $42,560.47 | $0.00 | $42,560.47 | 147 |
| Mar 12 | $29,246.70 | $411.08 | $29,657.78 | 103.1 |
| Apr 12 | $29,374.47 | $404.41 | $29,778.88 | 82.1 |
| May 12 | $52,528.00 | $7,691.57 | $60,219.57 | 133.6 |
| Jun 12 | $67,887.00 | $363.72 | $68,250.72 | 237 |
| Jul 12 | $57,066.50 | $0.00 | $57,066.50 | 181.7 |
| Aug 12 | $54,180.50 | $1,086.72 | $55,267.22 | 202.8 |
| Sep 12 | $78,772.50 | $9,715.01 | $88,487.51 | 230.7 |
| Oct 12 | $200,714.10 | $7,183.76 | $207,897.86 | 597.3 |
| Nov 12 | $189,600.52 | $21,088.83 | $210,689.35 | 519.7 |
| Dec-12 | $99,306.35 | $14,645.49 | $113,951.84 | 272.9 |
| Dec-12 | $24,628.75 | $2,760.36 | $27,389.11 | 84.1 |
| Jan-13 | $43,491.47 | $79.51 | $43,570.98 | 130.8 |
| Totals | $2,557,703.75 | $125,022.17 | **$2,682,725.92** | 7776.4 |

WFB-MK641823