# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

RTNJCIC
to Teggleston   SS AP TRANSMITTAL FORM

**Requestor:** teggleston

**Vendor Name:** LAW OFFICES OF JEFF JOYCE

**Invoice No.:** 20016

| | | Batch Control #: | BATCH002221 |
|---|---|---|---|
| | | Vendor #: | 04791 |
| | | Invoice Date: | 10/31/2008 |

190000295    0    Both        S    Deficiency    13059 - CRG20 - 00176        SALOMON 2000-C2

(36) Legal Fees        $16,558.84

$16,558.84

Doc-Pt

This form must be approved in accordance with the Cost Center Approval Matrix.

**Manager's Approval:** _____ See Attached

**Add'l Approval:** _____

**Add'l Approval:** _____    Date: 11/6/8

**Add'l Approval:** _____    Date: _____

**Add'l Approval:** _____

**Add'l Approval:** _____

Page 1 of 1

WFB-MK639787

Invoice submitted to:
ORIX Capital Markets LLC
1717 Main Street
9th Floor
Dallas, TX 75201

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|

**In Reference To: Konover (Labor)**

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/01/2008 | JJ | Reviewed brief draft response on diversity jurisdiction and provide comments to Erick Sandler | 0.70 at 550.00/hr | 385.00 |
| 10/02/2008 | JJ | Conference with Erick Sandler regarding diversity briefing issues. | 0.30 at 550.00/hr | 165.00 |
| 10/03/2008 | JJ | REview revised brief on diversity jurisdiction | 0.30 at 550.00/hr | 165.00 |
| 10/03/2008 | JJ | Telephone conference with Erick Sandler regarding briefing issues ▮▮▮▮▮ | 0.40 at 550.00/hr | 220.00 |
| 10/03/2008 | JJ | Team call to discuss diversity brief and to finalize same for filing with affidavits | 0.50 at 550.00/hr | 275.00 |
| 10/03/2008 | JJ | Review draft of motion to strick Murphy affidavit. | 0.40 at 550.00/hr | 220.00 |
| 10/05/2008 | JJ | Reviewed Konover reply briefs on reconsideration motions and provide comments/questions to ORIX trial team. | 0.80 at 550.00/hr | 440.00 |
| 10/06/2008 | JJ | Email note to team to schedule meeting to update on pending matters. | 0.20 at 550.00/hr | 110.00 |
| 10/06/2008 | JJ | Review Belt motion outline and provide comments to team. | 0.80 at 550.00/hr | 440.00 |
| 10/06/2008 | JJ | Email updates on discovery issues in reconsideration reply briefs. | 0.30 at 550.00/hr | 165.00 |
| 10/07/2008 | JJ | PHone conference with Andrew Schumacher regarding motion to terminate discovery master situation. | 0.30 at 550.00/hr | 165.00 |
| 10/09/2008 | JJ | Email exchange regarding Defendant compliance with Garfinkel order on document production | 0.30 at 550.00/hr | 165.00 |
| 10/09/2008 | JJ | Review and edit draft motion for recal of special discovery master. | 1.30 at 550.00/hr | 715.00 |
| 10/10/2008 | JJ | Reviewed defendants appeal brief dealing with Garfinkel's order for production of allegedly privileged document. | 0.40 at 550.00/hr | 220.00 |
| 10/10/2008 | JJ | Review and edit chart of Belt Motion disposition times and provide comments to Andrew Schumacher. | 0.30 at 550.00/hr | 165.00 |
| 10/12/2008 | JJ | Review pending case initiatives and update agenda for team conference call scheduled for October 15. | 0.40 at 550.00/hr | 220.00 |
| 10/13/2008 | JJ | Review revised chart showing David Belt time to disposition to be included with motion to witdraw order of reference to master. | 0.20 at 550.00/hr | 110.00 |
| 10/13/2008 | JJ | Review and revise draft Belt motion. | 0.40 at 550.00/hr | 220.00 |
| 10/14/2008 | JJ | Review revised motion to terminate discovery master. | 0.30 at 550.00/hr | 165.00 |
| 10/15/2008 | JJ | Conference with Erick Sandler regarding drafting issues on Belt brief. | 0.30 at 550.00/hr | 165.00 |
| 10/15/2008 | JJ | Email exchange among counsel team to reset standing conference call | 0.20 at 550.00/hr | 110.00 |
| 10/15/2008 | JJ | Review draft of reply brief on ordered production of document (Docket 495) | 0.60 at 550.00/hr | 330.00 |
| 10/16/2008 | JJ | Regular ORIX team conference call to review status. | 0.50 at 550.00/hr | 275.00 |
| 10/17/2008 | JJ | Reviewed revise draft of Belt Motion. | 0.30 at 550.00/hr | 165.00 |
| 10/17/2008 | JJ | Review reply briefing on diversity issue and email comments to ORIX team. | 0.30 at 550.00/hr | 165.00 |
| 10/20/2008 | JJ | Phone conference with Erick Sandler regarding objection to supplemental Murphy affidavit | 0.20 at 550.00/hr | 110.00 |
| 10/20/2008 | JJ | Review and edit draft motion to strike supplemental Bill Murphy affidavit. | 0.30 at 550.00/hr | 165.00 |
| 10/20/2008 | JJ | Review document production index in preparation for team conference call | 0.40 at 550.00/hr | 220.00 |
| 10/20/2008 | JJ | Team conference call to review documents productions and plan for | 1.30 at 550.00/hr | 715.00 |
| 10/21/2008 | JJ | review request for an admissions from defendants. email note to ORIX team | 0.50 at 550.00/hr | 275.00 |
| 10/22/2008 | JJ | Conference call with Erick Sandler and Kevin Clancy regarding review of Kostin work papers. | 0.40 at 550.00/hr | 220.00 |

