**JMM**
JOYCE, McFARLAND + McFARLAND LLP

Attorneys at Law
712 Main Street, Suite 1500
Houston, TX 77002
Main 713.222.1112  Fax 713.513.5577

Invoice Number: 30035
Invoice Date: February 08, 2013
Invoice Period: 1/1/13 - 1/31/13
File Number: ORI400.00007

To: **ORIX Capital Markets LLC**
1717 Main Street, Suite 900
Dallas, TX
75201

Attorney: Jeff Joyce

Reference: **Michael Konover**
ICN: 7789485

| *Fees Incurred* | | | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 01/02/13 | JLJ | Email exchange with Tim Shearin regarding settlement issues. | 0.30 | 595.00 | 178.50 |
| | JLJ | Telephone conference with Jay Nolan regarding ▇▇▇ | 0.30 | 595.00 | 178.50 |
| | JLJ | Emails with Greg May and Jay Nolan regarding ▇▇▇ | 0.30 | 595.00 | 178.50 |
| | JLJ | Telephone conference with Erick Sandler regarding discovery relating to attorneys' fees. | 0.30 | 595.00 | 178.50 |
| | JLJ | Telephone conference between Jeff Joyce, Greg May and Jay Nolan to discuss ▇▇▇ | 0.40 | 595.00 | 238.00 |
| | JLJ | Draft letter to Konover counsel regarding request for additional information and deposition of Michael Konover. | 0.90 | 595.00 | 535.50 |
| | SW | Organize file documents, including recent attorneys fees document production and financial statements received from Konover. | 2.00 | 175.00 | 350.00 |
| | SW | Research ▇▇▇ | 1.50 | 175.00 | 262.50 |
| | SW | Review all ▇▇▇ | 1.30 | 175.00 | 227.50 |
| | LES | Drafted, edited and revised ▇▇▇ | 1.40 | 305.00 | 427.00 |
| | LES | Drafted, edited and revised ▇▇▇ | 2.30 | 305.00 | 701.50 |
| | LES | Review of edits to Nolan declaration and matched same to Joyce report. | 0.60 | 305.00 | 183.00 |
| | LES | Review and analysis of trial transcripts for ▇▇▇ | 3.50 | 305.00 | 1,067.50 |

Page No. 1

**WFB-MK641687**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/13 | JLJ | Email exchanges regarding ▓▓▓ and conference call between Greg May, Jeff Joyce and Jay Nolan regarding ▓▓▓ | 0.30 | 595.00 | 178.50 |
| | JLJ | Quick research regarding ▓▓▓ | 0.20 | 595.00 | 119.00 |
| | SW | Conference with Jeff Joyce regarding deadlines. | 0.10 | 175.00 | 17.50 |
| | SW | Communications with Greg May and Brittany Maher regarding ▓▓▓ | 0.20 | 175.00 | 35.00 |
| | SW | Mark financial documents received from Michael Konover as "Confidential." | 2.00 | 175.00 | 350.00 |
| | SW | Research rulings pertaining to attorney's fees and communication with Jeff Joyce regarding same. | 1.20 | 175.00 | 210.00 |
| | SW | Communications with Day Pitney regarding trial exhibits. | 0.50 | 175.00 | 87.50 |
| | SW | Organize file documents, including those pertaining to attorney fee claims. | 1.00 | 175.00 | 175.00 |
| | LES | Drafted, edited and revised May and Joyce reports and email correspondence regarding same. | 4.40 | 305.00 | 1,342.00 |
| 01/04/13 | SW | Continue marking personal financial records of Michael Konover as "Confidential." | 2.50 | 175.00 | 437.50 |
| | SW | Run OCR on attorney invoices submitted as supports for attorney's fee claim. | 1.50 | 175.00 | 262.50 |
| | SW | Organize documents pertaining to attorney's fee claim. | 0.40 | 175.00 | 70.00 |
| 01/07/13 | JLJ | Review 2012 Financial Statement materials received from Konover. | 1.50 | 595.00 | 892.50 |
| | JLJ | Conference call between Jeff Joyce, Erick Sandler and Lindsey Simmons to discuss ▓▓▓ | 0.70 | 595.00 | 416.50 |
| | JLJ | Telephone conference with Greg May regarding ▓▓▓ | 0.30 | 595.00 | 178.50 |
| | JLJ | Email exchange with counsel team to coordinate the conference call for review of Konover documents. | 1.00 | 595.00 | 595.00 |
| | JLJ | Telephone call to Brittany Maher's office regarding ▓▓▓ | 0.20 | 595.00 | 119.00 |
| | JLJ | Revisions to letter to Konover requesting additional documents and deposition. | 0.30 | 595.00 | 178.50 |
| | JLJ | Office conference between Jeff Joyce and Lindsey Simmons regarding ▓▓▓ | 0.40 | 595.00 | 238.00 |
| | JLJ | Attention to forwarding letter to Konover's counsel requesting additional documents and depositions. | 0.20 | 595.00 | 119.00 |
| | JLJ | Conference call involving ORIX team to ▓▓▓ | 1.50 | 595.00 | 892.50 |
| | JLJ | Update and provide comments on expert witness report format. | 0.60 | 595.00 | 357.00 |
| | JLJ | Review, revise and provide comments on Jay Nolan report format. | 0.30 | 595.00 | 178.50 |

