# Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
## SUMMARY OF ATTORNEYS FEES AND EXPENSES
## DAY PITNEY

Submitted through February 15, 2013 (Revised February 19, 2013)

| Mth/yr | Fees | Expenses | Total | Hours |
|---|---|---|---|---|
| Sep 05 | $3,888.00 | $0.00 | $3,888.00 | 9.60 |
| Oct 05 | $24,195.00 | $563.90 | $24,758.90 | 63.50 |
| Nov 05 | $12,544.00 | $308.54 | $12,852.54 | 31.40 |
| Dec 05 | $7,055.00 | $961.97 | $8,016.97 | 17.30 |
| Jan 06 | $1,230.50 | $386.10 | $1,616.60 | 2.30 |
| Feb 06 | $41,764.80 | $436.46 | $42,201.26 | 124.00 |
| Mar 06 | $59,863.00 | $431.29 | $60,294.29 | 197.60 |
| Apr 06 | $4,227.00 | $120.18 | $4,347.18 | 13.20 |
| May 06 | $3,160.00 | $44.52 | $3,204.52 | 10.60 |
| Jun 06 | $16,804.50 | $27.30 | $16,831.80 | 41.10 |
| Jul 06 | $32,498.00 | $1,397.12 | $33,895.12 | 133.60 |
| Aug 06 | $56,769.50 | $4,523.65 | $61,293.15 | 198.40 |
| Sep 06 | $10,830.00 | $2,443.11 | $13,273.11 | 32.70 |
| Oct 06 | $21,879.00 | $251.76 | $22,130.76 | 63.00 |
| Nov 06 | $23,094.50 | $246.00 | $23,340.50 | 62.70 |
| Dec 06 | $5,862.00 | $113.75 | $5,975.75 | 15.60 |
| Jan 07 | $3,691.00 | $1,635.60 | $5,326.60 | 10.40 |
| Feb 07 | $927.00 | $2,217.11 | $3,144.11 | 1.80 |
| Mar 07 | $34,432.00 | $360.20 | $34,792.20 | 110.00 |
| Apr 07 | $51,788.50 | $744.28 | $52,532.78 | 172.90 |
| May 07- Jun 07 | $114,606.00 | $9,755.64 | $124,361.64 | 434.40 |
| Jul 07 | $20,315.50 | $3,217.02 | $23,532.52 | 74.10 |
| Aug 07 | $29,053.00 | $1,932.05 | $30,985.05 | 124.50 |
| Sep 07 | $20,442.50 | $7,034.20 | $27,476.70 | 87.90 |
| Oct 07 | $45,685.00 | $1,118.71 | $46,803.71 | 156.20 |
| Nov 07 | $38,886.50 | $1,372.86 | $40,259.36 | 142.40 |
| Dec 07 | $54,464.50 | $2,478.00 | $56,942.50 | 199.10 |
| Jan 08 | $35,014.50 | $604.58 | $35,619.08 | 121.70 |
| Feb 08 | $30,554.50 | $56.02 | $30,610.52 | 108.20 |
| Mar 08 | $47,485.50 | $1,400.15 | $48,885.65 | 207.30 |
| Apr 08 | $24,766.50 | $198.35 | $24,964.85 | 87.00 |
| May 08 | $22,755.00 | $76.36 | $22,831.36 | 71.70 |
| Jun 08 | $14,476.00 | $98.36 | $14,574.36 | 41.20 |
| Jul 08 | $46,863.00 | $221.68 | $47,084.68 | 158.30 |
| Aug 08 | $21,107.00 | $1,246.04 | $22,353.04 | 66.90 |
| Sep 08 | $56,146.50 | $615.33 | $56,761.83 | 164.10 |
| Oct 08 | $69,604.00 | $479.91 | $70,083.91 | 202.20 |
| Nov 08 | $33,401.60 | $305.20 | $33,706.80 | 93.60 |
| Dec 08 | $24,371.50 | $2,222.07 | $26,593.57 | 78.70 |

# Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
## SUMMARY OF ATTORNEYS FEES AND EXPENSES
## DAY PITNEY

Submitted through February 15, 2013 (Revised February 19, 2013)

| Month | Fees | Expenses | Total | Hours |
|---|---|---|---|---|
| Jan 09 | $22,681.00 | $1,157.66 | $23,838.66 | 72.30 |
| Feb 09 | $56,614.50 | $2,436.28 | $59,050.78 | 166.20 |
| Mar 09 | $26,177.50 | $3,788.03 | $29,965.53 | 91.70 |
| Apr 09 | $44,111.00 | $706.05 | $44,817.05 | 169.00 |
| May 09 | $40,229.50 | $390.96 | $40,620.46 | 145.30 |
| Jun 09 | $23,801.00 | $581.04 | $24,382.04 | 93.60 |
| Jul 09 | $61,766.00 | $1,313.83 | $63,079.83 | 231.40 |
| Aug 09 | $42,345.00 | $2,859.76 | $45,204.76 | 140.70 |
| Sep 09 | $91,906.50 | $1,447.47 | $93,353.97 | 333.90 |
| Oct 09 | $59,145.00 | $3,843.05 | $62,988.05 | 233.40 |
| Nov 09 | $24,265.00 | $188.63 | $24,453.63 | 92.60 |
| Dec 09 | $29,651.92 | $511.27 | $30,163.19 | 102.70 |
| Jan 10 | $68,198.16 | $566.44 | $68,764.60 | 198.70 |
| Feb 10 | $70,182.20 | $1,352.27 | $71,534.47 | 207.30 |
| Mar 10 | $77,502.08 | $1,999.72 | $79,501.80 | 250.10 |
| Apr 10 | $92,148.94 | $1,664.87 | $93,813.81 | 258.40 |
| May 10 | $172,736.50 | $1,763.10 | $174,499.60 | 526.90 |
| Jun 10 | $37,384.00 | $2,074.93 | $39,458.93 | 164.90 |
| Jul 10 | $69,748.50 | $282.34 | $70,030.84 | 220.90 |
| Aug 10 | $58,744.00 | $1,715.02 | $60,459.02 | 227.40 |
| Sep 10 | $75,137.00 | $66.42 | $75,203.42 | 218.90 |
| Oct 10 | $15,273.00 | $312.30 | $15,585.30 | 37.50 |
| Nov 10 | $29,967.00 | $437.70 | $30,404.70 | 70.70 |
| Dec 10 | $12,103.00 | $28.62 | $12,131.62 | 35.10 |
| Jan 11 | $3,365.00 | $135.46 | $3,500.46 | 13.20 |
| Feb 11 | $304.00 | $0.00 | $304.00 | 0.80 |
| Mar 11 | $23,102.00 | $0.40 | $23,102.40 | 85.90 |
| Apr 11 | $37,823.25 | $1,063.58 | $38,886.83 | 139.70 |
| May 11 | $107,467.00 | $234.37 | $107,701.37 | 326.80 |
| Jun 11 | $35,938.50 | $93.20 | $36,031.70 | 123.20 |
| Jul 11 | $7,790.50 | $111.76 | $7,902.26 | 16.80 |
| Aug 11 | $11,041.50 | $148.33 | $11,189.83 | 26.20 |
| Sep 11 | $17,914.00 | $641.50 | $18,555.50 | 50.30 |
| Oct 11 | $41,353.00 | $28.00 | $41,381.00 | 115.80 |
| Nov 11 | $52,214.50 | $134.40 | $52,348.90 | 161.80 |
| Dec 11 | $114,064.50 | $591.83 | $114,656.33 | 337.90 |
| Jan 12 | $74,861.00 | $474.35 | $75,335.35 | 202.60 |
| Feb 12 | $32,811.00 | $43.20 | $32,854.20 | 88.20 |
| Mar 12 | $53,298.00 | $85.14 | $53,383.14 | 130.70 |
| Apr 12 | $84,352.00 | $627.64 | $84,979.64 | 204.60 |
| May 12 | $84,738.00 | $2,557.76 | $87,295.76 | 221.20 |

Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
SUMMARY OF ATTORNEYS FEES AND EXPENSES
DAY PITNEY
Submitted through February 15, 2013 (Revised February 19, 2013)

| | | | | |
|---|---|---|---|---|
| Jun 12 | $97,901.00 | $312.50 | $98,213.50 | 352.40 |
| Jul 12 | $70,837.50 | $62.24 | $70,899.74 | 231.00 |
| Aug 12 | $57,418.00 | $38.50 | $57,456.50 | 203.70 |
| Sep 12 | $138,665.50 | $837.71 | $139,503.21 | 427.10 |
| Oct 12 | $229,774.50 | $10,154.68 | $239,929.18 | 710.30 |
| Nov 12 | $364,547.50 | $29,745.16 | $394,292.66 | 1105.8 |
| Dec-12 | $193,745.50 | $13,182.76 | $206,928.26 | 555.9 |
| Jan-13 | $106,223.00 | $3,572.27 | $109,795.27 | 357.8 |
| Feb-13 | $170,699.50 | $3,072.42 | $173,771.92 | 513.3 |
| | | | | |
| Totals | $4,680,569.95 | $151,082.29 | **$4,831,652.24** | 14923.80 |

WFB-MK641826