# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

| Requestor: | acampbell |
|---|---|
| Vendor Name: | DAY, BERRY & HOWARD, LLP |
| Invoice No.: | 33350834 |

| Batch Control #: | BATCH001514 |
|---|---|
| Vendor #: | 04608 |
| Invoice Date: | 10/13/2005 |

| Loan Number | Property Number | Reimb. By | Expense Category | Svc Ind | Servicing Sub Code | GL ACCOUNT NUMBER Account Bus. Unit XXXXX XXXXX | Contract XXXXX | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S | Loan | 13059 - csa00 - | 00176 | SALOMON 2000-C2 | $3,888.00 |
| | | | | | | | | | $3,888.00 |

Dia Pt.

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix.

| Manager's Approval: | D. Goldrick |  |  |
|---|---|---|---|
| Add'l Approval: | M. Patel |  | Date: 11/2/05 |
| Add'l Approval: | J. Yarchin |  | Date: 11-3-05 |
| Add'l Approval: | | | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

WFB-MK638451

# Day, Berry & Howard LLP
### COUNSELLORS AT LAW
Boston  Greenwich  Hartford  New Haven  New York  Stamford  West Hartford  *www.dbb.com*

C/O ORIX CAPITAL MARKETS, LLC
DOUG GOLDRICK
SENIOR ASSET MANAGER
1717 MAIN STREET
DALLAS, TX 75201

October 13, 2005

RE:     095844 - 00000  DIAMOND POINT PLAZA LIMITED PARTNERSHIP, ET AL

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

Total For Professional Services Rendered | 3,888.00
**Current Balance Invoice # 33353634** | **$ 3,888.00**

INVOICE APPROVED BY:
DATE: 10/17/05
EXPENSE TYPE:
SERVICING: LOAN    REO    DEF
REIMB BY:  B    B/T    NONREIMB
LOAN NO.: 190-295
POOL NAME: SBMS

Amount Enclosed: $ _____

Please return this Remittance Copy with your
check made payable to:
**Day, Berry & Howard LLP**
P.O. Box 33300
Hartford, CT  06150-3300

Wire Instructions:
Please reference Bill # and/or Client/Matter number
Bank of America, NA  Hartford, CT   ABA#026009593
Day Berry & Howard Account #9409142259

Questions regarding past due invoices, call: (860) 299-0840

WFB-MK638452

# Day, Berry & Howard LLP

COUNSELLORS AT LAW

Boston Greenwich Hartford New Haven New York Stamford West Hartford *www.dbb.com*

C/O ORIX CAPITAL MARKETS, LLC
DOUG GOLDRICK
SENIOR ASSET MANAGER
1717 MAIN STREET
DALLAS, TX 75201

October 13, 2005
Invoice: 33353634

P.O. Number: ASSET #:
19000295

Claimant: MATTER NAME: DIAMOND POINT PLAZA LP

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through September 30, 2005, including:

**DIAMOND POINT PLAZA LIMITED PARTNERSHIP, ET AL (095844-00000)**
**YOUR FILE # POOL NAME:SALOMON 2000-C2**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 09/14/2005 | Review documents received from ORIX and deposition, findings and conclusions, memo of law (1.3); telephone call to D. Goldrick regarding engagement (0.2) | Nolan, J | 1.5 |
| 09/15/2005 | Read memorandum regarding piercing the veil (0.2); research regarding same (2.1); read findings of fact and conclusions of law (0.4); read transcripts (1.4); discussion with J. Nolan (0.1); teleconference with J. Nolan, client and J. Joyce (0.6) | Filotto, A | 4.8 |
| 09/15/2005 | Attention to finishing review of deposition transcripts, findings and memorandum of law (1.5); review cases for conference call (0.8); participation in conference call with client (0.6) | Nolan, J | 2.9 |
| 09/28/2005 | Telephone call to J. Gibbs regarding status and strategy (0.3); attention to e-mails regarding budget (0.1) | Nolan, J | 0.4 |

| Summary of Hours | Rank | Hours | Rate | Amount |
|------------------|------|-------|------|--------|
| John B Nolan | Partner | 4.8 | $ 510 | $ 2,448.00 |
| Alex G Filotto | Associate | 4.8 | 300 | 1,440.00 |
| **Total** | | 9.6 | | $ 3,888.00 |

