

# DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

MS. BRITTANY GLASSIE MAHER  
ORIX CAPITAL MARKETS, LLC  
1717 MAIN STREET, SUITE 900  
DALLAS, TX 75201

February 14, 2013

RE: 195844 - 000000  DIAMOND POINT PLAZA LIMITED PARTNERSHIP, ET AL

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 170,669.50 |
| Total Disbursements | 3,072.42 |
| **Current Balance Invoice # 33735131** | **$ 173,741.92** |

| | |
|---|---:|
| **Unpaid Balances as of Invoice Date:** | |
| 195844 – WELLS FARGO BANK, N.A., TRUSTEE  000000 - DIAMOND POINT PLAZA LIMITED PARTNERSHIP, | $ 109,795.27 |
| **TOTAL AMOUNT DUE (Current invoice plus unpaid balances)** | **$ 283,537.19** |

*Amount(s) listed are associated only with the matter(s) billed on this invoice.  
Additional matters may have unpaid balances.  
Please disregard if payment has already been sent.*

Amount Enclosed: $ _____

Please return this Remittance Copy with your  
check made payable to:  
**Day Pitney LLP**  
P.O. Box 416234  
Boston, MA 02241-6234

Wire Instructions:  
Please reference Bill # and/or Client/Matter number  
Bank of America, NA  Hartford, CT   ABA#026009593  
Day Pitney Account #9409142259

Questions regarding past due invoices, call: (973) 966-8186

**WFB-MK641654**

# DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

February 14, 2013
Invoice: 33735131

MS. BRITTANY GLASSIE MAHER
ORIX CAPITAL MARKETS, LLC
1717 MAIN STREET, SUITE 900
DALLAS, TX 75201

Matter Name: Diamond Point Plaza LP
Pool Name: Salomon 2000-C2
Asset #: 190000295

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through January 31, 2013, including:

**DIAMOND POINT PLAZA LIMITED PARTNERSHIP, ET AL (195844-000000)**

| Date | Description | Name | Hours |
|---|---|---|---|
| 12/21/2012 | Meet with K. Clancy-Boy; call from S. Webre; prepare and review billing charts | Spinella, S | 3.3 |
| 12/31/2012 | Attention to tax returns and financials; participation in conference call with team regarding planning and strategy | Nolan, J | 2.3 |
| 01/01/2013 | Continue with revisions to the Bill of Costs; review accumulated e-mails and attend to the request of E. Sandler to incorporate materials e-mailed to opposing counsel (judgment calculation, summary of attorneys' fees incurred, etc.) which will include production of the same with bates numbers | Clancy-Boy, K | 3.5 |
| 01/01/2013 | Attention to billing binders for ■■■ | Spinella, S | 2.3 |
| 01/02/2013 | Draft chart of invoice entries for ■■■ | Brierton, R | 3.7 |

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/02/2013 | Finalize review of the admitted exhibits for plaintiff and defendant ▓▓▓ and numerous e-mails and conferences with lit tech personnel regarding the same; prepare final summaries of the admitted exhibits; conference with J. Mueller regarding the status of the Bill of Costs and ▓▓▓ prepare a pdf of the Day Pitney annual breakdown of fees charged / timekeeper and the individual bios of each attorney for incorporation into summation which will be produced along with other information regarding fees and expenses incurred by ORIX in this matter | Clancy-Boy, K | 5.5 |
| 01/02/2013 | Assist with preparation of spreadsheets regarding legal fees and entries on bills | Cohun, K | 1.8 |
| 01/02/2013 | Attention to processing documents in LAW, export and load into Summation, preparation of documents for Production, run production, briefcase to .pdfs, burn to CDs | Donlin, K | 2.4 |
| 01/02/2013 | Review trial record regarding ▓▓▓ | Mueller, J | 8.4 |
| 01/02/2013 | Attention to fee documentation; telephone calls to and from J Joyce, T Shearin and G May regarding settlement and additional requests from M Konover for information and documentation | Nolan, J | 2.9 |
| 01/02/2013 | Continue preparation of Nolan declaration; conference with T. Fitzgerald; attention to invoice review project ▓▓▓ conference with J. Joyce regarding ▓▓▓ | Sandler, E | 4.0 |
| 01/02/2013 | Attention to billing binders for ▓▓▓; meeting with K. Cohun and B. Brierton; meeting with E. Sandler and K. Cohun | Spinella, S | 1.4 |
| 01/03/2013 | Draft chart of invoice entries ▓▓▓ | Brierton, R | 6.6 |
| 01/03/2013 | Continue with search for invoices to ▓▓▓ numerous telephone calls with billing and accounts payable personnel to obtain the same | Clancy-Boy, K | 3.0 |
| 01/03/2013 | Attend to e-mail request of S. Webre for the excel versions of the invoice breakdowns; telephone call with S. Spinella regarding the same; locate and | Clancy-Boy, K | 1.0 |

