# Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
## SUMMARY OF ATTORNEYS AND EXPENSES
## PROCTOR McKEE
Submitted through February 15, 2013 (Revised February 19, 2013)

| Mth/yr | Fees | Expenses | Total | Hours |
|---|---|---|---|---|
| Oct 07 | $2,378.50 | $0.00 | $2,378.50 | 7.30 |
| Nov 07 | $11,904.00 | $20.70 | $11,924.70 | 38.40 |
| Dec 07 | $1,826.50 | $1,265.28 | $3,091.78 | 6.10 |
| Jan 08 | $0.00 | $0.00 | $0.00 | 0.00 |
| Feb 08 | $431.00 | $0.00 | $431.00 | 1.40 |
| Mar 08 | $288.00 | $0.00 | $288.00 | 0.80 |
| Apr 08 | $330.00 | $0.00 | $330.00 | 1.00 |
| May 08 | $186.00 | $0.00 | $186.00 | 0.60 |
| Jun 08 | $0.00 | $0.00 | $0.00 | 0.00 |
| Jul 08 | $3,796.00 | $0.00 | $3,796.00 | 12.10 |
| Aug 08 | $837.00 | $0.00 | $837.00 | 2.70 |
| Sep 08 | $0.00 | $0.00 | $0.00 | 0.00 |
| Oct 08 | $0.00 | $0.00 | $0.00 | 0.00 |
| Nov 08 | $0.00 | $0.00 | $0.00 | 0.00 |
| Dec 08 | $0.00 | $0.00 | $0.00 | 0.00 |
| Jan 09 | $0.00 | $0.00 | $0.00 | 0.00 |
| Feb 09 | $2,387.00 | $0.00 | $2,387.00 | 7.70 |
| Mar 09 | $0.00 | $0.00 | $0.00 | 0.00 |
| Apr 09 | $11,906.00 | $216.62 | $12,122.62 | 43.10 |
| May 09 | $4,774.00 | $156.02 | $4,930.02 | 15.40 |
| Jun 09 | $0.00 | $0.00 | $0.00 | 0.00 |
| Jul 09 | $3,128.00 | $0.00 | $3,128.00 | 9.30 |
| Aug 09 | $14,880.00 | $0.00 | $14,880.00 | 46.00 |
| Sep 09 | $30,296.00 | $0.00 | $30,296.00 | 97.60 |
| Oct 09 | $30,258.00 | $0.00 | $30,258.00 | 97.30 |
| Nov 09 | $9,452.00 | $99.00 | $9,551.00 | 30.20 |
| Dec 09 | $3,704.00 | $0.00 | $3,704.00 | 11.90 |
| Jan 10 | $3,770.00 | $0.00 | $3,770.00 | 11.60 |
| Feb 10 | $1,807.50 | $258.75 | $2,066.25 | 5.50 |
| Mar 10 | $18,950.00 | $105.10 | $19,055.10 | 58.00 |
| Apr 10 | $44,362.50 | $0.00 | $44,362.50 | 136.50 |
| May 10 | $13,925.00 | $0.00 | $13,925.00 | 42.80 |
| Jun 10 | $1,835.00 | $0.00 | $1,835.00 | 5.60 |
| Jul 10 | $0.00 | $0.00 | $0.00 | 0.00 |
| Aug 10 | $0.00 | $0.00 | $0.00 | 0.00 |
| Sep 10 | $0.00 | $0.00 | $0.00 | 0.00 |

WFB-MK641828

# Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
## SUMMARY OF ATTORNEYS AND EXPENSES
## PROCTOR McKEE
Submitted through February 15, 2013 (Revised February 19, 2013)

| Month | | | | |
|---|---:|---:|---:|---:|
| Oct 10 | $0.00 | $130.00 | $130.00 | 0.00 |
| Nov 10 | $0.00 | $0.00 | $0.00 | 0.00 |
| Dec 10 | $0.00 | $0.00 | $0.00 | 0.00 |
| Jan 11 | $0.00 | $0.00 | $0.00 | 0.00 |
| Feb 11 | $0.00 | $0.00 | $0.00 | 0.00 |
| Mar 11 | $0.00 | $0.00 | $0.00 | 0.00 |
| Apr 11 | $0.00 | $0.00 | $0.00 | 0.00 |
| May 11 | $0.00 | $0.00 | $0.00 | 0.00 |
| Jun 11 | $0.00 | $0.00 | $0.00 | 0.00 |
| Jul 11 | $0.00 | $0.00 | $0.00 | 0.00 |
| Aug 11 | $0.00 | $0.00 | $0.00 | 0.00 |
| Sep 11 | $0.00 | $0.00 | $0.00 | 0.00 |
| Oct 11 | $0.00 | $0.00 | $0.00 | 0.00 |
| Nov 11 | $3,940.00 | $0.00 | $3,940.00 | 12.00 |
| Dec 11 | $1,055.00 | $30.76 | $1,085.76 | 3.20 |
| Jan 12 | $0.00 | $0.00 | $0.00 | 0.00 |
| Feb 12 | $3,128.00 | $0.00 | $3,128.00 | 9.20 |
| Mar 12 | $0.00 | $0.00 | $0.00 | 0.00 |
| Apr 12 | $0.00 | $0.00 | $0.00 | 0.00 |
| May 12 | $782.00 | $77.00 | $859.00 | 2.30 |
| Jun 12 | $3,196.00 | $0.00 | $3,196.00 | 9.40 |
| Jul 12 | $0.00 | $0.00 | $0.00 | 0.00 |
| Aug 12 | $0.00 | $0.00 | $0.00 | 0.00 |
| Sep 12 | $0.00 | $0.00 | $0.00 | 0.00 |
| Oct 12 | $0.00 | $0.00 | $0.00 | 0.00 |
| Dec 12 | $0.00 | $0.00 | $0.00 | 0.00 |
| Jan 13 | $2,408.00 | $0.00 | $2,408.00 | 7.00 |
| Feb 13 | $2,771.00 | $0.00 | $2,771.00 | 7.60 |
| Totals | $234,692.00 | $2,359.23 | $237,051.23 | 739.6 |

WFB-MK641829