# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

*Lit*

| | | | | |
|---|---|---|---|---|
| Requestor: | teggleston | | Batch Control #: | BATCH002221 |
| Vendor Name: | PROCTOR & MCKEE, PA | | Vendor #: | 04063 |
| Invoice No.: | 17271 | | Invoice Date: | 11/06/2007 |

| Loan Number | Property Number | Entity Level | P&L | Expense Match Brief Issues Cost | GL Account Number Account Sub | Cost Center | Deal Name | Amount (Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S Deficiency | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $2,378.50 |
| | | | | | | | | $2,378.50 |

*Dia Pt*

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| | | | |
|---|---|---|---|
| Manager's Approval: | BMaher | Date: | 11/7/07 |
| Add'l Approval: | MFakes | Date: | |
| Add'l Approval: | SHarden | | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

WFB-MK640394

LAW OFFICES

# PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

November 6, 2007

**Via Email**

Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

**Re:  Wells Fargo Bank Minnesota, N.A., v. Diamond Point Plaza Limited
Partnership - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through October 31, 2007, which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640395

LAW OFFICES

# PROCTOR & McKEE, P.A.

SUITE 505

## 102 WEST PENNSYLVANIA AVENUE
### TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

November 06, 2007

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:      Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #    17271
Professional services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/04/07 | MMM | Spoke with Mr. Joyce re Conn. depositions to be taken in Maryland. Spoke with Ms. Longson re same. Additional conversation with Mr. Joyce. | 0.70 295.00/hr | 206.50 |
| 10/05/07 | KDP | Spoke with MMM re JJ call re depositions in Conn. case to be taken in our office. | 0.10 340.00/hr | 34.00 |
| 10/10/07 | KDP | Spoke with Leah Amato at CBRE re Connecticut depositions. Called Jeff Joyce and left voice message. | 0.30 340.00/hr | 102.00 |

WFB-MK640396

|          |     |                                                                                                                                                                | Hrs/Rate          | Amount  |
|----------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
| 10/12/07 | KDP | Spoke with Jeff Joyce re Conn. discovery and my conversation with CBRE. Emailed Jeff Joyce re Billig.                                                            | 0.30 340.00/hr    | 102.00  |
|          | KDP | Reviewed and responded to email from Gris Ware with CBRE.                                                                                                       | 0.10 340.00/hr    | 34.00   |
|          | KDP | Located contact information for Gris Ware with CBRE. Drafted email to Gris Ware re Connecticut subpoena. Drafted email to Jeff Joyce re same.                    | 0.80 340.00/hr    | 272.00  |
| 10/17/07 | KDP | Spoke with Jeff Joyce re depositions in Conn. case. Memo to file.                                                                                               | 0.20 340.00/hr    | 68.00   |
|          | MMM | Numerous emails and telephone conversations to and from Houston counsel re Schwartzman deposition from foreclosure case and exhibits. Locate and scan exhibits. Conferred with KDP re same. | 1.60 295.00/hr    | 472.00  |
|          | KDP | Called Sarah Longson re Conn. depositions. Left voice message.                                                                                                  | 0.10 340.00/hr    | 34.00   |
|          | KDP | Conferred with MMM re exhibits to Michael Fox / Gil Schwartzman deposition in foreclosure case. Located exhibits.                                               | 0.20 340.00/hr    | 68.00   |
|          | KDP | Spoke with MMM and JJ re role of auctioneers. Also advised JJ of my conversation earlier today with Sarah Longson re Dan Billig.                                | 0.20 340.00/hr    | 68.00   |
|          | KDP | Spoke with Gris Ware re CBRE witness. Emailed him re same.                                                                                                      | 0.30 340.00/hr    | 102.00  |

