# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

Requestor: Ieggleston

Vendor Name: PROCTOR & MCKEE, PA

Invoice No.: 17352

Batch Control #: BATCH002221

Vendor #: 04063

Invoice Date: 03/04/2008

| Loan Number | Property Number | Paid By | Expense Category | Seve/Servicing Init Sub Code | Deficiency | G/L ACCOUNT NUMBER Account Bus Seg Contract XXXXX - XXXXX - XXXXX | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $431.00 |
| | | | | | | | | $431.00 |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

**See Attached**

Manager's Approval: Bhales

Add'l Approval: Mpaky

Date: 4/25/08

Add'l Approval: GMay

Date:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Page 1 of 1

WFB-MK640414

LAW OFFICES

# PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

March 4, 2008

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re:    ORIX Capital Markets, LLC v. Diamond Point Plaza Limited
       Partnership, et al. - Connecticut litigation

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered
through February 29, 2008, which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

**WFB-MK640415**

LAW OFFICES

# PROCTOR & McKEE, P.A.

SUITE 505

## 102 WEST PENNSYLVANIA AVENUE
### TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

March 04, 2008

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:     Wells Fargo Bank Minnesota, N.A., as Trustee for the
        registered holders of Salomon Brothers Mortgage
        Securities VII, Inc., Commercial Mortgage
        Pass-Through Certificates, Series 2000 - C2 by:
        ORIX Capital Markets, LLC v. Diamond Point Plaza
        Limited Partnership et al.,
        Case No. 03-C-03-002449, in the Circuit Court for
        Baltimore County, Maryland

        Connecticut Litigation

        Invoice #     17352
        Professional services

|              |     |                                                                                                                                                  | Hrs/Rate            | Amount |
|--------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|--------|
| 02/06/08 MMM |     | Reviewed Response to Request for Admissions as requested. Reviewed Chamberlain's deposition. Telephone conference with Andrew Schumaker re same. | 0.70 295.00/hr      | 206.50 |
| 02/11/08 KDP |     | Called Leah Amato. Left voice message.                                                                                                            | 0.10 340.00/hr      | 34.00  |
| 02/19/08 KDP |     | Spoke twice with Gris Ware and Leah Amato re CBRE email records.                                                                                  | 0.20 340.00/hr      | 68.00  |

WFB-MK640416

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 02/19/08 | KDP | Called Leah Amato and left voice message. | 0.10 340.00/hr | 34.00 |
| 02/26/08 | MMM | Reviewed email from Andrew Schumacher requesting information regarding prior settlement negotiations. Located early correspondence and responded. | 0.30 295.00/hr | 88.50 |

INVOICE APPROVED BY: ___
DATE: ___
EXPENSE TYPE: Legal-lit
SERVICING: LOAN  REO  DEF
REIMB BY: B  T  OT  NONREIMB
LOAN NO.: 19-0000285
POOL NAME: ___

| | Hrs/Rate | Amount |
|---|---|---|
| For professional services rendered | 1.40 | $431.00 |
| Previous balance | | $15,016.48 |
| 2/25/2008 Payment - Thank You. Check No. 12111 | | ($11,924.70) |
| Total payments and adjustments | | ($11,924.70) |
| Balance due | | $3,522.78 |

### User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 0.40 | 340.00 |
| Margaret M. McKee | 1.00 | 295.00 |

WFB-MK640417

hhfax

12:48:58
WFB-MK640418.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: eggleston *(initials)*
Vendor Name: PROCTOR & MCKEE, PA
Invoice No.: 17358

Batch Control #: BATCH002221
Vendor #: 04063
Invoice Date: 04/04/2008

| Loan Number | Pool | Prop # | Expense Desc. | Account Number | Amount |
|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | Deficiency 13059 · CRG20 · 00176 · SALOMON 2000-C2 | $288.00 |
| | | | | | $288.00 |

