LAW OFFICES

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

March 6, 2009

**Via Email**

Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:  **Wells Fargo Bank Minnesota, N.A., v. Diamond Point Plaza Limited
Partnership – Connecticut Litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through February 28, 2009 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640438

# PROCTOR & McKEE, P.A.

SUITE 505

**102 WEST PENNSYLVANIA AVENUE**
**TOWSON, MARYLAND 21204-4542**
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

March 06, 2009

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:    Wells Fargo Bank Minnesota, N.A., as Trustee for the
       registered holders of Salomon Brothers Mortgage
       Securities VII, Inc., Commercial Mortgage
       Pass-Through Certificates, Series 2000 - C2 by:
       ORIX Capital Markets, LLC v. Diamond Point Plaza
       Limited Partnership et al.,
       Case No. 03-C-03-002449, in the Circuit Court for
       Baltimore County, Maryland

       Connecticut Litigation

       Invoice #    17543
       Professional services

|            |     |                                                                                                                                                              | Hrs/Rate          | Amount |
| ---------- | --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------ | ----------------- | ------ |
| 02/09/09   | MMM | At request of Ms. Micklich searched files for affidavits and oaths of Konover representatives from Maryland litigation. Emails to Ms. Micklich re same.       | 3.00<br>310.00/hr | 930.00 |
| 02/16/09   | MMM | Conferred with KDP re foreclosure action and exceptions re Connecticut Request for Admissions. Briefly reviewed pleadings and transcript.                    | 0.80<br>310.00/hr | 248.00 |

WFB-MK640439

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 02/16/09 | MMM | Reviewed Requests for Admissions. Reviewed pleadings, memorandum and oral decision from attorneys' fees hearing in Maryland. Prepared answers to Connecticut Requests for Admissions. | 2.40 310.00/hr | 744.00 |
| 02/19/09 | MMM | Reviewed email from Mr. Schumacher re need for transcripts from attorneys' fees hearing and from foreclosure exceptions. Responded. Located transcripts and forwarded to Eric Sandler as requested. | 0.70 310.00/hr | 217.00 |
| 02/26/09 | MMM | Reviewed email from Paul Savoy re Clint Lofman designations and counter-designations. Reviewed pleadings and trial exhibits for answer to inquiry. Responded to Mr. Savoy. | 0.80 310.00/hr | 248.00 |

| | | | |
|---|---|---|---|
| For professional services rendered | | 7.70 | $2,387.00 |
| Previous balance | | | $5,251.00 |
| 9/29/2008 Payment - Thank You. Check No. 12668 | | | ($3,796.00) |
| Total payments and adjustments | | | ($3,796.00) |
| Balance due | | | $3,842.00 |

### User Summary

| Name | Hours | Rate |
|---|---|---|
| Margaret M. McKee | 7.70 | 310.00 |

WFB-MK640440

hhfax

12:49:21
WFB-MK640441.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

## SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | PROCTOR & MCKEE, PA |
| Invoice No.: | 17572 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 04063 |
| Invoice Date: | 05/07/2009 |

| LOAN NUMBER | | | EXPENSE | | TYPE | | GL ACCOUNT NUMBER | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Account | BUS | Sub | Contract | (Use Commas and Decimals) |
| 190000295 | 0 | Both | (38) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | | | $12,122.62 |
| | | | | | | SALOMON 2000-C2 | | | $12,122.62 |

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval attached.

| | | |
|---|---|---|
| Manager's Approval: | | |
| Add'l Approval: | | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640441

LAW OFFICES

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

MAY 0 8 2009

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

May 7, 2009

**<u>Via Email</u>**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re:    **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited
       Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered
through April 30, 2009 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

**WFB-MK640442**

# PROCTOR & McKEE, P.A.
### SUITE 505
### 102 WEST PENNSYLVANIA AVENUE
### TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

May 07, 2009

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:    Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #    17572
Professional services

| Date | | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 04/14/09 | KDP | Spoke with Jeff Joyce re issues for Connecticut case. Emailed MMM re same. | 0.30 360.00/hr | 108.00 |
| 04/15/09 | MMM | Westlaw research on sham exceptions to Noerr-Pennington doctrine as analogous to argument that defendant cannot raise policy issues on matters prevailed upon at trial in Maryland. | 0.80 310.00/hr | 248.00 |

WFB-MK640443

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/15/09 | MMM | Reviewed Complaint and answer in anticipation of research project. | 0.60 310.00/hr | 186.00 |
|  | MMM | Spoke with Jeff Joyce re issues he would like considered, including responding to affirmative defenses precluded by successful judgment and review of discovery issues in Maryland case. | 0.20 310.00/hr | 62.00 |
| 04/16/09 | TWA | Begin to compile all discovery and discovery motions between Plaintiff and Konover entities | 2.00 100.00/hr | 200.00 |
| 04/17/09 | TWA | Continue compiling discovery documents between WFB & Konover entities | 3.50 100.00/hr | 350.00 |
|  | MMM | Worked with Ms. Airey to attempt to assemble all pre and post trial Konover discovery to ascertain matters Konover is attempting to hide. | 1.30 310.00/hr | 403.00 |
|  | MMM | Reviewed annotations on finality of judgments and collateral attacks. | 2.60 310.00/hr | 806.00 |
| 04/20/09 | MMM | Reviewed email from Sue Micklich re Peerless documents. Reviewed Maryland file. Began emailing requested documents. Subsequent conversation with Ms. Micklich re same. | 0.90 310.00/hr | 279.00 |
|  | MMM | Began review of discovery requests, responses and disputes from Maryland litigation at request of Jeff Joyce. | 3.80 310.00/hr | 1,178.00 |
|  | TWA | Finished compiling discovery documents | 1.50 100.00/hr | 150.00 |

WFB-MK640444

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/21/09 | MMM | Continued effort at discovering what documents and information Peerless has sought not to produce in response to Maryland requests. | 5.80 310.00/hr | 1,798.00 |
| 04/22/09 | MMM | Drafted analysis of Maryland post-trial discovery and Konover/Peerless resistance to production of responsive documents. | 3.90 310.00/hr | 1,209.00 |
| | MMM | Numerous telephone and email communications with Ms. Micklich in effort to identify financial records produced by Konover pre and post trial in Maryland action. Review of Maryland litigation file and various document productions. Documents needed for production to WFB expert in Conn. litigation. | 2.60 310.00/hr | 806.00 |
| | MMM | Reviewed email from Ms. Micklich re KMC financials. Reviewed prior document productions. Telephoned Ms. Micklich to discuss. | 1.10 310.00/hr | 341.00 |
| 04/23/09 | MMM | Letter to Jeff Joyce and Erick Sandler with analysis of Maryland discovery. | 0.20 310.00/hr | 62.00 |
| 04/28/09 | MMM | Reviewed email from JJ re need for additional analysis of discovery in Maryland case, with emphasis on answers to interrogatories and responses to requests for production. Began additional review. | 3.70 310.00/hr | 1,147.00 |
| 04/29/09 | MMM | Drafted analysis of discovery responses from Maryland litigation. | 4.90 310.00/hr | 1,519.00 |

