# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: cmendez

Vendor Name: PROCTOR & MCKEE, PA

Invoice No.: 17715

Batch Control #: BATCH003872

Vendor #: 04063

Invoice Date: 02/04/2010

| | | | | | | | | AMOUNT (Use Computer Print Screen) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | D | Both | (36) Legal Fees | S | Deficiency - 13059 - CRS20 - 00176 | | SALOMON 2000-C2 | $3,770.00 |
| | | | | | | | | $3,770.00 |

Diamond Point Plaza

This item must be approved in accordance with the Geat Center Approval Matrix.

**See Attached**

Manager's Approval: _____

Add'l Approval: _____ 3/2/10

Add'l Approval: _____ Date:

Add'l Approval: _____ Date:

Add'l Approval: _____

Add'l Approval: _____

WFB-MK640495

# PROCTOR & McKEE, P.A.

SUITE 505

**102 WEST PENNSYLVANIA AVENUE**
**TOWSON, MARYLAND 21204-4542**
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

February 04, 2010

FEB 1 7 2010



ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:   Wells Fargo Bank Minnesota, N.A., as Trustee for the
      registered holders of Salomon Brothers Mortgage
      Securities VII, Inc., Commercial Mortgage
      Pass-Through Certificates, Series 2000 - C2 by:
      ORIX Capital Markets, LLC v. Diamond Point Plaza
      Limited Partnership et al.,
      Case No. 03-C-03-002449, in the Circuit Court for
      Baltimore County, Maryland

      Connecticut Litigation

      Invoice #   17715
      Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 01/08/10 | MMM | Reviewed motion for summary judgment in anticipation of call with Erick Sandler. | 1.20 325.00/hr | 390.00 |
|  | MMM | Telephone conference with Erick Sandler re motion for summary judgment. | 0.30 325.00/hr | 97.50 |
|  | MMM | Additional online research re Mennetti case and standing argument for motion for summary judgment. | 0.50 325.00/hr | 162.50 |

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 01/08/10 MMM | Reviewed revised answers to interrogatories to ascertain extent of changes that might relate to basis of motion for summary judgment. | | 0.60 325.00/hr | 195.00 |
| 01/15/10 MMM | Reviewed email from Mr. Joyce's paralegal re legal bills and invoices for 2009. Collected responsive documents. Responded via email. | | 0.50 325.00/hr | 162.50 |
| 01/18/10 MMM | Spoke with Ms. Torres re billings and collection of invoices for submission in Connecticut case. Spoke with Jeff Joyce re same. | | 0.40 325.00/hr | 130.00 |
| 01/19/10 MMM | Began collection and review of bills for submission per agreement among parties. | | 3.40 325.00/hr | 1,105.00 |
| 01/20/10 MMM | Continued work on attorney billing in Connecticut case. Review billings in Maryland action for time charged for work on Connecticut case. Reviewed bills submitted in Maryland action to determine whether time for Connecticut had been redacted out and not charged against Konover Defendants in that action. Analysis of amount charged and paid in Maryland case attributable to Connecticut action and for which no fees were sought in the Maryland case. Email to Jeff Joyce re same. | | 4.70 325.00/hr | 1,527.50 |
| | For professional services rendered | | 11.60 | $3,770.00 |

WFB-MK640497

Additional charges:

| | Amount |
|---|---|
| 01/15/10  On-line research - December, 2009 | NO CHARGE |

| | |
|---|---|
| Total costs | $0.00 |
| Total amount of this bill  ⟶ | $3,770.00 |
| Previous balance | $3,704.00 |
| Balance due | $7,474.00 |

INVOICE APPROVED BY
DATE: 2 24 10
EXPENSE TYPE:
SERVICING:    LOAN    REO    OBF
REIMB BY:  B  T    NONREIMB
LOAN NO.:
POOL NAME:

## User Summary

| Name | Hours | Rate |
|---|---|---|
| Margaret M. McKee | 11.60 | 325.00 |

WFB-MK640498

LAW OFFICES
# PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

February 4, 2010

<u>Via Email</u>

Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

    **Re:**   **Wells Fargo Bank Minnesota, N.A., v. Diamond Point Plaza Limited Partnership – Connecticut Actions**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through January 31, 2010 which I trust you will find to be in order.

Thank you for your attention to this matter.

Very truly yours,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640499

**Mendez, Cynthia**

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Friday, February 05, 2010 9:39 AM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: Wells Fargo v. DPPLP CT Invoice |
| **Attachments:** | 2010-02-04 DPPLP CT invoice.pdf |

Please process.

SBMS 00-C2 #19-0000295 legal lit

thanks

**From:** Don Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Friday, February 05, 2010 7:36 AM
**To:** Maher, Brittany
**Subject:** Wells Fargo v. DPPLP Invoice

Brittany:

Attached is our invoice for work done in January in the Connecticut litigation.

Best regards,
Don Proctor
K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com
*************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received the message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*************************************************************

2/5/2010

WFB-MK640500

hhfax

12:50:49
WFB-MK640501.PDF

# Replacement
# Invoice

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS

AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: cmendez

Vendor Name: PROCTOR & MCKEE, PA

Invoice No.: 17745

Batch Control #: BATCH003872

Vendor #: 04063

Invoice Date: 03/04/2010

| | | | | |
|---|---|---|---|---|
| 19000295 | 0 | Both | S Loan | 13059 - CRG20 - 00176 | $2,066.25 |
| | | (39) legal Fees | | SALOMON 2000-C2 | $2,066.25 |

Donald Point Plaf

This form must be approved in accordance with the Cost Code Attachment

SEE ATTACHMENT

Manager's Approval: _____ Date: 4/5/10

Add'l Approval: _____ Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

WFB-MK641629

LAW OFFICES
# PROCTOR & McKEE, P.A.
SUITE 505
### 102 WEST PENNSYLVANIA AVENUE
### TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

March 04, 2010

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:   Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #    17745
Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 02/01/10 MMM | Reviewed email from Ms. Torres re billing issues. Conferred with Ms. Airey re same. | 0.30<br>325.00/hr | 97.50 |
| 02/08/10 MMM | Organized summary judgment research for later conferences with Mr. Sandler and Mr. Joyce. | 0.70<br>325.00/hr | 227.50 |
| 02/16/10 MMM | Reviewed DPP II file to ascertain whether we discussed with Konover lawyers issues regarding inadvertant attachment of Michael Konover's emails | 0.90<br>325.00/hr | 292.50 |

**WFB-MK641630**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | as exhibits to Complaint. Conferred with KDP re same. | | |
| 02/16/10 | KDP | Review of files re communications from Michael Konover inadvertently attached to DPP II complaint. | 0.40 375.00/hr | 150.00 |
| | MMM | Spoke with Erick Sandler re exhibits to Motion for Summary Judgment. Conferred with Ms. Airey re same. Reviewed exhibits previously prepared. Arranged for copying and scanning of exhibits. | 1.60 325.00/hr | 520.00 |
| | MMM | Following discussion with Mr. Sandler, reviewed trial transcript for references to Michael Konover's attendance at trial as it relates to "control" issue. Follow up email to Mr. Sandler with transcript references. | 0.70 325.00/hr | 227.50 |
| 02/26/10 | MMM | Reviewed Affidavit for my signature. Confirmed accuracy of dates identified in affidavit. Telephone conference with Eric Beard re same. Revised affidavit. Emailed back to Mr. Sandler's office. | 0.90 325.00/hr | 292.50 |

| | | | |
|---|---|---|---|
| For professional services rendered Additional charges: | | 5.50 | $1,807.50 |
| 02/12/10 On-line research - January, 2010 | | | NO CHARGE |
| 02/17/10 Copies and scanning of MSJ - exhibits | | | 258.75 |

