ORIX Capital Markets, LLC  
LOAN LEVEL TRANSACTIONS  
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

**Litigation Invoice**

| Requested By: | CMENDEZ | Invoice Amount: | $3,940.00 |
| --- | --- | --- | --- |
| Vendor Name: | PROCTOR & MCKEE, PA | Vendor Number: | 0004063 |
| Invoice Number: | 18332 | Invoice Date: | 12/7/2011 |
| Payment Method: | ORIX Payment by Check | Date Entered: | 12/7/2011 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 190DD0295 | Diamond Point Plaza LP | Borrower / Trust | Legal Fees | 13052CRG20091764001 | SALOMON 2000-C2 | $3,940.00 | Deficiency |

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix

Brittany Maher  See Attached

Mark Pakes _____  Date  12/14/11

Return Check To Requestor ☐

WFB-MK640548

LAW OFFICES
# PROCTOR & McKEE, P.A.
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

December 07, 2011

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Diamond Point

Re: Wells Fargo Bank Minnesota, N.A., as Trustee for the registered holders of Salomon Brothers Mortgage Securities VII, Inc., Commercial Mortgage Pass-Through Certificates, Series 2000 - C2 by: ORIX Capital Markets, LLC v. Diamond Point Plaza Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for Baltimore County, Maryland

Connecticut Litigation

Invoice #   18332
Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/28/11 | MMM | Spoke with Lindsay Simmons re set-off in Connecticut action from proceeds of settlement with UBS. Reviewed Maryland file to ascertain when and if issue raised in Maryland. | 2.60 325.00/hr | 845.00 |
| 11/29/11 | MMM | Researched issue re UBS settlement as credit against MD judgment. | 3.80 325.00/hr | 1,235.00 |
| 11/30/11 | KDP | Conferred with MMM and research re credit of UBS settlement. | 0.80 375.00/hr | 300.00 |

WFB-MK640549

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/30/11 | MMM | Continued researching issue re credit on judgment. Conferred with KDP. Drafted short memo of findings for Lindsay Simmons and JJ. | 4.80<br>325.00/hr | 1,560.00 |
| | | For professional services rendered | 12.00 | $3,940.00 |
| | | Previous balance | | $130.00 |
| 12/20/2010 | | Payment - Thank You. Check No. 000018483 | | ($130.00) |
| | | Total payments and adjustments | | ($130.00) |
| | | Balance due | | $3,940.00 |

User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 0.80 | 375.00 |
| Margaret M. McKee | 11.20 | 325.00 |

Date: 12/9/11   Approved by: [signature]
Expense Type: Legal   Litigation: X
Servicing Type: Special   Deficiency: X
Loan #: 14-000021   Pool: SAM500-C
Reimb: Funds In Suspense___ Borrower/Trust X
Borrower___ Trust___ Non (explain below)___
Notes:___

WFB-MK640550

LAW OFFICES
# PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

December 7, 2011

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re: **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through November 30, 2011 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640551

Mendez, Cynthia

**From:** Maher, Brittany
**Sent:** Wednesday, December 07, 2011 11:22 AM
**To:** Mendez, Cynthia
**Subject:** FW: Diamond Point invoice
**Attachments:** 2011-12-07 WFB invoice

Please process.

SBMS 00-C2 #19-0000295 legal lit

Thanks

---

**From:** K. Donald Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Wednesday, December 07, 2011 11:20 AM
**To:** Maher, Brittany
**Subject:** Diamond Point

Dear Brittany:

Attached is our invoice for services rendered in November in connection with the Connecticut litigation.

I trust all is well.

