ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| | | |
|---|---|---|
| Requested By: | CMENDEZ | Invoice Amount: | $3,128.00 |
| Vendor Name: | PROCTOR & MCKEE, PA | Vendor Number: | 0004053 |
| Invoice Number: | 18418 | Invoice Date: | 3/7/2012 |
| Payment Method: | ORIX Payment by Check | Date Entered: | 3/8/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 100000295 | Diamond Point Plaza LP | Borrower / Trust | Legal Fees | 13052CRG2000178400l | SALOMON 2000-C2 | $3,128.00 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Brittany Maher          See Attached          Date

Mark Pakes          3/26/12

Return Check To Requestor ☐

WFB-MK640559

LAW OFFICES

# PROCTOR & McKEE, P.A.
SUITE 505

**102 WEST PENNSYLVANIA AVENUE**
**TOWSON, MARYLAND 21204-4542**
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

MAR 0 8 2012

March 07, 2012

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:    Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #   18418
Professional services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 01/17/12 | MMM | Email from Ms. Simmons. Spoke with Ms. Simmons re motion in limine regarding loan to Rick Liljedahl. Reviewed Maryland pleadings and transcripts to establish proper timeline. Emailed pertinent documents to Ms. Simmons. Follow-up telephone conference with Ms. Simmons re same. | 0.90 340.00/hr | 306.00 |
| 02/15/12 | MMM | Spoke with Ms. Simmons re procedural crediting issue. Reviewed earlier research. | 0.70 340.00/hr | 238.00 |

WFB-MK640560

March 07, 2012
Invoice # 18418

| Date | | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 02/16/12 | MMM | Additional legal research on issue re proper procedure for crediting judgments in Maryland. Began drafting analysis. | 4.10 340.00/hr | 1,394.00 |
| 02/17/12 | MMM | Additional research. Finished anaysis. Emailed Ms. Simmons. | 1.90 340.00/hr | 646.00 |
| 02/22/12 | MMM | Spoke with assistant re Ms. Webre's request for discovery pleadings from Maryland case. Reviewed two Orders entered on 10/3/05 re motions for protective orders. Reviewed electronic file to locate opposition to Michael Konover's motion for protective order. Reviewed online docket. Reviewed post trial discovery file previously accumulated. Reviewed Circuit Court Index filed for underlying appeal. Reviewed Circuit Court docket filed in record extract in underlying appeal. Reviewed email and correspondence from Maryland case. After concluding no opposition was filed, email to Ms. Webre re findings. | 1.60 340.00/hr | 544.00 |

| | | |
|------|------|------|
| For professional services rendered | 9.20 | $3,128.00 |
| Previous balance | | $1,085.76 |
| Balance due | | $4,213.76 |

## User Summary

| Name | Hours | Rate |
|------|-------|------|
| Margaret M. McKee | 9.20 | 340.00 |

Date: 3 23 12    Approved by:
Expense Type: Leal    Litigation:
Servicing Type: Special    Deficiency:
Loan #:    Pool:
Reimb: Funds In Suspense___ Borrower/Trust___
Borrower___ Trust___ Non (explain below) ___
Notes:_____

WFB-MK640561

LAW OFFICES
# PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

March 7, 2012

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re:   **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited
Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through February 29, 2012 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640562

| | |
|---|---|
| From: | Maher, Brittany |
| Sent: | Thursday, March 08, 2012 10:32 AM |
| To: | Mendez, Cynthia |
| Subject: | FW: Wells Fargo / Konover / Connecticut |
| Attachments: | 2012-03-07 WFB-CT invoice.pdf |

Cindi –

Please process the attached invoice. It is the current invoice. The only Don referenced below for December is the one I just re-forwarded to you.

SBMS 00-C2 #19-0000295 legal lit

Thanks.

---

**From:** K. Donald Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Thursday, March 08, 2012 9:03 AM
**To:** Maher, Brittany
**Cc:** Margaret McKee; Tamberly Airey
**Subject:** Wells Fargo / Konover / Connecticut

Brittany:

Attached is our invoice for services rendered in February. Also attached is an additional copy of our invoice for services rendered in December which remains unpaid.

