LAW OFFICES
# PROCTOR & McKEE, P.A.
SUITE 505
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4542
Telephone (410) 823-2258
Federal Tax ID: 52-2009312

February 11, 2013

ORIX Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

Re: Wells Fargo Bank Minnesota, N.A., as Trustee for the registered holders of Salomon Brothers Mortgage Securities VII, Inc., Commercial Mortgage Pass-Through Certificates, Series 2000 - C2 by: ORIX Capital Markets, LLC v. Diamond Point Plaza Limited Partnership et al., Case No. 03-C-03-002449, in the Circuit Court for Baltimore County, Maryland

Connecticut Litigation

Invoice # 18640
Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 01/07/13 | MMM | Received email from Sherry Webre with request for documents from Maryland action. Reviewed old and archived files in effort to locate. Numerous emails to Ms. Webre. | 2.00 360.00/hr | 720.00 |
| 01/08/13 | MMM | Additional search for records re attorneys' fees requested by Ms. Webre. | 1.40 360.00/hr | 504.00 |
| 01/09/13 | KDP | Worked on compiling Proctor & McKee billings re CT claim. | 1.00 395.00/hr | 395.00 |

**WFB-MK641710**

February 11, 2013
Invoice # 18640

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 01/09/13 | MMM | Received additional call from Ms. Webre re ▮▮▮ Detailed review of each months records ▮▮▮ Long email to Mr. Joyce and Mr. Sandler explaining ▮▮▮ Conferred with Ms. Simmons and Ms Webre re same. | 2.20 360.00/hr | 792.00 |
|  | MMM | Spoke with Ms. Webre re immediate need for summary chart identifying all attorney/staff time billed to Connecticut litigation. Conferred with assistant re same. Assisted in accumulation of billing information. Prepared summary chart. | 1.00 360.00/hr | 360.00 |

|  |  |  |
|---|---|---|
| For professional services rendered | 7.60 | $2,771.00 |
| Previous balance |  | $2,408.00 |
| 2/4/2013 Payment - Thank You. Check No. 000072704 |  | ($2,408.00) |
| Total payments and adjustments |  | ($2,408.00) |
| Balance due |  | $2,771.00 |

User Summary

| Name | Hours | Rate |
|---|---|---|
| K. Donald Proctor | 1.00 | 395.00 |
| Margaret M. McKee | 6.60 | 360.00 |

**WFB-MK641711**