# Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
## SUMMARY OF AMOUNTS PAID TO COURT APPOINTED SPECIAL MASTER
## DAVID BELT
Invoices Submitted through February 15, 2013 (Revised February 19, 2013)

| Mth/yr | Total: Fees/Expenses |
|---|---:|
| Nov 06 | $10,000.00 |
| Mar 07 | $1,578.07 |
| Apr 07 | $9,397.71 |
| Jul 07 | $2,069.73 |
| Oct 07 | $50.35 |
| Jan 08 | $1,369.66 |
| Feb 08 | $1,153.13 |
| May 08 | $2,480.00 |
| Jun 08 | $25,520.34 |
| Jul 08 | $6,207.95 |
| Aug 08 | $2,160.00 |
| Sep 08 | $8,040.00 |
| Sep 08-Apr 09 | $34,215.78 |
| May 09 | $3,740.00 |
| Jul 09 - Aug 09 | $5,740.00 |
| Feb 10 - Jun 10 | $12,580.00 |
| Totals | **$126,302.72** |

WFB-MK641827

| Invoice Date | Invoice Amount | Vendor | Amnt Pd by OCM | Date Reimb. to OCM | Amnt Reimb. to OCM |
|---|---|---|---|---|---|
| 11/16/06 | $10,000.00 | JACOBS, GRUDBERG, | $10,000.00 | 1/30/07 | $10,000.00 |
| 4/26/07 | $1,578.07 | JACOBS, GRUDBERG, | $1,578.07 | 5/29/07 | $1,578.07 |
| 5/24/07 | $9,397.71 | JACOBS, GRUDBERG, | $9,397.71 | 8/29/07 | $9,397.71 |
| 7/31/07 | $2,069.73 | JACOBS, GRUDBERG, | $2,069.73 | 10/29/07 | $2,069.73 |
| 11/21/07 | $50.35 | JACOBS, GRUDBERG, | $50.35 | 12/27/07 | $50.35 |
| 1/23/08 | $1,369.66 | JACOBS, GRUDBERG, | $1,369.66 | 8/28/08 | $1,369.66 |
| 3/28/08 | $1,153.13 | JACOBS, GRUDBERG, | $1,153.13 | 8/28/08 | $1,153.13 |
| 6/27/08 | $2,480.00 | JACOBS, GRUDBERG, | $2,480.00 | 8/28/08 | $2,480.00 |
| 8/5/08 | $25,520.34 | JACOBS, GRUDBERG, | $25,520.34 | 9/26/08 | $25,520.34 |
| 8/20/08 | $6,207.95 | JACOBS, GRUDBERG, | $6,207.95 | 11/25/08 | $6,207.95 |
| 9/25/08 | $2,160.00 | JACOBS, GRUDBERG, | $2,160.00 | 11/25/08 | $2,160.00 |
| 11/26/08 | $8,040.00 | JACOBS, GRUDBERG, | $8,040.00 | 1/30/09 | $8,040.00 |
| 5/26/09 | $34,215.78 | JACOBS, GRUDBERG, | $34,215.78 | 9/29/09 | $34,215.78 |
| 7/13/09 | $3,740.00 | JACOBS, GRUDBERG, | $3,740.00 | 12/29/09 | $3,740.00 |
| 8/5/10 | $12,580.00 | JACOBS, GRUDBERG, | $12,580.00 | 10/28/10 | $12,580.00 |
| 8/31/10 | $5,740.00 | JACOBS, GRUDBERG, | $5,740.00 | 10/28/10 | $5,740.00 |
| | $126,302.72 | | $126,302.72 | | $126,302.72 |

WFB-MK641205

## Jacobs Grudberg