# ORIX Capital Markets, LLC

SS AP TRANSMITTAL FORM

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

| | | Batch Control #: | BATCH001514 |
|---|---|---|---|
| Requestor: | aweaver | Vendor #: | 04680 |
| Vendor Name: | JACOBS, GRUDBERG, BELT, DOW & KATZ, PC | Invoice Date: | 11/16/2006 |
| Invoice No.: | B061150 Retainer | | |

| Invoice Number | Reimb By | Property Category | Expense Category | Service Type | S | GL ACCOUNT NUMBER Account Number - Sub Account | Deal Name | Amount |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | | S Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $10,000.00 |
| | | | | | | | | $10,000.00 |

Dia Pt

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _See Attached_ Date:
Add'l Approval: _____ Date:
Add'l Approval:
Add'l Approval:
Add'l Approval:
Add'l Approval:

Page 1 of 1

**WFB-MK640602**

# ORIX CAPITAL MARKETS, LLC
## ACCOUNTS PAYABLE
## AUTHORIZATION FOR PAYMENT

**RUSH!**

Note: To Speed Processing, Please Write Legibly
1. Send original invoices with this form. Use a <u>separate</u> authorization form for each different vendor or different vendor address. If you have multiple invoices going to the same vendor at the same address, include all of them with this form. Invoices and all attachments **MUST** be stapled to this authorization to prevent misplacement.
2. Complete each column for each invoice you are attaching to this form. Check with your supervisor if you don't know the general ledger number.
3. Invoices billed to specific individuals (or containing charges for them) must be approved by their next- level supervisors.

### ABOUT YOU

| Requestor Signature | Phone No. | Location | Date | Department Name |
|---|---|---|---|---|
| Angie Weaver for B. Glassie | 214-237-2240 | Dallas REG | 11/16/06 | REG - SS |

### ABOUT YOUR INVOICES

| Vendor Name | Vendor # |
|---|---|
| Jacobs, Grudberg, Belt, Dow & Katz | Pending |

### GENERAL LEDGER ACCOUNT NUMBER

| Account xxxxx | Bus. Segment xxxxx | Contract xxxxx | INVOICE DATE "MM/DD/YY" | INVOICE NO. | (not used) | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|
| 13052 | CRG20 | 00176 | 11/15/06 | B06-1150 Retainer (Lit) | | $ 10,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

I am doing this on an AFP to get the approvals on while I await the W9 to input the vendor into Epicor... Thanks, Angie x2240

| | | | | | | $ 10,000.00 |

### PROCESSING REQUESTS:

☐ Enclosure attached-send with payment    ☐ Send payment via UPS.

☒ Rush    ☒ Return Check to Requester

### AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix.

| Manager's Approval D. Miller | Date 11/16/2006 | Location REO Dallas | Phone No. 214-237-2181 |
|---|---|---|---|
| Secondary Approval G. May | Date 11/16/2006 | Location Legal - Dallas | Phone No. 214-237-1377 |

Date and Time Stamp (Submitted to A/P)

### ACCOUNTS PAYABLE USE ONLY

| Date: | Voucher Number | Date: |
|---|---|---|
| Authenticated By: | | Reviewed By: |

WFB-MK640603

LAW OFFICES OF
**Jacobs,
Grudberg,
Belt, Dow
& Katz** P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX        (203) 772-1691
www.jacobslaw.com

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
JOSEPH J. PACKTOR
ALINOR C. STERLING
EDWARD J. McMANUS
JOSHUA D. LANNING
ANTHONY D. SUTTON

ISRAEL J. JACOBS (1918-1963)

FILE NUMBER

B06-1550

November 15, 2006

Erick M. Sandler, Esq.
Day, Berry & Howard
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499
Email: emsandler@dbh.com

John B. Nolan, Esq.
Day, Berry & Howard
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499
Email: jbnolan@dbh.com

Jeff Joyce, Esq.
Winstead, Sechrest & Minick, P.C.
910 Travis Building Ste. 1700
Houston, TX 77002-5895
Email: jjoyce@winstead.com

Cheryl Gabes Rice, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: crice@shipso.com

Robert A. Randich, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: brandich@shipso.com

Mark S. Shipman, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: mark@shipso.com

Elizabeth A. Fowler, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Email: efowler@brownrudnick.com

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Email: mbaldwin@brownrudnick.com

WFB-MK640604

Jason Marc Kuselias, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Email: jkuselias@rc.com

Theodore J. Tucci, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Email: ttucci@rc.com

Jaclyn C. Petrozelli, Esq.
Pullman & Comley - Stmfd
300 Atlantic Street
Stamford, CT 06901-3522
Email: jpetrozelli@pullcom.com

James T. Shearin, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Email: jshearin@pullcom.com

Peter M. Haberlandt, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Email: phaberlandt@cemlaw.com

Steven David Ecker, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Email: ecker@cemlaw.com

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Email: tmurphy@cemlaw.com

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al
   Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

Pursuant to paragraph 5 of Judge Garfinkel's Order of Reference to Special Master dated November 7, 2006, the parties in the above action are required to deposit the amount of $20,000.00 as a retainer with Jacobs, Grudberg, Belt, Dow & Katz P.C. This retainer shall be applied to the Special Master's hourly fees. One half of the retainer, or $10,000.00, shall be deposited by the Plaintiff and one half, or $10,000.00, shall be deposited by the Defendants. The deposits shall be made by November 24, 2006.

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
By   *David L. Belt*
   David L. Belt
   Special Master

DLB:br
By email

**WFB-MK640605**