# ORIX Capital Markets, LLC

**LOAN LEVEL TRANSACTIONS**
**AUTHORIZATION FOR PAYMENT**

SS AP TRANSMITTAL FORM

*Return ck to Angie*
*Weaver x 2240. Thank you!*

Requestor: aweaver

Vendor Name: JACOBS, GRUDBERG, BELT, DOW & KATZ, PC

Invoice No.: B06-1550

Batch Control #: BATCH001514
Vendor #: 04680
Invoice Date: 04/26/2007

| Loan Number | | Both | Expense/ Escrow | (36) Legal Fees | Account Type | S. Deficiency | 13059 – CRG20 – 00176 | SALOMON 2000-C2 | AMOUNT | $1,578.07 |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | | | | | | | | | $1,578.07 |

Dia R+

**SPECIAL INSTRUCTIONS**

This form must be approved in accordance with the OSI Center Approval Matrix

Manager's Approval: B. McLevi: See attached

Add'l Approval: M. Palco:                                    Date: 5/3/07

Add'l Approval: J. Worckin:                                  Date:

Add'l Approval:

Add'l Approval:

Page 1 of 1

WFB-MK640606

LAW OFFICES OF

# Jacobs, Grudberg, Belt, Dow & Katz P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX (203) 772-1691
www.jacobslaw.com

OUR FILE NUMBER

APR 3 0 2007

## DAY PITNEY LLP

APR 3 0 2007

# RECEIVED

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
JOSEPH J. PACKTOR
ALINOR C. STERLING
EDWARD J. McMANUS
JOSHUA D. LANNING
ANTHONY D. SUTTON

ISRAEL J. JACOBS (1918-1983)

B06-1550

April 26, 2007

Erick M. Sandler, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499

John B. Nolan, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499

Jeff Joyce, Esq.
Winstead, Sechrest & Minick, P.C.
910 Travis Building Ste. 1700
Houston, TX 77002-5895

Cheryl Gabes Rice, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032

Robert A. Randich, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032

Mark S. Shipman, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032

Elizabeth A. Fowler, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402

Michael J. Kolosky, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Theodore J. Tucci, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

James T. Shearin, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Steven David Ecker, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477

WFB-MK640607

Peter M. Haberlandt, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al
    Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

Enclosed is my statement for time devoted to service as a Special Master for settlement in March 2007. The total bill of $17,036.14 is allocated as follows:

| | |
|---|---|
| Plaintiff | $ 8,518.07 |
| Defendant Konover & Associates, Inc. | $ 2,129.52 |
| Defendant Konover Construction Corp. | $ 2,129.52 |
| Defendant Konover Development Corp. | $ 2,129.52 |
| Defendants Michael Konover, Blackboard LLL and Ripple LLC | $ 2,129.53 |

The sum of $13,880.00 has been transferred from our trustee account into which the parties' retainer payments were deposited.

The amounts currently due from each party are as follows:

| | |
|---|---|
| Plaintiff | $ 1,578.07 |
| Defendant Konover & Associates, Inc. | $   394.52 - $290.00 = $104.52 |
| Defendant Konover Construction Corp. | $   394.52 |
| Defendant Konover Development Corp. | $   394.52 |
| Defendants Michael Konover, Blackboard LLL and Ripple LLC | $   394.53 |

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

By_____
      David L. Belt

DLB:br
Enclosure

WFB-MK640608

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100  FAX (203) 772-1691  WEBSITE WWW.JACOBSLAW.COM

Closing date as of March 31, 2007

Statement date as of April 26, 2007

Statement No. 47800

Wells Fargo Bank NA

B06-1550          Wells Fargo Bank NA v. Konover.

