# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

| Requestor: | teggleston | | Batch Control #: | BATCH002221 |
| Vendor Name: | JACOBS, GRUDBERG, BELT, DOW & KATZ, PC | | Vendor #: | 04680 |
| Invoice No.: | 51070 | | Invoice Date: | 03/28/2008 |

| Invoice Number | Cost Center Number | Paid By | Expense Category | Site Ind | Servicing Sub Code | GL ACCOUNT NUMBER Account Bus. Seg. Contract | | | Payee Name | AMOUNT (Loss/Commissions/Deficiencies) |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | | | SALOMON 2000-C2 | $1,153.13 |
| | | | | | | | | | | $1,153.13 |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | See Attached | |
| Add'l Approval: | | Date: 8/4/08 |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640629

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100  FAX (203) 772-1691  WEBSITE WWW.JACOBSLAW.COM

Closing date as of February 29, 2008

Statement date as of March 28, 2008

Statement No. 51070

Wells Fargo Bank NA

B06-1550     Wells Fargo Bank NA v. Konover;

**Professional Fees**                                                    Hours

1/24/2008   DLB   Review and organize pending motions; study            5.70
                  memorandum and legal research re: Konover Family
                  L.P; motion to quash (#299).

|  |  |  |
|---|---|---|
| Sub-total Fees: | 5.70 | 2,280.00 |

**Rate Summary**

David L. Belt     5.70 hours at  $ 400.00/hr.   2,280.00

                  5.70                          2,280.00

**Disbursements**

2/13/2008         Westlaw Charge (2/12, 2/13/08)                        26.26

                                    Sub-total Disbursements:            26.26

                                    Total Current Billing:           2,306.26

                                    Previous Balance Due:            3,256.73

                                    **Total Now Due:**               $5562.99

Please verify whether your last payment was processed and appears on this month's statement. If it
does not appear, take this into consideration to avoid duplicate payments on statements.

*We Pay $ 1,153.13*

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:   LOAN   REO   DEP
REIMB BY:  B   B/D   NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK640630

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al
    Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

Enclosed is my statement for time devoted to service as a Special Master for discovery during the period December 2007 - May 31, 2008. A credit of $20.69 appeared on the statement for December 2007 for an erroneously applied expense in a previous statement.

Of the current balance $10,522.99 due the amounts from each party are as follows:

| | Unpaid Bal. Prior to12/31/07 | Statement as of 1/23/08 | Statement as of 3/28/08 | Statement as of 5/31/08 | Total |
|---|---|---|---|---|---|
| Plaintiff | $ 0.00 | $1,369.66 | $1,153.13 | $2,480.00 | $5,002.79 |
| Konover & Assoc. | $ 0.00 | 342.41 | 288.28 | 620.00 | 1,250.69 |
| Konover Constr. | $ 0.00 | 342.41 | 288.28 | 620.00 | 1,250.69 |
| Konover Dev. | $ 0.00 | 342.41 | 288.28 | 620.00 | 1,250.69 |
| M. Konover, Blackboard, LLC and Ripple, LLC | $517.42 | 342.42 | 288.29 | 620.00 | 1,768.13 |
| Total | $517.42 | $2,739.31 | $2,306.26 | $4,960.00 | $10,522.99 |

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

By _David L. Belt_
    David L. Belt

DLB:br
Enclosure
By email

WFB-MK640631

# hhfax

12:53:34
WFB-MK640632.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

Requestor: tegglestor

Vendor Name: JACOBS, GRUDBERG, BELT, DOW & KATZ, PC

Invoice No.: 51903

Batch Control #: BATCH002221

Vendor #: 04580

Invoice Date: 06/27/2008

| Account Number | Property Number | Remit To/GL | Entity Currency | SC/P Servicer Intercompany | G/L Code or Account Number | Expense Description (Comments and Details) | Amount |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $2,480.00 |
| | | | | | | | | $2,480.00 |

Page 1 of 1

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix - See Attached

Manager's Approval: _____  Date: 8/14/08

Add'l Approval: _____  Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

WFB-MK640639

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

Closing date as of May 31, 2008

Statement date as of June 27, 2008

Statement No. 51903

Wells Fargo Bank NA

B06-1550         Wells Fargo Bank NA v. Konover:

| Professional Fees | | | Hours | |
|---|---|---|---|---|
| 5/12/2008 | DLB | Read letter to court from Shearin; read letter to court from Sandler; review motions. | 0.70 | |
| 5/15/2008 | DLB | Review motions; conference call with Judge Garfinkle. | 1.60 | |
| 5/28/2008 | DLB | Study briefs re: Victoria Konover and Konover Family limited partnership motions to quash. | 3.10 | |
| 5/29/2008 | DLB | Legal research re: discovery from nonparty. | 2.90 | |
| 5/30/2008 | DLB | Legal research re: discovery from nonparty; study memoranda re: Victoria Konover motion to quash. | 4.10 | |
| | | Sub-total Fees: | 12.40 | 4,960.00 |

### Rate Summary

| | | | |
|---|---|---|---|
| David L. Belt | 12.40 hours at $ 400.00/hr. | 4,960.00 | |
| | 12.40 | 4,960.00 | |

Total Current Billing:   4,960.00

Previous Balance Due:   5,562.99

Total Now Due:   $10522.99

Please verify whether your last payment was processed and appears on this month's statement. If it does not appear, take this into consideration to avoid duplicate payments on statements.

