# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

_RUSH - Rtn ck to requestor to Overnight - AW_

Requestor: aweaver/000
Vendor Name: JACOBS, GRUDBERG, BELT, DOW & KATZ, PC
Invoice No.: Jacobs-52609

Batch Control #: BATCH001514
Vendor #: 04680
Invoice Date: 05/26/2009

| Loan Number | Property Number | Remit By | Expense Category | Expense Category | Svc Ind | Service Sub Code | Svc Ind | GL ACCOUNT NUMBER Account Bus Seg Contract XXXX • XXXXX • XXXXX | | | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | | S | Loan | | 13059 - CRG20 - 00176 | | | SALOMON 2000-C2 | $34,215.78 |
| DiamondPoint | | | | | | | | | | | | $34,215.78 |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | See Attached | |
|---|---|---|
| Manager's Approval: | B. Maier | |
| Add'l Approval: | M. Peakes | |
| Add'l Approval: | M. Moran | |
| Add'l Approval: | M. Wasterland | |
| Add'l Approval: | M. Couste | Date: 7/30/09 |
| Add'l Approval: | B. Mae | Date: |

Page 1 of 1

WFB-MK640660

LAW OFFICES OF

# Jacobs,
# Grudberg,
# Belt, Dow
# & Katz P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX        (203) 772-1691
www.jacobslaw.com

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
CHARLES R. DOUTHAT
JOSEPH J. PACKTOR
EDWARD J. McMANUS
ANTHONY D. SUTTON
ALLISON M. NEAR

TRISHA M. MORRIS, OF COUNSEL

ISRAEL J. JACOBS (1918-1983)

FILE NUMBER

B06-1550

May 27, 2009

Erick M. Sandler, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499
Tel: 860-275-0138
Fax: 860-275-0343
Email: emsandler@daypitney.com

Jeff Joyce, Esq.
Law Offices of Jeff Joyce
802 Country Lane
Houston, TX 77024
Tel: 713-899-2397
Fax: 713-513-5577
Email: jeff.joyce@comcast.net

Robert A. Randich, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: brandich@shipso.com

Elizabeth T. Arana, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Email: earana@brownrudnick.com

John B. Nolan, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499
Tel: 860-275-0100
Fax: 860-275-0343
Email: jbnolan@daypitney.com

Cheryl Gabes Rice, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: crice@shipso.com

Mark S. Shipman, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: mark@shipso.com

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Email: mbaldwin@brownrudnick.com

WFB-MK640661

Michael J. Kolosky, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8200
Fax: 860-275-8299
Email: mkolosky@rc.com

James T. Shearin, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2000
Fax: 203-576-8888
Email: jshearin@pullcom.com

Maria Eugenia Garcia, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2211
Email: mgarcia@pullcom.com

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: tmurphy@cemlaw.com

Stephen R. Klaffky, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Tel: 860-509-6500
Fax: 860-509-6501
Email: sklaffky@brownrudnick.com

Theodore J. Tucci, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8210
Fax: 860-275-8299
Email: ttucci@rc.com

Steven David Ecker, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: ecker@cemlaw.com

T. Scott Cowperthwait, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2044
Fax: 203-576-8888
Email: tscowperthwait@pullcom.com

William J. Murphy, Esq.
Murphy & Shaffer LLC
36 South Charles Street, Suite 1400
Baltimore, Maryland 21201
Tel: 410-783-7000
Fax: 410-783-8823
Email: wmurphy@murphyshaffer.com

Conor B. O'Croinin, Esq.
Murphy & Shaffer, LLC-MD
36 South Charles Street, Suite 1400
Baltimore, MD 21201
Tel: 410-783-7000
Fax: 410-783-8823
Email: cocroinin@murphyshaffer.com

WFB-MK640662

Allan B. Taylor, Esq.
Day Pitney LLP - Htfd-CT
242 Trumbull Street
Hartford, CT 06103-1212
Tel: 860-272-0225
Fax: 860-272-0343
Email: abtaylor@daypitney.com

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al
    Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

Enclosed is my statement for time devoted to service as a Special Master for discovery during September 2008 through April 2009.

