## Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
## SUMMARY OF DIRECT EXPENSES
Submitted through February 15, 2013 (Revised February 19, 2013)

| Vendor | Date | Amount | | | | |
|---|---|---|---|---|---|---|
| DOUGLAS M GOLDRICK | 11/16/05 | $1,798.82 | | | | |
| BRITTANY K MAHER | 6/12/06 | $2,377.89 | | | | |
| One Stop Copy Shop, LLC | 6/22/06 | $4,231.56 | | | | |
| One Stop Copy Shop, LLC | 6/30/06 | $4,845.87 | | | | |
| One Stop Copy Shop, LLC | 7/12/06 | $6,996.64 | | | | |
| COPY CORP OF HOUSTON | 7/18/06 | $1,404.38 | | | | |
| COPY CORP OF HOUSTON | 7/25/06 | $962.17 | | | | |
| COPY CORP OF HOUSTON | 7/31/06 | $505.18 | | | | |
| COPY CORP OF HOUSTON | 8/3/06 | $748.25 | | | | |
| DOUGLAS M GOLDRICK | 8/15/06 | $15.66 | | | | |
| COPY CORP OF HOUSTON | 8/23/06 | $1,232.23 | | | | |
| THE MEDLEH GROUP | 8/24/06 | $2,006.65 | | | | |
| BRITTANY K MAHER | 8/30/06 | $1,343.63 | | | | |
| GREGORY DERRELL MAY | 9/21/06 | $1,162.48 | | | | |
| BRITTANY K MAHER | 9/25/06 | $670.72 | | | | |
| THE MEDLEH GROUP | 9/28/06 | $3,836.92 | | | | |
| COPY CORP OF HOUSTON | 10/31/06 | $3,609.24 | | | | |
| RLS LEGAL SOLUTIONS, LLC | 11/9/06 | $245.26 | | | | |
| RLS LEGAL SOLUTIONS, LLC | 11/10/06 | $675.64 | | | | |
| COPY CORP OF HOUSTON | 11/14/06 | $1,160.44 | | | | |
| GREGORY DERRELL MAY | 11/17/06 | $1,753.22 | | | | |
| DAY PITNEY, LLP | 3/26/07 | $2,217.11 | | | | |
| BRITTANY K MAHER | 4/23/07 | $2,270.45 | | | | |
| LIGHTHOUSE LEGAL COPY, LLC | 4/27/07 | $720.51 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 4/30/07 | $18,424.09 | | | | |
| LIGHTHOUSE LEGAL COPY, LLC | 5/9/07 | $1,031.67 | | | | |
| BRITTANY K MAHER | 5/30/07 | $1,828.58 | | | | |
| LIGHTHOUSE LEGAL COPY, LLC | 6/1/07 | $5,000.89 | | | | |
| BRITTANY K MAHER | 6/4/07 | $1,911.96 | | | | |
| BRITTANY K MAHER | 6/18/07 | $2,095.18 | | | | |
| BRITTANY K MAHER | 10/15/07 | $1,859.11 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 11/14/07 | $14,613.75 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 11/14/07 | $13,477.13 | | | | |

WFB-MK641830

# Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
## SUMMARY OF DIRECT EXPENSES
Submitted through February 15, 2013 (Revised February 19, 2013)

| | | | | | | |
|---|---|---|---|---|---|---|
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 11/14/07 | $9,742.50 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 11/14/07 | $3,247.50 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 11/14/07 | $15,588.00 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 11/14/07 | $11,041.50 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 11/14/07 | $12,827.63 | | | | |
| BRITTANY K MAHER | 11/20/07 | $1,430.47 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 11/20/07 | $811.88 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 11/30/07 | $243.54 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 12/6/07 | $1,429.98 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 12/7/07 | $2,913.01 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 12/13/07 | $8,232.41 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 12/17/07 | $1,234.16 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 1/3/08 | $2,996.36 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 1/4/08 | $244.82 | | | | |
| BRITTANY K MAHER | 1/7/08 | $1,183.68 | | | | |
| LIGHTHOUSE LEGAL COPY, LLC | 1/16/08 | $3,668.06 | | | | |
| THE MEDLEH GROUP | 1/31/08 | $5,061.12 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 2/4/08 | $7,312.29 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 2/8/08 | $538.26 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 2/11/08 | $366.87 | | | | |
| GREGORY DERRELL MAY | 2/29/08 | $1,109.55 | | | | |
| BRITTANY K MAHER | 3/3/08 | $1,482.07 | | | | |

WFB-MK641831

# Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
## SUMMARY OF DIRECT EXPENSES
Submitted through February 15, 2013 (Revised February 19, 2013)

