# ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: acampbell
Vendor Name: DOUGLAS M GOLDRICK
Invoice No.: Goldr-11142005

Batch Control #: BATCH001514
Vendor #: 02485
Invoice Date: 11/16/2005

| Loan Number | | | Expense Category | | Loan | | | Invoice Number | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (57) Travel Expense | | S | 13059 | csa00 | 00176 | SALOMON 2000-C2 | $1,798.82 |

$1,798.82

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix
Manager's Approval: D Goldrick See Attached
Add'l Approval: B Martin
Add'l Approval: _____ Date: _____
Add'l Approval: _____ Date: _____
Add'l Approval:
Add'l Approval:

Page 1 of 1

WFB-MK640788

# ORIX CAPITAL MARKETS, LLC
## EMPLOYEE EXPENSE STATEMENT

Effective: 5/12/2004

| NAME (PLEASE PRINT) | | PURPOSE OF TRIP: | Diamond Point #19000295 |
|---|---|---|---|
| Doug Goldrick | | | SBMS2000C2 |
| PHONE | DATE | | 513-Borrower/Lgl Conf/Bkrptcy Mtg |
| 2223 | 11/16/2005 | CHARGE COST TO: | BUS. SEGMT CRG.20 | CONTRACT 00176 |

### CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | TOTAL | $ - |
| | | | | | 61501 |

### TRAVEL, MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE | FILM & PROCESSING | MISC.1 | MISC.2 | PURPOSE OF TRIP: (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/2005 | 178.08 | | 17.84 | 6.42 | 15.26 | 1,418.40 | 32.00 | | 1.00 | 27 | | 2.00 | | mileage=home to airport less home to office |
| 11/15/2005 | | | | | 10.00 | | 32.00 | | 57.63 | 27 | | 2.00 | | |
| TOTAL | $178.08 | $ - | $17.84 | $6.42 | $25.26 | $1,418.40 | $64.00 | $ - | $58.63 | $26.19 | $ - | $4.00 | $ - | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** | |

I certify that this statement accurately describes the actual and necessary expenses incurred by me while engaged in OCM business.

Employee's Signature _____ Date 11/16/05

Manager Approval _____ Date 11/18/05

| | Billable ? | Total | Billable $ | Enter for each allocation used BUS. SEGM. | CONTRACT |
|---|---|---|---|---|---|
| | Enter "13052" | | | | |
| | 13052 | $1,798.82 | $ - | CRG20 | 00176 |
| | | $ - | $ - | | |
| | | $ - | $ - | | |
| | | $ - | $ - | | |

| SUMMARY OF EXPENSE: | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 178.08 | | 49.52 | 1,482.40 | | 58.63 | 26.19 | | 4.00 | |
| TOTAL REPORT = $1,798.82 | | | | | | | | | | | |
| ****Description: | | | | | | | Misc.1 | | | | |
| | | | | | | | Misc.2 | | | | |

Enter the amount of the above total to be charged for each of the allocations:

| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allocation 1: | | 178.08 | | 49.52 | 1,482.40 | | 58.63 | 26.19 | | 4.00 | |
| Allocation 2: | | | | | | | | | | | |
| Allocation 3: | | | | | | | | | | | |
| Allocation 4: | | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | | |
| Remainder | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| SUBTOT: | | | | | | | | | | | |

* Enter miles. Total column will compute at $.37.5 / mile.
** Enter account number or leave for A/P to code from description.
*** Tips
(Put only one type of expense in each Misc. column.)

Note: Boxes in gray background are populated by formula.

### INSTRUCTIONS:
To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form.
To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input "13052" in the "Billable ?" column of the "Remainder" row located at the very bottom of this form. (The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but "13502" is always used to bill the servicing advances.)
To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If billable fill in "13052". Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK640789

11/14/05 Deposition of Michael Konover
Re: Diamond Point.

