# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

| | |
|---|---|
| Requestor: | tggleslson |
| Vendor Name: | BRITTANY KAY GLASSIE |
| Invoice No.: | GLASS60406 |

| | |
|---|---|
| Batch Control #: | BATCH-0022221 |
| Vendor #: | 03150 |
| Invoice Date: | 06/12/2006 |

| Loan Number | Property Number | Fund ID | Expense Category | Src Servicing Inv/SubCode | GL ACCOUNT NUMBER Account Class Contract XX-XX-XXX-XXXX | Deal Name | AMOUNT (Less Comms and Deductions) |
|---|---|---|---|---|---|---|---|
| 190000265 | 0 | | Both | (57) Travel Expense | S. Deficiency 13059 - CHG20 - 00176 | SALOMON 2000-C2 | $2,377.89 |
| | | | | | | | $2,377.89 |

*(handwritten: Da K)*

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | | |
| Add'l Approval: | Date: | |
| Add'l Approval: | Date: | |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640798

ORIX CAPITAL MARKETS, LLC

# EMPLOYEE EXPENSE STATEMENT

Effective: 5/17/2004

NAME (PLEASE PRINT): Brittany Classe
PHONE: 2048

DATE: 6/12/2006

PURPOSE OF TRIP: Diamond Point-190002295
CHARGE COST TO: 5BMS20002 5717cowl

| | | | | | | BUS. SEGM. CONTRACT |
| --- | --- | --- | --- | --- | --- | --- |
| COMPANY | | | CRG20 | 00176 | | |

NATURE OF BUSINESS DISCUSSED

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO. | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE | FILM & PROCESSING | MISC.1*** | MISC.2** | PURPOSE OF TRIP (if different from above description) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6/4/2006 | 144.48 | | | 7.18 | 68.40 | 1,134.60 | 80.00 | | | | | | | dinner/Brittany and Kim Goldberg w/gf counsel |
| 6/5/2006 | 144.48 | | | | | | | | | | | | | lunch+Brittany and Kim Goldberg w/gf counsel |
| 6/6/2006 | 144.48 | | | 19.83 | | | 10.00 | | | | | 20.00 | | lunch/Brittany and Kim Goldberg w/gf counsel |
| 6/7/2006 | 144.48 | | | 35.21 | 26.78 | | 45.00 | | | | | | | lunch/Brittany and Kim Goldberg w/gf counsel |
| 6/8/2006 | 189.26 | | | | 32.17 | | | 139.02 | | | | 10.00 | | |
| 6/9/2006 | | | | 8.60 | | | | | | | | | | |

| TOTAL | $ 767.20 | $ - | $ - | $ 70.72 | $ 123.35 | $ 1,134.60 | $ 115.00 | $ - | $ 139.02 | $ - | $ - | $ 30.00 | $ - | TOTAL $ - |

I certify that this statement accurately describes the actual and necessary expenses incurred by me while engaged in OCM business.

Employee's Signature _____  Date _____
Manager Approval _____  Date _____

## SUMMARY OF EXPENSE:

| | Business Entertain. | Room | Phone | Travel Meals | Pers. Taxi | Rental Car & Gas | Parking & Tolls | Mileage | Film & Processing | Misc.1 | Misc.2 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** |

TOTAL REPORT = $ 2,377.89    ***Description:

| Enter 13052* | Total Billable $ | Enter for each allocation/contract: | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 13052 | 2,377.89 | BUS. SEGM. CONTRACT CRG20 00176 | | | | | | | | | |
| | | Allocation 1: 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** ENTER** |
| | | Allocation 2: | 767.20 | | 194.07 | 1,247.00 | | 139.02 | | 30.00 | |
| | | Allocation 3: | | | | | | | | | |
| | | Allocation 4: | | | | | | | | | |
| | | Allocation 5: | | | | | | | | | |
| | | Remainder | | | | | | | | | |

| Enter ? / Total | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

### INSTRUCTIONS:

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and put 13052 in the "Billable ?" column at the "Remainder" row located at the very bottom of this form.

(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but 13052 is always used to bill the servicing advances.)

To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If billable fill in 13052. Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

Note: Boxes in gray background are populated by formula.

* Enter miles. Total column will compute at $.445/ mile.
** Enter account number or leave for A/P to code from description.

Misc. 1
Misc. 2
(Put only one type of expense in each Misc. column.)

WFB-MK640799

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: teggleston
Vendor Name: One Stop Copy Shop, LLC
Invoice No.: 06-8287

Batch Control #: BATCH002221
Vendor #: 04665
Invoice Date: 06/22/2006

| Loan Number | Property Number | Remit To | Invoice Category | SS SubCub | Special SubCub | GL/ACCOUNT NUMBER Accounting Unit = Sep = Contract XXXX = XXXXX = XXXXX | Deal Name | AMOUNT (Less Commission/Discount) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $4,231.56 |
| | | | | | | | | $4,231.56 |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval:

Add'l Approval: _See Attached_

Add'l Approval: Date:

Add'l Approval: Date:

Add'l Approval:

Add'l Approval:

Page 1 of 1

WFB-MK640800

# *ONE Stop Copy Shop*

## Invoice

**750 Main Street**
**Suite 300**
**Hartford, CT 06103**

Phone # (860) 722-9992
Fax # (860) 722-9507

| Date | Invoice # |
|------|-----------|
| 6/22/2006 | 06-8287 |

| Bill To |
|---------|
| Winstead, Sechrest & Minick
919 Milan
Suite 2400
Houston, TX 77002 |

| Ordered By | Rep | Terms | Reference |
|------------|-----|-------|-----------|
| Kimberly G. | BF | Net 15 | KMC/Peerless |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Document Scanning | 30,708 | 0.12 | 3,684.96T |
| Digital Bates Label | 30,708 | 0.01 | 307.08T |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO DEP
REIMB BY: B T BAT NONREIMB
LOAN NO.:
POOL NAME:

Tax ID- 61-1418869

*A finance charge of 1.5% will be added to all invoices over 30 days.*

| Sales Tax (6.0%) | $239.52 |
|------------------|---------|
| **Total** | $4,231.56 |

WFB-MK640801

# OrIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requester: leggleston

Vendor Name: One Stop Copy Shop, LLC

Invoice No.: 06-8377

Batch Control #: BATCH002221

Vendor #: 04665

Invoice Date: 06/30/2006

| Loan Number | Property Number | Reimb (R or B) | Expense Category | Svc Ind | Servicing Stip Code | GL Account Number Account Unit Acct Object Acct XXXX - XXX - XX - XXXX | Rest Name | AMOUNT (Use Comma and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $4,845.87 |
| | | | | | | | | $4,845.87 |

Page 1 of 1

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval:

Add'l Approval:     See Attached

Add'l Approval:     Date:

Add'l Approval:     Date:

Add'l Approval:

Add'l Approval:

WFB-MK640802

# *ONE Stop Copy Shop*

**750 Main Street**
**Suite 300**
**Hartford, CT 06103**

Phone # (860) 722-9992
Fax # (860) 722-9507

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2006 | 06-8377 |

| Bill To |
|---|
| Winstead, Sechrest & Minick |
| 919 Milan |
| Suite 2400 |
| Houston, TX 77002 |

| Ordered By | Rep | Terms | Reference |
|---|---|---|---|
| Kimberly G | BF | Net 15 | KMC/Peerless |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Document Scanning | 35,166 | 0.12 | 4,219.92T |
| Bates Labels | 35,166 | 0.01 | 351.66T |
| | | | |
| Crates 6-10 | | | |

INVOICE APPROVED BY: *(handwritten)*
DATE: *(handwritten)*
EXPENSE TYPE: *(handwritten)*
SERVICING: LOAN REO OED
REIMB BY: B T NONREIMB
LOAN NO.: 19-000025
POOL NAME: *(handwritten)*

| Tax ID- 61-1418869 | | Sales Tax (6.0%) | $274.29 |
|---|---|---|---|

*A finance charge of 1.5% will be added to all invoices over 30 days.*

**Total** — **$4,845.87**

WFB-MK640803

hhfax

12:55:59
WFB-MK640804.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | One Stop Copy Shop, LLC |
| Invoice No.: | 06-8453 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 04665 |
| Invoice Date: | 07/12/2006 |

| Loan Number | Property Number | Remit By | Expense Category | Svc Type Ind | Svc Start/End Date | GL ACCOUNT NUMBER Account Bus Sector Contract XXXX - XXXX - XXXX | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $6,996.64 |
| | | | | | | | | $6,996.64 |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| | |
|---|---|
| Manager's Approval: | |
| Add'l Approval: | See Attached |
| Add'l Approval: | Date: |
| Add'l Approval: | Date: |
| Add'l Approval: | |
| Add'l Approval: | |

