# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | teggleston | Batch Control #: | BATCH002221 |
| Vendor Name: | BRITTANY KAY GLASSIE | Vendor #: | 03150 |
| Invoice No.: | GLASS42307 | Invoice Date: | 04/23/2007 |

| Invoice Number | Prepaid Number | Prepaid/Refund By | Expense Reason | Svc Fee Ind | Servicing Sub-Code | GL Account Number | Deal Name | Amount |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (57) Travel Expense | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $2,270.45 |
| | | | | | | | | $2,270.45 |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | | |
| Add'l Approval: | See Attached | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640845

# EMPLOYEE EXPENSE STATEMENT

**ORIX CAPITAL MARKETS, LLC**

PURPOSE OF TRIP:

Diamond Point - 190000295
PMAC 99-C1
57-Travel

NAME (PLEASE PRINT): Brittany Glassie

| PHONE | DATE | CHARGE COST TO: | BUS. SEGM'T | CONTRACT |
|---|---|---|---|---|
| 2048 | 4/30/2007 | | CRG920 | 00151 |

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED |
|---|---|---|---|---|

TOTAL $ _____  61501

## TRAVEL, MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM 61216 | PHONE 62713 | BREAKFAST 61231 | LUNCH 61231 | DINNER 61231 | AIR FARE 61212 | TAXI & LIMO 61212 | RENTAL CAR & GAS 61206 | PARKING & TOLLS 61236 | MILEAGE[1] 61211 | FILM & PROCESSING 62123 | MISC.1*** ENTER** | MISC.2*** ENTER** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/23/2007 | 368.48 | | | 3.69 | 12.12 | 1,608.80 | 40.00 | | 76.73 | | | | 15.00 | Room for Brittany and Attorney Mary McKee |
| 4/24/2007 | 122.08 | | | 6.25 | | | 15.00 | | 2.00 | | | | | |
| 4/25/2007 | | | | | | | | | | | | | | |
| TOTAL | $ 490.56 | $ - | $ - | $ 10.24 | $ 12.12 | $ 1,608.80 | $ 55.00 | $ - | $ 78.73 | $ - | $ - | $ - | $ 15.00 | |

I certify that this statement accurately describes the actual and necessary expenses incurred by me while engaged in OCM business.

Employee's Signature _____ Date _____

Manager Approval _____ Date _____

| | Billable ? Enter *13052 | Total Billable $ | BUS. SEGM. 13052 | CONTRACT CRG20 | 00151 |
|---|---|---|---|---|---|
| | | $ 2,270.45 | | | |

Enter for each allocation used:

| | BUS. SEGM. | CONTRACT |
|---|---|---|
| Allocation 1: | | |
| Allocation 2: | | |
| Allocation 3: | | |
| Allocation 4: | | |
| Allocation 5: | | |
| Remainder | | |

## SUMMARY OF EXPENSE:

| Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Film & Processing 62123 | Mileage 61211 | Misc.1 ENTER** 62123 | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|
| $ - | $ 490.56 | $ - | $ 22.38 | $ 1,663.80 | $ - | $ 78.73 | $ - | $ - | $ - | $ 15.00 |

TOTAL REPORT $ 2,270.45

Enter the amount of the above total to be charged for each of the allocations:

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Film & Processing 62123 | Mileage 61211 | Misc.1 ENTER** 62123 | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Misc.1 Misc.2 | 490.56 | | 22.36 | 1,663.80 | | 78.73 | | | | | 15.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

***Description:
Misc.1 ____
Misc.2 ____

(Put only one type of expense in each Misc. column.)

* Enter miles. Total column will compute at $.445 / mile.
** Enter account number or leave for A/P to code from description.
*** Enter miles. Total column will compute at $.445 / mile.
Tips for parking attendant and cabs

## INSTRUCTIONS:

To record expenses on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

To bill the costs to a single contract: Complete the "Charge Cost to" section at the top of this form and input '13052' in the "Billable ?" column. (The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but '13052' is always used to bill the servicing advances.)

To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If billable fill in 13052. Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint! Use Excel formulas to allocate equal amounts between several contracts.

Note: Boxes in gray background are populated by formula.

WFB-MK640846

# Maher, Brittany

**From:** FreedomPark [reservations@freedomparkdfw.com]
**Sent:** Thursday, April 26, 2007 6:25 AM
**To:** Maher, Brittany
**Subject:** Airport Parking Receipt

Freedom Park
Airport Parking Services
Airport Parking Receipt

| Control | Customer Name | Departure Date: | Return Date: | Total Charge: |
|---------|---------------|-----------------|--------------|---------------|
| 783207 | Brittany Glass | 4/23/2007 | 4/25/2007 | $76.73 |

| Description | Qty | Rate | PreTax | Sales Tax | Airport Tax | Total |
|-------------|-----|------|--------|-----------|-------------|-------|
| Parking | 3 | $22.00 | $66.00 | $5.45 | $5.28 | $76.73 |

Your charges have been billed to your credit card that ends with 7467.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

In the interest of accuracy, FreedomPark valets attendants are no longer authorized to
take arrival date or flight changes when you drop your vehicle on departure from D/FW. If
you need to provide any return arrival information we ask that you call our reservations
line rather than give that information to the valet.

FreedomPark, L.P.
9010 N Royal Lane
Suite 100
Irving, TX 75063
reservations
(972) 252-2500
toll free
866-parkDFW
fax
(972) 894-0009
freedomparkdfw.com

4/23 — 4/25

travel

SBMS 00-C2

#1a-0000785

airfare               1608.80
Parking                 76.73
4/23/07 hotel          368.48   2 people 1 tying 2nd nite
4/24/07 hotel          122.09
4/23 cab to Dut         40.00
4/24 cab to airport     15.00   from Airport to hotel
4/24 lunch               3.99
4/24 supper             17.12
4/25 lunch               6.25
DFW parking toll         2.00
tips ( 2 parking attendants      15.00
        & 2 cabs)
                      2270.45

Brittany Maher   make payable to B Glass

WFB-MK640847

# THE GOODWIN
## HOTEL
Goodwin Square, One Haynes Street
Hartford, CT 06103



Margaret Mckee
SUITE 505
102 W PENNSYLVANIA AVE
Towson, MD 21204

Guest:

Group:

| | Arrival: | 04/23/07 |
|---|---|---|
| | Departure: | 04/24/07 |
| | Room: | 329 |
| | Rate: | $329.00 |
| | Folio: | 96776 |
| | Page: | 1 |
| | AR#: | |

Cashier:21/  Time:08:27:27

| Date | Charge Description | | Charge | Credit |
|---|---|---|---|---|
| 04/23/07 | *Room Charge | | 329.00 | |
| 04/23/07 | Room Tax | *Room Charge | 39.48 | |
| 04/24/07 | Discover Card | XXXXXXXXXXX6082 | | 368.48 |
| | | | $368.48 | $368.48 |

Balance: $0

Signature: _____

I agree that I am personally liable for the payment of this account
and if the person, company or association indicated does not
settle within a reasonable period, my liability for payment should
be joint and several with such person, company or association
If you have questions about your bill, please contact us at:
Telephone 860-246-7500, Fax 860-247-4576.



WFB-MK640848



**CANDLEWOOD**
**S U I T E S**

| | |
|---|---|
| Brittany Glassie<br>1712 Crescent<br>Denton, TX 76201<br>US | A/R Number<br>Group Code<br>Folio/Invoice No.     1831    /<br>Reference # |

| | | | |
|---|---|---|---|
| Room No. | **224** | Page No. | 1 of 1 |
| Arrival | 04-24-07 | Cashier No. | 104 |
| Departure | 04-25-07 | User ID | DVIOLETTE |

www.ichotelsgroup.com

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-24-07 | *Room Charge | 109.00 | |
| 04-24-07 | CT Occupancy Tax - Room | 13.08 | |
| 04-25-07 | Discover           XXXXXXXXXXXX6082 | | 122.08 |
| | **Total** | 122.08 | 122.08 |
| | **Balance** | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

**Candlewood Suites Windsor Locks**
**149 Ella Grasso Turnpike**
**Windsor Locks, CT  06096**
**Telephone: (860) 623-2000  Fax: (860) 623-2001**

WFB-MK640849

## Maher, Brittany

**From:** American Airlines@aa.com [notify@aa.globalnotifications.com]
**Sent:** Tuesday, April 17, 2007 6:03 PM
**To:** Glassie, Brittany
**Subject:** E-Ticket Confirmation

 **eTicket Itinerary And Receipt Confirmation**

| Reservations | Award Booking | View My Miles | Fare Sales & Offers |

**Date of Issue: 17APR07**

Brittany K Glassie:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld™ Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: EXBYQA**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options.

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel       Book a car       Buy trip insurance



4/27/2007

WFB-MK640850

Record Locator: EXBYQA

## Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---------|--------------|----------------|-------------|---------------|------|--------------|
| AA American Airlines | 1916 | DALLAS FT WORTH | MON 23APR 8:50 AM | HARTFORD SPRNGFLD | 1:10 PM | Y |
| | | Brittany Glassie | FF#: 9E116M0 | Economy | | Food For Purchase |
| AA American Airlines | 1747 | HARTFORD SPRNGFLD | TUE 24APR 5:40 PM | DALLAS FT WORTH | 8:25 PM | P |
| | | Brittany Glassie | FF#: 9E116M0 | First Cl | Seat 6E | Dinner |

*free upgrade*

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|-----------|---------------|----------|-----|--------------|
| BRITTANY GLASSIE | 0012133169718 | 1477.21 | 131.59 | 1608.80 |
| Payment Type: Master Card XXXXXXXXXXXX7467 | | | | Total: $1608.80 |

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-in. Check with the consulate of these countries to determine the documents required. Additional information can be found at International Travel.

A summary of Terms and Conditions of Travel is available by selecting the Conditions of Carriage button below.


Conditions Of Carriage


Special Assistance

Flight Check-In

Flight Status Notification


Our **Lowest Fare** Guarantee Only at AA.com

member of oneworld

We know why you fly®
**AmericanAirlines**®
AA.com


PRIVACY

This e-mail address is non-returnable and does not accommodate replies. If you have a customer service issue, please Contact AA.

NRID: 1564423527111718020380200

*ended up extending stay to $#4/13. No fee for flight change to 4/25/07*

4/27/2007

**WFB-MK640851**



**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT

**AmericanAirlines**  24APR07  US
HARTFORD SPRNGFD

GLASSIE/BRITTANY
HARTFORD SPRNGFLD AA 2465 P 25APR 150P
DALLAS FT WORTH

BOARDING PASS

**FIRST**
SEAT 5B

**ELECTRONIC**
2 001 2133169718 4

00109706525581

**AmericanAirlines**
**BOARDING PASS**
GLASSIE/BRITTANY
HARTFORD SPRNGFLD
DALLAS FT WORTH
AMERICAN AIRLINES
AA 2465 P 25APR 150P
B5    12D    5B



**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT

**AmericanAirlines**  23APR07  US
DALLAS FT WORTH

GLASSIE/BRITTANY
DALLAS FT WORTH AA 1916 Y 23APR 859A
HARTFORD SPRNGFLD

BOARDING PASS

**GROUP 5**
SEAT 14F

**ELECTRONIC**
1 001 2133169718 1

00110809

**AmericanAirlines**
**BOARDING PASS**
GLASSIE/BRITTANY
DALLAS FT WORTH
HARTFORD SPRNGFLD
AMERICAN AIRLINES
AA 1916 Y 23APR 859A
C59           14F
**GROUP 5**

WFB-MK640852

WICKED GOOD SUBS II

0062   TABLE 998  #Party 1
OLGA F      SvrCk:  8 11:08 04/25/07

1 SALADS, caesar salad (5.89)        5.89

                    Sub Total:      5.89
                         Tax:        .36
                    Sub Total:      6.25
04/25 11:09 TOTAL:              6.25

THANK YOU
PLEASE COME AGAIN!

