# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

✗ LIT

| | |
|---|---|
| Requestor: | Ieggleston |
| Vendor Name: | PINNACLE REPROGRAPHICS-DIGITAL, LLC |
| Invoice No.: | D-4156 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 04298 |
| Invoice Date: | 01/03/2008 |

190000295    0    Both    (42) Other Third Party Fees    $    Deficiency    13059 - CRG20 - 00176    SALOMON 2000-C2    $2,996.36

$2,996.36

Dar PK

This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval: BMaha    See Attached

Mahes

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Date: 1/22/06

Date:

Page 1 of 1

**WFB-MK640921**



**Pinnacle Reprographics-Digital, L.L.C.**
750 N. St. Paul, Suite 1390
Dallas, TX 75201

JAN 1 5 2008

# Invoice

| Date | Invoice # |
|---|---|
| 1/3/2008 | D-4156 |

| BILL TO | SHIP TO |
|---|---|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 | Valerie Prowell<br>RFP #30<br>Order Date: 01/02/2008 |

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|
| KONOVER | Net 30 | 2/2/2008 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2.82 | TIFF | Processing of electronic files to .tiff. Price per gigabyte. | 900.00 | 2,538.00T |
| 2 | CDEXE | CDRom Executable with Images and Load Files. | 25.00 | 50.00T |
| 4 | DVDEXE | DVD executable of Images. | 45.00 | 180.00T |
| | | Sales Tax | 8.25% | 228.36 |

Thank you for your business.

**Total** $2,996.36

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

INVOICE APPROVED BY: *BMaher*
DATE: 1/16/08
EXPENSE TYPE: D2V-111
SERVICING: LOAN REO CLEF
REIMB BY: B T CEFD NONREIMB
LOAN NO.: 10-0060295
POOL NAME: 5B11S-00-C2

WFB-MK640922

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

Requestor: Ieggleston

Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC

Invoice No.: D-4163

Batch Control #: BATCH002221

Vendor #: 04298

Invoice Date: 01/04/2008

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 | CRG20 | 00176 | SALOMON 2000-C2 | $244.82 |
| | | | | | | | | | | $244.82 |

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

Manager's Approval: _____ Date: 1/22/08

Add'l Approval: _____ Date:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

WFB-MK640923



**Pinnacle Reprographics-Digital, L.L.C.**
750 N. St. Paul, Suite 1390
Dallas, TX 75201

JAN 0 9 2008

# Invoice

| Date | Invoice # |
|---|---|
| 1/4/2008 | D-4163 |

| BILL TO | SHIP TO |
|---|---|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 | Valerie Prowell<br>RFP #27<br>Order Date: 01/03/2008 |

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|
| KONOVER | Net 30 | 2/3/2008 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 0.1624 | Native | Processing of electronic files to tiff. Price per gigabyte. | 900.00 | 146.16T |
| 2 | CDEXE | CDRom Executable with Images and Load Files. | 40.00 | 80.00T |
| | | Sales Tax | 8.25% | 18.66 |

Thank you for your business.

| | **Total** | $244.82 |
|---|---|---|

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

INVOICE APPROVED BY:
DATE: 1/16/08
EXPENSE TYPE: O3P-I4
SERVICING: LOAN REO REP
REIMB BY: B T B/D NONREIMB
LOAN NO.: 13-0000285
POOL NAME:

WFB-MK640924

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | legalleston |
| Vendor Name: | BRITTANY K MAHER |
| Invoice No.: | MAHER-10708 |

| Batch Control #: | BATCH002221 |
| Vendor #: | 03150 |
| Invoice Date: | 01/07/2008 |

| Loan Number | Property Number | Reimb. By | Expense Category | Issue Type | Sub Code | GL ACCOUNT NUMBER Servicing Function Bus. Seg. Cost Center XXXXX - XXXXXX - XXXXX | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (57) Travel Expense | $ Deficiency | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $1,183.68 |
| | | | | | | | | $1,183.68 |

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | | Date: |
| Add'l Approval: | See Attached | Date: |
| Add'l Approval: | |
| Add'l Approval: | |
| Add'l Approval: | |
| Add'l Approval: | |

Page 1 of 1

WFB-MK640925

**ORIX CAPITAL MARKETS, LLC**

**EMPLOYEE EXPENSE STATEMENT**

Diamond Point - 190000295
PMAC 99-C1
97-Travel

Effective: 5/1/2004

PURPOSE OF TRIP:

NAME (PLEASE PRINT)
Brittany Glaser

| | | |
|---|---|---|
| PHONE | 2048 | DATE | 1/10/2008 |

CHARGE COST TO:

| | BUS. SEGMT | CONTRACT |
|---|---|---|
| | CRG20 | 00151 |

**CUSTOMER ENTERTAINMENT AND BUSINESS MEALS** * List separately and fully document each meal or occasion. *

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL $ 61501

**TRAVEL, MEALS, LODGING AND TRANSPORTATION**

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE | FILM & PROCESSING | MISC.1*** | MISC.2**** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/7/2008 | 169.86 | | | | | | | | 51.15 | | | | | |
| 1/8/2008 | | | 14.67 | | | 873.00 | 60.00 | | 2.00 | | | 13.00 | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| TOTAL | $ 169.86 | $ - | $ 14.67 | $ - | $ - | $ 873.00 | $ 60.00 | $ - | $ 53.15 | $ - | $ - | $ 13.00 | $ - | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER* | ENTER* | |

SUBTOT: $ - $ 169.86

* Enter miles. Total column will compute at $.445 / mile.
** Enter account number or leave for A/P to code from description.
Tips -2 car attendants and 1 housekeeper

I certify that this statement accurately describes actual and temporary expenses incurred by me.
while engaged in the Company's business.

Employee's Signature _____ Date 1/10/08

Manager Approval _____ Date 1/10/08

| | Billable? | Total |
|---|---|---|
| | Enter 13052 | Billable $ |
| | 13052 | $ 1,183.68 |
| BUS. SEGM. | CONTRACT | |
| CRG20 | 00151 | |
| | | $ - |
| | | $ - |
| | | $ - |
| | | $ - |

Enter for each allocation used:

**SUMMARY OF EXPENSE:**

| | | |
|---|---|---|
| Business Entertain. | 61501 | $ - |
| | 61501 | |

TOTAL REPORT = $ 1,183.68

| | | |
|---|---|---|
| Room | 61216 | 169.86 |
| Phone | 62713 | |
| Travel Meals | 61231 | 14.67 |
| Plane, Taxi | 61212 | 933.00 |
| Rental Car & Gas | 61206 | |
| Parking & Tolls | 61236 | 53.15 |
| Mileage | 61211 | |
| Film & Processing | 62123 | |
| Misc. 1 | ENTER** | 13.00 |
| Misc. 2 | ENTER** | |

***Description:

Misc. 1
Misc. 2

(Put only one type of expense in each Misc. column.)

Enter the amount of the above total to be charged for each of the allocations:

| | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|
| Allocation 1: | 169.86 | | 14.67 | 933.00 | | 53.15 | | | 13.00 | |
| | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
| Allocation 2: | | | | | | | | | | |
| Allocation 3: | | | | | | | | | | |
| Allocation 4: | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | |
| Remainder | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Note: Boxes in gray background are populated by formula.

**INSTRUCTIONS:**

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input "13052" in the "Billable ?" row located at the top of this form, and input "13052" in the "Billable ?" column and "Remainder" row located at the very bottom of this form.
(The "Billable ?" column can also be used for G/L coding to other balance sheet accounts, but "13052" is always used to bill the servicing advances.)