WFB-MK639788

Invoice submitted to:
ORIX Capital Markets LLC
1717 Main Street
9th Floor
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice # | 20016 |
| Invoice Date | 10/31/2008 |
| For Services Through | 10/31/2008 |

| Date | | Description | Rate | Amount |
|---|---|---|---|---|
| 10/22/2008 | JJ | Update Brittany Maher on additional JH Cohn assignments. | 0.30 at 550.00/hr | 165.00 |
| 10/23/2008 | JJ | Review motion to dismiss to prepare for call with Erick Sandler and Jay Nolan. | 0.60 at 550.00/hr | 330.00 |
| 10/23/2008 | JJ | Prepare motion outline for hearing. | 0.40 at 550.00/hr | 220.00 |
| 10/23/2008 | JJ | Telephone conference with Jay Nolan and Erick Sandler regarding October 28 hearing and plan for same and regarding recent admission requests and response to saem. | 0.80 at 550.00/hr | 440.00 |
| 10/23/2008 | JJ | Review and edit draft letter to opposing counsel regarding withdrawal of objectionable requests for admissions. | 0.30 at 550.00/hr | 165.00 |
| 10/23/2008 | JJ | Email update to Brittany Maher and Greg May regarding presentaiton plan for motion to dismiss hearing. | 0.20 at 550.00/hr | 110.00 |
| 10/24/2008 | JJ | Conference between Jeff Joyce, Andrew Schumacher and Erick Sandler regarding document production on issues which may come up on hearing on motions to dismiss. | 0.30 at 550.00/hr | 165.00 |
| 10/24/2008 | JJ | Review lengthy letter from K&A regarding document production and Trustee's objections. | 0.30 at 550.00/hr | 165.00 |
| 10/27/2008 | JJ | Review all briefs in preparation for hearing on motions to dismiss and outline follow up items to discuss with Erick Sandler. | 4.00 at 550.00/hr | 2,200.00 |
| 10/27/2008 | JJ | Conference call with Erick Sandler to prepare for hearing on motion to dismiss. | 1.00 at 550.00/hr | 550.00 |
| 10/28/2008 | JJ | Prepare for and attend hearing on Motions to Dismiss. | 3.00 at 550.00/hr | 1,650.00 |
| 10/28/2008 | JJ | Outline case follow up activities and review Texas case expert report. | 1.50 at 550.00/hr | 825.00 |
| 10/29/2008 | JJ | Conference call between Jeff Joyce, Andrew Schumacher and Erick Sandler to outline case projects, status and follow up responsibility. | 0.70 at 550.00/hr | 385.00 |
| 10/30/2008 | JJ | Phone call with Kevin Clancy regarding status of expert documents review. | 0.20 at 550.00/hr | 110.00 |

In Reference To: **Konover (Expenses)**

| Date | | Description | | Amount |
|---|---|---|---|---|
| 10/28/2008 | JJ | Parking in Hartford. | 20.00 | 20.00 |
| 10/28/2008 | JJ | Hotel in Hartford for October 28 hearing. | 192.89 | 192.89 |
| 10/28/2008 | JJ | Air fare for Travel to Hartford for October 28 hearing. | 955.50 | 955.50 |
| 10/28/2008 | JJ | Car rental. Hartford hearing on October 28. | 235.45 | 235.45 |
| 10/28/2008 | JJ | Parking at IAH for October 27, 28 hearing in Hartford. | 30.00 | 30.00 |

Total Hours: 27.50 hrs
Labor: 15,125.00
Expenses: 1,433.84
Total Amount: 16,558.84

INVOICE APPROVED BY:
DATE: 11/6/08
EXPENSE TYPE:
SERVICING: LOAN REO DEF
REIMB BY: B T B/D NONREIMB
LOAN NO.: 1A-0000195
POOL NAME: SBM500-C

Total Labor: 15,125.00
Total Expenses: 1,433.84
Total Invoice Amount: 16,558.84
Previous Balance:
Balance (Amount Due):

Ignore past due is self new software screwy.

WFB-MK639789

Invoice submitted to:
ORIX Capital Markets LLC
1717 Main Street
9th Floor
Dallas, TX 75201

| Invoice # | 20016 |
|---|---|
| Invoice Date | 10/31/2008 |
| For Services Through | 10/31/2008 |

WFB-MK639790

hhfax

12:24:32
WFB-MK639791.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

| Requestor: | Eggleston | JE | | | Batch Control #: | BATCH002221 |
| Vendor Name: | JOYCE & MCFARLAND, LLP | | | | Vendor #: | 04801 |
| Invoice No.: | 20001 | | | | Invoice Date: | 11/24/2008 |

| 190000295 | 0 | Both | (36) Legal Fees | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $7,535.00 |
|  |  |  |  |  |  |  | $7,535.00 |

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

Manager's Approval: _Michael Mathes_

Add'l Approval: _Gmary_ 2-17-09

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Date: 2/10/09

Date:

Page 1 of 1

WFB-MK639791

Invoice submitted to:
ORIX Capital Markets LLC
1717 Main Street
Suite 900
Dallas, TX 75201

| | |
|---|---|
| Invoice # | 20001 |
| Invoice date | 11/24/2008 |
| For Services Through | 11/24/2008 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|