WFB-MK641688

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | SW | Mark personal financial documents of Michael Konover as "Confidential." | 0.30 | 175.00 | 52.50 |
| | SW | Locate and organize documents for attorney review and communications with Day Pitney regarding same. | 1.50 | 175.00 | 262.50 |
| | SW | Prepare for and attend conference call with litigation team regarding various projects. | 1.50 | 175.00 | 262.50 |
| | SW | Prepare ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.00 | 175.00 | 175.00 |
| | SW | Begin compiling biographies for attorneys and paralegals that performed work on Konover litigation, including timekeepers at Winstead and Joyce firms. | 0.30 | 175.00 | 52.50 |
| | LES | Conference call regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.50 | 305.00 | 457.50 |
| | LES | Review and analysis ▓▓▓▓▓▓ and email memorandum to group regarding ▓▓▓▓▓▓▓▓ same. | 3.50 | 305.00 | 1,067.50 |
| | LES | Reviewed, drafted, edited and revised May and Joyce reports and email correspondence regarding same. | 5.60 | 305.00 | 1,708.00 |
| 01/08/13 | JLJ | Review letter from Konover regarding discovery issues. | 0.30 | 595.00 | 178.50 |
| | JLJ | Email note to ORIX team regarding ▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 | 595.00 | 119.00 |
| | JLJ | Prepare initial draft of reply to Konover response on discovery issues. | 1.10 | 595.00 | 654.50 |
| | JLJ | Revisions to letter regarding Konover asset discovery and attention to forwarding same to ORIX team for comment. | 0.40 | 595.00 | 238.00 |
| | JLJ | Telephone conference between Jeff Joyce and Erick Sandler to review ▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 | 595.00 | 297.50 |
| | JLJ | Telephone conference with Greg May regarding ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 | 595.00 | 178.50 |
| | JLJ | Review materials ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and provide comments to Erick Sandler. | 0.60 | 595.00 | 357.00 |
| | JLJ | Review and revise draft and information for Jay Nolan's expert witness report and provide comments. | 0.60 | 595.00 | 357.00 |
| | JLJ | Telephone conference between Jeff Joyce, Erick Sandler and Jay Nolan regarding ▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 | 595.00 | 297.50 |
| | JLJ | Revise letter to Konover replying on asset discovery issues. | 0.40 | 595.00 | 238.00 |
| | JLJ | Telephone conference with Greg May regarding ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 | 595.00 | 178.50 |
| | JLJ | Additional review, revisions and comments on Jay Nolan's draft expert disclosure. | 0.30 | 595.00 | 178.50 |
| | JLJ | Attention to final review, revision and forwarding of discovery letter to Konover counsel. | 0.40 | 595.00 | 238.00 |
| | SW | Research and compile biographies and resumes of all timekeepers in preparation of production to Defendants and communications with Jeff Joyce, Lindsey Simmons and Winstead firm regarding same. | 2.50 | 175.00 | 437.50 |