WFB-MK638453

Day, Berry & Howard LLP

Total For Professional Services Rendered     3,888.00

**Total Bill**     $ 3,888.00

10/21/05

WFB-MK638454

# hhfax

12:14:17
WFB-MK638455.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

| | | |
|---|---|---|
| Requestor: | acampbell | |
| Vendor Name: | DAY, BERRY & HOWARD, LLP | |
| Invoice No.: | 33357824 | |

| | | |
|---|---|---|
| Batch Control #: | BATCH001514 | |
| Vendor #: | 04608 | |
| Invoice Date: | 11/17/2005 | |

190000295    0    Both

Du Point

S    Loan    13059 - csa00 - 00176    SALOMON 2000-C2

(36) Legal Fees          $24,758.90

                         $24,758.90

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

| | | |
|---|---|---|
| Manager's Approval: | D. Goddard | |
| Add'l Approval: | M. Mullen | |
| Add'l Approval: | J. Newcken | Date: 12/4/05 |
| Add'l Approval: | R. Akin | Date: 12-7-05 |
| Add'l Approval: | E. Smith | |
| Add'l Approval: | M. Cousins | |

Page 1 of 1

WFB-MK638455

# Day, Berry & Howard LLP
### COUNSELLORS AT LAW
Boston  Greenwich  Hartford  New Haven  New York  Stamford  West Hartford  *www.dbh.com*



C/O ORIX CAPITAL MARKETS, LLC
DOUG GOLDRICK
SENIOR ASSET MANAGER
1717 MAIN STREET
DALLAS, TX 75201

November 17, 2005

RE:     095844 - 00000  DIAMOND POINT PLAZA LIMITED PARTNERSHIP, ET AL

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

Total For Professional Services Rendered                          24,195.00

Total Disbursements                                                        563.90

**Current Balance Invoice # 33357824**                            $ 24,758.90

INVOICE APPROVED BY:
DATE: 11/22/05
EXPENSE TYPE:
SERVICING:  LOAN  REO  DEF
REIMB BY:  B  T  B/T  NONREIMB
LOAN NO.: 190-295
POOL NAME: SBMS

Amount Enclosed: $ _____

Please return this Remittance Copy with your
check made payable to:
**Day, Berry & Howard LLP**
P.O. Box 33300
Hartford, CT  06150-3300

Wire Instructions:
Please reference Bill # and/or Client/Matter number
Bank of America, NA  Hartford, CT   ABA#026009593
Day Berry & Howard Account #9409142259

Questions regarding past due invoices, call: (860) 299-0840

WFB-MK638456

# Day, Berry & Howard LLP
### C O U N S E L L O R S   A T   L A W
Boston Greenwich Hartford New Haven New York Stamford West Hartford *www.dbh.com*



November 17, 2005
Invoice: 33357824

P.O. Number: ASSET #:
19000295

C/O ORIX CAPITAL MARKETS, LLC
DOUG GOLDRICK
SENIOR ASSET MANAGER
1717 MAIN STREET
DALLAS, TX 75201

Claimant: MATTER NAME: DIAMOND POINT PLAZA LP

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through October 31, 2005, including:

**DIAMOND POINT PLAZA LIMITED PARTNERSHIP, ET AL  (095844-00000)**
**YOUR FILE # POOL NAME:SALOMON 2000-C2**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/03/2005 | Attention to letter from M. McKee and judgment | Nolan, J | 0.2 |
| 10/04/2005 | Attention to questions regarding domestication papers (.6); telephone call to J. Joyce regarding meeting and strategy (.2); telephone call to M. McKee regarding judgment and certification (.3) | Nolan, J | 1.1 |
| 10/05/2005 | Reviewed the Final Judgment rendered in the Wells Fargo vs. Diamond Plaza, et al, case adjudicated in Maryland (.3); prepared a Certification to facilitate the filing of a foreign judgment in Connecticut Superior Court; conferences with J. Nolan regarding the same (1.4); revisions to the Certification and distribution to M. McKee for review and execution (.3) | Clancy-Boy, K | 2.0 |
| 10/05/2005 | Telephone calls to and from M. McKee regarding certification (.3); attention to certification questions (.5) | Nolan, J | 0.8 |
| 10/06/2005 | Review and responded to e-mail inquiries from M. McKee regarding domestication of Wells Fargo's judgment in Connecticut | Clancy-Boy, K | 0.3 |
| 10/06/2005 | Revise and review draft complaint (.8); research regarding whether res judicata or estoppel presents impediment to suit (4.3) | Filotto, A | 5.1 |
| 10/06/2005 | Attention to certification for filing judgment (.3); telephone call to J. Joyce regarding strategy and deposition goal (.3); attention to complaint (.5) | Nolan, J | 1.1 |