| Date | Description | Name | Hours |
|---|---|---|---|
| | distribute the excel documents; further review request to confirm the litigation table in her possession is the current version revised by E. Sandler; review and compare the same to the pdf version distributed to all team members | | |
| 01/03/2013 | Preparation of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Cohun, K | 5.4 |
| 01/03/2013 | Draft memorandum based ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Mueller, J | 9.2 |
| 01/03/2013 | Telephone calls to and from J. Joyce and G. May regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ further review and analysis of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ discussions with J. Cerreta regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ attention to additional cases and materials on fee application | Nolan, J | 3.4 |
| 01/03/2013 | Preparation of information supporting attorney's fees claim and supporting affidavits; conference with T. Fitzgerald | Sandler, E | 3.0 |
| 01/03/2013 | Attention to E-mail from S. Webre in reference to billing charts; e-mail from K. Clancy-Boy in reference to the same; telephone call to K. Clancy-Boy in reference to charts prepared by S. Spinella and B. Brierton | Spinella, S | 0.6 |
| 01/04/2013 | Continue with preparation of the Bill of Costs including review of file for taxable costs | Clancy-Boy, K | 3.7 |
| 01/04/2013 | Preparation and updating of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Cohun, K | 1.3 |
| 01/04/2013 | Draft expert disclosures; review and comment on expert reports and declarations; review case law on ▮▮▮▮▮▮▮▮▮▮▮▮ review defendant's interrogatories and request for production; correspondence regarding bill of costs | Mueller, J | 5.8 |
| 01/04/2013 | Preparation of information supporting attorney's fees claim and supporting affidavits; study case law ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review defendant's attorney fee related discovery requests | Sandler, E | 4.0 |
| 01/06/2013 | Study case law relating to ▮▮▮▮▮▮▮▮▮▮▮▮ | Sandler, E | 2.0 |
| 01/07/2013 | Talk with E. Sandler about ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ hours); research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Bachrach, J | 2.3 |

| Date | Description | Name | Hours |
|---|---|---|---|
| | ███████████████ (1.9 hours) | | |
| 01/07/2013 | Update Invoice Adjustment chart | Brierton, R | 0.7 |
| 01/07/2013 | Revise the draft bill of costs; conference with J. Mueller regarding the same | Clancy-Boy, K | 1.0 |
| 01/07/2013 | Attend to the request of J. Mueller for ███████████████ locate, download and distribute the same; further attend to the request of E. Sandler to ███████████████ prepare a new list to reflect the same and distribute said list to E. Sandler; attend to request of E. Sandler for either biographical information or a resume for all paraprofessional staff as requested in Konover's production request; telephone call with S. Micklich regarding the same; attend the telephone conference with regard to the Konover production request; thereafter, assemble a collection of all fees and expenses, legal and otherwise, from November, 2011 to the present for J. Mueller to facilitate the supplemental telephone conference | Clancy-Boy, K | 2.5 |
| 01/07/2013 | Attention to revisions to spreadsheets ███ legal invoices; ███████████████ | Cohun, K | 5.9 |
| 01/07/2013 | Teleconferences with case team and client regarding ███ attention to claim for attorney's fees ███ review and comment on expert reports and declarations; research on ███ | Mueller, J | 6.6 |
| 01/07/2013 | Review correspondence to defense counsel regarding ███ | Mueller, J | 0.2 |
| 01/07/2013 | Review and revise drafts; analysis of data regarding ███; participation in conference calls with team regarding ███ attention to settlement issues and negotiations; telephone call from A Fitzgerald regarding expert report | Nolan, J | 3.9 |
| 01/07/2013 | Update biography for Motion for Attorney's fees | Ortiz, M | 0.3 |