WFB-MK640397

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/24/07 | KDP | Review of Connecticut deposition notices and emails from JJ re same. Emails and calls to CBRE and Sarah Longson re same. | 0.80 340.00/hr | 272.00 |
|  | KDP | Spoke with Felecia Young at CBRE re Conn. depositions. | 0.20 340.00/hr | 68.00 |
| 10/25/07 | KDP | Spoke with Jeff Joyce re Connecticut deposition notices. Called Gris Ware and left voice message. | 0.20 340.00/hr | 68.00 |
|  | KDP | Conferred with MMM re previous production in Conn. of CBRE, Sarah Longson etc. records. | 0.20 340.00/hr | 68.00 |
| 10/26/07 | KDP | Emailed Gris Ware re setting conference call re CBRE deposition in Conn. case. | 0.10 340.00/hr | 34.00 |
|  | KDP | Spoke with Gris Ware. | 0.20 340.00/hr | 68.00 |
| 10/29/07 | KDP | Called Jeff Joyce. Left message re setting conference call with Gris Ware with CBRE. | 0.10 340.00/hr | 34.00 |
|  | KDP | Spoke with Jeff Joyce re status of CBRE subpoena / deposition. Called Griswold Ware at CBRE and left voice message. Reviewed prior orders affecting ability of DPPLP to rejoin CBRE in litigation. | 0.40 340.00/hr | 136.00 |
| 10/30/07 | KDP | Emailed JJ to see if Gris Ware had called him. Reviewed and responded to response. | 0.20 340.00/hr | 68.00 |

For professional services rendered                           7.30          $2,378.50

Balance due                                                                $2,378.50

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:   LOAN     REO    DEF
REIMB BY:  B  T          NONREIMB
LOAN NO.:
POOL NAME:

**WFB-MK640398**

## User Summary

| Name | Hours | Rate |
|------|-------|------|
| K. Donald Proctor | 5.00 | 340.00 |
| Margaret M. McKee | 2.30 | 295.00 |

WFB-MK640399

hhfax

12:48:40
WFB-MK640400.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

Requestor: teggleston

Vendor Name: PROCTOR & MCKEE, PA

Invoice No.: 17291

Batch Control #: BATCH002221

Vendor #: 04063

Invoice Date: 12/10/2007

| | | | | | | |
|---|---|---|---|---|---|---|
| 190000285 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $11,924.70 |
| | | | | | | | | $11,924.70 |

**SPECIAL INSTRUCTIONS**

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: See Attached

Add'l Approval:

Add'l Approval: Date: 2/15/08

Add'l Approval: Date:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Page 1 of 1

WFB-MK640400

# PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

DEC 11 2007

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

December 10, 2007

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re:  ORIX Capital Markets, LLC v. Diamond Point Plaza Limited
     Partnership, et al. - Connecticut litigation

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through November 30, 2007, which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640401

LAW OFFICES

# PROCTOR & McKEE, P.A.
### SUITE 505
## 102 WEST PENNSYLVANIA AVENUE
## TOWSON, MARYLAND 21204-4542
### Telephone (410) 823-2258
### Federal Tax ID: 52-2009312

December 10, 2007

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:     Wells Fargo Bank Minnesota, N.A., as Trustee for the
        registered holders of Salomon Brothers Mortgage
        Securities VII, Inc., Commercial Mortgage
        Pass-Through Certificates, Series 2000 - C2 by:
        ORIX Capital Markets, LLC v. Diamond Point Plaza
        Limited Partnership et al.,
        Case No. 03-C-03-002449, in the Circuit Court for
        Baltimore County, Maryland

        Connecticut Litigation

        Invoice #     17291
        Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/01/07 KDP | Spoke with JJ re contact with Gris Ware with CBRE re Conn. case. | 0.10 340.00/hr | 34.00 |
| 11/05/07 MMM | Spoke with Paul Savoy re documents produced in Maryland case regarding The Wire and attempts to renegotiate lease. | 0.30 295.00/hr | 88.50 |
| 11/06/07 KDP | Called Jeff Joyce. Left message inquiring about next week's deposition schedule. | 0.10 340.00/hr | 34.00 |