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _____  See Attached
Add'l Approval: _____
Add'l Approval: _____  Date: 2/5/15
Add'l Approval: _____  Date: 2/5/15
Add'l Approval: _____
Add'l Approval: _____

Page 1 of 1

WFB-MK640418

LAW OFFICES

## PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

April 4, 2008

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

> **Re:    ORIX Capital Markets, LLC v. Diamond Point Plaza Limited
> Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through March 31, 2008, which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640419

LAW OFFICES

# PROCTOR & McKEE, P.A.

SUITE 505

## 102 WEST PENNSYLVANIA AVENUE
### TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

April 04, 2008

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:  Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #    17358
Professional services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 03/10/08 | KDP | Emailed JJ re calling Leah Amato. | 0.10 360.00/hr | 36.00 |
| 03/12/08 | KDP | Called Leah Amato. Left voice message. | 0.10 360.00/hr | 36.00 |
| | KDP | Spoke with Jeff Joyce re status re response from Leah Amato. | 0.10 360.00/hr | 36.00 |
| 03/13/08 | KDP | Called Leah Amato. Left voice message. | 0.10 360.00/hr | 36.00 |

WFB-MK640420

April 04, 2008
Invoice # 17358

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 03/14/08 KDP | Spoke with Leah Amato. Emailed client re same. | | 0.30 360.00/hr | 108.00 |
| 03/26/08 KDP | Called Leah Amato. Left voice message. | | 0.10 360.00/hr | 36.00 |

| | Hrs | Amount |
|---|---|---|
| For professional services rendered | 0.80 | $288.00 |
| Previous balance | | $3,522.78 |
| 4/3/2008 Payment - Thank You. Check No. 12 | | ($3,091.78) |
| Total payments and adjustments | | ($3,091.78) |
| Balance due | | $719.00 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO DEP
REIMB BY: B T BD NONREIMB
LOAN NO.:
POOL NAME:

### User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 0.80 | 360.00 |

WFB-MK640421

hhfax

12:49:2
WFB-MK640422.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| **Requestor:** leggleston | **Batch Control #:** BATCH022221 |
| **Vendor Name:** PROCTOR & MCKEE, PA | **Vendor #:** 04063 |
| **Invoice No.:** 17379 | **Invoice Date:** 05/07/2008 |

| Loan Number | Sub Loan Number | Both/Escrow/ Corp Adv | Expense Category | Sub Source | Source Account Number | Name | Amount |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $330.00 |
| | | | | | | | $330.00 |

Du_PK

**SPECIAL INSTRUCTIONS**

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

Manager's Approval: _____

Add'l Approval: M Mckee _____ Date: 315765

Add'l Approval: _____ Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Page 1 of 1

WFB-MK640422

LAW OFFICES

# PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

May 7, 2008

<u>**Via Email**</u>
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re:   **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited
Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through April 30, 2008, which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

**WFB-MK640423**

LAW OFFICES

# PROCTOR & McKEE, P.A.

SUITE 505

**102 WEST PENNSYLVANIA AVENUE**
**TOWSON, MARYLAND 21204-4542**
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

May 07, 2008

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:    Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #    17379
Professional services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/04/08 | KDP | Called Leah Amato and left voice message. | 0.10 360.00/hr | 36.00 |
| 04/07/08 | KDP | Spoke with Leah Amato. Emailed Jeff Joyce re same. | 0.20 360.00/hr | 72.00 |
| 04/09/08 | KDP | Spoke with Jeff Joyce re CBRE email file issues. | 0.10 360.00/hr | 36.00 |
| 04/28/08 | MMM | Reviewed email from Paul Savoy re document breaks in productions and defendants demands for identification. | 0.60 310.00/hr | 186.00 |

**WFB-MK640424**

|  | Hrs/Rate | Amount |
|---|---|---|

Briefly reviewed documents. Telephoned
and spoke with Mr. Savoy re same.