WFB-MK640445

May 07, 2009
Invoice # 17572

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/30/09 | MMM | Revised pre-trial discovery analysis. Organized exhibits. | 0.80 310.00/hr | 248.00 |
| | MMM | Researched application of Noerr Pennington doctrine in areas other than anti-trust for cases discussing "sham litigation". | 2.60 310.00/hr | 806.00 |

|  | | | |
|---|---|---|---|
| For professional services rendered Additional charges: | | 43.10 | $11,906.00 |
| 04/09/09 On-line research - March, 2009 | | | NO CHARGE |
| 04/23/09 | | | 216.62 |

INVOICE APPROVED BY:
DATE: 6.11.09
EXPENSE TYPE: legal fee
SERVICING: LOAN REO OED
REIMB BY: B T RP NONREIMB
LOAN NO.:
POOL NAME:

| | |
|---|---|
| Total costs | $216.62 |
| Total amount of this bill | $12,122.62 |
| Previous balance | $3,842.00 |
| 3/13/2009 Payment - Thank You. Check No. 13270 | ($1,455.00) |
| Total payments and adjustments | ($1,455.00) |
| Balance due | $14,509.62 |

User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 0.30 | 360.00 |
| Tamberly W. Airey | 7.00 | 100.00 |
| Margaret M. McKee | 35.80 | 310.00 |

# hhfax

12:49:27
WFB-MK640447.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
### AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: teggleston

Vendor Name: PROCTOR & MCKEE, PA

Invoice No.: 17588

Batch Control #: BATCH001514

Vendor #: 04063

Invoice Date: 06/04/2009

| Loan Number | Property Number | Remit By | Expense Category | Stop Ind | Servicing Sub Code | GL ACCOUNT NUMBER Account Bus Seg Contract XXXXX - XXXXX - XXXXX | | | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | | | SALOMON 2000-C2 | $4,930.02 |
| | | | | | | | | | | $4,930.02 |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: **See Attached**

Add'l Approval: Date:

Add'l Approval: Date:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

WFB-MK640447

LAW OFFICES

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

June 4, 2009

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re: **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited
Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered
through May 31, 2009 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640448

# PROCTOR & McKEE, P.A.

SUITE 505
## 102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

June 04, 2009

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:      Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #     17588
Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 05/05/09 MMM | Continued researching defense that claim cannot be a sham if it resulted in a successful judgment in earlier litigation. | 1.60 310.00/hr | 496.00 |
| 05/07/09 MMM | Continued researching "sham" litigation issue. | 1.30 310.00/hr | 403.00 |
| 05/11/09 MMM | Continued researching and drafting Noerr Pennington analysis. | 4.60 310.00/hr | 1,426.00 |

WFB-MK640449

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 05/12/09 MMM | Continued researching and drafting memo re sham litigation. Finalized memo. Emailed memo to Jeff Joyce and Erick Sandler. | 6.60 310.00/hr | 2,046.00 |
| 05/22/09 MMM | Reviewed email from Paul Savoy re Bud Clark correspondence to Lise Benedicto in June, 2005 re Wire's violation of covenants. Discussed with Paul the existance of the subsequent DPP II lawsuit instituted by Konover re covenant violations relating to the Wire. Reviewed electronic case file and forwarded Paul all pleadings, relevant correspondence and emails. | 1.30 310.00/hr | 403.00 |

| For professional services rendered Additional charges: | 15.40 | $4,774.00 |
|---|---|---|
| 04/23/09 FedEx | | 32.71 |
| FedEx | | 59.21 |
| 05/01/09 FedEx | | 24.16 |
| FedEx | | 39.94 |
| 05/08/09 On-line research - April 2009 | | NO CHARGE |
| Total costs | | $156.02 |
| Total amount of this bill | | $4,930.02 |
| Previous balance | | $14,509.62 |

WFB-MK640450

|  | Amount |
|---|---|
| Balance due | $19,439.64 |

## User Summary

| Name | Hours | Rate |
|---|---|---|
| Margaret M. McKee | 15.40 | 310.00 |

WFB-MK640451

hhfax

12:49:34
WFB-MK640452.PDF

# ORiX Capital Markets, LLC

**LOAN LEVEL TRANSACTIONS**
**AUTHORIZATION FOR PAYMENT**

**SS AP TRANSMITTAL FORM**

| | |
|---|---|
| Requestor: cmendez | Batch Control #: BATCH0038772 |
| Vendor Name: PROCTOR & MCKEE, PA | Vendor #: 04063 |
| Invoice No.: 17629 | Invoice Date: 08/10/2009 |

| LOAN NUMBER | DEAL | PAY OR RESERVE | GL ACCOUNT NUMBER | DEAL NAME | AMOUNT |
|---|---|---|---|---|---|
| 75000295 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $3,128.00 |

*Glasmond Point Village*

| | $3,128.00 |
|---|---|

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION:**
This form must be approved in accordance with the Cost Center Approval Matrix

| | |
|---|---|
| Manager's Approval: | See Attached |
| Add'l Approval: | |
| Add'l Approval: | Date: 8/20/9 |
| Add'l Approval: | Date: |
| Add'l Approval: | |
| Add'l Approval: | |

Page 1 of 1

WFB-MK640452

LAW OFFICES

# PROCTOR & McKEE, P.A.
SUITE 505

102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

August 10, 2009

AUG 1 3 2009

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re: Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #    17629
Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 07/06/09 MMM | Reviewed email from Paul Savoy re foreclosure. Reviewed foreclosure file. Emailed Mr. Savoy information re foreclosure appeal. | 0.60 310.00/hr | 186.00 |
| 07/07/09 MMM | Reviewed email from Mr. Savoy re discovery requests re Maryland case. Spoke with Mr. Savoy re same. Reviewed discovery from Maryland case. Forwarded to Mr. Savoy requests for production of documents | 1.00 310.00/hr | 310.00 |