WFB-MK641631

|  | Amount |
|---|---|
| Total costs | $258.75 |
| Total amount of this bill | $2,066.25 |
| Previous balance | $7,474.00 |
| Balance due | $9,540.25 |

## User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 0.40 | 375.00 |
| Margaret M. McKee | 5.10 | 325.00 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:    LOAN    REO    DEF
REIMB BY:   B   T   B/T   NONREIMB
LOAN NO.:
POOL NAME:

LAW OFFICES

# PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

March 5, 2010

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

> Re: **Wells Fargo Bank Minnesota, N.A., v. Diamond Point Plaza Limited Partnership – Connecticut Actions**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through February 28, 2010 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa
Enclosure

**WFB-MK641633**

**Mendez, Cynthia**

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Monday, March 08, 2010 1:15 PM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: Diamond Point |
| **Attachments:** | 2010-03-05 DPPLP CT invoice.pdf |

SBMS 00-C2 #19-0000295 legal lit

Thanks.

---

**From:** Don Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Monday, March 08, 2010 8:47 AM
**To:** Maher, Brittany
**Subject:** Diamond Point

Brittany:

Attached is our statement for services during February in the Connecticut case.

Best regards,

Don Proctor
K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com
*************************************************************
This electronic mail transmission may contain confidential or privileged
information. If you believe you have received the message in error, please
notify the sender by reply transmission and delete the message without
copying or disclosing it.
*************************************************************

3/17/2010

WFB-MK641634

# ORIX Capital Markets, LLC

**S5 AP TRANSMITTAL FORM**

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

| | |
|---|---|
| Requestor: | cmendez |
| Vendor Name: | PROCTOR & MCKEE, PA |
| Invoice No.: | 17745 |

| | |
|---|---|
| Batch Control #: | BATCH003872 |
| Vendor #: | 04063 |
| Invoice Date: | 03/04/2010 |

| | | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 190000295 | - 0 | Both | S | Loan | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $2,066.25 |
| | | (360) Legal Fees | | | | | $2,066.25 |

*Daniel Pault Maf*

This form must be approved in accordance with the Cost Plate Approval Matrix

**Cost Plate Attached**

| | |
|---|---|
| Manager's Approval: | |
| Add'l Approval: | Date: 4/5/10 |
| Add'l Approval: | Date: |
| Add'l Approval: | |
| Add'l Approval: | |
| Add'l Approval: | |

WFB-MK640501

LAW OFFICES

# PROCTOR & McKEE, P.A.

SUITE 505

## 102 WEST PENNSYLVANIA AVENUE
### TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

March 04, 2010

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:     Wells Fargo Bank Minnesota, N.A., as Trustee for the
        registered holders of Salomon Brothers Mortgage
        Securities VII, Inc., Commercial Mortgage
        Pass-Through Certificates, Series 2000 - C2 by:
        ORIX Capital Markets, LLC v. Diamond Point Plaza
        Limited Partnership et al.,
        Case No. 03-C-03-002449, in the Circuit Court for
        Baltimore County, Maryland

        Connecticut Litigation

        Invoice #     17745
        Professional services

|            |     |                                                                                                                                       | Hrs/Rate            | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------|---------------------|--------|
| 02/01/10   | MMM | Reviewed email from Ms. Torres re billing issues. Conferred with Ms. Airey re same.                                                    | 0.30<br>325.00/hr   | 97.50  |
| 02/08/10   | MMM | Organized summary judgment research for later conferences with Mr. Sandler and Mr. Joyce.                                              | 0.70<br>325.00/hr   | 227.50 |
| 02/16/10   | MMM | Reviewed DPP II file to ascertain whether we discussed with Konover lawyers issues regarding inadvertant attachment of Michael Konover's emails | 0.90<br>325.00/hr   | 292.50 |

WFB-MK640502

|                             | Amount     |
|-----------------------------|------------|
| Total costs                 | $258.75    |
| Total amount of this bill   | $2,066.25  |
| Previous balance            | $7,474.00  |
| Balance due                 | $9,540.25  |

### User Summary

| Name               | Hours | Rate   |
|--------------------|-------|--------|
| K. Donald Proctor  | 0.40  | 375.00 |
| Margaret M. McKee  | 5.10  | 325.00 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:   LOAN   REO   DEF
REIMB BY:   B   T   B/T   NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK640503

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

March 5, 2010

<u>Via Email</u>
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:  **Wells Fargo Bank Minnesota, N.A., v. Diamond Point Plaza Limited Partnership – Connecticut Actions**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through February 28, 2010 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa
Enclosure

WFB-MK640504

**Mendez, Cynthia**

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Monday, March 08, 2010 1:15 PM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: Diamond Point |
| **Attachments:** | 2010-03-05 DPPLP CT invoice.pdf |

SBMS 00-C2 #19-0000295 legal lit

Thanks.

**From:** Don Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Monday, March 08, 2010 8:47 AM
**To:** Maher, Brittany
**Subject:** Diamond Point

Brittany:

Attached is our statement for services during February in the Connecticut case.

Best regards,

Don Proctor
K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail transmission may contain confidential or privileged
information. If you believe you have received the message in error, please
notify the sender by reply transmission and delete the message without
copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WFB-MK640505**

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS

## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: cmendez

Vendor Name: PROCTOR & MCKEE, PA

Invoice No.: 17745

Batch Control #: BATCH003872

Vendor #: 04063

Invoice Date: 03/04/2010

| | | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | S | Loan | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $2,066.25 |
| | | (3P) Legal Fees | | | | | $2,066.25 |

*Demand Paint Plan*

This form must be processed in accordance with PM Cost Code and Authority.

Manager's Approval: _____ 

Add'l Approval: _____  Date: 4/9/10

Add'l Approval: _____  Date: _____

Add'l Approval: _____

Add'l Approval: _____

WFB-MK641629

# PROCTOR & McKEE, P.A.

**SUITE 505**

**102 WEST PENNSYLVANIA AVENUE**
**TOWSON, MARYLAND 21204-4542**
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

March 04, 2010

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:     Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #     17745
Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 02/01/10 MMM | Reviewed email from Ms. Torres re billing issues. Conferred with Ms. Airey re same. | 0.30 325.00/hr | 97.50 |
| 02/08/10 MMM | Organized summary judgment research for later conferences with Mr. Sandler and Mr. Joyce. | 0.70 325.00/hr | 227.50 |
| 02/16/10 MMM | Reviewed DPP II file to ascertain whether we discussed with Konover lawyers issues regarding inadvertent attachment of Michael Konover's emails | 0.90 325.00/hr | 292.50 |