Best regards,

Don Proctor

K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
Email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com

*******************************************************
This electronic mail transmission may contain confidential or privileged
information. If you believe you have received the message in error, please
notify the sender by reply transmission and delete the message without
copying or disclosing it.
*******************************************************

1

```
hhfax

12:51:56
WFB-MK640553.PDF
```

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

Litigation Invoice

| | | | | |
|---|---|---|---|---|
| Requested By: | CMENDEZ | | Invoice Amount: | $1,085.76 |
| Vendor Name: | PROCTOR & MCKEE, PA | | Vendor Number: | 0004063 |
| Invoice Number: | 18353 | | Invoice Date: | 1/5/2012 |
| Payment Method: | ORIX Payment by Check | | Date Entered: | 3/8/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 180000285 | Diamond Point Plaza LP | Borrower / Trust | Legal Fees | 13052CRG20001764001 | SALOMON 2000-C2 | $1,085.76 | Deficiency |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| | Date |
|---|---|
| Brittany Maher *See Attached* | |
| Mark Pakes *(signature)* | 3/26/12 |

Return Check To Requestor ☐

WFB-MK640553

MAR 0 8 2012

LAW OFFICES
# PROCTOR & McKEE, P.A.
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

January 05, 2012

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re: Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice # 18353
Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/01/11 | MMM | Telephone call from Lindsay Simmons re credits at time receiver discharged and or foreclosure ratified. Reviewed receiver and foreclosure file. Email to KDP re same. | 0.70<br>325.00/hr | 227.50 |
| 12/02/11 | KDP | Conferred with MMM re Statement of Mortgage Debt and Exceptions to Auditor's Account. Reviewed same. | 0.30<br>375.00/hr | 112.50 |

WFB-MK640554

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/02/11 | MMM | Spoke to KDP re credits and his recollections re foreclosure. Identified pertinent pleadings. Reviewed transcript from hearing on exceptions to auditor's report in foreclosure. Reviewed exceptions and responses. Email to Ms. Simmons and Mr. Joyce re same. Spoke with Mr. Joyce. Additional email re same. | 1.80 325.00/hr | 585.00 |
| 12/16/11 | MMM | Email from Ms. Simmons re stipulation concerning attorneys' fees in foreclosure action. Locate and send via email. | 0.40 325.00/hr | 130.00 |

|  |  |  |
|---|---|---|
| For professional services rendered | 3.20 | $1,055.00 |
| Additional charges: | | |
| 11/17/11 FedEx to Erick Sandler | | 24.76 |
| 12/07/11 Certified copy of judgment | | 6.00 |
| 12/22/11 On-line research - November, 2011 | | NO CHARGE |
| Total costs | | $30.76 |
| Total amount of this bill | | $1,085.76 |
| Previous balance | | $3,940.00 |
| 12/7/2011 Payment - Thank You. Check No. 000066143 | | ($3,940.00) |
| Total payments and adjustments | | ($3,940.00) |
| Balance due | | $1,085.76 |

Date: 3/23/12   Approved by: [signature]
Expense Type: Legal            Litigation: X
Servicing Type: Special        Deficiency: X
Loan #: 19-00000295  Pool: SAMI 2006-12
Reimb: Funds in Suspense___ Borrower/Trust___ X
Borrower___ Trust___ Non (explain below)___
Notes:___

WFB-MK640555

## User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 0.30 | 375.00 |
| Margaret M. McKee | 2.90 | 325.00 |

WFB-MK640556

## LAW OFFICES
## PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

January 5, 2012

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re: **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through December 31, 2011 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640557

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Thursday, March 08, 2012 10:31 AM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: Diamond Point - Connecticut - Invoice |
| **Attachments:** | 2012-01-05 WFB-CT invoice |

Cindi – please process this invoice immediately. It's not been processed yet, and it's been over 2 months since it was sent.

I know I have a ton of invoices, but we need to do something about the missed invoices.

---

**From:** Maher, Brittany
**Sent:** Thursday, January 05, 2012 3:03 PM
**To:** Mendez, Cynthia
**Subject:** FW: Diamond Point - Connecticut - Invoice

Please process.

SBMS 0-C2 #19-0000295 legal lit

Thanks

---

**From:** K. Donald Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Thursday, January 05, 2012 3:02 PM
**To:** Maher, Brittany
**Subject:** Diamond Point - Connecticut

Dear Brittany:

Attached is our invoice for services rendered in December. Best regards!


Don Proctor

K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
Email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com

******************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received the message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
******************************************************************

1

**WFB-MK640558**