Best regards,

Don Proctor

K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com

************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received the message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************

1

WFB-MK640563

hhfax

12:52:1
WFB-MK640564.PDF

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

**Litigation Invoice**

| | |
|---|---|
| Requested By: | C.MENDEZ |
| Vendor Name: | PROCTOR & MCKEE, PA |
| Invoice Number: | 16487 |
| Payment Method: | ORIX Payment by Check |

| Invoice Amount: | $859.00 |
|---|---|
| Vendor Number: | 0004063 |
| Invoice Date: | 6/7/2012 |
| Date Entered: | 6/13/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount Status |
|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Legal Fees | 13052CRG2000178.4001 | SALOMON 2000-C2 | $859.00 Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Date _____

Brittany Maher _____

Mark Pakes _____See Attached_____ _2/2/12_

Return Check To Requestor ☐

WFB-MK640564

# PROCTOR & McKEE, P.A.

SUITE 505

## 102 WEST PENNSYLVANIA AVENUE
### TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

June 07, 2012

JUN 1 3 2012

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:     Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #     18487
Professional services

|                 |                                                                                                                                        | Hrs/Rate          | Amount |
| --------------- | -------------------------------------------------------------------------------------------------------------------------------------- | ----------------- | ------ |
| 05/11/12 MMM    | Telephone discussions with Sherry re trial transcripts. Reviewed trial transcripts and reporter's certifications. Emailed transcripts to Sherry. | 0.80 340.00/hr | 272.00 |
| 05/16/12 MMM    | Emailed Ms. Simmons re most recent request for certified documentation. Conferred with assistant.                                       | 0.30 340.00/hr    | 102.00 |
| 05/17/12 MMM    | Conferred with assistant re certified documents requested by Ms. Simmons. Reviewed our pleadings files to locate                        | 0.90 340.00/hr    | 306.00 |

WFB-MK640565

| | Hrs/Rate | Amount |
|---|---|---|

copies of needed documents. Conferred with KDP re foreclosure case and auditor's findings re satisfaction of judgments. Obtained copies of pertinent pleadings from foreclosure file. Spoke with Ms. Simmons. Provided specific instructions to assistant re what is needed from Clerk's office of court.

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 05/21/12 MMM | Spoke with Sherry from Mr. Joyce's office who needed additional documents. Located documents and forwarded to her. | 0.30 340.00/hr | 102.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| For professional services rendered Additional charges: | 2.30 | $782.00 |
| 05/17/12 Certified copies from Circuit Court | | 77.00 |
| Total costs | | $77.00 |
| Total amount of this bill | | $859.00 |
| Previous balance | | $4,213.76 |
| 4/5/2012 Payment - Thank You. Check No. 000067959 | | ($3,128.00) |
| 4/5/2012 Payment - Thank You. Check No. 0000067958 | | ($1,085.76) |
| Total payments and adjustments | | ($4,213.76) |
| Balance due | | $859.00 |

### User Summary

| Name | Hours | Rate |
|---|---|---|
| Margaret M. McKee | 2.30 | 340.00 |

Date _____ Approved by _____
Expense Type: Legal    Litigation: Y
Servicing Type: Special    Deficiency: Y
Loan # _____ Pool: SBALS DO-2
Reimb: Funds In Suspense ____ Borrower/Trust  X
Borrower ____ Trust ____ Non (explain below) ____
Notes: _____

WFB-MK640566

LAW OFFICES

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

June 7, 2012

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re:    **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through May 31, 2012 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640567

| | |
|---|---|
| **From:** | Maher, Brittany |
| **t:** | Friday, June 08, 2012 1:21 PM |
| | Mendez, Cynthia |
| **Subject:** | FW: DPPLP / Konover invoice |
| **Attachments:** | 2012-06-07 WFB-CT invoice.pdf |

Please process.

SBMS 00-C2 #19-0000295 legal lit

thanks

**From:** K. Donald Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Friday, June 08, 2012 1:17 PM
**To:** Maher, Brittany
**Subject:** DPPLP / Konover

Brittany:

Attached is our bill for time during May which I trust you will find in order.

Best regards,

Don

Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com

****************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received the message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
****************************************************************

1

**WFB-MK640568**

hhfax

12:52:3
WFB-MK640569.PDF

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

**Litigation Invoice**

| Requested By: | CMENDEZ | | Invoice Amount: | $3,196.00 |
| Vendor Name: | PROCTOR & MCKEE, PA | | Vendor Number: | 0004063 |
| Invoice Number: | 18507 | | Invoice Date: | 7/11/2012 |
| Payment Method: | ORIX Payment by Check | | Date Entered: | 7/17/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Legal Fees | 13052CRG2000176400 1 | SALOMON 2000-C2 | $3,196.00 | Deficiency |