**Professional Fees**

| Date | | Description | Hours | |
|---|---|---|---|---|
| 3/2/2007 | DLB | Telephone conference with Shipman, Nolan re: scheduling. | 0.30 | |
| 3/20/2007 | DLB | Study briefs re: discovery in preparation for argument on pending motions. | 3.30 | |
| 3/21/2007 | DLB | To Hartford for argument on pending discovery motions; draft memorandum of decision on motion for protective order. | 7.60 | |
| 3/23/2007 | DLB | Legal research and draft decision on motion to compel. | 3.10 | |
| 3/26/2007 | DLB | Legal research and draft decision re: motion to compel. | 5.20 | |
| 3/27/2007 | DLB | Legal research and prepare ruling re: motion to compel and decision re: confidentiality order; revise confidentiality order. | 6.40 | |
| 3/28/2007 | DLB | Legal research and prepare ruling on motion for protective order and to compel. | 5.80 | |
| 3/29/2007 | DLB | Study motion to compel answers to deposition questions; legal research re: propriety of objections; prepare ruling on motion to compel. | 4.90 | |
| 3/30/2007 | DLB | Legal research and prepare ruling on motion to compel answers to deposition questions; prepapre ruling re: motion to compel. | 4.60 | |
| 3/31/2007 | DLB | Prepare ruling on motion to compel. | 1.10 | |
| | | Sub-total Fees: | 42.30 | 16,920.00 |

**Rate Summary**

| | | | |
|---|---|---|---|
| David L. Belt | 42.30 hours at $ 400.00/hr. | 16,920.00 | |
| | 42.30 | 16,920.00 | |

**Disbursements**

| | | |
|---|---|---|
| 3/22/2007 | Westlaw Charge | 8.95 |
| 3/23/2007 | Westlaw Charge | 17.93 |

WFB-MK640609

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100  FAX (203) 772-1691  WEBSITE WWW.JACOBSLAW.COM

B06-1550    Wells Fargo Bank NA

Page: 2
Statement Date    4/26/2007
Closing Date    3/31/2007

| | | | |
|---|---|---|---|
| 3/26/2007 | Westlaw Charge | | 69.26 |
| 3/29/2007 | Westlaw Charge | | 18.60 |
| | | Sub-total Disbursements: | 114.74 |

**Payments**

| | | | |
|---|---|---|---|
| 4/26/2007 | Payment | Trust application. | 13,880.00 |
| | | Sub-total Payments: | 13,880.00 |

**Trust Account**

| | | | |
|---|---|---|---|
| 4/26/2007 | | Trust application. | -13,880.00 |
| | | Ending Balance: | 0.00 |

**Costs**

| | | | |
|---|---|---|---|
| 3/2/2007 | Copy Charges (Inhouse) | | 1.40 |
| | | Sub-total Costs: | 1.40 |
| | | Total Current Billing: | 17,036.14 |
| | | Previous Balance Due: | 0.00 |
| | | Payments: | 13,880.00 |
| | | **Total Now Due:** | **$3156.14** |

Please verify whether your last payment was processed and appears on this month's statement. If it does not appear, take this into consideration to avoid duplicate payments on statements.

INVOICE APPROVED BY: S Mether
DATE: 5/3/07
EXPENSE TYPE: 02P-14
SERVICING: LOAN    REO    DEF
REIMB BY: B  T  B/T  NONREIMB
LOAN NO.: 0-0000245
POOL NAME: SAILS-005

WFB-MK640610

hhfax

12:52:37
WFB-MK640611.PDF

# ORIX Capital Markets, LLC

SS AP TRANSMITTAL FORM

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

| Requestor: | teggleston | SC | | | Batch Control #: | BATCH002221 |
|---|---|---|---|---|---|---|
| Vendor Name: | JACOBS, GRUDBERG, BELT, DOW & KATZ, PC | | | | Vendor #: | 04680 |
| Invoice No.: | 48107-LIT | | | | Invoice Date: | 05/24/2007 |

| Loan Number | Tranche # | Reimburse By | Expense Code | Svc Trnf | Servicing Sub Code | GL Account Account Bus Seg XXXXX - XXXX - XXXXX | Deal Name | AMOUNT (No Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $9,397.71 |
| | | | | | | | | $9,397.71 |

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix.