*We owe $2,480.00*

INVOICE APPROVED BY
DATE:
EXPENSE TYPE:
SERVICING:  LOAN   REO   REF
REIMB BY:  B   T   BR   NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK640640

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al
   Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

Enclosed is my statement for time devoted to service as a Special Master for discovery during the period December 2007 - May 31, 2008. A credit of $20.69 appeared on the statement for December 2007 for an erroneously applied expense in a previous statement.

Of the current balance $10,522.99 due the amounts from each party are as follows:

|  | Unpaid Bal. Prior to12/31/07 | Statement as of 1/23/08 | Statement as of 3/28/08 | 51903 Statement as of 5/31/08 | Total |
|---|---|---|---|---|---|
| Plaintiff | $ 0.00 | $1,369.66 | $1,153.13 | $2,480.00 | $5,002.79 |
| Konover & Assoc. | $ 0.00 | 342.41 | 288.28 | 620.00 | 1,250.69 |
| Konover Constr. | $ 0.00 | 342.41 | 288.28 | 620.00 | 1,250.69 |
| Konover Dev. | $ 0.00 | 342.41 | 288.28 | 620.00 | 1,250.69 |
| M. Konover, Blackboard, LLC and Ripple, LLC | $517.42 | 342.42 | 288.29 | 620.00 | 1,768.13 |
| Total | $517.42 | $2,739.31 | $2,306.26 | $4,960.00 | $10,522.99 |

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

By _____
   David L. Belt

DLB:br
Enclosure
By email

WFB-MK640641

# hhfax

12:53:48
WFB-MK640639.PDF

# ORIX Capital Markets, LLC

**LOAN LEVEL TRANSACTIONS**
**AUTHORIZATION FOR PAYMENT**

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | tegglesion |
| Vendor Name: | JACOBS, GRUDBERG, BELT, DOW & KATZ, PC |
| Invoice No.: | 52159 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 04680 |
| Invoice Date: | 09/01/2008 |

| Loan Number | Reimb By | Expense Category | S/C Srvcing Ind | Sub Code | G/L ACCOUNT NUMBER Account Bus Seg Contract | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 Both | (42) Other Third Party Fees | S Deficiency | 13059 - CRG2Q - 00176 | | SALOMON 2000-C2 | $25,520.34 |
| | | | | | | | $25,520.34 |

Dra Ot

**SPECIAL INSTRUCTIONS:**

**AUTHORIZATION:**
This form must be approved in accordance with the Cost Center Approval Matrix.

| | | |
|---|---|---|
| Manager's Approval: | BMaller See Attached | |
| Add'l Approval: | MMathes | Date: |
| Add'l Approval: | MLackun | 8/25/08 Date: |
| Add'l Approval: | MCaubero | 8/25/08 |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640632

LAW OFFICES OF

# Jacobs, Grudberg, Belt, Dow & Katz P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX        (203) 772-1691
www.jacobslaw.com

FILE NUMBER

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
CHARLES R. DOUTHAT
JOSEPH J. PACKTOR
EDWARD J. McMANUS
ANTHONY D. SUTTON

TRISHA M. MORRIS, OF COUNSEL

ISRAEL J. JACOBS (1919-1983)

B06-1550

August 5, 2008

Erick M. Sandler, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel: 860-275-0138
Fax: 860-275-0343
Email: emsandler@daypitney.com

John B. Nolan, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel: 860-275-0100
Fax: 860-275-0343
Email: jbnolan@daypitney.com

Jeff Joyce, Esq.
Winstead, Sechrest & Minick, P.C.
910 Travis Building Ste. 1700
Houston, TX 77002-5895
Tel: 713-650-2400
Fax: 713-650-2400
Email: jjoyce@winstead.com

Cheryl Gabes Rice, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Tel: 860-606-1707
Fax: 860-606-1770
Email: crice@shipso.com

Robert A. Randich, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Tel: 860-606-1704
Fax: 860-606-1770
Email: brandich@shipso.com

WFB-MK640633

Elizabeth A. Arana, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Tel: 860-509-6500
Fax: 860-509-6501
Email: earana@brownrudnick.com

Michael J. Kolosky, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8200
Fax: 860-275-8299
Email: mkolosky@rc.com

Tristan Scott Cowperthwait, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2044
Fax: 203- 576-8888
Email: tscowperthwait@pullcom.com

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: tmurphy@cemlaw.com

Stephen R. Klaffky, Esq.
Brown Rudnick Berlack Israels
CityPlace I
185 Asylum Street
Hartford, CT 06103-3402
Email: sklaffky@brownrudnick.com