Of the current balance due of $80,383.62, the amounts due from each party are as follows:

| | Amount Due Statement Sent 9/25/08 | Payments Since 9/25/08 | Charges for Sept. 2008 - April 2009 | Amount Due |
|---|---|---|---|---|
| Plaintiff | $ 8,367.95 | ($ 16,407.95) | $42,255.78 | $34,215.78 |
| Konover & Assoc. | $ 540.00 | ($ 540.00) | $10,563.95 | $10,563.95 |
| Konover Constr. | $ 8,472.07 | ($ 540.00) | $10,563.94 | $18,496.01 |
| Konover Dev. | $ 9,722.77 | ($11,732.77) | $10,563.94 | $ 8,553.94 |
| M. Konover, Blackboard, LLC and Ripple, LLC | $ 8,472.08 | ($10,482.08) | $10,563.94 | $ 8,553.94 |
| Total | $35,574.87 | ($39,702.80) | $84,511.55 | $80,383.62 |

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

By _____
    David L. Belt

DLB:br
Enclosure
By email

WFB-MK640663

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

Closing date as of April 30, 2009
Statement date as of May 26, 2009
Statement No. 54219

Wells Fargo Bank NA

B06-1550          Wells Fargo Bank NA v. Konover.

| Professional Fees | | | Hours |
|---|---|---|---|
| 9/2/2008 | DLB | E-mails to counsel re: hearing on motions for reargument. | 0.30 |
| 9/3/2008 | DLB | E-mail to MJ Garfinkel re: scheduling; e-mail to counsel re: scheduling. | 0.30 |
| 9/15/2008 | DLB | Prepare tentative ruling on defendants' motion for protective order (Doc. #333). | 7.20 |
| 9/16/2008 | DLB | Prepare tentative ruling on defendants' motion for protective order (Doc. #333). | 4.90 |
| 9/17/2008 | DLB | Prepare tentative ruling on defendants' motion for protective order (Doc. #333). | 5.20 |
| 9/19/2008 | DLB | E-mail to counsel re: scheduling; prepare ruling on defendants' motion for protective order (Doc. #333). | 3.80 |
| 9/23/2008 | DLB | Prepare tentative ruling on plaintiffs' motions to compel (Doc. #80, 359). | 3.80 |
| 9/24/2008 | DLB | Prepare tentative ruling on plaintiffs' motion to compel (Doc. #80, Doc. #359). | 4.20 |
| 9/25/2008 | DLB | Prepare tentative ruling on plaintiffs' motion to compel (Doc. #80, Doc. #359). | 5.70 |
| 9/25/2008 | DLB | Prepare tentative ruling on plaintiffs' motion to compel (Doc. #80, Doc. #359). | 4.80 |
| 11/17/2008 | DLB | Review pending motions; e-mail to counsel. | 0.70 |
| 11/20/2008 | DLB | Review pending motions; prepare for oral argument on pending motions. | 4.30 |
| 11/21/2008 | DLB | Prepare for oral argument on pending motions. | 1.20 |
| 11/22/2008 | DLB | Prepare for oral argument on pending motions. | 5.30 |
| 11/23/2008 | DLB | Prepare for oral argument on pending motions. | 9.20 |
| 11/24/2008 | DLB | To Hartford; hearing on pending motions. | 11.30 |
| 11/25/2008 | DLB | To Hartford; hearing on pending motions. | 5.80 |
| 12/5/2008 | DLB | Study briefs and prepare ruling re: motion #423. | 2.70 |
| 12/9/2008 | DLB | Study briefs and prepare rulings on motions #423, 439. | 2.10 |

WFB-MK640664

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100  FAX (203) 772-1691  WEBSITE WWW.JACOBSLAW.COM

B06-1550    Wells Fargo Bank NA

| Date | | Description | Hours |
|---|---|---|---|
| 12/10/2008 | DLB | Study briefs and prepare rulings re: pending motions. | 4.30 |
| 1/14/2009 | DLB | Prepare ruling on pending motions. | 3.80 |
| 1/15/2009 | DLB | Prepare ruling on pending motions. | 5.10 |
| 1/16/2009 | DLB | Prepare ruling on pending motions. | 3.60 |
| 1/22/2009 | DLB | Prepare rulings on pending motions. | 2.60 |
| 1/23/2009 | DLB | Prepare rulings on pending motions. | 5.70 |
| 1/28/2009 | DLB | Prepare rulings on pending motions. | 2.10 |
| 1/29/2009 | DLB | Telephone conference with Judge Garfinkel re: status; prepare rulings on pending motions. | 1.20 |
| 2/5/2009 | DLB | Prepare rulings on pending motions. | 4.10 |
| 2/6/2009 | DLB | Prepare rulings re: pending motions. | 3.80 |
| 2/9/2009 | DLB | Prepare rulings re: pending motions. | 4.90 |
| 2/10/2009 | DLB | Prepare rulings re: pending motions. | 5.30 |
| 2/11/2009 | DLB | Prepare rulings re: pending motions. | 3.70 |
| 2/12/2009 | DLB | Prepare rulings on pending motions. | 2.90 |
| 2/13/2009 | DLB | Prepare rulings re: pending motions. | 4.10 |
| 2/16/2009 | DLB | Prepare rulings on pending motions. | 3.30 |
| 2/17/2009 | DLB | Prepare rulings on pending motions. | 4.70 |
| 2/19/2009 | DLB | Prepare rulings re: pending motions. | 3.70 |
| 2/20/2009 | DLB | Prepare rulings re: pending motions. | 4.80 |
| 2/21/2009 | DLB | Prepare rulings re: pending motions. | 4.10 |
| 2/22/2009 | DLB | Prepare rulings on pending motions. | 2.80 |
| 2/23/2009 | DLB | Prepare rulings on pending motions. | 5.20 |
| 2/24/2009 | DLB | Prepare rulings on pending motions. | 3.60 |
| 2/25/2009 | DLB | Prepare rulings on pending motions. | 6.10 |
| 2/26/2009 | DLB | Prepare rulings on pending motions; conference call with Judge Garfinkle. | 3.70 |
| 2/27/2009 | DLB | Prepare rulings on pending motions. | 3.70 |
| 2/28/2009 | DLB | Prepare rulings re: pending motions. | 3.40 |
| 3/2/2009 | DLB | Prepare rulings on pending motions. | 6.30 |
| 3/3/2009 | DLB | Prepare rulings on pending motions. | 10.70 |
| 3/4/2009 | DLB | Prepare rulings on pending motions; telephone call to | 4.20 |