| Name | Date | Amount | | | | |
|---|---|---|---|---|---|---|
| CLASSIC LEGAL DOCUMENT SERVICES, INC. | 3/6/08 | $21.91 | | | | |
| CLASSIC LEGAL DOCUMENT SERVICES, INC. | 3/6/08 | $71.10 | | | | |
| BRITTANY K MAHER | 3/13/08 | $1,961.89 | | | | |
| THE MEDLEH GROUP | 3/31/08 | $2,792.70 | | | | |
| THE MEDLEH GROUP | 4/23/08 | $6,834.24 | | | | |
| BRITTANY K MAHER | 5/18/08 | $1,724.88 | | | | |
| THE MEDLEH GROUP | 7/7/08 | $1,060.20 | | | | |
| LIGHTHOUSE LEGAL COPY, LLC | 7/14/08 | $1,488.65 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 9/12/08 | $253.60 | | | | |
| BRITTANY K MAHER | 10/27/08 | $2,521.41 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 11/19/08 | $1,082.50 | | | | |
| BRITTANY K MAHER | 12/10/08 | $2,364.55 | | | | |
| GREGORY DERRELL MAY | 12/15/08 | $2,246.43 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 1/15/09 | $54.99 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 1/26/09 | $51.96 | | | | |
| BRITTANY K MAHER | 2/9/09 | $2,019.49 | | | | |
| DOUGLAS M GOLDRICK | 3/4/09 | $681.16 | | | | |
| GREGORY DERRELL MAY | 4/16/09 | $1,826.42 | | | | |
| GREGORY DERRELL MAY | 4/20/09 | $892.70 | | | | |
| BRITTANY K MAHER | 4/22/09 | $1,850.20 | | | | |
| DAY PITNEY, LLP | 5/20/09 | $2,038.27 | | | | |
| RENE F. BELL | 6/29/09 | $4,975.00 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 7/8/09 | $123.19 | | | | |
| SANDERS, GALE & RUSSELL | 9/8/09 | $3,600.93 | | | | |
| BRITTANY K MAHER | 9/9/09 | $1,719.43 | | | | |
| SANDERS, GALE & RUSSELL | 9/9/09 | $1,475.52 | | | | |
| BRITTANY K MAHER | 9/11/09 | $1,860.12 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 9/14/09 | $1,912.78 | | | | |
| SANDERS, GALE & RUSSELL | 9/15/09 | $1,729.81 | | | | |
| WATERSTONE CAPITAL ADVISORS, | 9/17/09 | $3,000.00 | | | | |

## Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
## SUMMARY OF DIRECT EXPENSES
Submitted through February 15, 2013 (Revised February 19, 2013)

| Vendor | Date | Amount | | | | |
|---|---|---|---|---|---|---|
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 9/21/09 | $86.34 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 9/21/09 | $393.06 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 9/21/09 | $183.08 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 9/23/09 | $276.73 | | | | |
| BRITTANY K MAHER | 9/24/09 | $2,594.61 | | | | |
| JOHN N DINAN | 9/24/09 | $1,075.67 | | | | |
| SCHEEF & STONE, LLP | 9/25/09 | $302.29 | | | | |
| PINNACLE REPROGRAPHICS-DIGITAL, LLC | 10/13/09 | $139.04 | | | | |
| LIGHTHOUSE LEGAL COPY, LLC | 11/25/09 | $2,738.95 | | | | |
| HENJUM GOUCHER REPORTING SERVICES, LP | 11/30/09 | $842.00 | | | | |
| LIGHTHOUSE LEGAL COPY, LLC | 12/1/09 | $491.89 | | | | |
| BRANDON SMITH REPORTING SERVICE, LLC | 12/14/09 | $377.89 | | | | |
| BRANDON SMITH REPORTING SERVICE, LLC | 12/15/09 | $159.00 | | | | |
| EVANS REPORTING SERVICE, INC. | 12/18/09 | $387.45 | | | | |
| BRITTANY K MAHER | 12/21/09 | $1,688.58 | | | | |
| BRANDON SMITH REPORTING SERVICE, LLC | 12/22/09 | $212.27 | | | | |
| BRANDON SMITH REPORTING SERVICE, LLC | 12/22/09 | $707.55 | | | | |
| EQUIVALENT DATA | 12/31/09 | $979.66 | | | | |
| LIGHTHOUSE LEGAL COPY, LLC | 1/25/10 | $794.56 | | | | |
| HENJUM GOUCHER REPORTING SE | 3/8/10 | $1,343.45 | | | | |
| GREGORY DERRELL MAY | 3/29/10 | $1,785.25 | | | | |
| GREGORY DERRELL MAY | 3/29/10 | $1,598.95 | | | | |
| BRITTANY K MAHER | 4/17/10 | $68.97 | | | | |
| BRITTANY K MAHER | 9/1/10 | $86.30 | | | | |
| BRITTANY K MAHER | 10/5/10 | $1,422.69 | | | | |
| GREGORY DERRELL MAY | 10/7/10 | $630.31 | | | | |
| BRITTANY K MAHER | 11/9/10 | $1,252.13 | | | | |
| GREGORY DERRELL MAY | 11/12/10 | $766.35 | | | | |

WFB-MK641833

## Case No. 3:05CV1924; Wells Fargo Bank, N.A. v. Michael Konover;
## SUMMARY OF DIRECT EXPENSES
Submitted through February 15, 2013 (Revised February 19, 2013)

| | | | | | | |
|---|---|---|---|---|---|---|
| TRAILGRAPHIX, INC. | 11/22/10 | $1,541.40 | | | | |
| HENJUM GOUCHER REPORTING SE | 5/13/11 | $648.75 | | | | |
| SPECIAL DELIVERY SERVICE, INC. | 5/14/11 | $27.58 | | | | |
| CSC, INC. | 5/18/11 | $405.47 | | | | |
| CSC, INC. | 5/18/11 | $114.28 | | | | |
| BRITTANY K MAHER | 5/23/11 | $2,258.36 | | | | |
| GREGORY DERRELL MAY | 5/23/11 | $2,600.83 | | | | |
| TRAILGRAPHIX, INC. | 5/24/11 | $990.49 | | | | |
| GREGORY DERRELL MAY | 7/11/11 | $2,321.76 | | | | |
| CSC, INC. | 9/10/11 | $98.94 | | | | |
| GREGORY DERRELL MAY | 4/1/12 | $881.83 | | | | |
| GREGORY DERRELL MAY | 5/14/12 | $1,248.81 | | | | |
| GREGORY DERRELL MAY | 9/7/12 | $1,389.46 | | | | |
| ALICIA D NEWSOME | 10/1/12 | $15.80 | | | | |
| GREGORY DERRELL MAY | 10/1/12 | $70.94 | | | | |
| GREGORY DERRELL MAY | 10/10/12 | $17,624.15 | | | | |
| PINNACLE REPROGRAPHICS-DIGITA | 12/31/12 | $1,909.42 | | | | |
| | | | | | | |
| | | | | | | |
| | TOTAL | $311,508.26 | | | | |