11/15/05 Bellman     $2.00
11/16/05 Skycap    + $2.00

miles



# THE GOODWIN HOTEL
Goodwin Square, One Haynes Street
Hartford, CT 06103

Douglas Goldrick
1717 Main St
11018 Listi Drive
Dallas, Tx, 75238

Guest:

Group:
Cashier:26/  Time:08:52:40

Arrival: 11/14/05
Departure: 11/15/05
Room: 209
Rate: $159.00
Folio: 70779
Page: 1
AR#:

| Date | Charge Description | | Charge | Credit |
|---|---|---|---|---|
| 11/14/05 | In-Room Dining | #209 : 0063 | 15.26 | |
| 11/14/05 | *Room Charge | | 159.00 | |
| 11/14/05 | Room Tax | *Room Charge | 19.08 | |
| 11/15/05 | Pierpont's Dining | #209 : 0025 | 17.84 | |
| 11/15/05 | Mastercard | XXXXXXXXXXXX1534 | | 211.18 |
| | | | $211.18 | $211.18 |

Balance: $0

Signature: _____

I agree that I am personally liable for the payment of this account and if the person, company or association indicated does not settle within a reasonable period, my liability for payment should be joint and several with such person, company or association
if you have questions about your bill, please contact us at:
Telephone 860-246-7500, Fax 860-247-4576.

WFB-MK640791

Goldrick, Doug

**From:** FreedomPark [reservations@freedomparkdfw.com]
**Sent:** Wednesday, November 16, 2005 6:35 AM
**To:** Goldrick, Doug
**Subject:** Airport Parking Receipt

Freedom Park
Airport Valet Services
Airport Parking Receipt

| Control | Customer Name | Departure Date: | Return Date: | Total Charge: |
|---|---|---|---|---|
| 130891 | Doug Goldrick | 11/14/2005 | 11/15/2005 | $57.63 |

| Description | Qty | Rate | PreTax | Sales Tax | Total |
|---|---|---|---|---|---|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $47.63 |
| Gratuity | 0 | $0.00 | $0.00 | $0.00 | $10.00 |

Your charges have been billed to your credit card that ends with 1534.
Should you have any questions about these charges, please call us at
972-252-2500.

THANK YOU FOR USING FREEDOMPARK

*** NEW FREEDOMPARK SERVICE FEATURE EFFECTIVE THURSDAY OCTOBER 19,1005:
FreedomPark will send a text message to your cell phone approximately 60
minutes prior to your departure, confirming your reservation and providing
you with your departure gate. Prior to your return flight Fre-------
again send a message to your phone confirming your return ga
indicating the exact crosswalk where your valet will be wai
Please advise us if you prefer not to receive these messag'

FreedomPark, L.P.
5100 West Airport Freeway
Suite 200
Irving, TX   75062
reservations
(972) 252-2500
toll free
866-parkDFW
fax
(972) 894-0009
freedomparkdfw.com

---

WICKED GOOD SUBS II

0159   TABLE 996   #Party 1
ANGELICA S  SvrCk: 28  13:04 11/15/05

1 Chicken Club, wheat          7.54
  m Fountain Drink             1.88

                  Sub Total:   9.42
                       Tax:    0.58
                  Sub Total:   ▓▓▓
11/▓▓ 13:04 TOTAL:    10   ▓

         THANK YOU
    PLEASE COME AGAI ▓

---

AU BON PAIN
GATE 5 DFW AIRF

529 EDGAR        SU 03
ORDR 519         NOV14'05 12:22PM
      *TO GO*
1 TUR/SWISS SAND       5.99
  CASH                20.00
  SUBTOTAL             5.99
  TAX                  0.43
  ▓ ▓ ▓ ▓              6.42
                       ▓.5▓

---

DALLAS/FORT WORTH
INT'L AIRPORT
*** Thank you ***
Entr: 17:12 11/15/05 Lane # 13
Exit: 17:58 11/15/05 Lane # 57 C.# 737
License Plate TX H99NEZ  ▓▓▓ 4517
-Taxes Included- $0001.00 Cash