Page 1 of 1

WFB-MK640804

# *ONE Stop Copy Shop*

**750 Main Street**
**Suite 300**
**Hartford, CT 06103**

Phone # (860) 722-9992

Fax # (860) 722-9507

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/12/2006 | 06-8453 |

*OK to add to epicore*

| Bill To |
|---------|
| Winstead, Sechrest & Minick |
| 919 Milan |
| Suite 2400 |
| Houston, TX 77002 |

| Ordered By | Rep | Terms | Reference |
|------------|-----|-------|-----------|
| Kim Goldberg | BF | Net 15 | Peerless |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Document Scanning | 49,620 | 0.12 | 5,954.40T |
| Digital Bates Label | 49,620 | 0.01 | 496.20T |
| CD Creation | 2 | 50.00 | 100.00T |
| Shipping Fees | 2 | 25.00 | 50.00T |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:   LOAN   REO   DEP
REIMB BY:   B   T   O   NONREIMB
LOAN NO.:
POOL NAME:

Tax ID- 61-1418869

*A finance charge of 1.5% will be added to all invoices over 30 days.*

| | |
|---|---|
| Sales Tax (6.0%) | $396.04 |
| **Total** | $6,996.64 |

WFB-MK640805

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: Eggleston
Vendor Name: COPY CORP OF HOUSTON
Invoice No.: 0038505-IN

Batch Control #: BATCH002221
Vendor #: 02752
Invoice Date: 07/18/2006

| Loan Number | Expense/Refund Number | Paid By | Expense Category | G/L Account Number Sub Code — Account — Sub — Contract | Doc Name | Amount (Use Commas and Decimals) |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,404.38 |
| | | | | | | $1,404.38 |

Page 1 of 1

## SPECIAL INSTRUCTIONS

See Attached

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix.

| | | |
|---|---|---|
| Manager's Approval: | B Glassie | |
| Add'l Approval: | Makes 8-23 | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640806

# C²Legal

## Digital Document Management

**Invoice**

Invoice Number: 0038505-IN
Invoice Date: 7/18/2006

1001 Fannin, STE M-162
Houston, Texas 77002
(713)651-8007 Phone
(713)651-9750 Fax

**Sold To:**
Winstead, Sechrest & Minick
910 Travis
Suite 2400
Houston, TX 77002

*Madness*

**Remit to:**
C2 Legal of Houston
1001 Fannin
Suite M-162
Houston, TX 77002
(713) 651-8007

| Client Matter # | Job # | | Customer Name | | Salesperson | |
|---|---|---|---|---|---|---|
| Orix | | | Kim Goldberg | | Ferdinand Andras | |
| **Item Number** | | **Ordered** | | | **Price** | **Amount** |
| Imaging - Level 4 | | 9,070.000 | | | 0.130 | 1,179.10 |
| File Naming | | 353.000 | | | 0.250 | 88.25 |
| CD | | 2.000 | | | 15.000 | 30.00 |

INVOICE APPROVED BY: *(handwritten)*
DATE:
EXPENSE TYPE:
BILLING: LEGAL REG DEP
TIME BY: B T BY NONREIMB
DAN NO:
COL NAME:

To pay by credit card please fill in and fax to 713-651-9750

Card #:
Expires on:                Card Type:

Signature                Date

| | |
|---|---|
| Net Invoice | 1,297.35 |
| Sales Tax | 107.03 |
| Invoice Total | 1,404.38 |

Digital Imaging & Coding · Electronic Data Delivery · Litigation Copying · National eDiscovery Center Building
Chicago · Dallas · Denver · Houston · New York City
www.C2Legal.com

WFB-MK640807

## ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | | | | | |
|---|---|---|---|---|---|
| Requestor: | teggleston | | Batch Control #: | BATCH002221 | |
| Vendor Name: | COPY CORP OF HOUSTON | | Vendor #: | 02752 | |
| Invoice No.: | 0038653-IN | | Invoice Date: | 07/25/2006 | |

| Loan Number | Property Number | TP | Both | Expense Category | Service Type and Sub Code | G/L ACCOUNT NUMBER Account Number - Contract xxxxx x xxxxx - xxxxx | Job Name | AMOUNT (Use Columns and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | | Both | (42) Other Third Party Fees | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $962.17 |
| | | | | | | | | $962.17 |

Ivo Pt

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | B Glassie    See Attached | |
| Add'l Approval: | M Pates    823 | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640808

# C²Legal

### Invoice

## Digital Document Management

1001 Fannin, STE M-162
Houston, Texas 77002
(713)651-8007 Phone
(713)651-9750 Fax

Invoice Number: 0038653-IN
Invoice Date: 7/25/2006

**Sold To:**

Winstead, Sechrest & Minick
910 Travis
Suite 2400
Houston, TX 77002

**Remit to:**

C2 Legal of Houston
1001 Fannin
Suite M-162
Houston, TX 77002
(713) 651-8007

| Client Matter #<br>Orix/Peerless Docs | Job # | Customer Name<br>Kim Goldberg | | Salesperson<br>Ferdinand Andres | |
|---|---|---|---|---|---|
| Item Number | | Ordered | | Price | Amount |
| Lit. Cop. - Full Ser. Level 3 | | 7,407.000 | | 0.120 | 888.84 |

```
INVOICE APPROVED BY
DATE: 8/16/06
EXPENSE TYPE: 017  23801
SERVICING:  LOAN   REO   OEP
REIMB BY: B  T  GT   NONREIMB
LOAN NO: 19-0000295
POOL NAME: SB US 00-C2
```

To pay by credit card please fill in and fax to 713-651-9750
Card #
Expires on:                Card Type:

Signature:                Date:

| | |
|---|---|
| Net Invoice: | 888.84 |
| Sales Tax: | 73.33 |
| Invoice Total: | 962.17 |

Digital Imaging & Coding · Electronic Data Discovery · Litigation Copying · National Accounts · On-Site Staffing
Chicago · Dallas · Detroit · Houston · New York City
www.c2legal.com

WFB-MK640809

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | leggleston |
| Vendor Name: | COPY CORP OF HOUSTON |
| Invoice No.: | 0038772-IN |

| | |
|---|---|
| Batch Control #: | BATCH00221 |
| Vendor #: | 02752 |
| Invoice Date: | 07/31/2006 |

| Deal Number | Property Refund Amount | Both | Expense Category | See Sending and Servicing Instruction | GL ACCOUNT NUMBER | Amount (use columns to the right) |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S. Deficiency 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $505.18 |
| Dia Pt | | | | | | $505.18 |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| | | | |
|---|---|---|---|
| Manager's Approval: | Dglossie | See Attached | |
| Add'l Approval: | mPakes | 8-23 | Date: |
| Add'l Approval: | | | Date: |
| Add'l Approval: | | | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

WFB-MK640810



# C² Legal

**Invoice**

## Digital Document Management

1001 Fannin, STE M-162
Houston, Texas 77002
(713)651-8007 Phone
(713)651-9750 Fax

Invoice Number: 0038722-IN
Invoice Date: 7/31/2006

**Sold To:**
Winstead, Seehrest & Minick
910 Travis
Suite 2400
Houston, TX 77002

**Remit to:**
C2 Legal of Houston
1001 Fannin
Suite M-162
Houston, TX 77002
(713) 651-8007

| Client Matter #<br>KMC/Peerless | Job # | | Customer Name<br>Kim Goldberg | Salesperson<br>Ferdinand Andres | |
| --- | --- | --- | --- | --- | --- |
| **Item Number** | **Ordered** | | | **Price** | **Amount** |
| Imaging - Level 4 | 1,882.000 | | | 0.130 | 244.66 |
| E-Discovery | 1,882.000 | | | 0.030 | 56.46 |
| Blowbacks | 1,882.000 | | | 0.080 | 150.56 |
| P. | 1.000 | | | 15.000 | 15.00 |

INVOICE APPROVED BY:
DATE: 8/15/06
EXPENSE TYPE:
SERVICING: LOAN REO DEF
REIMB BY: B T DIT NONREIMB
LOAN NO.: 1a-0000295-00
POOL NAME:

To pay by credit card please fill in and fax to 713-651-9750
Card #:
Expires on          Card Type:

Signature:          Date:

| | |
| --- | --- |
| Net Invoice: | 466.68 |
| Sales Tax: | 38.50 |
| Invoice Total: | 505.18 |

Digital Imaging & Coding   Electronic Data Discovery   Litigation Copying   National Accounts   On-Site Staffing
Chicago   Dallas   Detroit   Houston   New York City
www.c2legal.com

WFB-MK640811

# hhfax

12:56:11
WFB-MK640812.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | legglaston |
| Vendor Name: | COPY CORP OF HOUSTON |
| Invoice No.: | 0038779-IN |

| | |
|---|---|
| Batch Control #: | BATCH000221 |
| Vendor #: | 02752 |
| Invoice Date: | 08/03/2006 |

| Loan Number | Property Stamp Number | By | Expense Category | Sub Category | Servicing Ind. | G/L/Acct/ Borrowe | ACCOUNT NUMBER Acct # | Deal Name | AMOUNT (Use Comma's and Decimals) |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ | Deficiency | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $748.25 |
| | | | | | | | | | $748.25 |

Da PF

(handwritten: "Da PF")