---

The Paradies Shops
Bradley International Airport
Windsor Locks   CT

EXTRA SF PLR ICE PTP 01850928000
                    1.29 T
SC. FANCY TRAIL MIX  18224423000
                    3.99 N

SUBTOTAL                    $5.28
GUM                         $0.08
TOTAL                       $5.36
DISCOVER                    $5.36
AUTH# 024480
04/24/2007 05:00PM
REFERENCE #:    711421250931

ITEMS 2                      P. ADAM
04/24/2007  04:59PM    0116 01 14938 2820

Thank You For Shopping at
The Paradies Shops
Bradley International Airport

---

BRADLEY    TERMINAL B

INTERNATIONAL TAXICAB VOUCHER

AIRPORT    No. 2283117

Connecticut Department

of Transportation

Day: Mon  Date: APR 23,2007

No. Passengers: 1

Time: 01:37PM    Fare: $35.00

Taxicab Company : WINDSOR TAXI

License Plate No: 1

Destinations

HARTFORD                          CT

GRATUITIES ARE NOT INCLUDED.

FOR RECEIPT, HAVE DRIVER SIGN

BELOW

---------------------------

Driver Signature

---------------------------

FOR DRIVER ONLY

WFB-MK640853

CWS #224

5 NEW CHINA
60 MAIN ST.
ADDRESS 2
WINDSOR LOCKS, CT 86096
860-623-5755

Merchant ID: 27250014131781
Server ID: 1

## Phone Order

XXXXXXXXXXXX9921          Exp: 03/06
VISA          Entry Method: Manual

Amount:          $     9.12
Tip:          $3.50

Total:          tip  12.12

04/24/07          20:10:55
InvH: 000003          Appr Code: 041020
Apprvd: Online          BatchH: 000221
AVS Code: ZIP MATCH Z
CVV2 Code: MATCH M          supper

Customer Copy
THANK YOU!
PLEASE COME AGAIN!!

---

DALLAS-FORT WORTH
INT'L AIRPORT
*** Thank you ***
Entr: 15:18 04/25/07 Lane # 14
Exit: 17:01 04/25/07 Lane # 46 C.# 585
License Plate TX 041CUT,    Seq. #5402
Taxes included  $0082.00 Cash

---

BRADLEY          TERMINAL B

INTERNATIONAL TAXICAB VOUCHER

AIRPORT          No.  2283169

Connecticut Department

of Transportation

Day: Tue    Date: APR 24, 2007

No. Passengers: 1

Time: 07:06PM    Fare: $13.00

Taxicab Company : CITY CAB

License Plate No: 01          $2.00 tip

Destinations

WINDSOR LOCKS          ANY ST
REET          15.00 total

GRATUITIES ARE NOT INCLUDED.

FOR RECEIPT, HAVE DRIVER SIGN

BELOW

---

WFB-MK640854

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: leggleston

Vendor Name: LIGHTHOUSE LEGAL COPY, LLC

Invoice No.: 30940-LIT

Batch Control #: BATCH002221

Vendor #: 04706

Invoice Date: 04/27/2007

| Loan Number | Facility Number | Reimb By | Expense Category | SS Ind | Servicer Advance Subcode | GL Account Number Admin Exp, Sec Contract XXXXX - XXXXX - XXXXX | Deal Name | Amount (See Comment for Details) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $720.51 |
| | | | | | | | | $720.51 |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix.

Managers Approval: _____  See Attached

Add'l Approval: _____  Date: _____

Add'l Approval: _____  Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Page 1 of 1

WFB-MK640855



# WINSTEAD

May 4, 2007

direct dial: 713.650.2706
psavoy@winstead.com

Ms. Brittany Glassie                                                                *Via Email*
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, Texas 75201

Re:   Cause No. 3:05CV1924; *Wells Fargo Bank, N.A., et al v. Michael Konover, et al*; In the
      United States District Court of Connecticut.

Dear Brittany:

Enclosed is invoice no. 30940 from Lighthouse Document Solutions in the amount of
$720.51.  The invoice represents documents scanned and electronically bate labeled and
subsequently produced by Erick Sandler's office in connection with the above referenced matter.

Please place this invoice in line for payment at your earliest convenience.

Very truly yours,

Paul Savoy
Litigation Paralegal

PS
Enclosure

Houston_1\910126\1
23633-43 5/4/2007

919 MILAM STREET          PH 713.650.8400        *Attorneys and Counselors*        *Austin, Dallas, Fort Worth,*
SUITE 2400                FAX 715.650.2400        *A Professional Corporation*      *Houston, San Antonio,*
HOUSTON, TEXAS 77002      WINSTEAD.COM                                              *The Woodlands, Washington DC*

WFB-MK640856



# Invoice

**LIGHTHOUSE**
DOCUMENT SOLUTIONS

723 MAIN STREET, SUITE 430
HOUSTON, TX 77002
PH. (713) 229-9100  FAX (713) 229-9101
www.lighthousecopy.com

Tax ID # 61-1413443



| DATE | INVOICE # |
|------|-----------|
| 4/27/2007 | 30940 |

**BILL TO:**
Winstead Sechrest & Minick PC
Paul Savoy
910 Travis
Suite 2400
Houston, TX 77002

**SHIP TO:**
Winstead Sechrest & Minick PC
Paul Savoy
910 Travis
Suite 2400
Houston, TX 77002

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| 23633-45 | Net 30 | 58 | 4/26/2007 | | 573 | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 3,285 | 5010 | Electronic File Conversion | 0.10 | 328.50T |
| 3,285 | 1008 | Bates Numbering - Generate and Apply | 0.06 | 197.10T |
| 4 | 5006 | CD Master | 20.00 | 80.00T |
| 1 | 5012 | FED EX tracking number: 790726332169, 798662074667 | 60.00 | 60.00T |
| | | Erick Sandler Day Pitney LLP, City Place 185 Asylum Hartford, Ct. 06103 | | |
| | | Sales Tax | 8.25% | 54.91 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:  LOAN  REO  DEP
REIMB BY:  B  T    NONREIMB
LOAN NO.:
POOL NAME:

## PLEASE PAY FROM THIS INVOICE

Thank You for your business.

**TOTAL**   $720.51

WFB-MK640857

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | Ieggleston JC |
| Vendor Name: | PINNACLE REPROGRAPHICS-DIGITAL, LLC |
| Invoice No.: | D-3426 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 04298 |
| Invoice Date: | 04/30/2007 |

| Loan Number | Property Number | Remit To | Expense Category | Stop Ind | Servicing ShrtCode | GL ACCOUNT NUMBER Account Bus Seg Center XXXX - XXXX - XXXX | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $18,424.09 |
| | | | | | | | | $18,424.09 |

Dfd Pf

---

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| | | | |
|---|---|---|---|
| Manager's Approval: | | See Attached | |
| Add'l Approval: | | | Date: |
| Add'l Approval: | | | Date: |
| Add'l Approval: | | | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

Page 1 of 1

WFB-MK640858



**Pinnacle Reprographics-Digital, L.L.C.**

750 N. St. Paul,
Suite 1390
Dallas, TX 75201

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2007 | D-3426 |

| BILL TO |
|---------|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 |

| SHIP TO |
|---------|
| Tonya Moore<br>Production<br>Order Date: 04/19/2007 |

MAY 0 9 2007

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|---|
| DP-KONOVER | | Net 30 | 5/30/2007 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 74 | 1015 | Document Imaging. | 0.14 | 10.36T |
| 526,486 | File Conversion | Conversion of load files and dedup of original files for production. | 0.02 | 10,529.72T |
| 526,486 | DIGITAL STAMP... | Digital Bates Stamping of Images. | 0.01 | 5,264.86T |
| 27 | DVDEXE | DVD executable of Images. | 45.00 | 1,215.00T |
| | | Sales Tax | 8.25% | 1,404.15 |

INVOICE APPROVED BY:
DATE: 05-21-07
EXPENSE TYPE: 5/22/07
SERVICING:   LOAN   REO   (DEF)
REIMB BY:  B  T  (BTP)  NONREIMB
LOAN NO.: 10-0000285
POOL NAME: SBMS00-GB

Thank you for your business.

| **Total** | $18,424.09 |
|---|---|

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

WFB-MK640859

hhfax

12:56:54
WFB-MK640860.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | LIGHTHOUSE LEGAL COPY, LLC |
| Invoice No.: | 31205-LIT |

| | |
|---|---|
| Batch Control #: | BATCH00221 |
| Vendor #: | 04706 |
| Invoice Date: | 05/09/2007 |

| Loan Number | Property Number | Remit To | Both | Expense Category | Svc/Inv Stop Code | Second Svc/Inv Stop Code | GL ACCOUNT NUMBER Amount Class Sub Control XXXXX - XXXX - XXXXX | Pay Name | AMOUNT Use Comma and Decimals |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | | (42) Other Third Party Fees | S | Deficiency | 13059 - ORG20 - 00176 | SALOMON 2000-C2 | $1,031.67 |
| | | | | | | | | | $1,031.67 |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | See Attached | |
| Add'l Approval: | | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640860


# WINSTEAD

May 4, 2007

direct dial: 713.650.2706
psavoy@winstead.com

Ms. Brittany Maher                                                    *Via Email*
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, Texas 75201

Re:     Cause No. 3:05CV1924; *Wells Fargo Bank, N.A., et al v. Michael Konover, et al*; In the
        United States District Court of Connecticut.

Dear Brittany:

        Enclosed is invoice no. 31205 from Lighthouse Document Solutions in the amount of
$1031.67. The invoice represents documents blown back from CD to be reviewed by Andrew
Schumacher.

        Please place this invoice in line for payment at your earliest convenience.

                                        Very truly yours,

                                        Paul Savoy
                                        Litigation Paralegal

PS
Enclosure

Houston_1\911601\1
23633-45 5/14/2007

919 MILAM STREET        PH 713.650.8400        *Attorneys and Counselors*        *Austin, Dallas, Fort Worth,*
SUITE 2400              FAX 713.650.2400       *A Professional Corporation*       *Houston, San Antonio,*
HOUSTON, TEXAS 77002    WINSTEAD.COM                                             *The Woodlands, Washington DC*

WFB-MK640861



OK to add to epicor
X

Tax ID # 61-1413443

# Invoice



723 MAIN STREET, SUITE 430
HOUSTON, TX 77002
PH. (713) 229-9100 FAX (713) 229-9104
www.lighthousecopy.com

**LIGHTHOUSE**
Document Solutions

| DATE | INVOICE # |
|------|-----------|
| 5/9/2007 | 31205 |

| BILL TO: | SHIP TO: |
|----------|----------|
| Winstead Sechrest & Minick PC<br>Paul Savoy<br>910 Travis<br>Suite 2400<br>Houston, TX 77002 | Winstead Sechrest & Minick PC<br>Paul Savoy<br>910 Travis<br>Suite 2400<br>Houston, TX 77002 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| Day Pitney | Net 30 | 58 | 5/9/2007 | | 193*181 | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | KCC Docs | | |
| 11,913 | 5002 | Blowbacks | 0.08 | 953.04T |
| | | Sales Tax | 8.25% | 78.63 |

INVOICE APPROVED BY
DATE
EXPENSE TYPE:
SERVICING: LOAN REO OEF
REIMB BY: B T NONREIMB
LOAN NO.:
POOL NAME:

PLEASE PAY FROM
THIS INVOICE

| | TOTAL | $1,031.67 |
|--|-------|-----------|

WFB-MK640862

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

# SS AP TRANSMITTAL FORM

| | | |
|---|---|---|
| Requestor: | tegglesion | Batch Control #: BATCH002221 |
| Vendor Name: | BRITTANY KAY GLASSIE | Vendor #: 03150 |
| Invoice No.: | MAHER-53007 | Invoice Date: 05/30/2007 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19000035 | 0 | Both | (57) Travel Expense | S Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,828.58 |
| | | | | | | | | $1,828.58 |

D\6 RK

## SPECIAL INSTRUCTIONS:

## AUTHORIZATION:
This form must be approved in accordance with the Cost Center Approval Matrix.

| | |
|---|---|
| Manager's Approval: | |
| Add'l Approval: | Date: |
| Add'l Approval: ~See Attached | Date: |
| Add'l Approval: | |
| Add'l Approval: | |
| Add'l Approval: | |

WFB-MK640863

ORIX CAPITAL MARKETS, LLC

**EMPLOYEE EXPENSE STATEMENT**

Effective: 5/1/2004

Diamond Point - 190000295
PMAC 99-C1
57-Travel

NAME (PLEASE PRINT)
Brittany _____

PURPOSE OF TRIP:

PHONE 2048     DATE 6/0/2007

CHARGE COST TO:
BUS. SEGMT: CRG20     CONTRACT: 00151

### CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - Lists separately and fully document each meal or occasion

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL $ 61501

### TRAVEL - MEALS, LODGING AND TRANSPORTATION

| DATE | PHONE | ROOM | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | PHONE | MILEAGE* | FILM & PROCESSING | MISC.1*** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/30/2007 | 199.36 | | 18.27 | | | 1,458.80 | 35.00 | | | | | | | | |
| 5/31/2007 | | | | | | | 40.00 | | 54.15 | | | | 5.00 | 18.00 | |
| | | | | | | | | | | | | | | | |
| TOTAL $ | 199.36 | | 18.27 | | | 1,458.80 | 75.00 | | 54.15 | | | | 5.00 | 18.00 | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 62713 | 61211 | 62123 | ENTER** | ENTER** | |

I certify that this statement accurately describes the actual and necessary expenses incurred by me while engaged in Company business.