To allocate cost to multiple cost centers / contracts: Complete an "allocation" line for each cost center / contract. If billable fill in "13052". Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line so: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK640926

## ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | LIGHTHOUSE LEGAL COPY, LLC |
| Invoice No.: | 36409 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 04706 |
| Invoice Date: | 01/16/2008 |

| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $3,668.06 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $3,668.06 |

This form must be approved in accordance with the Cost/Center Approval Matrix

| | |
|---|---|
| Manager's Approval: | |
| Add'l Approval: | See Attached |
| Add'l Approval: | |
| Add'l Approval: | Date: |
| Add'l Approval: | Date: |
| Add'l Approval: | |

Page 1 of 1

WFB-MK640927



**LIGHTHOUSE**
DOCUMENT SOLUTIONS

2520 CAROLINE
HOUSTON, TEXAS 77004
PH. (713) 229-9100 FAX (713) 229-9104
www.lighthousecopy.com

Tax ID # 61-1413443 JAN 1 7 2008

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/16/2008 | 36409 |



| BILL TO | SHIP TO |
|---------|---------|
| Winstead Sechrest & Minick PC<br>Paul Savoy<br>1100 JPMorgan Chase Tower<br>600 Travis Street<br>Houston, TX 77002 | Winstead Sechrest & Minick PC<br>Paul Savoy<br>1100 JPMorgan Chase Tower<br>600 Travis Street<br>Houston, TX 77002 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| 23633-45 | Net 30 | 58 | 1/16/2008 | | 0108-0202 | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 26,668 | 5010 | Electronic File Conversion | 0.08 | 2,133.44T |
| 3.5 | 5012 | Manually Processing Excel Files | 100.00 | 350.00T |
| 3 | 5006 | CD Master | 25.00 | 75.00T |
| 3 | 5012 | Password Break | 100.00 | 300.00T |
| 17,669 | 5003 | OCR Conversion | 0.03 | 530.07T |
| | | Sales Tax | 8.25% | 279.55 |

INVOICE APPROVED BY: *Btlalco*
DATE: 2/7/08
EXPENSE TYPE: OAP-NF
SERVICING: LOAN REO DEF
REIMB BY: B T BD NONREIMB
LOAN NO.: 14000029S
POOL NAME: SBM-500-CC

**TOTAL** $3,668.06

PLEASE PAY
THIS INVOICE

WFB-MK640928

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
### AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | | |
|---|---|---|
| Requestor: | leggleston | Batch Control #: BATCH002221 |
| Vendor Name: | THE MEDLEH GROUP | Vendor #: 02607 |
| Invoice No.: | HOU00078311 | Invoice Date: 01/31/2008 |

| Deal Number | Property Group Number (1-3) | Escrow (Y) | Escrow (If apply) | Sus Hld | Sus Hld | Specific GL Account Number SDC or Account + xxxxx + xxxxxxxx | AMOUNT (list counties and DESCRIPTION) |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 SALOMON 2000-C2 | $5,061.12 |
| | | | | | | | $5,061.12 |

Due Pt

## SPECIAL INSTRUCTIONS

### AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | |
|---|---|
| Manager's Approval: BMaher | See Attached |
| Add'l Approval: Mapes | Date: 2/14/4 |
| Add'l Approval: | Date: |
| Add'l Approval: | |
| Add'l Approval: | |
| Add'l Approval: | |

Page 1 of 1

WFB-MK640929

**Remit Payment To:**

**P.O. Box 96370
Houston, Texas 77213**

TAX ID: 75-2648704



# INVOICE

HOU00076311

**INCLUDE ON
ALL REMITTANCE**

BILL TO: Paul Savoy

Winstead P.C.
919 Milam Street
Suite 2400
Houston, Tx 77002

INVOICE DATE: 1/31/2008
**PAYMENT DUE: 3/1/2008**

CLIENT MATTER NO:
**23633-45**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 2 | Master DVD | $35.00 | $70.00 |
| 44,804 | Files Processing to tif | $0.10 | $4,480.40 |
| 1 | Creation of Custom load files for Production | $125.00 | $125.00 |

Volume: BE_001- 002
Range: BE000001- 044804

INVOICE APPROVED BY:
DATE: 3/14/08
EXPENSE TYPE: O&P-15
SERVICING: LOAN REO OPER
REIMB BY: B T BU NONREIMB
LOAN NO.: 9 0000205
POOL NAME:

Pay your balance today with American Express, MasterCard, or Visa credit cards. Call Rachel
Kreitz at 713-986-4817 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $4,675.40 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $385.72 |
| AMT APPLIED | $0.00 |

CUSTOMER SIGNATURE: _____

ACCOUNT MANAGER
Bryan Kreitz

JOB NUMBER
00076311

TOTAL    $5,061.12

Please Pay From This Invoice by the Due Date Below

**3/1/2008**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly

WFB-MK640930

hhfax

12:57:53
WFB-MK640931.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

**Requestor:** teggleston

**Vendor Name:** PINNACLE REPROGRAPHICS-DIGITAL, LLC

**Invoice No.:** D-4262

**Batch Control #:** BATCH002221

**Vendor #:** 04298

**Invoice Date:** 02/04/2008

| 190000295 | 0 | Both | (42) Other Third Party Fees | $ | Deficiency | 13059 | CRG20 | 00176 | SALOMON 2000-C2 | $7,312.29 |

$7,312.29

This form must be approved in accordance with the Cost Center Approval Matrix

**Manager's Approval:** _See Attached._

**Add'l Approval:** Date:

**Add'l Approval:** Date:

**Add'l Approval:**

**Add'l Approval:**

**Add'l Approval:**

WFB-MK640931



**Pinnacle Reprographics-Digital, L.L.C.**

750 N. St. Paul, Suite 1390
Dallas, TX 75201

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/4/2008 | D-4262 |

| BILL TO |
|---------|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 |

| SHIP TO |
|---------|
| Valerie Prowell<br>DPP Legal<br>Order Date: 02/01/2008 |

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|
| KONOVER | Net 30 | 3/5/2008 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2 | Tech Time | Technical time used to prepare native files. Per Hour. .PST creation for processing. | 100.00 | 200.00T |
| 4.31 | TIFF | Processing of native files to .tiff. (per gig) | 1,500.00 | 6,465.00T |
| 2 | DVDEXE | DVD executable of Images. | 45.00 | 90.00T |
| | | Sales Tax | 8.25% | 557.29 |

Thank you for your business.

**Total** $7,312.29

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

INVOICE APPROVED BY: _Pstacker_
DATE: 2/25/08
EXPENSE TYPE: O8P-LLf
SERVICING: LOAN REO (DEF)
REIMB BY: B T (BP) NONREIMB
LOAN NO.: 1a-0000295
POOL NAME: SDUS-08-62

WFB-MK640932

SS AP TRANSMITTAL FORM

# ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: legglesion
Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC
Invoice No.: D-4271

Batch Control #: BATCH-002221
Vendor #: 04298
Invoice Date: 02/08/2008

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Loan | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $538.26 |
| | | | | | | | | $538.26 |

Page 1 of 1

This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval:
Add'l Approval: See Attached          Date: 2/29/08
Add'l Approval:                        Date:
Add'l Approval:
Add'l Approval:
Add'l Approval:

WFB-MK640933



**Pinnacle Reprographics-Digital, L.L.C.**

PINNACLE
digital
750 N. St. Paul, Suite 1390
Dallas, TX 75201

FEB 0 8 2008

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/8/2008 | D-4271 |

**BILL TO**

Orix USA Corporation
1717 Main Street
Suite 900
Dallas, TX 75201
214-237-2300

**SHIP TO**

Valerie Prowell
DDP Dupes
Order Date: 02/07/2008

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|
| KONOVER | Net 30 | 3/9/2008 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 3,727 | TIFF | Processing of native files to .tiff. | 0.12 | 447.24T |
| 2 | CDEXE | CDRom Executable with Images and Load Files. | 25.00 | 50.00T |
|  |  | Sales Tax | 8.25% | 41.02 |

Thank you for your business.