**In Reference To: Konover (Services)**

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/03/2008 | JJ | E-mail exchange with team to confirm rescheduling of standing team conference. | 0.30 at 550.00/hr | 165.00 |
| 11/03/2008 | JJ | Review reply memorandum submitted by K&A relating to production of one document ordered by Magistrate Garfinkel. | 0.40 at 550.00/hr | 220.00 |
| 11/06/2008 | JJ | Review draft Responses to Re | 0.20 at 550.00/hr | 110.00 |
| 11/06/2008 | JJ | Telephone conference between Jeff Joyce and Andrew Schumacher regarding comments on admission responses and follow up on same. | 0.20 at 550.00/hr | 110.00 |
| 11/07/2008 | JJ | Telephone conference call with Erick Sandler regarding follow up on David Belt issues. | 0.20 at 550.00/hr | 110.00 |
| 11/07/2008 | JJ | Email regarding scheduling of Belt hearing. | 0.20 at 550.00/hr | 110.00 |
| 11/07/2008 | JJ | Review Belt response. | 0.40 at 550.00/hr | 220.00 |
| 11/07/2008 | JJ | Review Defendants' response to motion to terminate discovery master. | 0.40 at 550.00/hr | 220.00 |
| 11/09/2008 | JJ | Review Konover's document production relating to lender consent for property and interest transfers. | 0.90 at 550.00/hr | 495.00 |
| 11/10/2008 | JJ | Telephone conference with Jay Nolan regarding recent communication with Mark Shipman. | 0.20 at 550.00/hr | 110.00 |
| 11/10/2008 | JJ | Review draft of letter response to Tim Shearing regarding with various discovery issues and note revisions. | 0.30 at 550.00/hr | 165.00 |
| 11/10/2008 | JJ | Email exchange with team regarding David Belt motion and ███████ | 0.20 at 550.00/hr | 110.00 |
| 11/10/2008 | JJ | Email to Steve Klaffky regarding production by defendants relating to lender consent for transfers. | 0.30 at 550.00/hr | 165.00 |
| 11/10/2008 | JJ | Office conference between Jeff Joyce and Andrew Schumacher regarding edits to draft letter to Tim Shearin on discovery issues. | 0.20 at 550.00/hr | 110.00 |
| 11/10/2008 | JJ | Attention to finalizing and forwarding letter to defendants regarding Tim Shearing discovery issues. | 0.20 at 550.00/hr | 110.00 |
| 11/11/2008 | JJ | Telephone conference with Lew Burleigh and follow up email with supporting documents, requesting Konover communications regarding asset transfers in December 2005. | 0.40 at 550.00/hr | 220.00 |
| 11/11/2008 | JJ | Review letters from Cheryl Rice and conference with Andrew Schumacher regarding response to same. | 0.20 at 550.00/hr | 110.00 |
| 11/11/2008 | JJ | Telephone conference with Bill Fay of Wells Fargo regarding ███████ | 0.30 at 550.00/hr | 165.00 |
| 11/13/2008 | JJ | Telephone conference with Andrew Schumacher regarding reply to Cheryl Rice letter. | 0.20 at 550.00/hr | 110.00 |
| 11/14/2008 | JJ | Telephone and email to Steve Klaffky regarding lender consent documents. | 0.20 at 550.00/hr | 110.00 |
| 11/14/2008 | JJ | Telephone calls to Lewis Burleigh, counsel for Wells Fargo on ███████ | 0.20 at 550.00/hr | 110.00 |
| 11/14/2008 | JJ | Review background on motions before David Belt in preparation for call with Jay Nolan and Erick Sandler. | 0.20 at 550.00/hr | 110.00 |
| 11/14/2008 | JJ | Conference call between Jeff Joyce, Jay Nolan and Erick Sandler to prepare plan for Belt discovery hearing on November 24. | 0.30 at 550.00/hr | 165.00 |
| 11/14/2008 | JJ | Email draft of letter to Belt in response to Shearin letter regarding agenda for November 24 hearing. Email follow up with ORIX team regarding same. | 0.50 at 550.00/hr | 275.00 |
| 11/14/2008 | JJ | Telephone conference with Greg May regarding ███████ | 0.30 at 550.00/hr | 165.00 |
| 11/17/2008 | JJ | Telephone conference with Lew Burleigh regarding documents relating to December 2005 property transfers and lender consents. | 0.20 at 550.00/hr | 110.00 |
| 11/17/2008 | JJ | Continued review draft admissions and letter to Cheryl Rice and provide comments to Andrew Schumacher. | 0.30 at 550.00/hr | 165.00 |

**WFB-MK639792**

## Joyce & McFarland LLP
700 Louisiana Street
Suite 2300
Houston, 77002
713 222.1112

Invoice submitted to:
ORIX Capital Markets LLC
1717 Main Street
Suite 900
Dallas, TX 75201

| | |
|---|---|
| Invoice # | 20001 |
| Invoice date | 11/24/2008 |
| For Services Through | 11/24/2008 |

| Date | By | Service Summary | Hours/Rate | Amount |
|------|----|-----------------|------------|--------|
| 11/17/2008 | JJ | Telephone conference with Jay Nolan regarding handling of David Belt appeal issues. | 0.20 at 550.00/hr | 110.00 |
| 11/17/2008 | JJ | Telephone conference with Erick Sandler regarding issues to be included in David Belt appeal issues. | 0.30 at 550.00/hr | 165.00 |
| 11/19/2008 | JJ | Review documents received from Lew Burleigh on Konover December 2005 transfers and requested lender consent. | 0.30 at 550.00/hr | 165.00 |
| 11/19/2008 | JJ | Email follow up with Lew Burleigh and Bill Fay to ███████ | 0.20 at 550.00/hr | 110.00 |
| 11/19/2008 | JJ | Team regulard conference call. | 0.30 at 550.00/hr | 165.00 |
| 11/19/2008 | JJ | Review draft admissions in light of Erick Sandler comments. | 0.20 at 550.00/hr | 110.00 |
| 11/23/2008 | JJ | Review outstanding motions and prepare for hearing before David Belt. | 4.30 at 550.00/hr | 2,365.00 |

Total Hours: 13.70 hrs
Services: 7,535.00
Total Amount: 7,535.00

Total Services: 7,535.00
Total Invoice Amount: 7,535.00
Previous Balance: 0.00
Balance (Amount Due): 7,535.00

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO DEF
REIMB BY: B
LOAN NO.:
POOL NAME:

WFB-MK639793

hhfax

12:24:52
WFB-MK639794.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

Requestor: teggleston

Vendor Name: JOYCE & MCFARLAND, LLP

Invoice No.: 20013

Batch Control #: BATCH002221

Vendor #: 04801

Invoice Date: 11/26/2008

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 | 00176 | SALOMON 2000-C2 | | $10,190.90 |
| | | | | | | | | | | $10,190.90 |

SPECIAL INSTRUCTIONS

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Date:

Date:

SS AP TRANSMITTAL FORM

See Attached

Page 1 of 1

**WFB-MK639794**

**Joyce & McFarland LLP**
700 Louisiana Street
Suite 2300
Houston, 77002
713 222.1112

Invoice submitted to:

ORIX Capital Markets LLC
1717 Main Street
Suite 900
Dallas, TX 75201

| Invoice # | 20013 |
|---|---|
| Invoice Date | 11/26/2008 |
| For Services Through | 11/26/2008 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| **In Reference To: Konover (Labor)** | | | | |
| 11/24/2008 | JJ | *Meeting* <br> Meeting with Erick Sandler and Jay Nolan to prepare for Belt hearing. | 1.50 at 550.00/hr | 825.00 |
| 11/24/2008 | JJ | *Court Time* <br> Hearing before David Belt on various discovery and reconsideration motions. | 9.50 at 550.00/hr | 5,225.00 |
| 11/25/2008 | JJ | Continued hearing on David Belt discovery motions. | 4.00 at 550.00/hr | 2,200.00 |
| 11/25/2008 | JJ | Telephone conference with Greg May, J. Nolan, and Erick Sandler to discuss results of hearing and next actions. | 0.50 at 550.00/hr | 275.00 |
| 11/25/2008 | JJ | Telephone conference with Brittany Maher to discuss results of hearings. | 0.20 at 550.00/hr | 110.00 |
| **In Reference To: Konover (Expenses)** | | | | |
| 11/26/2008 | JJ | *Travel/Lodging* <br> Taxi and parking fees associated with Hartford CT travel (hearing regarding Special Master, David Belt). | 130.00 | 130.00 |
| 11/26/2008 | JJ | *Travel/Lodging* <br> Hotel expenses incured in connection with hearing regarding Special Master. | 470.40 | 470.40 |
| 11/26/2008 | JJ | *Travel/Lodging* <br> Airline charges for Hartford, Connecticut travel regarding Special Master hearing. | 955.50 | 955.50 |

Total Hours: *15.70 hrs*
Labor: *8,635.00*
Expenses: ~~1,555.90~~
**Total Amount: 10,190.90**

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO
REIMB BY: B T R/T NONREIMB
LOAN NO.:
POOL NAME:

Total Labor: *8,635.00*
Total Expenses: *1,555.90*
**Total Invoice Amount: 10,190.90**
**Previous Balance: 0.00**

**WFB-MK639795**

**Balance (Amount Due): 19,705.90**

If Paid Before _12/24/08_
Please deduct early pay discount of $ _392.50_

WFB-MK639796

hhfax

12:48:20
WFB-MK640372.PDF

## Joyce & McFarland LLP
### 700 Louisiana Street
### Suite 2300
### Houston, 77002
### 713 222.1112

Invoice submitted to:

ORIX Capital Markets LLC
1717 Main Street
Suite 900
Dallas, TX 75201

| | |
|---|---|
| Invoice # | 20035 |
| Invoice Date | 12/23/2008 |
| For Services Through | 12/22/2008 |
| Terms: | Net 30 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | **In Reference To: Konover (Services)** | | |
| 11/28/2008 | JJ | Review cases dealing with commingling of funds and note distinctions and send email to Erick Sandler and Jay Nolan regarding same. | 0.40 at 550.00/hr | 220.00 |
| 12/01/2008 | JJ | Telephone conference with Erick Sandler regarding letter brief for David Belt. | 0.20 at 550.00/hr | 110.00 |
| 12/01/2008 | JJ | Telephone conference with Andrew Schumacher regarding review of letters from Cheryl Rice and Tim Shearin and preparation of responses. | 0.30 at 550.00/hr | 165.00 |
| 12/01/2008 | JJ | Outline agenda for team meeting to prepare for trial. | 0.20 at 550.00/hr | 110.00 |
| 12/02/2008 | JJ | Telephone conference call with experts regarding status of their work. | 0.50 at 550.00/hr | 275.00 |
| 12/02/2008 | JJ | Telephone conference with Erick Sandler to prepare an outline for team meeting. | 0.40 at 550.00/hr | 220.00 |
| 12/02/2008 | JJ | Office conference between Jeff Joyce and Andrew Schumacher regarding general responses to discovery letters from Cheryl Rice and Tim Shearin and plan for preparing responses. | 0.30 at 550.00/hr | 165.00 |
| 12/02/2008 | JJ | E-mail note to ORIX team regarding regular conference call and agenda for same. | 0.30 at 550.00/hr | 165.00 |
| 12/02/2008 | JJ | Review draft letter brief prepared by Erick Sandler in response to inquiries from David Belt. | 0.40 at 550.00/hr | 220.00 |
| 12/05/2008 | JJ | Review and respond to letter from Mark Baldwin regarding general ledger back up documents. | 0.40 at 550.00/hr | 220.00 |
| 12/05/2008 | JJ | Attention to update expert engagement letter. | 0.20 at 550.00/hr | 110.00 |
| 12/08/2008 | JJ | Telephone conference call with Ted Tucci regarding settlement with KCC. | 0.30 at 550.00/hr | 165.00 |
| 12/08/2008 | JJ | Telephone conference with Brittany Maher regarding ▬▬▬ | 0.20 at 550.00/hr | 110.00 |
| 12/08/2008 | JJ | Telephone conference call between Jeff Joyce, Brittany Maher and Greg May to ▬▬▬ | 0.40 at 550.00/hr | 220.00 |
| 12/09/2008 | JJ | Telephone conference with Jay Nolan regarding settlement inquiry from KCC. | 0.20 at 550.00/hr | 110.00 |
| 12/09/2008 | JJ | Telephone conference with Ted Tucci regarding response to KCC settlement inquiry. | 0.30 at 550.00/hr | 165.00 |
| 12/09/2008 | JJ | Telephone conference with Brittany Maher regarding ▬▬▬ | 0.30 at 550.00/hr | 165.00 |
| 12/09/2008 | JJ | E-mail update to team regarding KCC settlement situation. | 0.20 at 550.00/hr | 110.00 |