WFB-MK641689

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| | LES | Coordinated information regarding former paralegal staff for attorneys' fees issues. | 1.30 | 305.00 | 396.50 |
| | LES | Email correspondence regarding attorneys' fees elements and discussed same with Jeff Joyce. | 0.80 | 305.00 | 244.00 |
| | LES | Edited and revised attorneys' fees reports and conferences regarding same. | 7.20 | 305.00 | 2,196.00 |
| | LES | Review of Fitzgerald report. | 0.30 | 305.00 | 91.50 |
| 01/09/13 | JLJ | Work on report of Jeff Joyce. | 0.30 | 595.00 | 178.50 |
| | JLJ | Review and provide comments for report of Greg May. | 0.30 | 595.00 | 178.50 |
| | JLJ | Email exchange with ORIX team regarding [redacted] | 0.30 | 595.00 | 178.50 |
| | JLJ | Review report of Tony Fitzgerald and provide comments to Erick Sandler. | 0.50 | 595.00 | 297.50 |
| | JLJ | Telephone conference with Brittany Maher regarding [redacted] | 0.30 | 595.00 | 178.50 |
| | SW | Organizing file documents pertaining to Attorney's Fee Claim. | 0.30 | 175.00 | 52.50 |
| | SW | Organize Confidential documents provided by Michael Konover. | 0.20 | 175.00 | 35.00 |
| | SW | Continue compiling biographies and resumes of timekeepers and communications with Winstead regarding same. | 1.00 | 175.00 | 175.00 |
| | SW | Locate documents for attorney review. | 1.40 | 175.00 | 245.00 |
| | SW | Calendar deadlines. | 0.20 | 175.00 | 35.00 |
| | SW | Draft spreadsheet of Proctor time by timekeeper by year and communications with Proctor & McKee, Day Pitney and Lindsey Simmons regarding same. | 2.50 | 175.00 | 437.50 |
| | LES | Conference with Meg McKee regarding attorneys' fees issue and follow up regarding same. | 1.00 | 305.00 | 305.00 |
| | LES | Edited and revised attorneys' fees reports and coordinated same with Jeff Joyce. | 3.10 | 305.00 | 945.50 |
| | LES | Coordinated attorneys' fees expert report issues with Jeff Mueller and revisions to reports. | 2.90 | 305.00 | 884.50 |
| | LES | Coordinated table for Maryland attorneys' fees issue for inclusion in reports and discussed same with Sherry Webre. | 1.90 | 305.00 | 579.50 |
| 01/10/13 | JLJ | Final review of expert witness report on attorneys' fees. | 0.40 | 595.00 | 238.00 |
| | JLJ | Telephone conference with Erick Sandler regarding coordination for final submission of expert witness reports. | 0.30 | 595.00 | 178.50 |
| | JLJ | Telephone conference with Jay Nolan regarding follow up with [redacted] | 0.20 | 595.00 | 119.00 |
| | SW | Organize exhibits to accompany expert report of Jeff Joyce, Jay Nolan, Erick Sandler and Greg May and communications with Day Pitney and Lindsey Simmons regarding same. | 1.80 | 175.00 | 315.00 |