WFB-MK638457


| Date | Description | Name | | Hours |
|------|-------------|------|--|-------|
| 10/07/2005 | Review and responded to e-mail inquiry of M. McKee (.1); Attention to receipt and review of the final Certification in this matter (.1); reviewed the rules of practice for filing regulations (.5); telephone call to the Clerk of Court (.2); prepared the CV-1 and CV-2 Summonses (.4); prepared transmittal correspondence to the clerk of court (.1); conference with J. Nolan regarding the same (.2) | Clancy-Boy, K | | 1.6 |
| 10/07/2005 | Research and begin drafting causes of action (2.7); draft summary of additional facts needed (2.3) | Filotto, A | | 5.0 |
| 10/07/2005 | Attention to revised complaint (.8); attention to filing of judgment (.3) | Nolan, J | | 1.1 |
| 10/09/2005 | Research and drafting causes of action and summary | Filotto, A | | 1.0 |
| 10/10/2005 | Short conference with J. Nolan (.1); review rules of practice regarding Notice for distribution to all parties in this matter (.3); prepare same in addition to the service list (.6) | Clancy-Boy, K | | 1.0 |
| 10/10/2005 | Research and draft causes of action and summary | Filotto, A | | 3.1 |
| 10/10/2005 | Attention to post judgment remedies statute (.4); review materials for meeting in Baltimore (2.1) | Nolan, J | | 2.9 |
| 10/11/2005 | Attendance at meetings with D. Goldrick, J. Joyce, M. McKee and D. Proctor regarding pending issues and strategy on registration proceeding, action on judgment and discovery (4.9); attendance at Ainsworth deposition (1.1); review deposition abstracts (1.7) | Nolan, J | | 7.7 |
| 10/12/2005 | Telephone call to and from J. Joyce regarding strategy (.3); attention to transcript and analysis of exhibits (2.8); attention to draft complaint (.6) | Nolan, J | | 3.7 |
| 10/13/2005 | Telephone call to and from J. Joyce regarding strategy (.3); review Naismith deposition exhibits (1.1); attention to complaint (.7) | Nolan, J | | 2.1 |
| 10/14/2005 | Read Ainsworth deposition and analysis of exhibits | Filotto, A | | 4.2 |
| 10/14/2005 | Telephone call from and telephone call to M. McKee regarding motion (.2); attention to discovery questions (.2); telephone call from Clerk of Court regarding judgment filing (.2) | Nolan, J | | 0.6 |
| 10/16/2005 | Work on drafting complaint | Filotto, A | | 3.1 |
| 10/17/2005 | Continue work on additions and revisions to complaint (2.0); review deposition transcripts for purposes of | Filotto, A | | 4.8 |