Day Pitney LLP

Invoice: 33735131
Page: 5

| Date | Description | Name | Hours |
|---|---|---|---|
| 01/07/2013 | Review draft letters to T. Shearin regarding request for follow up financial information from Konover and KDC property disposition | Sandler, E | 0.3 |
| 01/07/2013 | Conferences with T. Fitzgerald regarding background for report; participate on lawyer team call to discuss ▇▇▇▇▇▇▇▇ preparation; participate on team call with G. May to discuss ▇▇▇▇▇ coordinate organization and analysis of billing details for fee application; review paralegal bios for fee application and discovery; meet with J. Bachrach to discuss follow up research items | Sandler, E | 6.4 |
| 01/07/2013 | Attention to e-mail from E. Sandler in reference to employee rates and qualifications for billing invoices; update resume and e-mail to E. Sandler | Spinella, S | 0.9 |
| 01/08/2013 | Research ▇▇▇▇▇▇▇ | Bachrach, J | 1.5 |
| 01/08/2013 | Draft bio; Quality control and edit ▇▇▇▇ | Brierton, R | 3.6 |
| 01/08/2013 | Prepare explanatory e-mail to J. Mueller regarding the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; attend to request to continue the search ▇▇▇▇▇▇▇▇▇ and to obtain and distribute copies of the same | Clancy-Boy, K | 2.4 |
| 01/08/2013 | Review biographical information prepared by S. Micklich regarding her duties and function as a paralegal in this matter; e-mail to E. Sandler regarding the same; review of e-mails distributed on 1/7/13; distribute final draft of the Bill of Costs to J. Mueller and E. Sandler | Clancy-Boy, K | 1.0 |
| 01/08/2013 | Revisions and quality checking spreadsheets regarding ▇▇▇▇▇▇ | Cohun, K | 2.9 |
| 01/08/2013 | Attention to processing documents, export from LAW, load into Summation, prepare same for production, run production, briefcase to .pdfs | Donlin, K | 1.3 |
| 01/08/2013 | Review and comment on expert reports and spreadsheets regarding attorney's fees | Mueller, J | 3.4 |
| 01/08/2013 | Review Konover's response to letter regarding financial disclosures and reply to his letter | Mueller, J | 0.4 |

**WFB-MK641659**

| Date | Description | Name | Hours |
|---|---|---|---|
| 01/08/2013 | Review and revise draft reports and declarations; review additional cases; attention to settlement negotiations and responses, attention to e-mails and questions regarding financial; telephone calls to and from J Joyce regarding ▮ | Nolan, J | 5.7 |
| 01/08/2013 | Continue preparation of attorney reports for fee application; review A. Fitzgerald draft expert report; conference with A. Fitzgerald regarding report preparation status; conferences with case team regarding ▮ conference with S. Stafstrom regarding attorney fee related discovery | Sandler, E | 9.0 |
| 01/08/2013 | Review draft affidavits regarding attorney fees; e-mail J. Nolan regarding same | Taylor, A | 0.4 |
| 01/09/2013 | Read cases about addressing ▮ send e-mail to E. Sandler summarizing cases | Bachrach, J | 2.0 |
| 01/09/2013 | Updating of ▮ attention to organizing of trial exhibits | Cohun, K | 2.4 |
| 01/09/2013 | Legal research on ▮ and correspondence with client regarding same; revise expert reports and declarations and correspondence with case team and expert regarding same; review of attorney invoices for ▮ | Mueller, J | 10.2 |
| 01/09/2013 | Participation in discussions with team and A Fitzgerald regarding expert reports; attention to revisions and issues regarding reports; attention to settlement negotiations and strategy; review summaries of bills and payments; review cited cases | Nolan, J | 5.7 |
| 01/09/2013 | Continue preparation of attorney reports for attorney's fees claim; review revised draft of A. Fitzgerald report; conference with J. Mueller to discuss ▮ | Sandler, E | 1.5 |
| 01/10/2013 | Update ▮ charts | Brierton, R | 3.8 |
| 01/10/2013 | Attend to the request of E. Sandler to incorporate the bios of the paraprofessional staff into the master document containing attorney bios; locating bio information for past paraprofessional staff and distribute the same to E. Sandler; attend to confirming all production information on documents produced | Clancy-Boy, K | 2.7 |