WFB-MK640402

December 10, 2007
Invoice # 17291

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/06/07 | KDP | Spoke with Sarah Longson re her deposition. Spoke with Jeff Joyce re contacting Leah Amato and Lise Benedicto. Conferred with MMM re Longson documents produced in Conn. | 0.70 340.00/hr | 238.00 |
| | KDP | Spoke with Jeff Joyce re next week's depositions. Called Sarah Longson and left voice message re same. | 0.20 340.00/hr | 68.00 |
| | MMM | Spoke with KDP re Sarah Longson's upcoming deposition. Reviewed previously produced files to ascertain what was produced in CT. Telephoned Erick Sandler. Telephoned Paul Savoy. | 0.80 295.00/hr | 236.00 |
| 11/07/07 | MMM | Numerous conversations and emails with Paul Savoy re Sarah Longson's files. | 1.40 295.00/hr | 413.00 |
| | KDP | Spoke with Leah Amato. Called Andrew Schumaker and left voice message. Memo to file. | 0.30 340.00/hr | 102.00 |
| | KDP | Emailed Sarah Longson re scope of earlier document request in Conn. | 0.10 340.00/hr | 34.00 |
| | KDP | Conferred with MMM re CBRE document production. Compared Conn. request with prior requests in Maryland. Called Lise Benedicto, Leah Amato and Andrew Schumacher re need to have further review of subjects of testimony and prior document production. | 0.80 340.00/hr | 272.00 |
| | KDP | Spoke with Lise Benedicto. Emailed her copy of deposition notice. Located her deposition transcript and emailed her copy. | 0.40 340.00/hr | 136.00 |

WFB-MK640403

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/07/07 | KDP | Emailed Sarah Longson re issues for next week's deposition. | 0.10 340.00/hr | 34.00 |
| | KDP | Spoke with Andrew Schumacher. Spoke with Leah Amato. Spoke with Jeff Joyce. Spoke with Gris Ware. Emailed Jeff Joyce and Andrew Schumacher re same. | 1.20 340.00/hr | 408.00 |
| | MMM | Worked on collecting and organizing CBRE documents for depositions next week. Conferred with KDP and Paul Savoy numerous times re same. | 2.60 295.00/hr | 767.00 |
| | KDP | Spoke with JJ and Andrew Schumacher. Spoke with Gris Ware. Emailed Jeff Joyce and Andrew Schumacher re same. | 0.50 340.00/hr | 170.00 |
| | KDP | Called Leah Amato and Lise Benedicto and left voice messages for both. | 0.20 340.00/hr | 68.00 |
| 11/08/07 | MMM | Conferred with KDP re Wire production. Telephoned Ms. Miklich to discuss. Spoke with Mr. Savoy re same. Received and organized for KDP. | 0.70 295.00/hr | 206.50 |
| | KDP | Spoke with Jeff Joyce and Andrew Schumacher re response to CBRE deposition request. | 0.30 340.00/hr | 102.00 |
| | KDP | Spoke with Tracy Bartlett re Neil Tucker documents. Emailed MMM re same. | 0.20 340.00/hr | 68.00 |
| | MMM | Review of Maryland file to determine what roofing records, leasing records and communications produced by any representative of CBRE. Reviewed John | 1.90 295.00/hr | 560.50 |

WFB-MK640404

December 10, 2007
Invoice # 17291

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Lynch deposition to determine whether documents produced at his deposition. | | |
| 11/08/07 | KDP | Spoke with Paul Savoy re Wire documents. | 0.10 340.00/hr | 34.00 |
| | MMM | Numerous discussions with Paul Savoy and emails with Sue Micklich re CBRE documents. Received and organized additional CBRE documents produced in CT. Conferred with KDP re same. | 1.40 295.00/hr | 413.00 |
| | KDP | Conference call with JJ, Andrew Schumacher and Lise Benedicto. Spoke with Gris Ware. | 1.00 340.00/hr | 340.00 |
| 11/09/07 | KDP | Spoke with Andrew Schumacher. | 0.10 340.00/hr | 34.00 |
| 11/10/07 | KDP | Reviewed yesterday's exchange of emails re CBRE / Lise Benedicto deposition. | 0.20 340.00/hr | 68.00 |
| 11/11/07 | KDP | Reviewed and responded to JJ email re Sarah Longson deposition. | 0.10 340.00/hr | 34.00 |
| | KDP | Reviewed 9/17/04 Sarah Longson deposition to prepare for tomorrow's meeting. | 0.60 340.00/hr | 204.00 |
| 11/12/07 | KDP | Spoke with Andrew Schumacher re Leah Amato. | 0.20 340.00/hr | 68.00 |
| | KDP | Collected documents re Konover entity, Lost Sailor, LLC's participation in foreclosure sale. Emailed same to JJ. | 0.90 340.00/hr | 306.00 |