For professional services rendered                    1.00        $330.00
Previous balance                                                  $719.00

Balance due                                                     $1,049.00

## User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 0.40 | 360.00 |
| Margaret M. McKee | 0.60 | 310.00 |

WFB-MK640425

hhfax

12:49:6
WFB-MK640426.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | PROCTOR & MCKEE, PA |
| Invoice No.: | 17390 |

| | |
|---|---|
| Batch Control #: | BATCH02221 |
| Vendor #: | 04063 |
| Invoice Date: | 06/05/2008 |

190000295    0    Both    (36) Legal Fees    S    Deficiency    13059 - CRG20 - 00176    SALOMON 2000-C2    $186.00

$186.00

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval:    See Attached

Add'l Approval:    Date:    6/19/08

Add'l Approval:    Date:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Page 1 of 1

WFB-MK640426

LAW OFFICES
# PROCTOR & MCKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

JUN 0 5 2008

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

June 5, 2008

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

> Re:   **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through May 31, 2008, which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640427

# PROCTOR & McKEE, P.A.
### SUITE 505
## 102 WEST PENNSYLVANIA AVENUE
### TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

June 05, 2008

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:     Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #    17390
Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 05/08/08 | MMM | Spoke three times with Paul Savoy re redactions for Conn. case. | 0.60<br>310.00/hr | 186.00 |
|  |  | For professional services rendered | 0.60 | $186.00 |
|  |  | Previous balance |  | $1,049.00 |
| 5/16/2008 | Payment - Thank You. Check No. 12334 |  |  | ($431.00) |
|  |  | Total payments and adjustments |  | ($431.00) |

INVOICE APPROVED BY:
DATE: 6/17/08
EXPENSE TYPE: Legal - lit
SERVICING: LOAN A REO DEF
REIMB BY: B T B/T NONREIMB
LOAN NO.: 19-0000245
POOL NAME: SBMS 00-C2

**WFB-MK640428**

|  | Amount |
|---|---|
| Balance due | $804.00 |

## User Summary

| Name | Hours | Rate |
|---|---|---|
| Margaret M. McKee | 0.60 | 310.00 |

WFB-MK640429

hhfax

12:49:10
WFB-MK640430.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: Ieggleston

Vendor Name: PROCTOR & MCKEE, PA

Invoice No.: 17415

Batch Control #: BATCH004221

Vendor #: 04063

Invoice Date: 08/13/2008

| | | | | | | | ACCOUNT NUMBER | | | | NAME | AMOUNT (Use to cross out Decimals) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | | (36) Legal Fees | | $ Deficiency | 13059 | CRG20 | 00176 | SALOMON 2000-C2 | $3,796.00 |
| | | | | | | | | | | | $3,796.00 |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix.

See Attached

Manager's Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Date: 9/24/08

Date: _____

WFB-MK640430

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

August 13, 2008

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re:   **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited Partnership, et al. – Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through July 31, 2008, which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640431

LAW OFFICES

# PROCTOR & McKEE, P.A.

SUITE 505

## 102 WEST PENNSYLVANIA AVENUE
### TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

August 13, 2008

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:     Wells Fargo Bank Minnesota, N.A., as Trustee for the
        registered holders of Salomon Brothers Mortgage
        Securities VII, Inc., Commercial Mortgage
        Pass-Through Certificates, Series 2000 - C2 by:
        ORIX Capital Markets, LLC v. Diamond Point Plaza
        Limited Partnership et al.,
        Case No. 03-C-03-002449, in the Circuit Court for
        Baltimore County, Maryland

        Connecticut Litigation

        Invoice #     17415
        Professional services

|          |     |                                                                                                                                                                                                                                                                                       | Hrs/Rate            | Amount   |
|----------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|----------|
| 07/02/08 | MMM | Spoke with Andrew Schumacher re document request in Connecticut and need for documents relating to enforcement of Declaration of Covenants and Easement. Reviewed email files and pleadings in debtor case and in DPPII case. Gathered responsive documents for review. Ongoing communication with AS re same. | 5.40<br>310.00/hr | 1,674.00 |