WFB-MK640453

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| | propounded by any one of the Konover defendants. | | |
| 07/07/09 KDP | Spoke with Andrew Schumaker re Conn. requests for admissions. Memo to file. | 0.30 360.00/hr | 108.00 |
| 07/08/09 MMM | Spoke again with Mr. Savoy to clarify issue regarding Wal-Mart requests to Wells Fargo in the Maryland litigation. | 0.30 310.00/hr | 93.00 |
| MMM | Reviewed email from Mr. Savoy re Wal-Mart discovery in Maryland case. Reviewed pleadings from Maryland case. Forwarded requested discovery response to Mr. Savoy. | 0.60 310.00/hr | 186.00 |
| 07/13/09 MMM | Reviewed email from Mr. Savoy re need for identification of all deponents in Maryland litigation and in foreclosure case. Reviewed list prepared earlier. Compared to notebook of transcripts. Revised list. Emailed to Mr. Savoy. | 1.50 310.00/hr | 465.00 |
| 07/14/09 MMM | Reviewed Peerless documents to locate portfolio sale Purchase & Sale Agreement. | 0.40 310.00/hr | 124.00 |
| 07/20/09 KDP | Reviewed files re issue of Sarah Longson attorney client privilege issue when acting as trustee. Collected relevant documents from file re same. Legal research re same. Emailed Jeff Joyce re same. | 1.80 360.00/hr | 648.00 |

WFB-MK640454

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 07/20/09 | KDP | Reviewed 7/13/09 William Murphy letter to Jeff Joyce re Sarah Longson privilege issue. | 0.20 360.00/hr | 72.00 |
|  | KDP | Spoke with Jeff Joyce re issues re application of privilege to Sarah Longson acting as both trustee and counsel. | 0.10 360.00/hr | 36.00 |
| 07/21/09 | KDP | Spoke with Andrew Schumacher re ability of Wells Fargo to "direct" the receiver to have The Wire evicted. Research re same. Reviewed mortgage re receiver provisions. Emailed Andrew re same. | 1.10 360.00/hr | 396.00 |
|  | KDP | Reviewed cases cited in 7/13/09 letter from Bill Murphy to Jeff Joyce re Sarah Longson documents. Additional legal research on subject. Emailed Jeff Joyce re same. | 1.40 360.00/hr | 504.00 |

For professional services rendered
Additional charges:

9.30    $3,128.00

06/11/09 On-line research - May 2009

NO CHARGE

Total costs

$0.00

Total amount of this bill  ⟶  → $3,128.00

Previous balance

$19,439.64

6/15/2009 Payment - Thank You. Check No. 13705

($12,122.62)

7/27/2009 Payment - Thank You

($7,317.02)

WFB-MK640455

|  | | Amount |
|---|---|---|
| 7/27/2009 | Payment - Thank You. Check No. 000014057 | ($4,930.02) |
| 8/10/2009 | Reversed payment credited in error | $7,317.02 |

| | Amount |
|---|---|
| Total payments and adjustments | ($17,052.64) |
| Balance due | $5,515.00 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO DEF
REIMB BY: B T S/T NONREIMB
LOAN NO:
POOL NAME:

190000295-1
Salomon 2000C2

Diamond Pond Plaza

User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 4.90 | 360.00 |
| Margaret M. McKee | 4.40 | 310.00 |

WFB-MK640456

hhfax

12:49:40
WFB-MK640457.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: cmendez

Vendor Name: PROCTOR & MCKEE, PA

Invoice No.: 17638

Batch Control #: BATCH003872

Vendor #: 04063

Invoice Date: 09/04/2009

| | | | GL ACCOUNT NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S Deficiency 13059 - CRG20 - 00176 | $14,880.00 |
| | | | | SALOMON 2000-C2 | $14,880.00 |

Diamond Point Plaza

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval: _____ See Attached

Add'l Approval: _____  Date: _____

Add'l Approval: _____  Date: 10.24.09

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Page 1 of 1

WFB-MK640457

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

September 4, 2009

SEP 0 9 2009

<u>Via Email</u>
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re: **Wells Fargo Bank Minnesota, N.A., v. Diamond Point Plaza Limited Partnership – Connecticut Actions**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through August 31, 2009 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

**WFB-MK640458**

LAW OFFICES

# PROCTOR & McKEE, P.A.

SUITE 505

**102 WEST PENNSYLVANIA AVENUE**
**TOWSON, MARYLAND 21204-4542**
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

September 04, 2009

SEP 0 9 2009

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:     Wells Fargo Bank Minnesota, N.A., as Trustee for the
        registered holders of Salomon Brothers Mortgage
        Securities VII, Inc., Commercial Mortgage
        Pass-Through Certificates, Series 2000 - C2 by:
        ORIX Capital Markets, LLC v. Diamond Point Plaza
        Limited Partnership et al.,
        Case No. 03-C-03-002449, in the Circuit Court for
        Baltimore County, Maryland

        Connecticut Litigation

        Invoice #     17638
        Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 08/03/09 MMM | Spoke with Paul Savoy. Reviewed privilege logs produced in Maryland. Reviewed deposition of Clint Lofman. Reviewed exhibits from Mr. Lofman's depositions. Spoke again with Mr. Savoy. | 1.60 310.00/hr | 496.00 |
| 08/14/09 MMM | Spoke with Paul Savoy re fees and expenses billed to file. Obtained figures. Reviewed emails from Maryland case to ascertain when research begun on | 0.50 310.00/hr | 155.00 |

WFB-MK640459

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

Connecticut issues. Spoke to Mr. Savoy re same. Emailed Mr. Savoy.

| 08/17/09 KDP | Spoke with Neil Demchick re Clifton Gunderson's in house counsel's request for conference call with Bill Alerding (DPPLP expert) and Bill Bavis (formerly with Clifton Gunderson and now with Neil's firm). Spoke with Jeff Joyce re same. Called Neil Demchick and left voice message re same. Spoke again with Neil Demchick. Emailed Jeff Joyce re same. Spoke again with Jeff Joyce. | 0.70 360.00/hr | 252.00 |
| 08/24/09 MMM | Spoke with Mr. Joyce re Konover's emergency motion. Reviewed motion and exhibits. | 1.60 310.00/hr | 496.00 |
| MMM | Legal research re court's ability to stay discovery until issues raised by affirmative defenses decided. Emails to and from Mr. Joyce and Mr. Sandler re same. | 4.20 310.00/hr | 1,302.00 |
| MMM | Began accumulating exhibits and evidence needed for response to motion to demonstarate issues raised in Conn. were previously decided in Maryland case. | 1.80 310.00/hr | 558.00 |
| 08/25/09 MMM | Retrieved deposition exhibits and trial exhibits at Mr. Savoy's request. Scanned and emailed same. | 1.60 310.00/hr | 496.00 |
| KDP | Conferred with MMM. Reviewed Konover Memorandum in Support of Motion to Compel. Reviewed Erick Sandler's draft response. Reviewed opinion, briefs and record extract in foreclosure appeals. Reviewed appellate opinions in recourse | 6.30 360.00/hr | 2,268.00 |