WFB-MK641630

March 04, 2010
Invoice # 17745

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | as exhibits to Complaint. Conferred with KDP re same. |  |  |
| 02/16/10 | KDP | Review of files re communications from Michael Konover inadvertently attached to DPP II complaint. | 0.40 375.00/hr | 150.00 |
|  | MMM | Spoke with Erick Sandler re exhibits to Motion for Summary Judgment. Conferred with Ms. Airey re same. Reviewed exhibits previously prepared. Arranged for copying and scanning of exhibits. | 1.60 325.00/hr | 520.00 |
|  | MMM | Following discussion with Mr. Sandler, reviewed trial transcript for references to Michael Konover's attendance at trial as it relates to "control" issue. Follow up email to Mr. Sandler with transcript references. | 0.70 325.00/hr | 227.50 |
| 02/26/10 | MMM | Reviewed Affidavit for my signature. Confirmed accuracy of dates identified in affidavit. Telephone conference with Eric Beard re same. Revised affidavit. Emailed back to Mr. Sandler's office. | 0.90 325.00/hr | 292.50 |

For professional services rendered
Additional charges:

|  |  | 5.50 | $1,807.50 |
|---|---|---|---|

02/12/10  On-line research - January, 2010      NO CHARGE

02/17/10  Copies and scanning of MSJ - exhibits      258.75

WFB-MK641631

|  | Amount |
|---|---|
| Total costs | $258.75 |
| Total amount of this bill | $2,066.25 |
| Previous balance | $7,474.00 |
| Balance due | $9,540.25 |

## User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 0.40 | 375.00 |
| Margaret M. McKee | 5.10 | 325.00 |

INVOICE APPROVED BY:
DATE: 4/7/10
EXPENSE TYPE: legal lit
SERVICING: LOAN REO DEF
REIMB BY: B T B/D NONREIMB
LOAN NO.: 0708600725
POOL NAME: GMN 500 2

WFB-MK641632

LAW OFFICES

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

March 5, 2010

<u>**Via Email**</u>
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

> Re:   **Wells Fargo Bank Minnesota, N.A., v. Diamond Point Plaza Limited Partnership – Connecticut Actions**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through February 28, 2010 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa
Enclosure

WFB-MK641633

**Mendez, Cynthia**

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Monday, March 08, 2010 1:15 PM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: Diamond Point |
| **Attachments:** | 2010-03-05 DPPLP CT invoice.pdf |

SBMS 00-C2 #19-0000295 legal lit

Thanks.

**From:** Don Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Monday, March 08, 2010 8:47 AM
**To:** Maher, Brittany
**Subject:** Diamond Point

Brittany:

Attached is our statement for services during February in the Connecticut case.

Best regards,

Don Proctor
K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com
********************************************************
This electronic mail transmission may contain confidential or privileged
information. If you believe you have received the message in error, please
notify the sender by reply transmission and delete the message without
copying or disclosing it.
********************************************************

3/17/2010

WFB-MK641634

hhfax

12:50:59
WFB-MK640506.PDF

# Replacement
# Invoice

LAW OFFICES
# PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

April 6, 2010

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re:   **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through March 31, 2010 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK641635

LAW OFFICES

# PROCTOR & McKEE, P.A.
SUITE 505

## 102 WEST PENNSYLVANIA AVENUE
## TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

April 06, 2010


ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:     Wells Fargo Bank Minnesota, N.A., as Trustee for the
        registered holders of Salomon Brothers Mortgage
        Securities VII, Inc., Commercial Mortgage
        Pass-Through Certificates, Series 2000 - C2 by:
        ORIX Capital Markets, LLC v. Diamond Point Plaza
        Limited Partnership et al.,
        Case No. 03-C-03-002449, in the Circuit Court for
        Baltimore County, Maryland

        Connecticut Litigation

        Invoice #     17765
        Professional services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 03/01/10 | MMM | Reviewed and revised affidavit and checked dates. | 0.30 325.00/hr | 97.50 |
| 03/02/10 | MMM | Reviewed motions for summary judgment filed by Defendants. Reviewed motion filed by WFB. Emailed JJ re same. | 1.80 325.00/hr | 585.00 |
|  | MMM | Conferred with JJ re response to motion for summary judgment regarding claim for tortious interference with contract. | 0.50 325.00/hr | 162.50 |

**WFB-MK641636**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 03/03/10 | MMM | Careful review of motion re tortious interference. Began outline for submission to JJ. Reviewed exhibits supporting motion. Reviewed deposition of Don Rea. | 3.40 325.00/hr | 1,105.00 |
| 03/04/10 | MMM | Read depositions of John Dinan, Brittany Maher, Doug Goldrick, and Michael Konover for factual support for opposition to motion for summary judgment as to Count 4 (tortious interference). | 5.20 325.00/hr | 1,690.00 |
| 03/05/10 | KDP | Conferred with MMM. Reviewed June 2005 emails re The Wire and forwarded to MMM. | 1.30 375.00/hr | 487.50 |
| | MMM | Drafted outline for opposition to MSJ re Count 4. Incidental research re tortious interference with contract, statute of frauds. | 2.70 325.00/hr | 877.50 |
| 03/07/10 | MMM | Continued working on outline for opposition. Incidental research including res judicata effect of voluntary dismissal with prejudice, | 2.60 325.00/hr | 845.00 |
| 03/08/10 | MMM | Began work on Rule 56(a)(2) statement of facts for opposition to MSJ. | 1.70 325.00/hr | 552.50 |
| | KDP | Conferred with MMM re issues connected with The Wire. | 0.20 375.00/hr | 75.00 |
| | MMM | Continued review of depositions. | 1.30 325.00/hr | 422.50 |
| | MMM | Reviewed Matz testimony as to damages for analysis re Opposition to MSJ re Count 4. | 0.80 325.00/hr | 260.00 |

WFB-MK641637

April 06, 2010
Invoice # 17765

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 03/08/10 | MMM | Conferred first with KDP and then with JJ re how credit for Wire $650,000 upfront payment would have been made with regard to damage analysis under tortious interference claim. | 0.50<br>325.00/hr | 162.50 |
| 03/09/10 | MMM | Continued work on Rule 56(a)(2) Statement re Opposition to MSJ as to Count 4. | 1.80<br>325.00/hr | 585.00 |
| 03/16/10 | MMM | Additional research on res judicata effect of dismissal with prejudice. | 0.80<br>325.00/hr | 260.00 |
| 03/17/10 | MMM | Continued work on verifying accuracy of rule 56(a) statements contained in Michael Konover's filing re count 4 of the complaint. Particular investigation into Principal's Subordination agreements re Declaration of Easements and Restrictions. | 3.30<br>325.00/hr | 1,072.50 |
| | KDP | Conferences with MMM re subordination by Principal to DPPII covenants. | 0.30<br>375.00/hr | 112.50 |
| 03/23/10 | MMM | Continued working on responses to 56(a)(2) statement pertaining to MSJ as to Count IV. | 2.60<br>325.00/hr | 845.00 |
| 03/24/10 | MMM | Conference call with counsel re status of responses to motions for summary judgment. | 1.10<br>325.00/hr | 357.50 |
| | MMM | Began investigation into "Extra Space" issue regarding Konover's request to allow nonretail use at DPPII. | 0.70<br>325.00/hr | 227.50 |
| 03/25/10 | KDP | Conferred with MMM re 10/21/05 email to Bud Clark re self storage facility. | 0.20<br>375.00/hr | 75.00 |