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix

*See Attached*

Brittany Maher

Scott Cronister      Date    7/31/12

Return Check To Requestor ☐

WFB-MK640569

LAW OFFICES

# PROCTOR & McKEE, P.A.

SUITE 505

### 102 WEST PENNSYLVANIA AVENUE
### TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

JUL 1 7 2012

July 11, 2012

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re:    Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #    18507
Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 06/07/12 MMM | Attempts at identifying and recreating composition of exhibits from Maryland trial marked as Court exhibits. Long email to Ms. Weber and Mr. Joyce re same. | 6.20 340.00/hr | 2,108.00 |
| 06/08/12 MMM | Spoke with Erick Sandler re May 2005 hearing and proposed judgment. Follow-up email sending requested documents. Additional emails re future need for additional transcripts and certified copies of exhibits. Reviewed file to ascertain status of certification of all hearing transcripts. | 1.20 340.00/hr | 408.00 |

**WFB-MK640570**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

Conferred with Ms. Airey re same. Responsive emails.

06/21/12 MMM  Spoke with Erick Sandler re pleadings from each of the Maryland actions and his need to obtain. Conference with paraleagal re copying and providing. Maryland Judiciary website search for dockets for each of the Maryland actions. Telephone conference with Sarah Longson to discuss receiver file and to request duplication. Letter to Erick explaining production.
1.30
340.00/hr
442.00

06/29/12 MMM  Worked on organizing transcripts and letter to Mr. Sandler.
0.70
340.00/hr
238.00

For professional services rendered        9.40    $3,196.00
Previous balance                                      $859.00

Balance due                                          $4,055.00

## User Summary

| Name | Hours | Rate |
|---|---|---|
| Margaret M. McKee | 9.40 | 340.00 |

Date: 7/30/12   Approved by: _____
Expense Type: Legal   Litigation: X
Servicing Type: Special   Deficiency: X
Loan #: 19000295   Pool: SBMC00-2
Reimb: Funds in Suspense__ Borrower/Trust__ X
Borrower___ Trust___ Non (explain below)__
Notes:

WFB-MK640571

# PROCTOR & McKEE, P.A.

A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

**www.proctorlaw.com**

K. DONALD PROCTOR
kdproctor@proctorlaw.com

TELEPHONE 410-823-2258
FACSIMILE 410-823-2268

July 11, 2012

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re:    **ORIX Capital Markets, LLC v. Diamond Point Plaza Limited Partnership, et al. - Connecticut litigation**

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through June 30, 2012 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK640572

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Tuesday, July 17, 2012 9:44 AM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: WFB invoice |
| **Attachments:** | 2012-07-11 WFB-CT invoice.pdf |

Please process.

SBMS 00-C2 #19-0000295 legal lit

Thanks.

**From:** K. Donald Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Friday, July 13, 2012 11:26 AM
**To:** Maher, Brittany
**Subject:** WFB invoice

Brittany,

Attached is our invoice for services in June which I trust you will find to be in order.

Best regards,


Don Proctor

K. Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com

*************************************************************
This electronic mail transmission may contain confidential or privileged
information. If you believe you have received the message in error, please
notify the sender by reply transmission and delete the message without
copying or disclosing it.
*************************************************************

1

WFB-MK640573

hhfax

12:52:8
WFB-MK640579.PDF

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| | | |
|---|---|---|
| **Requested By:** | CMENDEZ | **Invoice Amount:** | $2,408.00 |
| **Vendor Name:** | PROCTOR & McKEE, PA | **Vendor Number:** | 0004063 |
| **Invoice Number:** | 18613 | **Invoice Date:** | 1/11/2013 |
| **Payment Method:** | ORIX Payment by Check | **Date Entered:** | 1/17/2013 |

| Loan Number | Borrower | Remit By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Legal Fees | 13052CRG2000178400I | SALOMON 2000-C2 | $2,408.00 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Date

Brittany Maher _____See Attached_____

Mark Pakes _____  1/20/13

Return Check To Requestor ☐

LAW OFFICES

# PROCTOR & McKEE, P.A.
### SUITE 505
## 102 WEST PENNSYLVANIA AVENUE
## TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

January 11, 2013

JAN 1 7 2013

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re: Wells Fargo Bank Minnesota, N.A., as Trustee for the
registered holders of Salomon Brothers Mortgage
Securities VII, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2000 - C2 by:
ORIX Capital Markets, LLC v. Diamond Point Plaza
Limited Partnership et al.,
Case No. 03-C-03-002449, in the Circuit Court for
Baltimore County, Maryland