| Manager's Approval: | BWaller | | See Attached |
|---|---|---|---|
| Add'l Approval: | tmatus | | Date: 7/8/07 |
| Add'l Approval: | @ naxamoos | | Date: |
| Add'l Approval: | | | Date: |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

Page 1 of 1

WFB-MK640611

LAW OFFICES OF

# Jacobs, Grudberg, Belt, Dow & Katz P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX (203) 772-1691
www.jacobslaw.com

OUR FILE NUMBER

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
JOSEPH J. PACKTOR
ALINOR C. STERLING
EDWARD J. McMANUS
JOSHUA D. LANNING
ANTHONY D. SUTTON

ISRAEL J. JACOBS (1916-1983)

B06-1550

June 6, 2007

Erick M. Sandler, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499

John B. Nolan, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499

Jeff Joyce, Esq.
Winstead, Sechrest & Minick, P.C.
910 Travis Building Ste. 1700
Houston, TX 77002-5895

Cheryl Gabes Rice, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032

Robert A. Randich, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032

Mark S. Shipman, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032

Elizabeth A. Fowler, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402

Michael J. Kolosky, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Theodore J. Tucci, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

James T. Shearin, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Steven David Ecker, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477

WFB-MK640612

**Jacobs,**
**Grudberg,**
**Belt, Dow**
**& Katz P.C.**

Peter M. Haberlandt, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477

Stephen R. Klaffky, Esq.
Brown Rudnick Berlack Israels
CityPlace I
185 Asylum Street
Hartford, CT 06103-3402

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al
    Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

Enclosed is my statement for time devoted to service as a Special Master for discovery in April
2007. The total April bill of $18,795.43 is allocated as follows:

| | |
|---|---|
| Plaintiff | $ 9,397.71 |
| Defendant Konover & Associates, Inc. | $ 2,349.43 |
| Defendant Konover Construction Corp. | $ 2,349.43 |
| Defendant Konover Development Corp. | $ 2,349.43 |
| Defendants Michael Konover, Blackboard LLL and Ripple LLC | $ 2,349.43 |

Of the current balance due of $19,479.93 the amounts currently due from each party are as
follows:

| | |
|---|---|
| Plaintiff | $ 9,397.71 |
| Defendant Konover & Associates, Inc. | $ 2,349.43 + $290.00 unpaid balance = $2,639.43 |
| Defendant Konover Construction Corp. | $ 2,349.43 |
| Defendant Konover Development Corp. | $ 2,349.43 |
| Defendants Michael Konover, Blackboard LLL and Ripple LLC | $ 2,349.43 + unpaid balance of $394.51 = $2743.94 |

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

By _____
      David L. Belt

DLB:br
Enclosure

WFB-MK640613

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

Closing date as of April 30, 2007

Statement date as of May 24, 2007

Statement No. 48107

Wells Fargo Bank NA

B06-1550        Wells Fargo Bank NA v. Konover.

| Professional Fees | | | Hours | |
|---|---|---|---|---|
| 4/2/2007 | DLB | Prepare ruling re: motion to compel; motion to compel answers to deposition questions. | 5.60 | |
| 4/3/2007 | DLB | Review agreed confidentiality order; email to counsel re: confidentiality order; revise ruling re: confidentiality order; revise ruling re: motion to compel; revise confidentiality order. | 5.90 | |
| 4/4/2007 | DLB | Revise ruling on motion to compel; revise ruling on motion for protective order; prepare ruling on motion to compel answers to deposition questions. | 4.10 | |
| 4/5/2007 | DLB | Prepare ruling and legal research on motion to compel answers to deposition questions. | 5.20 | |
| 4/6/2007 | DLB | Legal research and prepare ruling on motion to compel answers to depositions questions; revise ruling on motion to compel production. | 4.70 | |
| 4/9/2007 | DLB | Legal research and prepare ruling on motion to compel answers to deposition questions and motion to compel production. | 3.90 | |
| 4/10/2007 | DLB | Legal research and prepare ruling on motion to compel answers to deposition questions and motion to compel production. | 5.10 | |
| 4/11/2007 | DLB | Review and revise rulings re: discovery issues. | 4.40 | |
| 4/12/2007 | DLB | Review and revise ruling re: discovery issues; email to counsel and court; email to clerk re: filing issues; legal research re: attorney-client privilege and work product. | 5.70 | |
| 4/25/2007 | DLB | Study plaintiffs' motion for clarification; prepare ruling on plaintiffs' motion for clarification. | 2.30 | |
| | | Sub-total Fees: | 46.90 | 18,760.00 |