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Tel: 860-509-6514
Fax: 860-509-6501
Email: mbaldwin@brownrudnick.com

Theodore J. Tucci, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8210
Fax: 860-275-8299
Email: ttucci@rc.com

James T. Shearin, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2000
Fax: 203- 576-8888
Email: jshearin@pullcom.com

Steven David Ecker, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: ecker@cemlaw.com

William J. Murphy, Esq.
Murphy & Shaffer LLC
36 South Charles Street - Suite 1400
Baltimore, Maryland 21201
Tel: 410-783-7000
Fax: 410-783-8823
Email: WMurphy@murphyshaffer.com

WFB-MK640634

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al
    Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

Enclosed is my statement for time devoted to service as a Special Master for discovery during June 2008.

Of the current balance $57,294.15 due the amounts from each party are as follows:

|  | Unpaid Bal. as of 5/31/08 | Payment since 5/31/08 | Charges for 6/1/08 | Total |
|---|---|---|---|---|
| Plaintiff | $5,002.79 | $0.00 | $25,520.34 | $30,523.13 |
| Konover & Assoc. | $1,250.69 | $1,250.69 | $ 6,380.08 | $ 6,380.08 |
| Konover Constr. | $1,250.69 | $1,250.69 | $ 6,380.08 | $ 6,380.08 |
| Konover Dev. | $1,250.69 | $0.00 | $ 6,380.09 | $ 7,630.78 |
| M. Konover, Blackboard, LLC and Ripple, LLC | $1,768.13 | $1,768.13 | $ 6,380.09 | $ 6,380.09 |
| Total | $10,522.99 | $4,269.51 | $51,040.68 | $57,294.16 |

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

By_____
        David L. Belt

DLB:br
Enclosure
By email

WFB-MK640635

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

Closing date as of June 30, 2008

Statement date as of August 5, 2008

Statement No. 52159

Wells Fargo Bank NA

B06-1550          Wells Fargo Bank NA v. Konover

**Professional Fees**

| Date | | Description | Hours |
|---|---|---|---|
| 6/2/2008 | DLB | Prepare ruling re: Victoria Konover motion to quash. | 3.60 |
| 6/3/2008 | DLB | Prepare ruling on Victoria Konover motion to quash; e-mail to counsel re: confidentiality issues. | 10.10 |
| 6/4/2008 | DLB | Prepare ruling on Konover Family Limited Partnership motion to quash and for protective order. | 8.70 |
| 6/5/2008 | DLB | Prepare ruling re: Konover Family Limited Partnership motion to quash and for protective order; review and revise ruling re: Victoria Konover motion to quash. | 6.30 |
| 6/6/2008 | DLB | Review and revise Victoria Konover motion to quash, Konover Family Limited Partnership motion to quash. | 6.40 |
| 6/7/2008 | DLB | Study briefs re: MCK motion to quash. | 3.20 |
| 6/9/2008 | DLB | Prepare ruling re: MCK motion to quash. | 4.30 |
| 6/11/2008 | DLB | Prepare ruling re: MCK motion to quash. | 4.80 |
| 6/12/2008 | DLB | Prepare ruling re: MCK motion to quash. | 6.20 |
| 6/13/2008 | DLB | Prepare ruling re: MCK motion to quash; study memoranda and exhibits re: plaintiff's motions to compel. | 6.30 |
| 6/15/2008 | DLB | Prepare ruling on MCK motion to quash; study memoranda and exhibits re: plaintiff's motions to compel. | 1.80 |
| 6/16/2008 | DLB | Review and revise ruling on MCK motion to quash and protective order; prepare ruling on plaintiff's motions to compel (Doc. #248). | 6.40 |
| 6/17/2008 | DLB | Prepare ruling on plaintiff's motion to compel (Doc. #248). | 3.80 |
| 6/18/2008 | DLB | Prepare ruling on plaintiff's motion to compel (Doc. #248). | 6.30 |
| 6/19/2008 | DLB | Prepare ruling on plaintiff's motion to compel (Doc. #248); e-mail to counsel re: status of prior ruling. | 5.60 |
| 6/20/2008 | DLB | Prepare ruling on plaintiff's motion to compel (Doc. #248). | 6.10 |