WFB-MK640665

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

B06-1550   Wells Fargo Bank NA

Page: 3
Statement Date   5/26/2009
Closing Date   4/30/2009

Judge Garfinkle's chambers; letter to Judge Droney.

| | | | | |
|---|---|---|---|---|
| 3/12/2009 | DLB | Telephone status conference with counsel and Judge Garfinkle. | 0.90 | |

| | | | |
|---|---|---|---|
| | Sub-total Fees: | 211.20 | 84,480.00 |

## Rate Summary

| | | | |
|---|---|---|---|
| David L. Belt | 211.20 hours at $ 400.00/hr. | 84,480.00 | |
| | 211.20 | 84,480.00 | |

## Payments

| | | | |
|---|---|---|---|
| 8/27/2008 | Payment | BrownRudnick ck#682 | 1,250.69 |
| 9/29/2008 | Payment | BrownRudnick ck#1911 | 6,380.09 |
| 9/29/2008 | Payment | Orix ck#12643 | 6,207.95 |
| 10/9/2008 | Payment | Robinson & Cole ck#155025 | 540.00 |
| 10/9/2008 | Payment | Pullman & Comley ck#132062 | 540.00 |
| 10/23/2008 | Payment | BrownRudnick ck#2725 | 2,091.99 |
| 10/20/2008 | Payment | Orix Capital ck#12691 | 2,160.00 |
| 11/13/2008 | Payment | Shipman, Sosensky, Randich & Marks | 8,472.08 |
| 1/5/2009 | Payment | ORIX ck#12923 | 8,040.00 |
| 1/5/2009 | Payment | Shipman, Sosensky, Randich & Marks | 2,010.00 |
| 1/20/2009 | Payment | BrownRudnick ck#5063 | 2,010.00 |
| | | Sub-total Payments: | 39,702.80 |

## Costs

| | | |
|---|---|---|
| 3/4/2009 | Postage Charge | 4.95 |
| 3/4/2009 | Copy Charges (Inhouse) | 26.60 |
| | Sub-total Costs: | 31.55 |

WFB-MK640666

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100 FAX (203) 772-1691 WEBSITE WWW.JACOBSLAW.COM

B06-1550    Wells Fargo Bank NA

Page: 4
Statement Date    5/26/2009
Closing Date      4/30/2009

Total Current Billing:    84,511.55

Previous Balance Due:    35,574.87
Payments:    39,702.80

Total Now Due:    $80383.62

Please verify whether your last payment was processed and appears on this month's statement. If it
does not appear, take this into consideration to avoid duplicate payments on statements.

WFB-MK640667

hhfax

12:54:11
WFB-MK640668.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

| | |
|---|---|
| Requestor: | cmendez |
| Vendor Name: | JACOBS, GRUDBERG, BELT, DOW & KATZ, PC |
| Invoice No.: | 54543 |

| | |
|---|---|
| Batch Control #: | BATCH003872 |
| Vendor #: | 04680 |
| Invoice Date: | 07/13/2009 |

| LOAN NUMBER | | EXPENSE CATEGORY | | SUB ACCOUNT NUMBER | DEAL NAME | AMOUNT |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13069 - CRG20 - 00176 | SALOMON 2000-C2 | $3,740.00 |
| *Diamond Point Plaza LP* | | | | | | | | $3,740.00 |

## SPECIAL INSTRUCTIONS:

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix.   **See Attached**

| | | |
|---|---|---|
| Manager's Approval: *Robert Palas* | | |
| Add'l Approval: | | Date: *8.14.05* |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640668

Allan B. Taylor, Esq.
Day Pitney LLP - Htfd-CT
242 Trumbull Street
Hartford, CT 06103-1212
Tel: 860-272-0225
Fax: 860-272-0343
Email: abtaylor@daypitney.com

AUG 1 8 2009

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al
    Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

    Enclosed is my statement for time devoted to service as a Special Master for discovery
during May 2009.