WFB-MK641834

| Invoice Date | Invoice Amount | Vendor | Amnt Pd by OCM | Date Reimb. to OCM | Amnt Reimb. to OCM |
|---|---|---|---|---|---|
| 11/16/05 | $1,798.82 | DOUGLAS M GOLDRICK | $1,798.82 | 12/8/05 | $1,798.82 |
| 6/12/06 | $2,377.89 | BRITTANY K MAHER | $2,377.89 | 7/26/06 | $2,377.89 |
| 6/22/06 | $4,231.56 | One Stop Copy Shop, LLC | $4,231.56 | 9/28/06 | $4,231.56 |
| 6/30/06 | $4,845.87 | One Stop Copy Shop, LLC | $4,845.87 | 9/28/06 | $4,845.87 |
| 7/12/06 | $6,996.64 | One Stop Copy Shop, LLC | $6,996.64 | 9/28/06 | $6,996.64 |
| 7/18/06 | $1,404.38 | COPY CORP OF HOUSTON | $1,404.38 | 9/28/06 | $1,404.38 |
| 7/25/06 | $962.17 | COPY CORP OF HOUSTON | $962.17 | 9/28/06 | $962.17 |
| 7/31/06 | $505.18 | COPY CORP OF HOUSTON | $505.18 | 9/28/06 | $505.18 |
| 8/3/06 | $748.25 | COPY CORP OF HOUSTON | $748.25 | 9/28/06 | $748.25 |
| 8/15/06 | $15.66 | DOUGLAS M GOLDRICK | $15.66 | 9/28/06 | $15.66 |
| 8/23/06 | $1,232.23 | COPY CORP OF HOUSTON | $1,232.23 | 1/30/07 | $1,232.23 |
| 8/24/06 | $2,006.65 | THE MEDLEH GROUP | $2,006.65 | 10/31/06 | $2,006.65 |
| 8/30/06 | $1,343.63 | BRITTANY K MAHER | $1,343.63 | 10/30/06 | $1,343.63 |
| 9/21/06 | $1,162.48 | GREGORY DERRELL MAY | $1,162.48 | 10/31/06 | $1,162.48 |
| 9/25/06 | $670.72 | BRITTANY K MAHER | $670.72 | 10/31/06 | $670.72 |
| 9/28/06 | $3,836.92 | THE MEDLEH GROUP | $3,836.92 | 10/31/06 | $3,836.92 |
| 10/31/06 | $3,609.24 | COPY CORP OF HOUSTON | $3,609.24 | 1/30/07 | $3,609.24 |
| 11/9/06 | $245.26 | RLS LEGAL SOLUTIONS, | $245.26 | 1/30/07 | $245.26 |
| 11/10/06 | $675.64 | RLS LEGAL SOLUTIONS, | $675.64 | 1/30/07 | $675.64 |
| 11/14/06 | $1,160.44 | COPY CORP OF HOUSTON | $1,160.44 | 1/30/07 | $1,160.44 |
| 11/17/06 | $1,753.22 | GREGORY DERRELL MAY | $1,753.22 | 1/30/07 | $1,753.22 |
| 3/26/07 | $2,217.11 | DAY PITNEY, LLP | $2,217.11 | 5/29/07 | $2,217.11 |
| 4/23/07 | $2,270.45 | BRITTANY K MAHER | $2,270.45 | 5/29/07 | $2,270.45 |
| 4/27/07 | $720.51 | LIGHTHOUSE LEGAL COPY, | $720.51 | 6/27/07 | $720.51 |
| 4/30/07 | $18,424.09 | PINNACLE | $18,424.09 | 6/27/07 | $18,424.09 |
| 5/9/07 | $1,031.67 | LIGHTHOUSE LEGAL COPY, | $1,031.67 | 6/27/07 | $1,031.67 |
| 5/30/07 | $1,828.58 | BRITTANY K MAHER | $1,828.58 | 8/28/07 | $1,828.58 |
| 6/1/07 | $5,000.89 | LIGHTHOUSE LEGAL COPY, | $5,000.89 | 8/28/07 | $5,000.89 |
| 6/4/07 | $1,911.96 | BRITTANY K MAHER | $1,911.96 | 8/28/07 | $1,911.96 |
| 6/18/07 | $2,095.18 | BRITTANY K MAHER | $2,095.18 | 8/28/07 | $2,095.18 |
| 10/15/07 | $1,859.11 | BRITTANY K MAHER | $1,859.11 | 11/28/07 | $1,859.11 |
| 11/14/07 | $14,613.75 | PINNACLE | $14,613.75 | 12/27/07 | $14,613.75 |
| 11/14/07 | $13,477.13 | PINNACLE | $13,477.13 | 12/27/07 | $13,477.13 |
| 11/14/07 | $9,742.50 | PINNACLE | $9,742.50 | 6/27/08 | $9,742.50 |
| 11/14/07 | $3,247.50 | PINNACLE | $3,247.50 | 6/27/08 | $3,247.50 |
| 11/14/07 | $15,588.00 | PINNACLE | $15,588.00 | 12/27/07 | $15,588.00 |
| 11/14/07 | $11,041.50 | PINNACLE | $11,041.50 | 6/27/08 | $11,041.50 |
| 11/14/07 | $12,827.63 | PINNACLE | $12,827.63 | 2/29/08 | $12,827.63 |
| 11/20/07 | $1,430.47 | BRITTANY K MAHER | $1,430.47 | 12/27/07 | $1,430.47 |
| 11/20/07 | $811.88 | PINNACLE | $811.88 | 12/27/07 | $811.88 |
| 11/30/07 | $243.54 | PINNACLE | $243.54 | 12/27/07 | $243.54 |
| 12/6/07 | $1,429.98 | PINNACLE | $1,429.98 | 3/27/08 | $1,429.98 |
| 12/7/07 | $2,913.01 | PINNACLE | $2,913.01 | 3/27/08 | $2,913.01 |
| 12/13/07 | $8,232.41 | PINNACLE | $8,232.41 | 3/27/08 | $8,232.41 |
| 12/17/07 | $1,234.16 | PINNACLE | $1,234.16 | 3/27/08 | $1,234.16 |
| 1/3/08 | $2,996.36 | PINNACLE | $2,996.36 | 3/27/08 | $2,996.36 |
| 1/4/08 | $244.82 | PINNACLE | $244.82 | 3/27/08 | $244.82 |