**WFB-MK640792**



## Goldrick, Doug

**From:** American.Airlines@aa.com [notify@aa.globalnotifications.com]
**Sent:** Wednesday, November 09, 2005 12:42 PM
**To:** Goldrick, Doug
**Subject:** E-Ticket Confirmation







**DOUGLAS M GOLDRICK**

Date of Issue: 09NOV05

E-Ticket Confirmation/Record Locator: MBFBJS

▶Itinerary

▶Receipt

### Actions
▶ Notify me of flight delays or cancellations

### Special Notice
▶ Fare Notice



Thank you for choosing American Airlines/American Eagle, a member of the oneworld Alliance.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, log on to AA.com or go to the link http://www.aa.com/airportexpectations.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using FLIGHT CHECK-IN at AA.COM between 1 and 24 hours prior to flight time. You may also use the SELF SERVICE CHECK-IN machine at the airport 1 to 12 hours prior to flight time on your day of departure. Use the E-Ticket confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport. See the ENDORSEMENT section below for fare rules pertaining to your ticket.

### Itinerary

*12:00 - 12:15*

| Date: | 14NOV - MONDAY | | |
|---|---|---|---|
| Flight: | AMERICAN AIRLINES | 1258 | *#2211 Flight # 1:58 - 5:04* |
| Departure: | DALLAS FT WORTH | 1:12 PM | |
| Arrival: | HARTFORD SPRNGFLD | 5:21 PM | |
| | DOUGLAS GOLDRICK | | |
| | ECONOMY | FF#: AA 8646MF4 PLT | FOOD FOR PURCHASE |

11/9/2005

**WFB-MK640793**

| Date: | 15NOV - TUESDAY | | | |
|---|---|---|---|---|
| Flight: | AMERICAN AIRLINES | 1247 | | |
| Departure: | HARTFORD SPRNGFLD | 6:06 PM | | |
| Arrival: | DALLAS FT WORTH | 9:06 PM | | |
| | DOUGLAS GOLDRICK | | | |
| | SEAT 22D   COACH | FF#: AA 8646MF4 PLT | | FOOD FOR PURCHASE |

[Book a Hotel]   [Book a Car]

### Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| DOUGLAS GOLDRICK | 0012142484133 | 1300.47 | 117.93 | 1418.40 |
| Payment Type: Master Card XXXXXXXXXXXX1534 | | | | Total: $1,418.40 |



AA.com for travel on American Airlines, American Eagle and American Connection can earn up to 1,000 AAdvantage Bonus Miles! For more details, go to www.aa.com/bonus."

Now you can use your miles to book the most popular AAdvantage travel award online. Just select the "Redeem Miles link" at http://www.aa.com/content/utility/redeemMiles.jhtml.

TERMS and CONDITIONS of CARRIAGE-

A summary of Terms and Conditions applicable to your travel is available at www.aa.com or on ticket jackets which are available at any American Airlines ticket office.
http://www.aa.com/conditionsofcarriage.

For flight segments wholly within the Domestic U.S., print your boarding pass at home or the office and get through the airport faster. Check-in online at AA.com.

NRID: 2:

**EDIE'S TAXI, INC.**

(860) 558-4825 (mobile)
(860) 570-1129 (office)
(860) 232-6957 (fax)

CAB NO. _1_  Date _11.15.05_
FARE  $ _28_
WAITING IN ____ Hr.
TIME OUT ____ Hr. $ ___
TIP _4_  $ _32_
                  $ TOTAL  _32.00_
FROM: _Hartford_
TO: _Airport_

Driver's signature

BRADLEY    TERMINAL B
INTERNATIONAL TAXICAB VOUCHER
AIRPORT    No. 2265966

Connecticut Department
of Transportation

Day: Mon   Date: NOV 14, 2005

No. Passengers: 1

Time: 05:45PM   Fare: $28.00

Taxicab Company : VERNON/ACE

License Plate No: 172

Destinations
HARTFORD                          CT
                       $32.00

GRATUITIES ARE NOT INCLUDED.