## SPECIAL INSTRUCTIONS

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | | | |
|---|---|---|---|
| Manager's Approval: | See Attached | | |
| Add'l Approval: | B Glassie | | Date: |
| Add'l Approval: | M Pokes | 8-23 | Date: |
| Add'l Approval: | | | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

Page 1 of 1

WFB-MK640812



# C² Legal

## Digital Document Management

**Invoice**

Invoice Number: 0038779-IN
Invoice Date: 8/3/2006

1001 Fannin, STE M-162
Houston, Texas 77002
(713)651-8007 Phone
(713)651-9750 Fax

**Sold To:**
Winstead, Sechrest & Minick
910 Travis
Suite 2400
Houston, TX 77002

**Remit to:**
C2 Legal of Houston
1001 Fannin
Suite M-162
Houston, TX 77002
(713) 651-8007

| Client Matter # | Job # | | Customer Name | Salesperson |
|---|---|---|---|---|
| 23633-45 | | | Kim Goldberg | Ferdinand Andres |

| Item Number | Ordered | Price | Amount |
|---|---|---|---|
| Bates Labeling | 4,066.000 | 0.050 | 203.30 |
| Lit. Cop. - Full Ser. Level 4 | 4,066.000 | 0.120 | 487.92 |

INVOICE APPROVED BY
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO DEP
REIMB BY: B T BR NONREIMB
LOAN NO:
POOL NAME

To pay by credit card please fill in and fax to 713-651-9750
Card #:
Expires on:          Card Type:

Signature:          Date:

| | |
|---|---|
| Net Invoice | 691.22 |
| Sales Tax | 57.03 |
| **Invoice Total:** | 748.25 |

WFB-MK640813

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | aweaver | | | Batch Control #: | BATCH001514 | |
|---|---|---|---|---|---|---|
| Vendor Name: | DOUGLAS M GOLDRICK | | | Vendor #: | 02485 | |
| Invoice No.: | goldr8-8-06 | | | Invoice Date: | 08/15/2006 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 61501 - ARVAA - 00000 | | | $27.39 |
| | | | 61501 - ARRAA - 00000 | | | $27.39 |
| | | | 62713 - ARVAA - 00000 | | | $123.94 |
| | | | 61212 - ARRAA - 00000 | | | $483.60 |
| | | | 61212 - ARVAA - 00000 | | | $483.60 |
| 190000295 | 0 | Both | (57) Travel Expense | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $15.66 |
| Dou P | | | | | | | $1,161.58 |

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval:

Add'l Approval: _____ Date: _____

Add'l Approval: _____ Date: _____

Add'l Approval: ~~See Attached~~

Add'l Approval:

Add'l Approval:

Add'l Approval:

Page 1 of 1

WFB-MK640814

# ORIX CAPITAL MARKETS, LLC

**EMPLOYEE EXPENSE STATEMENT**
RPG / Dia PI / and Cell expense

Effective: 5/1/2004

**PURPOSE OF TRIP:** See coding below

**NAME (PLEASE PRINT)**
Doug Gotrick

| PHONE | DATE | CHARGE COST TO: | BUS. SEGMT | CONTRACT |
|-------|------|-----------------|------------|----------|
| 770-970-6177 | 8/15/2005 | | | |

## CUSTOMER/ENTERTAINMENT AND BUSINESS MEALS (List separately and fully document each meal/occasion)

| DATE | PLACE | COMPANY | PERSONS PRESENT | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|------|-------|---------|-----------------|------------------------------|--------|
| 8/9/2006 | O'Charleys in GA | OCM | Gotrick, Yvonne, Robert, Vincent | Asset search interviewee | 54.78 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | **TOTAL** $ 54.78 |
| | | | | | 61501 |

## TRAVEL, MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
|------|------|-------|-----------|-------|--------|----------|-------------|------------------|-----------------|----------|-------------------|----------|-----------|------------------------------------------------------|
| 8/9/2006 | | 60.99 | | 15.66 | | 967.20 | | | | | | | | Brittany, Doug & counsel for Dia PI |
| 8/10/2006 | | 61.85 | | | | | | | | | | | | Cell bill |
| 8/1/2006 | | 1.10 | | | | | | | | | | | | Cell bill |
| 7/1/2006 | | | | | | | | | | | | | | Cell bill |
| 6/1/2006 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **TOTAL** | $ - | $ 123.94 | $ - | $ 15.66 | $ - | $ 967.20 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** | |

*   Enter miles. Total column will compute at $.40.5 / mile.
**   Enter account number or leave for A/P to code from description.

I certify that this statement accurately describes the actual and necessary expenses incurred by me while engaged in OCM business.

Employee's Signature _Electronic approval attached_   Date _8/15/06_

Manager Approval _(signature)_   Date _8-15-06_

### SUMMARY OF EXPENSE:

| | | |
|---|---|---|
| Business Entertain. | 61501 | $ 54.78 |
| Room | 61216 | $ - |
| Phone | 62713 | $ 123.94 |
| Travel Meals | 61231 | $ 15.66 |
| Plane, Taxi | 61212 | $ 967.20 |
| Rental Car & Gas | 61206 | $ - |
| Parking & Tolls | 61236 | $ - |
| Mileage | 61211 | $ - |
| Film & Processing | 62123 | $ - |
| Misc. 1 | | $ - |
| Misc. 2 | | $ - |
| **TOTAL REPORT=** | | **$ 1,161.58** |

***Description:

Enter for each allocation used:

| Enter 13052 Billable $ | Total Billable $ | BUS. SEGM. | CONTRACT | | | |
|------------------------|------------------|------------|----------|---|---|---|
| 13052 | $ 545.57 | ARVAA | 00000 | Allocation 1: | | |
| 13052 | $ 545.57 | ARRAA | 00000 | Allocation 2: | | |
| 13052 | $ 15.66 | CRG20 | 00165 | Allocation 3: | | |
| | $ - | | | Allocation 4: | | |
| | $ - | | | Allocation 5: | | |
| | $ - | | | Remainder | | |

Enter the amount of the above total to be charged for each of the allocations

| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | Misc. 1 ENTER** | Misc. 2 ENTER** |
|---|-------|-------|-------|-------|-------|-------|-------|-------|-------|-----------------|-----------------|
| Allocation 1: | | | 61.97 | | 483.60 | | | | | | |
| Allocation 2: | | | 61.97 | | 483.60 | | | | | | |
| Allocation 3: | | | | 15.66 | | | | | | | |
| Allocation 4: | | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | | |
| **SUBTOT:** | | | | | | | | | | | |
| **Remainder** | $ 54.78 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Note: Boxes in gray background are populated by formula.

## INSTRUCTIONS:

To record expense on a single cost center / contract : Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input '13052' in the "Billable ?" column of the "Remainder" row located at the very bottom of this form.

(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but '13052' is always used to bill the servicing advances.)

To allocate cost to multiple contracts: Complete an "Allocation" line for each cost center / contract. If billable fill in '13052' for each complete the Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

**WFB-MK640815**

**Weaver, Angie**

| | |
|---|---|
| **From:** | Goldrick, Doug |
| **Sent:** | Tuesday, August 15, 2006 7:13 AM |
| **To:** | Weaver, Angie |
| **Subject:** | FW: Expenses 8-14-06 |
| **Attachments:** | RPG n Dia Pt n Cell Jun Jul Aug 06 8-14-06.xls |

Angie – looks good. Thanks

---

**From:** Weaver, Angie
**Sent:** Monday, August 14, 2006 5:48 PM
**To:** Goldrick, Doug
**Subject:** RE: Expenses 8-14-06

Sorry, the one before didn't have your name on it.  :)  Here ya go...

---

**From:** Weaver, Angie
**Sent:** Monday, August 14, 2006 5:45 PM
**To:** Goldrick, Doug
**Subject:** RE: Expenses 8-14-06

Please review/approve electronically.  Thanks.