Employee's Signature _____     Date 6/8/07

Manager Approval _____     Date 6/10/07

Bilable ?  Total Billable $
Enter 13052   $ 1,828.58

Enter for each allocation used:
BUS. SEGM. CONTRACT
13062   CRG20   00151

SUBTOT: $ 199.36  ... $ 18.27  $ 1,458.80  $ 75.00  ...  $ 54.15 ...  $ 18.27

SUMMARY OF EXPENSE:
Business Entertain. 61501
TOTAL REPORT# $ 1,828.58

Enter the amount of the above total to be charged for each of the allocations.

***Description:

* Enter miles. Total column will compute at $.445 / mile.
** Enter account number or leave for A/P to code from description.
*** Enter type of expense in each Misc. column.

| | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi, Car & Gas 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc. 1 ENTER** | Misc. 2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|
| Allocation 1: | 199.36 | | 18.27 | 1,533.80 | | 54.15 | | | 5.00 | 18.00 |
| Allocation 2: | | | | | | | | | | |
| Allocation 3: | | | | | | | | | | |
| Allocation 4: | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | |
| Remainder | | | | | | | | | | |

Note: Boxes in gray background are populated by formula.

**INSTRUCTIONS:**

To record expenses on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input 13052 in the "Billable ?" column of the "Remainder" row located at the very bottom of this form. (The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but 13052 is always used to bill the servicing advances.)

To allocate cost to multiple contracts: Complete an "allocation line for each cost center / contract. If billable fill in 13052. Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations.  Hint: Use Excel formulas to allocate equal amounts  between several contracts.

WFB-MK640864

travel

SBMS 00-02, #19-0000295
5/30 - 5/31

| | |
|---|---|
| flight | 1458.80 |
| hotel | 199.36 |
| cabs (2) | 80.00 |
| dfw parking | 51.15 |
| dfw toll | 3.00 |
| tips (2 parking attn, 1 hskpr & 1 baggage) | 18.00 |
| breakfast 5/31 | 18.27 |
| total | $1828.58 |

Brittaney Mohr



**AmericanAirlines** ● **BOARDING PASS**

| PASSENGER NAME | FREQUENT FLYER # | RECORD LOCATOR |
|---|---|---|
| GLASSIE/BRITTANY | 9E116MD | IVDHXX |

| FROM: | FLIGHT | CLASS | DATE | DEPARTS |
|---|---|---|---|---|
| HARTFORD/SPRINGFIE | AA 1747 | P | 31MAY | 540P |

TO:

DALLAS/FORT WORTH

| GATE | BOARDING TIME | SEAT |
|---|---|---|
| B5 | 510P | 6B |

FIRST

ELECTRONIC    0012135123604

SELF-SERVICE CPN 2341138

**AmericanAirlines**

BOARDING PASS

GLASSIE/BRITTANY

FROM:

HARTFORD/SPRINGFIE

TO:

DALLAS/FORT WORTH

| FLIGHT | SEAT |
|---|---|
| AA1747 | 6B |

FIRST

| DATE | CLASS | DEPARTS |
|---|---|---|
| 31MAY | P | 540P |

---

DALLAS/FORT WORTH
INT'L AIRPORT
*** Thank You ***
Entry: 19:59 05/31/07 Lane # 11
Exit: 22:09 05/31/07 Lane # 46 C. # 851
License Plate TX W41CVT    Seq. #1973
Taxes included / $0003.00 Cash

---

BRADLEY    TERMINAL B

INTERNATIONAL TAXICAB VOUCHER

AIRPORT    No. 2284212

Connecticut Department

of Transportation

Day: Wed    Date: MAY 30,2007

No. Passengers: 1

Time: 03:22PM    Fare: $35.00

Taxicab Company : GEORGE

License Plate No: 1

Destinations

HARTFORD

GRATUITIES ARE NOT INCLUDED.

DATE 5/31 CAB# AMT

P/U

DROP OFF

DRIVER'S SIGNATURE

WFB-MK640866

For gate information, check Gates, Times & Status or call American Airlines at 1-800-433-7300



**AmericanAirlines** ⊙          **BOARDING PASS**

| | |
|---|---|
| PASSENGER NAME | AADVANTAGE NUMBER    PNR RECORD LOCATOR |
| GLASSIE/BRITTANY | 9E116M0                          IVOHXX |

FROM:                           CARRIER FLIGHT CLASS DATE DEPARTS
Dallas/ Fort Worth, DFW         AA      1916    P     30    08:50 AM
                                                            May

TO:                             GATE    BOARDING TIME    SEAT
Hartford/ Springfield/ Windsor Locks, BDL    ---    08:20 AM    6B

**GROUP - FIRST**

ELECTRONIC
Ticket Number 0012135123604

Transportation of Firearms and Inspection of Checked Baggage
FAA regulations require that firearms in checked baggage must be declared and unloaded. Passengers failing to declare firearms or transporting loaded firearms are subject to substantial civil penalties. Passengers must control their baggage to prevent the introduction of dangerous items without their knowledge and must also not accept items from unknown persons. Carry-on items and checked baggage are subject to search.



AA.com   Get weather and city information, download timetables and obtain automated flight updates at www.aa.com/travelinfo

AN AIRLINE AGENT MAY RETAIN THIS DUPLICATE BOARDING PASS



**AmericanAirlines** ⊙          **DUPLICATE**

PASSENGER NAME                  AADVANTAGE NUMBER    PNR RECORD LOCATOR
GLASSIE/BRITTANY                9E116M0                          IVOHXX
FROM:                           CARRIER FLIGHT CLASS DATE DEPARTS
Dallas/ Fort Worth, DFW         AA      1916    P     30    08:50 AM
                                                            May

TO:                             GATE    BOARDING TIME    SEAT
Hartford/ Springfield/ Windsor Locks, BDL    ---    08:20 AM    6B

**GROUP - FIRST**

ELECTRONIC
Ticket Number 0012135123604

Transportation of Firearms and Inspection of Checked Baggage
FAA regulations require that firearms in checked baggage must be declared and unloaded. Passengers failing to declare firearms or transporting loaded firearms are subject to substantial civil penalties. Passengers must control their baggage to prevent the introduction of dangerous items without their knowledge and must also not accept items from unknown persons. Carry-on items and checked baggage are subject to search.



AA.com   Get weather and city information, download timetables and obtain automated flight updates at www.aa.com/travelinfo

WFB-MK640867



# THE GOODWIN
# HOTEL
Goodwin Square, One Haynes Street
Hartford, CT 06103

Brittany Glassie
1717 Main Street
Suite 900
Dallas, Tx, 75201

Guest:

Group:

| | | Arrival: | 05/30/07 |
|---|---|---|---|
| | | Departure: | 05/31/07 |
| | | Room: | 218 |
| | | Rate: | $178.00 |
| | | Folio: | 98667 |
| | | Page: | 1 |
| | | AR#: | |

Cashier:17/     Time:08:24:57

| Date | Charge Description | | Charge | Credit |
|---|---|---|---|---|
| 05/30/07 | *Room Charge | | 178.00 | |
| 05/30/07 | Room Tax | *Room Charge | 21.36 | |
| 05/31/07 | In-Room Dining | #218 ; 0005 | 18.27 | |
| 05/31/07 | Discover Card | XXXXXXXXXXXX6082 | | 217.63 |
| | | | $217.63 | $217.63 |

*breakfast*

*hotel 199.36*
*bad 18.27*

Balance: $0

Signature: _____

I agree that I am personally liable for the payment of this account
and if the person, company or association indicated does not
settle within a reasonable period, my liability for payment should
be joint and several with such person, company or association
If you have questions about your bill, please contact us at:
Telephone 860-246-7500, Fax 860-247-4576.

WFB-MK640868



Previous | Next | Back to Messages

[Delete]  [Reply]  [Forward]  [Spam]  [Move...]

This message is not flagged. [ Flag Message - Mark as Unread ]                    Pr



| From: | "FreedomPark" <reservations@freedomparkdfw.com> 📖 Add to Address Book<br>Mobile Alert |
| To: | sassyb74@yahoo.com |
| Subject: | Airport Parking Receipt |
| Date: | Fri, 1 Jun 2007 00:01:34 -0500 |

Freedom Park
Airport Parking Services
Airport Parking Receipt

| Control<br>796607 | Customer Name<br>Brittany Maher | Departure Date:<br>5/30/2007 | Return Date:<br>5/31/2007 | Total<br>$51.1 |

| Description<br>Parking | Qty<br>2 | Rate<br>$22.00 | PreTax<br>$44.00 | Sales Tax<br>$3.63 | Airport T<br>$3.52 |

Your charges have been billed to your credit card that ends w
Should you have any questions about these charges, please cal
972-252-2500.

THANK YOU FOR USING FREEDOMPARK

* * * YOUR GATE INFORMATION CAN NOW BE SENT TO YOUR BLACKBERR
Please call our office if you prefer to have your gate inform
Blackberry email rather than text message. * * *

FreedomPark, L.P.
9010 N Royal Lane
Suite 100
Irving, TX  75063
reservations
(972) 252-2500
toll free
866-parkDFW

WFB-MK640869

```
fax
(972) 894-0009
freedomparkdfw.com
```



Previous | Next | Back to Messages                    Save Message Text | |

            

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

WFB-MK640870

| | | | | |
|---|---|---|---|---|
| 05/20/07 | 05/20/07 | THE HOME DEPOT #6840 DENTON TX | $ 10.34 | Home Improvement |
| 05/21/07 | 05/21/07 | ALBERTSONS DENTON TX | $ 126.30 | Supermarkets |
| 05/21/07 | 05/21/07 | HOBBY-LOBBY #0146 DENTON TX | $ 25.15 | Merchandise/ Retail |
| 05/22/07 | 05/22/07 | AMERICAN AIRLINES TULSA OK AUTOMATIC FLIGHT INSURANCE AA TKT 00121351236045 DALLAS, T | $ 1,458.80 | Travel/ Entertainment |
| 05/23/07 | 05/23/07 | LOWE'S 183 DENTON TX | $ 89.86 | Home Improvement |
| 05/23/07 | 05/23/07 | LOWE'S 551 LEWISVILLE TX | $ 38.50 | Home Improvement |

*[Handwritten note:]* Printoff from my credit card statements. The count is not in my work email inbox or deleted items. Not sure be hat happened to it. Purchased coach tickets, auto-upgraded to first class not purchased?