## Total

$538.26

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

INVOICE APPROVED BY
DATE: 2/27/08
EXPENSE TYPE: O SP-LIT
SERVICING: LOAN REO SP
REIMB BY: B STP NONREIMB
LOAN NO.: 12-030026
POOL NAME: SPAA SDA-62

WFB-MK640934

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | | |
|---|---|---|
| Requestor: | Ieggleston | Batch Control #: BATCH002221 |
| Vendor Name: | PINNACLE REPROGRAPHICS-DIGITAL, LLC | Vendor #: 04298 |
| Invoice No: | D-4276 | Invoice Date: 02/11/2008 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Boln | (42) Other Third Party Fees | S | Deficiency | 13059 | - | CRG20 | - | 00176 | SALOMON 2000-C2 | $366.87 |
| | | | | | | | | | | | | $366.87 |

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _____ See Attached _____

Add'l Approval: _____ Date: 2/21/8

Add'l Approval: _____ Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

WFB-MK640935



**Pinnacle Reprographics-Digital, L.L.C.**

750 N. St. Paul, Suite 1390
Dallas, TX 75201

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/11/2008 | D-4278 |

| BILL TO | SHIP TO |
|---------|---------|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 | Tonya Moore<br>Volumes: Production<br>Order Date: 02/08/2008 |

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|-----------------|---|-------|----------|-----|--------------|
| **KONOVER** | | Net 30 | 3/12/2008 | CLD | **32-0044066** |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 1,389 | I014 | Document Imaging | 0.14 | 194.46T |
| 1,389 | SEARCHABLE P... | Searchable .pdf with hidden text. | 0.05 | 69.45T |
| 3 | CDEXE | CDRom Executable with Images and Load Files. | 25.00 | 75.00T |
| | | Sales Tax | 8.25% | 27.96 |

Thank you for your business.

## Total

$366.87

| Phone | WEB |
|-------|-----|
| 214-999-1300 | www.pinnaclereprographics.com |

INVOICE APPROVED BY: *[signature]*
DATE: 2-29-08
EXPENSE TYPE: O3P-1t
SERVICING: LOAN REO (DED)
REIMB BY: B 357 NONREIMB
LOAN NO.: 12-000255
POOL NAME: 8BuL500-C2

WFB-MK640936

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: legaleston
Vendor Name: BRITTANY K MAHER
Invoice No.: MAHER-21908

Batch Control #: BATCH002221
Vendor #: 03150
Invoice Date: 02/19/2008

190000295    0    Both    (57) Travel Expense    S    Deficiency    13059 - CRG20 - 00176    SALOMON 2000-C2    $1,482.07

$1,482.07

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval:
Add'l Approval: _____ See Attached
Add'l Approval:
Add'l Approval:
Add'l Approval:
Add'l Approval:

Date:
Date:

WFB-MK640937

# ORIX USA CORPORATION

## EMPLOYEE EXPENSE STATEMENT
### Diamond Point - 190000295

| NAME (PLEASE PRINT) | | DATE | PURPOSE OF TRIP: | BUS. SEGMT | CONTRACT |
|---|---|---|---|---|---|
| Brittany Maher | | | | SBMS200C2 | 00176 |
| PHONE | 2048 | 3/3/2008 | CHARGE COST TO: | 57-Travel | CRG20 |

**COMPANY** — CHARGE COST TO:

### CUSTOMER ENTERTAINMENT AND BUSINESS MEALS * List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL | $ |
| | | | | | 61501 |

### TRAVEL - MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE | FILM & PROCESSING | MISC.1 *** | MISC.2 **** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/19/2008 | 339.72 | | | | | 893.00 | 67.00 | | | | | | | |
| 2/20/2008 | | | 15.17 | | | | 10.00 | | 2.00 | | | 13.00 | | |
| 2/21/2008 | | | 5.45 | | | | 60.00 | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **TOTAL** | $ 339.72 | $ - | $ 20.62 | $ - | $ - | $ 893.00 | $ 137.00 | $ - | $ 78.73 | $ - | $ - | $ 13.00 | $ - | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61200 | 61236 | 61211 | 62123 | ENTER* | ENTER* | |

* Enter miles. Total column will compute at $.505 / mile.
** Enter account number or leave for A/P to code from description.
*** Tips for 2 car attendants & 1 hskpr
**** Description:   Misc.1   Misc.2

I certify that this statement is apply correct to records expenses incurred by me while engaged in CORs business.

Employee's Signature: _[signature]_   Date: 3/1/08

Manager Approval: _____  Date: 3/3/06

| Enter for each allocation used: | | |
|---|---|---|
| | BUS. SEGM. | CONTRACT |
| Enter "13052" | Billable $ | |
| 13052 | CRG20 | 00176 |

| Billable ? | Total |
|---|---|
| Enter "13052" | Billable $ |
| 13052 | $ 1,482.07 |
| | $ - |
| | $ - |
| | $ - |
| | $ - |

**SUMMARY OF EXPENSE:**

| | | TOTAL REPORT= | $ 1,482.07 |
|---|---|---|---|
| Business Entertain. | 61501 | | |
| | | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |

**SUBTOT:** $ - | $ 339.72 | $ - | $ 20.62 | $ 1,030.00 | $ - | $ 78.73 | $ - | $ - | $ 13.00 | $ -

Enter the amount of the above total to be charged for each of the allocations:

| | | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allocation 1: | 61501 | 339.72 | | 20.62 | 1,030.00 | | 78.73 | | | 13.00 | |
| Allocation 2: | | | | | | | | | | | |
| Allocation 3: | | | | | | | | | | | |
| Allocation 4: | | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | | |
| Remainder: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Note: Boxes in gray background are populated by formula.

**INSTRUCTIONS:**

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input "13052" in the "Billable ?" column of the "Remainder" row located at the very bottom of this form.
(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but "13052" is always used to bill the servicing advances.)

To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If billable fill in "13052". Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations.   Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK640938

hhfax

12:58:0
WFB-MK640939.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | CLASSIC LEGAL DOCUMENT SERVICES, INC. |
| Invoice No.: | 13250 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 04637 |
| Invoice Date: | 03/06/2008 |

SUB-ACCOUNT NUMBER

| | | | | | | |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $21.91 |

Total: $21.91

Dra pr

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Table Attached

| | | | |
|---|---|---|---|
| Manager's Approval: | BMaher | | |
| Add'l Approval: | MPakes | Date: | 4/6/08 |
| Add'l Approval: | | Date: | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

WFB-MK640939

# Classic Legal Document Services, Inc.

1717 Main Street, Suite 2280
Dallas, Texas 75201
214-939-3600
214-748-9232 Fax

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/6/2008 | 13250 |

| Bill To |
|---------|
| ORIX<br>Attn: Valerie Prowell<br>1717 Main Street, 9th Floor<br>Dallas, TX. 75201 |

| Terms | Due Date | Rep | Ship Date | Customer | Job/Project # |
|-------|----------|-----|-----------|----------|---------------|
| Net 15 | 3/21/2008 | JB | 3/6/2008 | Valerie Prowell | MAR 13250 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | CLIENT MATTER: Konover | | | |
| Images | Document Imaging | 64 | 0.16 | 10.24T |
| CDAuthoring- | CD Writing | 1 | 10.00 | 10.00T |
| | Sales Tax | | 8.25% | 1.67 |

Please approve this invoice for payment and forward it to the accounting department.