WFB-MK640372

| Date | | Description | Rate | Amount |
|---|---|---|---|---|
| 12/10/2008 | JJ | Telephone conference with Erick Sandler regarding preparation of agenda for ORIX/Konover team. | 0.20 at 550.00/hr | 110.00 |
| 12/12/2008 | JJ | Telephone conference with Ted Tucci regarding settlement response of KCC. | 0.30 at 550.00/hr | 165.00 |
| 12/12/2008 | JJ | Telephone conference with Jay Nolan regarding research of Connecticut law dealing with assignment of indemnity claim. | 0.20 at 550.00/hr | 110.00 |
| 12/12/2008 | JJ | Report to Brittany Maher and Greg May ██████████ | 0.20 at 550.00/hr | 110.00 |
| 12/14/2008 | JJ | General review of various document productions in preparation for team strategy conference. | 1.70 at 550.00/hr | 935.00 |
| 12/15/2008 | JJ | Telephone conference with Erick Sandler regarding highly confidential issues on document to be used in team conference call. | 0.20 at 550.00/hr | 110.00 |
| 12/15/2008 | JJ | Email document to ORIX team for use in conference call. | 0.20 at 550.00/hr | 110.00 |
| 12/15/2008 | JJ | Review letters from Defendants on discovery issues and outline for response prepared by Andrew Schumacher. | 0.40 at 550.00/hr | 220.00 |
| 12/15/2008 | JJ | Telephone conference with Tim Shearin and Andrew Schumacher regarding Shearin's questions on certain discovery issues. | 0.40 at 550.00/hr | 220.00 |
| 12/15/2008 | JJ | Team conference call to discuss and refine case strategy. | 1.80 at 550.00/hr | 990.00 |
| 12/15/2008 | JJ | Telephone conference with Paul Savoy regarding retrieval of documents to review discovery letter from Bill Murphy. | 0.20 at 550.00/hr | 110.00 |
| 12/15/2008 | JJ | Draft email to opposition regarding deposition scheduling. | 0.30 at 550.00/hr | 165.00 |
| 12/16/2008 | JJ | Email to Konover side proposed deposition schedule. | 0.20 at 550.00/hr | 110.00 |
| 12/16/2008 | JJ | Telephone conference with Bill Murphy regarding planned response time to letter from him on various document discovery issues and request that he retrieve and produce M Konover financial statements. | 0.20 at 550.00/hr | 110.00 |
| 12/16/2008 | JJ | Telephone conference with Andrew Schumacher regarding research support for discovery issue raised by Bill Murphy. | 0.20 at 550.00/hr | 110.00 |
| 12/16/2008 | JJ | Attention to scheduling conference call with expert team. | 0.30 at 550.00/hr | 165.00 |
| 12/16/2008 | JJ | Review request for admissions from Konover. | 0.20 at 550.00/hr | 110.00 |
| 12/17/2008 | JJ | Review research on settlement involving indemnification assignments received from Erick Sandler. | 0.40 at 550.00/hr | 220.00 |
| 12/17/2008 | JJ | Telephone conference with Brittany Maher regarding ██████████ | 0.30 at 550.00/hr | 165.00 |
| 12/17/2008 | JJ | Email note to ORIX team regarding KCC settlement issues and proposal. | 0.20 at 550.00/hr | 110.00 |
| 12/17/2008 | JJ | Review letter from Tim Shearin regarding discovery issues. | 0.20 at 550.00/hr | 110.00 |
| 12/17/2008 | JHM | Research Federal Civil Procedure & Evidence regarding work poroduct privileges, Texas work-product exemptions and related issues. | 1.00 at 415.00/hr | 415.00 |
| 12/17/2008 | JHM | Strategy conference with Jeff Joyce regarding work-product exemption research. | 0.10 at 415.00/hr | 41.50 |
| 12/17/2008 | JHM | Prepare memorandum on Texas work-product exemption and related issues. | 0.60 at 415.00/hr | 249.00 |
| 12/18/2008 | JJ | Telephone conference with Bill Fay regarding follow up with other Wells Fargo personnel on Konover property transfers in 2005. | 0.30 at 550.00/hr | 165.00 |
| 12/19/2008 | JJ | Email note to Ted Tucci outlining possible settlement terms with KCC. | 0.40 at 550.00/hr | 220.00 |
| 12/22/2008 | JJ | Conference call with expert witness team regarding next projects. | 0.40 at 550.00/hr | 220.00 |

*Total Hours:* 16.60 hrs
*Services:* 8,900.50
**Total Amount:** **8,900.50**

WFB-MK640373

Total Services: 8,900.50
Total Invoice Amount: 8,900.50
Previous Balance: 33,024.40
Balance (Amount Due): 66,145.34

If Paid Before _____
Please deduct early pay discount of $ _____

WFB-MK640374

# ORIX Capital Markets, LLC

SS AP TRANSMITTAL FORM

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: teggleston

Vendor Name: JOYCE & MCFARLAND, LLP

Invoice No.: 20072

Batch Control #: BATCH002221

Vendor #: 04801

Invoice Date: 02/02/2009

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | $ | Deficiency | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $22,802.92 |
| | | | | | | | | | $22,802.92 |

This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval: See Attached

Add'l Approval: _____

Add'l Approval: _____ Date: 2/19/09

Add'l Approval: _____ 2/24/09 Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Page 1 of 1

WFB-MK639797

Joyce & McFarland LLP
700 Louisiana Street
Suite 2300
Houston, 77002
713 222.1112

Invoice submitted to:
ORIX Capital Markets LLC
1717 Main Street
Suite 900
Dallas, TX 75201