WFB-MK641690

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | SW | Revise Attorney Fee Summary Charts (JMM and ORIX versions) ███ | 0.90 | 175.00 | 157.50 |
| | SW | Assist in preparation of documents needed to expert report deadline. | 1.60 | 175.00 | 280.00 |
| | LES | Conference with Erick Sandler regarding expert report edits and revised same. | 1.50 | 305.00 | 457.50 |
| | LES | Coordinated final expert reports and conferences with team regarding same. | 4.50 | 305.00 | 1,372.50 |
| 01/11/13 | JLJ | Email exchange regarding follow up on attorneys' fee claim issues. | 0.20 | 595.00 | 119.00 |
| | JLJ | Review ███ prepared by Brittany Maher. | 0.30 | 595.00 | 178.50 |
| | JLJ | Email exchange with Greg May regarding ███ | 0.30 | 595.00 | 178.50 |
| | SW | Organize document productions pertaining to attorney's fees claim and communications with Day Pitney regarding same. | 1.50 | 175.00 | 262.50 |
| 01/14/13 | JLJ | Email relating to letter received from Tim Shearin regarding discovery issues. | 0.30 | 595.00 | 178.50 |
| | JLJ | Email exchange from Greg May regarding ███ | 0.30 | 595.00 | 178.50 |
| | JLJ | Telephone conference with Jay Nolan regarding ███ | 0.30 | 595.00 | 178.50 |
| | JLJ | Forward ███ to ORIX team. | 0.20 | 595.00 | 119.00 |
| | JLJ | Detailed review of Shearin letter response and note reply points. | 0.30 | 595.00 | 178.50 |
| | JLJ | Telephone calls to Jay Nolan and Greg May regarding ███ | 0.30 | 595.00 | 178.50 |
| | JLJ | Email note to Greg May regarding ███ | 0.20 | 595.00 | 119.00 |
| | JLJ | Email exchange with Jeff Mueller regarding attorneys' fees discovery issues. | 0.20 | 595.00 | 119.00 |
| | JLJ | Email exchange with Brittany Maher regarding ███ | 0.20 | 595.00 | 119.00 |
| | SW | Research Michael Konover and Konover entities. | 0.40 | 175.00 | 70.00 |
| 01/15/13 | JLJ | Email exchange with Tim Shearin regarding receipt of Konover documents. | 0.20 | 595.00 | 119.00 |
| | JLJ | Draft letter response to Tim Shearin regarding discovery issues under Standstill Agreement. | 1.30 | 595.00 | 773.50 |
| | JLJ | Revise draft letter to Tim Shearin and forward same to ORIX team ███. | 0.40 | 595.00 | 238.00 |
| | JLJ | Review documents produced by Konover and attention to disseminating same to ORIX team. | 0.40 | 595.00 | 238.00 |
| | JLJ | Telephone conference with Jay Nolan regarding comments on letter to Tim Shearin. | 0.30 | 595.00 | 178.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | JLJ | Review outline prepared by Erick Sandler in preparation for attorneys' fees motion and provide comments. | 0.20 | 595.00 | 119.00 |
| | JLJ | Attention to forwarding letter to Tim Shearin in reply to Standstill Order issues. | 0.20 | 595.00 | 119.00 |
| | SW | Research trial transcripts and deposition transcripts for ██████ | 1.20 | 175.00 | 210.00 |
| | SW | Conference with Jeff Joyce regarding tasks to be performed. | 0.30 | 175.00 | 52.50 |
| 01/16/13 | JLJ | Email exchange regarding settlement offers and counteroffers. | 0.30 | 595.00 | 178.50 |
| | JLJ | Review charging order information. | 0.30 | 595.00 | 178.50 |
| | JLJ | Email exchange with ORIX team to schedule a call to discuss settlement response. | 0.30 | 595.00 | 178.50 |
| | JLJ | Conference call between Jeff Joyce, Greg May, Jay Nolan and Erick Sandler ██████ | 0.30 | 595.00 | 178.50 |
| | SW | Bates label and duplicate confidential Konover financial documents and prepare for transmittal to Brittany Maher and Greg May. | 1.20 | 175.00 | 210.00 |
| | SW | Communications with Day Pitney regarding Konover's production of financial documents. | 0.30 | 175.00 | 52.50 |
| | LES | Email correspondence regarding deposition on asset discovery. | 0.30 | 370.00 | 111.00 |
| 01/17/13 | JLJ | Telephone conference with Jay Nolan regarding ██████ | 0.30 | 595.00 | 178.50 |
| | SW | Research legal invoices and corresponding Bates-numbers in preparation of discovery responses to Konover and communications with Day Pitney regarding same. | 0.80 | 175.00 | 140.00 |
| 01/18/13 | JLJ | Telephone conference with Erick Sandler regarding ██████ | 0.40 | 595.00 | 238.00 |
| | JLJ | Review draft form for responses to interrogatory answers. | 0.40 | 595.00 | 238.00 |
| | JLJ | Telephone conference with Greg May to ██████ | 0.50 | 595.00 | 297.50 |
| | JLJ | Email exchange with ORIX counsel team to arrange for conference call. | 0.20 | 595.00 | 119.00 |
| | JLJ | Team conference call regarding ██████ and plan for follow-up. | 1.00 | 595.00 | 595.00 |
| | LES | Conference call regarding ██████ | 1.00 | 305.00 | 305.00 |
| 01/21/13 | JLJ | Telephone conference with Erick Sandler and Jeff Mueller regarding ██████ | 0.60 | 595.00 | 357.00 |
| | JLJ | Review draft discovery responses prepared by Jeff Mueller. | 0.50 | 595.00 | 297.50 |
| | JLJ | Telephone conference with Jeff Mueller regarding comments on discovery responses. | 0.30 | 595.00 | 178.50 |
| | JLJ | Telephone call to Jay Nolan regarding follow up inquiry with Tim Shearin. | 0.20 | 595.00 | 119.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | JLJ | Work on excel spreadsheet relating to ███ | 0.80 | 595.00 | 476.00 |
| | JLJ | Email exchange with ORIX team regarding ███ | 0.20 | 595.00 | 119.00 |
| | JLJ | Email exchange with Greg May regarding ███ | 0.20 | 595.00 | 119.00 |
| | SW | Drafting Verification for Plaintiff's Interrogatory responses. | 0.40 | 175.00 | 70.00 |
| | LES | Prepared signature page for interrogatories. | 0.20 | 305.00 | 61.00 |
| 01/22/13 | JLJ | Attention to review of documents supplementing prior attorneys fees bills production. | 0.30 | 595.00 | 178.50 |
| | JLJ | Review supplemental document production of attorneys fees bills and attention to redactions. | 0.50 | 595.00 | 297.50 |
| | JLJ | Review and provide comments on ███ | 0.30 | 595.00 | 178.50 |
| | JLJ | Review and provide comments on ███ | 0.30 | 595.00 | 178.50 |
| | JLJ | Review and provide editing comments on excel spreadsheet outlining ███ | 0.30 | 595.00 | 178.50 |
| | JLJ | Telephone conference with Erick Sandler regarding open issues on discovery and preparation of discovery responses. | 0.30 | 595.00 | 178.50 |
| | JLJ | Telephone conference with Jay Nolan regarding necessity for motion for supplementation of expert witness reports. | 0.30 | 595.00 | 178.50 |
| | JLJ | Email note to Greg May regarding ███ | 0.30 | 595.00 | 178.50 |
| | JLJ | Telephone conference with Greg May to ███ | 0.20 | 595.00 | 119.00 |
| | JLJ | Review response to interrogatories and request for production of documents. | 0.50 | 595.00 | 297.50 |
| | SW | Assist in locating and organizing documents in preparation of response to post-trial discovery requests of Defendant. | 0.90 | 175.00 | 157.50 |
| | SW | Organize, Bates-label and redact additional document production. | 1.30 | 175.00 | 227.50 |
| 01/23/13 | JLJ | Telephone conference with Jay Nolan regarding deposition of Tony Fitzgerald and scheduling for same. | 0.30 | 595.00 | 178.50 |
| | JLJ | Telephone conference with Brittany Maher regarding ███ | 0.20 | 595.00 | 119.00 |
| | SW | Communications with Day Pitney regarding post-trial production of Plaintiff and Defendant. | 0.30 | 175.00 | 52.50 |
| 01/24/13 | JLJ | Review interrogatory and document response materials for final comments. | 0.50 | 595.00 | 297.50 |
| | JLJ | Telephone calls to Erick Sandler and Jeff Mueller regarding comments on discovery responses. | 0.30 | 595.00 | 178.50 |
| | JLJ | Review ███ received from Erick Sandler regarding ███ | 0.30 | 595.00 | 178.50 |
| 01/25/13 | JLJ | Work on offer letter regarding attorney's fees. | 0.50 | 595.00 | 297.50 |