WFB-MK638458


| Date | Description | Name | Hours |
|------|-------------|------|-------|
| | revisions and additions (2.8) | | |
| 10/17/2005 | Attention to questions from clerk of court regarding judgment and stay (.4); participation in conference call with J. Joyce and D. Proctor regarding Konover deposition (.3); attention to complaint (.9) | Nolan, J | 1.6 |
| 10/18/2005 | Revise complaint | Filotto, A | 1.5 |
| 10/19/2005 | Telephone call from L. Cohen regarding Day, Berry & Howard's particular use of the domestication statute against a stayed party (.1); obtain filed Certification and relevant statute for J. Nolan and conference with him regarding the same (.1) | Clancy-Boy, K | 0.2 |
| 10/19/2005 | Telephone call from clerk of court regarding filing (.2); attention to discovery answers and Konover deposition (.3); telephone call to M. McKee regarding status of stay filings (.2); attention to complaint (.8) | Nolan, J | 1.5 |
| 10/20/2005 | Attention to receipt of returned certified mail to Diamond Point Plaza LP (.1); e-mail to M. McKee to confirm address information (.1); access online corporate information for Maryland (.2); prepare Supplemental Notice to indicate further attempted to serve Diamond Point Plaza LP with notice of the domesticated judgment action in Connecticut (.5); revise same for J. Nolan (.1) | Clancy-Boy, K | 1.0 |
| 10/20/2005 | Attention to draft complaint (.4); telephone call to and from clerk of superior court regarding docketing judgment (.3); telephone call from D. Purton regarding Konover deposition (.2); attention to Konover (.2) | Nolan, J | 1.1 |
| 10/21/2005 | Telephone call from Konover lawyer regarding domestication of judgment (.2); review and revise complaint (1.2) | Nolan, J | 1.4 |
| 10/25/2005 | Review index documents | Filotto, A | 1.0 |
| 10/27/2005 | Attention to motion for stay (.1); discussions with J. Joyce and e-mails (.3); review and revise draft complaint (.5) | Nolan, J | 0.9 |
| 10/28/2005 | Receive Court notice assigning a docket number (.1); perform online check of the docket for appearances (.1) | Clancy-Boy, K | 0.2 |
| 10/31/2005 | Attention to e-mails regarding amended judgment (.1); attention to voice mails, e-mail and telephone call to D. Proctor regarding Konover deposition (.3); attention to complaint (.2) | Nolan, J | 0.6 |

WFB-MK638459

Day, Berry & Howard LLP



| Summary of Hours | Rank | Hours | Rate | Amount |
|---|---|---|---|---|
| John B Nolan | Partner | 28.4 | $ 510 | $ 14,484.00 |
| Alex G Filotto | Associate | 28.8 | 300 | 8,640.00 |
| Karen S Clancy-Boy | Paralegal | 6.3 | 170 | 1,071.00 |
| **Total** | | 63.5 | | $ 24,195.00 |
| | | | Matter Fee | $ 24,195.00 |

**Matter Disbursement Summary**

| | |
|---|---|
| Photocopying - 237 copies at 0.14 cents per copy | $ 33.18 |
| Fax | 2.25 |
| Hotel Charges | 202.27 |
| Meals | 101.25 |
| Overnight Mail | 7.95 |
| Postage | 57.96 |
| Telephone | 1.61 |
| Travel | 152.43 |
| Other: Vendor: Nolan, John, B.; Invoice#: Broo2206; Date: 10/14/2005 - Expenses Related To Travel To Baltimore For Deposition 10/05 - 06/05 | 5.00 |
| | $ 563.90 |
| Matter Disbursements | $ 563.90 |

| | |
|---|---|
| Total For Professional Services Rendered | 24,195.00 |
| Total Disbursements | 563.90 |
| **Total Bill** | $ 24,758.90 |

WFB-MK638460

hhfax

12:14:18
WFB-MK638461.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
**AUTHORIZATION FOR PAYMENT**

SS AP TRANSMITTAL FORM

Requestor: acampbell

Vendor Name: DAY, BERRY & HOWARD, LLP

Invoice No.: 3335971

Batch Control #: BATCH001514

Vendor #: 04608

Invoice Date: 12/07/2005

| 190000295 | 0 | Both | (36) Legal Fees | $ | Loan | 13059 - csa00 - 00176 | SALOMON 2000-C2 | $12,852.54 |
|-----------|---|------|-----------------|---|------|------------------------|------------------|-----------|
| | | | | | | | | $12,852.54 |

Dia PF

06 JAN -3 AM 10:28

This form must be approved in accordance with the Cost Center Approval Matrix
See Attached

Manager's Approval: D Goldvick

Add'l Approval: M Pales

Add'l Approval: J Yorclin

Add'l Approval: Ouf Counsel _____ 12/28/05

Add'l Approval: A Hovetty

Add'l Approval: _____ Date: 12/4/05

Add'l Approval: _____ Date:

CW 1/02/06

Page 1 of 1

WFB-MK638461

# Day, Berry & Howard LLP
COUNSELLORS AT LAW
Boston  Greenwich  Hartford  New Haven  New York  Stamford  West Hartford  *www.dbh.com*