**WFB-MK641660**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| | post judgment; begin with incorporation of the same onto the s: drive for team access and into a master list also for access by team members | | |
| 01/10/2013 | Attention to revisions to spreadsheets regarding legal invoices and punitive damages award; final preparation of same for production | Cohun, K | 5.3 |
| 01/10/2013 | Attention to processing documents in LAW, export and load into Summation, prepare documents for productions, run productions, briefcase to .pdfs | Donlin, K | 5.5 |
| 01/10/2013 | Review of attorney invoices for ▮▮▮▮▮ revise and finalize expert reports and exhibits for production | Mueller, J | 9.2 |
| 01/10/2013 | Further revisions to reports and discussions with team and A Fitzgerald; telephone calls to and from J Joyce and T Shearin regarding settlement, depositions and additional disclosures; finalize reports | Nolan, J | 4.9 |
| 01/10/2013 | Review draft of T. Fitzgerald report and provide information requested; coordinate production of additional documents for fees and expense claim; review invoices for ▮▮▮▮▮ review and finalize Sandler expert report; serve expert disclosures and reports | Sandler, E | 9.0 |
| 01/11/2013 | Legal research regarding ▮▮▮▮▮ | Cerreta, J | 3.4 |
| 01/11/2013 | Create a master list of all post judgment production and incorporated pdfs of the documents into the master list; ensured all of the same can be found on the s: drive for team access; distribute to team members | Clancy-Boy, K | 2.2 |
| 01/11/2013 | Attention to e-mails regarding punitive damages issues; e-mails to C. O'Cronin regarding production of expert reports; attention to mailing CD with document production to C. O'Cronin | Cohun, K | 1.2 |
| 01/11/2013 | Review and provide comments on settlement correspondence; review ▮▮▮▮▮ | Mueller, J | 0.4 |
| 01/11/2013 | Discussions with E Sandler and J Joyce regarding ▮▮▮▮▮ discussions with J Ceretta regarding ▮▮▮▮▮; attention to e-mails regarding settlement negotiations and strategy | Nolan, J | 2.1 |
| 01/11/2013 | Review file documents and pleadings for use in | Sandler, E | 3.0 |

**WFB-MK641661**

| Date | Description | Name | Hours |
|---|---|---|---|
| | briefing on attorney's fees claim; prepare ▮▮▮ | | |
| 01/14/2013 | Legal research and drafting of memorandum regarding ▮▮▮ | Cerreta, J | 7.8 |
| 01/14/2013 | Review the e-mail prepared by J. Mueller regarding outstanding possible additional post judgment production; attend to the request of J. Mueller regarding Longobardi Haggett / JH Cohn retention letters; prepare e-mail request for the same to K. Clancy and F. Longobardi; create virtual file folders for engagement letters and for post judgment production; attend meeting with J. Mueller and E. Sandler regarding additional post judgment production and process to determine the same; conference with lit tech personnel to determine summation search capabilities in connection with terms to be used to identify fees incurred in connection with specific tasks; | Clancy-Boy, K | 2.5 |
| 01/14/2013 | Conference call with E. Sandler, J. Mueller and K. Clancy- Boy regarding database searches ▮▮▮ | Cohun, K | 0.6 |
| 01/14/2013 | Draft objections and responses and defendant's interrogatories and requests for production of documents; correspondence and meeting with members of case team regarding same | Mueller, J | 9.8 |
| 01/14/2013 | Attention to production; work on ▮▮▮ ; telephone calls to and from J Joyce and G May regarding ▮▮▮ review and revise responses to settlement offer | Nolan, J | 2.3 |
| 01/14/2013 | Several office conferences with J. Mueller, paralegals and Lit Tech regarding attorney's fees discovery issues; conference with S. Stafstrom regarding attorney's fees discovery request and prepare report to case team regarding same; review and comment on ▮▮▮ prepare ▮▮▮ | Sandler, E | 6.8 |
| 01/15/2013 | Review invoices in database; update ▮▮▮ | Brierton, R | 4.5 |
| 01/15/2013 | Legal research and drafting of memorandum regarding ▮▮▮ | Cerreta, J | 8.3 |