**WFB-MK640405**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/12/07 KDP | Spoke with Bud Clark to offer our conference room. Emailed Brittany Maher re depositions. | 0.10 340.00/hr | 34.00 |
| KDP | Conferred with Sarah Longson. Conference call with Jeff Joyce re her upcoming deposition. | 1.60 340.00/hr | 544.00 |
| KDP | Review of prior Sarah Longson depositions to prepare for this morning's meeting. | 0.70 340.00/hr | 238.00 |
| KDP | Spoke with Paul Savoy re additional documents to be produced by Sarah Longson. | 0.10 340.00/hr | 34.00 |
| 11/13/07 KDP | Reviewed email from Lise Benedicto re inability to attend deposition. Numerous emails and phone calls re same. | 0.60 340.00/hr | 204.00 |
| KDP | Spoke with Andrew Schumacher and Leah Amato re CBRE documents. | 0.20 340.00/hr | 68.00 |
| 11/15/07 KDP | Called Leah Amato. Left voice message inquiring re records status. Spoke with Leah Amato and emailed Jeff Joyce and Andrew Schumacher re same. | 0.30 340.00/hr | 102.00 |
| 11/16/07 KDP | Memos to Tammy Airey re document organization following this week's depositions in Conn. actions. | 0.20 340.00/hr | 68.00 |
| MMM | Received CBRE records. Emailed client and counsel. Spoke to Jeff Joyce re records. Began privilege review. | 3.10 295.00/hr | 914.50 |

WFB-MK640406

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/19/07 | KDP | Reviewed and responded to email from Paul Savoy re documents at last week's depositions. | 0.10 340.00/hr | 34.00 |
|  | MMM | Continued review of CBRE documents for privilege. Email to Erick Sandler re same. | 4.40 295.00/hr | 1,298.00 |
| 11/20/07 | MMM | Finalized privilege review of documents provided from CBRE Washington. Organized documents for scanning and labeling. Spoke with copy service. | 1.60 295.00/hr | 472.00 |
|  | MMM | Spoke with Jeff Joyce re privilege issues. Emailed Barbara Endoy at CBRE re same. Spoke with Ms. Endoy. | 0.50 295.00/hr | 147.50 |
| 11/21/07 | KDP | Reviewed email from CBRE re privilege log for Leah Amato's email. Forwarded same to JJ. | 0.20 340.00/hr | 68.00 |
|  | KDP | Spoke with JJ re anticipated argument time in Court of Appeals so that he can schedule depositions for Conn. Calendared same. | 0.20 340.00/hr | 68.00 |
|  | MMM | Received and reviewed documents from CBRE Chicago including emails. Reviewed for privilege and responsiveness. | 3.90 295.00/hr | 1,150.50 |
| 11/27/07 | MMM | Final redactions and privilege review of CBRE documents. Revised instructions to copy service. Final organization of production of CBRE documents. | 2.80 295.00/hr | 826.00 |
| 11/28/07 | KDP | Spoke with Leah Amato re status of copying of records. | 0.10 340.00/hr | 34.00 |

WFB-MK640407

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/30/07 | MMM | Spoke to copy service to clarify copy instructions for CBRE documents. | 0.20 295.00/hr | 59.00 |
|  |  | For professional services rendered Additional charges: | 38.40 | $11,904.00 |
| 11/09/07 |  | Messenger Service |  | 8.51 |
| 11/16/07 |  | Messenger Service |  | 12.19 |

Total costs                                                                                          $20.70

Total amount of this bill                                                                $11,924.70

Previous balance                                                                             $2,378.50

Balance due                                                                                    $14,303.20