WFB-MK640432

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 07/02/08 | KDP | Spoke with MMM re Conn. document request re restrictions on 5 acre parcel. Spoke with Andrew Schumacher re same. Reviewed email files re same. | 0.30 360.00/hr | 108.00 |
| | KDP | Addtional review of emails re Conn. issues re restrictive covenants. | 0.60 360.00/hr | 216.00 |
| 07/07/08 | MMM | Continued reviewing files and documents for documents responsive to request regarding any action undertaken to enforce radius restriction. Organized documents. Letter to Andrew Schumacher re same. Emailed Andrew, Erick Sandler and Jeff Joyce re same. | 5.80 310.00/hr | 1,798.00 |

INVOICE APPROVED BY:
DATE: 8/18/08
EXPENSE TYPE: legal fee
SERVICING:   LOAN   REO   DEP
REIMB BY:  B  T  B/D  NONREIMB
LOAN NO.: 19-0000285
POOL NAME:

| | | | |
|---|---|---|---|
| For professional services rendered | | 12.10 | $3,796.00 |
| Previous balance | | | $804.00 |
| 6/26/2008 Payment - Thank You. Check No. 12440 | | | ($186.00) |
| Total payments and adjustments | | | ($186.00) |
| Balance due | | | $4,414.00 |

### User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 0.90 | 360.00 |
| Margaret M. McKee | 11.20 | 310.00 |

WFB-MK640433

hhfax

12:49:15
WFB-MK640434.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: ieggleston

Vendor Name: PROCTOR & MCKEE, PA

Invoice No.: 17442

Batch Control #: BATCH002221

Vendor #: 04063

Invoice Date: 09/08/2008

| Account Number | Project Number | Expense Type | Sub Servicer | Account Number | Due Name | Amount (Use Comma and Decimals) |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | $ Deficiency  13009 - CRG20 - 00176 | SALOMON 2000-C2 | $837.00 |
| | | | | | | $837.00 |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _____ See attached

Add'l Approval: _____ Date: 9/5/05

Add'l Approval: _____ Date:

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

WFB-MK640434

LAW OFFICES

# PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

September 8, 2008

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re: **Connecticut Litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through August 31, 2008, which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640435

# PROCTOR & McKEE, P.A.
### SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

September 08, 2008

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:     Wells Fargo Bank Minnesota, N.A., as Trustee for the
        registered holders of Salomon Brothers Mortgage
        Securities VII, Inc., Commercial Mortgage
        Pass-Through Certificates, Series 2000 - C2 by:
        ORIX Capital Markets, LLC v. Diamond Point Plaza
        Limited Partnership et al.,
        Case No. 03-C-03-002449, in the Circuit Court for
        Baltimore County, Maryland

        Connecticut Litigation

        Invoice #     17442
        Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 08/11/08 MMM | Reviewed emails from Mr. Schumaker re document productions in debtor case in Maryland before entry of appearance by Proctor & McKee and need for explanation why ORIX documents were produced in redacted form. Reviewed pleadings, correspondence and emails in an effort to answer inquiry. Forwarded responsive information to Mr. Schumaker. | 2.70 310.00/hr | 837.00 |

WFB-MK640436

September 08, 2008
Invoice # 17442

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 2.70 | $837.00 |
| Previous balance | | $4,414.00 |
| Balance due | | $5,251.00 |

INVOICE APPROVED BY:
DATE: 3\5\09
EXPENSE TYPE: leas l-14
SERVICING:    LOAN    REO    DEF
REIMB BY:   B  T  (B/T)   NONREIMB
LOAN NO.: 12-0000205
POOL NAME: SAAS 2052

## User Summary

| Name | Hours | Rate |
|---|---|---|
| Margaret M. McKee | 2.70 | 310.00 |

WFB-MK640437