WFB-MK640460

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | liability appeals. Began to draft memorandum responding to foreclosure related issues in Connecticut motion to compel. |  |  |
| 08/25/09 KDP | Review of Konover's proposed findings of fact and court's findings of fact in recourse liability case. Reviewed Michael Konover trial testimony. Reviewed briefs in recourse liability appeals. Continued drafting memorandum re foreclosure issues in Connecticut motion to compel. | 2.40 360.00/hr | 864.00 |
| MMM | Reviewed trial material and prepared argument re Chamberlin testimony and prepayment premium for issues raised by Konover in Emergency Motion re corporate designee's deposition. | 8.20 310.00/hr | 2,542.00 |
| 08/26/09 KDP | Called Neil Demchick re status of Alerding expert witness issue. Left voice message. | 0.10 360.00/hr | 36.00 |
| KDP | Review and revision of memorandum re foreclosure related issues in Connecticut motion to compel. Emailed to Jeff Joyce and Erick Sandler. Collected and emailed related opinions, briefs etc. | 2.90 360.00/hr | 1,044.00 |
| 08/27/09 MMM | Began review of material provided by Mr. Joyce for motion as to bar by res judicata and claim preclusion. | 2.60 310.00/hr | 806.00 |
| 08/28/09 MMM | Telephoned Mr. Sandler to advise of denial of petition for writ of certiorari in Maryland action as it pertains to prepayment issue raised in Emergency Motion as to ORIX Designee's deposition. | 0.10 310.00/hr | 31.00 |

WFB-MK640461

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 08/28/09 MMM | Reviewed proposed response to emergency motion sent by Mr. Sandler. Reviewed transcripts from Maryland action. Proposed minor revisions. Additional conversations with Mr. Sandler re same. Assisted with collection and collation of excerpts from Maryland case to be used as exhibits to motion. Additional minor revisions. | 3.80 310.00/hr | 1,178.00 |
| MMM | Continued preliminary review of previously filed pleadings as background for motion on issue of res judicata and collateral estoppel. | 2.20 310.00/hr | 682.00 |
| 08/31/09 MMM | Legal research for motion re res judicata. Review of res judicata cases cited by parties in pleadings filed to date. | 5.40 310.00/hr | 1,674.00 |

For professional services rendered      46.00    $14,880.00
Previous balance    $5,515.00

8/10/2009 Payment - Thank You. Check No. 000014160    ($2,387.00)
8/27/2009 Payment - Thank You. Check No. 000014288    ($3,128.00)

Total payments and adjustments    ($5,515.00)

Balance due    $14,880.00

*INVOICE APPROVED BY:*
*DATE: 10/5/09*
*EXPENSE TYPE:*
*SERVICING:  LOAN   REO   OES*
*REIMB BY: B   (AT)   NONREIMB*
*LOAN NO.: 190000295*
*POOL NAME:*
*Diamond Point Plaza*

User Summary

| Name | | Hours | Rate |
|---|---|---|---|
| K. Donald Proctor | | 12.40 | 360.00 |
| Margaret M. McKee | 190000295-1 Salomon 2000-C2 | 33.60 | 310.00 |

WFB-MK640462

hhfax

12:49:49
WFB-MK640463.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: cmendez

Vendor Name: PROCTOR & MCKEE, PA

Invoice No.: 17654

Batch Control #: BATCH003972

Vendor #: 04063

Invoice Date: 10/06/2009

| Loan Number | Property Number | Reimb by Thd. | Expense Category | Svc • Servicing Ind. Sub Code | | GL ACCOUNT NUMBER Account Bus. Seg. Contract XXXXX XXXXXX XXXXX | | | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S Deficiency | 13059 - CRG20 - 00176 | | | | SALOMON 2000-C2 | $30,296.00 |
| | | | | | | | | | | $30,296.00 |

Diamond Point Plaza

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _Peter_ → See Attached

Add'l Approval: _Mary_ _J12.10.09_

Add'l Approval: _Moran_ _12/11_

Add'l Approval: _Diane Brown_ _12/11_    Date: _12/11/9_

Add'l Approval:    Date:

Add'l Approval:

8

WFB-MK640463

LAW OFFICES

# PROCTOR & McKEE, P.A.
SUITE 505

102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

· October 06, 2009 ·

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:     Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #     17654
Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 09/01/09 MMM | Reviewed docket from Conn. case to obtain additional pertinent pleadings to aid in drafting motion for summary judgment. Reviewed retrieved pleadings. Reviewed orders issued on previously filed discovery motions. Read cases referred by Mr. Sandler. Emails to and from Mr. Joyce and Mr. Sandler re same. | 4.40 310.00/hr | 1,364.00 |

WFB-MK640464

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 09/08/09 | MMM | Continued review and research re applicable law for motion for summary judgment. | 1.50 310.00/hr | 465.00 |
| 09/09/09 | MMM | Reviewed email from Mr. Sandler re foreclosure case. Reviewed electronic file re appeal. Responded to inquiry from Mr. Sandler. | 0.30 310.00/hr | 93.00 |
| 09/10/09 | MMM | Updated case law applicable to motion for summary judgment. | 2.70 310.00/hr | 837.00 |
|  | MMM | Conference call with Mr. Joyce and Mr. Sandler to discuss motion for summary judgment. | 1.40 310.00/hr | 434.00 |
| 09/11/09 | MMM | Began accumulating citations from pleadings and exhibits in Maryland case to support motion for summary judgment. | 4.40 310.00/hr | 1,364.00 |
| 09/14/09 | MMM | Researched issue re whether a voluntary stipulation of dismissal constitutes a "final judgment" for purposes of res judicata, all in relation to whether claims raised in Maryland in the DPP II suit can be relitigated in Connecticut action. Memo re same. Emails to Jeff Joyce and Erick Sandler re same. | 2.60 310.00/hr | 806.00 |
|  | MMM | Researched issue re whether managing member and or controlling owner of LLC is in "privity" with the LLC for res judicata purposes, all in relation to Michael Konover, Peerless and Blackboard re DPP II Maryland case. | 3.10 310.00/hr | 961.00 |

WFB-MK640465

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 09/14/09 | MMM | At request of Mr. Joyce, located and forwarded documents re foreclosure case. | 0.30 310.00/hr | 93.00 |
| 09/15/09 | MMM | Legal research re whether a managing member of an LLC is in "privity" with that LLC for the purposes of the bar of res judicata, all in relation to claims asserted in DPP II case that failure to enforce radius restriction against Wal-Mart constituted damages. | 2.80 310.00/hr | 868.00 |
| | MMM | Careful review of DPP II pleadings, transcripts and emails with opposing counsel to support res judicata argument in summary judgment motion as to damages resulting from Wells Fargo's failure or delay in evicting Wal-Mart as a result of use restriction. | 3.40 310.00/hr | 1,054.00 |
| | MMM | Legal research re choice of law on issue of whether managing member of LLC is in privity with LLC. | 2.30 310.00/hr | 713.00 |
| 09/16/09 | MMM | Reviewed Second Amended Complaint at request of Mr. Sandler. | 1.00 310.00/hr | 310.00 |
| 09/17/09 | MMM | Spoke with Lindsey Simmons and searched Maryland transcript to determine voluntary withdrawal of waste claim against Wal-Mart for occupancy of the Wire. | 1.10 310.00/hr | 341.00 |
| | MMM | Researched issues relating to defenses of breach of covenant of good faith and fair dealing under Maryland law. | 3.40 310.00/hr | 1,054.00 |