WFB-MK641638

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 03/25/10 | MMM | Exhaustive search for records relating to early request by Konover entities for permission to have nonretail use at DPPII property. Similar search of file for correspondence regarding a similar later request. Lengthy email to Jeff Joyce re same, all in relation to "motive" for Konover to be involved in The Wire deal. | 4.60<br>325.00/hr | 1,495.00 |
| 03/26/10 | MMM | Legal research on torts of interference with business relations. | 2.90<br>325.00/hr | 942.50 |
|  | MMM | Conferred with KDP re damage aspect to tort of interference with business relations. Emailed Jeff Joyce re same. | 0.50<br>325.00/hr | 162.50 |
|  | MMM | Collected all cases relied upon by Konover to support MSJ as to Count IV. | 1.10<br>325.00/hr | 357.50 |
|  | MMM | Careful review of Konover's Motion as to Count IV in anticipation of drafting opposition. | 1.40<br>325.00/hr | 455.00 |
| 03/29/10 | MMM | Read Fey deposition as it is cited and relied upon in support of Konover's Motion as to Count IV. Continued researching issues of law. | 3.80<br>325.00/hr | 1,235.00 |
| 03/30/10 | MMM | Collate and review all correspondence from Recourse Liability Action pertaining to possible deal to allow The Wire to remain and proposal for deal on Extra Space storage facility at DPPII. | 1.30<br>325.00/hr | 422.50 |
|  | MMM | Researched statute of frauds issue, distinction between "valid" and "enforceable" in context of tortious interference claim and what constitutes | 5.30<br>325.00/hr | 1,722.50 |

WFB-MK641639

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | sufficient motive, wrongful act and/or coercion to support claim. |  |  |
| 03/31/10 | MMM | Prepared Declaration to accompany opposition as to Motion for Summary Judgment as to Count IV. | 1.40 325.00/hr | 455.00 |
|  | MMM | Prepared chronology of The Wire proposal and the proposed Extra Space deal ultimately for insertion in Rule 56(b) statement. | 2.60 325.00/hr | 845.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| For professional services rendered Additional charges: | | 58.00 | $18,950.00 |
| 02/17/10 FedEx to Lyon | | | 52.55 |
| FedEx to Day Pitney | | | 52.55 |

|  |  |
|---|---|
| Total costs | $105.10 |
| Total amount of this bill | $19,055.10 |
| Previous balance | $9,540.25 |
| 3/8/2010 Payment - Thank You. Check No. 000015954 | ($3,704.00) |
| 3/8/2010 Payment - Thank You. Check No. 000015955 | ($3,770.00) |
| Total payments and adjustments | ($7,474.00) |
| Balance due | $21,121.35 |

**WFB-MK641640**

April 06, 2010
Invoice # 17765

## User Summary

| Name | Hours | Rate |
|------|-------|------|
| K. Donald Proctor | 2.00 | 375.00 |
| Margaret M. McKee | 56.00 | 325.00 |

WFB-MK641641

# ORIX Capital Markets, LLC

**LOAN LEVEL TRANSACTIONS**
**AUTHORIZATION FOR PAYMENT**

SS AP TRANSMITTAL FORM

| Requestor: | aweaved/𝒶𝓌 | | Batch Control #: | BATCH-001514 |
| Vendor Name: | PROCTOR & MCKEE, PA | | Vendor #: | 04063 |
| Invoice No.: | 17765 | | Invoice Date: | 04/06/2010 |

| Loan Number | Prop Number | Issued By | Expense Category | Sub Servicer Ind | Sub Code | GL ACCOUNT NUMBER Account Bus Seg Contract XXXXX XXXX XXXX XXXX | Deal Name | AMOUNT (Use Comma and Decimal) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $19,055.10 |
| | | | | | | | | $19,055.10 |

---

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | B. Wakeel | See Attached | |
| Add'l Approval: | M. Parks | | |
| Add'l Approval: | M. Moran | | Date: 7/6/10 |
| Add'l Approval: | G. May | 9.6.10 | Date: |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

Page 1 of 1

WFB-MK640506

LAW OFFICES
# PROCTOR & McKEE, P.A.
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

JUL 1 6 2010

April 06, 2010

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:     Wells Fargo Bank Minnesota, N.A., as Trustee for the
        registered holders of Salomon Brothers Mortgage
        Securities VII, Inc., Commercial Mortgage
        Pass-Through Certificates, Series 2000 - C2 by:
        ORIX Capital Markets, LLC v. Diamond Point Plaza
        Limited Partnership et al.,
        Case No. 03-C-03-002449, in the Circuit Court for
        Baltimore County, Maryland

        Connecticut Litigation

        Invoice #    17765
        Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 03/01/10 MMM | Reviewed and revised affidavit and checked dates. | 0.30 325.00/hr | 97.50 |
| 03/02/10 MMM | Reviewed motions for summary judgment filed by Defendants. Reviewed motion filed by WFB. Emailed JJ re same. | 1.80 325.00/hr | 585.00 |
| MMM | Conferred with JJ re response to motion for summary judgment regarding claim for tortious interference with contract. | 0.50 325.00/hr | 162.50 |

WFB-MK640507

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 03/25/10 | MMM | Exhaustive search for records relating to early request by Konover entities for permission to have nonretail use at DPPII property. Similar search of file for correspondence regarding a similar later request. Lengthy email to Jeff Joyce re same, all in relation to "motive" for Konover to be involved in The Wire deal. | 4.60 325.00/hr | 1,495.00 |
| 03/26/10 | MMM | Legal research on torts of interference with business relations. | 2.90 325.00/hr | 942.50 |
| | MMM | Conferred with KDP re damage aspect to tort of interference with business relations. Emailed Jeff Joyce re same. | 0.50 325.00/hr | 162.50 |
| | MMM | Collected all cases relied upon by Konover to support MSJ as to Count IV. | 1.10 325.00/hr | 357.50 |
| | MMM | Careful review of Konover's Motion as to Count IV in anticipation of drafting opposition. | 1.40 325.00/hr | 455.00 |
| 03/29/10 | MMM | Read Fey deposition as it is cited and relied upon in support of Konover's Motion as to Count IV. Continued researching issues of law. | 3.80 325.00/hr | 1,235.00 |
| 03/30/10 | MMM | Collate and review all correspondence from Recourse Liability Action pertaining to possible deal to allow The Wire to remain and proposal for deal on Extra Space storage facility at DPPII. | 1.30 325.00/hr | 422.50 |
| | MMM | Researched statute of frauds issue, distinction between "valid" and "enforceable" in context of tortious interference claim and what constitutes | 5.30 325.00/hr | 1,722.50 |