Connecticut Litigation

Invoice #     18613
Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/03/12 KDP | Spoke with Sherry Webre re Larkin document. Searched files re source of document production. Exchanged email with Sherry Webre re same. | 0.80 375.00/hr | 300.00 |
| 12/18/12 MMM | Reviewed email from Lindsay Simmons. Reviewed Maryland pleading file to ███████████████████ Telephone conversation with Ms. Simmons. | 1.70 340.00/hr | 578.00 |

WFB-MK641705

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | Conference with legal assistant to discuss needed records. |  |  |
| 12/19/12 | MMM | Emails and telephone conversations re ███████████ | 0.40 340.00/hr | 136.00 |
|  | MMM | Conferred with assistant re ████ ████████ Email with Texas re same. Reviewed file in effort to obtain ██████ ████████████████ Reviewed Maryland Rules re █████ ████████ Emailed Texas re same. | 1.30 340.00/hr | 442.00 |
| 12/20/12 | MMM | Email from Sherry Webre re documents produced in Maryland and particular attention on ████████ Extensive search for ████ Numerous emails re same. | 1.70 340.00/hr | 578.00 |
|  | MMM | Reviewed ████████ ████Letter to Mr. Mueller and ███████ | 0.40 340.00/hr | 136.00 |
| 12/21/12 | MMM | Emails to ████████ and Ms. Simmons | 0.30 340.00/hr | 102.00 |
|  | MMM | Telephone conference with Ms. Webre and emails with Ms. Maher re ████████ ██████ | 0.40 340.00/hr | 136.00 |

|  |  |  |
|---|---|---|
| For professional services rendered | 7.00 | $2,408.00 |
| Previous balance |  | $4,055.00 |
| 7/12/2012 Payment - Thank You. Check No. 000069508 |  | ($859.00) |

WFB-MK641706

January 11, 2013
Invoice # 18613

|  | Amount |
|---|---|
| 8/14/2012 Payment - Thank You. Check No. 000069936 | ($3,196.00) |
| Total payments and adjustments | ($4,055.00) |
| Balance due | $2,408.00 |

## User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 0.80 | 375.00 |
| Margaret M. McKee | 6.20 | 340.00 |

Date: 1 28 13  Approved by:
Expense Type: Legal  Litigation:
Servicing Type:  Special  Deficiency
Loan #:  Pool:
Reimb: Funds in Suspense  Borrower/Trust
Borrower  Trust  Non (explain below)
Notes:

WFB-MK641707

LAW OFFICES

# PROCTOR & McKEE, P.A.
A PROFESSIONAL CORPORATION
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542

www.proctorlaw.com

K. DONALD PROCTOR
kdproctor@proctorlaw.com

January 11, 2013

**Via Email**
Brittany Maher, Asset Manager
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, TX 75201

Re:  ORIX Capital Markets, LLC v. Diamond Point Plaza Limited
Partnership, et al. - Connecticut litigation

Dear Brittany:

Enclosed herewith please find our invoice for professional services rendered through December 31, 2012 which I trust you will find to be in order.

Thank you for your attention to this matter.

Sincerely,

K. Donald Proctor

KDP/twa

Enclosure

WFB-MK641708

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Thursday, January 17, 2013 11:23 AM |
| | Mendez, Cynthia |
| **Subject:** | FW: Diamond Point |
| **Attachments:** | 2013-01-11 WFB invoice.pdf; 2013-01-11 WFB-CT invoice.pdf |

Please process.

Both invoices are for SBMS 00-C2 #19-0000295 legal. The second is litigation, the first is not.

Thanks.

---

**From:** K. Donald Proctor [mailto:kdproctor@proctorlaw.com]
**Sent:** Tuesday, January 15, 2013 7:52 AM
**To:** Maher, Brittany
**Subject:** Diamond Point

Brittany:

Attached are our invoices for work we performed in December which I trust you will find to be in order.

Best regards,


Don Proctor

Donald Proctor
Proctor & McKee, P.A.
Suite 505
102 West Pennsylvania Avenue
Towson, MD 21204
Phone: 410-823-2258
Fax: 410-823-2268
email: kdproctor@proctorlaw.com
Web Site: www.proctorlaw.com

**********************************************************
This electronic mail transmission may contain confidential or privileged
information. If you believe you have received the message in error, please
notify the sender by reply transmission and delete the message without
copying or disclosing it.
**********************************************************

1

**WFB-MK641709**