### Rate Summary

| | | | |
|---|---|---|---|
| David L. Belt | 46.90 hours at | $ 400.00/hr. | 18,760.00 |
| | 46.90 | | 18,760.00 |

WFB-MK640614

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

B06-1550    Wells Fargo Bank NA

| | | |
|---|---|---|
| Page: | 2 | |
| Statement Date | 5/24/2007 | |
| Closing Date | 4/30/2007 | |

**Disbursements**

| Date | Description | | Amount |
|---|---|---|---|
| 4/2/2007 | Westlaw Charge | | 11.93 |
| | Sub-total Disbursements: | | 11.93 |

**Payments**

| Date | Type | Description | Amount |
|---|---|---|---|
| 5/2/2007 | Payment | Robinson & Cole, LLP ck#132521 | 394.53 |
| 4/27/2007 | Payment | From TR A/C ck#86706 | 13,880.00 |
| 5/11/2007 | Payment | Pullman & Comley, LLC ck#120904 | 104.52 |
| 5/11/2007 | Payment | From TR A/C ck#86745 | 394.52 |
| 5/11/2007 | Payment | Orix Capital Markets, LLC ck#000011388 | 1,578.07 |
| | | Sub-total Payments: | 16,351.64 |

**Trust Account**

| Date | Description | Amount |
|---|---|---|
| 5/8/2007 | Brown Rudnick ck#291235 | 394.52 |
| 5/10/2007 | Wells Fargo Bank NA | -394.52 |
| | Ending Balance: | 0.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 4/2/2007 | Copy Charges (Inhouse) | 3.20 |
| 4/12/2007 | Copy Charges (Inhouse) | 6.80 |
| 4/13/2007 | Copy Charges (Inhouse) | 12.00 |
| 4/26/2007 | Facsimile Charge | 1.50 |
| | Sub-total Costs: | 23.50 |

WFB-MK640615

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503

TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

B06-1550     Wells Fargo Bank NA

Page:  3

| | |
|---|---|
| Statement Date | 5/24/2007 |
| Closing Date | 4/30/2007 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:   LOAN   REO   (DEF)
REIMB BY;   B  T  B/T  NONREIMB
LOAN NO:
POOL NAME:

| | |
|---|---|
| Total Current Billing: | 18,795.43 |
| | |
| Previous Balance Due: | 17,036.14 |
| Payments: | 16,351.64 |
| | |
| Total Now Due: | $19479.93 |

Please verify whether your last payment was processed and appears on this month's statement.  If it does not appear, take this into consideration to avoid duplicate payments on statements.

$193 97.7

WFB-MK640616

hhfax

12:52:47
WFB-MK640617.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: aweaver

Vendor Name: JACOBS, GRUDBERG, BELT, DOW & KATZ, PC

Invoice No.: 49133

Batch Control #: BATCH001514

Vendor #: 04680

Invoice Date: 07/31/2007

| | | | | | | AMOUNT |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S | Deficiency 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $2,069.73 |

$2,069.73

Dla Pt

## SPECIAL INSTRUCTIONS

### AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: to Brada 8-24-07

Add'l Approval: to M P 9-19

Add'l Approval: to 24

Add'l Approval:

Add'l Approval:

Add'l Approval:

Date:

Date:

Page 1 of 1

WFB-MK640617

LAW OFFICES OF

# Jacobs,
# Grudberg,
# Belt, Dow
# & Katz P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX        (203) 772-1691
www.jacobslaw.com

**AUG 2 4 2007**

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
CHARLES R. DOUTHAT
JOSEPH J. PACKTOR
EDWARD J. McMANUS
ANTHONY D. SUTTON