WFB-MK640636

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

B06-1550   Wells Fargo Bank NA

Page: 2
Statement Date   8/5/2008
Closing Date   6/30/2008

| Date | | Description | | |
|---|---|---|---|---|
| 6/21/2008 | DLB | Prepare ruling on plaintiff's motion to compel (Doc. #264). | 2.40 | |
| 6/23/2008 | DLB | Prepare ruling on plaintiff's motion to compel (Doc. #264). | 8.10 | |
| 6/24/2008 | DLB | Prepare ruling on plaintiff's motion to compel; prepare substituted ruling re: Victoria Konover's motion to quash. | 6.80 | |
| 6/25/2008 | DLB | Prepare ruling on plaintiff's motion to compel (Doc. #248, Doc. #264); prepare ruling on defendants' motion for protective order. | 6.70 | |
| 6/26/2008 | DLB | Prepare ruling on plaintiff's motion to compel (Doc. #248), plaintiff's motion to compel (Doc. #264); letter to court and clerk; e-mail to counsel; study briefs re: motion to compel re: Account Management LLC. | 5.90 | |
| 6/27/2008 | DLB | Study briefs and prepare ruling re: motion to compel re: Account Management LLC; study briefs re: motion for reconsideration of ruling on Victoria Konover motion to quash. | 3.40 | |
| 6/30/2008 | DLB | Prepare ruling re: Peerless motion to modify subpoena and for protective order. | 4.30 | |

Sub-total Fees:   127.50   51,000.00

### Rate Summary

David L. Belt   127.50 hours at  $ 400.00/hr.  51,000.00

127.50   51,000.00

## Payments

| Date | | | | |
|---|---|---|---|---|
| 7/15/2008 | Payment | Pullman & Comley  ck#130228 | 1,250.69 | |
| 7/15/2008 | Payment | Robinson & Cole  ck#151811 | 1,250.69 | |
| 8/5/2008 | Payment | Shipman, Sosensky, Randich & Marks | 1,768.13 | |

Sub-total Payments:   4,269.51

## Costs

| Date | | | |
|---|---|---|---|
| 6/6/2008 | Postage Charge | | 6.40 |
| 6/16/2008 | Postage Charge | | 3.36 |

WFB-MK640637

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100  FAX (203) 772-1691  WEBSITE WWW.JACOBSLAW.COM

B06-1550    Wells Fargo Bank NA

| Date | Description | Amount |
|---|---|---|
| 6/16/2008 | Postage Charge | 2.02 |
| 6/16/2008 | Copy Charges (Inhouse) | 1.20 |
| 6/16/2008 | Copy Charges (Inhouse) | 13.30 |
| 6/26/2008 | Postage Charge | 14.40 |

| | |
|---|---|
| Sub-total Costs: | 40.68 |
| Total Current Billing: | 51,040.68 |
| Previous Balance Due: | 10,522.99 |
| Payments: | 4,269.51 |
| **Total Now Due:** | **$57294.16** |

INVOICE APPROVED BY: _____
DATE: 8/14/08
EXPENSE TYPE: DSP-1t
SERVICING:    LOAN    REO    DEP
REIMB BY:  B  T  6/D    NONREIMB
LOAN NO.: 19-0000295
POOL NAME: SAMS 0063

Please verify whether your last payment was processed and appears on this month's statement. If it does not appear, take this into consideration to avoid duplicate payments on statements.

*Discovery*
*Master's bill*

WFB-MK640638

hhfax

12:53:51
WFB-MK640642.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

## SS AP TRANSMITTAL FORM

Requestor: teggleston

Vendor Name: JACOBS, GRUDBERG, BELT, DOW & KATZ, PC

Invoice No.: 52201

Batch Control #: BATCH002221
Vendor #: 04680
Invoice Date: 08/20/2008

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $6,207.95 |
| | | Dec-PF | | | | | | $6,207.95 |

SPECIAL INSTRUCTIONS

This form must be approved in accordance with the Cost Center Approval Matrix.
See Attached

Manager's Approval: BMarkes    Date: 9/24/3
Add'l Approval:                 Date:
Add'l Approval:
Add'l Approval:
Add'l Approval:
Add'l Approval:

Page 1 of 1

WFB-MK640642

LAW OFFICES OF

# Jacobs, Grudberg, Belt, Dow & Katz P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX        (203) 772-1691
www.jacobslaw.com

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
CHARLES R. DOUTHAT
JOSEPH J. PACKTOR
EDWARD J. McMANUS
ANTHONY D. SUTTON

TRISHA M. MORRIS, OF COUNSEL

ISRAEL J. JACOBS (1918-1983)

FILE NUMBER

B06-1550

August 19, 2008

Erick M. Sandler, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel: 860-275-0138
Fax: 860-275-0343
Email: emsandler@daypitney.com

Jeff Joyce, Esq.
Winstead, Sechrest & Minick, P.C.
910 Travis Building  Ste. 1700
Houston, TX 77002-5895
Tel: 713-650-2400
Fax: 713-650-2400
Email: jjoyce@winstead.com

Robert A. Randich, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Tel: 860-606-1704
Fax: 860-606-1770
Email: brandich@shipso.com

John B. Nolan, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel: 860-275-0100
Fax: 860-275-0343
Email: jbnolan@daypitney.com

Cheryl Gabes Rice, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Tel: 860-606-1707
Fax: 860-606-1770
Email: crice@shipso.com

WFB-MK640643

Elizabeth A. Arana, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Tel: 860-509-6500
Fax: 860-509-6501
Email: earana@brownrudnick.com