AUG 1 8 2009

    Of the current balance due of $77,299.67, the amounts due from each party are as follows:

Per Email
BMahan

| | Amount Due Statement Sent 5/27/09 | Payments Since 5/27/09 | Charges for May 2009 | Amount Due |
|---|---|---|---|---|
| Plaintiff | $ 34,215.78 | -0- | $ 3,740.00 | $37,955.78 |
| Konover & Assoc. | $ 10,563.95 | ($10,563.95) | $ 935.00 | $ 935.00 |
| Konover Constr. | $ 18,496.01 | -0- | $ 935.00 | $19,431.01 |
| Konover Dev. | $ 8,553.94 | -0- | $ 935.00 | $ 9,488.94 |
| M. Konover, Blackboard, LLC and Ripple, LLC | $ 8,553.94 | -0- | $ 935.00 | $ 9,488.94 |
| Total | $ 80,383.62 | ($10,563.95) | $ 7,480.00 | $77,299.67 |

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

By _____
        David L. Belt

DLB:br
Enclosure
By email

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO
REIMB BY: B T R NONREIMB
LOAN NO.:
POOL NAME:

Diamond Point Plaza, LP
1900002 95-1
Salomon 2000 C2

WFB-MK640669

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1681   WEBSITE WWW.JACOBSLAW.COM

Closing date as of May 31, 2009

Statement date as of July 13, 2009

Statement No. 54543



Wells Fargo Bank NA

B06-1550          Wells Fargo Bank NA v. Konover:

| Professional Fees | | | Hours |
|---|---|---|---|
| 5/18/2009 | DLB | Study motion papers and legal research re: motion to compel (#445). | 4.60 |
| 5/19/2009 | DLB | Legal research and prepare ruling on motion to compel (#445). | 3.90 |
| 5/20/2009 | DLB | Legal research and prepare ruling re: motion to compel (#445). | 1.30 |
| 5/21/2009 | DLB | Prepare ruling on motion to compel; e-mail to counsel re: motion to compel. | 2.90 |
| 5/22/2009 | DLB | Prepare ruling on motion to compel (Doc. #445). | 2.40 |
| 5/25/2009 | DLB | Legal research and prepare ruling on motion to compel. | 3.60 |

Sub-total Fees:          18.70          7,480.00

Rate Summary

David L. Belt          18.70 hours at  $ 400.00/hr.   7,480.00

18.70                  7,480.00

**Payments**

| 6/4/2009 | | Payment | Pullman & Comley  ck#137267 | 10,563.95 |
|---|---|---|---|---|

Sub-total Payments:          10,563.95

WFB-MK640670

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

B06-1550    Wells Fargo Bank NA

| | |
|---|---|
| Page: | 2 |
| Statement Date | 7/13/2009 |
| Closing Date | 5/31/2009 |

| | |
|---|---|
| Total Current Billing: | 7,480.00 |
| Previous Balance Due: | 80,383.62 |
| Payments: | 10,563.95 |
| **Total Now Due:** | **$77299.67** |

Please verify whether your last payment was processed and appears on this month's statement. If it
does not appear, take this into consideration to avoid duplicate payments on statements.

WFB-MK640671

LAW OFFICES OF

# Jacobs, Grudberg, Belt, Dow & Katz P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX          (203) 772-1691
www.jacobslaw.com

FILE NUMBER

B06-1550

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
CHARLES R. DOUTHAT
JOSEPH J. PACKTOR
EDWARD J. McMANUS
ANTHONY D. SUTTON
ALLISON M. NEAR

TRISHA M. MORRIS, OF COUNSEL

ISRAEL J. JACOBS (1918-1983)

AUG 1 8 2009

July 15, 2009

Erick M. Sandler, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499
Tel: 860-275-0138
Fax: 860-275-0343
Email: emsandler@daypitney.com

Jeff Joyce, Esq.
Law Offices of Jeff Joyce
802 Country Lane
Houston, TX 77024
Tel: 713-899-2397
Fax: 713-513-5577
Email: jeff.joyce@comcast.net

Robert A. Randich, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: brandich@shipso.com