WFB-MK641208

| Date | Amount | Payee | Amount | Date | Amount |
|---|---|---|---|---|---|
| 1/7/08 | $1,183.68 | BRITTANY K MAHER | $1,183.68 | 2/29/08 | $1,183.68 |
| 1/16/08 | $3,668.06 | LIGHTHOUSE LEGAL COPY, | $3,668.06 | 3/28/08 | $3,668.06 |
| 1/31/08 | $5,061.12 | THE MEDLEH GROUP | $5,061.12 | 8/28/08 | $5,061.12 |
| 2/4/08 | $7,312.29 | PINNACLE | $7,312.29 | 3/28/08 | $7,312.29 |
| 2/8/08 | $538.26 | PINNACLE | $538.26 | 3/28/08 | $538.26 |
| 2/11/08 | $366.87 | PINNACLE | $366.87 | 3/28/08 | $366.87 |
| 2/29/08 | $1,109.55 | GREGORY DERRELL MAY | $1,109.55 | 3/26/08 | $1,109.55 |
| 3/3/08 | $1,482.07 | BRITTANY K MAHER | $1,482.07 | 3/28/08 | $1,482.07 |
| 3/6/08 | $21.91 | CLASSIC LEGAL | $21.91 | 4/29/08 | $21.91 |
| 3/6/08 | $71.10 | CLASSIC LEGAL | $71.10 | 4/29/08 | $71.10 |
| 3/13/08 | $1,961.89 | BRITTANY K MAHER | $1,961.89 | 4/29/08 | $1,961.89 |
| 3/31/08 | $2,792.70 | THE MEDLEH GROUP | $2,792.70 | 5/29/08 | $2,792.70 |
| 4/23/08 | $6,834.24 | THE MEDLEH GROUP | $6,834.24 | 6/27/08 | $6,834.24 |
| 5/18/08 | $1,724.88 | BRITTANY K MAHER | $1,724.88 | 6/27/08 | $1,724.88 |
| 7/7/08 | $1,060.20 | THE MEDLEH GROUP | $1,060.20 | 8/28/08 | $1,060.20 |
| 7/14/08 | $1,488.65 | LIGHTHOUSE LEGAL COPY, | $1,488.65 | 8/28/08 | $1,488.65 |
| 9/12/08 | $253.60 | PINNACLE | $253.60 | 11/25/08 | $253.60 |
| 10/27/08 | $2,521.41 | BRITTANY K MAHER | $2,521.41 | 11/25/08 | $2,521.41 |
| 11/19/08 | $1,082.50 | PINNACLE | $1,082.50 | 1/30/09 | $1,082.50 |
| 12/10/08 | $2,364.55 | BRITTANY K MAHER | $2,364.55 | 12/30/08 | $2,364.55 |
| 12/15/08 | $2,246.43 | GREGORY DERRELL MAY | $2,246.43 | 1/30/09 | $2,246.43 |
| 1/15/09 | $54.99 | PINNACLE | $54.99 | 2/26/09 | $54.99 |
| 1/26/09 | $51.96 | PINNACLE | $51.96 | 2/26/09 | $51.96 |
| 2/9/09 | $2,019.49 | BRITTANY K MAHER | $2,019.49 | 3/31/09 | $2,019.49 |
| 3/4/09 | $681.16 | DOUGLAS M GOLDRICK | $681.16 | 4/29/09 | $681.16 |
| 4/16/09 | $1,826.42 | GREGORY DERRELL MAY | $1,826.42 | 5/29/09 | $1,826.42 |
| 4/20/09 | $892.70 | GREGORY DERRELL MAY | $892.70 | 5/29/09 | $892.70 |
| 4/22/09 | $1,850.20 | BRITTANY K MAHER | $1,850.20 | 5/29/09 | $1,850.20 |
| 5/20/09 | $2,038.27 | DAY PITNEY, LLP | $2,038.27 | 6/30/09 | $2,038.27 |
| 6/29/09 | $4,975.00 | RENE F. BELL | $4,975.00 | 9/29/09 | $4,975.00 |
| 7/8/09 | $123.19 | PINNACLE | $123.19 | 9/29/09 | $123.19 |
| 9/8/09 | $3,600.93 | SANDERS, GALE & | $3,600.93 | 1/27/10 | $3,600.93 |
| 9/9/09 | $1,719.43 | BRITTANY K MAHER | $1,719.43 | 10/29/09 | $1,719.43 |
| 9/9/09 | $1,475.52 | SANDERS, GALE & | $1,475.52 | 1/27/10 | $1,475.52 |
| 9/11/09 | $1,860.12 | BRITTANY K MAHER | $1,860.12 | 10/29/09 | $1,860.12 |
| 9/14/09 | $1,912.78 | PINNACLE | $1,912.78 | 12/29/09 | $1,912.78 |
| 9/15/09 | $1,729.81 | SANDERS, GALE & | $1,729.81 | 1/27/10 | $1,729.81 |
| 9/17/09 | $3,000.00 | WATERSTONE CAPITAL AD\ | $3,000.00 | 1/27/10 | $3,000.00 |
| 9/21/09 | $86.34 | PINNACLE | $86.34 | 12/29/09 | $86.34 |
| 9/21/09 | $393.06 | PINNACLE | $393.06 | 12/29/09 | $393.06 |
| 9/21/09 | $183.08 | PINNACLE | $183.08 | 12/29/09 | $183.08 |
| 9/23/09 | $276.73 | PINNACLE | $276.73 | 12/29/09 | $276.73 |
| 9/24/09 | $2,594.61 | BRITTANY K MAHER | $2,594.61 | 10/29/09 | $2,594.61 |
| 9/24/09 | $1,075.67 | JOHN N DINAN | $1,075.67 | 10/29/09 | $1,075.67 |
| 9/25/09 | $302.29 | SCHEEF & STONE, LLP | $302.29 | 1/27/10 | $302.29 |
| 10/13/09 | $139.04 | PINNACLE | $139.04 | 1/27/10 | $139.04 |
| 11/25/09 | $2,738.95 | LIGHTHOUSE LEGAL COPY, | $2,738.95 | 1/27/10 | $2,738.95 |
| 11/30/09 | $842.00 | HENJUM GOUCHER | $842.00 | 1/27/10 | $842.00 |
| 12/1/09 | $491.89 | LIGHTHOUSE LEGAL COPY, | $491.89 | 1/27/10 | $491.89 |