FOR RECEIPT, HAVE DRIVER SIGN
BELOW

_____

Driver Signature

_____

FOR DRIVER ONLY

11/9/2005

WFB-MK640795

## Goldrick, Doug

**From:** travel@expedia.com
**Sent:** Wednesday, November 09, 2005 1:58 PM
**To:** Goldrick, Doug
**Subject:** Expedia travel confirmation - Hartford, CT - Nov 14, 2005 - (Itin# 114575378315)

## Travel Confirmation

Thank you for booking your trip with Expedia.com. View this itinerary online for the most up-to-date information. Our interactive demo can show you how easy it is to get information about your itinerary.

Need a hotel or a car or an activity or service in Hartford? Here are some options we've found for you.
- Car Rental - Economy  Midsize  Full Size
- Activities & Services - Sightseeing  Dining options  Ground transportation  Attraction passes

- Add another hotel
- Search for more cars
- Search for more activities & services
- Add a flight
- Receive Expedia.com newsletters

### Hotel: Hartford

**Reservation has been confirmed by The Goodwin Hotel.** Your reservation is guaranteed with your credit card. If your plans change, you must cancel or change your hotel reservation in accordance with the hotel cancellation policy to avoid a no-show charge. Please refer to the cancellation and change policies listed below

Expedia.com itinerary number: 114575378315
Expedia.com booking ID: 174237101 (12)
Hotel confirmation number: 21391276

Main contact: Douglas M Goldrick
E-mail: dgoldrick@orixcm.com
Home phone: (214) 403-2718

### Traveler and cost summary

Room/unit rate

Reserved for:
Douglas Goldrick        Hotel: 1 adult    AAA Member Rate Deluxe Room/ 1 King Bed        $159.00 per night

Taxes may or may not be included in total
Total        $159.00

**Frequent Traveler Plan**
American AAdvantage

**Membership number**
8646mf4

### Hotel summary

Mon Nov-14-2005 (1 night)

### The Goodwin Hotel

1 Haynes St
Hartford, CT 06103
USA

Check in: Mon Nov-14-2005
Check out: Tue Nov-15-2005

For reservation questions and other information contact the hotel:
Tel: 1 (860) 246-7500   Fax: 1 (860) 247-4576

Hotel class: ★★★½   More lodging info

Unless specified otherwise, rates are quoted in US dollars.

The price shown above DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The lodging will assess these fees, charges, and surcharges upon check-out.

11/9/2005

WFB-MK640796

If a late check in is planned, contact this lodging directly for their late check-in policy.

## Hotel rules and restrictions
### Property policies
- Your credit card is used to guarantee your reservation.
  #### Pricing and payment
  - If rates are listed below, they may be quoted in the currency of the country where the lodging is located.
  - 159.00 USD PER NIGHT STARTING 14NOV FOR 1 NIGHTS.
- If you cancel or change your plans, please cancel your reservation in accordance with the hotel's cancellation policies to avoid a no-show charge.
  #### Cancellations and changes
  - CANCELLATION MUST BE RECEIVED 24 HOURS PRIOR TO ARRIVAL LOCAL TIME TO AVOID PENALTY

## What else can we help you with?

### Save on hotels
→ Add another hotel

### Save on cars in Hartford



At the airport:
- Economy
- Midsize
- Full Size

→ Search for more cars

### Save on Activities & Services in Hartford



- Sightseeing
- Dining options
- Ground transportation
- Attraction passes

→ Search for more activities & services

### Add a flight

### Receive Expedia.com newsletters

---

## Customer Support
**Itinerary number: 114575378315**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours. For immediate assistance call Expedia.com at 1-800-EXPEDIA or 1-404-728-8787 and have the itinerary number ready.

Thank you for choosing Expedia.com
Don't Just Travel. Travel Right. http://www.expedia.com

11/9/2005

WFB-MK640797