---

**m:** Goldrick, Doug
**nt:** Monday, August 14, 2006 3:45 PM
**To:** Weaver, Angie
**Subject:** Expenses 8-14-06

Angie – attached are some expenses.  Could you please prepare an expense report and when approved send a copy to me and Debbie Douglass.  Thanks

Douglas M. Goldrick
Senior Portfolio Manager
ORIX Financial Services, Inc.
600 TownPark Drive, Suite 300
Kennesaw, GA 30144
Telephone - 770.970.6177
Fax - 770.970.6677

8/15/2006

WFB-MK640816

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: teggleston

Vendor Name: COPY CORP OF HOUSTON

Invoice No.: 0039048-IN

Batch Control #: BATCH002221

Vendor #: 02752

Invoice Date: 08/23/2006

| Loan Number | Property Number | Refund To | Expense Category | Expense Category | SIG IND | Startup Service | Deficiency | GL ACCOUNT NUMBER Amounts Seg Coded XXXXX XXXXX XXXXX | AMOUNT [See Center Approval Matrix] |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | | S | | Deficiency | 13059 - CRG20 - 00176    SALOMON 2000-C2 | $1,232.23 |
| | | | | | | | | | $1,232.23 |

Page 1 of 1

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: Belasse      See Attached

Add'l Approval: Makes      Date: 12/11/06

Add'l Approval:      Date: 12/11/06

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

WFB-MK640817



# C² Legal

**Invoice**

DEC 1 2 2006

## Digital Document Management

Invoice Number: 0039048-IN
Invoice Date: 8/23/2006

1001 Fannin, STE M-162
Houston, Texas 77002
(713)651-8007 Phone
(713)651-9750 Fax

Sold To:

Winstead, Sechrest & Minick
910 Travis
Suite 2400
Houston, TX 77002

( Solomon CD )

Remit to:

C2 Legal of Houston
1001 Fannin
Suite M-162
Houston, TX 77002
(713) 651-8007
Tax Id # 75-2623302

| Client Matter # | Job # | | | |
| --- | --- | --- | --- | --- |
| Orix | | Customer Name | | Salesperson |
| | | Kim Goldberg | | Ferdinand Andres |

| Item Number | Ordered | Price | Amount |
| --- | --- | --- | --- |
| Blowbacks | 14,229,000 | 0.080 | 1,138.32 |

SBMS 00-C2
#19-0000295

INVOICE APPROVED BY
DATE 12/13/06
EXPENSE TYPE: O28-14
SERVICING    LOAN    REO    CED
REIMB-BY  S  T  CRT  NONREIMG
LOAN NO.:  19-0000295
POOL NAME:  SBMS 00-C2

To pay by credit card please fill in and fax to 713-651-9750

Card #:

Expires on:                    Card Type:

Signature:                    Date:

| | |
| --- | --- |
| Net Invoice: | 1,138.32 |
| Sales Tax: | 93.91 |
| Invoice Total: | 1,232.23 |

Digital Imaging & Coding · Electronic Data Discovery · Litigation Copying · National Accounts · On-Site Staffing
Chicago · Dallas · Detroit · Houston · New York City
www.c2legal.com

WFB-MK640818

# ORIX Capital Markets, LLC

- LOAN LEVEL TRANSACTIONS
- AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | THE MEDLEH GROUP |
| Invoice No.: | DAL00121660 |

| | |
|---|---|
| Batch Control #: | BATCH00221 |
| Vendor #: | 02607 |
| Invoice Date: | 08/24/2006 |

| | | | | | |
|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $2,006.85 |
| | | | | | | | $2,006.85 |

Dra PF

This form must be approved in accordance with the Cost Center Approval Matrix.

See Attached

| | | |
|---|---|---|
| Manager's Approval: | BGlass(e) | |
| Addl Approval: | M Pakes | Date: |
| Addl Approval: | | Date: |
| Addl Approval: | | |
| Addl Approval: | | |
| Addl Approval: | | |

Page 1 of 1

WFB-MK640819

**Remit Payment To:**

**P.O. Box 96370**
**Houston, Texas 77213**

TAX ID: 76-0438874

# INVOICE

DAL 00121660

*INCLUDE ON*
*ALL REMITTANCE*

BILL TO: VALERIE PROWELL

CRIX
1717 MAIN
STE 900
DALLAS, TEXAS 75201

CLIENT MATTER NO:
**DIAMOND POINT**

INVOICE DATE: 8/24/2006
**PAYMENT DUE:** 9/23/2006

SEP 0 6 2006

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 11,281 | FILE PROCESSING TO TIF (BBC-0001) | $0.12 | $1,353.72 |
| 5 | HOURS FOR FORMATTING | $100.00 | $500.00 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO DEP
REIMB BY: B T BTD NONREIMB
LOAN NO.: 10-000028
POOL NAME:

Pay your balance today with MasterCard or Visa credit cards. Call Maria Munoz at
469-221-5984 for payment assistance.

CUSTOMER SIGNATURE: *Tonya Moore*

ACCOUNT MANAGER
ZACH POPE

JOB NUMBER
00121660

THANK YOU!!!! 469-221-5999

| | |
|---|---|
| SUBTOTAL | $1,353.72 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $152.93 |
| AMT APPLIED | $0.00 |
| TOTAL | $2,006.65 |

Please Pay From This Invoice by the Due Date Below
**9/23/2006**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK - CUSTOMER COPY

WFB-MK640820

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | aweaver | | | Batch Control #: | BATCH001514 |
| Vendor Name: | BRITTANY KAY GLASSIE | | | Vendor #: | 03150 |
| Invoice No.: | glass80906 | | | Invoice Date: | 08/30/2006 |

| 190000295 | 0 | Both | (57) Travel Expense | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,343.63 |
| | | | | | | | | $1,343.63 |

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval:

Add'l Approval: _____ Date: _____

Add'l Approval: _____ Date: _____

Add'l Approval:

Add'l Approval:

Add'l Approval:

WFB-MK640821

# EMPLOYEE EXPENSE STATEMENT

ORIX CAPITAL MARKETS, LLC

Effective: 5/1/2004

**NAME (PLEASE PRINT)** Brittany Glassie

**PHONE** 2048  **DATE** 8/30/2006

Diamond Point #190000295
SAL2000C2
57 Travel

**PURPOSE OF TRIP:**

**CHARGE COST TO:** BUS. SEGMT CONTRACT
CRG020   00176

## CUSTOMER/ENTERTAINMENT AND/OR BUSINESS MEALS (itemize meals and entertainment occasion)

| DATE | PLACE | COMPANY | PERSONS PRESENT | NATURE OF BUSINESS DISCUSSED |
|------|-------|---------|-----------------|------------------------------|
| | | | | |

| | | AMOUNT |
|---|---|---|
| | | |
| TOTAL | $ | 61501 |

## TRAVEL, MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1**** | MISC.2**** | PURPOSE OF TRIP (if different from above description) |
|------|------|-------|-----------|-------|--------|----------|-------------|------------------|-----------------|----------|-------------------|------------|------------|----------|
| 8/7/2006 | 181.26 | | | | | 768.00 | 87.00 | | | | | | | |
| 8/8/2006 | 147.20 | 1.00 | 18.68 | | 25.04 | | 30.00 | | | | | 6.00 | | |
| 8/9/2006 | | 2.00 | | | | | | 71.45 | | | | 5.00 | | |
| 8/13/2006 | | | | | | | | 1.00 | | | | | | |
| **TOTAL** | $ 328.46 | $ 3.00 | $ 18.68 | $ | $ 25.04 | $ 768.00 | $ 117.00 | | $ 72.45 | | | $ 11.00 | | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61211 | 61205 | 61236 | 61211 | 62123 | ENTER** | ENTER** | |

* Enter miles. Total column will compute at $.37.5 / mile.
** Enter account number or leave for A/P to code from description.
*** Description: Misc. 1 _____  Misc. 2 _____
Tips - housekeeper 6 - parking 5

**SUMMARY OF EXPENSE:**

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL REPORT= $ 1,343.63 | $ | $ 328.46 | $ 3.00 | $ 43.72 | $ 885.00 | $ | $ 72.45 | $ | $ | $ 11.00 | $ |
| SUBTOT: | | 328.46 | 3.00 | 43.72 | 885.00 | | 72.45 | | | 11.00 | |

**Enter the amount of the above total to be charged for each of the allocations.**

| | BUS. SEGM CONTRACT | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allocation 1: | CRG20  00176 | | 328.46 | 3.00 | 43.72 | 885.00 | | 72.45 | | | 11.00 | |
| Allocation 2: | | | | | | | | | | | | |
| Allocation 3: | | | | | | | | | | | | |
| Allocation 4: | | | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | | | |
| Remainder | | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |

**Enter for each allocation used:**

| Billable ? Enter "13052" | Total Billable $ | BUS. SEGM CRG20 | CONTRACT 00176 | Date 8/29/06 |
|---|---|---|---|---|
| 13052 | $ 1,343.63 | | | Date 9/21/06 |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |

I certify that this statement accurately describes the actual and necessary expenses incurred by me while engaged in OCM business.

**Employee's Signature** _(signature)_

**Manager Approval** _(signature)_

Note: Boxes in gray background are populated by formula.