WFB-MK640871

hhfax

12:57:1
WFB-MK640872.PDF

# ORIX Capital Markets, LLC

SS AP TRANSMITTAL FORM

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: teggleston
Vendor Name: LIGHTHOUSE LEGAL COPY, LLC
Invoice No.: 31737-LIT

Batch Control #: BATCH002221
Vendor #: 04706
Invoice Date: 06/01/2007

| Loan Number | Category Number | Reimb By | Expense Category | Escrow Special Itemized Code | GL ACCOUNT NUMBER Account Bus Seg Control XXXXX - XXXXX - XXXXX | Cust Name | AMOUNT (Use *go non-cash entries) |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $5,000.89 |
| | | | | | | | $5,000.89 |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix.
See Attached

Manager's Approval: _____ Date: 6/18/07

Add'l Approval: _____ Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Page 1 of 1

WFB-MK640872

 **W**INSTEAD

June 1, 2007

direct dial: 713.650.2706
psavoy@winstead.com

Ms. Brittany Maher                                          *Via Email*
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, Texas 75201

Re:   Cause No. 3:05CV1924; *Wells Fargo Bank, N.A., et al v. Michael Konover, et al*; In the
      United States District Court of Connecticut.

Dear Brittany:

Enclosed is invoice no. 31737 from Lighthouse Document Solutions in the amount of
$5000.89. The invoice represents the repair of corrupt images and conversion of the Peerless
production documents to a Summation load file.

Please place this invoice in line for payment at your earliest convenience.

Very truly yours,

Paul Savoy
Litigation Paralegal

PS
Enclosure

Houston_1\915351\1
23633-45 6/1/2007

919 MILAM STREET          PH 713.650.8400        *Attorneys and Counselors*        *Austin, Dallas, Fort Worth,*
SUITE 2400                FAX 713.650.2400        *A Professional Corporation*      *Houston, San Antonio,*
HOUSTON, TEXAS 77002      WINSTEAD.COM                                              *The Woodlands, Washington DC*

**WFB-MK640873**



**LIGHTHOUSE**
DOCUMENT SOLUTIONS

723 MAIN STREET, SUITE 430
HOUSTON, TX 77002
PH. (713) 229-9100 FAX (713) 229-9104
www.lighthousecopy.com

Tax ID # 61-1413443

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/1/2007 | 31737 |



| BILL TO: | SHIP TO: |
|---|---|
| Winstead Sechrest & Minick PC | Winstead Sechrest & Minick PC |
| Paul Savoy | Paul Savoy |
| 910 Travis | 910 Travis |
| Suite 2400 | Suite 2400 |
| Houston, TX 77002 | Houston, TX 77002 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 23633-45 | Net 30 | 58 | 6/1/2007 | | 726 | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 115,494 | 5007 | Build New Project | 0.04 | 4,619.76T |
| | | Sales Tax | 8.25% | 381.13 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO DEP
REIMB BY: B T B/T NONREIMB
LOAN NO.:
POOL NAME:

**PLEASE PAY FROM**
**THIS INVOICE**

Thank you for your business.

| TOTAL | $5,000.89 |
|---|---|

WFB-MK640874

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | tegglestón | Batch Control #: | BATCH002221 |
|---|---|---|---|
| Vendor Name: | BRITTANY KAY GLASSIE | Vendor #: | 03150 |
| Invoice No.: | MAHER-60407 | Invoice Date: | 06/04/2007 |

| Loan Number | Property Number | Reimb. By | Expense Category | | GL/Account Number | Deal Name | AMOUNT (Less Commonts and Deposits) |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (57) Travel Expense | S Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,911.96 |
| | | | | | | | $1,911.96 |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix.

| Manager's Approval: | | |
|---|---|---|
| Add'l Approval: | _See Attached_ | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640875

ORIX CAPITAL MARKETS, LLC    **EMPLOYEE EXPENSE STATEMENT**    Effective: 5/1/2004

PURPOSE OF TRIP:   *Diamond Point • 190000295*
PMAC 89-C1
57:Travel

NAME (PLEASE PRINT)
Brittany _____
DATE 6/8/2007

PHONE 2048

CHARGE COST TO:   BUS. SEGMT CONTRACT
    CRG20    00151

| PURPOSE OF TRIP: (if different from above description) | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ 61501 |

### CUSTOMER/ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal/occasion.

| DATE | PLACE | PERSONS PRESENT / COMPANY | NATURE OF BUSINESS DISCUSSED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### TRAVEL/MEALS/LODGING AND TRANSPORTATION

| DATE | ROOM 61216 | PHONE 62713 | BREAKFAST 61231 | LUNCH 61231 | DINNER 61231 | AIR FARE 61212 | TAXI & LIMO 61212 | RENTAL CAR & GAS 61206 | PARKING & TOLLS 61236 | MILEAGE* 61211 | FILM & PROCESSING 62123 | MISC.1*** | MISC.2*** | PURPOSE OF TRIP: (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/4/2007 | 190.97 | | 14.55 | | | 1,113.80 | 70.00 | | 76.73 | | | 20.00 | | |
| 6/5/2007 | 244.16 | | | 2.62 | | 121.40 | | | | | | | | |
| 6/6/2007 | | | 15.73 | | | | 40.00 | | 2.00 | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| TOTAL | $ 435.13 | $ - | $ 30.28 | $ 2.62 | $ - | $ 1,235.20 | $ 110.00 | $ - | $ 78.73 | $ - | $ - | $ 20.00 | $ - | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** | |

I certify that this statement accurately describes the actual and necessary expenses incurred by me
while engaged in OCM business.

Employee's Signature _____ Date 6/8/07

Manager Approval _____ Date 6/8/07

Enter for each allocation used:

| | BUS. SEGM. CONTRACT |
|---|---|
| | CRG20   00151 |
| Billable ? Total Billable $ | |
| Enter '13052' $ 1,891.96 | |
| 13052 | |
| | $ - |
| | $ - |
| | $ - |

**SUMMARY OF EXPENSE:**

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBTOT: | $ - | 435.13 | | 32.90 | 1,345.20 | | 78.73 | | | 20.00 | $ - |
| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | | |

Enter the amount of the above total to be charged for each of the allocations.

TOTAL REPORT= $ 1,911.96

| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allocation 1: | | 435.13 | | 32.90 | 1,345.20 | | 78.73 | | | 20.00 | $ - |
| Allocation 2: | | | | | | | | | | | |
| Allocation 3: | | | | | | | | | | | |
| Allocation 4: | | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | | |
| Remainder: | | | | | | | | | | | |

***Description: Misc.1 _____ Misc.2 _____

*  - Enter miles. Total column will compute at $.445 / mile.
** - Enter account number or leave for A/P to code from description.
    Tips for hostlers, car attend, baggage
*** - (Put only one type of expense in each Misc. column.)

Note: Boxes in gray background are populated by formula.

**INSTRUCTIONS:**

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)
To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input '13052' in the "Billable ?" column of the "Remainder" row located at the very bottom of this form.
(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but '13052' is always used to bill fee servicing advances.)
To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. Enter the complete Contract # and the amount of each expense to be charged. Use the
"Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK640876

travel 6/4-6/6

SBMSDO-C2 #19-0000285

| | |
|---|---|
| flights (MM) | 1113.80 |
| flight (sve) | 121.40 |
| dfw parking | 76.73 |
| hotel Baltimore | 190.97 |
| 6/5 breakfast | 14.55 |
| hotel Hartford | 244.16 |
| 6/6 breakfast | 15.73 |
| cabs (2) | 110.00 |
| dfw toll | 2.00 |
| refreshment (water) | 2.49 |
| tips (2 car attendants/baggage) 2 hlprs | 20.00 |
| total | $1911.83 |

DFW to Baltimore to Hartford (HFD)

---

ZONA MEXICANA
BWI AIRPORT
BALTIMORE, MD 21240
(410) 850-4846

5 Joseph

Chk 898        Jun05'07 03:29PM  Gst 0

| | | |
|---|---|---|
| 1 BTL WATER | | 2.49 |
| CASH | | 3.00 |
| | | |
| BEVERAGES | | 2.49 |
| TAX | | 0.13 |
| PAYMENT | | 2.62 |
| Change Due | | 0.38 |

---

DALLAS-FORT WORTH
INT'L AIRPORT
*** Thank you ***
Entr: 19:38 06/06/07 Lane # 11
Exit: 20:35 06/06/07 Lane #.45 C.# 675
License Plate TX W41CYT  Seq. #7222
Taxes included  $0002.00 Cash

---

BWI Taxi Management, INC.    410-859-1100
                            410-859-1102
BALTIMORE/WASHINGTON         Operator of
INTERNATIONAL AIRPORT
MARYLAND...21240

**BWI** 12995-096
AIRPORT CAB

RECEIVED FROM: BWI to

NAME

TRANSPORTATION TO Houson

DATE _____ 20____

CAB NO. _____ 70.00      6/4/07

| METER FARE | |
|---|---|
| BAGGAGE | |
| TOLLS | |
| OTHER | |
| TIP | |
| TOTALS | |

Chauffeur

Please refer to rate schedules posted in each taxicab. Should you have any questions regarding lost articles or service, please call BWI Taxi Management, Inc. (410-859-1102) or the Maryland Aviation Administration (410-859-7033). Thank you.

---

**Taxi Receipt**

Tel: 243-0336

Date: 6/6/07

From: 90.00

To: Hrtfd to
BDL

Fare:

Signature: _____

WFB-MK640877



**American Airlines** | **BOARDING PASS** | **American Airlines**

PASSENGER NAME
GLASSIE/BRITTANY

FREQUENT FLYER # 9E116MO

RECORD LOCATOR MWGCHV

FROM:
DALLAS/FORT WORTH

FLIGHT AA1678  CLASS P  DATE 04JUN  DEPARTS 900A

TO:
BALTIMORE/WASHINGT

FIRST | GATE C16 | BOARDING TIME 830A | SEAT 5E

ELECTRONIC  0012135598405



BOARDING PASS
GLASSIE/BRITTANY
FROM:
DALLAS/FORT WORTH
TO:
BALTIMORE/WASHINGT

FLIGHT AA1678 | SEAT 5E

FIRST

DATE 04JUN | CLASS P | DEPARTS 900A

SSL-1 CPN 1109928

---



**...Airlines** | **BOARDING PASS** **American Airlines** | **America...**

PASSENGER NAME
GLASSIE/BRITTANY

FREQUENT FLYER # 9E116MO

RECORD LOCATOR MWGCHV

FROM:
HARTFORD/SPRINGFIE

FLIGHT AA 1747  CLASS P  DATE 06JUN  DEPARTS 540P

TO:
DALLAS/FORT WORTH

GATE B5 | BOARDING TIME 510P | SEAT 4E

FIRST

ELECTRONIC  0012135598405

BOARDING PASS
GLASSIE/BRITTANY
FROM:
HARTFORD/SPRINGFIE
TO:
DALLAS/FORT WORTH

FLIGHT AA1747 | SEAT 4E

FIRST

DATE 06JUN | CLASS P | DEPARTS 540P

SELF-SERVICE CPN 23411

WFB-MK640878



# THE GOODWIN
## HOTEL
Goodwin Square, One Haynes Street
Hartford, CT 06103

Brittany Maher

Denton, TX 76201

Guest:

Group:

| | | | Arrival: | 06/05/07 |
|---|---|---|---|---|
| | | | Departure: | 06/06/07 |
| | | | Room: | 221 |
| | | | Rate: | $218.00 |
| | | | Folio: | 98964 |
| | | | Page: | 1 |
| | | | AR#: | |

Cashier:17/        Time:07:44:51

| Date | Charge Description | | Charge | Credit |
|---|---|---|---|---|
| 06/05/07 | *Room Charge | | 218.00 | |
| 06/05/07 | Room Tax | *Room Charge | 26.16 | *breakfast* |
| 06/06/07 | Pierpont's Dining | #221 : 0013 | 15.73 | |
| 06/06/07 | Discover Card | XXXXXXXXXXXX6082 | | 259.89 |
| | | | $259.89 | $259.89 |

Balance: $0

Signature: _____

I agree that I am personally liable for the payment of this account
and if the person, company or association indicated does not
settle within a reasonable period, my liability for payment should
be joint and several with such person, company or association
if you have questions about your bill, please contact us at:
Telephone 860-246-7500, Fax 860-247-4576.