Approved ☑ By: _TAM_

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN RED OB
REIME BY: B T BD NONREIMB
LOAN NO.:
POOL NAME:

Thank you for your business
Tax ID # 75-2744670

We now accept American Express, Mastercard, & Visa

| Total | $21.91 |
|-------|--------|
| **Balance Due** | $21.91 |

WFB-MK640940

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | CLASSIC LEGAL DOCUMENT SERVICES, INC. |
| Invoice No.: | 13251 |

Batch Control #: BATCH002221
Vendor #: 04637
Invoice Date: 03/06/2008

| | | | | | | |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $71.10 |

$71.10

SPECIAL INSTRUCTIONS

AUTHORIZATION:
This form must be approved in accordance with the Cost Center Approval Matrix. See Attached

| | | | | |
|---|---|---|---|---|
| Manager's Approval: | | | Date: | |
| Add'l Approval: | | | Date: | |
| Add'l Approval: | | | | |
| Add'l Approval: | | | | |
| Add'l Approval: | | | | |
| Add'l Approval: | | | | |

WFB-MK640941

# Classic Legal Document Services, Inc.

1717 Main Street, Suite 2280
Dallas, Texas 75201
214-939-3600
214-748-9232 Fax

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/6/2008 | 13251 |

| Bill To |
|---------|
| ORIX<br>Attn: Valerie Prowell<br>1717 Main Street, 9th Floor<br>Dallas, TX. 75201 |

| Terms | Due Date | Rep | Ship Date | Customer | Job/Project # |
|-------|----------|-----|-----------|----------|---------------|
| Net 15 | 3/21/2008 | JB | 3/6/2008 | Valerie Prowell | MAR 13251 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | CLIENT MATTER: Konover | | | |
| Images | Document Imaging | 348 | 0.16 | 55.68T |
| CDAuthoring- | CD Writing | 1 | 10.00 | 10.00T |
| | Sales Tax | | 8.25% | 5.42 |

Please approve this invoice for payment and forward it to the accounting department.

Approved _By:_ _____

INVOICE APPROVED BY
DATE: 4/20/8
EXPENSE TYPE:
SERVICING: LOAN REO OREO
REIMB BY: B T BTP NONREIMB
LOAN NO.:
POOL NAME:

Thank you for your business
Tax ID # 75-2744670

We now accept American Express, Mastercard, & Visa

| Total | $71.10 |
|-------|--------|
| **Balance Due** | $71.10 |

WFB-MK640942

# ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: legleston

Vendor Name: BRITTANY K MAHER

Invoice No.: MAHER-31308

Batch Control #: BATCH002221

Vendor #: 03150

Invoice Date: 03/13/2008

| 190000295 | 0 | Both | (57) Travel Expense | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,961.89 |
| | | | | | | | | $1,961.89 |

SPECIAL INSTRUCTIONS

This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval: _____  Date: _____

Add'l Approval: _____ See Attached _____  Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

WFB-MK640943

# ORIX USA CORPORATION

**EMPLOYEE EXPENSE STATEMENT**

Effective: 5/1/2004

PURPOSE OF TRIP: Diamond Point - 190000295
SRMS200G2
S7-Travel

| NAME (PLEASE PRINT) | | | CHARGE COST TO: | BUS. SEGMT | CONTRACT |
|---|---|---|---|---|---|
| Brittany Maher | | | | CRG20 | 00176 |
| PHONE | DATE | | | | |
| 2048 | 3/19/2008 | | | | |

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - This space to be completed for all customer entertainment or business occasions

| DATE | PLACE | COMPANY | PERSONS PRESENT | NATURE OF BUSINESS DISCUSSED |
|---|---|---|---|---|
| | | | | |

PURPOSE OF TRIP (if different from above description)

| | AMOUNT |
|---|---|
| | |
| TOTAL | $          - |
| | 61501 |

## TRAVEL, MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1*** | MISC.2*** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/13/2008 | 204.96 | | | | | 1,644.80 | 40.00 | | 51.15 | | | | |
| 3/14/2008 | | | | 5.98 | | | | | 2.00 | | | 13.00 | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **TOTAL** | $ 204.96 | $ - | $ - | $ 5.98 | $ - | $1,644.80 | $ 40.00 | $ - | $ 53.15 | $ - | $ - | $ 13.00 | $ - |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61208 | 61206 | 61211 | 62123 | 62123 | ENTER** |

I certify that this statement accurately depicts the actual and necessary expenses incurred by me while engaged in ORIX business.

Employee's Signature _____ Date 3/18/08

Manager Approval _____ Date 3/11/08

| Billable ? Enter "13052 | Total Billable $ | Enter for each allocation used: BUS. SEGM. CONTRACT | |
|---|---|---|---|
| 13052 | $ - | CRG20 | 00176 |
| | $ - | | |
| | $ - | | |
| | $ - | | |
| | $ - | | |

## SUMMARY OF EXPENSE:

| | | |
|---|---|---|
| Business Entertain. | | |
| | $ - | |
| | 61501 | |

TOTAL REPORT*: $ 1,961.89

Enter this amount of the above total to be charged for each of the allocations:

| | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61208 | Misc. 1 62123 |
|---|---|---|---|---|---|---|
| SUBTOT: | $ 204.96 | $ - | $ 5.98 | $1,684.80 | $ - | $13.00 |
| Allocation 1: | 204.96 | 5.08 | | 1,684.80 | | 13.00 |
| Allocation 2: | | | | | | |
| Allocation 3: | | | | | | |
| Allocation 4: | | | | | | |
| Allocation 5: | | | | | | |
| Remainder | | | | | | |

(Put only one type of expense in each Misc. column.)

| | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|
| | $ 53.15 | $ - | $ - | $ 13.00 | $ - |
| | 53.15 | | | 13.00 | |

***Description:

* Enter miles. Total column will compute at $.505 / mile.
** Enter account number or leave for A/P to code from description.
Tips for 2 car attendants & 1 hstor

**INSTRUCTIONS:**

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input "13052" in the "Billable ?" column of the "Billable" row located at the very bottom of this form. (The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but "13052" is always used to bill the servicing advances.)

To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If Billable fill in "13052". Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

Note: Boxes in gray background are populated by formula.

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
### AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

LIT

| Requestor: | teggleston |
| Vendor Name: | THE MEDLEH GROUP |
| Invoice No.: | HOU00076283 |

| Batch Control #: | BATCH002221 |
| Vendor #: | 02607 |
| Invoice Date: | 03/31/2008 |

| Property Team Name | Borrow/ Lender | Expense Category | Servicing Account Number Strip Code / Account Plus Strip Sub Account XXXXXX - XXXX - XXXXX | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency 13069 - CRG20 - 00176 | SALOMON 2000-C2 | $2,792.70 |
| | | | | | | $2,792.70 |

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | BMcles | See Attached |
| Add'l Approval: | M Pako | |
| Add'l Approval: | | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640945



**Remit Payment To:**

P.O. Box 96370
Houston, Texas 77213

TAX ID: 75-2648704

# INVOICE

HC1100078263

*INCLUDE ON ALL REMITTANCE*

BILL TO: Paul Savoy
Winstead P.
910 Milam Street
Suite 2400
Houston, TX 77002

INVOICE DATE: 3/31/2008
PAYMENT DUE: 4/30/2008

CLIENT MATTER NO.
23633-45

| QTY | DESCRIPTION | PRICE | TOTAL |
|-----|-------------|-------|-------|
| 541 | OL Litigation | $0.11 | $59.51 |
| | DVD's produced/dedicated | $35.00 | $140.00 |
| 1 | Master DVD | $35.00 | $35.00 |
| 18,639 | OCR | $0.04 | $745.56 |
| 18,639 | EBS | $0.01 | $186.39 |
| 14,134 | Tiff Conversion | $0.10 | $1,413.40 |

Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-988-4817 for payment assistance.