| | Invoice # | 20072 |
|---|---|---|
| | Invoice date | 02/02/2009 |
| | For Services Through | 01/31/2009 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | **In Reference To: Konover (Services)** | | |
| 12/29/2008 | JJ | Review subpoenas and send note to ORIX team regarding handling of same. | 0.30 at 550.00/hr | 165.00 |
| 12/29/2008 | JJ | Telephone conference with Val Orther of Wells Fargo and email update to ORIX team regarding ▇▇▇▇▇▇▇▇▇ | 0.30 at 550.00/hr | 165.00 |
| 12/29/2008 | JJ | Attention to scheduling conference call with litigation team to set deposition schedule for January through March, 2009 | 0.30 at 550.00/hr | 165.00 |
| 12/29/2008 | JJ | Office conference with Paul Savoy regarding documents gathered for review in response to Bill Murphy letter on various Sarah Longson related documents. | 0.30 at 550.00/hr | 165.00 |
| 12/30/2008 | JJ | Review information for call to Tim Shearin and call with Shearin. | 0.30 at 550.00/hr | 165.00 |
| 12/30/2008 | JJ | Telephone call to Greg May's office to follow up on ▇▇▇▇▇▇▇ | 0.10 at 550.00/hr | 55.00 |
| 12/30/2008 | JJ | Telephone call to Mark Baldwin's office to inquire about call to review accounting system change and general ledger entries on same. | 0.20 at 550.00/hr | 110.00 |
| 12/30/2008 | JJ | Email update to ORIX team on ▇▇▇▇▇▇▇▇▇▇▇ | 0.20 at 550.00/hr | 110.00 |
| 12/30/2008 | JJ | Conference call between Jeff Joyce, Jay Nolan and Erick Sandler regarding case scheduling issues and draft proposed email to Konover counsel regarding same. | 1.00 at 550.00/hr | 550.00 |
| 12/30/2008 | JJ | Revise and send discovery scheduling note to Konover counsel. | 0.20 at 550.00/hr | 110.00 |
| 12/31/2008 | JJ | Email note to Ted Tucci regarding KCC settlement offer. | 0.20 at 550.00/hr | 110.00 |
| 01/02/2009 | JJ | Attention to letter response to Cheryl Rice on document production issues. | 0.30 at 550.00/hr | 165.00 |
| 01/02/2009 | JJ | Office conference between Jeff Joyce and Andrew Schumacher regarding letter to Cheryl Rice and supplements to same. | 0.30 at 550.00/hr | 165.00 |
| 01/02/2009 | JJ | Review draft request for admissions and note areas for revisions. | 0.50 at 550.00/hr | 275.00 |
| 01/02/2009 | JJ | Telephone conference with Andrew Schumacher regarding updates to admission requests. | 0.30 at 550.00/hr | 165.00 |
| 01/05/2009 | JJ | Conference with Andrew Schumacher to finish comments on admissions to opposing parties. | 0.30 at 550.00/hr | 165.00 |
| 01/05/2009 | JJ | Review, revise and edit letter response to Cheryl Rice regarding various discovery issues. | 0.30 at 550.00/hr | 165.00 |
| 01/07/2009 | JJ | Telephone conference with Andrew Schumacher on discovery issues. | 0.20 at 550.00/hr | 110.00 |
| 01/07/2009 | JJ | Attention to agenda for and rescheduling of team call. | 0.20 at 550.00/hr | 110.00 |
| 01/07/2009 | JJ | Telephone conference with Ted Tucci regarding KCC settlement discussion. | 0.20 at 550.00/hr | 110.00 |
| 01/07/2009 | JJ | Review of requests for admissions and note proposed responses and provide notes on same to Andrew Schumacher for formal responses.. | 0.30 at 550.00/hr | 165.00 |
| 01/07/2009 | JJ | Telephone conference with Bill Murphy regarding scheduling of depositions. | 0.50 at 550.00/hr | 275.00 |
| 01/07/2009 | JJ | Regular ORIX team conference call. | 0.40 at 550.00/hr | 220.00 |
| 01/08/2009 | JJ | Telephone conference with Andrew Schumacher regarding document production issues. | 0.20 at 550.00/hr | 110.00 |
| 01/09/2009 | JJ | Telephone conference with Jay Nolan and Tim Shearin regarding Belt | 0.40 at 550.00/hr | 220.00 |

WFB-MK639798

Joyce & McFarland LLP
700 Louisiana Street
Suite 2300
Houston, 77002
713 222.1112

FEB 0 3 2009

Invoice submitted to:
ORIX Capital Markets LLC
1717 Main Street
Suite 900
Dallas, TX 75201

| | Invoice # | 20072 |
|---|---|---|
| | Invoice date | 02/02/2009 |
| | For Services Through | 01/31/2009 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | and status of rulings and draft proposed email note to Belt requesting expedited hearing. | | |
| 01/09/2009 | JJ | Prepare email note to opponents regarding deposition schedule. | 0.40 at 550.00/hr | 220.00 |
| 01/10/2009 | JJ | Review privilege documents addressed in Bill Murphy letter. | 2.20 at 550.00/hr | 1,210.00 |
| 01/12/2009 | JJ | Office conference between Jeff Joyce and Paul Savoy to review privilege log documents questioned by Bill Murphy. | 0.70 at 550.00/hr | 385.00 |
| 01/12/2009 | JJ | Review proposed admission responses and provide comments to Andrew Schumacher. | 0.30 at 550.00/hr | 165.00 |
| 01/12/2009 | JJ | Conference call with Tonya Moore to discuss ███████████ | 0.30 at 550.00/hr | 165.00 |
| 01/12/2009 | JJ | Telephone conference with Greg May to ███████████████ | 0.30 at 550.00/hr | 165.00 |
| 01/12/2009 | JJ | Attempts to reach Bill Murphy to discuss his questions on privilege logs. | 0.30 at 550.00/hr | 165.00 |
| 01/12/2009 | JJ | Review FTI subpoena and email note to ORIX team regarding handling of same. | 0.20 at 550.00/hr | 110.00 |
| 01/12/2009 | JJ | Compare report and testimony of Texas litigation experts to Defendants requests for admissions and provide comments to Andrew Schumacher. | 0.30 at 550.00/hr | 165.00 |
| 01/13/2009 | JJ | Conference call with expert witness team regarding projects. | 0.30 at 550.00/hr | 165.00 |
| 01/13/2009 | JJ | Telephone conference with Bill Murphy regarding privilege document issues. | 0.40 at 550.00/hr | 220.00 |
| 01/15/2009 | JJ | Telephone conference with Erick Sandler regarding defendants' position on production of records relating to 2005 transfer costs. | 0.30 at 550.00/hr | 165.00 |
| 01/15/2009 | JJ | Conference with Paul Savoy regarding document production issues. | 0.30 at 550.00/hr | 165.00 |
| 01/15/2009 | JJ | Telephone conference with Ted Tucci regarding settlement counteroffer, conference with Brittany Maher regarding same and email note to ORIX team on settlement issues. | 0.80 at 550.00/hr | 440.00 |
| 01/16/2009 | JJ | Work on discovery schedule issues and defendants' proposal; email note to ORIX team regarding same. | 0.50 at 550.00/hr | 275.00 |
| 01/16/2009 | JJ | Telephone conference with Jay Nolan regarding Belt situation with no rulings. | 0.30 at 550.00/hr | 165.00 |
| 01/16/2009 | JJ | Follow up with Greg May regarding ███████████ | 0.20 at 550.00/hr | 110.00 |
| 01/16/2009 | JJ | Conference and email note with Andrew Schumacher regarding Tim Shearin discovery issues. | 0.30 at 550.00/hr | 165.00 |
| 01/16/2009 | JJ | Telephone conference call between Jeff Joyce, Jay Nolan, Tim Shearin and Mary Smith of Judge Garfinkel's office regarding Belt situation. | 0.30 at 550.00/hr | 165.00 |
| 01/16/2009 | JJ | Email note for ORIX team on call with Mary Smith. | 0.30 at 550.00/hr | 165.00 |
| 01/16/2009 | JJ | Conference with Brittany Maher regarding ███████████ | 0.30 at 550.00/hr | 165.00 |
| 01/19/2009 | JJ | Attention to deposition scheduling, including calls to Clint Loffman, John Dinan, Bill Fay and Doug Goldrick. | 0.90 at 550.00/hr | 495.00 |
| 01/19/2009 | JJ | Telephone conference with Ted Tucci regarding settlement with KCC. | 0.20 at 550.00/hr | 110.00 |
| 01/19/2009 | JJ | Telephone conference with Bill Murphy regarding various scheduling issues. | 0.20 at 550.00/hr | 110.00 |
| 01/19/2009 | JJ | Email note to team regarding preparation of Rule 30b6 deposition notices for February and March 2009 depositions. | 0.20 at 550.00/hr | 110.00 |
| 01/19/2009 | JJ | Prepare agenda for regular team call. | 0.40 at 550.00/hr | 220.00 |
| 01/20/2009 | JJ | Review amended answers and note areas for discovery follow up. | 0.90 at 550.00/hr | 495.00 |
| 01/20/2009 | JJ | Telephone conference with Jay Nolan regarding standing conference | 0.20 at 550.00/hr | 110.00 |