WFB-MK641693

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | JLJ | Review ▓▓▓ from Greg May. | 0.20 | 595.00 | 119.00 |
| | JLJ | Telephone conference with Erick Sandler regarding ▓▓▓ | 0.40 | 595.00 | 238.00 |
| | SW | Organize documents pertaining to attorneys fees. | 0.40 | 175.00 | 70.00 |
| 01/28/13 | JLJ | Review ▓▓▓ prepared by Greg May and ▓▓▓ to Greg May. | 0.40 | 595.00 | 238.00 |
| | JLJ | Revise letter regarding agreement on attorney's fees and prepare draft stipulation relating to same. | 0.30 | 595.00 | 178.50 |
| | JLJ | Telephone conference with Erick Sandler regarding ▓▓▓ | 0.30 | 595.00 | 178.50 |
| | SW | Receipt, review and organize complete set of admitted trial exhibits. | 0.40 | 175.00 | 70.00 |
| 01/29/13 | SW | Communications with Day Pitney regarding Konover's attorney fee document production and forward certain documents to Day Pitney. | 0.60 | 175.00 | 105.00 |
| | LES | Review and analysis of ▓▓▓ and follow up research regarding same.. | 2.10 | 305.00 | 640.50 |
| 01/31/13 | JLJ | Telephone conference with Greg May regarding ▓▓▓ | 0.30 | 595.00 | 178.50 |

Total Fees    45,780.50

### Timekeeper Summary

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JLJ | Jeff Joyce | Partner | 38.70 | 535.85 | 20,737.47 |
| SW | Sherry Webre | Paralegal | 41.20 | 175.00 | 7,210.00 |
| LES | Lindsey Simmons | Time Keeper | 50.90 | 305.38 | 15,544.00 |

### Expenses Incurred

| Date | Description | Qty | Each | Costs |
|---|---|---|---|---|
| 01/16/13 | Litigation support vendors Scanning of bound documents provided by Defendants. | 1.00 | 62.37 | 62.37 |
| 01/24/13 | Delivery services/messengers Federal Express charges through 1/24/13. | 1.00 | 17.14 | 17.14 |

Total Expenses    79.51

5% discount on fees if invoice paid within 30 days    -$2,289.03

**Invoice Total:**    $43,570.98

$43,570.98

WFB-MK641694

Please make Check(s) payable to: Joyce, McFarland + McFarland LLP

**WFB-MK641695**