DEC 1 2 2005

December 7, 2005

C/O ORIX CAPITAL MARKETS, LLC
DOUG GOLDRICK
SENIOR ASSET MANAGER
1717 MAIN STREET
DALLAS, TX 75201

RE:  095844 - 00000  DIAMOND POINT PLAZA LIMITED PARTNERSHIP, ET AL

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 12,544.00 |
| Total Disbursements | 308.54 |
| **Current Balance Invoice # 33359971** | $ 12,852.54 |

Current Invoice Plus Total Unpaid Balances of $ 24,758.90 is **$ 37,611.44**

**Unpaid Balances as of Invoice Date:**
*Amount(s) associated only with the matter(s) billed on this invoice. Additional matters
may have unpaid balances. Please disregard if payment has already been sent.*

095844 – WELLS FARGO BANK, N.A., TRUSTE
   00000 - DIAMOND POINT PLAZA LIMITED       $ 24,758.90
   PARTNERSHIP,

INVOICE APPROVED BY:
DATE: 12/13/05
EXPENSE TYPE:
SERVICING: LOAN  REO  DEF
REIMB BY: B  T  B/T  NONREIMB
LOAN NO.: 190-293
POOL NAME: SBM5

---

Amount Enclosed: $ _____

Please return this Remittance Copy with your
check made payable to:
**Day, Berry & Howard LLP**
P.O. Box 33300
Hartford, CT  06150-3300

Wire Instructions:
*Please reference Bill # and/or Client/Matter number*
Bank of America, NA  Hartford, CT  ABA#026009593
Day Berry & Howard Account #9409142259

Questions regarding past due invoices, call: (860) 299-0840

WFB-MK638462

# Day, Berry & Howard LLP

COUNSELLORS AT LAW

Boston  Greenwich  Hartford  New Haven  New York  Stamford  West Hartford  *www.dbh.com*

December 7, 2005
Invoice: 33359971

P.O. Number: ASSET #:
19000295

C/O ORIX CAPITAL MARKETS, LLC
DOUG GOLDRICK
SENIOR ASSET MANAGER
1717 MAIN STREET
DALLAS, TX 75201

Claimant: MATTER NAME: DIAMOND POINT PLAZA LP

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the
period through November 30, 2005, including:

**DIAMOND POINT PLAZA LIMITED PARTNERSHIP, ET AL (095844-00000)**
**YOUR FILE # POOL NAME:SALOMON 2000-C2**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 11/01/2005 | Attention to issues regarding Konover deposition (.2); attention to amended judgment (.1) | Nolan, J | 0.3 |
| 11/02/2005 | Telephone call to M. Shapiro regarding deposition (.2); telephone call to P. Swinger regarding preparation for Konover deposition (.3) | Nolan, J | 0.5 |
| 11/07/2005 | Review short calendar for 11/14/05 and e-mail to J. Nolan regarding the same | Clancy-Boy, K | 0.2 |
| 11/07/2005 | Review Konover documents | Filotto, A | 2.0 |
| 11/07/2005 | Telephone call regarding deposition (.2) | Nolan, J | 0.2 |
| 11/08/2005 | Review documents relating to Peerless | Filotto, A | 1.5 |
| 11/08/2005 | Telephone call from Shipman regarding Konover deposition | Nolan, J | 0.2 |
| 11/09/2005 | Prepare questions and issues for Konover deposition (2.6); review transcripts (.5) | Filotto, A | 3.1 |
| 11/09/2005 | Telephone call from M. Shapiro regarding deposition | Nolan, J | 0.2 |
| 11/10/2005 | Work on questions and issues for deposition | Filotto, A | 2.3 |
| 11/11/2005 | Review and prepare issues for Konover deposition outline (2.4); call to P. Simon (.5) | Filotto, A | 2.9 |