**WFB-MK641662**

| Date | Description | Name | Hours |
|---|---|---|---|
| 01/15/2013 | Follow up e-mail to and from M. Hecht regarding an update to his in house bio information for inclusion in WFB's post judgment production | Clancy-Boy, K | 0.1 |
| 01/15/2013 | Attend to several e-mails regarding conduct of summation searches; review search terms ▮ | Clancy-Boy, K | 5.3 |
| 01/15/2013 | Attention to database searches of legal invoices for entries for ▮ | Cohun, K | 4.3 |
| 01/15/2013 | Draft objections and responses and defendant's interrogatories and requests for production of documents; review summary of claims and case team; correspondence with case team regarding ▮ | Mueller, J | 8.2 |
| 01/15/2013 | Attention to negotiations and responses; telephone call from J Shearin regarding settlement and requests for information; telephone calls to and from J Joyce; attention to ▮ | Nolan, J | 2.6 |
| 01/15/2013 | Prepare summaries of ▮ for attorney's fees discovery and briefing | Sandler, E | 2.5 |
| 01/15/2013 | Review financial information Konover provided pursuant to standstill order | Sandler, E | 0.5 |
| 01/16/2013 | Review invoices in database; update ▮ | Brierton, R | 6.2 |
| 01/16/2013 | Legal research and drafting of memorandum regarding ▮; e-mails with J. Nolan and E. Sandler regarding the same | Cerreta, J | 7.4 |
| 01/16/2013 | E-mails with S. Webre regarding production received to date from the Konover team and the best way to catalog the same; follow up e-mails with E. Sandler regarding the same | Clancy-Boy, K | 0.2 |
| 01/16/2013 | Continue with preparation of the ▮ numerous e-mails with J. Mueller regarding the same and E. Sandler regarding the same; ▮ | Clancy-Boy, K | 4.0 |

Day Pitney LLP
Invoice: 33735131
Page: 10

| Date | Description | Name | Hours |
|---|---|---|---|
| 01/16/2013 | Database searching of legal invoices regarding ▮ ▮ | Cohun, K | 5.7 |
| 01/16/2013 | Attention to processing documents in LAW, export for Summation, attention to various trial exhibits | Donlin, K | 1.4 |
| 01/16/2013 | Draft objections and responses and defendant's interrogatories and requests for production of documents; review and provide comments on ▮ conference with E. Sandler regarding attorney's fees issues | Mueller, J | 8.4 |
| 01/16/2013 | Attention to discovery compliance; attention to questions regarding ▮ attention to settlement negotiations an strategy; participation in conference call regarding issues on ▮ | Nolan, J | 2.2 |
| 01/16/2013 | Address ▮ and team questions; prepare sections of fee motion brief; study ▮ prepare summary of ▮ for team | Sandler, E | 5.0 |
| 01/16/2013 | Study research on ▮ conference with G. May and J. Joyce regarding ▮ | Sandler, E | 1.0 |
| 01/17/2013 | Review e-mail/case attachment regarding ▮ | Bachrach, J | 0.1 |
| 01/17/2013 | Review invoices in database; update ▮ | Brierton, R | 4.5 |
| 01/17/2013 | Prepare memorandum regarding ▮ ; e-mails and conferences with J. Nolan and E. Sandler regarding ▮ | Cerreta, J | 2.2 |
| 01/17/2013 | Continue with preparation and finalize ▮ distribute to E. Sandler and J. Mueller for review; attend to the request of J. Mueller to secure a copy of ▮ telephone call to the court and to the court reporter's office; prepare and distribute correspondence to obtain the same; attend to preparation of pdf versions of current bio information for former associates for incorporation into summation; attend to the request of opposing counsel for full missing page information from copies of two Day Pitney invoices; obtain, download and distribute the same to E. Sandler; | Clancy-Boy, K | 5.0 |
**WFB-MK641664**

| Date | Description | Name | Hours |
|---|---|---|---|
| | attend to the inquiry of J. Mueller for the Proctor McKee invoices which were produced ▇▇▇▇ ▇▇▇▇▇▇▇ | | |
| 01/17/2013 | Summation database searches of legal invoices for entries to be added to ▇▇▇▇ | Cohun, K | 4.7 |
| 01/17/2013 | Attention to processing various documents in LAW, export and load into Summation | Donlin, K | 2.3 |
| 01/17/2013 | Revise objections and responses to defendant's interrogatories and requests for production of documents; review and provide comments on ▇▇▇▇▇▇▇ conference with E. Sandler regarding discovery requests and ▇▇▇▇ review case law on ▇▇▇▇ | Mueller, J | 7.8 |
| 01/17/2013 | Telephone calls to and from J Joyce and G May; attention to settlement negotiations and strategy; attention to MOL regarding ▇▇▇▇▇▇▇ | Nolan, J | 1.7 |
| 01/17/2013 | Review draft objections and responses to attorney's fees discovery requests and discuss same with J. Mueller; review revised draft of same | Sandler, E | 4.0 |
| 01/18/2013 | Review invoices in database; update ▇▇▇▇ | Brierton, R | 6.6 |
| 01/18/2013 | Attend to the ▇▇▇▇▇▇▇▇▇▇▇ effectuate J. Mueller's revisions to the ▇▇▇▇▇▇▇ and finalize the same; numerous e-mails with J. Mueller regarding the same; further ▇▇▇▇▇▇▇ in accordance with J. Mueller's revisions thereto; attend the telephone conference regarding ▇▇▇▇▇▇▇ finalize and distribute the chart showing ▇▇▇▇▇▇▇ review and reply to E. Sandler's response to the ▇▇▇▇▇▇▇ | Clancy-Boy, K | 7.0 |
| 01/18/2013 | Attention to e-mails regarding updating of ▇▇▇▇ | Cohun, K | 0.3 |
| 01/18/2013 | Attention to processing documents, load into Summation, prepare for production, run production, briefcase to .pdfs | Donlin, K | 1.6 |
| 01/18/2013 | Review and revise claim summary for attorney's fees submission; review and provide comments on | Mueller, J | 9.6 |