INVOICE APPROVED BY:
DATE: 1/16/08
EXPENSE TYPE: Legal - Lit
SERVICING:   LOAN    REO    OREO
REIMB BY:  B  T  CB?  NONREIMB
LOAN NO.: 1a-000025
POOL NAME: SBA15-00-6

## User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 12.80 | 340.00 |
| Margaret M. McKee | 25.60 | 295.00 |

WFB-MK640408

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: teggleston

Vendor Name: PROCTOR & MCKEE, PA

Invoice No.: 17311

Batch Control #: BATCH002221
Vendor #: 04063
Invoice Date: 01/11/2008

| 190000295 | 0 | Both | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $3,091.78 |
| | | (36) Legal Fees | | | | | $3,091.78 |

BOMON
ACCOUNTS PAYABLE

2008 MAR 28 AM 11: 49

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _____

Add'l Approval: _____  See Attached

Add'l Approval: _____  3.27.08

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Date: _____

Date: _____

Page 1 of 1

WFB-MK640409

LAW OFFICES

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

January 11, 2008

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:   **Wells Fargo Bank Minnesota, N.A., v. Diamond Point Plaza Limited
Partnership - Connecticut Litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through December 31, 2007, which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

LAW OFFICES

# PROCTOR & McKEE, P.A.
SUITE 505

## 102 WEST PENNSYLVANIA AVENUE
## TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

January 11, 2008

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re: Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice # 17311
Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/04/07 MMM | Spoke with Andrew Schumaker re Request for Admissions. Reviewed proposed answers to Requests. | 1.40 295.00/hr | 413.00 |
| 12/05/07 MMM | Spoke to Mr. Schumaker and Mr. Joyce about proposed responses to request for admissions. | 0.20 295.00/hr | 59.00 |
| MMM | Finalized review of proposed responses to request for admissions. Reviewed various pleadings from the underlying Maryland action to test the veracity of some of the | 0.80 295.00/hr | 236.00 |

WFB-MK640411

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | responses. Telephoned Andrew Schumaker to discuss responses. Left message. | | |
| 12/06/07 MMM | Carefully reviewed CBRE discs received back from copier. Upon discovery of major mistakes in copying, had numerous calls with copy service regarding errors. | 2.20 295.00/hr | 649.00 |
| 12/07/07 MMM | Letter to Sandler with CBRE documents. | 0.20 295.00/hr | 59.00 |
| 12/11/07 KDP | Reviewed email from Paul Savoy re Diamond Point easement agreement. Located same and emailed to Paul Savoy. | 0.20 340.00/hr | 68.00 |
| 12/12/07 MMM | Spoke with Andrew Schumacher re Request for Admissions. Reviewed same. Conferred with KDP re same. | 0.50 295.00/hr | 147.50 |
| 12/13/07 KDP | Reviewed request for admissions in Conn. action. | 0.40 340.00/hr | 136.00 |
| 12/14/07 MMM | Spoke with Andrew Schumacher re requests for admissions. | 0.20 295.00/hr | 59.00 |
| | For professional services rendered Additional charges: | 6.10 | $1,826.50 |
| 12/17/07 | Courthouse Copy Service - scanning documents/producing document production CDs | | 1,047.41 |
| 12/20/07 | FedEx | | 45.96 |
| | FedEx | | 39.44 |

WFB-MK640412

|  | Amount |
|---|---|
| 12/20/07 FedEx | 49.15 |
| FedEx | 18.23 |
| FedEx | 18.23 |
| FedEx | 16.93 |
| FedEx | 18.23 |
| Messenger Service - Return of Leah Amato's file | 11.70 |
| Total costs | $1,265.28 |
| Total amount of this bill | $3,091.78 |
| Previous balance | $14,303.20 |
| 1/2/2008 Payment - Thank You. Check No. 11940 | ($2,378.50) |
| Total payments and adjustments | ($2,378.50) |
| Balance due | $15,016.48 |

## User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 0.60 | 340.00 |
| Margaret M. McKee | 5.50 | 295.00 |

WFB-MK640413