WFB-MK640466

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 09/18/09 | KDP | Reviewed email from Lindsey Simmons re requests for admissions re 2002-2005 tax appeals. Reviewed file re tax assessment appeals. Drafted email to Lindsey Simmons re same. | 0.50 360.00/hr | 180.00 |
|  | MMM | Drafted memorandum re good faith and fair dealing covenant under Maryland law. | 2.90 310.00/hr | 899.00 |
|  | MMM | Continued researching issues relative to good faith and fair dealing under Maryland law. | 2.40 310.00/hr | 744.00 |
| 09/21/09 | MMM | Organized and outlined all references from Maryland litigation in rebuttal to claims raised by Defendants in affirmative defenses for use in summary judgment motion. | 7.30 310.00/hr | 2,263.00 |
| 09/22/09 | MMM | Continued researching and writing/revising "law" section of memorandum in support of summary judgment. | 7.70 310.00/hr | 2,387.00 |
| 09/23/09 | MMM | Continued working on draft of motion for summary judgment. | 8.20 310.00/hr | 2,542.00 |
| 09/24/09 | MMM | Conference call with Jeff Joyce and Erick Sandler to discuss motion for summary judgment. | 1.50 310.00/hr | 465.00 |
|  | MMM | Continued working on draft of motion for summary judgment. | 8.60 310.00/hr | 2,666.00 |
| 09/25/09 | MMM | Researched Maryland Consumer Protection Act for motion. | 0.80 310.00/hr | 248.00 |

WFB-MK640467

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 09/25/09 MMM | Researched full faith and credit issue for motion. | 1.70 310.00/hr | 527.00 |
| MMM | Continued drafting motion for summary judgment. | 3.80 310.00/hr | 1,178.00 |
| 09/28/09 MMM | Reviewed prior research and memorandum re Noerr-Pennington and consideration of its application to motion for summary judgment. | 0.70 310.00/hr | 217.00 |
| MMM | Telephone call with Jeff Joyce to discuss issues re motion for summary judgment. | 0.30 310.00/hr | 93.00 |
| MMM | Ongoing research re "full, faith and credit," alter ego and veil piercing. | 4.60 310.00/hr | 1,426.00 |
| MMM | Conferred with KDP re arguments supporting motion. | 0.30 310.00/hr | 93.00 |
| MMM | Reviewed Yale Law Journal article on res judicata. | 0.30 310.00/hr | 93.00 |
| KDP | Conferred with MMM re issues in motion for summary judgment. | 0.30 360.00/hr | 108.00 |
| 09/29/09 MMM | Began researching issues re "standing." | 3.60 310.00/hr | 1,116.00 |
| MMM | Spoke with Jeff Joyce re "standing" issue. | 0.30 310.00/hr | 93.00 |
| 09/30/09 MMM | Legal research re doctrine of collateral attack, right of transferee in fraudulent transfer case to challenge underlying judgment and continued research re full, faith and credit, res judicata, standing | 6.70 310.00/hr | 2,077.00 |

WFB-MK640468

| | Hrs/Rate | Amount |
|---|---|---|

and privity all re third party's right to challenge underlying judgment.

| 09/30/09 MMM | Spoke twice with Mr. Joyce re legal basis of motion for summary judgment. | 0.40 310.00/hr | 124.00 |

|  | For professional services rendered | 97.60 | $30,296.00 |

Additional charges:

| 09/11/09 | On-line research - August, 2009 | | NO CHARGE |

| Total costs | | $0.00 |
| Total amount of this bill | | $30,296.00 |
| Previous balance | | $14,880.00 |
| Balance due | | $45,176.00 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:  LOAN   REO   DEF
REIMB BY:  B  T   BT   NONREIMB
LOAN NO.:
POOL NAME:

## User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 0.80 | 360.00 |
| Margaret M. McKee | 96.80 | 310.00 |

WFB-MK640469

LAW OFFICES

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

October 6, 2009

**Via Email**

Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:   **Wells Fargo Bank Minnesota, N.A., v. Diamond Point Plaza Limited Partnership – Connecticut Actions**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through September 30, 2009 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640470

## Mendez, Cynthia

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Wednesday, November 18, 2009 4:25 PM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: WFB v. DPPLP Bills for Sept. Time |
| **Attachments:** | 2009-10-05 DPPLP MD invoice.pdf; 2009-10-06 DPPLP CT invoice.pdf |

Please check on the status of these? I don't have record of having received them back from you for approval.

---

**From:** Maher, Brittany
**Sent:** Tuesday, October 06, 2009 4:23 PM
**To:** Mendez, Cynthia
**Subject:** FW: WFB v. DPPLP Bills for Sept. Time

Please process both.

SBMS 00-C2 #19-0000295 legal

Thanks.

---

**From:** Don Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Tuesday, October 06, 2009 2:35 PM
**To:** Maher, Brittany
**Subject:** WFB v. DPPLP Bills for Sept. Time

Brittany:

Attached are our bills for our time in September. Please let me know if you have any questions.

Best regards,
Don Proctor
K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com
***********************************************************
This electronic mail transmission may contain confidential or privileged
information. If you believe you have received the message in error, please
notify the sender by reply transmission and delete the message without
copying or disclosing it.
***********************************************************

11/24/2009

hhfax

12:50:1
WFB-MK640472.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: amended
Vendor Name: PROCTOR & McKEE, PA
Invoice No.: 17670

Batch Control #: BATCH003872
Vendor #: 04063
Invoice Date: 11/03/2009

| Loan Number | Property Number | Reimb. By | Expense Category | Svc Ind | Servicing Sub Code | Account | Bus. Seg. | Seg. | Contract | Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | [36] Legal Fees | S | Deficiency | 13059 | CRG20 | 00176 | | SALOMON 2000-C2 | $30,258.00 |
| | | | | | | | | | | | $30,258.00 |

Demand Proof Plan

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | See Attached | |
| Add'l Approval: | | |
| Add'l Approval: | 12.10.09 | Date: 12/14/09 |
| Add'l Approval: | | Date: |
| Add'l Approval: | Diane Evans 12/14 | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640472

LAW OFFICES

# PROCTOR & McKEE, P.A.
### SUITE 505

## 102 WEST PENNSYLVANIA AVENUE
## TOWSON, MARYLAND 21204-4542
### Telephone (410) 823-2258
### Federal Tax ID: 52-2009312