WFB-MK640508

April 06, 2010
Invoice # 17765

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | sufficient motive, wrongful act and/or coercion to support claim. | | |
| 03/31/10 | MMM | Prepared Declaration to accompany opposition as to Motion for Summary Judgment as to Count IV. | 1.40 325.00/hr | 455.00 |
| | MMM | Prepared chronology of The Wire proposal and the proposed Extra Space deal ultimately for insertion in Rule 56(b) statement. | 2.60 325.00/hr | 845.00 |
| | | For professional services rendered Additional charges: | 58.00 | $18,950.00 |
| 02/17/10 | | FedEx to Lyon | | 52.55 |
| | | FedEx to Day Pitney | | 52.55 |
| | | Total costs | | $105.10 |
| | | Total amount of this bill | | $19,055.10 |
| | | Previous balance | | $9,540.25 |
| 3/8/2010 | | Payment - Thank You. Check No. 000015954 | | ($3,704.00) |
| 3/8/2010 | | Payment - Thank You. Check No. 000015955 | | ($3,770.00) |
| | | Total payments and adjustments | | ($7,474.00) |
| | | Balance due | | $21,121.35 |

INVOICE APPROVED BY:
DATE: 3/23/10
EXPENSE TYPE: legal fee
SERVICING: LOAN REO DBF
REIMB BY: B T B/T NONREIMB
LOAN NO.: 12000028
POOL NAME:

WFB-MK640509

April 06, 2010
Invoice # 17765

## User Summary

| Name | Hours | Rate |
|------|-------|------|
| K. Donald Proctor | 2.00 | 375.00 |
| Margaret M. McKee | 56.00 | 325.00 |

**WFB-MK640510**

LAW OFFICES

# PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

JUL 16 2010

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

April 6, 2010

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re:  **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through March 31, 2010 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

**WFB-MK640511**

LAW OFFICES

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

April 6, 2010

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

> Re: **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited
> Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through March 31, 2010 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK641635

LAW OFFICES

# PROCTOR & McKEE, P.A.
### SUITE 505
### 102 WEST PENNSYLVANIA AVENUE
### TOWSON, MARYLAND 21204-4542
**Telephone (410) 823-2258**
**Federal Tax ID: 52-2009312**

April 06, 2010

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:  Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #  17765
Professional services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 03/01/10 | MMM | Reviewed and revised affidavit and checked dates. | 0.30 325.00/hr | 97.50 |
| 03/02/10 | MMM | Reviewed motions for summary judgment filed by Defendants. Reviewed motion filed by WFB. Emailed JJ re same. | 1.80 325.00/hr | 585.00 |
| | MMM | Conferred with JJ re response to motion for summary judgment regarding claim for tortious interference with contract. | 0.50 325.00/hr | 162.50 |

**WFB-MK641636**

April 06, 2010
Invoice # 17765

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 03/03/10 | MMM | Careful review of motion re tortious interference. Began outline for submission to JJ. Reviewed exhibits supporting motion. Reviewed deposition of Don Rea. | 3.40 325.00/hr | 1,105.00 |
| 03/04/10 | MMM | Read depositions of John Dinan, Brittany Maher, Doug Goldrick, and Michael Konover for factual support for opposition to motion for summary judgment as to Count 4 (tortious interference). | 5.20 325.00/hr | 1,690.00 |
| 03/05/10 | KDP | Conferred with MMM. Reviewed June 2005 emails re The Wire and forwarded to MMM. | 1.30 375.00/hr | 487.50 |
|  | MMM | Drafted outline for opposition to MSJ re Count 4. Incidental research re tortious interference with contract, statute of frauds. | 2.70 325.00/hr | 877.50 |
| 03/07/10 | MMM | Continued working on outline for opposition. Incidental research including res judicata effect of voluntary dismissal with prejudice, | 2.60 325.00/hr | 845.00 |
| 03/08/10 | MMM | Began work on Rule 56(a)(2) statement of facts for opposition to MSJ. | 1.70 325.00/hr | 552.50 |
|  | KDP | Conferred with MMM re issues connected with The Wire. | 0.20 375.00/hr | 75.00 |
|  | MMM | Continued review of depositions. | 1.30 325.00/hr | 422.50 |
|  | MMM | Reviewed Matz testimony as to damages for analysis re Opposition to MSJ re Count 4. | 0.80 325.00/hr | 260.00 |

WFB-MK641637

April 06, 2010
Invoice # 17765

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 03/08/10 | MMM | Conferred first with KDP and then with JJ re how credit for Wire $650,000 upfront payment would have been made with regard to damage analysis under tortious interference claim. | 0.50 325.00/hr | 162.50 |
| 03/09/10 | MMM | Continued work on Rule 56(a)(2) Statement re Opposition to MSJ as to Count 4. | 1.80 325.00/hr | 585.00 |
| 03/16/10 | MMM | Additional research on res judicata effect of dismissal with prejudice. | 0.80 325.00/hr | 260.00 |
| 03/17/10 | MMM | Continued work on verifying accuracy of rule 56(a) statements contained in Michael Konover's filing re count 4 of the complaint. Particular investigation into Principal's Subordination agreements re Declaration of Easements and Restrictions. | 3.30 325.00/hr | 1,072.50 |
| | KDP | Conferences with MMM re subordination by Principal to DPPII covenants. | 0.30 375.00/hr | 112.50 |
| 03/23/10 | MMM | Continued working on responses to 56(a)(2) statement pertaining to MSJ as to Count IV. | 2.60 325.00/hr | 845.00 |
| 03/24/10 | MMM | Conference call with counsel re status of responses to motions for summary judgment. | 1.10 325.00/hr | 357.50 |
| | MMM | Began investigation into "Extra Space" issue regarding Konover's request to allow nonretail use at DPPII. | 0.70 325.00/hr | 227.50 |
| 03/25/10 | KDP | Conferred with MMM re 10/21/05 email to Bud Clark re self storage facility. | 0.20 375.00/hr | 75.00 |

**WFB-MK641638**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 03/25/10 MMM | Exhaustive search for records relating to early request by Konover entities for permission to have nonretail use at DPPII property. Similar search of file for correspondence regarding a similar later request. Lengthy email to Jeff Joyce re same, all in relation to "motive" for Konover to be involved in The Wire deal. | 4.60 325.00/hr | 1,495.00 |
| 03/26/10 MMM | Legal research on torts of interference with business relations. | 2.90 325.00/hr | 942.50 |
| MMM | Conferred with KDP re damage aspect to tort of interference with business relations. Emailed Jeff Joyce re same. | 0.50 325.00/hr | 162.50 |
| MMM | Collected all cases relied upon by Konover to support MSJ as to Count IV. | 1.10 325.00/hr | 357.50 |
| MMM | Careful review of Konover's Motion as to Count IV in anticipation of drafting opposition. | 1.40 325.00/hr | 455.00 |
| 03/29/10 MMM | Read Fey deposition as it is cited and relied upon in support of Konover's Motion as to Count IV. Continued researching issues of law. | 3.80 325.00/hr | 1,235.00 |
| 03/30/10 MMM | Collate and review all correspondence from Recourse Liability Action pertaining to possible deal to allow The Wire to remain and proposal for deal on Extra Space storage facility at DPPII. | 1.30 325.00/hr | 422.50 |
| MMM | Researched statute of frauds issue, distinction between "valid" and "enforceable" in context of tortious interference claim and what constitutes | 5.30 325.00/hr | 1,722.50 |

WFB-MK641639

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | sufficient motive, wrongful act and/or coercion to support claim. | | |
| 03/31/10 | MMM | Prepared Declaration to accompany opposition as to Motion for Summary Judgment as to Count IV. | 1.40 325.00/hr | 455.00 |
| | MMM | Prepared chronology of The Wire proposal and the proposed Extra Space deal ultimately for insertion in Rule 56(b) statement. | 2.60 325.00/hr | 845.00 |