TRISHA M. MORRIS, OF COUNSEL

ISRAEL J. JACOBS (1915-1983)

FILE NUMBER

B06-1550

August 22, 2007

Erick M. Sandler, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499
Tel: 860-275-0138
Fax: 860-275-0343
Email: emsandler@daypitney.com

John B. Nolan, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499
Tel: 860-275-0100
Fax: 860-275-0343
Email: jbnolan@daypitney.com

Jeff Joyce, Esq.
Winstead, Sechrest & Minick, P.C.
910 Travis Building Ste. 1700
Houston, TX 77002-5895
Tel: 713-650-2400
Fax: 713-650-2400
Email: jjoyce@winstead.com

Cheryl Gabes Rice, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Tel: 860-606-1707
Fax: 860-606-1770
Email: crice@shipso.com

Robert A. Randich, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Tel: 860-606-1704
Fax: 860-606-1770
Email: brandich@shipso.com

Mark S. Shipman, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Tel: 860-606-1701
Fax: 860-606-1770
Email: mark@shipso.com

WFB-MK640618

Elizabeth A. Fowler, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Tel: 860-509-6500
Fax: 860-509-6501
Email: efowler@brownrudnick.com

Michael J. Kolosky, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8200
Fax: 860-275-8299
Email: mkolosky@rc.com

Peter M. Haberlandt, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: phaberlandt@cemlaw.com

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: tmurphy@cemlaw.com

Stephen R. Klaffky, Esq.
Brown Rudnick Berlack Israels
CityPlace I
185 Asylum Street
Hartford, CT 06103-3402
Email: sklaffky@brownrudnick.com

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Tel: 860-509-6514
Fax: 860-509-6501
Email: mbaldwin@brownrudnick.com

Theodore J. Tucci, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8210
Fax: 860-275-8299
Email: ttucci@rc.com

James T. Shearin, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2000
Fax: 203- 576-8888
Email: jshearin@pullcom.com

Steven David Ecker, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: ecker@cemlaw.com

WFB-MK640619

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al
    Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

Enclosed is my statement for time devoted to service as a Special Master for discovery in July 2007. The total July bill of $4,139.45 is allocated as follows:

| | |
|---|---|
| Plaintiff | $ 2,069.73 |
| Defendant Konover & Associates, Inc. | $ 517.43 |
| Defendant Konover Construction Corp. | $ 517.43 |
| Defendant Konover Development Corp. | $ 517.43 |
| Defendants Michael Konover, Blackboard LLL and Ripple LLC | $ 517.43 |

Of the current balance due of $6,488.87 the amounts currently due from each party are as follows:

| | |
|---|---|
| Plaintiff | $ 2,069.73 |
| Defendant Konover & Associates, Inc. | $ 517.43 |
| Defendant Konover Construction Corp. | $ 517.43 + unpaid balance of $2,349.43 = $2,866.86 |
| Defendant Konover Development Corp. | $ 517.43 |
| Defendants Michael Konover, Blackboard LLL and Ripple LLC | $ 517.43 + unpaid balance of $2,743.94 = $3,261.37 |

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

By _____
David L. Belt

DLB:br
Enclosure
By email

WFB-MK640620

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

Closing date as of July 31, 2007

Statement date as of August 16, 2007

Statement No. 49133

Wells Fargo Bank NA

B06-1550          Wells Fargo Bank NA v. Konover.

| Professional Fees | | | Hours | |
|---|---|---|---|---|
| 6/12/2007 | DLB | Study motions to quash and objections re: subpoena to Bank of America. | 2.10 | |
| 7/23/2007 | DLB | Study motions and briefs re: Peerless motion to modify subpoena and Wells Fargo motion to compel. | 1.80 | |
| 7/24/2007 | DLB | Study motions and briefs re: Peerless motion to modify subpoena and Wells Fargo motion to compel. | 1.70 | |
| 7/25/2007 | DLB | Study pending motions. | 4.70 | |
| | | Sub-total Fees: | 10.30 | 4,120.00 |