Michael J. Kolosky, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8200
Fax: 860-275-8299
Email: mkolosky@rc.com

Tristan Scott Cowperthwait, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2044
Fax: 203- 576-8888
Email: tscowperthwait@pullcom.com

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: tmurphy@cemlaw.com

Stephen R. Klaffky, Esq.
Brown Rudnick Berlack Israels
CityPlace I
185 Asylum Street
Hartford, CT 06103-3402
Email: sklaffky@brownrudnick.com

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Tel: 860-509-6514
Fax: 860-509-6501
Email: mbaldwin@brownrudnick.com

Theodore J. Tucci, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8210
Fax: 860-275-8299
Email: ttucci@rc.com

James T. Shearin, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2000
Fax: 203- 576-8888
Email: jshearin@pullcom.com

Steven David Ecker, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: ecker@cemlaw.com

William J. Murphy, Esq.
Murphy & Shaffer LLC
36 South Charles Street - Suite 1400
Baltimore, Maryland 21201
Tel: 410-783-7000
Fax: 410-783-8823
Email: WMurphy@murphyshaffer.com

WFB-MK640644

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al
   Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

Enclosed is my statement for time devoted to service as a Special Master for discovery during July 2008.

Of the current balance $63,329.99 due the amounts from each party are as follows:

*paid previously.*

*current -*

|  | Unpaid Bal. as of 8/5/08 | Payments since 8/5/08 | Charges for July 2008 | Total |
|---|---|---|---|---|
| Plaintiff | $30,523.13 | $ 0.00 | $6,207.95 | $36,731.08 |
| Konover & Assoc. | $ 6,380.08 | $6,380.08 | $1,551.99 | $ 1,551.99 |
| Konover Constr. | $ 6,380.08 | $ 0.00 | $1,551.99 | $ 7,932.07 |
| Konover Dev. | $ 7,630.78 | $ 0.00 | $1,551.99 | $ 9,182.77 |
| M. Konover, Blackboard, LLC and Ripple, LLC | $ 6,380.09 | $ 0.00 | $1,551.99 | $ 7,932.08 |
| Total | $57,294.16 | $6,380.00 | $12,413.51 | $63,329.99 |

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

By _____
   David L. Belt

DLB:br
Enclosure
By email

WFB-MK640645

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

Closing date as of August 20, 2008

Statement date as of August 20, 2008

Statement No. 52201

Wells Fargo Bank NA

B06-1550          Wells Fargo Bank NA v. Konover.

| Professional Fees | | | Hours | |
|---|---|---|---|---|
| 7/1/2008 | DLB | Prepare ruling re: Peerless motion to modify subpoena and for protective order; study KFLP motion for reconsideration. | 7.00 | |
| 7/2/2008 | DLB | Prepare ruling re: Peerless motion to modify subpoena and for protective order and Wells Fargo cross-motion to compel. | 7.20 | |
| 7/3/2008 | DLB | Prepare ruling re: Peerless motion to modify subpoena and for protective order and Wells Fargo cross-motion to compel. | 4.20 | |
| 7/5/2008 | DLB | Prepare ruling re: Peerless motion to modify subpoena; prepare substituted ruling re: plaintiffs motion to compel (Doc. #248). | 2.80 | |
| 7/7/2008 | DLB | Prepare ruling re: Peerless motion to modify subpoena and substituted ruling; study briefs re: motions for protective order re: Bank of America subpoenas; e-mail to Cowell; review pending motions. | 5.70 | |
| 7/8/2008 | DLB | Prepare report to Judge Garfinkel re: status of referred motions; e-mail to Chambers. | 1.30 | |
| 7/9/2008 | DLB | Review letters from counsel re: scheduling conference; teleconference re: scheduling. | 1.10 | |
| 7/14/2008 | DLB | Study briefs re: motion for reconsideration. | 1.60 | |
| | | Sub-total Fees: | 30.90 | 12,360.00 |

### Rate Summary

| | | | | |
|---|---|---|---|---|
| David L. Belt | | 30.90 hours at  $ 400.00/hr. | 12,360.00 | |
| | | 30.90 | 12,360.00 | |

## Payments

| 8/20/2008 | Payment | Pullman & Comley ck#130929 | 6,380.08 | |
|---|---|---|---|---|
| | | Sub-total Payments: | 6,380.08 | |

WFB-MK640646

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

B06-1550    Wells Fargo Bank NA

Page: 2
Statement Date   8/20/2008
Closing Date   8/20/2008

**Costs**

| Date | Description | | Amount |
|------|-------------|---|--------|
| 7/7/2008 | Postage Charge | | 7.47 |
| 7/7/2008 | Copy Charges (inhouse) | | 46.10 |
| 8/7/2008 | Postage Charge | | 2.34 |

*$6207.95* (handwritten)

```
INVOICE APPROVED BY
DATE: 9/9/08
EXPENSE TYPE: 02P-Ct.
SERVICING:   LOAN   REO   DEF
REIMB BY: B  T  BTI  NONREIMB
LOAN NO.: 19-0000295
POOL NAME:        6811500
```

Sub-total Costs:   55.91

Total Current Billing:   12,415.91

Previous Balance Due:   57,294.16

Payments:   6,380.08

**Total Now Due:**   $63329.99

Please verify whether your last payment was processed and appears on this month's statement. If it does not appear, take this into consideration to avoid duplicate payments on statements.