Elizabeth T. Arana, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Email: earana@brownrudnick.com

John B. Nolan, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499
Tel: 860-275-0100
Fax: 860-275-0343
Email: jbnolan@daypitney.com

Cheryl Gabes Rice, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: crice@shipso.com

Mark S. Shipman, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: mark@shipso.com

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Email: mbaldwin@brownrudnick.com

WFB-MK640672

Michael J. Kolosky, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8200
Fax: 860-275-8299
Email: mkolosky@rc.com

James T. Shearin, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2000
Fax: 203-576-8888
Email: jshearin@pullcom.com

Maria Eugenia Garcia, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2211
Email: mgarcia@pullcom.com

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: tmurphy@cemlaw.com

Stephen R. Klaffky, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Tel: 860-509-6500
Fax: 860-509-6501
Email: sklaffky@brownrudnick.com

Theodore J. Tucci, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8210
Fax: 860-275-8299
Email: ttucci@rc.com

Steven David Ecker, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: ecker@cemlaw.com

T. Scott Cowperthwait, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2044
Fax: 203-576-8888
Email: tscowperthwait@pullcom.com

William J. Murphy, Esq.
Murphy & Shaffer LLC
36 South Charles Street, Suite 1400
Baltimore, Maryland 21201
Tel: 410-783-7000
Fax: 410-783-8823
Email: wmurphy@murphyshaffer.com

Conor B. O'Croinin, Esq.
Murphy & Shaffer, LLC-MD
36 South Charles Street, Suite 1400
Baltimore, MD 21201
Tel: 410-783-7000
Fax: 410-783-8823
Email: cocroinin@murphyshaffer.com

hhfax

12:54:15
WFB-MK640674.PDF

AUG 2 0 2010
JUL 2 0 2010

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | cmendez |
| Vendor Name: | JACOBS, GRUDBERG, BELT, DOW & KATZ, PC |
| Invoice No.: | 57123 |

| | |
|---|---|
| Batch Control #: | BATCH003872 |
| Vendor #: | 04680 |
| Invoice Date: | 08/05/2010 |

| | | | |
|---|---|---|---|
| 190000295 | 0 | Both | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 |

Legal Fees $12,580.00

$12,580.00

Dennary Point Plaza

This form must be approved in accordance with the Cost Center Approval Matrix.
See Attached

| | | |
|---|---|---|
| Manager's Approval: | | |
| Add'l Approval: | | Date: 8/20/10 |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640674

LAW OFFICES OF

# Jacobs,
# Grudberg,
# Belt, Dow
# & Katz P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX         (203) 772-1691
www.jacobslaw.com

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
CHARLES R. DOUTHAT
JOSEPH J. PACKTOR
EDWARD J. McMANUS
ANTHONY D. SUTTON
CHRISTOPHER E.H. SANETTI

TRISHA M. MORRIS, OF COUNSEL

ISRAEL J. JACOBS (1916-1963)

FILE NUMBER

B06-1550

August 6, 2010

Erick M. Sandler, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499
Tel: 860-275-0138
Fax: 860-275-0343
Email: emsandler@daypitney.com

Jeff Joyce, Esq.
Law Offices of Jeff Joyce
802 Country Lane
Houston, TX 77024
Tel: 713-899-2397
Email: jeff.joyce@comcast.net

Robert A. Randich, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: brandich@shipso.com

Allan B. Taylor, Esq.
Day Pitney LLP - Htfd-CT
242 Trumbull Street
Hartford, CT 06103-1212
Email: abtaylor@daypitney.com

John B. Nolan, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel: 860-275-0100
Fax: 860-275-0343
Email: jbnolan@daypitney.com

Erik H. Beard, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel: 860-275-0604
Fax: 860-275-0343
Email: ehbeard@daypitney.com

Mark S. Shipman, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: mark@shipso.com

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT 06103-1212
Email: mbaldwin@brownrudnick.com

WFB-MK640675

Michael J. Kolosky, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8200
Fax: 860-275-8299
Email: mkolosky@rc.com

James T. Shearin, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2000
Fax: 203-576-8888
Email: jshearin@pullcom.com

Allan B. Taylor, Esq.
Day Pitney LLP - Htfd-CT
242 Trumbull Street
Hartford, CT 06103-1212
Tel: 860-272-0225
Fax: 860-272-0343
Email: abtaylor@daypitney.com

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: tmurphy@cemlaw.com

Stephen R. Klaffky, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Tel: 860-509-6500
Fax: 860-509-6501
Email: sklaffky@brownrudnick.com

Theodore J. Tucci, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8210
Fax: 860-275-8299
Email: ttucci@rc.com

Steven David Ecker, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: ecker@cemlaw.com