WFB-MK641209

| Date | Amount | Payee | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/11/09 | $3,000.00 | CB RICHARD ELLIS | $3,000.00 | 1/27/10 | $3,000.00 |
| 12/14/09 | $377.89 | BRANDON SMITH | $377.89 | 2/23/10 | $377.89 |
| 12/15/09 | $159.00 | BRANDON SMITH | $159.00 | 2/23/10 | $159.00 |
| 12/18/09 | $387.45 | EVANS REPORTING SERVIC | $387.45 | 4/29/10 | $387.45 |
| 12/21/09 | $1,688.58 | BRITTANY K MAHER | $1,688.58 | 1/27/10 | $1,688.58 |
| 12/22/09 | $212.27 | BRANDON SMITH | $212.27 | 2/23/10 | $212.27 |
| 12/22/09 | $707.55 | BRANDON SMITH | $707.55 | 2/23/10 | $707.55 |
| 12/31/09 | $979.66 | EQUIVALENT DATA | $979.66 | 4/29/10 | $979.66 |
| 1/25/10 | $794.56 | LIGHTHOUSE LEGAL COPY, | $794.56 | 4/29/10 | $794.56 |
| 3/8/10 | $1,343.45 | HENJUM GOUCHER REPOR | $1,343.45 | 8/13/10 | $1,343.45 |
| 3/29/10 | $1,785.25 | GREGORY DERRELL MAY | $1,785.25 | 5/27/10 | $1,785.25 |
| 3/29/10 | $1,598.95 | GREGORY DERRELL MAY | $1,598.95 | 5/27/10 | $1,598.95 |
| 4/17/10 | $68.97 | BRITTANY K MAHER | $68.97 | 5/27/10 | $68.97 |
| 9/1/10 | $86.30 | BRITTANY K MAHER | $86.30 | 10/28/10 | $86.30 |
| 10/5/10 | $1,422.69 | BRITTANY K MAHER | $1,422.69 | 12/15/10 | $1,422.69 |
| 10/7/10 | $630.31 | GREGORY DERRELL MAY | $630.31 | 12/15/10 | $630.31 |
| 11/9/10 | $1,252.13 | BRITTANY K MAHER | $1,252.13 | 2/15/11 | $1,252.13 |
| 11/12/10 | $766.35 | GREGORY DERRELL MAY | $766.35 | 2/15/11 | $766.35 |
| 11/22/10 | $1,541.40 | TRAILGRAPHIX, INC. | $1,541.40 | 2/15/11 | $1,541.40 |
| 5/13/11 | $648.75 | HENJUM GOUCHER REPOR | $648.75 | 8/30/11 | $648.75 |
| 5/14/11 | $27.58 | SPECIAL DELIVERY SERVIC | $27.58 | 8/30/11 | $27.58 |
| 5/18/11 | $405.47 | CSC, INC. | $405.47 | 1/17/12 | $405.47 |
| 5/18/11 | $114.28 | CSC, INC. | $114.28 | 1/17/12 | $114.28 |
| 5/23/11 | $2,258.36 | BRITTANY K MAHER | $2,258.36 | 8/30/11 | $2,258.36 |
| 5/23/11 | $2,600.83 | GREGORY DERRELL MAY | $2,600.83 | 8/31/11 | $2,600.83 |
| 5/24/11 | $990.49 | TRAILGRAPHIX, INC. | $990.49 | 8/30/11 | $990.49 |
| 7/11/11 | $2,321.76 | GREGORY DERRELL MAY | $2,321.76 | 9/30/11 | $2,321.76 |
| 9/10/11 | $98.94 | CSC, INC. | $98.94 | 3/14/12 | $98.94 |
| 4/1/12 | $881.83 | GREGORY DERRELL MAY | $881.83 | 6/29/12 | $881.83 |
| 5/14/12 | $1,248.81 | GREGORY DERRELL MAY | $1,248.81 | 6/29/12 | $1,248.81 |
| 9/7/12 | $1,389.46 | GREGORY DERRELL MAY | $1,389.46 | | |
| 10/1/12 | $15.80 | ALICIA D NEWSOME | $15.80 | | |
| 10/1/12 | $70.94 | GREGORY DERRELL MAY | $70.94 | | |
| 9/27/12 | $31,274.25 | EMPIRICAL CREATIVE, LLC | $31,274.25 | | |
| 12/19/12 | $11,089.59 | EMPIRICAL CREATIVE, LLC | | | |
| | $337,338.53 | | $326,248.94 | | $293,498.49 |