## INSTRUCTIONS:

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form.
To bill the charge to a single contract: Complete the "Allocation 1" section at the top of the form and input "13052" in the "Billable ?" column of the "Remainder" row located at the very bottom of this form.
(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but "13052" is always used to bill its servicing advances.)
To allocate cost to multiple contracts: Complete an "Allocation" line for each cost incurred. If billable fill in "13052". Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK640822

hhfax

12:56:21
WFB-MK640823.PDF

# IX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

Requestor: teggleston

Vendor Name: BRITTANY KAY GLASSIE

Invoice No.: GLASS90606

Batch Control #: BATCH002221

Vendor #: 03150

Invoice Date: 09/06/2006

| | | | | | | | | AMOUNT (NET CORRECTIONS PLUS PENALTIES) |
|---|---|---|---|---|---|---|---|---|
| 190000285 | 0 | Both | | (57) Travel Expense | | | SALOMON 2000-C2 | $670.72 |
| | | | | S Deficiency 13059 - CRG20 - 00176 | | | | $670.72 |

AUTHORIZATION:

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _____

Add'l Approval: _____

Add'l Approval: _____ See Attached

Add'l Approval: _____ Date: _____

Add'l Approval: _____ Date: _____

Add'l Approval: _____

Page 1 of 1

WFB-MK640823

# ORIX USA CORPORATION

## EMPLOYEE EXPENSE STATEMENT

**PURPOSE OF TRIP:** Diamond Pt-190000295
SBMS 2000 C2
57-Travel

| NAME (PLEASE PRINT) | | |
|---|---|---|
| Brittany Glassle | | |
| PHONE | DATE | |
| 2048 | 9/25/2006 | CHARGE COST TO: |

| | BUS. SEGMT CRG20 | CONTRACT 00176 |
|---|---|---|

### CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion.

| DATE | PLACE | COMPANY | PERSONS PRESENT | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL | $            61501 |

### TRAVEL - MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1*** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/6/2006 | 145.77 | | | 11.84 | | 388.60 | 53.00 | | 47.63 | | | | | |
| 9/7/2006 | | | 9.88 | | | | | | 1.00 | | | 13.00 | | |
| | | | | | | | | | | | | | | |
| TOTAL | $ 145.77 | $ | $ 9.88 | $ 11.84 | $ | $ 388.60 | $ 53.00 | $ | $ 48.63 | $ | $ | $ 13.00 | $ | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | | | |

I certify that this statement accurately describes the actual and necessary expenses incurred by me while employed on ORIX business.

Employee's Signature _____ Date 9/25/06

Manager Approval _____ Date 9/25/06

| | | Enter for each allocation used: |
|---|---|---|
| Billable ? | Total | BUS. SEGM. CONTRACT |
| Enter '13052' | Billable $ | CRG20   00176 |
| 13052 | $ 670.72 | |
| | $ | Allocation 1: |
| | $ | Allocation 2: |
| | $ | Allocation 3: |
| | $ | Allocation 4: |
| | $ | Allocation 5: |
| | | Remainder |

**SUMMARY OF EXPENSE:**

**TOTAL REPORT=** $ 670.72

Enter the amount of the above total to be charged for each of the allocations:

***Description:
Misc. 1
Misc. 2

* Enter miles. Total column will compute at $.445 / mile.
** Enter account number or leave for A/P to code from description.
2 Parking tips and 1 tip for housekeeping

** (Put only one type of expense in each Misc. column.)

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61501 | | 145.77 | | 21.72 | 441.60 | | 48.63 | | | 13.00 | |
| SUBTOT: | $ - | $ 145.77 | $ - | $ 21.72 | $ 441.60 | $ - | $ 48.63 | $ - | $ - | $ 13.00 | $ - |
| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** |
| | | | | | | | | | | | |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | 62123 | ENTER** |
| | | | | | | | | | | 13.00 | |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Note: Boxes in gray background are populated by formula.

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)
To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of the form and input '13052' in the "Billable ?" column of the "Remainder" row located at the very bottom of this form.
(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but '15032' is always used to bill the servicing advances.)
To allocate cost to multiple contracts: Complete an "Allocation" line for each cost center / contract. (If billable fill in '13052'. Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

**WFB-MK640824**

**Glassie, Brittany**

From:      American Airlines@aa.com [notify@aa.globalnotifications.com]
Sent:      Tuesday, September 05, 2006 7:04 PM
To:        Glassie, Brittany
Subject:   E-Ticket Confirmation





 oneworld



**Actions**
▶ Notify me of flight delays or cancellations

**Special Notice**
▶ Fare Notice

**BRITTANY K GLASSIE**

Date of Issue: 05SEP06

E-Ticket Confirmation/Record
Locator: GDLKJU

▶ Itinerary

▶ Receipt

Thank you for choosing American Airlines/American Eagle, a member of the oneworld Alliance.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, log on to AA.com or go to the link http://www.aa.com/airportexpectations.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using FLIGHT CHECK-IN at AA.COM between 1 and 24 hours prior to flight time. You may also use the SELF SERVICE CHECK-IN machine at the airport 1 to 12 hours prior to flight time on your day of departure. Use the E-Ticket confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport. See the ENDORSEMENT section below for fare rules pertaining to your ticket.

**Hot Deals**


Special offer!
Earn up to 25,000 bonus miles.2
NO ANNUAL FEE for 12 months!3


Free Upgrade and 1,000 AAdvantage® Miles
AVIS


DOUBLE YOUR CHANCES NOW.
Post your resume today!
monster


Last-Minute Packages Book now!

**Itinerary**

| Date: | 06SEP - WEDNESDAY | |
|---|---|---|
| Flight : | AMERICAN AIRLINES | 2096 |
| Departure: | DALLAS FT WORTH | 10:45 AM |
| Arrival: | BALTIMORE WASHNTN | 2:40 PM |
| | BRITTANY GLASSIE | |
| | SEAT 25E   ECONOMY   FF#: AA 9E116M0 GLD | FOOD FOR PURCHASE |

9/21/2006

WFB-MK640825

| Date: | 07SEP - THURSDAY | |
|-------|------------------|---|
| Flight : | AMERICAN AIRLINES | 1979 |
| Departure: | BALTIMORE WASHNTN | 5:45 PM |
| Arrival: | DALLAS FT WORTH | 8:00 PM |
| | BRITTANY GLASSIE | |
| | SEAT 8D    ECONOMY   FF#: AA 9E116M0 GLD | FOOD FOR PURCHASE |

Book a Hotel    Book a Car    Buy Trip Insurance

**Receipt**

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|-----------|---------------|----------|-----|--------------|
| BRITTANY GLASSIE | 0012121827026 | 342.32 | 46.28 | 388.60 |
| Payment Type: Master Card XXXXXXXXXXXX7467 | | | | Total: $388.60 |

**Endorsements/Restrictions -**
NONREF/CHGFEEPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE
You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Please print and retain this document for use throughout your trip. Electronic tickets are NOT TRANSFERABLE. Tickets with non-restrictive fares are valid for one year from original date of issue.

THIS E-MAIL ADDRESS IS NON-RETURNABLE AND WILL NOT ACCOMMODATE REPLIES.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-in. Check with the consulate of these countries to find out the documents required. Consulate phone numbers can be found in the Travel Information section of AA.com.

AMERICAN AIRLINES/AMERICAN EAGLE NEW SECURITY PROCEDURES New FAA requirements to enhance security mandate that customers are allowed one carry-on bag plus one personal item onboard. Personal items include the following: purses, briefcases and laptop computers. To learn more about these and other security requirements, please log on to http://www.aa.com/checkpoints.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Nonrefundable tickets cannot be refunded.

For nonrefundable tickets issued on or after August 19, 2003, the itinerary must be canceled before the ticketed departure time of the first unused coupon, or the ticket has no value. Changes are subject to certain restrictions and fees.

If you have questions regarding our refund policy, please visit our internet website at http://www.aa.com/refunds.

Wheel Chair Notification: Customers traveling with battery powered mobility devices please check-in one hour prior to departure. Mobility devices with batteries that cannot be loaded, stowed and then unloaded in an upright position on all flights may require battery removal. Please bring assembly and disassembly instructions to assist in properly transporting your device. For more details, please reference our website at http://www.aa.com/content/travelInformation/specialAssistance/wheelchairsAndDevices.jhtml.

Review the latest tips, guidelines news and requirements in the Travel Information Center at https://www.aa.com/travelinfo.

AA.COM: Customers who visit AA.com and opt-in to receive American Airlines e-mail products can choose to receive the airlines latest news and information, as well as exclusive offers that save time and money. Customers may select to have AAirmail, Net SAAver Fares, AAdvantage e-summary and AAdvantage Partner Offers delivered right to their email inbox. Customers can access these e-mail

9/21/2006

**WFB-MK640826**

BWI TaxiManagement, INC.    410-859-1100
BALTIMORE/WASHINGTON    410-859-1102
INTERNATIONAL AIRPORT    Operator of
MARYLAND...21240

**BWI** 11860-064
AIRPORT CAB

RECEIVED FROM:

NAME _____

TRANSPORTATION TO *Towson*

DATE ____ 9 6 20 06

CAB NO. _____

Chauffeur _____

| METER FARE | |
|---|---|
| BAGGAGE | |
| TOLLS | |
| OTHER | |
| TIP | |
| TOTALS | 53 ℞ |

Please refer to rate schedules posted in each taxicab. Should you have any questions regarding lost articles or service, please call BWI Taxi Management, Inc. (410-859-1102) or the Maryland Aviation Administration (410-859-7033). Thank you.