WFB-MK640879



# Sheraton
## Baltimore North
### H O T E L
#### TOWSON, MARYLAND

903 DULANEY VALLEY ROAD, TOWSON, MD 21024   TEL [410] 321-7400   FAX [410] 296-9534   SHERATON.COM/BALTIMORE

| GUEST | | | |
|---|---|---|---|
| Brittany Glassie | ROOM | 423 | T A G E N T   T R A V E L |
| | RATE | 169.00 | |
| 1717 Main Street | NO. PERS. | 1 | |
| Suite 900 | FOLIO | 686942      A | C H A R G E   T O |
| Dallas, TX 75201 | PAGE | 1 | |
| | ARRIVE | 04-JUN-07   17:09 | |
| | DEPART | 05-JUN-07   06:39 | |
| | PAYMENT | DI | |

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|
| 04-JUN-07 | RT423 | Room Revenue - Corporate | 169.00 |
| 04-JUN-07 | RT423 | Room Tax (State) | 8.45 |
| 04-JUN-07 | RT423 | Occupancy Tax (County) | 13.52 |
| 05-JUN-07 | 00008638 | Dulaney's | *breakfast* 14.55 |
| 05-JUN-07 | DI | Discover | 205.52- |

```
        ***For Authorization Purposes Only***
        xxxx86082
        Auth Date    Code    Authorized
        04-JUN-07   004968     236.60
```

```
                    Total Charges      205.52
                    Total Credits      205.52-
                    Balance Due          0.00
```

EXPENSE REPORT SUMMARY

| Date | Room Rev. | Room Tax | Food/Bev. | Misc. | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 04-JUN-07 | 169.00 | 21.97 | 0.00 | 0.00 | 0.00 | 190.97 | 0.00 |
| 05-JUN-07 | 0.00 | 0.00 | 14.55 | 0.00 | 0.00 | 14.55 | 205.52- |
| Total | 169.00 | 21.97 | 14.55 | 0.00 | 0.00 | 205.52 | 205.52- |

## reservations [800] 325 3535 or sheraton.com

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges.

```
As a Starwood Preferred Guest you have earned at least 362
Starpoints for this visit 718336730.
```

| Brittany Glassie | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| FOLIO  686942 | 04-JUN-07 | 423 | 05-JUN-07 | KLV |

MEMBER OF 🅂 STARWOOD PREFERRED GUEST

## see reverse side for express checkout procedures

WFB-MK640880



Yahoo!   My Yahoo!   Mail

**YAHOO!** MAIL   Welcome, sassyb74   [Sign Out, My Account]

Search
the Web                    [Search]

Mail Home ~ Help

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ |    Mail Upgrades - Options

[Check Mail]  [Compose]                     [Search Mail]  [Search the Web]

**Folders**   [Add - Edit]

**Inbox (37)**
Draft
Sent
**Bulk (58)**  [Empty]
Trash  [Empty]

**Search Shortcuts**
My Photos
My Attachments

Previous | Next | Back to Messages

[Delete]  [Reply ▾]  [Forward ▾]  [Spam]  [Move... ▾]

This message is not flagged. [ Flag Message - Mark as Unread ]

| From: | "FreedomPark" <jeff.wetsel@freedomparkdfw.com>  Add to Address Book Mobile Alert |
| To: | sassyb74@yahoo.com |
| Subject: | Airport Parking Receipt |
| Date: | Thu, 7 Jun 2007 03:50:33 -0500 |

Freedom Park
Airport Parking Services
Airport Parking Receipt

| Control | Customer Name | Departure Date: | Return Date: | Total |
| 797558 | Brittany Maher | 6/4/2007 | 6/6/2007 | $76.73 |

| Description | Qty | Rate | PreTax | Sales Tax | Airport T |
| Parking | 3 | $22.00 | $66.00 | $5.45 | $5.28 |

Your charges have been billed to your credit card that ends w
Should you have any questions about these charges, please cal
972-252-2500.

THANK YOU FOR USING FREEDOMPARK

* * * YOUR GATE INFORMATION CAN NOW BE SENT TO YOUR BLACKBERR
DO
NOT RESPOND TO GATE TEXT OR EMAIL MESSAGES.
Please call our office if you prefer to have your gate inform
Blackberry email rather than text message. * * *

FreedomPark, L.P.
9010 N Royal Lane
Suite 100
Irving, TX   75063
reservations
(972) 252-2500
toll free
866-parkDFW
fax
(972) 894-0009
freedomparkdfw.com

WFB-MK640881



Previous | Next | Back to Messages                              Save Message Text |

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

WFB-MK640882

**Maher, Brittany**

| | |
|---|---|
| **From:** | American Airlines@aa.com [notify@aa.globalnotifications.com] |
| **Sent:** | Thursday, May 31, 2007 4:00 PM |
| **To:** | Maher, Brittany |
| **Subject:** | E-Ticket Confirmation |



Date of Issue: 31MAY07

Brittany Glassie:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld™ Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: MWGCHV**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel           Book a car          Buy trip insurance



WFB-MK640883

Yahoo! | My Yahoo! | Mail | Tutorials | More     **Make Y! your home page**     Welcome, **sassyb74** Sign Out | Help

# YAHOO! MAIL

Search: [                    ] [Web Search]

Enter Sear

Clothing    Home & Garden    Electronics    Watches    Camcorders    [Shop N

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ |  Mail For Mobile - Mail Upgrades - Options |

[Check Mail] [Compose]                    [Search Mail] [Search the Web]

$150,000 loan
for $450 a mo

Previous | Next | Back to Messages

[Delete] [Reply ▾] [Forward ▾] [Spam] [Move... ▾]

This message is not flagged. [ Flag Message - Mark as Unread ]

**Folders** [Add - Edit]

**Inbox (36)**
Draft
Sent
**Bulk (58)** [Empty]
Trash [Empty]

**Date:** Fri, 1 Jun 2007 12:22:57 -0500
**From:** "Southwest Airlines" <SouthwestAirlines@mail.southwest.com> 🖼 Add to Addr
Mobile Alert
**To:** SASSYB74@yahoo.com
**Subject:** Ticketless Confirmation - GLASSIE/BRITTANY - CBBK83

**Search Shortcuts**
My Photos
My Attachments

See your credit
score - free

Earn a degree
in 1 yr.

FICO more than 680?
4.625%* refi rate

Find Any
Email Address

**SOUTHWEST.COM**

**Budget**  Get up to 40% off
whenever you rent wit
Reference BCD U072722 in the

Receipt and Itinerary as of 06/01/07 12:22 PM

Check In 24
IN ADVANCE
Check In Online

## Confirmation Number
## CBBK83

Confirmation Date: 06/01/07
Received: BRITTANY

### Passenger Information

| Passenger Name | Ticket# | Account I |
|---|---|---|
| GLASSIE/BRITTANY | 526-2313970752-6 | 00000121 |

**Itinerary:**

| Date | Flight | Routing Details |
|---|---|---|
| Tue Jun 05 | 76 | Depart BALTIMORE-WASHNTN (BWI) at 4:10 PM |
|  |  | Arrive in HARTFORD CT (BDL) at 5:15 PM |

**Cost and Payment Summary**

| | |
|---|---|
| Air | $ 103.26 |
| Tax | $ 11.14 |

WFB-MK640884

| | |
|---|---|
| PFC Fee | $ 4.50 |
| Security Fee | $ 2.50 |

**Total Payment: $121.40**

Current payment(s)
06/01/07 DISCOVER xxxxxxxxxxxx6082 Ref 526-2313970752-6 $121.40

Fare Rule(s)
Valid only on Southwest Airlines. All travel involving funds from this Confirm no. m
completed by 06/01/08. Any change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 BWIWNBDL YL 111.00 $111.00 ZP3.40 XFBWI4.50 AYBWI2.50 $121.40

Important Checkin Requirement
Passengers who do not obtain a boarding pass and are not present and available
the departure gate area at least ten minutes prior to scheduled departure time may
reserved space cancelled and will not be eligible for denied boarding compensatio

Southwest Airlines Co. Notice of Incorporated Terms
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenge
Carriage, the terms of which are incorporated by reference.

Notice of Incorporated Terms

Additional Information for Travelers
Online Checkin | Free Baggage Allowance | Checkin Requirements | Print Security Docume
Inflight Service | Travel Tips | Refund Information | Privacy Policy | Southwest Airlines Destina



Previous | Next | Back to Messages          Save Message T

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guideline
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

WFB-MK640885



Record Locator: MWGCHV

## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| **American Airlines** | 1678 | DALLAS FT WORTH | MON 04JUN 9:00 AM | BALTIMORE WASHNTN | 12:50 PM | P |
| | Brittany Glassie | FF#: 9E116M0 | | First Cl | Seat 5E | Breakfast |
| **American Airlines** | 1747 | HARTFORD SPRNGFLD | WED 06JUN 5:40 PM | DALLAS FT WORTH | 8:25 PM | P |
| | Brittany Glassie | FF#: 9E116M0 | | First Cl | Seat 4E | Dinner |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| BRITTANY GLASSIE | 0012135598405 | 1016.75 | 97.05 | 1113.80 |

**BRITTANY GLASSIE - Additional Fare Collection 345.00**

Payment Type: Exchange, Discover XXXXXXXXXXXX6082

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the country being visited must be presented at airport check-in. Check with the consulate of these countries to determine the documents required. Additional information can be found at International Travel.

A summary of Terms and Conditions of Travel is available by selecting the Conditions of Carriage button below.




[ Conditions Of Carriage ]   [ Special Assistance ]   [ Flight Check-In ]   [ Flight Status Notification ]



**Our Lowest Fare Guarantee** Only at AA.com

member of **oneworld**

We know why you fly
**AmericanAirlines**
AA.com

PRIVACY BBBONLINE

This e-mail address is non-returnable and does not accommodate replies. If you have a customer service issue, please Contact AA.

NRID: 23331713486231155512090100

6/7/2007

**WFB-MK640886**

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS

## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

| Requestor: | teggleston | Batch Control #: | BATCH002221 |
|---|---|---|---|
| Vendor Name: | BRITTANY K MAHER | Vendor #: | 03150 |
| Invoice No.: | MAHER-61807 | Invoice Date: | 06/18/2007 |

| Account Number | Property Stamp Number By | Expense Category | Both | SIC Servicing Ind | SIC Servicing Sub | GL/ACCOUNT NUMBER Account REO Servicer Contract Sub | | | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (57) Travel Expense | S | Deficiency | 13059 | CRG20 | 00176 | SALOMON 2000-C2 | $2,095.18 |
| | | | | | | | | | | $2,095.18 |

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | | |
|---|---|---|
| Add'l Approval: | See Attached | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640887

# ORIX CAPITAL MARKETS, LLC

## EMPLOYEE EXPENSE STATEMENT

Effective: 5/1/2004

**PURPOSE OF TRIP:** Diamond Point #190000295

| NAME (PLEASE PRINT) | | | | |
|---|---|---|---|---|
| Brittany Maher | | | | |

| PHONE | DATE | | |
|---|---|---|---|
| 2048 | 6/22/2007 | | |

**CHARGE COST TO:**

| SBMS 2000-C2 | BUS. SEGMT | CONTRACT |
|---|---|---|
| 57-Travel | CRG20 | 00176 |

### ***CUSTOMER ENTERTAINMENT AND BUSINESS MEALS** - List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | TOTAL |
| | | | | | $ 61501 |

### **TRAVEL - MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/18/2007 | 199.36 | | | | 22.02 | 1,458.80 | 40.00 | | | | | 3.00 | | |
| 6/19/2007 | 199.36 | | | 1.99 | 38.92 | | 43.00 | | 76.73 | | | 6.00 | | |
| 6/20/2007 | | | | | | | | | 5.00 | | | | | |
| 6/21/2007 | | | | | | | | | | | | | | |
| TOTAL | $ 398.72 | $ - | $ - | $ 1.99 | $ 61.94 | $ 1,458.80 | $ 83.00 | $ - | $ 81.73 | $ - | $ - | $ 9.00 | $ - | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 81211 | 62123 | ENTER** | ENTER*** | |

* Enter miles. Total column will compute at $.485 / mile.
** Enter account number or leave for A/P to code from description.
*** Tips = cartop x 2 - hrsdkeeping

I certify that this statement separately describes the actual and necessary expenses incurred by me
while engaged in company business.