Data is retained on our storage devices for 6 months. After 6 months a company representative will contact you regarding further storage options and fees.

| | |
|---|---|
| SUBTOTAL | $2,579.86 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $212.84 |
| AMT APPLIED | $0.00 |
| **TOTAL** | **$2,792.70** |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER: Bryan Kreitz

JOB NUMBER: 00078263

Please Pay From This Invoice by the Due Date Below
4/30/2008

INVOICE APPROVED
DATE
EXPENSE TYPE
SERVICING FIRM
REIMBURSE
CLIENT
PROG NAME

By signing above you acknowledge receipt of work performed. Your signature also represents acceptance of the invoice as a duly authorized agent of the firm listed. This INROMI represents acceptance of the payment due date reflected on the invoice.

WFB-MK640946



April 7, 2008

1100 JPMorgan Chase Tower      713.650.8400 *office*
600 Travis Street                    713.650.2400 *fax*
Houston, Texas 77002             winstead.com

direct dial: 713.650.2706
psavoy@winstead.com

Ms. Brittany Maher                                              *Via Email*
ORIX Capital Markets, LLC
Real Estate Group
1717 Main Street, Suite 900
Dallas, Texas 75201

Re:    Cause No. 3:05CV1924; *Wells Fargo Bank, N.A., et al v. Michael Konover, et al*; In the
       <u>United States District Court of Connecticut.</u>

Dear Brittany:

       Enclosed is invoice no. 78283 from The Medleh Group in the amount of $2792.70. It
represents Bates labeling, file conversion and other work performed in connection with the most
recent production of documents to defendants.

       Please place this invoice in line for payment at your earliest convenience.

                                              Very truly yours,

                                              Paul Savoy
                                              Litigation Paralegal

/ps
Enclosure

Houston_1\967511\1
23633-45 4/7/2008

WFB-MK640947

# hhfax

12:58:8
WFB-MK640948.PDF

## ORIX Capital Markets, LLC
### LOAN LEVEL TRANSACTIONS
### AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | teggleston | | Batch Control #: | BATCHO02221 |
| Vendor Name: | THE MEDLEH GROUP | | Vendor #: | 02607 |
| Invoice No.: | HOU0007B758 | | Invoice Date: | 04/23/2008 |

| Loan Number | Category Remit To | Property Number | Bill Servicer Or Bill Servicer | Expense Category | GL ACCOUNT NUMBER Account Unit Sid Contract Account | Pay Name | AMOUNT (all dollars & cents) |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | S | (42) Other Third Party Fees | Loan | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $6,834.24 |
| | | | | | | | | $6,834.24 |

Page 1 of 1

## SPECIAL INSTRUCTIONS

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | See Attached | Date: |
| Addl Approval: | | Date: |
| Addl Approval: | | |
| Addl Approval: | | |
| Addl Approval: | | |
| Addl Approval: | | |

WFB-MK640948

JUL 1 1 2008

# INVOICE



**Remit Payment To:**
P.O. Box 96370
Houston, Texas 77213

TAX ID: 75-2648704

HOU 00078758

*INCLUDE ON*
**ALL REMITTANCE**

BILL TO: Paul Savoy

Winstead P.C.
919 Milam Street
Suite 2400
Houston, Tx 77002

CLIENT MATTER NO:
**23633-45**

INVOICE DATE: 4/23/2008
**PAYMENT DUE:** 5/23/2008

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 5 | DVD Master for Production | $35.00 | $175.00 |
| 1 | DVD Master for Privileged | $35.00 | $35.00 |
| 21,039 | OCR for Production | $0.04 | $841.56 |
| 30,438 | OCR for Privileged | $0.04 | $1,217.52 |
| 21,039 | EBS for Production | $0.01 | $210.39 |
| 30,438 | EBS for Privileged | $0.01 | $304.38 |
| 21,039 | Redacting for Production | $0.01 | $210.39 |
| 30,438 | Redacting for Privileged | $0.01 | $304.38 |
| 21,039 | Renumbering for Production | $0.01 | $210.39 |
| 30,438 | Renumbering for Privileged | $0.01 | $304.38 |
| 12 | DI Labor Production | $125.00 | $1,500.00 |
| | Data Base, Create normalize - Summation & Concordance Data Base from merge data. Pull Privileged documents | | |
| 8 | DI Labor for Privileged | $125.00 | $1,000.00 |

Pay your balance today with American Express, MasterCard, or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

Data is retained on our storage devices for 6 months. After 6 months a company representative will contact you regarding further storage options and fees.

| | |
|---|---|
| SUBTOTAL | |
| POSTAGE/FREIGHT | |
| SALES TAX | |
| AMT APPLIED | |
| TOTAL | |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER
Bryan Kreitz

JOB NUMBER
00078758

Please Pay From This Invoice by the Due Date Below
**5/23/2008**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK - CUSTOMER COPY

WFB-MK640949

**Remit Payment To:**
P.O. Box 953770
Houston, Texas 77213

TAX ID: 75-2648704

BILL TO: Paul Savoy
Winstead P.C.
919 Milam Street
Suite 2400
Houston, Tx 77002



# INVOICE

HOU 00078758

*INCLUDE ON*
*ALL REMITTANCE*
CLIENT MATTER NO:
**23633-45**

INVOICE DATE: 4/23/2008
**PAYMENT DUE: 5/23/2008**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| | Cross Reference, Update Data Base, Pull responsive documents | | |
| | KONOVER | | |

INVOICE APPROVED BY:
DATE: 8/14/08
EXPENSE TYPE: 03P-11
SERVICING: LOAN REO DEF
REIMB BY: B T REIMB NONREIMB
LOAN NO.: 14-0000295
POOL NAME: SRM SOO

Pay your balance today with American Express, MasterCard, or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

Data is retained on our storage devices for 6 months. After 6 months a company representative will contact you regarding further storage options and fees.

| | |
|---|---|
| SUBTOTAL | $6,313.39 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $520.85 |
| AMT APPLIED | $0.00 |
| **TOTAL** | **$6,634.24** |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER
Bryan Kreitz

JOB NUMBER
00078758

Please Pay From This Invoice by the Due Date Below
**5/23/2008**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK - CUSTOMER COPY

WFB-MK640950

| | |
|---|---|
| **From:** | Bryan Kreitz [Bryan.Kreitz@TheMedLehGroup.com] |
| **Sent:** | Thursday, May 22, 2008 12:37 PM |
| **To:** | Savoy, Paul |
| **Subject:** | Explanation of time |

Paul,

Here is a brief description of what Marie had to do. I hope this helps.