WFB-MK639799

Joyce & McFarland LLP
700 Louisiana Street
Suite 2300
Houston, 77002
713 222.1112

FEB 0 3 2009

Invoice submitted to:
ORIX Capital Markets LLC
1717 Main Street
Suite 900
Dallas, TX 75201

| | | Invoice # | 20072 |
|---|---|---|---|
| | | Invoice date | 02/02/2009 |
| | | For Services Through | 01/31/2009 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | call agenda. | | |
| 01/20/2009 | JJ | Telephone conference with Doug Goldrick regarding deposition schedule. | 0.20 at 550.00/hr | 110.00 |
| 01/20/2009 | JJ | Telephone conference with Paul Savoy regarding retrieval of prior interrogatory responses. | 0.20 at 550.00/hr | 110.00 |
| 01/20/2009 | JJ | Review prior interrogatory responses. | 0.30 at 550.00/hr | 165.00 |
| 01/20/2009 | JJ | Office conference with Lindsey Simmons regarding preparation of supplemental interrogatories. | 0.40 at 550.00/hr | 220.00 |
| 01/20/2009 | JJ | Telephone conference with Clint Lofman regarding deposition scheduling. | 0.40 at 550.00/hr | 220.00 |
| 01/20/2009 | JJ | Telephone conference with Brittany Maher regarding discovery scheduling. | 0.40 at 550.00/hr | 220.00 |
| 01/20/2009 | LS | Receipt and review of amended answers (.5); began analysis of defenses in preparation for interrogatories (.3); discussed same with Jeff Joyce and Eric (.5). | 1.30 at 230.00/hr | 299.00 |
| 01/21/2009 | JJ | Emails with Bill Murphy confirming scheduling of various depositions. | 0.20 at 550.00/hr | 110.00 |
| 01/21/2009 | JJ | Telephone conference wiht Brittany and Doug Miller regarding background on Carl Verstandig as possible witness. | 0.30 at 550.00/hr | 165.00 |
| 01/21/2009 | JJ | Confirm deposition scheduling with Doug Goldrick and Clint Lofman | 0.30 at 550.00/hr | 165.00 |
| 01/21/2009 | JJ | Telephone conference with Bill Murphy regarding Lofman witness fee. | 0.30 at 550.00/hr | 165.00 |
| 01/21/2009 | JJ | Review supplemental subpoena to Peerless regarding attorneys fees costs of transfers and provide comments to Erick Sandler. | 0.30 at 550.00/hr | 165.00 |
| 01/21/2009 | JJ | Telephone conference with Erick Sandler regarding Peerless position on producing documents of certain attorneys fees. | 0.20 at 550.00/hr | 110.00 |
| 01/21/2009 | JJ | Review supplemental disclosures from K&A and send same to ORIX team with comments | 0.30 at 550.00/hr | 165.00 |
| 01/21/2009 | JJ | Regular Konover team call. | 0.80 at 550.00/hr | 440.00 |
| 01/21/2009 | LS | Analyzed amended petitions and interrogatories and drafted new interrogatories to all defendants. | 5.20 at 230.00/hr | 1,196.00 |
| 01/22/2009 | JJ | Telephone conference with Jay Nolan regarding deposition coverage responsibility and scheduling issues. | 0.30 at 550.00/hr | 165.00 |
| 01/22/2009 | JJ | Email note to team regarding plan for deposition scheduling and coverage. | 0.40 at 550.00/hr | 220.00 |
| 01/22/2009 | JJ | Telephone conference with David Sellman, counsel to Carl Verstandig, possible witness in case. | 0.30 at 550.00/hr | 165.00 |
| 01/22/2009 | JJ | Telephone conference with Bill Fay of Wells Fargo regarding deposition scheduling and his availability for March dates. | 0.30 at 550.00/hr | 165.00 |
| 01/23/2009 | JJ | Emails to Bill Murphy regarding deposition scheduling. | 0.30 at 550.00/hr | 165.00 |
| 01/23/2009 | JJ | Prepare materials for ORIX counsel conference call on deposition outlines. | 0.20 at 550.00/hr | 110.00 |
| 01/23/2009 | JJ | Conference call with Jay Nolan, Erick Sandler and Paul Savoy to review and outline deposition topics and materials needed for witness files. | 1.30 at 550.00/hr | 715.00 |
| 01/25/2009 | JJ | Detailed review of documents to be provided to Defendants, previously scheduled as privileged documents. | 1.40 at 550.00/hr | 770.00 |
| 01/26/2009 | JJ | Telephone conference with Bill Murphy regarding proceeding with depositions of KFLP and MCK, Inc. in light of Belt ruling status. | 0.30 at 550.00/hr | 165.00 |
| 01/26/2009 | JJ | Telephone conference with Jay Nolan regarding action plan on Belt situation. | 0.20 at 550.00/hr | 110.00 |

WFB-MK639800

Joyce & McFarland LLP
700 Louisiana Street
Suite 2300
Houston, 77002
713 222.1112