**WFB-MK638463**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 11/11/2005 | Attention to materials from Konover deposition | Nolan, J | 0.9 |
| 11/14/2005 | Telephone call to M. Shipman regarding deposition (.2); participation for deposition (2.6); conference with D. Goldrich regarding deposition strategy (.3) | Nolan, J | 3.1 |
| 11/15/2005 | Take deposition of M. Konover (2.4); review and revise complaint (0.7); telephone call to J. Joyce regarding deposition and complaint (0.2) | Nolan, J | 3.3 |
| 11/16/2005 | Review and revise complaint (3.3); read deposition transcript of M. Konover (1.1) | Filotto, A | 4.4 |
| 11/16/2005 | Attention to conferences (.3); review transcript (.4) | Nolan, J | 0.7 |
| 11/17/2005 | Review and revise complaint | Nolan, J | 1.6 |
| 11/18/2005 | Review and revise complaint | Nolan, J | 0.9 |
| 11/23/2005 | Telephone call from J. Joyce regarding complaint, strategy and status of judgment | Nolan, J | 0.2 |
| 11/27/2005 | Attention to e-mail and revisions to complaint | Nolan, J | 0.8 |
| 11/28/2005 | Attention to revised complaint | Nolan, J | 0.4 |
| 11/29/2005 | Revise complaint (.3); review Konover transcript (.2) | Nolan, J | 0.5 |
| 11/30/2005 | Review and revise complaint (.9) review P. Simon changes (.3) | Nolan, J | 1.2 |

| Summary of Hours | Rank | Hours | Rate | Amount |
|------------------|------|-------|------|--------|
| John B Nolan | Partner | 15.0 | $ 510 | $ 7,650.00 |
| Alex G Filotto | Associate | 16.2 | 300 | 4,860.00 |
| Karen S Clancy-Boy | Paralegal | 0.2 | 170 | 34.00 |
| Total | | 31.4 | | $ 12,544.00 |
| | | Matter Fee | | $ 12,544.00 |

WFB-MK638464

Day, Berry & Howard LLP

### Matter Disbursement Summary

| | |
|---|---|
| Automated Document Preparation | $ 175.00 |
| Photocopying - 811 copies at 0.14 cents per copy | 113.54 |
| Courier | 20.00 |
| | $ 308.54 |

Matter Disbursements     $ 308.54

Total For Professional Services Rendered     12,544.00

Total Disbursements     308.54

**Total Bill**     $ 12,852.54

hhfax

12:14:20
WFB-MK638471.PDF

# ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: acampbell *(signature)*
Vendor Name: DAY, BERRY & HOWARD, LLP
Invoice No.: 33364288

Batch Control #: BATCH001514
Vendor #: 04608
Invoice Date: 01/20/2006

190000295    0    Both    S    (36) Legal Fees    Loan    13059 - CRG20 - 00176    SALOMON 2000-C2    $8,016.97

DiaR+    $8,016.97

This form must be approved in accordance with the Cost Center Approval Matrix

**See Attached**

Manager's Approval: DGoldrick *(signature)*
Add'l Approval: MPavin *(signature)*    Date: 2/1/06
Add'l Approval: yyorcan *(signature)*    Date: 2/6/06
Add'l Approval: EB Legal *(signature)*    2/14/06
Add'l Approval:
Add'l Approval:
Add'l Approval:

WFB-MK638466

# Day, Berry & Howard LLP
### COUNSELLORS AT LAW
Boston  Greenwich  Hartford  New Haven  New York  Stamford  West Hartford  *www.dbb.com*

January 20, 2006

C/O ORIX CAPITAL MARKETS, LLC
DOUG GOLDRICK
SENIOR ASSET MANAGER
1717 MAIN STREET
DALLAS, TX 75201

RE:     095844 - 00000  DIAMOND POINT PLAZA LIMITED PARTNERSHIP, ET AL

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---|
| Total For Professional Services Rendered | 7,055.00 |
| Total Disbursements | 961.97 |
| Current Balance Invoice # 33364288 | $ 8,016.97 |

INVOICE APPROVED BY:
DATE: 1/26/06
EXPENSE TYPE:
SERVICING: LOAN  REO  DEF
REIMB BY: B  T  CBP  NONREIMB
LOAN NO.: 190-295
POOL NAME: SBMS

Amount Enclosed: $ _____

Please return this Remittance Copy with your
check made payable to:
**Day, Berry & Howard LLP**
P.O. Box 33300
Hartford, CT  06150-3300

Wire Instructions:
Please reference Bill # and/or Client/Matter number
Bank of America, NA  Hartford, CT   ABA#026009593
Day Berry & Howard Account #9409142259

Questions regarding past due invoices, call: (860) 299-0840

WFB-MK638467

# Day, Berry & Howard LLP
### COUNSELLORS AT LAW
Boston  Greenwich  Hartford  New Haven  New York  Stamford  West Hartford  *www.dbh.com*