| Date | Description | Name | Hours |
|---|---|---|---|
| | ▓▓▓ conferences with case team and client regarding ▓▓▓ revise objections and responses to defendant's interrogatories and requests for production of documents | | |
| 01/18/2013 | Attention to issues and cases regarding ▓▓▓ participation in conference calls with A Fitzgerald and with team regarding ▓▓▓ interrogatory responses and fee issues; ▓▓▓ | Nolan, J | 4.7 |
| 01/18/2013 | Draft model response for attorney's fees discovery request on ▓▓▓ review ▓▓▓ several conferences with case team and G. May regarding ▓▓▓ | Sandler, E | 5.2 |
| 01/18/2013 | Review and update Summation QC version of the ▓▓▓ | Spinella, S | 3.7 |
| 01/19/2013 | Review and comment on ▓▓▓ for attorney's fees claim | Sandler, E | 2.0 |
| 01/20/2013 | Review e-mails regarding the ▓▓▓ and further confer with E. Sandler on the ▓▓▓ prepare an updated list of legal fees and expenses ▓▓▓ to the present and distribute to E. Sandler for review | Clancy-Boy, K | 3.0 |
| 01/21/2013 | Prepare and incorporate post judgment production updates to the in house list and distribute to team members; numerous e-mails with J. Mueller and S. Spinella regarding the ▓▓▓ | Clancy-Boy, K | 1.5 |
| 01/21/2013 | Telephone conferences with E. Sandler and J. Joyce regarding discovery objection and responses and ▓▓▓ revise objections and responses to defendant's interrogatories and requests for production of documents; prepare ▓▓▓ | Mueller, J | 9.2 |
| 01/21/2013 | Oversee preparation of ▓▓▓ review revised draft interrogatory responses; conference with J. Joyce and J. Mueller to discuss same | Sandler, E | 4.0 |
| 01/21/2013 | Meeting with E. Sandler, review and update ▓▓▓ | Spinella, S | 4.9 |
| 01/22/2013 | Meet with E. Sandler to discuss research assignment | Bachrach, J | 0.2 |

**WFB-MK641666**

| Date | Description | Name | Hours |
|---|---|---|---|
| 01/22/2013 | E-mails with E. Sandler regarding [redacted] legal research and review of [redacted] regarding the same | Cerreta, J | 0.4 |
| 01/22/2013 | Attend to the request for missing pages from the Winstead and JMM invoices; obtain and review the same; confirmed that two invoices had already been produced and numerous telephone calls with S. Webre regarding the missing pages to three invoices; attend to summation load of the same and distribution to Pullman Comley; finalize the charts [redacted]; distribute to E. Sandler ; attend to request of E. Sandler to begin review of legal invoices for [redacted]; begin with review of the same | Clancy-Boy, K | 3.4 |
| 01/22/2013 | Attention to preparation of spreadsheets regarding legal fees; attention to forwarding trial exhibits to S. Webre | Cohun, K | 1.1 |
| 01/22/2013 | Attention to processing documents in LAW, export and load into Summation, preparation of documents for production, run production, briefcase to .pdfs | Donlin, K | 1.4 |
| 01/22/2013 | Review and analyze defendant's responses to plaintiff's requests for production and summary data regarding attorney's fees and expenses; revise plaintiff's responses to defendant's discovery requests, claim summary, case team summary, [redacted]; review additional invoices for production; correspondence regarding preparations for document production | Mueller, J | 8.2 |
| 01/22/2013 | Attention to Konover disclosures; telephone calls to and from J Shearin and J Joyce regarding discovery and scheduling; attention to [redacted] | Nolan, J | 3.4 |
| 01/22/2013 | Address opposing counsel's request for missing invoices; revise claim summary for attorney's fees discovery response; review defendant's fee and expense summary production; review and comment on revised discovery responses and supporting documents | Sandler, E | 3.7 |
| 01/22/2013 | Meet with K. Clancy-Boy in reference to update billing charts; prepare e-mail to word processing to format charts to distribute; review and cross check calculations on [redacted] review and update [redacted] | Spinella, S | 3.8 |