November 03, 2009

NOV 1-8 2009

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:     Wells Fargo Bank Minnesota, N.A., as Trustee for the
        registered holders of Salomon Brothers Mortgage
        Securities VII, Inc., Commercial Mortgage
        Pass-Through Certificates, Series 2000 - C2 by:
        ORIX Capital Markets, LLC v. Diamond Point Plaza
        Limited Partnership et al.,
        Case No. 03-C-03-002449, in the Circuit Court for
        Baltimore County, Maryland

        Connecticut Litigation

        Invoice #    17670
        Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/01/09 MMM | Continued researching issues for summary judgment, including extrinsic and intrinsic fraud sufficient to mount collateral attack, Restatement of Judgments (First) and attempts to find corresponding sections in Second, and collateral attacks by third parties or strangers. | 5.10 310.00/hr | 1,581.00 |
| 10/02/09 MMM | Researched issues re standing to assert claims relative to prior judgments to which complainant was not a party. | 5.60 310.00/hr | 1,736.00 |

WFB-MK640473

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Researched aggrievemant vis a vis subject matter jurisdiction. Researched aggrievement with regard to standing. Researched justicibility. | | |
| 10/03/09 MMM | Shepardized key cases for use in summary judgment to locate more recent pronouncements. Organized all research to date into topics. | 4.00 310.00/hr | 1,240.00 |
| 10/05/09 MMM | Continued drafting motion. | 6.90 310.00/hr | 2,139.00 |
| 10/06/09 MMM | Continued researching and drafting issues re collateral attack on judgment by strangers, what constitutes extrinsic fraud and, standing. | 8.90 310.00/hr | 2,759.00 |
| 10/07/09 MMM | Researched whether Connecticut "insturmentality rule" is same as alter ego analysis and whether veil piercing equates to identity rule. | 0.70 310.00/hr | 217.00 |
| MMM | Spoke with Jeff Joyce re pending concerns re motion. | 0.40 310.00/hr | 124.00 |
| MMM | Ongoing research re whether failure to produce documents constitutes extrinsic fraud sufficient to allow impeachment of enrolled judgment. | 1.60 310.00/hr | 496.00 |
| MMM | Located cases which establish that an alter ego is considered the same entity as the judgment debtor. Drafted section in memo re same. | 2.20 310.00/hr | 682.00 |

WFB-MK640474

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/07/09 MMM | Researched issues re whether property of an alter ego is considered property of judgment debtor for standing analysis. Drafted and revised memo re same. | 2.10 310.00/hr | 651.00 |
| MMM | Continued drafting and revising section of memorandum dealing with collateral attack and fraud. | 2.30 310.00/hr | 713.00 |
| MMM | Researched requirements of proof of extrinsic fraud under collateral attack doctrine. | 0.90 310.00/hr | 279.00 |
| 10/08/09 MMM | Incidental research on Conn. law re whether veil piercing is considered a direct or derivative action for inclusion in "standing" argument. Revised "standing" argument. | 1.60 310.00/hr | 496.00 |
| MMM | Spoke with Erick Sandler re standing issues. | 0.30 310.00/hr | 93.00 |
| MMM | Revised memo section dealing with collateral attack and fraudulent transfer. Some incidental research re same. | 3.60 310.00/hr | 1,116.00 |
| MMM | Researched Federal Rule 60(b)(3) and Maryland counterpart and cases which say a third party is permitted to utilize these rules. Drafted section in collateral attack portion of brief dealing with same. | 1.10 310.00/hr | 341.00 |
| 10/09/09 MMM | Reviewed email from Erick Sandler re motion to compel communications with Sarah Longson. Spoke briefly with Erick re same. | 0.20 310.00/hr | 62.00 |

WFB-MK640475

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/09/09 | MMM | Began significant revisions to draft of motion for summary judgment. | 3.30 310.00/hr | 1,023.00 |
|  | MMM | Continued researching full faith and credit issues. Emailed Jeff Joyce and Erick Sandler re same. | 2.90 310.00/hr | 899.00 |
| 10/11/09 | MMM | Reviewed Konover's motion to compel communications with Longson in anticipation of conference call. | 0.40 310.00/hr | 124.00 |
| 10/12/09 | MMM | Revised memorandum and incidental research. | 5.10 310.00/hr | 1,581.00 |
|  | KDP | Spoke with MMM re Konover motion to compel Longson documents. Reviewed same. Searched for and reviewed histoical emails re same and forwarded to MMM. Conferred with MMM re same. | 1.30 360.00/hr | 468.00 |
| 10/13/09 | MMM | Conference call with Erick Sandler and KDP re motion to compel. | 0.40 310.00/hr | 124.00 |
|  | MMM | Researched duties of foreclosure trustee under Maryland law. | 1.30 310.00/hr | 403.00 |
|  | MMM | Continued revisions to memorandum. | 3.80 310.00/hr | 1,178.00 |
|  | KDP | Conference call with Erick Sandler and MMM re motion to compel re Sarah Longson privilege issue. | 0.40 360.00/hr | 144.00 |
| 10/14/09 | MMM | Continued revising brief. Incidental research re full faith and credit and alter ego claims. | 4.70 310.00/hr | 1,457.00 |

WFB-MK640476

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/15/09 MMM | Final revisions to initial draft of memorandum in support of summary judgment. Additional research re full faith and credit and Maryland courts treatment of preclusion re third parties. Emailed memorandum to Mr. Joyce and Mr. Sandler. | 4.40 310.00/hr | 1,364.00 |
| 10/16/09 MMM | Additional revision of memorandum in support of summary judgment, adding additional case ciatations and references. | 2.10 310.00/hr | 651.00 |
| MMM | Researched Maryland foreclosure trustees' duties to borrower. | 1.50 310.00/hr | 465.00 |
| 10/19/09 MMM | Additional research on duties owed by foreclosure trustee. | 1.70 310.00/hr | 527.00 |
| 10/22/09 MMM | Studied pleadings forwarded by Erick Sandler re Local Rule 56 statement of facts and affidavit in support as form for motion for summary judgment. Began work on statement of facts. | 1.30 310.00/hr | 403.00 |
| 10/26/09 MMM | Worked on Rule 56 Statement of Facts. | 2.60 310.00/hr | 806.00 |
| 10/27/09 MMM | Worked on Statement of Facts for motion for summary judgment. | 3.40 310.00/hr | 1,054.00 |
| 10/28/09 MMM | Continued work on statement of facts and on Erick Sandler's Declaration. | 6.70 310.00/hr | 2,077.00 |
| 10/29/09 MMM | Worked on and completed first draft of statement of facts. | 2.30 310.00/hr | 713.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/30/09 | KDP | Reviewed Schaller expert report. Emailed Jeff Joyce re same. | 0.20 360.00/hr | 72.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| For professional services rendered Additional charges: | 97.30 | $30,258.00 |
| 10/15/09 On-line research - September, 2009 | | NO CHARGE |
| Total costs | | $0.00 |
| Total amount of this bill | | $30,258.00 |
| Previous balance | | $45,176.00 |
| Balance due | | $75,434.00 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO DEP
REIMB BY: B T B/T NONREIMB
LOAN NO:
POOL NAME:

### User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 1.90 | 360.00 |
| Margaret M. McKee | 95.40 | 310.00 |

LAW OFFICES

# PROCTOR & MCKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

November 4, 2009

**Via Email**

Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:   **Wells Fargo Bank Minnesota, N.A., v. Diamond Point Plaza Limited
Partnership – Connecticut Actions**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered
through October 31, 2009 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640479

**Mendez, Cynthia**

| | |
|---|---|
| **From:** | Don Proctor [kdproctor@proctorlaw.com] |
| **Sent:** | Wednesday, November 04, 2009 4:39 PM |
| **To:** | Maher, Brittany |
| **Subject:** | WFB - Conn. |
| **Attachments:** | 2009-11-04 DPPLP CT invoice.pdf |

Brittany:

Attached is our bill for work in the Connecticut case during October.