For professional services rendered      58.00      $18,950.00

Additional charges:

| | | | Amount |
|---|---|---|---|
| 02/17/10 | FedEx to Lyon | | 52.55 |
| | FedEx to Day Pitney | | 52.55 |

Total costs                                        $105.10

Total amount of this bill                          $19,055.10

Previous balance                                   $9,540.25

3/8/2010  Payment - Thank You. Check No. 000015954   ($3,704.00)
3/8/2010  Payment - Thank You. Check No. 000015955   ($3,770.00)

Total payments and adjustments                     ($7,474.00)

Balance due                                        $21,121.35

WFB-MK641640

April 06, 2010
Invoice # 17765

## User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 2.00 | 375.00 |
| Margaret M. McKee | 56.00 | 325.00 |

WFB-MK641641

# hhfax

12:51:7
WFB-MK640512.PDF

MAY 1 9 2010   M/B

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

| | | |
|---|---|---|
| Requestor: | cmendez | |
| Vendor Name: | PROCTOR & MCKEE, PA | |
| Invoice No.: | 17790 | |

Batch Control #: BATCHC03872
Vendor #: 04053
Invoice Date: 05/07/2010

| Investor Number | Prospectus Loan Number | ORIX Loan Number | Type | Expense Category | GL/Account Number Sub Code | Account Number | Name | Use Comments and Details | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | $ Deficiency | 13059 - CRG20 - 00176 | | | SALOMON 2009-C2 | $44,362.50 |
| | | | | | | | | | $44,362.50 |

Damones Font Plaza

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix
See Attached

| | | |
|---|---|---|
| Manager's Approval: | _signature_ | Date: 6/9/10 |
| Add'l Approval: | _signature_ | Date: |
| Add'l Approval: | _signature_ | |
| Add'l Approval: | _signature_ | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640512

LAW OFFICES
# PROCTOR & McKEE, P.A.
SUITE 505

**102 WEST PENNSYLVANIA AVENUE**
**TOWSON, MARYLAND 21204-4542**
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

May 07, 2010

*[signature]*                  MAY 1 9 2010

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:      Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #    17790
Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/01/10 | MMM | Began drafting memo in opposition. | 5.50<br>325.00/hr | 1,787.50 |
| 04/02/10 | MMM | Continued work on memo in opposition. | 5.10<br>325.00/hr | 1,657.50 |
| 04/03/10 | MMM | Continued working on memo in support of opposition to motion for summary judgment as to Count IV. | 7.70<br>325.00/hr | 2,502.50 |

**WFB-MK640513**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/05/10 | MMM | Reviewed Goldrick deposition from 2006 for incorporation of salient points into opposition to MSJ as to Count 4. Continued drafting memo in opposition. | 8.80 325.00/hr | 2,860.00 |
| 04/06/10 | MMM | Continued researching and drafting opposition to MSJ as to Count Four and supporting documentation. | 10.30 325.00/hr | 3,347.50 |
| 04/07/10 | MMM | Continued drafting memo, revising Rule 52 statement and incidental research. | 6.40 325.00/hr | 2,080.00 |
| 04/08/10 | MMM | Continued drafting and revising memo and supporting papers. Conferred with KDP re issues he was particularly involved in. Periodic search of files to find supporting documentation. | 8.50 325.00/hr | 2,762.50 |
| 04/09/10 | MMM | Continued drafting and revising memo and supporting documents. Additional searches for supporting documentation from Maryland case files. | 9.90 325.00/hr | 3,217.50 |
| 04/11/10 | MMM | Continued drafting and revising part II of Rule 56(a)(2) statement. Locate documents for cites as required by Rule. | 8.60 325.00/hr | 2,795.00 |
| 04/12/10 | MMM | Finished brief and Rule 56 statement for opposition to count IV. Worked on exhibits and pin cites. Additional revisions to all pleadings related to count IV. | 12.30 325.00/hr | 3,997.50 |
| 04/13/10 | MMM | Worked on citations and exhibits. Conference with paralegal for additional work. Additional revision to brief and fact statement. | 4.70 325.00/hr | 1,527.50 |

WFB-MK640514

May 07, 2010
Invoice #17790

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/14/10 | MMM | Final work on brief to insert correct citations to fact statement and exhibits. | 2.80 325.00/hr | 910.00 |
| | MMM | Conference call with Jeff Joyce to discuss brief. | 1.10 325.00/hr | 357.50 |
| 04/15/10 | MMM | Began rewrite of brief in opposition to MSJ based upon Jeff Joyce's comments. | 3.90 325.00/hr | 1,267.50 |
| 04/16/10 | MMM | Continue rewriting brief. | 5.60 325.00/hr | 1,820.00 |
| 04/17/10 | MMM | Continue revisions to brief and 56(a)(2) statement. | 8.00 325.00/hr | 2,600.00 |
| 04/18/10 | MMM | Final rewrite of brief in opposition to count IV. | 4.60 325.00/hr | 1,495.00 |
| 04/19/10 | MMM | Redraft 52(a)(2) statment. Assist with exhibit location and identification. Final revisions to memo. | 4.40 325.00/hr | 1,430.00 |
| | MMM | Continued revising 56(a)(2) statement. Revised declaration. | 3.90 325.00/hr | 1,267.50 |
| 04/20/10 | MMM | Continued revising submissions. Began to corrolate 56(a)(2) statements to support factual allegations in brief. | 5.40 325.00/hr | 1,755.00 |
| 04/21/10 | MMM | Revised exhibit list. Ongoing revisions to statement of facts. Final collection, review and identification of exhibits. | 4.70 325.00/hr | 1,527.50 |
| 04/22/10 | MMM | At request of Ms. Torres, assisted in locating references from attorneys fees hearing regarding Connecticut action. | 1.20 325.00/hr | 390.00 |

WFB-MK640515

May 07, 2010
Invoice # 17790

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/22/10 | MMM | Finalized all documents prepared in opposition to motion for summary judgment as to count IV. Emailed to Joyce, Nolan, Sandler and Simmons attaching same. | 0.90 325.00/hr | 292.50 |
| 04/29/10 | MMM | Telephone conference with Jeff Joyce re memo in opposition to Count IV. | 0.80 325.00/hr | 260.00 |
| 04/30/10 | MMM | Worked on revisions to Opposition to Count IV to begin incorporated Mr. Joyce's comments. | 1.40 325.00/hr | 455.00 |

|  |  | For professional services rendered Additional charges: | 136.50 | $44,362.50 |
|---|---|---|---|---|
| 04/16/10 | | On-line research - March, 2010 | | NO CHARGE |

| | |
|---|---|
| Total costs | $0.00 |
| Total amount of this bill | $44,362.50 |
| Previous balance | $21,121.35 |
| 4/16/2010 Payment - Thank You. Check No. 16314 | ($2,066.25) |
| Total payments and adjustments | ($2,066.25) |
| Balance due | $63,417.60 |

### User Summary

| Name | Hours | Rate |
|---|---|---|
| Margaret M. McKee | 136.50 | 325.00 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:     LOAN     REO     DET
REIMB BY:   B     B/T     NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK640516

LAW OFFICES
# PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

May 7, 2010

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

  **Re:**   **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited Partnership, et al. - Connecticut litigation**

Dear Brittany:

  Enclosed herewith please find our invoice for professional services rendered through April 30, 2010 which I trust you will find to be in order.