### Rate Summary

| | | | |
|---|---|---|---|
| David L. Belt | 10.30 hours at $ 400.00/hr. | 4,120.00 | |
| | 10.30 | 4,120.00 | |

**Disbursements**

| | | | |
|---|---|---|---|
| 3/21/2007 | Parking-Hard cost - David L. Belt | | 19.25 |
| | Sub-total Disbursements: | | 19.25 |

**Payments**

| | | | |
|---|---|---|---|
| 6/19/2007 | Payment | Shipman, Sosensky, Randich & Marks, | 2,743.94 |
| 6/7/2007 | Payment | Pullman & Comley, LLC ck#121476 | 290.00 |
| 6/13/2007 | Payment | BrownRudnick ck#292736 | 2,349.43 |
| 7/27/2007 | Payment | Orix Capital ck#11551 | 9,397.71 |
| 6/22/2007 | Payment | Pullman & Comley ck#121880 | 2,349.43 |
| | | Sub-total Payments: | 17,130.51 |

WFB-MK640621

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

360 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

B06-1550   Wells Fargo Bank NA

Page: 2
Statement Date   8/16/2007
Closing Date   7/31/2007

Costs.

| | | |
|---|---|---|
| 6/4/2007 | Copy Charges (inhouse) | 0.20 |

| | |
|---|---|
| Sub-total Costs: | 0.20 |
| Total Current Billing: | 4,139.45 |
| Previous Balance Due: | 19,479.93 |
| Payments: | 17,130.51 |
| Total Now Due: | $6488.87 |

Please verify whether your last payment was processed and appears on this month's statement. If it
does not appear, take this into consideration to avoid duplicate payments on statements.

AUG 2 4 2007

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:   LOAN
REIMB BY:  B   T   B/T   REC   OUT
LOAN NO.:           NONREIMB
POOL NAME:

WFB-MK640622

# hhfax

12:53:6
WFB-MK640623.PDF

# ORIX Capital Markets, LLC

**LOAN LEVEL TRANSACTIONS**
**AUTHORIZATION FOR PAYMENT**

LIT

SS AP TRANSMITTAL FORM

| Requestor: | Eggleston |
| Vendor Name: | JACOBS, GRUDBERG, BELT, DOW & KATZ, PC |
| Invoice No.: | 49959 |

| Batch Control #: | BATCH002221 |
| Vendor #: | 04600 |
| Invoice Date: | 11/21/2007 |

| Loan Number | Property Number | Refund $? | Escrow/ Cost Rec? | Site Status | Ind Sub Code | GL ACCOUNT NUMBER Account Sub Contract | Cost Center/ Team # | Amount | Cost Center Description |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | | Both | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $50.00 | |

$50.00

on 50.35

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

**See Attached**

| Manager's Approval: | | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640623

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

360 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1891   WEBSITE WWW.JACOBSLAW.COM

B06-1550    Wells Fargo Bank NA

| | |
|---|---|
| Page: | 2 |
| Statement Date | 11/21/2007 |
| Closing Date | 10/31/2007 |

| | |
|---|---|
| Total Current Billing: | 100.69 |
| Previous Balance Due: | 2,866.85 |
| Payments: | 2,349.43 |
| **Total Now Due:** | $618.11 |

Please verify whether your last payment was processed and appears on this month's statement. If it
does not appear, take this into consideration to avoid duplicate payments on statements.

$150.35.

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:     LOAN     REO     OREO
REIMB BY:   B   T   B/T   NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK640624

hhfax

12:53:11
WFB-MK640625.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

**Requestor:** teggleston
**Vendor Name:** JACOBS, GRUDBERG, BELT, DOW & KATZ, PC
**Invoice No.:** 50457

**Batch Control #:** BATCH002221
**Vendor #:** 04680
**Invoice Date:** 01/23/2008

| Loan Number | Property Number | Paid By | Expense Category | Svc Ind | Service Sub-Code | GL Account Number Account - Bus Seg - Contract | Best Name | Amount (Use Comments and Details) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,369.66 |
| | | | | | | | | $1,369.66 |