WFB-MK640647

hhfax

12:53:56
WFB-MK640648.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS

AUTHORIZATION FOR PAYMENT

**Requestor:** tegglestion

**Vendor Name:** JACOBS, GRUDBERG, BELT, DOW & KATZ, PC

**Invoice No.:** 52432

Batch Control #: BATCH022221

Vendor #: 04680

Invoice Date: 09/25/2008

| Loan Number | Property Number | Reimb By | Expense Category | Svc/Non Svc/ Ind | Servicing Sub Code | G/L ACCOUNT NUMBER Comm'l Bus Seg | Contract | Legal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Loan | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $2,160.00 |
| | | | | | | | | | $2,160.00 |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

Manager's Approval: _____

Add'l Approval: _____ Date: 10/7/08

Add'l Approval: _____ Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

WFB-MK640648

LAW OFFICES OF

# Jacobs, Grudberg, Belt, Dow & Katz P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX        (203) 772-1691
www.jacobslaw.com

FILE NUMBER:

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
CHARLES R. DOUTHAT
JOSEPH J. PACKTOR
EDWARD J. McMANUS
ANTHONY D. SUTTON

TRISHA M. MORRIS, OF COUNSEL

ISRAEL J. JACOBS (1916-1983)

B06-1550

September 25, 2008

Erick M. Sandler, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel: 860-275-0138
Fax: 860-275-0343
Email: emsandler@daypitney.com

John B. Nolan, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel: 860-275-0100
Fax: 860-275-0343
Email: jbnolan@daypitney.com

Jeff Joyce, Esq.
Winstead, Sechrest & Minick, P.C.
910 Travis Building  Ste. 1700
Houston, TX 77002-5895
Tel: 713-650-2400
Fax: 713-650-2400
Email: jjoyce@winstead.com

Cheryl Gabes Rice, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Tel: 860-606-1707
Fax: 860-606-1770
Email: crice@shipso.com

Robert A. Randich, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Tel: 860-606-1704
Fax: 860-606-1770
Email: brandich@shipso.com

WFB-MK640649

Elizabeth A. Arana, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Tel: 860-509-6500
Fax: 860-509-6501
Email: earana@brownrudnick.com

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Tel: 860-509-6514
Fax: 860-509-6501
Email: mbaldwin@brownrudnick.com

Michael J. Kolosky, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8200
Fax: 860-275-8299
Email: mkolosky@rc.com

Theodore J. Tucci, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8210
Fax: 860-275-8299
Email: ttucci@rc.com

Tristan Scott Cowperthwait, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2044
Fax: 203- 576-8888
Email: tscowperthwait@pullcom.com

James T. Shearin, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2000
Fax: 203- 576-8888
Email: jshearin@pullcom.com

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: tmurphy@cemlaw.com

Steven David Ecker, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: ecker@cemlaw.com

Stephen R. Klaffky, Esq.
Brown Rudnick Berlack Israels
CityPlace I
185 Asylum Street
Hartford, CT 06103-3402
Email: sklaffky@brownrudnick.com

William J. Murphy, Esq.
Murphy & Shaffer LLC
36 South Charles Street - Suite 1400
Baltimore, Maryland 21201
Tel: 410-783-7000
Fax: 410-783-8823
Email: WMurphy@murphyshaffer.com

WFB-MK640650

September 25, 2008

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al.
     Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

   Enclosed is my statement for time devoted to service as a Special Master for discovery during August 2008.

   Of the current balance due of $35,574.87, the amounts due from each party are as follows:

| | Amount Due 8/20/08 Statement | Payments Since 8/20/08 | Charges for August 2008 | Amount Due |
|---|---|---|---|---|
| Plaintiff | $36,731.08 | $30,523.13 | $2,160.00 | $ 8,367.95 |
| Konover & Assoc. | $ 1,551.99 | $ 1,551.99 | $  540.00 | $   540.00 |
| Konover Constr. | $ 7,932.07 | $  -0- | $  540.00 | $ 8,472.07 |
| Konover Dev. | $ 9,182.77 | $  -0- | $  540.00 | $ 9,722.77 |
| M. Konover, Blackboard, LLC and Ripple, LLC | $ 7,932.08 | $  -0- | $  540.00 | $ 8,472.08 |
| Total | $63,329.99 | $32,083.12 | $4,320.00 | $35,574.87 |

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

By _____
        David L. Belt

DLB:br
Enclosure
By email

$2160.00 is
due.