T. Scott Cowperthwait, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2044
Fax: 203-576-8888
Email: tscowperthwait@pullcom.com

William J. Murphy, Esq.
Murphy & Shaffer LLC
36 South Charles Street, Suite 1400
Baltimore, Maryland 21201
Tel: 410-783-7000
Fax: 410-783-8823
Email: wmurphy@murphyshaffer.com

Conor B. O'Croinin, Esq.
Murphy & Shaffer, LLC-MD
36 South Charles Street, Suite 1400
Baltimore, MD 21201
Tel: 410-783-7000
Fax: 410-783-8823
Email: cocroinin@murphyshaffer.com

Jeffrey P. Mueller, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
Tel: 860-272-0100
Fax: 860-275-0343
Email: jpmueller@daypitney.com

Adam S. Mocciolo, Esq.
Pullman & Comley, LLC
850 Main Street - P.O.Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2000
Fax: 203-576-8888
Email: amocciolo@pullcom.com

Steven J. Stafstrom, Jr., Esq.
Pullman & Comley
850 Main Street, PO Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2266
Email: sstafstrom@pullcom.com

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al
    Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

Enclosed is my statement as of August 3, 2010 for time devoted to service as a Special Master for discovery in the above matter.

Of the current balance due of $40,888.94 the amounts due from each party are as follows:

| | Amount Due Statement Sent 10/7/09 | Payments Since 10/7/09 | Charges Since 10/7/09 | Amount Due |
|---|---|---|---|---|
| Plaintiff | $ 5,740.00 | $ 0.00 | $12,580.00 | $ 18,320.00 |
| Konover & Assoc. | $ 500.00 | $ 0.00 | $ 3,145.00 | $ 3,645.00 |
| Konover Constr. | $ 0.00 | $ 0.00 | $ 3,145.00 | $ 3,145.00 |
| Konover Dev. | $ 0.00 | $ 0.00 | $ 3,145.00 | $ 3,145.00 |
| M. Konover, Blackboard, LLC and Ripple, LLC | $10,923.94 | $ 1,435.00 | $ 3,145.00 | $ 12,633.94 |
| Total | $17,163.94 | $ 1,435.00 | $25,160.00 | $ 40,088.94 |

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

By _____
        David L. Belt

DLB:br
Enclosure
By email

WFB-MK640677

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

Closing date as of June 30, 2010

Statement date as of August 5, 2010

Statement No. 57123

Wells Fargo Bank NA

B06-1550          Wells Fargo Bank NA v. Konover.

| Professional Fees | | | Hours |
|---|---|---|---|
| 2/26/2010 | DLB | Study parties' briefs on plaintiff's motion to compel | 5.90 |
| 3/1/2010 | DLB | Legal research re: enforcement of informal discovery requests | 1.80 |
| 5/27/2010 | DLB | Study memoranda and exhibits re: motion to compel (Doc. #646) | 2.20 |
| 5/28/2010 | DLB | Study memoranda and exhibits re: motion to compel (Doc. #646) | 2.70 |
| 5/31/2010 | DLB | Prepare memoranda re: motion to compel (Doc. #646) | 3.10 |
| 6/7/2010 | DLB | Study memoranda of parties re: motion to compel (Doc. #646) | 2.90 |
| 6/8/2010 | DLB | Study memoranda of parties re: motion to compel (Doc. #646); review past rulings on discovery; read decisions cited by parties | 4.10 |
| 6/9/2010 | DLB | Prepare ruling on motion to compel (Doc. #646) | 3.60 |
| 6/10/2010 | DLB | Prepare ruling on motion to compel (Doc. #646) | 3.20 |
| 6/11/2010 | DLB | Email to counsel re: copy of email with document request; prepare ruling on motion to compel (Doc. #646) | 2.20 |
| 6/11/2010 | DLB | Prepare ruling on motion to compel (Doc. #646) | 2.30 |
| 6/14/2010 | DLB | Prepare ruling on motion to compel (Doc. #646); legal research re: spoliction issue and effect of argument made | 1.90 |
| 6/15/2010 | DLB | prepare rules on motion to compel | 4.50 |
| 6/16/2010 | DLB | Prepare rules on motion to compel | 4.10 |
| 6/17/2010 | DLB | Email to counsel re: information on request for documents made at deposition; prepare ruling on motion to compel (Doc.#646) | 2.90 |
| 6/18/2010 | DLB | Legal research re: timely filing of motions to compel and scope of relevance; prepare ruling on motion to compel (Doc. #646) | 3.30 |
| 6/21/2010 | DLB | Legal research re: timely filing of motions to compel and discovery of tax returns; prepare ruling on motion to | 6.90 |