WFB-MK641210

# ORIX Expenses

| Invoice Date | Invoice Amount | Vendor | Amnt Pd by OCM | Date Reimb. to OCM | Amnt Reimb. to OCM |
|---|---|---|---|---|---|
| 11/16/05 | $1,798.82 | DOUGLAS M GOLDRICK | $1,798.82 | 12/8/05 | $1,798.82 |
| 6/12/06 | $2,377.89 | BRITTANY K MAHER | $2,377.89 | 7/26/06 | $2,377.89 |
| 6/22/06 | $4,231.56 | One Stop Copy Shop, LLC | $4,231.56 | 9/28/06 | $4,231.56 |
| 6/30/06 | $4,845.87 | One Stop Copy Shop, LLC | $4,845.87 | 9/28/06 | $4,845.87 |
| 7/12/06 | $6,996.64 | One Stop Copy Shop, LLC | $6,996.64 | 9/28/06 | $6,996.64 |
| 7/18/06 | $1,404.38 | COPY CORP OF HOUSTON | $1,404.38 | 9/28/06 | $1,404.38 |
| 7/25/06 | $962.17 | COPY CORP OF HOUSTON | $962.17 | 9/28/06 | $962.17 |
| 7/31/06 | $505.18 | COPY CORP OF HOUSTON | $505.18 | 9/28/06 | $505.18 |
| 8/3/06 | $748.25 | COPY CORP OF HOUSTON | $748.25 | 9/28/06 | $748.25 |
| 8/15/06 | $15.66 | DOUGLAS M GOLDRICK | $15.66 | 9/28/06 | $15.66 |
| 8/23/06 | $1,232.23 | COPY CORP OF HOUSTON | $1,232.23 | 1/30/07 | $1,232.23 |
| 8/24/06 | $2,006.65 | THE MEDLEH GROUP | $2,006.65 | 10/31/06 | $2,006.65 |
| 8/30/06 | $1,343.63 | BRITTANY K MAHER | $1,343.63 | 10/30/06 | $1,343.63 |
| 9/21/06 | $1,162.48 | GREGORY DERRELL MAY | $1,162.48 | 10/31/06 | $1,162.48 |
| 9/25/06 | $670.72 | BRITTANY K MAHER | $670.72 | 10/31/06 | $670.72 |
| 9/28/06 | $3,836.92 | THE MEDLEH GROUP | $3,836.92 | 10/31/06 | $3,836.92 |
| 10/31/06 | $3,609.24 | COPY CORP OF HOUSTON | $3,609.24 | 1/30/07 | $3,609.24 |
| 11/9/06 | $245.26 | RLS LEGAL SOLUTIONS, | $245.26 | 1/30/07 | $245.26 |
| 11/10/06 | $675.64 | RLS LEGAL SOLUTIONS, | $675.64 | 1/30/07 | $675.64 |
| 11/14/06 | $1,160.44 | COPY CORP OF HOUSTON | $1,160.44 | 1/30/07 | $1,160.44 |
| 11/17/06 | $1,753.22 | GREGORY DERRELL MAY | $1,753.22 | 1/30/07 | $1,753.22 |
| 3/26/07 | $2,217.11 | DAY PITNEY, LLP | $2,217.11 | 5/29/07 | $2,217.11 |
| 4/23/07 | $2,270.45 | BRITTANY K MAHER | $2,270.45 | 5/29/07 | $2,270.45 |
| 4/27/07 | $720.51 | LIGHTHOUSE LEGAL COPY, | $720.51 | 6/27/07 | $720.51 |
| 4/30/07 | $18,424.09 | PINNACLE | $18,424.09 | 6/27/07 | $18,424.09 |
| 5/9/07 | $1,031.67 | LIGHTHOUSE LEGAL COPY, | $1,031.67 | 6/27/07 | $1,031.67 |
| 5/30/07 | $1,828.58 | BRITTANY K MAHER | $1,828.58 | 8/28/07 | $1,828.58 |
| 6/1/07 | $5,000.89 | LIGHTHOUSE LEGAL COPY, | $5,000.89 | 8/28/07 | $5,000.89 |
| 6/4/07 | $1,911.96 | BRITTANY K MAHER | $1,911.96 | 8/28/07 | $1,911.96 |
| 6/18/07 | $2,095.18 | BRITTANY K MAHER | $2,095.18 | 8/28/07 | $2,095.18 |
| 10/15/07 | $1,859.11 | BRITTANY K MAHER | $1,859.11 | 11/28/07 | $1,859.11 |