**AmericanAirlines** BOARDING PASS

| PASSENGER NAME | FREQUENT FLYER # | | RECORD LOCATOR |
|---|---|---|---|
| GLASSIE/BRITTANY | 9E116MO GLD | | GDLKJU |

| | FLIGHT | CLASS | DATE | DEPARTS |
|---|---|---|---|---|
| FROM: BALTIMORE/WASHINGT | AA 821 | W | 07SEP | 340P |
| TO: DALLAS/FORT WORTH | GATE | BOARDING TIME | SEAT | |
| | C3 | 310P | 32D | |

GROUP 1

ELECTRONIC
00 2121827026

**AmericanAirlines**

BOARDING PASS
GLASSIE/BRITTANY
FROM:
BALTIMORE/WASHINGT
TO:
DALLAS/FORT WORTH

| FLIGHT | SEAT |
|---|---|
| AA 821 | 32D |

GROUP 1

| DATE | CLASS | DEPARTS |
|---|---|---|
| 07SEP | W | 340P |

SELF-SERVICE CPN 2341138

**AmericanAirlines** BOARDING PASS **AmericanAirlines**

| PASSENGER NAME | FREQUENT FLYER # | | RECORD LOCATOR |
|---|---|---|---|
| GLASSIE/BRITTANY | 9E116MOGLD | | GDLKJU |

| | FLIGHT | CLASS | DATE | DEPARTS |
|---|---|---|---|---|
| FROM: DALLAS/FORT WORTH | AA2096 | S | 06SEP | 1045A |
| TO: BALTIMORE/WASHINGT | GATE | BOARDING TIME | SEAT | |
| | C14 | 1015A | 25E | |

GROUP 1

ELECTRONIC
0012121827026

BOARDING PASS
GLASSIE/BRITTANY
FROM:
DALLAS/FORT WORTH
TO:
BALTIMORE/WASHINGT

| FLIGHT | SEAT |
|---|---|
| AA2096 | 25E |

GROUP 1

| DATE | CLASS | DEPARTS |
|---|---|---|
| 06SEP | S | 1045A |

EXIT

SSL-1 CPN 1109928

WFB-MK640827

**Glassie, Brittany**

| | |
|---|---|
| **From:** | FreedomPark [reservations@freedomparkdfw.com] |
| **Sent:** | Friday, September 08, 2006 12:00 AM |
| **To:** | Glassie, Brittany |
| **Subject:** | Airport Parking Receipt |

Freedom Park
Airport Valet Services
Airport Parking Receipt

| Control | Customer Name | Departure Date: | Return Date: | Total Charge: |
|---|---|---|---|---|
| 201139 | Brittany Glassi | 9/6/2006 | 9/7/2006 | $47.63 |

| Description | Qty | Rate | PreTax | Sales Tax | Total |
|---|---|---|---|---|---|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $47.63 |
| Maintenance | 1 | $0.00 | $0.00 | $0.00 | $0.00 |

Your charges have been billed to your credit card that ends with 6082.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

COME HOME TO A CLEAN CAR... FREEDOMPARK'S WASH INCLUDES EXTERIOR WASH, TIRE DRESSING, INTERIOR VACUUM AND WIPE DOWN, AND WINDOW CLEANING. $20

FreedomPark, L.P.
5100 West Airport Freeway
Suite 200
Irving, TX  75062
reservations
(972) 252-2500
toll free
866-parkDFW
fax
(972) 894-0009
freedomparkdfw.com

1

WFB-MK640828



# Sheraton
# Baltimore North
## HOTEL
### TOWSON, MARYLAND

903 DULANEY VALLEY ROAD, TOWSON, MD. 21024    TEL (410) 321-7400    FAX (410) 296-9534    SHERATON.COM/BALTIMORE

```
G   Ms Brittany Glassie          ROOM      414
U                                RATE      129.00
E   1712 Crescent St             NO. PERS. 1
S                                FOLIO
T   Denton, TX 76201-2542        PAGE      635443    A
                                 ARRIVE    1
                                 DEPART    06-SEP-06   15:23
                                 PAYMENT   07-SEP-06   06:40
                                           DI
```

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|------|-----------|-------------|--------------|
| 06-SEP-06 | RT414 | Room Revenue - Leisure | 129.00 |
| 06-SEP-06 | RT414 | Room Tax (State) | 6.45 |
| 06-SEP-06 | RT414 | Occupancy Tax (County) | 10.32 |
| 06-SEP-06 | DEPOSIT | Deposit Applied | 145.77- |
| 06-SEP-06 | 00003052 | Room Service | 11.84 |
| 07-SEP-06 | 00003113 | Dulaney's | 9.88 |
| 07-SEP-06 | DI | Discover | 21.72- |

```
***For Authorization Purposes Only***
xxxx86082
Auth Date    Code    Authorized
06-SEP-06    006814    150.00
```

```
                    Total Charges      167.49
                    Total Credits      167.49-
                    Balance Due          0.00-
```

```
EXPENSE REPORT SUMMARY
Date       Room Rev.   Room Tax   Food/Bev.   Misc.    Other    Total    Payment
06-SEP-06   129.00      16.77      11.84      0.00     0.00    157.61    145.77-
07-SEP-06     0.00       0.00       9.88      0.00     0.00      9.88     21.72-
Total       129.00      16.77      21.72      0.00     0.00    167.49    167.49-
```

## reservations [800] 325 3535 or sheraton.com

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges.

```
As a Starwood Preferred Guest you have earned at least 289
Starpoints for this visit A718336730.
```

```
Ms Brittany Glassie          ROOM     DEPART       AGENT
FOLIO   635443   06-SEP-06    414     07-SEP-06     DN
MEMBER OF   STARWOOD PREFERRED GUEST
```

## see reverse side for express checkout procedures

WFB-MK640829

DALLAS·FORT WORTH
INT'L AIRPORT
*** Thank you ***
Entry 17:43 09/06/06 Lane # 15
Exit: 10:09 09/07/06 Lane # 44
License/Plate ??????? Sess ??
Taxes included $31.00 Cash

DFW
Toll
$1

travel 9/6-9/7
SBU500-C2
#19-0000295
Air fare   $388.60 ✓
parking        47.63 ✓
hotel        145.77 ✓
9/6 lunch     11.84 ✓
9/7 breakfast   9.38 ✓
Cab BWI to DCA to —   53.00 ✓
DFW toll         1.00
tips (2 parking, DCA   13.00
      housekeeper)
total    670.72

Brittany

WFB-MK640830

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS

## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: teggleston

Vendor Name: GREGORY DERRELL MAY

Invoice No.: May9062006

Batch Control #: BATCH001514

Vendor #: 03042

Invoice Date: 09/21/2006

| 190000295 | 0 | Both | S | Loan | 13059 - CRG20 - 00176 | (36) Legal Fees | SALOMON 2000-C2 | $1,162.48 |

$1,162.48

## SPECIAL INSTRUCTIONS:

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _____

Add'l Approval: _____ Date: _____

Add'l Approval: _____ Date: _____

Add'l Approval: _____

Add'l Approval: _____

WFB-MK640831

# EMPLOYEE EXPENSE STATEMENT
## Diamond Point/Konover Appeal

Effective: 5/25/2006

**ORIX USA, LP**

| NAME (PLEASE PRINT) | | |
|---|---|---|
| Greg May | | |

| PHONE | | DATE | | PURPOSE OF TRIP: | | CHARGE COST TO: | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1377 | | 9/21/2006 | | | | Cost Center: 61231 | Sub Account: CRG20 | | |

All support travel (OULP cost centers excluding Expat rate) require that the LOB benefited be identified. Find the "Line of Business" using the drop-down box. Use separate Expense Reports for each LOB or manually write-in the Ref Code

| LINE OF BUSINESS | REF CODE |
|---|---|
| OCM | 00176 |

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS – List separately and fully document each meal or occasion.

| DATE | PLACE | COMPANY | PERSONS PRESENT | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

TOTAL $

61501

## TRAVEL/MEALS/LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1*** | MISC.2**** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/6/06 and 9/6/06 | | | | | | | | | | | | | | |
| 9/6/06 to 9/7/06 | 170.72 | | | | | 678.60 | | | | | | | | |
| 9/7/2006 | | | | | | | 74.34 | | | | | | | |
| 9/7/2006 | | | | | | | 10.00 | | | | | | | |
| 9/7/2006 | | | | | | | 20.00 | | | | | | | |
| 9/7/2006 | | | | | | | | | | | | 185.00 | | |
| 9/6/06 to 9/7/06 | | | | | | | | | 23.82 | | | | | |
| **TOTAL** | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | 61212 | ENTER** | |

| | | |
|---|---|---|
| Misc. 1 | | |
| Misc.2 | | |

***Description: 61176

*   Enter miles. Total column will compute at $.445 / mile.
**  Enter account number or leave for A/P to code from description.
*** (Put only one type of expense in each Misc. column.)

Amtrak

### Totals per Above / Expense Summary

| Totals per Above | | | Expense Summary | |
|---|---|---|---|---|
| $ | 61501 | 61231 | CRG20 | |
| $ 170.72 | 61216 | 61231 | CRG20 | |
| $ | 62713 | 6123 | CRG20 | |
| $ | 61231 | 6123 | CRG20 | |
| $ 967.64 | 61212 | 61231 | CRG20 | |
| $ | 61206 | 6123 | CRG20 | |
| $ 23.82 | 61236 | 61231 | CRG20 | |
| $ | 61211 | 61231 | CRG20 | |
| $ | 62123 | 61231 | CRG20 | |
| $ | 61212 | 61231 | CRG20 | |
| **Total Voucher $ 1,162.48** | ENTER** | 61231 | CRG20 | |

I certify that this statement accurately describes the actual and necessary expenses incurred by me while engaged in Orix business.