Employee's Signature _____ Date 6/2/07

Manager Approval _____ Date _____

**SUMMARY OF EXPENSE:**

|  |  |
|---|---|
| Business Entertain. | 61501 |
| Travel Meals | 61231 $ 63.93 |
| Room | 61216 398.72 |
| Phone | 62713 |
| Plans, Taxi | 61212 $ 1,541.80 |
| Car & Gas | 61206 |
| Parking & Tolls | 61236 81.73 |
| Mileage | 61211 |
| Film & Processing | 62123 |
| Misc.1 | ENTER** 9.00 |
| Misc.2 | ENTER*** |
| **TOTAL REPORT:** | $ 2,095.18 |

| | Billable ? Enter 13052 | Total Billable $ | BUS. SEGM. | CONTRACT | |
|---|---|---|---|---|---|
| | 13052 | $ 2,095.18 | CRG20 | 00176 | |

Enter for each allocation used:

| | | |
|---|---|---|
| Allocation 1: | $ - | |
| Allocation 2: | $ - | |
| Allocation 3: | $ - | |
| Allocation 4: | $ - | |
| Allocation 5: | $ - | |
| Remainder | $ - | |

Note: Boxes in gray background are populated by formula.

***Description:** | Misc. 1 | Misc. 2

Enter the amount of the above total to be charged for each of the allocations :

| Business Entertain. 61501 | Travel Meals 61231 | Room 61216 | Phone 62713 | Plans, Taxi 61212 | Car & Gas 61206 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER*** |
|---|---|---|---|---|---|---|---|---|---|---|
| | 63.93 | 398.72 | | 1,341.80 | | 81.73 | | | 9.00 | |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**INSTRUCTIONS:**

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)
To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input 13052 in the "Billable ?" column of the "Remainder" row (located at the very bottom of this form).
(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but '13502' is always used to bill the servicing advances.)
To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If billable fill in '13052'. Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not accounted for by the allocations, or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

**WFB-MK640888**

hhfax

12:57:13
WFB-MK640889.PDF

# ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: teggleston
Vendor Name: BRITTANY K MAHER
Invoice No.: MAHER-100807

Batch Control #: BATCH002221
Vendor #: 03150
Invoice Date: 10/8/2007

| | | | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (57) Travel Expense | $ | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,859.11 |
| | | | | | | | | $1,859.11 |

SPECIAL INSTRUCTIONS

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval:

Add'l Approval: _____  See Attached

Add'l Approval: _____

Add'l Approval: _____  Date: _____

Add'l Approval: _____  Date: _____

Add'l Approval: _____

WFB-MK640889

# ORIX CAPITAL MARKETS, LLC

**EMPLOYEE EXPENSE STATEMENT**

Effective: 5/1/2004

PURPOSE OF TRIP: Diamond Point - 190000295
PMAC 96-C1
57-Travel

NAME (PLEASE PRINT)
Brittany Glassie

| PHONE | DATE | CHARGE COST TO: | BUS. SEGMT CONTRACT | BUS. SEGMT CONTRACT |
|---|---|---|---|---|
| 2048 | 10/15/2007 | | PMAC 96-C1 | 57-Travel |
| | | | CRG20 00151 | |

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal occasion.

| DATE | PLACE | COMPANY | PERSONS PRESENT | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

TOTAL $ | 61501

## TRAVEL, MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.*** | MISC.2**** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/8/2007 | 244.16 | | | | | 1,514.80 | 42.00 | | 53.15 | | | 5.00 | | |
| 10/9/2007 | | | | | | | | | | | | | | |
| TOTAL | $ 244.16 | $ | $ | $ 1,811.11 | $ | $ 1,514.80 | $ 42.00 | $ | $ 53.15 | $ | $ | $ 5.00 | $ | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61206 | 61211 | 62123 | | | |

* Enter miles. Total column will compute at $.445 / mile.
*** Enter account number or leave for A/P to code from description.
**** Enter one type of expense in each Misc. column.

I certify that this statement accurately describes the actual and necessary expenses incurred by me while engaged in company business.

Employee's Signature _____ Date 10/15/13

Manager Approval _____ Date _____

Billable ? Enter '13052'

| Total Billable $ | BUS. SEGM. CONTRACT |
|---|---|
| 13052 $ 1,811.11 | CRG20 00151 |
| $ | |
| $ | |
| $ | |
| $ | |

Enter for each allocation used:

| | BUS. SEGM. CONTRACT |
|---|---|
| Allocation 1: | |
| Allocation 2: | |
| Allocation 3: | |
| Allocation 4: | |
| Allocation 5: | |
| Remainder | |

## SUMMARY OF EXPENSE:

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61206 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** 62123 | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBTOT: | $ - | $ 244.16 | $ | $ 1,556.80 | $ | $ | $ 53.15 | $ | $ | $ 5.00 | $ - |

TOTAL REPORT* $ 1,859.11

Enter the amount of the above total to be charged for each of the allocations:

| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61206 | 61211 | 62123 | Misc.1 ENTER** 62123 | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allocation 1: | | 244.16 | | 1,556.80 | | | 53.15 | | 5.15 | 5.00 | |
| Allocation 2: | | | | | | | | | | | |
| Allocation 3: | | | | | | | | | | | |
| Allocation 4: | | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | | |
| Remainder | $ | $ - | $ | $ - | $ | $ | $ - | $ | $ - | $ - | $ - |
| | | | | | | | | 48.00 | | | |

***Description: Misc. 1 Tips
Misc. 2

Note: Boxes in gray background are populated by formula.

INSTRUCTIONS:

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input '13052' in the "Billable ?" column of the "Remainder" row located at the very bottom of this form.

(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but '13052' is always used to bill the servicing advances.)

To allocate cost to multiple contracts: Complete an 'allocation' line for each cost center / contract. If billable fill in '13052'. Enter the complete Contract and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK640890

hhfax

12:57:16
WFB-MK640891.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS

AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | BRITTANY K MAHER |
| Invoice No.: | MAHER-111307 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 03150 |
| Invoice Date: | 11/13/2007 |

| Check # | | Amount Paid | Expense Type | System | GL Account Number | Name | Amount |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (57) Travel Expense | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,430.47 |
| | | | | | | | $1,430.47 |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval:

Add'l Approval: _____ See Attached

Add'l Approval: _____ Date:

Add'l Approval: _____ Date:

Add'l Approval:

Add'l Approval:

Page 1 of 1

WFB-MK640891

ORIX CAPITAL MARKETS, LLC

**EMPLOYEE EXPENSE STATEMENT**

Effective: 5/1/2004

Diamond Point #190000295

| NAME (PLEASE PRINT) | | DATE | PURPOSE OF TRIP: | SAL200002 |
|---|---|---|---|---|
| Brittany Maher | | 11/20/2007 | | 57-Travel |

| PHONE | | CHARGE COST TO: | BUS. SEGMT | CONTRACT |
|---|---|---|---|---|
| 770-870-5177 | | | CRCG20 | |

**CHARGE COST TO:** COMPANY

CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | TOTAL | $ | 61501 |
|---|---|---|---|---|---|

**TRAVEL - MEALS, LODGING AND TRANSPORTATION**

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1*** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/07 | 190.97 | | | | | 890.80 | 63.00 | | 78.73 | | | 5.00 | | |
| 11/14/07 | 190.97 | | | | | | | | | | | 5.00 | | |
| 11/15/07 | | | | | | | | | | | | 6.00 | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| TOTAL | $ 381.94 | $ | $ | $ | $ | $ 890.80 | $ 63.00 | $ | $ 78.73 | $ | $ | $ 16.00 | $ | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61205 | 61236 | 61211 | 62123 | ENTER** | ENTER** | |

* Enter miles. Total column will compute at $.485 / mile.
** Enter account number or (leave for A/P to code from description).
*** Description: Tips - car in housekeeping.

I certify that this statement accurately describes the actual and necessary expenses incurred by me while engaged in ORIX business.

Employee's Signature _____ Date 11/20/07

Manager Approval _____ Date 11/20/07

| | Total | Enter for each allocation used | BUS. SEGM. CONTRACT |
|---|---|---|---|
| Billable ? | Billable $ | 00165 | |
| Enter (1305)? | | CRCG20 | |
| 13059 | $ 1,430.47 | | |
| | $ | | |
| | $ | | |
| | $ | | |
| | $ | | |

**SUMMARY OF EXPENSE:**

| | | Business Entertain. | Room | Phone | Travel Meals | Plant, Taxi | Rental Car & Gas | Parking & Tolls | Mileage | Film & Processing | Misc.1 | Misc.2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 61501 | 61501 | 61216 | 62713 | 61231 | 61212 | 61205 | 61236 | 61211 | 62123 | 61212 | 61212 |
| SUBTOT: | $ 381.94 | | | | | | | | | | | |

| TOTAL REPORT= | $ 1,430.47 |
|---|---|

Enter the amount of the above total to be charged for each of the allocations.

| | Business Entertain. | Room | Phone | Travel Meals | Plant, Taxi | Rental Car & Gas | Parking & Tolls | Mileage | Film & Processing | Misc.1 | Misc.2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 61501 | 61216 | 62713 | 61231 | 61212 | 61205 | 61236 | 61211 | 62123 | 61212 | 61212 |
| Allocation 1: | | 381.94 | | | | | 953.80 | 78.73 | | 16.00 | |
| Allocation 2: | | | | | | | | | | | |
| Allocation 3: | | | | | | | | | | | |
| Allocation 4: | | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | | |
| Remainder | | | | | | | | | | | |

Note: Boxes in gray background are populated by formula.

**INSTRUCTIONS:**

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input "13052"n the "Billable ?" column at the very bottom of this form. (The "Billable ?" column can also be used for G/L coding to other balance sheet accounts, but "13052" is always used to bill the servicing advances.)

To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract, ( billable fill in "13052". Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK640892

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

| | | |
|---|---|---|
| Requestor: | teggleston | |
| Vendor Name: | PINNACLE REPROGRAPHICS-DIGITAL, LLC | Batch Control #: BATCH002221 |
| Invoice No.: | D-4020 | Vendor #: 04298 |
| | | Invoice Date: 11/14/2007 |

| NUMBER | O | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 190000295 | | | | | | | | $11,041.50 |
| | | | | | | | | $11,041.50 |

Dis-PF

Page 1 of 1

This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | See Attached | |
| Add'l Approval: | | Date: 2/22/08 |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640893



**Pinnacle Reprographics-Digital, L.L.C.**
750 N. St. Paul, Suite 1390
Dallas, TX 75201

MAY 2 0 2008

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/14/2007 | D-4020 |

### BILL TO

Orix USA Corporation
1717 Main Street
Suite 900
Dallas, TX 75201
214-237-2300

### SHIP TO

Valerie Prowell
RFP 23 portion 1 sec2
Order Date: 11/12/2007

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|---|
| Konover Diamond Point | | Net 30 | 12/14/2007 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 6.8 | Native | Processing of electronic files, includes Meta-data, OCR and image. Price per gigabyte. | 1,500.00 | 10,200.00T |
| | | Sales Tax | 8.25% | 841.50 |

*Valerie Prowell 5/2/08*

Thank you for your business.

**Total** $11,041.50

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

INVOICE APPROVED BY: _____
DATE: 5/2/08
EXPENSE TYPE: O3P-11+
SERVICING: LOAN REO CLD
REIMB BY: B T BD NONREIMB
LOAN NO.: 19-0000295
POOL NAME: SBUS0063

WFB-MK640894

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS

## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

LIT *[handwritten signature]*

Requestor: feggleston *[handwritten]*

Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC

Invoice No.: D-4021

Batch Control #: BATCH002221

Vendor #: 04298

Invoice Date: 11/14/2007

| Loan Number | Prepay Penalty | Remit By | Expense Category | Svc/Servicing Ind Sub Code | | G/L ACCOUNT NUMBER | | | Deal Number | AMOUNT (Incl. Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Account | Bus Seg. | Contract | | |
| | | | | | | XXXXX | XXXXX | XXXXX | | |
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency | | 13059 - | CRG20 - | 00176 | SALOMON 2000-C2 | $12,827.63 |
| | | | | | | | | | | $12,827.63 |

Du Pt *[handwritten]*

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix.