**Privileged**
Tally all Priv docs in Summary and Issues field
Consolidate the AttachIds reference from 2 fields to one in order to properly identify entire family
Search for all related documents (attachments)
Identified 18 records where part of family was missing from original database
Updated 2 records to the proper Parent reference
Imported 18 missing Family records
Tally all Priv docs in Summary and Issues field
created briefcase for export of images
exported all related data in order to update xref of new Priv number
Redacted all KON numbers from top of image
maintained xref of previous number
identified all responsive docs and replaced images with new number
Renumbered all remaining docs
Ebs
ocr


**Responsive**
Tally all R & RR docs in Summary and Issues Fields
Export data
Redacted all KON numbers from top of image
maintained xref of previous number
Renumbered
Ebs
ocr
Identified Discrepancies (images identified as redacted did not have marks)
Consult with Paul
Import updated images
identified images missing when cross referenced with data
located, exported and consolidated all missing images from Paul, Tanya and Sue
updated data as necessary
Redacted all KON numbers from top of image
maintained xref of previous number
Renumbered
Ebs
Ocr

5/22/2008

**WFB-MK640951**

hhfax

12:58:12
WFB-MK640952.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
### AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | legleston |
| Vendor Name: | BRITTANY K MAHER |
| Invoice No.: | MAHER-51808 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 03150 |
| Invoice Date: | 05/18/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 190000295 | 0 | Both | (57) Travel Expense | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,724.88 |

$1,724.88

Dio 04

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | | |
| Add'l Approval: | See Attached | |
| Add'l Approval: | | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640952

# EMPLOYEE EXPENSE STATEMENT

**ORIX CAPITAL MARKETS, LLC**

PURPOSE OF TRIP: Diamond Point #190000295

| NAME (PLEASE PRINT) | | |
|---|---|---|
| Brittany Maher | | |

| PHONE | DATE |
|---|---|
| 2046 | 5/30/2008 |

CHARGE COST TO:

| BUS. SEGMT | CONTRACT |
|---|---|
| SBMS 2020-C2 | |
| ST-Travel | |
| CRG20 | 00176 |

CHARGE COST TO:

**CUSTOMER ENTERTAINMENT AND BUSINESS MEALS** - List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL | 61501 |

**TRAVEL, MEALS, LODGING AND TRANSPORTATION**

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE | FILM & PROCESSING | MISC.1* | MISC.2** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/18/08 | 181.26 | | 16.76 | 9.09 | | 853.00 | 70.00 | | 102.30 | | | 16.00 | | |
| 5/19/08 | 181.26 | | | | 13.00 | | 62.00 | | | | | | | |
| 5/20/08 | 213.57 | | 4.64 | | | | | | 2.00 | | | | | |
| 5/21/08 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **TOTAL** | $ 576.09 | $ - | $ 21.40 | $ 9.09 | $ 13.00 | $ 853.00 | $ 132.00 | $ - | $ 104.30 | $ - | $ - | $ 16.00 | $ - | |
| | 61215 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61209 | 61236 | 07211 | 62123 | ENTER** | ENTER** | |

* - Enter miles. Total column will compute at $.485 / mile.
  Misc.1 — Tips - valet + housekeeping
** - Enter account number or leave for A/P to code from description.
  Misc.2

I certify that this expense accurately describes the actual and necessary expenses incurred by me while engaged in OCM business.

Employee's Signature _____ Date 5/30/08

Manager/Approval _____ Date 5/30/08

M Rakes

**SUMMARY OF EXPENSE:**

TOTAL REPORT= $ 1,724.88

| | Business Entertain. | Room | Phone | Travel Meals | Plane, Taxi | Rental Car & Gas | Parking & Tolls | Mileage | Film & Processing | Misc.1 | Misc.2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** |
| SUBTOT: | $ - | $ 576.09 | $ - | $ 43.49 | $ 985.00 | $ - | $ 104.30 | $ - | $ - | $ 16.00 | $ - |

Enter the amount of the above total to be charged for each of the allocations:

***Description: $ 1,724.88

| | Business Entertain. | Room | Phone | Travel Meals | Plane, Taxi | Rental Car & Gas | Parking & Tolls | Mileage | Film & Processing | Misc.1 | Misc.2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** |
| Allocation 1: | | 576.09 | | 43.49 | 985.00 | | 104.30 | | | 16.00 | |
| Allocation 2: | | | | | | | | | | | |
| Allocation 3: | | | | | | | | | | | |
| Allocation 4: | | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | | |
| Remainder | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Enter for each allocation used:

| Billable ? | Total | BUS. SEGM. | CONTRACT |
|---|---|---|---|
| Enter "13052" | Billable $ | | |
| 13052 | $ 1,724.88 | CRG20 | 00176 |
| | $ - | | |
| | $ - | | |
| | $ - | | |
| | $ - | | |

Note: Boxes in gray background are populated by formula.

**INSTRUCTIONS:**

To record expenses on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input "13052" in the "Billable ?" column of the "Remainder" row located at the very bottom of this form.
(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but "13052" is always used to bill the servicing advances.)

To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If billable fill in "13052". Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

**WFB-MK640953**

hhfax

12:58:14
WFB-MK640954.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | | |
|---|---|---|
| Requestor: | teggleston | Batch Control #: BATCH002221 |
| Vendor Name: | THE MEDLEH GROUP | Vendor #: 02607 |
| Invoice No.: | HOU00080611 | Invoice Date: 07/07/2008 |

| Loan Number | Property Number | Reimb By | Expense Category | Sub Ind | Signed Special | Signed Special | Deficiency | GL ACCOUNT NUMBER Account Blg Seg Control | Deal Name | AMOUNT (US Currency and Display) |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | | | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,060.20 |
| | | | | | | | | | | $1,060.20 |

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | BMapu | See Attached |
| Add'l Approval: | Menhes | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640954

**Remit Payment To:**

**P.O. Box 96370
Houston, Texas 77213**

TAX ID: 75-2648704



# INVOICE

HOU 00080611

**INCLUDE ON
ALL REMITTANCE**

BILL TO: Paul Savoy

Winstead P.C.
919 Milam Street
Suite 2400
Houston, Tx 77002

INVOICE DATE: 7/7/2008
**PAYMENT DUE:** 8/6/2008

CLIENT MATTER NO:
**23633-45**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 1 | Master CD | $25.00 | $25.00 |
| 9,544 | File Processing to tif | $0.10 | $954.40 |
| | KONO_001 | | |
| | KONO_02942411 - | | |
| | KONO_02951832 | | |
| | KONO_002 | | |
| | KONO_02951833 - | | |
| | KONO_02951954 | | |
| | KONOVER | | |

Pay your balance today with American Express, MasterCard, or Visa credit cards. Call Rachel
Kreitz at 713-986-4817 for payment assistance.

Data is retained on our storage devices for 6 months. After 6 months a company representative will contact you
regarding further storage options and fees.

| | |
|---|---|
| SUBTOTAL | $979.40 |
| Postage/Freight/Fuel | $0.00 |
| SALES TAX | $80.80 |
| AMT APPLIED | $0.00 |

CUSTOMER SIGNATURE: _____

ACCOUNT MANAGER
Bryan Kreitz

JOB NUMBER
00080611

TOTAL    $1,060.20

Please Pay From This Invoice by the Due Date Below

INVOICE APPROVED BY:
DATE: 8/4/08
EXPENSE TYPE:
SERVICING:    LOAN    REO    DEED
REIMB BY:    B
LOAN NO.:
POOL NAME:

8/6/2008

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK - CUSTOMER COPY

WFB-MK640955

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: feggleston
Vendor Name: LIGHTHOUSE LEGAL COPY, LLC
Invoice No.: 40659

Batch Control #: BATCH002221
Vendor #: 04706
Invoice Date: 07/14/2008

| Loan Number | Property Number | Payee Type | Expense Charged | Src System Ind | Src System Sub-Cat | GLAXCOINTR NUMBER Account Bus. Set Center XXXXX - XXXXX - XXXXX | | | Deal Name | AMOUNT (Use Comments and Details) |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Loan | 13059 - CRG20 - | 00176 | | SALOMON 2000-C2 | $1,488.65 |
| | | | | | | | | | | $1,488.65 |

Draft

Page 1 of 1

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | See Attached | |
| Add'l Approval: | Date: | |
| Add'l Approval: | Date: | |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640956



**LIGHTHOUSE**
DOCUMENT SOLUTIONS

2520 CAROLINE
HOUSTON, TEXAS 77004
PH. (713) 229-9100 FAX (713) 229-9104
www.lighthousecopy.com

Tax ID # 61-1413443

*Please note our change of address.*

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/14/2008 | 40659 |

**BILL TO:**

Winstead Sechrest & Minick PC
Paul Savoy
1100 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002