FEB 0 3 2009

Invoice submitted to:
ORIX Capital Markets LLC
1717 Main Street
Suite 900
Dallas, TX 75201

| | Invoice # | 20072 |
|---|---|---|
| | Invoice date | 02/02/2009 |
| For Services Through | | 01/31/2009 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| 01/26/2009 | JJ | Draft email to Belt regarding need for rulings in light of approaching depositions and send to ORIX team for comment. | 0.30 at 550.00/hr | 165.00 |
| 01/26/2009 | JJ | Email exchange with Tim Shearin on document production issues. | 0.20 at 550.00/hr | 110.00 |
| 01/26/2009 | JJ | Finalize and send email to David Belt requesting ruling on pending motions. | 0.20 at 550.00/hr | 110.00 |
| 01/26/2009 | JJ | Review draft interrogatories to defendants in light of recent answers and affirmative defenses. | 0.30 at 550.00/hr | 165.00 |
| 01/26/2009 | JJ | Conference call with Erick Sandler to comment on draft interrogatories to defendants. | 0.40 at 550.00/hr | 220.00 |
| 01/26/2009 | JJ | Email note to Bill Murphy regarding proceeding with February 10, 11 and 12 depositions and possible March 20 clean up of issues depending on Belt ruling timing. | 0.20 at 550.00/hr | 110.00 |
| 01/26/2009 | JJ | Assemble corporate representative deposition notices and forward same to Erick Sandler. | 0.30 at 550.00/hr | 165.00 |
| 01/26/2009 | JJ | Detailed review of defendants' supplemental disclosures and email inquiry about document production noted in disclosures. | 0.50 at 550.00/hr | 275.00 |
| 01/26/2009 | JJ | Email follow up with Tim Shearin on defendants' document production in light of note in supplemental disclosures. | 0.20 at 550.00/hr | 110.00 |
| 01/27/2009 | JJ | Review and revision of corporate representative deposition notices for Blackboard, MCK and KFLP. | 0.90 at 550.00/hr | 495.00 |
| 01/27/2009 | JJ | Telephone conference with Jay Nolan regarding request for status conference with Magistrate Garfinkel in light of no ruling from David Belt. | 0.20 at 550.00/hr | 110.00 |
| 01/27/2009 | JJ | Draft note to ORIX team and proposed letter to Magistrate Garfinkel requesting status conference. | 0.30 at 550.00/hr | 165.00 |
| 01/27/2009 | JJ | Review M Konover 2nd request for admissions and coordinate review by Don Proctor and Meg McKee. | 0.30 at 550.00/hr | 165.00 |
| 01/27/2009 | JJ | Telephone conference with Jay Nolan regarding draft letter to Judge Garfinkel requesting status conference. | 0.30 at 550.00/hr | 165.00 |
| 01/27/2009 | JJ | Draft stipulation for production of privilege log documents. | 0.30 at 550.00/hr | 165.00 |
| 01/27/2009 | JJ | Review outline of deposition file documents and topic outline. | 0.30 at 550.00/hr | 165.00 |
| 01/28/2009 | JJ | Email exchange with Doug Goldrick confirming deposition schedule. | 0.20 at 550.00/hr | 110.00 |
| 01/28/2009 | JJ | Telephone conference with Kevin Clancey regarding electronic general ledgers. | 0.20 at 550.00/hr | 110.00 |
| 01/28/2009 | JJ | Telephone conference with Brittany Maher regarding deposition schedule and preparation. | 0.20 at 550.00/hr | 110.00 |
| 01/28/2009 | JJ | Telephone conference with Erick Sandler regarding matters to be covered in Vicki Konover deposition. | 0.30 at 550.00/hr | 165.00 |
| 01/28/2009 | JJ | Attention to forwarding proposed document production stipulation to ORIX team for comment. | 0.20 at 550.00/hr | 110.00 |
| 01/28/2009 | JJ | Telephone conference with Ted Tucci to discuss KCC settlement and email note to ORIX team regarding details of settlement offer. | 0.40 at 550.00/hr | 220.00 |
| 01/28/2009 | JJ | Telephone conference with Jay Nolan regarding Konover deposition. | 0.20 at 550.00/hr | 110.00 |
| 01/28/2009 | JJ | Review privilege redactions from Frame Up reports and catergorize same. | 0.40 at 550.00/hr | 220.00 |
| 01/29/2009 | JJ | Provide updated privilege list comments on frame up reports to Paul Savoy for updated log. | 0.40 at 550.00/hr | 220.00 |
| 01/29/2009 | JJ | Email Mary Smith letter regarding Belt rulings to ORIX team. | 0.20 at 550.00/hr | 110.00 |

WFB-MK639801

Joyce & McFarland LLP
700 Louisiana Street
Suite 2300
Houston, 77002
713.222.1112

Invoice submitted to:
ORIX Capital Markets LLC
1717 Main Street
Suite 900
Dallas, TX 75201

| | Invoice # | 20072 |
|---|---|---|
| | Invoice date | 02/02/2009 |
| For Services Through | | 01/31/2009 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| 01/29/2009 | JJ | Email note to Bill Fay to confirm proposed dates for Wells Fargo deposition. | 0.20 at 550.00/hr | 110.00 |
| 01/29/2009 | JJ | Began review of John Dinan deposition in Texas case for production in this case. | 0.30 at 550.00/hr | 165.00 |
| 01/30/2009 | JJ | Review Ripple deposition notice and provide comments to Erick Sandler. | 0.20 at 550.00/hr | 110.00 |
| 01/30/2009 | JJ | Telephone conference with Jay Nolan regarding discovery schedule in light of Belt and Garfinkel communications. | 0.20 at 550.00/hr | 110.00 |
| 01/30/2009 | JJ | Email exchange with Bill Murphy and attention to forwarding draft of stipulation for production of privilege log materials. | 0.20 at 550.00/hr | 110.00 |

In Reference To: Konover (Expenses)

| | | | | |
|---|---|---|---|---|
| 01/31/2009 | JJ | J&M in-house copying charges for month of January 2009. | 22.92 | 22.92 |

Total Hours: 45.20 hrs
Services: 22,780.00
Expenses: 22.92
Total Amount: 22,802.92

Total Services: 22,780.00
Total Expenses: 22.92
Total Invoice Amount: 22,802.92

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO DEP
REIMB BY: B T B/T NONREIMB
LOAN NO.:
POOL NAME:

If Paid Before March 2, 2009
Please deduct early pay discount of $ 1,130.00

WFB-MK639802