January 20, 2006
Invoice: 33364288

P.O. Number: ASSET #:
19000295

C/O ORIX CAPITAL MARKETS, LLC
DOUG GOLDRICK
SENIOR ASSET MANAGER
1717 MAIN STREET
DALLAS, TX 75201

Claimant: MATTER NAME: DIAMOND POINT PLAZA LP

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the
period through December 31, 2005, including:

**DIAMOND POINT PLAZA LIMITED PARTNERSHIP, ET AL  (095844-00000)**
**YOUR FILE # POOL NAME:SALOMON 2000-C2**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 12/01/2005 | Attention to revised complaint | Nolan, J | 1.4 |
| 12/02/2005 | Attention to e-mails regarding additional parties (.1); attention to revised complaint (.6) | Nolan, J | 0.7 |
| 12/05/2005 | Telephone call from J. Joyce regarding complaint questions, judgment and strategy (0.3); attention to latest draft (0.4) | Nolan, J | 0.7 |
| 12/06/2005 | Attention to Maryland court documents (.3); attention to revised complaint (.8); telephone call to J. Joyce regarding strategy (.3) | Nolan, J | 1.4 |
| 12/07/2005 | Attention to revised complaint | Nolan, J | 0.4 |
| 12/08/2005 | Review latest draft and open issues for conference call (.6); attention to certified amended judgment and filing (.2); participation in conference call (1.1) | Nolan, J | 1.9 |
| 12/09/2005 | Review and revise complaint (0.6); attention to question regarding identity of plaintiff (0.2); attention to latest draft (0.4) | Nolan, J | 1.2 |
| 12/12/2005 | Attention to e-mails and telephone call from P. Jam regarding charges to complaint (0.4); attention to question regarding punitive damages and attorneys' fees (0.5) | Nolan, J | 0.9 |
| 12/13/2005 | Telephone call to and from J. Joyce and attention to e-mails regarding complaint (0.5); attention to Rule 17 | Nolan, J | 2.3 |

WFB-MK638468

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| | question and proper identification of plaintiff (0.6); review and revise complaint (1.2) | | |
| 12/14/2005 | In depth review of the Amended Final Judgment; further reviewed the statutes on foreign judgments (and amendments to the same) in addition the Connecticut Practice Book (2.0); short conference with J. Nolan (0.5); prepare draft Second Supplemental Notice of Filing Foreign Judgment, as Amended and updated all post judgment amounts set forth therein through December 14, 2005 (0.5) | Clancy-Boy, K | 3.0 |
| 12/14/2005 | Telephone call to and from P. Simon regarding Complaint (0.2); finalize complaint (0.5); preparation of civil action cover sheet (0.1) | Nolan, J | 0.8 |
| 12/15/2005 | Prepared a final draft of the Supplemental Notice of Filing and distributed the same to M. McKee for assistance with post judgment interest (0.5); short conference with J. Nolan (0.5) | Clancy-Boy, K | 1.0 |
| 12/16/2005 | Telephone call from and to M. McKee (0.6); update post judgment calculations in the Amended Supplemental Notice of Filing (0.6) | Clancy-Boy, K | 1.2 |
| 12/20/2005 | Attention to service of complaint by State Marshal | Nolan, J | 0.2 |
| 12/21/2005 | Attention to service of process and e-mails | Nolan, J | 0.2 |

| Summary of Hours | Rank | Hours | Rate | Amount |
|------------------|------|-------|------|--------|
| John B Nolan | Partner | 12.1 | $ 510 | $ 6,171.00 |
| Karen S Clancy-Boy | Paralegal | 5.2 | 170 | 884.00 |
| **Total** | | 17.3 | | $ 7,055.00 |
| | | Matter Fee | | $ 7,055.00 |

WFB-MK638469

## Matter Disbursement Summary

| | |
|---|---:|
| Photocopying - 605 copies at 0.14 cents per copy | $ 84.70 |
| Depositions/Transcripts | 626.99 |
| Filing/Recording Fees | 250.00 |
| Telephone | 0.28 |
| | $ 961.97 |

| | |
|---|---:|
| Matter Disbursements | $ 961.97 |

| | |
|---|---:|
| Total For Professional Services Rendered | 7,055.00 |
| Total Disbursements | 961.97 |
| **Total Bill** | $ 8,016.97 |

WFB-MK638470