| Date | Description | Name | Hours |
|---|---|---|---|
| 01/22/2013 | Review memorandum regarding ▮▮▮▮▮ office conference with J. Nolan regarding same | Taylor, A | 1.4 |
| 01/23/2013 | Research ▮▮▮▮▮ | Bachrach, J | 2.5 |
| 01/23/2013 | Attend to update of the chart containing WFB's post judgment production and distribute to team members; continue with preparation of documents to be produced on 1/24/13; review the list of legal fees and expenses incurred by M. Konover and begin with ▮▮▮▮▮ | Clancy-Boy, K | 3.9 |
| 01/23/2013 | Follow-up with E. Sandler regarding court exhibits and final jury charge | Cohun, K | 0.2 |
| 01/23/2013 | Attention to processing documents, load into Summation, prepare documents for Production, run production, briefcase to .pdfs | Donlin, K | 2.1 |
| 01/23/2013 | Finalize plaintiff's objections and responses to defendant's interrogatories and requests for production and prepare documents for production. | Mueller, J | 5.4 |
| 01/23/2013 | Telephone calls to and from J Joyce and J Shearin regarding negotiations, scheduling and discovery; review Konover billing materials | Nolan, J | 1.6 |
| 01/23/2013 | Review discovery responses and supporting documents | Sandler, E | 2.0 |
| 01/24/2013 | Read cases about ▮▮▮▮▮ draft memo for E. Sandler on same subject | Bachrach, J | 2.0 |
| 01/24/2013 | Finalize the calculation of ▮▮▮▮▮ and distribute to team with annotation | Clancy-Boy, K | 0.5 |
| 01/24/2013 | Attention to e-mailing court clerk regarding Court exhibits; updating of electronic files regarding same | Cohun, K | 0.4 |
| 01/24/2013 | Attention to numbering and loading KONFIN production documents into Summation, global replace field | Donlin, K | 0.7 |
| 01/24/2013 | Finalize plaintiff's objections and responses to defendant's interrogatories and requests for production; correspondence with opposing counsel regarding plaintiff's discovery responses and | Mueller, J | 9.4 |

**WFB-MK641668**

Day Pitney LLP

Invoice: 33735131
Page: 15

| Date | Description | Name | Hours |
|---|---|---|---|
| | document production; draft supplemental expert disclosures and motion for order concerning supplemental expert disclosures; correspondence with opposing counsel regarding supplemental expert disclosures; meeting with E. Sandler to discuss briefing on attorney's fees and expenses claim; review ████████ | | |
| 01/24/2013 | Attention to revised motion and related documentation; attention to settlement negotiations; telephone calls to and from J Joyce and J Shearin; review final version of disclosures | Nolan, J | 2.4 |
| 01/24/2013 | Work on outline of attorney's fees brief; study case law on ████████ final review of discovery responses and supplemental document production; review and edit motion for permission to supplement expert reports; review supplemental expert disclosures; study ████████ and circulate e-mail to case team regarding views on same | Sandler, E | 5.5 |
| 01/25/2013 | Prepare and distribute the WFB post production log to S. Webre | Clancy-Boy, K | 0.3 |
| 01/25/2013 | Responding to e-mails from S. Webre regarding trial exhibits | Cohun, K | 0.2 |
| 01/25/2013 | Legal research on ████████ correspondence with E. Sandler and J. Nolan regarding same | Mueller, J | 4.8 |
| 01/25/2013 | Revise and file consent motion for order concerning supplemental expert disclosures | Mueller, J | 0.4 |
| 01/25/2013 | Telephone calls to and from J Shearin regarding settlement and consent to motion; attention to e-mails and cases regarding offer of judgment | Nolan, J | 0.9 |
| 01/25/2013 | Review research on ████████ review and comment on draft letter setting forth offer | Sandler, E | 1.0 |
| 01/28/2013 | Updating of case file regarding post trial discovery responses; review of documents produced regarding same | Cohun, K | 1.4 |
| 01/28/2013 | Review correspondence regarding proposed stipulation on attorney's fees claim | Mueller, J | 0.2 |
**WFB-MK641669**