Best,
Don Proctor
K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com
*************************************************************
This electronic mail transmission may contain confidential or privileged
information. If you believe you have received the message in error, please
notify the sender by reply transmission and delete the message without
copying or disclosing it.
*************************************************************

11/18/2009

WFB-MK640480

hhfax

12:50:20
WFB-MK640481.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

Requestor: cmendez

Vendor Name: PROCTOR & MCKEE, PA

Invoice No.: 17689

Batch Control #: BATCH003872

Vendor#: 04063

Invoice Date: 12/02/2009

| LOAN NUMBER | Both | Servicing | Amount Basis | G/L ACCOUNT NUMBER (Sub-Contract) | DEAL | AMOUNT (Use Cents & Decimals) |
|---|---|---|---|---|---|---|
| 19000285 | 0 | Both | (36) Legal Fees | $ Deficiency 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $9,551.00 |
| | | | | | | $9,551.00 |

Diamond Point Plaza

---

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _Blotter_  See Attached

Add'l Approval: _Fairco_  Date: 12.15.09

Add'l Approval: _Nina_ _JKM_ 12.15.09  Date:

Add'l Approval:

Add'l Approval:

WFB-MK640481

LAW OFFICES

# PROCTOR & McKEE, P.A.

SUITE 505

## 102 WEST PENNSYLVANIA AVENUE
### TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

December 02, 2009

DEC 1 0 2009

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:   Wells Fargo Bank Minnesota, N.A., as Trustee for the
      registered holders of Salomon Brothers Mortgage
      Securities VII, Inc., Commercial Mortgage
      Pass-Through Certificates, Series 2000 - C2 by:
      ORIX Capital Markets, LLC v. Diamond Point Plaza
      Limited Partnership et al.,
      Case No. 03-C-03-002449, in the Circuit Court for
      Baltimore County, Maryland

      Connecticut Litigation

      Invoice #    17689
      Professional services

|              |     |                                                                                                                                          | Hrs/Rate           | Amount |
|--------------|-----|------------------------------------------------------------------------------------------------------------------------------------------|--------------------|--------|
| 11/01/09     | KDP | Reviewed MMM email re Joseph Schaller. Additional review of Schaller expert opinion. Reviewed Columbia Bank and Circuit City opinions. Emailed MMM re same. | 0.70 360.00/hr     | 252.00 |
| 11/02/09     | KDP | Spoke with Bill Define re Joseph Schaller. Conferred with MMM re same. Emailed Jeff Joyce re same.                                        | 0.30 360.00/hr     | 108.00 |

WFB-MK640482

December 02, 2009
Invoice # 17689

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/02/09 | MMM | Additional revisions to Statement of Facts for Motion for Summary Judgment. | 2.30 310.00/hr | 713.00 |
| 11/03/09 | MMM | Spoke with Jeff Joyce re possible deposition of newly designated defense expert on mitigation and covenant of good faith and fair dealing. | 0.20 310.00/hr | 62.00 |
| | MMM | Additional work on statement of facts including adding references to extrinsic evidence relied upon by Defendants and including facts relative to good faith and fair dealing. Search record for both. | 5.80 310.00/hr | 1,798.00 |
| | KDP | Spoke with MMM and JJ re Lynch as possible expert, etc. | 0.20 360.00/hr | 72.00 |
| 11/04/09 | MMM | Continued work on Statement of Facts and Declaration. Attention to issues raised by Defendants regarding extrinsic evidence offered regarding prepayment premium and foreclosure trustee. | 2.80 310.00/hr | 868.00 |
| 11/06/09 | MMM | Final revisions to Statement of Facts and Declaration. | 4.20 310.00/hr | 1,302.00 |
| | MMM | Began collecting exhibits for motion for summary judgment. | 0.90 310.00/hr | 279.00 |
| 11/12/09 | MMM | Conferred with Tammy Airey re documents that need to be collected as Exhibits to summary judgment motion. | 0.60 310.00/hr | 186.00 |
| | MMM | Review of draft of summary judgment motion to assure comprehensive. | 1.60 310.00/hr | 496.00 |

WFB-MK640483

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/13/09 MMM | Assisted with the gathering and identification of exhibits for summary judgment motion. | 3.40 310.00/hr | 1,054.00 |
| 11/16/09 MMM | Continued assisting with collection and organization of exhibits for motion for summary judgment. | 0.80 310.00/hr | 248.00 |
| 11/18/09 MMM | Conference call with Jeff Joyce and Erick Sandler re motion for summary judgment. | 0.30 310.00/hr | 93.00 |
| MMM | Reviewed email from Ms. Simmons re foreclosure case. Located requested document and replied. | 0.30 310.00/hr | 93.00 |
| MMM | Reviewed email from Ms. Torres re attorneys' fees provision. Responded with lengthy email detailing history of proceedings and appending requested information. | 0.60 310.00/hr | 186.00 |
| 11/20/09 KDP | Reviewed email from Brittany Maher re Wells Fargo budget, conferred with MMM and responded to Brittany. | 0.30 360.00/hr | 108.00 |
| 11/21/09 KDP | Drafted revised legal budget. | 0.80 360.00/hr | NO CHARGE |
| 11/30/09 MMM | Reviewed deposition of Schaller, Konover's expert for consideration of what sections should be cited in motion for summary judgment. | 1.60 310.00/hr | 496.00 |
| MMM | Reviewed supplemental answers to interrogatories from Konover for consideration of whether new | 0.70 310.00/hr | 217.00 |

WFB-MK640484

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | allegations need to be addressed in motion for summary judgment. | | |
| 11/30/09 | MMM | Reviewed pleadings and correspondence from recourse liability, foreclosure and tax cases to obtain material to refute new allegations asserted in Konover's supplemental answers to interrogatories. | 2.30 310.00/hr | 713.00 |
| | KDP | Conferred with MMM re tortious interference issue. | 0.10 360.00/hr | 36.00 |
| | KDP | Conferred with MMM re tax assessment appeal issues. | 0.20 360.00/hr | 72.00 |