  Thank you for your attention to this matter.

     Sincerely,

     *Don (ees)*

     K. Donald Proctor

KDP/twa

Enclosure

**WFB-MK640517**

## Mendez, Cynthia

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Monday, May 10, 2010 10:08 AM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: DPPLP - Connecticut - Statement for April time |
| **Attachments:** | 2010-05-07 DPPLP CT invoice.pdf |

Please process.

SBMS 00-C2 #19-0000295 legal lit

Thanks.

Brittany Maher
Senior Asset Manager
ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201
Direct: 214.237.2048
Fax: 214.237.2018
brittany.maher@orix.com

**From:** Don Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Monday, May 10, 2010 10:02 AM
**To:** Maher, Brittany
**Subject:** DPPLP - Connecticut - Statement for April time

Brittany:

Attached is our bill for time spent in April on the Diamond Point – Connecticut litigation.

Best regards,

Don Proctor
K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com
*************************************************************
This electronic mail transmission may contain confidential or privileged
information. If you believe you have received the message in error, please
notify the sender by reply transmission and delete the message without
copying or disclosing it.
*************************************************************

5/10/2010

**WFB-MK640518**

hhfax

12:51:17
WFB-MK640519.PDF

JUN 11 2010

# ORIX Capital Markets, LLC

SS AP TRANSMITTAL FORM

LOAN LEVEL TRANSACTIONS

**AUTHORIZATION FOR PAYMENT**

Requestor: cmendez

Vendor Name: PROCTOR & MCKEE, PA

Invoice No.: 17826

Batch Control #: BATCH003872

Vendor #: 04063

Invoice Date: 06/08/2010

| Loan Number | | | Expense Code | Charge Account Number | Amount |
|---|---|---|---|---|---|
| 190000295 | O | Both | (36) Legal Fees | 13059 - CRG20 - 00176 | $13,925.00 |
| | | | | SALOMON 2000-C2 | $13,925.00 |

*Diamond Point*

Page 1 of 1

---

**This form must be approved in accordance with the Cost Center Approval Matrix**

See Attached

Manager's Approval:

Add'l Approval: _____ Date: 7/8/16

Add'l Approval: _____ 8.2.10

Add'l Approval: _____ Date: _____

Add'l Approval:

WFB-MK640519

LAW OFFICES

# PROCTOR & McKEE, P.A.

SUITE 505

**102 WEST PENNSYLVANIA AVENUE**
**TOWSON, MARYLAND 21204-4542**
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

June 08, 2010

JUN 1 1 2010

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:  Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #   17826
Professional services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 05/06/10 MMM | Telephone conference with Jeff Joyce re motion as to Count Four. Briefly discussed issues re creditor/debtor relationship and fiduciary duties in relation to other pending summary judgment motion. Revised Motion to incorporate additional changes. | | 3.50 325.00/hr | 1,137.50 |
| MMM | Researched issues re creditor debtor relations and fiduciary duties. | | 2.30 325.00/hr | 747.50 |

**WFB-MK640520**

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 05/07/10 MMM | Conference with Erick Sandler re changes to motion. Reviewed email from Lindsay Simmons re global changes to all oppositions. Began incorporating requested changes into opposition to Count Four. | 3.90 325.00/hr | 1,267.50 |
| MMM | Researched public records to find references to Phase II lot and fact it is undeveloped for incorporation into memo re Count Four. | 0.80 325.00/hr | 260.00 |
| 05/10/10 MMM | Conference with Erick Sandler to discuss additional revisions. Also discussed Maryland law on "identity theory" of veil piercing and need for research. | 0.30 325.00/hr | 97.50 |
| 05/11/10 MMM | Researched issue re whether Maryland has theory comparable to "identity rule" of veil piercing liability. | 3.60 325.00/hr | 1,170.00 |
| 05/12/10 MMM | Continued working on brief and 56(a)(2) Statement. | 7.80 325.00/hr | 2,535.00 |
| 05/13/10 MMM | Conferences with Mr. Joyce and Mr. Sandler. Revised memo and 56(a)(2) statement accordingly. Reestablished corrected citations to facts and to exhibits following revisions. | 11.30 325.00/hr | 3,672.50 |
| 05/14/10 MMM | Final revisions to briefing. Final organization of exhibits. Drafted Declaration for Sandler as to Count 4. Drafted Declaration for Proctor as to Count 4. | 4.60 325.00/hr | 1,495.00 |

WFB-MK640521

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 05/14/10 | MMM | At request of Mr. Joyce, reviewed all briefing for consistency in arguments. | 3.60 325.00/hr | 1,170.00 |
| 05/21/10 | KDP | ███████████ | 0.20 375.00/hr | 75.00 |
| 05/27/10 | KDP | ███████████ | 0.10 375.00/hr | 37.50 |
| 05/28/10 | MMM | Spoke with Erick Sandler re Reply to Konover's Opposition to Motion for Summary Judgment. Reviewed some facts regarding post trial activity in Maryland recourse liability action. Discussed Michael Konover's involvment in litigation. Discussed Maryland post trial revisory rules. Following telephone conference gathered pertinent pleadings and papers and forwarded to Sandler. | 0.80 325.00/hr | 260.00 |

| | Hrs | Amount |
|---|---|---|
| For professional services rendered Additional charges: | 42.80 | $13,925.00 |

| 05/17/10 On-line research - April, 2010 | NO CHARGE |
|---|---|

| Total costs | $0.00 |
|---|---|
| Total amount of this bill | $13,925.00 |
| Previous balance | $63,417.60 |
| Balance due | $77,342.60 |

## User Summary

| Name | Hours | Rate |
|------|-------|------|
| K. Donald Proctor | 0.30 | 375.00 |
| Margaret M. McKee | 42.50 | 325.00 |

WFB-MK640523

LAW OFFICES

# PROCTOR & MCKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

June 8, 2010

<u>**Via Email**</u>
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

     Re:    **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited Partnership, et al. - Connecticut litigation**

Dear Brittany:

    Enclosed herewith please find our invoice for professional services rendered through May 31, 2010 which I trust you will find to be in order.

    Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640524

**Mendez, Cynthia**

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Thursday, June 10, 2010 3:55 PM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: DPPLP Connecticut Invoices |
| **Attachments:** | 2010-06-08 DPPLP CT invoice.pdf |

Please process.

SBMS 00-C2 #19-0000295 legal lit

Thanks.

**From:** Don Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Thursday, June 10, 2010 3:51 PM
**To:** Maher, Brittany
**Subject:** DPPLP Connecticut Invoices

Brittany:

Attached is our June 8, 2010 invoice for time on the DPPLP Connecticut litigation. Also attached are copies of our April 6, 2010 and May 7, 2010 invoices which remain unpaid.