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

**Manager's Approval:** _____  See Attached
**Add'l Approval:** _____  **Date:** _____
**Add'l Approval:** _____  **Date:** _____
**Add'l Approval:** _____
**Add'l Approval:** _____
**Add'l Approval:** _____

Page 1 of 1

WFB-MK640625

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503

TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

Closing date as of December 31, 2007

Statement date as of January 23, 2008

Statement No. 50457

Wells Fargo Bank NA

B06-1550          Wells Fargo Bank NA v. Konover.

| Professional Fees | | | Hours | |
|---|---|---|---|---|
| 12/14/2007 | DLB | Review briefs and submissions re: priority discovery motions; e-mail to counsel re: conference call. | 4.60 | |
| 12/18/2007 | DLB | Conference call with counsel re: sundry motions; obtain copies of additional motions and review; e-mail to Judge Garfinkle re status. | 2.30 | |
| | | Sub-total Fees: | 6.90 | 2,760.00 |

Rate Summary

| | | | | |
|---|---|---|---|---|
| | David L. Belt | 6.90 hours at  $ 400.00/hr. | 2,760.00 | |
| | | 6.90 | 2,760.00 | |

| Payments | | | | |
|---|---|---|---|---|
| 12/4/2007 | Payment | Shipman, Sosensky, Randich & Marks | 12.58 | |
| 11/30/2007 | | Credit for FedEx 10/12/07 | 20.69 | |
| 11/30/2007 | Payment | Pullman & Comley  ck#125391 | 12.59 | |
| 12/17/2007 | Payment | Robinson & Cole  ck#142249 | 12.59 | |
| 12/17/2007 | Payment | BrownRudnick  ck#298944 | 12.58 | |
| 12/19/2007 | Payment | Orix  ck#11925 | 50.35 | |
| | | Sub-total Payments: | 121.38 | |

WFB-MK640626

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

B06-1550     Wells Fargo Bank NA

Page:  2
Statement Date     1/23/2008
Closing Date     12/31/2007

| | |
|---|---|
| Total Current Billing: | 2,760.00 |
| Previous Balance Due: | 618.11 |
| Payments: | 121.38 |
| **Total Now Due:** | **$3256.73** |

*handwritten:* − 20.69  2739.31

Please verify whether your last payment was processed and appears on this month's statement. If it
does not appear, take this into consideration to avoid duplicate payments on statements.

*handwritten:* our total 1369.66

*stamp:*
INVOICE APPROVED BY
DATE:
EXPENSE TYPE:
SERVICING:  LOAN   REO   OEE
REIMB BY:  B  T  B/T   NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK640627

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al
    Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

    Enclosed is my statement for time devoted to service as a Special Master for discovery during the period December 2007 - May 31, 2008. A credit of $20.69 appeared on the statement for December 2007 for an erroneously applied expense in a previous statement.

    Of the current balance $10,522.99 due the amounts from each party are as follows:

|  | Unpaid Bal. Prior to12/31/07 | #5057 Statement as of 1/23/08 | Statement as of 3/28/08 | Statement as of 5/31/08 | Total |
|---|---|---|---|---|---|
| Plaintiff | $ 0.00 | $1,369.66 | $1,153.13 | $2,480.00 | $5,002.79 |
| Konover & Assoc. | $ 0.00 | 342.41 | 288.28 | 620.00 | 1,250.69 |
| Konover Constr. | $ 0.00 | 342.41 | 288.28 | 620.00 | 1,250.69 |
| Konover Dev. | $ 0.00 | 342.41 | 288.28 | 620.00 | 1,250.69 |
| M. Konover, Blackboard, LLC and Ripple, LLC | $517.42 | 342.42 | 288.29 | 620.00 | 1,768.13 |
| Total | $517.42 | $2,739.31 | $2,306.26 | $4,960.00 | $10,522.99 |

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

By _____
    David L. Belt

DLB:br
Enclosure
By email

WFB-MK640628

hhfax

12:53:22
WFB-MK640629.PDF