INVOICE APPROVED BY:
DATE: 10/3/08
EXPENSE TYPE:
SERVICING:
REIMB BY:      LOAN
LOAN NO.: 19-000295
POOL NAME:

WFB-MK640651

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

Closing date as of August 31, 2008

Statement date as of September 25, 2008

Statement No. 52432

Wells Fargo Bank NA

B06-1550          Wells Fargo Bank NA v. Konover.

| Professional Fees | | | Hours | |
|---|---|---|---|---|
| 8/7/2008 | DLB | Review new confidentiality agreement; e-mail to Tucci; enter confidentiality order; e-mail to counsel; e-mail to court. | 0.30 | |
| 8/20/2008 | DLB | Review letter from Joyce; review outstanding motions; e-mail to counsel re: outstanding motions. | 4.30 | |
| 8/22/2008 | DLB | Study motions re: reconsideration; prepare letter to counsel re: issues. | 3.90 | |
| 8/25/2008 | DLB | Revise schedule of issues re: motions for reargument; e-mail to counsel re: briefing of pending motions. | 2.10 | |
| 8/27/2008 | DLB | Study e-mail from Cowperthwait re: pending motions. | 0.20 | |
| | | Sub-total Fees: | 10.80 | 4,320.00 |

Rate Summary

| | David L. Belt | 10.80 hours at  $ 400.00/hr. | 4,320.00 |
|---|---|---|---|
| | | 10.80 | 4,320.00 |

| Payments | | | |
|---|---|---|---|
| 9/4/2008 | Payment | Pullman & Comley  ck#131245 | 1,551.99 |
| 9/4/2008 | Payment | Orix Capital  ck#12587 | 25,520.34 |
| 8/22/2008 | Payment | Orix  xk#12555 | 5,002.79 |
| | | Sub-total Payments: | 32,075.12 |

WFB-MK640652

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

B06-1550    Wells Fargo Bank NA

| | |
|---|---|
| Page: | 2 |
| Statement Date | 9/25/2008 |
| Closing Date | 8/31/2008 |

| | |
|---|---|
| Total Current Billing: | 4,320.00 |
| Previous Balance Due: | 63,329.99 |
| Payments: | 32,075.12 |
| **Total Now Due:** | **$35574.87** |

Please verify whether your last payment was processed and appears on this month's statement.  If it
does not appear, take this into consideration to avoid duplicate payments on statements.

WFB-MK640653

hhfax

12:54:1
WFB-MK640654.PDF

# ORIX Capital Markets, LLC

**LOAN LEVEL TRANSACTIONS**
**AUTHORIZATION FOR PAYMENT**

SS AP TRANSMITTAL FORM

Requestor: teggleston
Vendor Name: JACOBS, GRUDBERG, BELT, DOW & KATZ, PC
Invoice No.: 53029

Batch Control #: BATCH002221
Vendor #: 04680
Invoice Date: 11/26/2008

| 190000295 | 0 | Both | (42) Other Third Party Fees | $ | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $8,040.00 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $8,040.00 |

This form must be approved in accordance with the Cost Center Approval Matrix    **See Attached**

Manager's Approval: _____

Add'l Approval: _____  Date: 12.17.08   **See Attached**

Add'l Approval: _____  Date:

Add'l Approval:

Add'l Approval:

Add'l Approval:

WFB-MK640654

LAW OFFICES OF

# Jacobs, Grudberg, Belt, Dow & Katz P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX          (203) 772-1691
www.jacobslaw.com

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
CHARLES R. DOUTHAT
JOSEPH J. PACKTOR
EDWARD J. McMANUS
ANTHONY D. SUTTON
ALLISON M. NEAR

TRISHA M. MORRIS, OF COUNSEL

ISRAEL J. JACOBS (1918-1963)

FILE NUMBER

B06-1550

November 26, 2008

Erick M. Sandler, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499
Tel: 860-275-0138
Fax: 860-275-0343
Email: emsandler@daypitney.com

Jeff Joyce, Esq.
Joyce & McFarland LLP
700 Louisiana Street, Suite 2300
Houston, TX 77002
Email: jjoyce@joyceandmcfarland.com

Robert A. Randich, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: brandich@shipso.com

Elizabeth A. Fowler, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Email: efowler@brownrudnick.com

John B. Nolan, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499
Tel: 860-275-0100
Fax: 860-275-0343
Email: jbnolan@daypitney.com

Cheryl Gabes Rice, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: crice@shipso.com

Mark S. Shipman, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: mark@shipso.com

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Email: mbaldwin@brownrudnick.com

WFB-MK640655

Michael J. Kolosky, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8200
Fax: 860-275-8299
Email: mkolosky@rc.com

James T. Shearin, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2000
Fax: 203-576-8888
Email: jshearin@pullcom.com

Peter M. Haberlandt, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: phaberlandt@cemlaw.com

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: tmurphy@cemlaw.com

Allan B. Taylor, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
Tel: 860-275-0225
Fax: 860-275-0343
Email: abtaylor@daypitney.com

Theodore J. Tucci, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8210
Fax: 860-275-8299
Email: ttucci@rc.com

Steven David Ecker, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: ecker@cemlaw.com

T. Scott Cowperthwait, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2044
Fax: 203-576-8888
Email: tscowperthwait@pullcom.com

William J. Murphy, Esq.
Murphy & Shaffer LLC
36 South Charles Street, Suite 1400
Baltimore, Maryland 21201
Tel: 410-783-7000
Fax: 410-783-8823
Email: wmurphy@murphyshaffer.com

**WFB-MK640656**

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al
   Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

   Enclosed is my statement for time devoted to service as a Special Master for discovery during September 2008.