WFB-MK640678

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

compel (Doc. #646)

| 6/22/2010 | DLB | Review and revise ruling on motion to compel; serve by email on counsel; email to court | 5.30 | |

| | Sub-total Fees: | 62.90 | 25,160.00 |

**Rate Summary**

| | David L. Belt | 62.90 hours at $ 400.00/hr. | 25,160.00 |
| | | 62.90 | 25,160.00 |

## Payments

| 12/21/2009 | Payment | Shipman, Sosensky & Marks ck#4261 | 1,435.00 |
| | | Sub-total Payments: | 1,435.00 |

| | Total Current Billing: | 25,160.00 |
| | Previous Balance Due: | 17,163.94 |
| | Payments: | 1,435.00 |
| | **Total Now Due:** | **$40688.94** |

Please verify whether your last payment was processed and appears on this month's statement.  If it does not appear, take this into consideration to avoid duplicate payments on statements.

*$12,580.00 of is Trust's share of total.*

INVOICE APPROVED BY:
DATE: 8/6/10
EXPENSE TYPE: 03P-14
SERVICING:  LOAN  REO  DEF
REIMB BY:  B  T  CR  NONREIMB
LOAN NO.: 10-0000285
POOL NAME: SBL1500-E2

WFB-MK640679

hhfax

12:54:18
WFB-MK640680.PDF

SEP 0 7 2010

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: cmendez

Vendor Name: JACOBS, GRUDBERG, BELT, DOW & KATZ, PC

Invoice No.: 55061

Batch Control #: BATCH003872

Vendor #: 04680

Invoice Date: 08/31/2010

| Loan Number | Prior Sched Bal/ Number of Days | Expense Category | SS Servicing and Sub Code | GL Account Number (Business Unit - Account) | Deal Name | Amount (Use Comma and Decimal) |
|---|---|---|---|---|---|---|
| 400000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $5,740.00 |
| | | | | | | $5,740.00 |

Diamond Point Plaza

AUTHORIZATION

SPECIAL INSTRUCTIONS:

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _____ See Attached

Add'l Approval: _____ Date: 9/1/10

Add'l Approval: _____ Date:

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Page 1 of 1

**WFB-MK640680**

LAW OFFICES OF

# Jacobs, Grudberg, Belt, Dow & Katz P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX         (203) 772-1691
www.jacobslaw.com

FILE NUMBER
B06-1550

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
CHARLES R. DOUTHAT
JOSEPH J. PACKTOR
EDWARD J. McMANUS
ANTHONY D. SUTTON
ALLISON M. NEAR

TRISHA M. MORRIS, OF COUNSEL

ISRAEL J. JACOBS (1918-1963)

SEP 0 3 2010

October 7, 2009

Erick M. Sandler, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499
Tel: 860-275-0138
Fax: 860-275-0343
Email: emsandler@daypitney.com

John B. Nolan, Esq.
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499
Tel: 860-275-0100
Fax: 860-275-0343
Email: jbnolan@daypitney.com

Jeff Joyce, Esq.
Law Offices of Jeff Joyce
802 Country Lane
Houston, TX 77024
Tel: 713-899-2397
Fax: 713-513-5577
Email: jeff.joyce@comcast.net

Cheryl Gabes Rice, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: crice@shipso.com

Robert A. Randich, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: brandich@shipso.com

Mark S. Shipman, Esq.
Shipman Sosensky Randich & Marks LLC
135 South Road
Farmington, CT 06032
Email: mark@shipso.com

Elizabeth T. Arana, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Email: earana@brownrudnick.com

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Email: mbaldwin@brownrudnick.com

WFB-MK640681

Michael J. Kolosky, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8200
Fax: 860-275-8299
Email: mkolosky@rc.com

James T. Shearin, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2000
Fax: 203-576-8888
Email: jshearin@pullcom.com

Allan B. Taylor, Esq.
Day Pitney LLP - Htfd-CT
242 Trumbull Street
Hartford, CT 06103-1212
Tel: 860-272-0225
Fax: 860-272-0343
Email: abtaylor@daypitney.com

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: tmurphy@cemlaw.com

Stephen R. Klaffky, Esq.
Brown Rudnick Berlack Israels - Htfd
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402
Tel: 860-509-6500
Fax: 860-509-6501
Email: sklaffky@brownrudnick.com

Theodore J. Tucci, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8210
Fax: 860-275-8299
Email: ttucci@rc.com

Steven David Ecker, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Tel: 860-278-5555
Fax: 860-249-0012
Email: ecker@cemlaw.com

T. Scott Cowperthwait, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2044
Fax: 203-576-8888
Email: tscowperthwait@pullcom.com