| 11/14/07 | $14,613.75 | PINNACLE | $14,613.75 | 12/27/07 | $14,613.75 |
| 11/14/07 | $13,477.13 | PINNACLE | $13,477.13 | 12/27/07 | $13,477.13 |
| 11/14/07 | $9,742.50 | PINNACLE | $9,742.50 | 6/27/08 | $9,742.50 |
| 11/14/07 | $3,247.50 | PINNACLE | $3,247.50 | 6/27/08 | $3,247.50 |
| 11/14/07 | $15,588.00 | PINNACLE | $15,588.00 | 12/27/07 | $15,588.00 |
| 11/14/07 | $11,041.50 | PINNACLE | $11,041.50 | 6/27/08 | $11,041.50 |
| 11/14/07 | $12,827.63 | PINNACLE | $12,827.63 | 2/29/08 | $12,827.63 |
| 11/20/07 | $1,430.47 | BRITTANY K MAHER | $1,430.47 | 12/27/07 | $1,430.47 |
| 11/20/07 | $811.88 | PINNACLE | $811.88 | 12/27/07 | $811.88 |
| 11/30/07 | $243.54 | PINNACLE | $243.54 | 12/27/07 | $243.54 |
| 12/6/07 | $1,429.98 | PINNACLE | $1,429.98 | 3/27/08 | $1,429.98 |
| 12/7/07 | $2,913.01 | PINNACLE | $2,913.01 | 3/27/08 | $2,913.01 |
| 12/13/07 | $8,232.41 | PINNACLE | $8,232.41 | 3/27/08 | $8,232.41 |
| 12/17/07 | $1,234.16 | PINNACLE | $1,234.16 | 3/27/08 | $1,234.16 |
| 1/3/08 | $2,996.36 | PINNACLE | $2,996.36 | 3/27/08 | $2,996.36 |
| 1/4/08 | $244.82 | PINNACLE | $244.82 | 3/27/08 | $244.82 |
| 1/7/08 | $1,183.68 | BRITTANY K MAHER | $1,183.68 | 2/29/08 | $1,183.68 |
| 1/16/08 | $3,668.06 | LIGHTHOUSE LEGAL COPY, | $3,668.06 | 3/28/08 | $3,668.06 |
| 1/31/08 | $5,061.12 | THE MEDLEH GROUP | $5,061.12 | 8/28/08 | $5,061.12 |
| 2/4/08 | $7,312.29 | PINNACLE | $7,312.29 | 3/28/08 | $7,312.29 |
| 2/8/08 | $538.26 | PINNACLE | $538.26 | 3/28/08 | $538.26 |
| 2/11/08 | $366.87 | PINNACLE | $366.87 | 3/28/08 | $366.87 |
| 2/29/08 | $1,109.55 | GREGORY DERRELL MAY | $1,109.55 | 3/28/08 | $1,109.55 |
| 3/3/08 | $1,482.07 | BRITTANY K MAHER | $1,482.07 | 3/28/08 | $1,482.07 |
| 3/6/08 | $21.91 | CLASSIC LEGAL | $21.91 | 4/29/08 | $21.91 |
| 3/6/08 | $71.10 | CLASSIC LEGAL | $71.10 | 4/29/08 | $71.10 |
| 3/13/08 | $1,961.89 | BRITTANY K MAHER | $1,961.89 | 4/29/08 | $1,961.89 |
| 3/31/08 | $2,792.70 | THE MEDLEH GROUP | $2,792.70 | 5/29/08 | $2,792.70 |
| 4/23/08 | $6,834.24 | THE MEDLEH GROUP | $6,834.24 | 6/27/08 | $6,834.24 |
| 5/18/08 | $1,724.88 | BRITTANY K MAHER | $1,724.88 | 6/27/08 | $1,724.88 |
| 7/7/08 | $1,060.20 | THE MEDLEH GROUP | $1,060.20 | 8/28/08 | $1,060.20 |
| 7/14/08 | $1,488.65 | LIGHTHOUSE LEGAL COPY, | $1,488.65 | 8/28/08 | $1,488.65 |
| 9/12/08 | $253.60 | PINNACLE | $253.60 | 11/25/08 | $253.60 |
| 10/27/08 | $2,521.41 | BRITTANY K MAHER | $2,521.41 | 11/25/08 | $2,521.41 |
| 11/19/08 | $1,082.50 | PINNACLE | $1,082.50 | 1/30/09 | $1,082.50 |