Employee's Signature _____ Date 9/21/06

Manager Approval _____ Date 9/21/06

| Manual Coding If Desired: | | | | |
|---|---|---|---|---|
| Amount | GL Coding: | | | LOB Ref Code |
| | XXXXX | XXXXX | XXXXX | |
| $ | XXXXX | XXXXX | XXXXX | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| **Total Voucher** | | | | |

WFB-MK640832

## ORIX Capital Markets, LLC

SS AP TRANSMITTAL FORM

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

| Requestor: | teggleston | Batch Control #: | BATCH002221 |
| Vendor Name: | THE MEDLEH GROUP | Vendor #: | 02607 |
| Invoice No.: | DAL00122475 | Invoice Date: | 09/28/2006 |

| LOAN NUMBER | | | | | | SEQUENCE NUMBER | GL ACCOUNT NUMBER | | | AMOUNT (US Dollar standards) |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | | | $3,836.92 |
| | | | | | | | | | | $3,836.92 |

**AUTHORIZATION**
This form must be approved in accordance with the Cost Center Approval Matrix
See Attached

| Manager's Approval: | Balosse | |
| Add'l Approval: | MPakes 1010 | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640833

**Remit Payment To:**
P.O. Box 96370
Houston, Texas 77213



# INVOICE

DAL 00122475

TAX ID: 76-0438874

*INCLUDE ON*
*ALL REMITTANCE*

BILL TO: ~~KIM GOLDBERG~~ *Tonya Moore*
ORIX
1717 MAIN
STE 900
DALLAS, TEXAS 75201

INVOICE DATE: 9/28/2006
**PAYMENT DUE: 10/28/2006**

CLIENT MATTER NO:
KONOVER
*Dia Pt*

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 23,120 | Copies- Medium Litigation | $0.15 | $3,468.00 |
| 34 | 11" Redwelds | $2.25 | $76.50 |

INVOICE APPROVED BY:
DATE: 10/3/06
EXPENSE TYPE:
SERVICING: LOAN REO DEL
REIMB BY: B T BID NONREIMB
LOAN NO.: 10-0000295
POOL NAME:

Pay your balance today with MasterCard or Visa credit cards. Call Maria Munoz at
469-221-5984 for payment assistance.

CUSTOMER SIGNATURE: *Tonya Moore*

| | |
|---|---|
| SUBTOTAL | $3,544.50 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $292.42 |
| AMT APPLIED | $0.00 |
| TOTAL | $3,836.92 |

ACCOUNT MANAGER
ZACH POPE

JOB NUMBER
00122475

THANK YOU!!!! 469-221-5999

Please Pay From This Invoice by the Due Date Below
**10/28/2006**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK - CUSTOMER COPY

WFB-MK640834

hhfax

12:56:32
WFB-MK640835.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | COPY CORP OF HOUSTON |
| Invoice No.: | 0039993-IN |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 02752 |
| Invoice Date: | 10/31/2006 |

| Loan Number | Funding Funded By | Expense Charged | Expense Charged Desc | Svc Ind | Severity Level | Expense Type | GL Account Number Account | Bus Seg Control XXXXX - XXXXX - XXXXX | Fee Item | Amount Fee Equals Amount Reimb Item |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | DT | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $3,609.24 |
| | | | | | | | | | | $3,609.24 |

Page 1 of 1



## SPECIAL INSTRUCTIONS

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | bdlossie | See Attached |
| Add'l Approval: | Mates | |
| Add'l Approval: | | Date: 7/17/06 |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640835



**Invoice**

DEC 1 2 2006

Invoice Number: 0039993-IN
Invoice Date: 10/31/2006

## Digital Document Management

1001 Fannin, STE M-162
Houston, Texas 77002
(713)651-8007 Phone
(713)651-9750 Fax

Sold To:

Winstead, Sechrest & Minick
910 Travis
Suite 2400
Houston, TX 77002

(magecdoc)

Remit to:

C2 Legal of Houston
1001 Fannin
Suite M-162
Houston, TX 77002
(713) 651-8007
Tax Id # 75-2623302

| Client Matter # | Job # | | Customer Name | Salesperson |
|---|---|---|---|---|
| 23633-45 | | | Kim Goldberg | Ferdinand Andres |

| Item Number | Ordered | Price | Amount |
|---|---|---|---|
| Endorse | 16,837.000 | 0.030 | 505.11 |
| Blowbacks | 33,674.000 | 0.080 | 2,693.92 |
| Convert PDF to Tiff | 6,007.000 | 0.020 | 120.14 |
| CD | 1.000 | 15.000 | 15.00 |

INVOICE APPROVED BY ____
DATE: 12/12/06
EXPENSE TYPE: 03P-14
SERVICING: LOAN REO DEP
REIMB BY: B T BD NONREIMB
LOAN NO: 16-0000785
POOL NAME: SBMS00-C2

To pay by credit card please fill in and fax to 713-651-9750
Card #:
Expires on _____ Card Type: _____

Signature: _____ Date: _____

| | |
|---|---|
| Net Invoice: | 3,334.17 |
| Sales Tax: | 275.07 |
| Invoice Total: | 3,609.24 |

WFB-MK640836

hhfax

12:56:34
WFB-MK640837.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | teggleston | | Batch Control #: | BATCH002221 |
| Vendor Name: | RLS LEGAL SOLUTIONS, LLC | | Vendor #: | 02606 |
| Invoice No.: | 10-048756 | | Invoice Date: | 11/09/2006 |

| Loan Number | Pool/Tranche | Pmt. Type | Expense Charge Code | Sub Service Sub Code | GL Account Numbers | | | AMOUNT (Less Comm. & Premium) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $245.26 |
| | | | | | | | | $245.26 |

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Attached

Manager's Approval: _____
Add'l Approval: _____  Date: 12/12/06
Add'l Approval: _____  Date: _____
Add'l Approval: _____  Date: _____
Add'l Approval: _____
Add'l Approval: _____

Page 1 of 1

WFB-MK640837



**LEGAL SOLUTIONS**

**TERMS: NET 30 DAYS**

CLIENT ORIGINAL

REMIT TO

RLS LEGAL SOLUTIONS, LLC
P.O. BOX 842367
DALLAS, TX 75284-2367
Phone: (214) 744-0403

Tax ID: 76-0602416

| DATE | INVOICE |
|------|---------|
| 11/09/06 | 10-048756 |

**BILL TO**
ORIX CAPITAL MARKETS, LLC
1717 MAIN STREET
SUITE #800
DALLAS TX 75201
Phone: (214)237-2000

**SHIP TO**
ORIX CAPITAL MARKETS, LLC
1717 MAIN STREET
SUITE #800
DALLAS TX 75201
Phone: (214)237-2000

PLEASE PAY FROM THIS INVOICE

| CLIENT MATTER # PO # | JOB # | ACCOUNT # | ORDER DATE | ORDERED BY | ACCOUNT MANAGER | INVOICED BY |
|---|---|---|---|---|---|---|
| CYRUS-SBE ACT.O 11-2006-027 | | 18015 | 11/09/06 | TONYA MOORE | JOSH ANGUS | LIZ CORTEZ Order# 064549 |

| ITEM # | DESCRIPTION | UNIT OF MEASURE | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 470-1 | SCAN B&W RASTER A SIZE 200-400 | EA | 1 | 0.160 | 0.16 |
| 486-9 | ELECTRONIC BATES LABELING | EA | 2830 | 0.01 | 28.30 |
| 259-9 | SPECIAL SERVICES - SMALL DOC. OCR | EA | 2830 | 0.03 | 84.90 |
| 901-4 | CONVERSION PDF TO TIFF | EA | 2830 | 0.04 | 113.20 |

*Cyrus - SBE Action*

INVOICE APPROVED BY: _____
DATE: 11/70/06
EXPENSE TYPE: 03F-14
SERVICING: LOAN REO OED
REIMB BY: B. RO NONREIMB
LOAN NO.: 19-0000295
POOL NAME: SBM500-62

| | |
|---|---|
| GROSS: | 226.56 |
| TAX%: | 8.2500 |
| TAX AMT: | 18.70 |
| FREIGHT CHGS: | |
| **TOTAL AMT. DUE:** | **$245.26** |

Received by _____ *Tonya Moore* _____ Date: _____

Print Name: _____ *Tonya Moore* _____ Delivered by: _____

Payment terms are net 30 days. RLS reserves the right to charge interest at a rate of 1.5% per month (18% per annum) on amounts 30-days past the invoice date.