See Attached

Manager's Approval: BMaher *[handwritten]*

Add'l Approval: MOakes *[handwritten]*

Add'l Approval: J Yackel *[handwritten]*          Date: 11/7/... *[handwritten]*

Add'l Approval: *[handwritten signature]*          Date: 11/7/... *[handwritten]*

Add'l Approval:

Add'l Approval:

Page 1 of 1

WFB-MK640895



**Pinnacle Reprographics-Digital, L.L.C.**
750 N. St. Paul, Suite 1390
Dallas, TX 75201

DEC 0 3 2007

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/14/2007 | D-4021 |

| BILL TO | SHIP TO |
|---------|---------|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 | Valerie Prowell<br>RFP 23 portion 2<br>Order Date: 11/13/2007 |

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|-----------------|-------|----------|-----|--------------|
| **Konover Diamond Point** | Net 30 | 12/14/2007 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 7.9 | Native | Processing of electronic files, includes Meta-data, OCR and image. Price per gigabyte. | 1,500.00 | 11,850.00T |
| | | Sales Tax | 8.25% | 977.63 |

INVOICE APPROVED BY: _____
DATE: 12/6/07
EXPENSE TYPE: OSP-Lit
SERVICING: LOAN REO OER
REIMB BY: B T REP NONREIMB
LOAN NO.: 190000285
POOL NAME: SBMS DB C2

| | Total | $12,827.63 |
|--|-------|------------|

Thank you for your business.

| Phone | WEB |
|-------|-----|
| 214-999-1300 | www.pinnaclereprographics.com |

*Extensive doc requests from Knvr.*

WFB-MK640896

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: teggleston JC

Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC

Invoice No.: D-4016

Batch Control #: BATCH002221
Vendor #: 04298
Invoice Date: 11/14/2007

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $13,477.13 |
| | | | | | | | $13,477.13 |

Dec 07

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: BMaher

Add'l Approval: MMahes

Add'l Approval: JHoxder

See Attached

Add'l Approval:
Add'l Approval:
Add'l Approval:

Date:
Date:

Page 1 of 1

WFB-MK640897

DEC 0 3 2007



**Pinnacle Reprographics-Digital, L.L.C.**
750 N. St. Paul, Suite 1390
Dallas, TX 75201

# Invoice

| Date | Invoice # |
|---|---|
| 11/14/2007 | D-4016 |

| BILL TO | SHIP TO |
|---|---|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 | Valerie Prowell<br>RFP 14 portion 2<br>Order Date: 11/09/2007 |

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|
| **Konover Diamond Point** | Net 30 | 12/14/2007 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 8.3 | Native | Processing of electronic files, includes Meta-data, OCR and image. Price per gigabyte. | 1,500.00 | 12,450.00T |
| | | Sales Tax | 8.25% | 1,027.13 |

INVOICE APPROVED BY: *Matu*
DATE: 12/6/07   OCP-11F
EXPENSE TYPE:
SERVICING:  LOAN   REO   OED
REIMB BY:  B  T  B/T  NONREIMB
LOAN NO.: 19-0000295
POOL NAME:

Thank you for your business.

| **Total** | $13,477.13 |
|---|---|

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

WFB-MK640898

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | | |
|---|---|---|
| Requestor: | legglestion | Batch Control #: BATCH002221 |
| Vendor Name: | PINNACLE REPROGRAPHICS-DIGITAL, LLC | Vendor #: 04298 |
| Invoice No.: | D-4015 | Invoice Date: 11/14/2007 |

| Loan Number | Purchase/Sale | Both | Deficiency | SIMPLELINN NUMBER Account Purpose Control | | Amount |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | S Deficiency | 13059 · CRG20 · 00176 | SALOMON 2000-C2 | $14,613.75 |
| | | (42) Other Third Party Fees | | | | $14,613.75 |

Dee PT

SPECIAL INSTRUCTIONS:

AUTHORIZATION:
This form must be approved in accordance with the Cost Center Approval Matrix.
See Attached

Manager's Approval: Bmaher

Add'l Approval: Mpathes

Add'l Approval: Jyanckew

Add'l Approval:

Add'l Approval:

Add'l Approval:

Date: 12/7/07

Date:

Page 1 of 1

WFB-MK640899

DEC 0 3 2007



**Pinnacle Reprographics-Digital, L.L.C.**
750 N. St. Paul, Suite 1390
Dallas, TX 75201

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/14/2007 | D-4015 |

| BILL TO |
|---------|
| Orix USA Corporation |
| 1717 Main Street |
| Suite 900 |
| Dallas, TX 75201 |
| 214-237-2300 |

| SHIP TO |
|---------|
| Valerie Prowell |
| RFP 14 portion 1 |
| Order Date: 11/08/2007 |

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|
| **Konover Diamond Point** | Net 30 | 12/14/2007 | CLD | **32-0044066** |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 9 | Native | Processing of electronic files, includes Meta-data, OCR and image. Price per gigabyte. | 1,500.00 | 13,500.00T |
| | | Sales Tax | 8.25% | 1,113.75 |

INVOICE APPROVED BY: _____
DATE: 12/16/07
EXPENSE TYPE: DSP-14
SERVICING: LOAN REO DEED
REIMB BY: B T BO NONREIMB
LOAN NO.: 19-0000295
POOL NAME: SBUS300C2

Thank you for your business.

| **Total** | $14,613.75 |
|---|---|

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

WFB-MK640900

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: teggleston

Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC

Invoice No.: D-4019

Batch Control #: BATCH000221
Vendor #: 04298
Invoice Date: 11/14/2007

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $15,588.00 |
| DHOPF | | | | | | | | | $15,588.00 |

## AUTHORIZATIONS

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: BMaker      See/Attached

Add'l Approval: MPates

Add'l Approval: JVancke

Add'l Approval:

Add'l Approval:

Add'l Approval:

Date: bmfw
Date: bmfw

WFB-MK640901



**Pinnacle Reprographics-Digital, L.L.C.**
750 N. St. Paul, Suite 1390
Dallas, TX 75201

DEC 0 3 2007

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/14/2007 | D-4019 |

| BILL TO |
|---------|
| Orix USA Corporation |
| 1717 Main Street |
| Suite 900 |
| Dallas, TX 75201 |
| 214-237-2300 |

| SHIP TO |
|---------|
| Valerie Prowell |
| RFP 23 portion 1 sec1 |
| Order Date: 11/11/2007 |

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|---|
| **Konover Diamond Point** | | Net 30 | 12/14/2007 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 9.6 | Native | Processing of electronic files, includes Meta-data, OCR and image. Price per gigabyte. | 1,500.00 | 14,400.00T |
| | | Sales Tax | 8.25% | 1,188.00 |

> INVOICE APPROVED BY: B Matu
> DATE: 03P-4
> EXPENSE TYPE: 121603
> SERVICING: LOAN REO OEP
> REIMB BY: B T NONREIMB
> LOAN NO.: 12-0000385
> POOL NAME:

Thank you for your business.

| **Total** | $15,588.00 |
|---|---|

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

*For extensive document requests from CMP parties.*

WFB-MK640902

# ORIX Capital Markets, LLC

**SS AP TRANSMITTAL FORM**

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

| | |
|---|---|
| Requestor: | Iegglestion |
| Vendor Name: | PINNACLE REPROGRAPHICS-DIGITAL, LLC |
| Invoice No.: | D-4018 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 04298 |
| Invoice Date: | 11/14/2007 |

| Loan Number | | Type | Expense | Sub Expense | Loan Account Number | Total |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S   Deficiency | 13059 - CRG20 - 00176   SALOMON 2000-C2 | $3,247.50 |
| | | | | | | $3,247.50 |

This form must be approved in accordance with the Cost Center Approval Matrix

| | |
|---|---|
| Manager's Approval: | Blaher Moates   **See Attached** |
| Add'l Approval: | (signature)   Date: 5/2/08 |
| Add'l Approval: | Date: |
| Add'l Approval: | |
| Add'l Approval: | |
| Add'l Approval: | |

Page 1 of 1



**Pinnacle Reprographics-Digital, L.L.C.**

750 N. St. Paul, Suite 1390
Dallas, TX 75201

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/14/2007 | D-4018 |

| BILL TO | SHIP TO |
|---------|---------|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 | Valerie Prowell<br>RFP 6-9 portion 2<br>Order Date: 11/10/2007 |

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|
| **Konover Diamond Point** | Net 30 | 12/14/2007 | CLD | **32-0044066** |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2 | Native | Processing of electronic files, includes Meta-data, OCR and image. Price per gigabyte. | 1,500.00 | 3,000.00T |
| | | Sales Tax | 8.25% | 247.50 |

*Vaurie Prowell 5/2/08*

Thank you for your business.

**Total** $3,247.50

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

INVOICE APPROVED BY: _____
DATE: 5/12/08
EXPENSE TYPE: O3P-11+
SERVICING: LOAN REO DEP
REIMB BY: B T NONREIMB
LOAN NO.: 19-0000245
POOL NAME: SGMS.03-<2

WFB-MK640904

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: fJegglestonJC

Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC

Invoice No.: D-4017

Batch Control #: BATCH002221
Vendor #: 04298
Invoice Date: 11/14/2007

| Invoice | Cost Center Rating | | Expense Reason | Post Int Number | System Comp | Amount |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $9,742.50 |
| | | | | | | | $9,742.50 |

DV2 DF

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval: _Sharon Mathes_    See Attached
Add'l Approval: _____    Date: 5/24/06
Add'l Approval: _____    Date: _____
Add'l Approval: _____
Add'l Approval: _____
Add'l Approval: _____

WFB-MK640905



**Pinnacle Reprographics-Digital, L.L.C.**

750 N. St. Paul, Suite 1390
Dallas, TX 75201

MAY 2 0 2008

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/14/2007 | D-4017 |



**BILL TO**

Orix USA Corporation
1717 Main Street
Suite 900
Dallas, TX 75201
214-237-2300

**SHIP TO**

Valerie Prowell
RFP 6-9 portion I
Order Date: 11/10/2007

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|---|
| **Konover Diamond Point** | | Net 30 | 12/14/2007 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 6 | Native | Processing of electronic files, includes Meta-data, OCR and image. Price per gigabyte. | 1,500.00 | 9,000.00T |
| | | Sales Tax | 8.25% | 742.50 |

*Vaurie Prowell 5/23/08*

Thank you for your business.

**Total** $9,742.50

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

INVOICE APPROVED BY: _Stele_
DATE: 5/23/08
EXPENSE TYPE: D3P 11
SERVICING: LOAN REO DEP
REIMB BY: B T CBD NONREIMB
LOAN NO.: 14-0000024
POOL NAME: _SAMSONER_

WFB-MK640906

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: ieggleston

Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC

Invoice No.: D-4026

Batch Control #: BATCH000221
Vendor #: 04298
Invoice Date: 11/20/2007

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 | CRG20 | 00176 | SALOMON 2000-C2 | $811.88 |
| | | | | | | | | | | $811.88 |

Manager's Approval: omaner moakes

Addt'l Approval:

Addt'l Approval: Date:

Addt'l Approval: Date:

Addt'l Approval:

Addt'l Approval:

This form must be approved in accordance with the OrixCenter Approval Matrix.