**SHIP TO:**

Winstead Sechrest & Minick PC
Paul Savoy
1100 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| 23633-57 | Net 30 | 58 | 7/14/2008 | | 0708-0287 | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 14,280 | 5007 | Build New Project | 0.05 | 714.00T |
| 14,280 | 5003 | OCR Conversion | 0.03 | 428.40T |
| 14,280 | 5004 | Electronic Bates Numbering | 0.01 | 142.80T |
| 2 | 5006A | DVD Master | 45.00 | 90.00T |
| | | Sales Tax | 8.25% | 113.45T |

*PLEASE PAY FROM THIS INVOICE*

**TOTAL** $1,488.65

INVOICE APPROVED BY:
DATE: 8/14/08
EXPENSE TYPE: 023-117
SERVICING: LOAN   REO   DEP
REIMB BY: B  T  B/T  NONREIMB
LOAN NO.: 19-5000285
POOL NAME: SBMSD0.12

WFB-MK640957

hhfax

12:58:17
WFB-MK640958.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | leggleston | | | Batch Control #: | BATCH002221 |
| Vendor Name: | PINNACLE REPROGRAPHICS-DIGITAL, LLC | | | Vendor #: | 04298 |
| Invoice No.: | D-4878 | | | Invoice Date: | 09/12/2008 |

| | | | | | ACCOUNT NUMBERS | | | AMOUNT |
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $253.60 |
| | | | | | | | $253.60 |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | Marie Mathes | See Attached |
| Add'l Approval: | | Date: 9/22/08 |
| Add'l Approval: | | Date: |
| Add'l Approval: | |
| Add'l Approval: | |
| Add'l Approval: | |

Page 1 of 1

WFB-MK640958



**Pinnacle Reprographics-Digital, L.L.C.**

750 N. St. Paul, Suite 1390
Dallas, TX 75201

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/12/2008 | D-4878 |

### BILL TO

Orix USA Corporation
1717 Main Street
Suite 900
Dallas, TX 75201
214-237-2300

### SHIP TO

Tonya Moore
Volumes: DPK001 Summation
Review
Order Date: 09/05/2008

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|---|
| KONOVER | | Net 30 | 10/12/2008 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,231 | I014 | Document Imaging | 0.14 | 172.34T |
| 1,231 | OCN | O.C.R. of existing image. | 0.03 | 36.93T |
| 1 | CDEXE | CDRom Executable with Images and Load Files. | 25.00 | 25.00T |
| | | Sales Tax | 8.25% | 19.33 |

Thank you for your business.

**Total** $253.60

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

INVOICE APPROVED BY
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO DEF
REIMB BY: B T CR BR NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK640959

hhfax

12:58:19
WFB-MK640960.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: leggleston

Vendor Name: BRITTANY K MAHER

Invoice No.: MAHER-102708

Batch Control #: BATCH002221
Vendor #: 03150
Invoice Date: 10/27/2008

| 190000295 | 0 | Both | (57) Travel Expense | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $2,521.41 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $2,521.41 |

Page 1 of 1

This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval: _____

Add'l Approval: _____ See Attached _____ Date: _____

Add'l Approval: _____ Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

WFB-MK640960

# ORIX USA CORPORATION

**EMPLOYEE EXPENSE STATEMENT**

Effective: 5/1/2004

PURPOSE OF TRIP: Dia Pl - 190000295

SBMS200C2
57-Travel

| NAME (PLEASE PRINT) | | | CHARGE COST TO: | BUS. SEGMT | CONTRACT |
|---|---|---|---|---|---|
| Brittany Miller | | | | CRG20 | 00176 |
| PHONE | DATE | | | | |
| 2048 | 10/31/2008 | | | | |

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | TOTAL | $ |
| | | | | | 61501 |

## TRAVEL, MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE | FILM & PROCESSING | MISC.1*** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/08 | 189.28 | | | 10.34 | 22.32 | 2,155.00 | 46.00 | | 51.15 | | | | | |
| 10/28/08 | | | 15.28 | 19.04 | | | | | 1.00 | | | 12.00 | | |
| | | | | | | | | | | | | | | |
| TOTAL | $ 189.28 | $ | $ 15.28 | $ 29.38 | $ 22.32 | $ 2,155.00 | $ 46.00 | $ - | $ 52.15 | $ - | $ - | $ 12.00 | $ - | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** | |

* Enter miles. Total column will compute at $ .505 / mile.
** Enter account number or leave for A/P to code (from description).
***Description:  Misc. 1
                 Misc.2
Tips

I certify that this statement accurately describes the actual and necessary expenses incurred by me
while engaged in ORIX business.

Employee's Signature _[signature]_  Date 10/31/08

Manager Approval _[signature]_  Date 10/31/08

Enter for each allocation used:

| | Billable ? Enter "13052" | Total Billable $ | BUS. SEGM. CONTRACT | |
|---|---|---|---|---|
| | 13052 | $ 2,521.41 | CRG20 | 00176 |
| Allocation 1: | | $ - | | |
| Allocation 2: | | $ - | | |
| Allocation 3: | | $ - | | |
| Allocation 4: | | $ - | | |
| Allocation 5: | | $ - | | |

## SUMMARY OF EXPENSE:

TOTAL REPORT= $ 2,521.41

| | Business Entertain. | Room | Phone | Travel Meals | Plane, Taxi Car & Gas | Rental Car & Gas | Parking & Tolls | Mileage | Film & Processing | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBTOT: | $ - | 189.28 | $ - | 66.98 | $ 2,201.00 | $ - | $ 52.15 | $ - | $ - | 12.00 | $ - |
| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | 61211 | 62123 |

Enter the amount of the above total to be charged for each of the allocations:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allocation 1: | 61501 | 189.28 | 62713 | 66.98 | 61212 | 61206 | 52.15 | 61211 | 61236 | 52.15 | 62123 |
|  | | 2,201.00 | | | | | | | | | |
| Allocation 2: | $ - | | | | | | | | | | |
| Allocation 3: | $ - | | | | | | | | | | |
| Allocation 4: | $ - | | | | | | | | | | |
| Allocation 5: | $ - | | | | | | | | | | |
| Remainder | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Note: Boxes in gray background are populated by formula.

INSTRUCTIONS:

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input "13052" in the "Billable ?" column of the "Remainder" row located at the very bottom of this form.
(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but "13052" is always used to bill the servicing advances.)

To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If billable fill in "13052". Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK640961

SS AP TRANSMITTAL FORM

# ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: teggleston

Vendor Name: GREGORY DERRELL MAY

Invoice No.: MAY-102708

Batch Control #: BATCH002221
Vendor #: 03042
Invoice Date: 10/27/2008

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (57) Travel Expense | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | | $2,246.43 |
| | | | | | | | | | $2,246.43 |

This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval:

Add'l Approval: _____ See Attached

Add'l Approval: Date:

Add'l Approval: Date:

Add'l Approval:

Add'l Approval:

Page 1 of 1

WFB-MK640962

# EMPLOYEE EXPENSE STATEMENT

Effective: 5/25/2006

ORIX USA, LP

NAME (PLEASE PRINT): Craig May

PURPOSE OF TRIP: **Diamond Point: hearings**

| PHONE | DATE | CHARGE COST TO: | Cost Center 13059 | Sub Account CRG20 | All support travel (GUILP cost centers excluding Expat rate) require that the LOB benefited be identified. Find the "Line of Business" using the drop-down box. Use separate Expense Reports for each LOB or manually write-in the Ref Code |
| 1977 | 12/15/2008 | | | LINE OF BUSINESS: OCM | REF CODE: 0170 |

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion.

| DATE | PLACE | COMPANY | PERSONS PRESENT | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL** | $ |
| | | | | | 61501 |

## TRAVEL - MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | MISC. 1*** | MISC. 2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/2008 | 136.28 | | | | | 2,009.00 | 50.00 | | 51.15 | | | | |
| 10/27/2008 | | | | | | | | | | | | | |
| **TOTAL** | $ 136.28 | $ - | $ - | $ - | $ - | $ 2,009.00 | $ 50.00 | $ - | $ 51.15 | | $ - | $ - | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61235 | 61211 | 62123 | 62123 | |

Misc. 1: ***Description:
Misc. 2:

\* Enter miles. Total column will compute at $.50/mile.
\*\* Enter account number or leave for A/P to code from description.
(Put only one type of expense in each Misc. column.)