Invoice: 33735131
Page: 16

| Date | Description | Name | Hours |
|---|---|---|---|
| 01/28/2013 | Review revised draft letter to defendant's counsel regarding offer to stipulate to amount for fee award; discuss same with J. Joyce | Sandler, E | 0.5 |
| 01/29/2013 | Locate all post judgment production received from M. Konover; prepare the same for loading into summation and further prepare an index for distribution to team members | Clancy-Boy, K | 2.0 |
| 01/29/2013 | Attention to review of chart of Defenses post trial production; attention to updating case file regarding e-mails | Cohun, K | 0.5 |
| 01/31/2013 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as per E. Sandler request. | Bayer, C | 0.3 |
| 01/31/2013 | Attend to the request of counsel for missing pages from the 3/4/10 and 4/6/10 Proctor & McKee's invoices; locate and distribute the missing page for the 3/4/10 invoice; prepare an e-mail request to M. McKee for the missing pages from the 4/6/10 invoice; receive and distribute the missing pages to E. Sandler for allocation review; | Clancy-Boy, K | 1.0 |
| 01/31/2013 | Review deposition notice for A. Fitzgerald; draft letter responding to documents requests in deposition notice; correspondence with E. Sandler regarding same | Mueller, J | 1.4 |
| 01/31/2013 | Conferences with T. Fitzgerald regarding upcoming deposition; review invoice pages not previously produced ▮▮▮▮▮▮▮▮▮▮▮▮ address opposing counsel's request for articles cited in Fitzgerald report | Sandler, E | 2.0 |

**WFB-MK641670**

| Summary of Hours | Rank | Hours | Rate | Amount |
|---|---|---|---|---|
| John B Nolan | Partner | 52.7 | $ 590 | $ 31,093.00 |
| Allan B Taylor | Partner | 1.8 | 510 | 918.00 |
| Erick M. Sandler | Partner | 87.9 | 420 | 36,918.00 |
| John W. Cerreta | Associate | 29.5 | 380 | 11,210.00 |
| Jeffrey P. Mueller | Associate | 136.6 | 355 | 48,493.00 |
| Jaime Bachrach | Associate | 10.6 | 350 | 3,710.00 |
| Karen S Clancy-Boy | Paralegal | 68.2 | 225 | 15,345.00 |
| Kathleen C Cohun | Paralegal | 45.6 | 200 | 9,120.00 |
| Marcia Ortiz | Paralegal | 0.3 | 200 | 60.00 |
| Robert W Brierton | Paralegal | 40.2 | 185 | 7,437.00 |
| Shanelle Spinella | Paralegal | 3.3 | 185 | 610.50 |
| Shanelle Spinella | Paralegal | 17.6 | 160 | 2,816.00 |
| Catherine M Bayer | Library | 0.3 | 135 | 40.50 |
| Kathleen M Donlin | Project Assistant | 18.7 | 155 | 2,898.50 |
| **Total** | | 513.3 | | $ 170,669.50 |
| | | Matter Fee | | $ 170,669.50 |

**Matter Disbursement Summary**

| | |
|---|---|
| Automated Document Preparation | $ 130.20 |
| Photocopying - 504 copies at 0.15 cents per copy | 75.60 |
| Courier | 138.65 |
| Depositions/Transcripts | 176.81 |
| Impressions | 626.70 |
| Meals | 295.61 |
| Miscellaneous Other Services | 957.15 |
| Postage | 12.36 |
| Reprographics | 55.84 |
| Scan | 9.45 |
| Supplies | 14.84 |
| Telephone | 19.50 |
| Travel | 132.00 |
| United Parcel Service | 427.71 |
| | $ 3,072.42 |
| Matter Disbursements | $ 3,072.42 |

WFB-MK641671

Day Pitney LLP

| | |
|---|---:|
| Total For Professional Services Rendered | 170,669.50 |
| Total Disbursements | 3,072.42 |
| **Total Bill** | $ 173,741.92 |

WFB-MK641672