For professional services rendered    31.00    $9,452.00
Additional charges:

11/13/09  On-line research - October, 2009                 NO CHARGE

11/16/09  Certified copies of orders                             37.50

Certified copies of docket sheets                             61.50

Total costs                                                        $99.00

Total amount of this bill                                      $9,551.00

Previous balance                                           $75,434.00

11/13/2009  Payment - Thank You. Check No. 000014905      ($14,880.00)

Total payments and adjustments                         ($14,880.00)

WFB-MK640485

| | Amount |
|---|---|
| Balance due | $70,105.00 |

## User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 1.80 | 360.00 |
| Margaret M. McKee | 28.40 | 310.00 |

WFB-MK640486

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

December 2, 2009

**Via Email**

Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:   Wells Fargo Bank Minnesota, N.A., v. Diamond Point Plaza Limited
      Partnership – Connecticut Actions

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through November 30, 2009 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640487

## Mendez, Cynthia

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Thursday, December 03, 2009 10:18 AM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: WFB v. DPPLP - Connecticut Litigation |
| **Attachments:** | 2009-12-02 DPPLP CT invoice.pdf |

SBMS 2000-C2 #19-0000295 legal - litigation

Thanks

**From:** Don Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Wednesday, December 02, 2009 2:57 PM
**To:** Maher, Brittany
**Subject:** WFB v. DPPLP - Connecticut Litigation

Brittany:

Attached is our bill for November time in the Connecticut litigation.

Best regards,
Don Proctor
K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com
**************************************************************
This electronic mail transmission may contain confidential or privileged
information. If you believe you have received the message in error, please
notify the sender by reply transmission and delete the message without
copying or disclosing it.
**************************************************************

WFB-MK640488

## ORIX Capital Markets, LLC

**LOAN LEVEL TRANSACTIONS**
**AUTHORIZATION FOR PAYMENT**

SS AP TRANSMITTAL FORM

Requestor: cmendez

Vendor Name: PROCTOR & MCKEE, PA

Invoice No.: 17701

Batch Control #: BATCH003872

Vendor #: 04053

Invoice Date: 01/04/2010

| Loan Number | | Category | | | Account Number | | Amount Billed | Amount Deferred |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 Both | (36) Legal Fees | S Deficiency | 13059 - CRG20 - 00176 | XXXX-XXXXXX-XXXXX | SALOMON 2000-C2 | $3,704.00 | $3,704.00 |

Diamond Point Plaza

This form must be approved in accordance with the Cost Center Approval Matrix

AUTHORIZATION

Manager's Approval: _____ "See Attached"

Add'l Approval: _____ Date: 3/2/10

Add'l Approval: _____ Date:

Add'l Approval: _____

Add'l Approval: _____

Page 1 of 1

WFB-MK640489

LAW OFFICES

# PROCTOR & McKEE, P.A.
SUITE 505

## 102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

January 04, 2010

JAN 2 1 2010

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas TX 75201

Re:     Wells Fargo Bank Minnesota, N.A., as Trustee for the
        registered holders of Salomon Brothers Mortgage
        Securities VII, Inc., Commercial Mortgage
        Pass-Through Certificates, Series 2000 - C2 by:
        ORIX Capital Markets, LLC v. Diamond Point Plaza
        Limited Partnership et al.,
        Case No. 03-C-03-002449, in the Circuit Court for
        Baltimore County, Maryland

        Connecticut Litigation

        Invoice #     17701
        Professional services

|            |     |                                                                                                                                                                                                                                                            | Hrs/Rate          | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 12/01/09   | MMM | Continued reviewing information from Maryland litigation for insertion in motion for summary judgment and to rebut new allegations made in supplemental answers to interrogatories. Drafted email with comments on supplemental answers to interrogatories and information for rebuttal. | 3.20<br>310.00/hr | 992.00 |
|            | MMM | Spoke with Jeff Joyce about tortious interference with contract claim.                                                                                                                                                                                      | 0.30<br>310.00/hr | 93.00  |

WFB-MK640490

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/01/09 | KDP | Reviewed email from Jeff Joyce re order ratifying auditor's account. Located same and emailed to MMM. | 0.10<br>360.00/hr | 36.00 |
| | MMM | Research Maryland law on tortious interference with prospective advantage. | 2.40<br>310.00/hr | 744.00 |
| 12/03/09 | MMM | Worked on tortious interference memo and research re same. | 3.50<br>310.00/hr | 1,085.00 |
| 12/04/09 | MMM | Completed tortious interference memo of law. Emailed to Jeff Joyce and Erick Sandler. | 2.20<br>310.00/hr | 682.00 |
| 12/11/09 | KDP | Reviewed and responded to email from Jeff Joyce re date for interest calculation re foreclosure sale. | 0.20<br>360.00/hr | 72.00 |

For professional services rendered    11.90    $3,704.00
Additional charges:

12/10/09 On-line research - November, 2009    NO CHARGE

Total costs    $0.00

Total amount of this bill    $3,704.00

Previous balance    $70,105.00

1/4/2010 Payment - Thank You. Check No. 000015422    ($30,296.00)
1/4/2010 Payment - Thank You. Check No. 000015423    ($30,258.00)
1/4/2010 Payment - Thank You. Check No. 000015424    ($9,551.00)

Total payments and adjustments    ($70,105.00)

WFB-MK640491

|  | Amount |
|---|---|
| Balance due | $3,704.00 |

## User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 0.30 | 360.00 |
| Margaret M. McKee | 11.60 | 310.00 |

WFB-MK640492

LAW OFFICES

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

January 4, 2010

**Via Email**

Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

JAN 2 1 2010

> Re: **Wells Fargo Bank Minnesota, N.A., v. Diamond Point Plaza Limited Partnership – Connecticut Actions**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through December 31, 2009 which I trust you will find to be in order.

Thank you for your attention to this matter.

Very truly yours,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640493

## Mendez, Cynthia

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Wednesday, January 06, 2010 10:52 AM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: DPPLP v. WFB - Connecticut Litigation |
| **Attachments:** | 2010-01-04 DPPLP CT invoice.pdf |

Please process.

SBMS 00-C2 #19-0000295 — legal lit

Thanks.

**From:** Don Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Tuesday, January 05, 2010 8:46 AM
**To:** Maher, Brittany
**Subject:** DPPLP v. WFB - Connecticut Litigation

Brittany:

Attached is our invoice for December time in the Connecticut case. Happy New Year!
Don Proctor
K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com
************************************************************
This electronic mail transmission may contain confidential or privileged
information. If you believe you have received the message in error, please
notify the sender by reply transmission and delete the message without
copying or disclosing it.
************************************************************

1/13/2010

WFB-MK640494