Best regards,
Don Proctor
K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com
*************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received the message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*************************************************************

WFB-MK640525

hhfax

12:51:24
WFB-MK640526.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

LIT

| Requestor: | aweave/JJJ |
| Vendor Name: | PROCTOR & MCKEE, PA |
| Invoice No.: | 17855 |

| Batch Control #: | BATCH001514 |
| Vendor #: | 04063 |
| Invoice Date: | 07/12/2010 |

| Loan Number | Property Number | Rem't Type | Stop ID | Servicing Stop Code | Expense Category | Expense Sub-Category | | GL Account Number Account Bus Seg Center | | | Debit Name | Amount (Use Comments or Debit Name) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | S | Deficiency | (36) Legal Fees | | | 13059 - CRG20 - 00176 | | | SALOMON 2000-C2 | $1,835.00 |
| | | | | | | | | | | | | $1,835.00 |

D/0.124

SPECIAL INSTRUCTIONS:

AUTHORIZATION
This form must be approved in accordance with the Cost/Center Approval Matrix
See Attached

| Manager's Approval: | bWeaveR | Date: | 7/26/10 |
| Add'l Approval: | M. Pakis | Date: | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

WFB-MK640526

LAW OFFICES
# PROCTOR & McKEE, P.A.
SUITE 505
## 102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

JUL 1 6 2010

July 12, 2010

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:    Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #    17855
Professional services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 06/03/10 | MMM | Reviewed email from Mr. Sandler re any discovery in Maryland propounded by Michael Konover. Reviewed electronic and paper files. Responded. ▇▇▇ | 0.70 325.00/hr | 227.50 |
| 06/04/10 | KDP | ▇▇▇ Emailed Jeff Joyce re same. | 0.30 375.00/hr | 112.50 |
| | MMM | Spoke with Erick Sandler re need for Konover entities post trial motions from recourse liability action. Searched files. | 0.50 325.00/hr | 162.50 |

**WFB-MK640527**

July 12, 2010
Invoice # 17855

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | Located documents. Emailed to Mr. Sandler. |  |  |
| 06/04/10 | MMM | Conferred with KDP re his telephone conversation ███████ | 0.10 325.00/hr | 32.50 |
| 06/15/10 | MMM | Reviewed reply memorandum re Count 4 Motion for Summary Judgment. | 0.60 325.00/hr | 195.00 |
|  | MMM | Reviewed email from Mr. Sandler requesting analysis as to Reply Memo re Count 4. Responded. | 0.10 325.00/hr | 32.50 |
|  | MMM | Reviewed WFB's Reply Memo as to Counts 1 and 2. | 0.50 325.00/hr | 162.50 |
| 06/16/10 | MMM | Reviewed 2nd Amended Complaint and Opposition to Motion to Dismiss re allegations and prior arguments as to Count 4. Reviewed carefully Konover Reply Memo as to Count 4 Motion for Summary Judgment. Reviewed cases cited therein. Prepared lengthy email for Mr. Sandler with comments concerning the arguments raised in the Reply as to Count 4. | 2.80 325.00/hr | 910.00 |
| For professional services rendered Additional charges: |  |  | 5.60 | $1,835.00 |
| 06/11/10 On-line research - May, 2010 |  |  |  | NO CHARGE |

WFB-MK640528

July 12, 2010
Invoice # 17855

|  | Amount |
|---|---|
| Total costs | $0.00 |
| Total amount of this bill | $1,835.00 |
| Previous balance | $77,342.60 |
| 7/12/2010  Payment - Thank You. Check No. 000017019 | ($44,362.50) |
| Total payments and adjustments | ($44,362.50) |
| Balance due | $34,815.10 |

### User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 0.30 | 375.00 |
| Margaret M. McKee | 5.30 | 325.00 |

WFB-MK640529

LAW OFFICES

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

JUL 1 6 2010

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

K. DONALD PROCTOR
kdproctor@proctorlaw.com

July 12, 2010

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re:   **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through June 30, 2010 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

**WFB-MK640530**

hhfax

12:51:29
WFB-MK640531.PDF

DEC 03 2010

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

| Requestor: | cmendez | Batch Control #: | BATCH003872 |
|---|---|---|---|
| Vendor Name: | PROCTOR & MCKEE, PA | Vendor #: | 04063 |
| Invoice No.: | 18000 | Invoice Date: | 11/10/2010 |

| | | | | GENERAL ACCOUNT NUMBERS | | | AMOUNT (Use Column Emount Only) |
|---|---|---|---|---|---|---|---|
| | | | | Servicing Acct | Account End | Sub Code | |
| 190000295 | 0 | Both | (36) Legal Fees | S Deficiency 13059 - CRG20 - 00176 | SALOMON 2000-C2 | | $130.00 |
| | | | | | | | $130.00 |

Diamond Point Plaza

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION**
This form must be approved in accordance with the Oral Capital Approval Matrix
Manager's Approval: _____ See attached

| | | | | | |
|---|---|---|---|---|---|
| Addt'l Approval: | | | | Date: | |
| Addt'l Approval: | | | | Date: | |
| Addt'l Approval: | | | | | |
| Addt'l Approval: | | | | | |
| Addt'l Approval: | | | | | |
| Addt'l Approval: | | | | | |

Page 1 of 1

WFB-MK640531

# PROCTOR & McKEE, P.A.
### SUITE 505

**102 WEST PENNSYLVANIA AVENUE**
**TOWSON, MARYLAND 21204-4542**
**Telephone (410) 823-2258**
**Federal Tax ID: 52-2009312**

November 10, 2010

DEC 03 2010

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:   Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #     18000
Additional charges:

|  |  | Amount |
|---|---|---|
| 10/22/10 | Video Deposition - Sarah Longson | 130.00 |
|  | Total costs | $130.00 |
|  | Previous balance | $34,815.10 |
| 8/9/2010 | Payment - Thank You. Check No. 000017233 | ($1,835.00) |
| 8/19/2010 | Payment - Thank You. Check No. 000017396 | ($13,925.00) |
| 8/19/2010 | Payment - Thank You. Check No. 000017395 | ($19,055.10) |
|  | Total payments and adjustments | ($34,815.10) |

Balance due

Amount

$130.00

Date: 12|5|10      Approved by: [signature]
Expense Type: Legal      Litigation: [checkmark]
Servicing Type:   Special      Deficiency [checkmark]
Loan #: 14-0000785  Pool: SBU S00-C
Reimb: Funds in Suspense___ Borrower/Trust [checkmark]
Borrower___  Trust___ . Non (explain below)___
Notes:___

WFB-MK640533

LAW OFFICES

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

November 10, 2010

<u>**Via Email**</u>
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re:   **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited
Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered
through October 31, 2010 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640534

## Mendez, Cynthia

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Friday, November 12, 2010 10:30 AM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: DPPLP-invoice |
| **Attachments:** | 2010-11-10 WFB-CT invoice.pdf |

Please process.

SBMS 00-C2 #19-0000295 legal lit

Thanks.

---

**From:** Don Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Friday, November 12, 2010 10:29 AM
**To:** Maher, Brittany
**Subject:** DPPLP

Brittany:

Attached is our statement for services during October.

Best regards,
Don Proctor
K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com
*************************************************************
This electronic mail transmission may contain confidential or privileged
information. If you believe you have received the message in error, please
notify the sender by reply transmission and delete the message without
copying or disclosing it.
*************************************************************

12/2/2010

WFB-MK640535