   Of the current balance due of $24,012.07, the amounts due from each party are as follows:

|  | Amount Due 9/25/08 Statement | Payments Since 9/25/08 | Charges for September 2008 | Amount Due |
|---|---|---|---|---|
| Plaintiff | $ 8,367.95 | $ 8,367.95 | $ 8,040.00 | $ 8,040.00 |
| Konover & Assoc. | $ 540.00 | $ 540.00 | $ 2,010.00 | $ 2,010.00 |
| Konover Constr. | $ 8,472.07 | $ 540.00 | $ 2,010.00 | $ 9,942.07 |
| Konover Dev. | $ 9,722.77 | $ 9,722.77 | $ 2,010.00 | $ 2,010.00 |
| M. Konover, Blackboard, LLC and Ripple, LLC | $ 8,472.08 | $ 8,472.08 | $ 2,010.00 | $ 2,010.00 |
| Total | $35,574.87 | $27,642.80 | $16,080.00 | $24,012.07 |

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

By _____
   David L. Belt

DLB:br
Enclosure
By email

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:     LOAN     REO     DEF
REIMB BY:   B   T
LOAN NO.:
POOL NAME:

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

Closing date as of October 31, 2008

Statement date as of November 26, 2008

Statement No. 53029

Wells Fargo Bank NA

B06-1550          Wells Fargo Bank NA v. Konover.

| Professional Fees | | | Hours |
|---|---|---|---|
| 9/2/2008 | DLB | E-mails to counsel re: hearing on motions for reargument. | 0.30 |
| 9/3/2008 | DLB | E-mail to MJ Garfinkel re: scheduling; e-mail to counsel re: scheduling. | 0.30 |
| 9/15/2008 | DLB | Prepare tentative ruling on defendants' motion for protective order (Doc. #333). | 7.20 |
| 9/16/2008 | DLB | Prepare tentative ruling on defendants' motion for protective order (Doc. #333). | 4.90 |
| 9/17/2008 | DLB | Prepare tentative ruling on defendants' motion for protective order (Doc. #333). | 5.20 |
| 9/19/2008 | DLB | E-mail to counsel re: scheduling; prepare ruling on defendants' motion for protective order (Doc. #333). | 3.80 |
| 9/23/2008 | DLB | Prepare tentative ruling on plaintiffs' motions to compel (Doc. #80, 359). | 3.80 |
| 9/24/2008 | DLB | Prepare tentative ruling on plaintiffs' motion to compel (Doc. #80, Doc. #359). | 4.20 |
| 9/25/2008 | DLB | Prepare tentative ruling on plaintiffs' motion to compel (Doc. #80, Doc. #359). | 5.70 |
| 9/25/2008 | DLB | Prepare tentative ruling on plaintiffs' motion to compel (Doc. #80, Doc. #359). | 4.80 |

Sub-total Fees:          40.20          16,080.00

### Rate Summary

| David L. Belt | 40.20 hours at | $ 400.00/hr. | 16,080.00 |
|---|---|---|---|
| | 40.20 | | 16,080.00 |

**Payments**

| 8/27/2008 | Payment | BrownRudnick ck#682 | 1,250.69 |
|---|---|---|---|
| 9/29/2008 | Payment | BrownRudnick ck#1911 | 6,380.09 |

WFB-MK640658

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

B06-1550     Wells Fargo Bank NA

| Date | | | Amount |
|---|---|---|---|
| 9/29/2008 | Payment | Orix  ck#12643 | 6,207.95 |
| 10/9/2008 | Payment | Robinson & Cole  ck#155025 | 540.00 |
| 10/9/2008 | Payment | Pullman & Comley  ck#132062 | 540.00 |
| 10/23/2008 | Payment | BrownRudnick  ck#2725 | 2,091.99 |
| 10/20/2008 | Payment | Orix Capital  ck#12691 | 2,160.00 |
| 11/13/2008 | Payment | Shipman, Sosensky, Randich & Marks | 8,472.08 |
| | | Sub-total Payments: | 27,642.80 |

| | |
|---|---|
| Total Current Billing: | 16,080.00 |
| Previous Balance Due: | 35,574.87 |
| Payments: | 27,642.80 |
| **Total Now Due:** | **$24012.07** |

Please verify whether your last payment was processed and appears on this month's statement.  If it
does not appear, take this into consideration to avoid duplicate payments on statements.

WFB-MK640659