William J. Murphy, Esq.
Murphy & Shaffer LLC
36 South Charles Street, Suite 1400
Baltimore, Maryland 21201
Tel: 410-783-7000
Fax: 410-783-8823
Email: wmurphy@murphyshaffer.com

Conor B. O'Croinin, Esq.
Murphy & Shaffer, LLC-MD
36 South Charles Street, Suite 1400
Baltimore, MD 21201
Tel: 410-783-7000
Fax: 410-783-8823
Email: cocroinin@murphyshaffer.com

WFB-MK640682

Allan B. Taylor, Esq.
Day Pitney LLP - Htfd-CT
242 Trumbull Street
Hartford, CT 06103-1212
Tel: 860-272-0225
Fax: 860-272-0343
Email: abtaylor@daypitney.com

Re: Wells Fargo Bank, N.A. vs. Michael Konover, et al
    Civil Action No. 3:05cv1924 (CFD)(WIG)

Dear Attorneys:

Enclosed is my statement for time devoted to service as a Special Master for discovery during July and August 2009.

Of the current balance due of $45,074.95, the amounts due from each party are as follows:

|  | Amount Due Statement Sent 7/15/09 | Payments Since 7/15/09 | Charges for July - Aug 2009 | Amount Due |
|---|---|---|---|---|
| Plaintiff | $ 37,955.78 | $34,215.78 | $ 5,740.00 | $ 9,480.00 |
| Konover & Assoc. | $ 935.00 | $ 935.00 | $ 1,435.00 | $ 1,435.00 |
| Konover Constr. | $ 19,431.01 | -0- | $ 1,435.00 | $20,866.01 |
| Konover Dev. | $ 9,488.94 | $ 8,553.94 | $ 1,435.00 | $ 2,370.00 |
| M. Konover, Blackboard, LLC and Ripple, LLC | $ 9,488.94 | -0- | $ 1,435.00 | $10,923.94 |
| Total | $ 77,299.67 | $43,704.72 | $11,480.00 | $45,074.95 |

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

By _____
    David L. Belt

DLB:br
Enclosure
By email

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN  REO  (DEF)
REIMB BY: B  T  BIT  NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK640683

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

Closing date as of August 31, 2009

Statement date as of September 29, 2009

Statement No. 55061

Wells Fargo Bank NA

B06-1550          Wells Fargo Bank NA v. Konover.

| Professional Fees | | | Hours |
|---|---|---|---|
| 7/28/2009 | DLB | Prepare ruling re: KCC motions to compel (Doc. #445). | 3.80 |
| 8/3/2009 | DLB | Prepare ruling re: motion to compel (Doc. #445); legal research re: equitable defenses to actions at law. | 4.10 |
| 8/6/2009 | DLB | Prepare ruling re: motion to compel (Doc. #445). | 3.70 |
| 8/7/2009 | DLB | Prepare ruling re: motion to compel (Doc. #445). | 4.10 |
| 8/10/2009 | DLB | Prepare ruling re: motion to compel. | 3.50 |
| 8/11/2009 | DLB | Prepare ruling on motion to compel. | 3.60 |
| 8/12/2009 | DLB | Prepare ruling re: motion to compel (Doc. #445). | 3.00 |
| 8/14/2009 | DLB | Review and revise ruling on motion to compel (Doc. #445); email to parties and court. | 2.90 |

Sub-total Fees:        28.70          11,480.00

### Rate Summary

David L. Belt          28.70 hours at   $ 400.00/hr.  11,480.00

28.70                      11,480.00

| Payments | | | |
|---|---|---|---|
| 8/7/2009 | Payment | Orix ck#000014107 | 34,215.78 |
| 8/26/2009 | Payment | Shipman, Sosensky Marks ck#3845 | 8,553.94 |
| 8/26/2009 | Payment | Pullman & Comley ck#138834 | 935.00 |

Sub-total Payments:   43,704.72

WFB-MK640684

STATEMENT

# JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

350 ORANGE STREET, P.O. BOX 606, NEW HAVEN, CONNECTICUT 06503
TELEPHONE (203) 772-3100   FAX (203) 772-1691   WEBSITE WWW.JACOBSLAW.COM

B06-1550    Wells Fargo Bank NA

|  | |
|---|---|
| Page: | 2 |
| Statement Date | 9/29/2009 |
| Closing Date | 8/31/2009 |

| | |
|---|---|
| Total Current Billing: | 11,480.00 |
| Previous Balance Due: | 77,299.67 |
| Payments: | 43,704.72 |
| **Total Now Due:** | **$45074.95** |

Please verify whether your last payment was processed and appears on this month's statement. If it
does not appear, take this into consideration to avoid duplicate payments on statements.

WFB-MK640685