WFB-MK641369

| Date | Amount | Payee | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/10/08 | $2,364.55 | BRITTANY K MAHER | $2,364.55 | 12/30/08 | $2,364.55 |
| 12/15/08 | $2,246.43 | GREGORY DERRELL MAY | $2,246.43 | 1/30/09 | $2,246.43 |
| 1/15/09 | $54.99 | PINNACLE | $54.99 | 2/26/09 | $54.99 |
| 1/26/09 | $51.96 | PINNACLE | $51.96 | 2/26/09 | $51.96 |
| 2/9/09 | $2,019.49 | BRITTANY K MAHER | $2,019.49 | 3/31/09 | $2,019.49 |
| 3/4/09 | $681.16 | DOUGLAS M GOLDRICK | $681.16 | 4/29/09 | $681.16 |
| 4/16/09 | $1,826.42 | GREGORY DERRELL MAY | $1,826.42 | 5/29/09 | $1,826.42 |
| 4/20/09 | $892.70 | GREGORY DERRELL MAY | $892.70 | 5/29/09 | $892.70 |
| 4/22/09 | $1,850.20 | BRITTANY K MAHER | $1,850.20 | 5/29/09 | $1,850.20 |
| 5/20/09 | $2,038.27 | DAY PITNEY, LLP | $2,038.27 | 6/30/09 | $2,038.27 |
| 6/29/09 | $4,975.00 | RENE F. BELL | $4,975.00 | 9/29/09 | $4,975.00 |
| 7/8/09 | $123.19 | PINNACLE | $123.19 | 9/29/09 | $123.19 |
| 9/8/09 | $3,600.93 | SANDERS, GALE & | $3,600.93 | 1/27/10 | $3,600.93 |
| 9/9/09 | $1,719.43 | BRITTANY K MAHER | $1,719.43 | 10/29/09 | $1,719.43 |
| 9/9/09 | $1,475.52 | SANDERS, GALE & | $1,475.52 | 1/27/10 | $1,475.52 |
| 9/11/09 | $1,860.12 | BRITTANY K MAHER | $1,860.12 | 10/29/09 | $1,860.12 |
| 9/14/09 | $1,912.78 | PINNACLE | $1,912.78 | 12/29/09 | $1,912.78 |
| 9/15/09 | $1,729.81 | SANDERS, GALE & | $1,729.81 | 1/27/10 | $1,729.81 |
| 9/17/09 | $3,000.00 | WATERSTONE CAPITAL ADV | $3,000.00 | 1/27/10 | $3,000.00 |
| 9/21/09 | $86.34 | PINNACLE | $86.34 | 12/29/09 | $86.34 |
| 9/21/09 | $393.06 | PINNACLE | $393.06 | 12/29/09 | $393.06 |
| 9/21/09 | $183.08 | PINNACLE | $183.08 | 12/29/09 | $183.08 |
| 9/23/09 | $276.73 | PINNACLE | $276.73 | 12/29/09 | $276.73 |
| 9/24/09 | $2,594.61 | BRITTANY K MAHER | $2,594.61 | 10/29/09 | $2,594.61 |
| 9/24/09 | $1,075.67 | JOHN N DINAN | $1,075.67 | 10/29/09 | $1,075.67 |
| 9/25/09 | $302.29 | SCHEEF & STONE, LLP | $302.29 | 1/27/10 | $302.29 |
| 10/13/09 | $139.04 | PINNACLE | $139.04 | 1/27/10 | $139.04 |
| 11/25/09 | $2,738.95 | LIGHTHOUSE LEGAL COPY, | $2,738.95 | 1/27/10 | $2,738.95 |
| 11/30/09 | $842.00 | HENJUM GOUCHER | $842.00 | 1/27/10 | $842.00 |
| 12/1/09 | $491.89 | LIGHTHOUSE LEGAL COPY, | $491.89 | 1/27/10 | $491.89 |
| 12/11/09 | $3,000.00 | CB RICHARD ELLIS | $3,000.00 | 1/27/10 | $3,000.00 |
| 12/14/09 | $377.89 | BRANDON SMITH | $377.89 | 2/23/10 | $377.89 |
| 12/15/09 | $159.00 | BRANDON SMITH | $159.00 | 2/23/10 | $159.00 |
| 12/18/09 | $387.45 | EVANS REPORTING SERVICE | $387.45 | 4/29/10 | $387.45 |
| 12/21/09 | $1,688.58 | BRITTANY K MAHER | $1,688.58 | 1/27/10 | $1,688.58 |
| 12/22/09 | $212.27 | BRANDON SMITH | $212.27 | 2/23/10 | $212.27 |
| 12/22/09 | $707.55 | BRANDON SMITH | $707.55 | 2/23/10 | $707.55 |
| 12/31/09 | $979.66 | EQUIVALENT DATA | $979.66 | 4/29/10 | $979.66 |
| 1/25/10 | $794.56 | LIGHTHOUSE LEGAL COPY, | $794.56 | 4/29/10 | $794.56 |
| 3/8/10 | $1,343.45 | HENJUM GOUCHER REPORT | $1,343.45 | 8/13/10 | $1,343.45 |
| 3/29/10 | $1,785.25 | GREGORY DERRELL MAY | $1,785.25 | 5/27/10 | $1,785.25 |
| 3/29/10 | $1,598.95 | GREGORY DERRELL MAY | $1,598.95 | 5/27/10 | $1,598.95 |
| 4/17/10 | $68.97 | BRITTANY K MAHER | $68.97 | 5/27/10 | $68.97 |
| 9/1/10 | $86.30 | BRITTANY K MAHER | $86.30 | 10/28/10 | $86.30 |
| 10/5/10 | $1,422.69 | BRITTANY K MAHER | $1,422.69 | 12/15/10 | $1,422.69 |
| 10/7/10 | $630.31 | GREGORY DERRELL MAY | $630.31 | 12/15/10 | $630.31 |
| 11/9/10 | $1,252.13 | BRITTANY K MAHER | $1,252.13 | 2/15/11 | $1,252.13 |
| 11/12/10 | $766.35 | GREGORY DERRELL MAY | $766.35 | 2/15/11 | $766.35 |
| 11/22/10 | $1,541.40 | TRAILGRAPHIX, INC. | $1,541.40 | 2/15/11 | $1,541.40 |
| 5/13/11 | $648.75 | HENJUM GOUCHER REPORT | $648.75 | 8/30/11 | $648.75 |
| 5/14/11 | $27.58 | SPECIAL DELIVERY SERVICE | $27.58 | 8/30/11 | $27.58 |
| 5/18/11 | $405.47 | CSC, INC. | $405.47 | 1/17/12 | $405.47 |
| 5/18/11 | $114.28 | CSC, INC. | $114.28 | 1/17/12 | $114.28 |
| 5/23/11 | $2,258.36 | BRITTANY K MAHER | $2,258.36 | 8/30/11 | $2,258.36 |
| 5/23/11 | $2,600.83 | GREGORY DERRELL MAY | $2,600.83 | 8/31/11 | $2,600.83 |
| 5/24/11 | $990.49 | TRAILGRAPHIX, INC. | $990.49 | 8/30/11 | $990.49 |
| 7/11/11 | $2,321.76 | GREGORY DERRELL MAY | $2,321.76 | 9/30/11 | $2,321.76 |
| 9/10/11 | $98.94 | CSC, INC. | $98.94 | 3/14/12 | $98.94 |
| 4/1/12 | $881.83 | GREGORY DERRELL MAY | $881.83 | 6/29/12 | $881.83 |
| 5/14/12 | $1,248.81 | GREGORY DERRELL MAY | $1,248.81 | 6/29/12 | $1,248.81 |
| 9/7/12 | $1,389.46 | GREGORY DERRELL MAY | $1,389.46 | | |
| 10/1/12 | $15.80 | ALICIA D NEWSOME | $15.80 | | |
| 10/1/12 | $70.94 | GREGORY DERRELL MAY | $70.94 | | |
| 9/27/12 | $31,274.25 | EMPIRICAL CREATIVE, LLC | $31,274.25 | | |
| 12/19/12 | $11,089.59 | EMPIRICAL CREATIVE, LLC | | | |
| | $337,338.53 | | $326,248.94 | | $293,498.49 |

WFB-MK641370