WFB-MK640838

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: tegleston

Vendor Name: RLS LEGAL SOLUTIONS, LLC

Invoice No.: 10-048766

Batch Control #: BATCH002221
Vendor #: 02606
Invoice Date: 11/10/2006

| Legal Number | Property Number | Refund By | Expense Category | Billed For Services | Deficiency | Account Number | Deal Name | Amount (Fees, Charges and Estimates) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $675.64 |
|  |  |  |  |  |  |  |  | $675.64 |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix.

| | See Attached |
|---|---|
| Manager's Approval: | |
| Addl Approval: | Date: 12/19/06 |
| Addl Approval: | Date: |
| Addl Approval: | |
| Addl Approval: | |
| Addl Approval: | |

Page 1 of 1

WFB-MK640839

# RLS
LEGAL SOLUTIONS

**TERMS: NET 30 DAYS**

REMIT TO

RLS LEGAL SOLUTIONS, LLC
P.O. BOX 842367
DALLAS TX 75284-2367
Phone: (214) 744-0403

Tax ID: 76-0602416

| DATE | INVOICE |
|------|---------|
| 11/10/06 | 10-048766 |

**BILL TO**
ORIX CAPITAL MARKETS, LLC
1717 MAIN STREET
SUITE #800
DALLAS TX 75201
Phone: (214)237-2000

**SHIP TO**
ORIX CAPITAL MARKETS, LLC
1717 MAIN STREET
SUITE #800
DALLAS TX 75201
Phone: (214)237-2000

PLEASE PAY FROM THIS INVOICE

| CLIENT MATTER # PO#: | JOB # | ACCOUNT # | ORDER DATE | ORDERED BY | ACCOUNT MANAGER | INVOICED BY: |
|---|---|---|---|---|---|---|
| DIAMOND POINT KONOVER | 11-2006-043 | 18015 | 11/10/06 | TANYA | JOSH ANGUS | LIZ CORTEZ Order: B64559 |

| ITEM # | DESCRIPTION | UNIT OF MEASURE | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 470-1 | SCAN B&W RASTER A SIZE 200-400 | EA | 3285 | 0.160 | 525.60 |
| 259-9 | SPECIAL SERVICES — SMALL DOC. | EA | 3285 | 0.03 | 98.55 |
| OCR | | | | | |

*Diamond Point - Konover Judgment Collection Action* (handwritten)

INVOICE APPROVED BY: Brittany Glass
DATE: 12/14/06
EXPENSE TYPE: DSP-14
SERVICING: LOAN REO DEF
REIMB BY: B T. BIT NONREIMB
LOAN NO.: 12-0000285
POOL NAME: SBA15-00-62

| | |
|---|---|
| GROSS: | 624.15 |
| TAX%: | 8.2500 |
| TAX AMT: | 51.49 |
| FREIGHT CHGS: | |
| **TOTAL AMT. DUE:** | **$675.64** |

Received by: *Tonya Moore*          Date: 11-13-06

Print Name: *Tonya Moore*          Delivered by: _____

Payment terms are net 30 days. RLS reserves the right to charge interest at a rate of 1.5% per month (18% per annum) on amounts 30-days past the invoice date.

WFB-MK640840

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: teggleston

Batch Control #: BATCH002221

Vendor Name: COPY CORP OF HOUSTON

Vendor #: 02752

Invoice No.: 0040161-IN

Invoice Date: 11/14/2006

| Loan Number | Property Number | Both Company | Expense Category | Sub Company | Sub Code | Deficiency | G/L Accounting Instructions SEE OTHER | Deal Name | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,160.44 |
| | | | | | | | | | $1,160.44 |

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

Manager's Approval: Balassio    Date: 12/14/06

Add'l Approval: Mañas    Date:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Page 1 of 1

WFB-MK640841

# C²Legal

Invoice

DEC 1 2 2006

Invoice Number: 0040161-IN
Invoice Date: 11/14/2006

## Digital Document Management

1001 Fannin, STE M-162
Houston, Texas 77002
(713)651-8007 Phone
(713)651-9750 Fax

**Sold To:**
Winstead, Sechrest & Minick
910 Travis
Suite 2400
Houston, TX 77002

**Remit To:**
C2 Legal of Houston
1001 Fannin
Suite M-162
Houston, TX 77002
(713) 651-8007
Tax Id # 75-2623302

| Client Matter # | Job # | | Customer Name | Salesperson |
| --- | --- | --- | --- | --- |
| Orix Konover | | | Kim Goldberg | Ferdinand Andres |

| Item Number | Ordered | | Price | Amount |
| --- | --- | --- | --- | --- |
| Imaging - Level 4 | 8,920.000 | | 0.100 | 892.00 |
| CD | 12.000 | | 15.000 | 180.00 |

INVOICE APPROVED BY:
DATE: 12/13/06
EXPENSE TYPE:
SERVICING:   LOAN   REO   OREO
REIMB BY: $   NONREIMB
LOAN NO. LR-0000798
POOL NAME

To pay by credit card please fill in and fax to 713-651-9750

Card #:

Expires on:          Card Type:

Signature:          Date:

| | |
| --- | --- |
| Net Invoice: | 1,072.00 |
| Sales Tax: | 88.44 |
| Invoice Total: | 1,160.44 |

Digital Imaging & Coding   Electronic Data Discovery   Litigation Copying   National Accounts   On-Site Staffing
Chicago   Dallas   Detroit   Houston   New York City
www.c2legal.com

WFB-MK640842

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

| Requestor: | aweaver |
| --- | --- |
| Vendor Name: | GREGORY DERRELL MAY |
| Invoice No.: | May1117i2006 |

| Batch Control #: | BATCH001514 |
| --- | --- |
| Vendor #: | 03042 |
| Invoice Date: | 11/17/2006 |

| Project Number | Round By | Both | Expense Category | SIC | Security Sub Code | GL Account Number 13059 - CRG20 - 00176 | Name SALOMON 2000-C2 | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 190000295 | 0 | Both | (57) Travel Expense | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,753.22 |
| | | | | | | | | $1,753.22 |

Dba Dt

## SPECIAL INSTRUCTIONS:

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | |
| --- | --- |
| Add'l Approval: | Date: |
| Add'l Approval: | Date: |
| Add'l Approval: | |
| Add'l Approval: | |
| Add'l Approval: | |

WFB-MK640843

ORIX USA, LP

**EMPLOYEE EXPENSE STATEMENT**

Effective: 5/25/2005

PURPOSE OF TRIP: Diamond Point Mediation on 11/7/06 in Hartford, CT

NAME (PLEASE PRINT): Greg May

| PHONE | DATE |
|---|---|
| 1377 | 11/17/2006 |

CHARGE COST TO:

| CHARGE COST TO: | Cost Center | Sub Account | All support travel (OLP cost centers excluding Expat rate) require that the LOB benefited be identified. Find the "Line of Business" using the LINE OF BUSINESS drop-down box. Use separate Expense Reports for each LOB or manually write-in the Ref Code | |
|---|---|---|---|---|
| | 61231 | CRG20 | REF CODE 00176 | |
| | | | OUC | |

**CUSTOMER ENTERTAINMENT AND BUSINESS MEALS** - List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL $ 61501

**TRAVEL, MEALS, LODGING AND TRANSPORTATION**

| DATE | PHONE | ROOM | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE | FILM & PROCESSING | MISC. 1*** | MISC. 2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/6/2006 | | | | | | | | | | | | | | |
| 11/7/2006 | | | | | | | | | | | | | | |
| 11/6/06 to 11/8/06 | | 192.99 | | | | 1,418.60 | | | | | | | | |
| 11/6/2006 | | | | | | 5.00 | 42.00 | | | | | | | |
| 11/7/2006 | | | | | | | 42.00 | | | | | | | |
| 11/6/06 to 11/7/06 | | | | | | | | | 52.83 | | | | | |
| TOTAL | 61218 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** | |

***Description:
Misc. 1
Misc. 2

* Enter miles. Total column will compute at $.445 / mile.
** Enter account number or leave for A/P to code from description.
(Put only one type of expense in each Misc. column.)

I certify that this statement accurately describes the actual and necessary expenses incurred by me while engaged in OUC business.

Employee's Signature _____ Date 11/17/06

Manager Approval _____ Date 11/20/06

Manual Coding If Desired:

| GL Coding: | Amount | | | LOB Ref Code |
|---|---|---|---|---|
| XXXXX | XXXXX | XXXXX | | |

| $ - | |
| $ - | |
| $ - | |
| $ - | |
| $ - | |
| $ - | |
| $ - | |

Total Voucher

**Expense Summary**

| | Totals per Above | | |
|---|---|---|---|
| 61501 | $ - | | CRG20 |
| 61216 | $ 192.99 | 61231 | CRG20 |
| 62713 | $ - | 61231 | CRG20 |
| 61231 | $ - | 61231 | CRG20 |
| 61212 | $ 1,507.60 | 61231 | CRG20 |
| 61206 | $ 52.63 | 61231 | CRG20 |
| 61236 | $ - | 61231 | CRG20 |
| 61211 | $ - | 61231 | CRG20 |
| 62123 | $ - | 61231 | CRG20 |
| ENTER** | $ - | 61231 | CRG20 |
| ENTER** | $ - | 61231 | CRG20 |
| Total Voucher | $ 1,753.22 | | |

WFB-MK640844