Page 1 of 1



**WFB-MK640907**

DEC 0 3 2007  DPP



**Pinnacle Reprographics-Digital, L.L.C.**
PINNACLE   750 N. St. Paul, Suite 1390
digital   Dallas, TX 75201

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/20/2007 | D-4026 |

| BILL TO | SHIP TO |
|---------|---------|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 | Valerie Prowell<br>RFP 6-9 part 3<br>Order Date: 11/15/2007 |

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|---|
| Konover | | Net 30 | 12/20/2007 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 0.5 | Native | Processing of electronic file to tiff. Price per gigabyte.<br>Sales Tax | 1,500.00<br>8.25% | 750.00T<br>61.88 |

INVOICE APPROVED BY:
DATE: 12/6/07
EXPENSE TYPE: RSP-14
SERVICING: LOAN REO REP
REIMB BY: B T INT NONREIMB
LOAN NO.: 12-0000296
POOL NAME: SBLIS-2005-C1

Thank you for your business.

**Total**   $811.88

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

WFB-MK640908

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | teggleston | | Batch Control #: | BATCH002221 |
| Vendor Name: | GREGORY DERRELL MAY | | Vendor #: | 03042 |
| Invoice No.: | MAY-112707 | | Invoice Date: | 11/27/2007 |

| | 0 | Both | (57) Travel Expense | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,109.55 |
| 190000295 | | | | | | | $1,109.55 |

SPECIAL INSTRUCTIONS:

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _____

Add'l Approval: _____ — See Attached

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____ Date: _____

Add'l Approval: _____ Date: _____

WFB-MK640909

ORIX USA, LP

**EMPLOYEE EXPENSE STATEMENT**

Effective: 5/25/2005

PURPOSE OF TRIP: *Diamond Point Oral Argument and Jim Thompson Depo*

| NAME (PLEASE PRINT) | DATE |
| --- | --- |
| Greg May | |

| PHONE | 1377 | 2/28/2008 |

CHARGE COST TO:

| Cost Center | Sub Account | All support travel (OUP cost centers excluding Expat rate) require that the LOB benefited be identified. Find the "Line of Business" using the drop-down box. Use separate Expense Reports for each LOB or manually write-in the Ref Code |
| --- | --- | --- |
| 61231 | CRG20 | |

| | LINE OF BUSINESS | REF CODE |
| | OUI | OUI76 |

**CUSTOMER ENTERTAINMENT AND BUSINESS MEALS** - List separately and fully document each meal or occasion

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL | $ 61501 |

**TRAVEL - MEALS, LODGING AND TRANSPORTATION**

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1*** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/27/2007 | | | | | | | | | 18.00 | | | | | |
| 11/28/2007 | | | | | | | | | 18.00 | | | | | |
| 1/17/2008 | 229.85 | | | | | 717.00 | | 122.90 | | | | 4.00 | | |
| TOTAL | $ 229.85 | $ - | $ - | $ - | $ - | $ 717.00 | $ - | $ 122.90 | $ 36.00 | $ - | $ - | $ 4.00 | $ - | |
| | 61210 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61206 | 61211 | 62123 | 61231 | ENTER** | |

*** Description:
Misc. 1
Misc. 2

* Enter miles. Total column will compute at $.505 / mile.
** Enter account number or leave for A/P to code from description.

Tips
(Put only one type of expense in each Misc. column.)

**Expense Summary**

| Totals per Above | | | |
| --- | --- | --- | --- |
| $ - | 61501 | 61231 | CRG20 |
| $ 229.85 | 61216 | 61231 | CRG20 |
| $ - | 62713 | 61231 | CRG20 |
| $ - | 61231 | 61231 | CRG20 |
| $ 717.00 | 61212 | 61231 | CRG20 |
| $ 122.90 | 61206 | 61231 | CRG20 |
| $ 36.00 | 61206 | 61231 | CRG20 |
| $ - | 61211 | 61231 | CRG20 |
| $ - | 62123 | 61231 | CRG20 |
| $ 4.00 | 61231 | 61231 | CRG20 |
| ENTER** | 61231 | 61231 | CRG20 |
| Total Voucher $ 1,109.55 | | | |

I certify that this statement accurately describes actual and necessary expenses incurred by me while engaged in OUIC business.

Employee's Signature _____ Date 2/24/08

Manager Approval _____ Date 3/4/08

Manual Coding if Desired:

| Amount | GL Coding: | | | LOB Ref Code |
| --- | --- | --- | --- | --- |
| $ - | XXXXX | XXXXX | XXXXX | |
| $ - | | | | |
| $ - | | | | |
| $ - | | | | |
| $ - | | | | |
| $ - | | | | |
| Total Voucher $ - | | | | |

WFB-MK640910

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS

## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | leggleston |
| Vendor Name: | PINNACLE REPROGRAPHICS-DIGITAL, LLC |
| Invoice No.: | D-4062 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 04298 |
| Invoice Date: | 11/30/2007 |

| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $243.54 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $243.54 |

Dick RK

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix.

| Manager's Approval: | BMaher |
| | MRhodes |
| Add'l Approval: | See Attached |
| Add'l Approval: | |
| Add'l Approval: | Date: 6/3/08 |
| Add'l Approval: | Date: |
| Add'l Approval: | |

WFB-MK640911



**Pinnacle Reprographics-Digital, L.L.C.**

PINNACLE digital
750 N. St. Paul, Suite 1390
Dallas, TX 75201

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2007 | D-4062 |

| BILL TO | SHIP TO |
|---|---|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 | Tonya Moore<br>Production<br>Order Date: 11/30/2007 |

NOV 0 3 2007

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|
| Diamond Point/Konover | Net 30 | 12/30/2007 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,607 | 1014 | Document Imaging<br>Sales Tax | 0.14<br>8.25% | 224.98T<br>18.56 |

INVOICE APPROVED BY:
DATE: 05P-117
EXPENSE TYPE: 12407
SERVICING: LOAN REO DEF
REIMB BY: B T BIT NONREIMB
LOAN NO.: 0-0000285
POOL NAME:

Thank you for your business.

| **Total** | |
|---|---|
| | $243.54 |

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

WFB-MK640912

hhfax

12:57:36
WFB-MK640913.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: ieggleston

Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC

Invoice No.: D-4078

Batch Control #: BATCH002221
Vendor #: 04298
Invoice Date: 12/06/2007

| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 | CRG20 - 00176 | SALOMON 2000-C2 | $1,429.98 |

$1,429.98

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

Manager's Approval: _____

Add'l Approval: _____ Date: 1/22/08

Add'l Approval: _____ Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Page 1 of 1

WFB-MK640913



**Pinnacle Reprographics-Digital, L.L.C.**
750 N. St. Paul, Suite 1390
Dallas, TX 75201

DEC 1 1 2007

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/6/2007 | D-4078 |

| BILL TO | SHIP TO |
|---------|---------|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 | Valerie Prowell<br>RFP #24<br>Order Date: 12/05/2007 |

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|
| KONOVER | Net 30 | 1/5/2008 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1.29 | TIFF | Processing of native files to .tiff. (per gig) | 900.00 | 1,161.00T |
| 4 | CDEXE | CDRom Executable with Images and Load Files. | 40.00 | 160.00T |
| | | Sales Tax | 8.25% | 108.98 |

INVOICE APPROVED BY:
DATE: 11409
EXPENSE TYPE: 03P-11
SERVICING: LOAN REO DEF
REIMB BY: B T BD NONREIMB
LOAN NO.: 0000225
POOL NAME:

Thank you for your business.

| | **Total** | $1,429.98 |
|---|---|---|

| Phone | WEB |
|-------|-----|
| 214-999-1300 | www.pinnaclereprographics.com |

WFB-MK640914

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: teggleston JE

Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC

Invoice No.: D-4082

Batch Control #: BATCH002221
Vendor #: 04298
Invoice Date: 12/07/2007

190000295      0      Both      (42) Other Third Party Fees      $      Deficiency    13059 - CRG20 -   00176      $2,913.01

Dica DF                                                                                                          $2,913.01

SALOMON 2000-C2

This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval: Braner    See Attached

Add'l Approval: Mfakes

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Date:
Date:

WFB-MK640915



**Pinnacle Reprographics-Digital, L.L.C.**
PINNACLE  750 N. St. Paul, Suite 1390
digital  Dallas, TX 75201

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/7/2007 | D-4082 |

| BILL TO |
|---------|
| Orix USA Corporation |
| 1717 Main Street |
| Suite 900 |
| Dallas, TX 75201 |
| 214-237-2300 |

| SHIP TO |
|---------|
| Valerie Prowell |
| RFP #24, 25, 33, 21 & 22 |
| Order Date: 12/05/2007 |

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|---|
| KONOVER | | Net 30 | 1/6/2008 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2.99 | Native | Processing of electronic files to tiff. Price per gigabyte. | 900.00 | 2,691.00T |
| | | Sales Tax | 8.25% | 222.01 |

INVOICE APPROVED BY: _____
DATE: 1/10/08
EXPENSE TYPE: O4P-1/4
SERVICING: LOAN  REO  (DEF)
REIMB BY: B T (BT) NONREIMB
LOAN NO.: 1a-0600296
POOL NAME: SBU500-C2

| Thank you for your business. | | | **Total** | $2,913.01 |
|---|---|---|---|---|

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | | |
|---|---|---|
| Requestor: | leggleston | Batch Control #: BATCH002221 |
| Vendor Name: | PINNACLE REPROGRAPHICS-DIGITAL, LLC | Vendor #: 04298 |
| Invoice No.: | D-4101 | Invoice Date: 12/13/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $8,232.41 |

$8,232.41

This form must be approved in accordance with the Cost Center Approval Grid.
See Attached

Manager's Approval: _____  Date: 11/27/08

Add'l Approval: _____  Date:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Page 1 of 1



**Pinnacle Reprographics-Digital, L.L.C.**
750 N. St. Paul, Suite 1390
Dallas, TX 75201

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/13/2007 | D-4101 |

| BILL TO |
|---------|
| Orix USA Corporation |
| 1717 Main Street |
| Suite 900 |
| Dallas, TX 75201 |
| 214-237-2300 |

| SHIP TO |
|---------|
| Valerie Prowell |
| RFP #28 |
| Order Date: 12/10/2007 |

*Konover*

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|-----------------|--|-------|----------|-----|--------------|
| *Diamond Point* | | Net 30 | 1/12/2008 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 8.45 | Native | Processing of electronic files to .tiff. Price per gigabyte. | 900.00 | 7,605.00T |
| | | Sales Tax | 8.25% | 627.41 |

Thank you for your business.

| **Total** | $8,232.41 |
|-----------|-----------|

| Phone | WEB |
|-------|-----|
| 214-999-1300 | www.pinnaclereprographics.com |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:     LOAN     REO     REP
REIMB BY:   B   T       NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK640918

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: Ieggleston

Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC

Invoice No.: D-4116

Batch Control #: BATCH002221

Vendor #: 04298

Invoice Date: 12/17/2007

| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | | $1,234.16 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | SALOMON 2000-C2 | | $1,234.16 |

This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval: BMaher    See Attached

Addl Approval: MPaños

Addl Approval: _____ Date: 1/22/08

Addl Approval: _____ Date: _____

Addl Approval:

Addl Approval:

Page 1 of 1

WFB-MK640919



**Pinnacle Reprographics-Digital, L.L.C.**

**PINNACLE** digital
750 N. St. Paul, Suite 1390
Dallas, TX 75201

# Invoice

| Date | Invoice # |
|---|---|
| 12/17/2007 | D-4116 |

| BILL TO |
|---|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 |

| SHIP TO |
|---|
| Valerie Prowell<br>RFP #31<br>Order Date: 12/15/2007 |

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|---|
| KONOVER | | Net 30 | 1/16/2008 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 0.589 | Native | Processing of electronic files to tiff. Price per gigabyte. | 900.00 | 530.10T |
| 14 | DVDEXE | DVD executable of Images. | 40.00 | 560.00T |
| 2 | CDEXE | CDRom Executable with Images and Load Files. | 25.00 | 50.00T |
| | | Sales Tax | 8.25% | 94.06 |

INVOICE APPROVED BY: _B. Walter_
DATE: 11/6/08
EXPENSE TYPE: O3P-11X
SERVICING: LOAN REO CDE
REIMB BY: B T EXP NONREIMB
LOAN NO.: 12-0000295
POOL NAME: SBM5 00-C2

Thank you for your business.

| | | **Total** | $1,234.16 |
|---|---|---|---|

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

WFB-MK640920