I certify that this statement accurately describes the actual and necessary expenses incurred by me when engaged in OUC business.

Employee's Signature _____ Date 12/1/08

Manager Approval _____ Date 12/11/08

Manual Coding if Desired:
GL Coding:

| Amount | XXXXX | XXXXX | XXXXX | LOB Ref Code |
|---|---|---|---|---|
| $ - | | | | |
| $ - | | | | |
| $ - | | | | |
| $ - | | | | |
| $ - | | | | |
| $ - | | | | |
| $ - | | | | |
| Total Voucher | | | | |

### Expense Summary

| | Totals per Above | | |
|---|---|---|---|
| 61501 | $ - | 13059 | CRG20 |
| 61216 | $ 136.28 | 13059 | CRG20 |
| 62713 | $ - | 13059 | CRG20 |
| 61231 | $ - | 13059 | CRG20 |
| 61212 | $ 2,059.00 | 13059 | CRG20 |
| 61206 | $ - | 13059 | CRG20 |
| 61235 | $ 51.15 | 13059 | CRG20 |
| 61211 | $ - | 13059 | CRG20 |
| 62123 | $ - | 13059 | CRG20 |
| ENTER** | $ - | 13059 | CRG20 |
| ENTER** | $ - | 13059 | CRG20 |
| Total Voucher | $ 2,246.43 | | |

WFB-MK640963

hhfax

12:58:23
WFB-MK640964.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

Requestor: teggleston

Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC

Invoice No.: D-5014

Batch Control #: BATCH002221

Vendor #: 04298

Invoice Date: 11/19/2008

| 190000295 | 0 | Both | (42) Other Third Party Fees | $ | Deficiency | 13059 | 13059 | CRG20 | 00176 | SALOMON 2000-C2 | $1,082.50 |

$1,082.50

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

Manager's Approval: _____

Add'l Approval: _____

Add'l Approval: _____   Date: 2/16/09

Add'l Approval: _____   Date:

Add'l Approval: _____

Add'l Approval: _____

Page 1 of 1

WFB-MK640964



**Pinnacle Reprographics-Digital, L.L.C.**
750 N. St. Paul, Suite 1390
Dallas, TX 75201

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/19/2008 | D-5014 |

| BILL TO |
|---------|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 |

| SHIP TO |
|---------|
| Tonya Moore<br>Volumes: Database Consultation<br>Order Date: 11/17/2008 |

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|---|
| DP-Konover | | Net 30 | 12/19/2008 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 20 | Tech Time | Technical time to review corrupt/damaged database and provide affidavit. Per Hour. | 50.00 | 1,000.00T |
| | | Sales Tax | 8.25% | 82.50 |

Thank you for your business.

| | **Total** | $1,082.50 |
|---|---|---|

| Phone | WEB |
|---|---|
| 214-999-1300 | www.pinnaclereprographics.com |

INVOICE APPROVED BY:
DATE: 12/15/08
EXPENSE TYPE: DSP-Lit
SERVICING: LOAN REO DEF
REIMB BY: B T BT NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK640965

# hhfax

12:58:25
WFB-MK640966.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

Requestor: aweaver
Vendor Name: BRITTANY K MAHER
Invoice No.: maher112308

Batch Control #: BATCH001514
Vendor #: 03150
Invoice Date: 12/10/2008

| Loan Number | Property Number | Remit To | Expense Category | Svc Ind | Service SubCode | GL ACCOUNT NUMBER Account Bus Seg Contract | Dept Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (57) Travel Expense | S | Loan | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $2,364.55 |
| | | | | | | | | $2,364.55 |

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval:
Add'l Approval: _____ Date:
Add'l Approval: _____ Date:
Add'l Approval:
Add'l Approval:
Add'l Approval:

Page 1 of 1

WFB-MK640966

ORIX USA CORPORATION

**EMPLOYEE EXPENSE STATEMENT**

Effective: 5/1/2004

NAME (PLEASE PRINT): Brittany Maher

PHONE: 2048    DATE: 12/02/2008

PURPOSE OF TRIP:

Día Pt.- 190/000295

CHARGE COST TO:
- SBMS20CC2
- 57-Travel
- BUS. SEGMT: CR620
- CONTRACT: 00176

### CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|------|-------|-----------------|---------|------------------------------|--------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL $ | |
| | | | | | 61501 |

### TRAVEL MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE | PROCESSING | MISC.1 | MISC.2 | PURPOSE OF TRIP (if different from above description) |
|------|------|-------|-----------|-------|--------|----------|-------------|------------------|-----------------|---------|------------|--------|--------|---------|
| 11/23/08 | 190.40 | | | | 14.00 | 1,999.00 | 96.00 | | 51.15 | | | | 12.00 | |
| 11/24/08 | | | | | | | | | 2.00 | | | | | |
| TOTAL | $ 190.40 | - | $ - | $ - | $ 14.00 | $ 1,999.00 | $ 98.00 | $ - | $ 53.15 | $ - | $ - | $ - | $ 12.00 | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** | |

\* Enter miles. Total column will compute at $.505 / mile.
\** Enter account number or leave for A/P to code from description.

\*\*\*Description:
- Misc. 1 – Tips
- Misc. 2

I certify that this statement accurately describes the actual and necessary expenses incurred by me while engaged in OCA business.

Employee's Signature _____ Date 12/10/08

Manager Approval _____ Date 12/11/08

**SUMMARY OF EXPENSE:**

| | Business Entertain. | Room | Phone | Travel Meals | Plane, Taxi | Rental Car & Gas | Parking Tolls | Mileage | Film & Processing | Misc.1 | Misc.2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** |
| SUBTOT: | $ - | $ 190.40 | $ - | $ 14.00 | $ 2,095.00 | $ - | $ 53.15 | $ - | $ - | $ 12.00 | |

TOTAL REPORT= $ 2,384.55

Enter the amount of the above total to be charged for each of the allocations:

Enter for each allocation used:

| | Billable ? Enter "13062" | Total Billable $ | BUS. SEGM. | CONTRACT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allocation 1: | 13062 | 2,384.55 | CR620 | 00176 | 61501 | 190.40 | 14.00 | 2,095.00 | 53.15 | | | 12.00 | |
| Allocation 2: | $ | | | | | | | | | | | | |
| Allocation 3: | $ | | | | | | | | | | | | |
| Allocation 4: | $ | | | | | | | | | | | | |
| Allocation 5: | $ | | | | | | | | | | | | |
| Remainder | $ | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |

Note: Boxes in gray background are populated by formula.

**INSTRUCTIONS:**

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line at the bottom of this form will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input "13062" in the "Billable ?" column of the "Remainder" row located at the very bottom of this form.
(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but "13062" is always used to bill the servicing advances.)

To allocate cost to multiple contracts: Complete an "Allocation" line for each cost center / contract. If billable, fill in "13062". Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK640967