# ORIX Capital Markets, LLC

**LOAN LEVEL TRANSACTIONS**
**AUTHORIZATION FOR PAYMENT**

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | PINNACLE REPROGRAPHICS-DIGITAL, LLC |
| Invoice No.: | D-5082 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 04298 |
| Invoice Date: | 01/15/2009 |

| 190000295 | 0 | Both | (42) Other Third Party Fees | $ Deficiency 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $54.99 |
|---|---|---|---|---|---|---|
| | | | | | | $54.99 |

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

Manager's Approval:

Add'l Approval:
Add'l Approval:
Add'l Approval:
Add'l Approval:
Add'l Approval:

Date: 2/10/09
Date:

Page 1 of 1

WFB-MK640968



**Pinnacle Reprographics-Digital, L.L.C.**
750 N. St. Paul, Suite 1390
Dallas, TX 75201

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/15/2009 | D-5082 |

| BILL TO |
|---------|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 |

| SHIP TO |
|---------|
| Tonya Moore<br>Volumes: Production<br>Order Date: 01/08/2009 |

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|-----------------|-------|----------|-----|--------------|
| DP-Konover | Net 30 | 2/14/2009 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 860 | OCN | O.C.R. of existing image. | 0.03 | 25.80T |
| 1 | CDEXE | CDRom Executable with Images and Load Files. | 25.00 | 25.00T |
|  |  | Sales Tax | 8.25% | 4.19 |

INVOICE APPROVED BY:
DATE: 7/6/09
EXPENSE TYPE:
SERVICING
REIMB BY: B T
LOAN NO.:
POOL NAME:

| Thank you for your business. | **Total** | $54.99 |
|------------------------------|-----------|--------|

| Phone | WEB |
|-------|-----|
| 214-999-1300 | www.pinnaclereprographics.com |

WFB-MK640969

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: teggleston

Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC

Invoice No.: D-5105

Batch Control #: BATCH002221

Vendor #: 04298

Invoice Date: 01/26/2009

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $51.96 |
| | | | | | | | | $51.96 |

DaPt

This form must be approved in accordance with the Cost Order Approval Matrix.

Manager's Approval:

See Attached

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Date: 2/10/09

Date:

WFB-MK640970

# Pinnacle Reprographics-Digital, L.L.C.
750 N. St. Paul, Suite 1390
Dallas, TX 75201

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/26/2009 | D-5105 |

## BILL TO
Orix USA Corporation
1717 Main Street
Suite 900
Dallas, TX 75201
214-237-2300

## SHIP TO
Tonya Moore
Volumes:
Order Date: 01/17/2009

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|---|
| Diamond Point | | Net 30 | 2/25/2009 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 600 | B008 | Digital Printing of Images. | 0.08 | 48.00T |
| | | Sales Tax | 8.25% | 3.96 |

Thank you for your business.

**Total** $51.96

| Phone | WEB |
|-------|-----|
| 214-999-1300 | www.pinnaclereprographics.com |

INVOICE APPROVED BY:
DATE: 2/6/09
EXPENSE TYPE: O&P - ltt
SERVICING: LOAN___ REO___ DEO___
REIMB BY: B   T   SP   NONREIMB___
LOAN NO.: 1G-000185
POOL NAME: SPHS00 C2

WFB-MK640971

hhfax

12:58:30
WFB-MK640972.PDF

# ...X Capital Markets, LLC

LOAN LEVEL TRANSACTIONS

## AUTHORIZATION FOR PAYMENT

| | |
|---|---|
| Requestor: | Eggleston |
| Vendor Name: | BRITTANY K MAHER |
| Invoice No.: | MAHER-2909 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 03150 |
| Invoice Date: | 02/09/2009 |

| 190000295 | O | Both | (57) Travel Expense | $ | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $2,019.49 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $2,019.49 |

This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval: _____

Add'l Approval: _____

Add'l Approval: _____ Date: _____

Add'l Approval: _____ Date: _____

Add'l Approval: _____ Date: _____

Add'l Approval: _____

WFB-MK640972

# ORIX USA CORPORATION

**EMPLOYEE EXPENSE STATEMENT**

Effective: 5/1/2004

PURPOSE OF TRIP: Dis Pt . 190000295
SBNS200C2
57:Travel

| NAME (PLEASE PRINT) | | DATE |
|---|---|---|
| Brittany Maher | | |
| PHONE | DATE | |
| 2046 | 2/18/2009 | |

CHARGE COST TO:

| BUS. SEGMT. | CONTRACT |
|---|---|
| CRG20 | 00176 |

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully (document each meal or occasion.)

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL | $ - |
| | | | | | 61501 |

## TRAVEL-MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1**** | MISC.2**** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/9/2009 | 245.28 | | | | 23.47 | 1,319.20 | 40.00 | | 77.19 | | | 13.00 | | |
| 2/10/2009 | 245.28 | | | | 26.49 | | | | | | | | | |
| 2/11/2009 | | | 27.58 | | | | | 2.00 | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| TOTAL | $ 490.56 | $ - | $ 27.58 | $ - | $ 49.96 | $ 1,319.20 | $ 40.00 | $ - | $ 79.19 | $ - | $ - | $ 13.00 | $ - | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | 62123 | ENTER** |

**Note:** Boxes in gray background are populated by formula.

* Enter miles. Total column will compute at $.305 / mile.
* Enter account number or leave for A/P to code from description.

SUMMARY OF EXPENSE:

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Rental Car & Gas 61206 | Plane, Taxi 61212 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL REPORT = $ 2,019.49 | | 490.56 | | 77.54 | | 1,359.20 | 79.19 | | | 13.00 | |

Tips
***Description (Put only one type of expense in each Misc. column.)
Misc. 1
Misc. 2

Enter the amount of the above total to be charged for each of the allocations:

| | Billable? Enter *13052 | Total Billable $ | BUS. SEGM. | CONTRACT | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allocation 1: | 13052 | $ 2,019.49 | CRG20 | 00176 | | 490.56 | | 77.54 | 1,359.20 | | 79.19 | | | 13.00 | |
| Allocation 2: | | $ - | | | | | | | | | | | | | |
| Allocation 3: | | $ - | | | | | | | | | | | | | |
| Allocation 4: | | $ - | | | | | | | | | | | | | |
| Allocation 5: | | $ - | | | | | | | | | | | | | |
| Remainder | | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

I certify that this statement accurately represents the actual and necessary expenses incurred by me while engaged in ORIX business.

Employee's Signature _____ Date 2/18/09

Manager Approval _____ Date 2/16/09

## INSTRUCTIONS:

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line on the form will automatically populate with the correct information.)
To bill this charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input 13052 in the "Billable ?" column of the "Remainder" row located at the very bottom of this form. (The "Billable ?" column is a balance sheet account, but 13052 is always used to bill the servicing advances.)
To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If Billable fill in 13052. Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK640973

# hhfax

12:58:32
WFB-MK640974.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: aweaver *(signature)*
Vendor Name: DOUGLAS M GOLDRICK
Invoice No.: gold/2252009

Batch Control #: BATCH001514
Vendor #: 02485
Invoice Date: 03/04/2009

| Loan Number | Property Number | Remit By | Expense Category | Svc Ind | Severity Sub Code | GL ACCOUNT NUMBER Account (BB Seq. Control) XXXXX - XXXXX - XXXXX | Dept Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (36) Legal Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $681.18 |
| | | | | | | | | $681.18 |

*(signature)*

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| | |
|---|---|
| Manager's Approval: | |
| Add'l Approval: *(signature)* | Date: |
| Add'l Approval: | Date: |
| Add'l Approval: | |
| Add'l Approval: | |
| Add'l Approval: | |

WFB-MK640974

ORIX CAPITAL MARKETS, LLC

**EMPLOYEE EXPENSE STATEMENT**   Diapt Depo   196D002945
Spas

Effective: 5/1/2004

NAME (PLEASE PRINT)  Doug Goldrick

PURPOSE OF TRIP:
RPG - D Goldrick
Trip to Dallas - Depo
Appvl via email

PHONE 770-970-6177   DATE 3/4/2009

BUS. SEGMT CONTRACT  19620 00176

CHARGE COST TO:

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or discussion.

| DATE | PLACE | PERSONS PRESENT / COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|------|-------|---------------------------|------------------------------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $      61501 |

## TRAVEL, MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE | FILM & PROCESSING | MISC.1 | MISC.2 | PURPOSE OF TRIP (if different from above description) |
|------|------|-------|-----------|-------|--------|----------|-------------|------------------|-----------------|---------|-------------------|--------|--------|--------|
| 2/25/09 | | | | | | 303.20 | | | | | | 5.00 | | |
| 2/25/09 | | | | | | | 258.38 | 11.85 | 5.00 | 50 | | 5.00 | | |
| 3/1/09 | | | | | | | | 51.25 | 35 | | | 3.00 | | |
| TOTAL | $ | $ | $ | $ | $ | $ 303.20 | $ 258.38 | $ 11.85 | $ 66.26 | $ 38.50 | $ | $ 13.00 | ENTER** | Valet tip |
| | 61216 | 62715 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61216 | 61211 | 62123 | | | |

I certify that this statement accurately describes the actual and necessary expenses incurred by me
while engaged in ORIX business.

Employee's Signature _____   Date 3/4/09

Manager Approval _____   Date

BUS. SEGM. CONTRACT
Appvl
19620 002145

Enter for each allocation used:
BUS. SEGM. CONTRACT

| Billable ? | Total Billable $ |
|------------|------------------|
| Select | $ 681.18 |
| Enter '13052' | $ 682.52 |

| SUMMARY OF EXPENSE: | | | | | | | TOTAL REPORT = $ 681.18 |
|---|---|---|---|---|---|---|---|
| | Business Entertain. 61501 | Room 61216 | Phone 61216 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Misc. 1 Misc. 2 |
| SUBTOT: | $ | $ | $ | $ | $ 561.58 | $ 11.85 | $ 13.00 |

Enter the amount of the above total to be charged for each of the allocations:

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | ***Description: Misc. 1 Misc. 2 |
|---|---|---|---|---|---|---|---|
| Allocation 1: | | | | | 561.58 | 11.85 | ENTER** |
| Allocation 2: | | | | | | | |
| Allocation 3: | | | | | | | |
| Allocation 4: | | | | | | | |
| Allocation 5: | | | | | | | |
| Remainder | $ | $ | $ | $ | $ | $ | $ |

| | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|
| | $ 66.26 | $ 38.50 | $ | $ 13.00 | $ |
| Allocation 1: | 56.25 | 38.50 | | 13.00 | |
| | 61239 | 61211 | 62123 | | |
| | $ | $ | $ | $ | $ |

* Enter miles. Total column will compute at $.485 / mile.
** Enter account number or leave for APB code from description.
(Put only one type of expense in each Misc. column.)

Note: Boxes in gray background are populated by formula.

INSTRUCTIONS:

**To record expense on a single cost center / contract:** Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

**To bill the charge to a single contract:** Complete the "Charge Cost to" section at the top of this form and input '13052' in the "Billable ?" column of the "Remainder" row located at the very bottom of this form. (The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but '13052' is always used to bill the servicing advances.)

**To allocate cost to multiple contracts:** Complete an "Allocation" line for each cost center / contract. If billable fill in '13052'. Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

**WFB-MK640975**

hhfax

12:58:33
WFB-MK640976.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | legglestonj |
| Vendor Name: | GREGORY DERRELL MAY |
| Invoice No.: | MAY-4072009 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 03042 |
| Invoice Date: | 04/07/2009 |

| 190000295 | 0 | Both | | | | |
|---|---|---|---|---|---|---|
| | | (57) Travel Expense | $ Deficiency | 13059 · CRG20 · 00176 | SALOMON 2000-C2 | $892.70 |
| | | | | | | $892.70 |

Dee 11

See Attached

Page 1 of 1

This form must be approved in accordance with the Cost Center Approval Matrix.

| | | |
|---|---|---|
| Manager's Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640976

# EMPLOYEE EXPENSE STATEMENT

**ORIX USA, LP**

Effective: 1/05/2009

PURPOSE OF TRIP: Diamond Point - Oral Argument.

**NAME (PLEASE PRINT)**
Greg May

| PHONE | DATE |
|---|---|
| 2036 | 4/20/2009 |

CHARGE COST TO: 13059-cm20-00176

| Cost Center TO: | Cost Center | Sub Account | All support travel (OULP cost centers excluding Expat rates) require that the LOB benefited be identified. Find the "Line of Business" using the drop-down box. Use separate Expense Reports for each LOB or manually write in the Ref Code |
|---|---|---|---|
| 13059-cm20-00176 | 13059 | CRG20 | LINE OF BUSINESS REF CODE 00176 |
| | | OCM | |

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS – List separately and fully document each meal or occasion on which business was transacted

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL | $ |
| | | | | | 61501 |

## TRAVEL - MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1*** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/7/09 to 4/9/09 4/8/2009 | 162.16 | | | 7.19 | | 569.99 | | 114.87 | 38.59 | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| TOTAL | $ 162.16 | $ | $ | $ 7.19 | $ - | $ 569.99 | $ - | $ 114.87 | $ 38.59 | $ - | $ - | $ - | $ - ENTER** | |
| | 61216 | 62713 | | 61231 | 61231 | 61212 | 61212 | 61206 | 61206 | 61211 | 62123 | 61236 | 61236 | |

*** Description: Misc. 1 / Misc. 2

* Enter miles. Total column will compute at $.55 / mile.
** Enter account number or leave for A/P to code from description.

(Put only one type of expense in each Misc. column.)

I certify that this statement accurately describes the actual necessary expenses incurred by me while engaged in OUC business.

Employee's Signature _____ Date 4-20-09

Manager Approval _____ Date 4/20/05

Manual Coding if Desired:
Amount GL Coding:

| | XXXXX | XXXXX | XXXXX | LOB Ref Code |
|---|---|---|---|---|
| $ - , | | | | |
| $ - , | | | | |
| $ - , | | | | |
| $ - , | | | | |
| $ - , | | | | |
| $ - , | | | | |
| $ - , | | | | |
| $ - | Total Voucher | | | |

### Expense Summary

| Totals per Above | | Expense Summary | |
|---|---|---|---|
| $ - | 61501 | 13059 | CRG20 |
| $ 162.16 | 61216 | 13059 | CRG20 |
| $ - | 62713 | 13059 | CRG20 |
| $ 7.19 | 61231 | 13059 | CRG20 |
| $ 569.99 | 61212 | 13059 | CRG20 |
| $ 114.87 | 61206 | 13059 | CRG20 |
| $ 38.59 | 61211 | 13059 | CRG20 |
| $ - | 62123 | 13059 | CRG20 |
| $ - | 61236 | 13059 | CRG20 |
| $ - | ENTER** | 13059 | CRG20 |
| Total Voucher $ 892.70 | | | |

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | tegglestion |
| Vendor Name: | BRITTANY K MAHER |
| Invoice No.: | MAHER-41509 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 03150 |
| Invoice Date: | 04/15/2009 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (57) Travel Expense | S Deficiency 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,850.20 |
| | | | | | | $1,850.20 |

## SPECIAL INSTRUCTIONS

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

| | | |
|---|---|---|
| Manager's Approval: | | |
| Add'l Approval: | | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640978

ORIX USA CORPORATION

**EMPLOYEE EXPENSE STATEMENT**

Dia Pt - 190000295

Effective: 5/1/2004

SBMS200C2
57-Travel

PURPOSE OF TRIP:

CHARGE COST TO: | BUS. SEGMT | CONTRACT

| NAME (PLEASE PRINT) | | | COMPANY |
|---|---|---|---|
| Brittany Maher | | | |

| PHONE | DATE |
|---|---|
| 2048 | 4/22/2009 |

**CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion**

| DATE | PLACE | PERSONS PRESENT | NATURE OF BUSINESS DISCUSSED | | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL | $ | 61501

PURPOSE OF TRIP (if different from above description)

---

**TRAVEL - MEALS, LODGING AND TRANSPORTATION**

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE¹ | FILM & PROCESSING | MISC.1** | MISC.2*** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/15/2009 | | | | | 7.27 | 1,805.20 | | | 25.73 | | | 10.00 | |
| 4/15/2009 | | | | | | | | | 2.00 | | | | |
| TOTAL | $ | $ | $ | $ | 7.27 | 1,805.20 | $ | $ | 27.73 | $ | $ | 10.00 | $ |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61208 | 61236 | 61211 | 62123 | ENTER* | ENTER* |

I certify that the statement correctly describes the actual and necessary expenses incurred by me while engaged in OUR business.

Employee's Signature _____ Date 4/22/09

Manager Approval _____ Date _____

| Billable? | Total | Enter for each allocation used: |
|---|---|---|
| Enter '13052' | Billable $ | BUS. SEGM. CONTRACT |
| 13052 | $ 1,850.20 | CRG20 | 00176 | Allocation 1: |
| | $ | | | Allocation 2: |
| | $ | | | Allocation 3: |
| | $ | | | Allocation 4: |
| | $ | | | Allocation 5: |
| | $ | | | Remainder* |

**SUMMARY OF EXPENSE:**

TOTAL REPORT = $ 1,850.20

| Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi Car & Gas 61212 | Rental Car & Gas 61208 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** 61206 | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 7.27 | 1,805.20 | | 27.73 | | | 10.00 | |
| $ | $ | $ | 7.27 | 1,805.20 | $ | 27.73 | $ | $ | 10.00 | $ |

SUBTOT: $

***Description:

* Enter miles. Total column will compute at $.505 / mile
** Enter account number or leave for A/P to code from description.

Tips

(Put only one type of expense in each Misc. column.)

| | Misc.1 ENTER** 61206 | Misc.2 ENTER** |
|---|---|---|
| Misc.T ENTER** | 10.00 | |
| $ | 10.00 | $ |

Enter the amount of the above total to be charged for each of the allocations:

Note: Boxes in gray background are populated by formula.

**INSTRUCTIONS:**

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)
To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of the form and input '13052' in the 'Billable?' column in the "Billable" row located at the very bottom of this form.
(The 'Billable ?' column can also be used for GL coding to other balance sheet accounts, but '13052' is always used to bill the servicing advances.)
To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. ('allocation' line to fill in '13052' Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations.   Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK640979

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: teggleston
Vendor Name: GREGORY DERRELL MAY
Invoice No.: MAY-41509

Batch Control #: BATCH002221
Vendor #: 03042
Invoice Date: 04/15/2009

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | | | (57) Travel Expense | S Deficiency | 13059 | CRG20 | 00176 | SALOMON 2000-C2 | $1,826.42 |
| | | | | | | | | | | $1,826.42 |

Page 1 of 1

This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval: _See Attached_
Add'l Approval:
Add'l Approval:                                    Date:
Add'l Approval:                                    Date:
Add'l Approval:
Add'l Approval:

WFB-MK640980

ORIX USA, LP

**EMPLOYEE EXPENSE STATEMENT**

Effective: 1/09/2009

PURPOSE OF TRIP: Diamond Point (Kanover) - meeting with experts

13059-crg20-00176

| NAME (PLEASE PRINT) | | |
|---|---|---|
| Greg May | | |
| PHONE | DATE | |
| 2038 | 4/15/2009 | |

CHARGE COST TO:

| Cost Center | Sub Account | All support travel (OULP cost centers excluding Expat riate) require that the Line of Business" using the | REF CODE |
|---|---|---|---|
| 13059 | CRG20 | LINE OF BUSINESS | 00176 |

LOB benefited be identified. Find the "Line of Business" using the drop-down box. Use separate Expense Reports for each LOB or manually write-in the Ref Code.

**CUSTOMER ENTERTAINMENT AND BUSINESS MEALS** - List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $ |
| | | | | | | 61501 |

PURPOSE OF TRIP: (if different from above description)

**TRAVEL - MEALS, LODGING AND TRANSPORTATION**

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | TAX & TOLLS | MILEAGE* | PARKING & PROCESSING | MISC.1*** | MISC.2**** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/15/2009 | | | | | 12.49 | 1,773.20 | | | 30.73 | | | 10.00 | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTAL | $ | $ | $ | $ | $ 12.49 | $ 1,773.20 | $ | $ | $ 30.73 | $ | $ | $ 10.00 | $ |
| | 61216 | 62113 | 61231 | 61231 | 61231 | 61212 | 61212 | 61208 | 61208 | 61211 | 62123 | 61208 | ENTER** |

***Description:   Misc. 1
                  Misc. 2

* Enter miles. Total column will compute at $.55 / mile.
** Enter account number or leave for AP to code from description.

(Put only one type of expense in each Misc. column.)

I certify that this statement accurately describes [...] expenses incurred by me
while engaged in OUC business.

Employee's Signature _____  Date 4/16/09

Manager Approval _____  Date 4/20/09

| Manual Coding If Desired: | | | |
|---|---|---|---|
| Amount | GL Coding: | | LOB Ref Code |
| $ - | XXXXX | XXXXX | |
| $ - | | | |
| $ - | | | |
| $ - | | | |
| $ - | | | |
| $ - | | | |
| $ - | | | |
| $ - | Total Voucher | | |

**Expense Summary**

| | Totals per Above | | |
|---|---|---|---|
| 61501 | $ - | 13059 | CRG20 |
| 61216 | $ - | 13059 | CRG20 |
| 62113 | $ - | 13059 | CRG20 |
| 61231 | $ 12.49 | 13059 | CRG20 |
| 61212 | $ 1,773.20 | 13059 | CRG20 |
| 61206 | $ - | 13059 | CRG20 |
| 61208 | $ 30.73 | 13059 | CRG20 |
| 61211 | $ - | 13059 | CRG20 |
| 62123 | $ 10.00 | 13059 | CRG20 |
| 61236 | $ - | 13059 | CRG20 |
| ENTER** | $ - | 13059 | CRG20 |
| Total Voucher | $ 1,828.42 | | |

WFB-MK640981

hhfax

12:58:39
WFB-MK640982.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

Requestor: tegglesion

Vendor Name: DAY PITNEY, LLP

Invoice No.: 52009

| Batch Control #: | BATCH002221 |
|---|---|
| Vendor #: | 04608 |
| Invoice Date: | 05/20/2009 |

| Loan Number | Property Number | By | Expense Category | SIC | Sub-SIC | GL Account Number | Deficiency | Deal Name | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| 19000095 | 0 | Both | (42) Other Third Party Fees | | | 13059 - CRG20 - 00176 | S Deficiency | SALOMON 2000-C2 | $2,038.27 |
| | | | | | | | | | $2,038.27 |

AP 00176

2009 JUN -4  12: 23

UpDike, Kelly (on invoice) is attorny for
the other side per Amy H., OK to
reinburse Day Pitney.

## SPECIAL INSTRUCTIONS

* send Hakun's w/pymt

## AUTHORIZATION

This form must be approved in accordance with the Code Center Approval Matrix.

Manager's Approval: _See Attached_

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

* send Hakun's w/pymt

Date: 6/3/65

Date: _____

Date: _____

WFB-MK640982



DANIEL R. CANAVAN
T: 860.548.2672
F: 860.548.6017
dcanavan@uks.com

## UPDIKE, KELLY & SPELLACY, P.C.
*Connecticut's law firm with a worldwide reach*

☷ MERITAS LAW FIRMS WORLDWIDE

May 20, 2009

*[handwritten: Make Check payable to Day Pitney Trust funds, & Trust funds I will pay Updike Kelly & Spellacy directly. See attached email between Blicher of UKS & Erick Sandler of Day Pitney for the detail.]*

Via Facsimile Only
881-2459

Erick M. Sandler, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103

*Re:*    *Wells Fargo, N.A. v. Michael Konover, et al.*
      *D. Conn: 05-cv1924 (CFD)(WIG)*

Dear Erick:

As you know, on May 15, 2009, we produced 11,450 documents to Attorney Murphy's office in response to your Subpoena Duces Tecum, dated February 24, 2009. I have enclosed two invoices with regard to the copying and bate stamping fees incurred with regard to our production of documents. Please remit payment in the amount of $2,038.27 directly to our office at your earliest possible convenience.

An additional invoice will be issued to your office upon production of the documents that we are in the process of redacting confidential, proprietary and trade secret information.

Feel free to contact me with any questions or concerns.

Very truly yours,

*[signature]*

Daniel R. Canavan

DRC/cmb
Enclosures

cc:     All Counsel of Record (via facsimile only)
        William J. Murphy, Esq. (via facsimile only)
        Elizabeth H. Fitzpatrick (via facsimile only)
        Gregg Shipman (via facsimile only)
        Robert J. Martino, Esq.
        John Mulcahy, Esq.

541407-v1

*[stamp: INVOICE APPROVED BY: ___ DATE: 5/22/09 EXPENSE TYPE: DSP-111 SERVICING: LOAN REO DEF REIMB BY: B or NONREIMB LOAN NO.: K-0000285 POOL NAME: SAM 5-00-C7]*

*[handwritten: Payable to Day Pitney]*

**WFB-MK640983**



# UPDIKE, KELLY & SPELLACY, P.C.
*Connecticut's law firm with a worldwide reach*

帯 MERITAS LAW FIRMS WORLDWIDE

Direct Dial Number:
860-548-2672

Sender's Direct Fax Number:
860-548-6017

## FACSIMILE COMMUNICATION

| | | | |
|---|---|---|---|
| Date: | May 20, 2009 | FAX#: | 881-2459 |
| To: | Erick M. Sandler, Esq. | Company: | Day Pitney LLP |
| From: | Daniel R. Canavan, Esq. | Number of Pages | |
| | | (Including Cover Sheet) 4 | |
| Subject: | Wells Fargo v. Michael Konover, et al. | | |

Message:

1,916·90+
121·37+

002

2,038·27*

Contact our Copy Center at (860) 548-2600, ext. 2312 to report transmittal c ........... . Thank you.

IMPORTANT: THE DOCUMENT ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAINS INFORMATION FROM THE LAW FIRM OF UPDIKE, KELLY & SPELLACY, P.C., WHICH IS CONFIDENTIAL AND LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED, AND THAT THE DOCUMENT SHOULD BE RETURNED TO THIS FIRM IMMEDIATELY. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE SO THAT WE CAN ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS TO US AT NO COST TO YOU.

[ ] THE ORIGINAL OF THE TRANSMITTED DOCUMENT WILL BE SENT BY

   [ ] MESSENGER
   [ ] ORDINARY MAIL
   [ ] OVERNIGHT MAIL/FEDERAL EXPRESS

One State Street PO Box 231277 Hartford, CT 06123-1277 T:860.548.2600 F:860.548.2680
One Century Tower  265 Church Street  New Haven, CT 06510 T:203.786.8300 F:203.772.2037
www.uks.com

33176.152

540815-v1

WFB-MK640984

# ONE Stop Copy Shop

**111 Pitkin St**
**East Hartford, CT 06108**

Phone # (860) 722-9992   Fax # (860) 722-9507

Tax ID:61-1418869

## Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 09-20164 |

Bill To

Updike, Kelly & Spellacy, PC
One State Street
P.O. Box 231277
Hartford, Ct 06123

| Ordered By | Rep | Terms | Reference |
|------------|-----|-------|-----------|
| John M | JF | Net 15 | 33176-152 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Digital Bates Label | 11,450 | 0.01 | 114.50T |

*A finance charge of 1.5% will be added to all invoices over 30 days.*

| | |
|---|---|
| Sales Tax (6.0%) | $6.87 |
| **Total** | $121.37 |

WFB-MK640985

# ONE Stop Copy Shop

# Invoice

**111 Pitkin St**
**East Hartford, CT 06108**

Phone # (860) 722-9992   Fax # (860) 722-9507

Tax ID:61-1418869

| Date | Invoice # |
|------|-----------|
| 5/6/2009 | 09-20101 |

Bill To

Updike, Kelly & Spellacy, PC
One State Street
P.O. Box 231277
Hartford, Ct 06123

| Ordered By | Rep | Terms | Reference |
|------------|-----|-------|-----------|
| John M | JF | Net 15 | 33176-152 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Document Scanning | 11,446 | 0.15 | 1,716.90T |
| Velo Rebinding | 9 | 1.50 | 13.50T |
| GBC Rebinding | 2 | 1.50 | 3.00T |
| CD Creation | 3 | 25.00 | 75.00T |
| | | | |
| Non Flagged Docs | | | |

Tax ID- 61-1418869

*A finance charge of 1.5% will be added to all invoices over 30 days.*

| | |
|---|---|
| Sales Tax (6.0%) | $108.50 |
| **Total** | $1,916.90 |

WFB-MK640986

hhfax

12:58:43
WFB-MK640987.PDF

## ORIX Capital Markets, LLC
### LOAN LEVEL TRANSACTIONS
### AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

*urgent*

| Requestor: | aweaver |
| Vendor Name: | RENE F. BELL |
| Invoice No.: | Rene-6292009 |

| Batch Control #: | BATCH001514 |
| Vendor #: | 04871 |
| Invoice Date: | 06/29/2009 |

| Loan Number | Property Number | Paid By | Expense Category | Site Ind | Severity Sub Code | | GL Account Number Account Prop Sys Seg Center XXXXX - XXXXX - XXXXX - XXXXX | | | | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19Q00295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | | 13059 | CRG20 | 00176 | | SALOMON 2000-C2 | $4,975.00 |
| | | | | | | | | | | | | $4,975.00 |

DOUG

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix
Manager's Approval: BYYaua:   See Attached
Add'l Approval:  M Paulo.

Date: 7/13/5

Add'l Approval:                                          Date:
Add'l Approval:
Add'l Approval:
Add'l Approval:
Add'l Approval:

Page 1 of 1

WFB-MK640987

**René F. Bell**
Attorney-at-Law
1307 Briarmead Drive
Houston, Texas 77057
713-464-899

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:   LOAN   REO   DEF
REIMB BY:   B   BD   NONREIMB
LOAN NO.:
POOL NAME:

Joyce, McFarland +McFarland, LLP
One Shell Plaza
910 Louisiana St., Suite 5000
Houston, TX 77002
Attn: Jeff Joyce

Invoice for Services Performed during June, 2009

Matter: Konover Management Corporation ("KMC"), et. al. - Collection of Debt

Assignment: Review schedules KMC Assets attached to Annual Financial Statements of Michael Konover and develop KMC Properties Chart depicting, by year, KMC properties, their stated value and the basis for the assignment of value. Review assigned documents (within specified Bates ranges) to develop general index, to identify information pertaining to acquisition and disposition of properties and entities to supplement KMC Properties Chart and to identify material relevant to the valuation of the KMC Properties and to the operation of KMC and its affiliates as a single enterprise. Draft General Index and list of Noteworthy Matters.

Time allocation (at $100 per hour):

| Date | Hours | Amount |
|------|-------|--------|
| June 15, 2009 | 5.75 hours | $ 575.00 |
| June 16, 2009 | 7.50 hours | 750.00 |
| June 17, 2009 | 4.00 hours | 400.00 |
| June 18, 2009 | 5.00 hours | 500.00 |
| June 19, 2009 | 8.00 hours | 800.00 |
| June 22, 2009 | 8.50 hours | 850.00 |
| June 23, 2009 | 5.00 hours | 500.00 |
| June 24, 2009 | 6.00 hours | 600.00 |
| TOTAL | 49.75 hours | $4975.00 |

Please remit payment to:

René F. Bell
1307 Briarmead Dr.
Houston, Texas 77057

WFB-MK640988

# hhfax

12:58:45
WFB-MK640989.PDF

# ORIX Capital Markets, LLC

SS AP TRANSMITTAL FORM

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: aweaver
Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC
Invoice No.: D-5403

Batch Control #: BATCH003902
Vendor #: 04298
Invoice Date: 07/08/2009

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $123.19 |
| | | | | | | | | $123.19 |

This form must be approved in accordance with the Cost Center Approval Matrix
**See Attached**

Manager's Approval: bWalker

Add'l Approval: MPeter:                                          Date:

Add'l Approval:                                                  Date:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Page 1 of 1

WFB-MK640989



**Pinnacle Reprographics-Digital, L.L.C.**
2100 Ross Avenue
Suite 630
Dallas, Texas 75201

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/8/2009 | D-5403 |

| BILL TO |
|---------|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 |

| SHIP TO |
|---------|
| Tonya Moore<br>Konover Binders<br>Order Date: 07/07/2009 |

JUL 0 8 2009

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|---|
| Konover | | Net 30 | 8/7/2009 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,138 | B03HP | Printing of Images on 3-Hole paper. | 0.10 | 113.80T |
| | | Sales Tax | 8.25% | 9.39 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING      LOAN      REO      DEO
REIMB BY:  B   T   BD      NONREIMB
LOAN NO.:
POOL NAME:

| Please remit payments to<br>2100 Ross Avenue, STE 630<br>Dallas, Texas 75201 |
|---|

Thank you for your business.

| **Total** | $123.19 |
|---|---|

| Phone | WEB |
|---|---|
| 214-999-1300 | www.dallaspinnacle.com |

WFB-MK640990

## Weaver, Angie

| | |
|---|---|
| **From:** | Moore, Tonya |
| **Sent:** | Wednesday, July 08, 2009 12:49 PM |
| **To:** | Weaver, Angie |
| **Subject:** | FW: Invoice from Pinnacle Reprographics-Digital, L.L.C. |

**Attachments:** C_DOCUME~1LGONZA~1LOCALS~1TempInv_D5403_from_Pinnacle_Re.pdf



C_DOCUME~1LGO
A~1LOCALS~1Temp
        Diamond Point (Konover)

-----Original Message-----
From: Lino Gonzales [mailto:lgonzales@dallaspinnacle.com]
Sent: Wednesday, July 08, 2009 12:09 PM
To: Moore, Tonya
Cc: Prowell, Valerie
Subject: Invoice from Pinnacle Reprographics-Digital, L.L.C.

Dear Customer :

Your invoice appears below.  Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Pinnacle Reprographics-Digital, L.L.C.
214-999-1300

1

WFB-MK640991

hhfax

12:58:47
WFB-MK640992.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

**Requestor:** cmendaz

**Vendor Name:** BRITTANY K MAHER

**Invoice No.:** MAHER-00809

**Batch Control #:** BATCH003872

**Vendor #:** 03150

**Invoice Date:** 09/08/2009

| | | | | | | |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | S | Loan | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,860.12 |

$1,860.12

(57) Travel Expense

*Diamond Point Plaza*

## SPECIAL INSTRUCTIONS

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _____

Add'l Approval: _____

Add'l Approval: _____   Date: _____

Add'l Approval: _____

Add'l Approval: _____   Date: _____

Add'l Approval: _____

*See Attached*

WFB-MK640992

# ORIX USA CORPORATION

ASSISTANT CNTD - EXT 2270

**EMPLOYEE EXPENSE STATEMENT**

Effective: 5/1/2004

NAME (PLEASE PRINT): Brittany Maher

PURPOSE OF TRIP: DIAMOND POINT PLAZA, LP #19-0000295
SBMS (SAL2000-C2)
57-Travel

HARTFORD, CT TRIP

| PHONE | DATE |
|---|---|
| 2048 | 9/1/2009 |

CHARGE COST TO:

| BUS. SEGM | CONTRACT |
|---|---|
| CRG20 | 176 |

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal on declaration.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | TOTAL $ |

## TRAVEL - MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1** | MISC.2** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/8/09 | 245.28 |  |  |  |  | 1,484.20 | 41.00 |  | 53.46 |  |  | 23.00 |  | |
| 9/8/09 |  |  | 13.18 |  |  |  |  |  |  |  |  |  |  | TIPS |
| 9/8/09 |  |  |  |  |  |  |  |  |  |  |  |  |  | |
| TOTAL | $ 245.28 | $ | $ 13.18 | $ | $ | $ 1,484.20 | $ 41.00 | $ | $ 53.46 | $ | $ | $ 23.00 | $ | |
|  | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** | |

**SUMMARY OF EXPENSE:**

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBTOT: | | 245.28 | | 13.18 | 1,525.20 | | 53.46 | | | 23.00 | |

Enter the amount of the above total to be charged for each of the allocations:

TOTAL REPORT = $ 1,860.12

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 245.28 |  | 13.18 | 1,525.20 |  | 53.46 |  |  | 23.00 |  |

***Description:***
Misc. 1 _____
Misc. 2 _____

\* Enter miles. Total column will compute at $.505 /mile.
\*\* Enter discount number or leave for A/P to code from description.

**Tips**
Phone calls from room
(Put only one type of expense in each Misc. column.)

I certify that this statement correctly itemizes the actual and necessary expenses incurred by me while engaged in OCAA business.

Employee's Signature _____

Manager Approval _____  Date 9/1/09

**Enter for each allocation used:**

| | Billable ? Enter '13052 | Total Billable $ 13052 |
|---|---|---|
| BUS. SEGM. CONTRACT | CRG20 | 176 |
| Allocation 1: |  |  |
| Allocation 2: |  |  |
| Allocation 3: |  |  |
| Allocation 4: |  |  |
| Allocation 5: |  |  |
| Remainder |  |  |

Note: Boxes in gray background are populated by formula.

**INSTRUCTIONS:**
To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)
To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input '13052 in the "Billable ?" column of the "Remainder" row located at the very bottom of this form. (The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but '13052 is always used to bill the servicing advances.)
To allocate cost to multiple contracts: Complete an "Allocation" line for each cost center / contract. If billable fill in '13052. Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK640993

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

| | |
|---|---|
| Requestor: | amendez |
| Vendor Name: | GREGORY DERRELL MAY |
| Invoice No.: | MAY-9809 |

Batch Control #: BATCH003872
Vendor #: 03042
Invoice Date: 09/08/2009

| | | | | ACCOUNT NUMBER | | | TOTAL |
|---|---|---|---|---|---|---|---|
| 190000235 | 0 | Both | (57) Travel Expense | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,785.25 |
| | | | | | | | $1,785.25 |

*Diamond Point Plaza*

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | |
|---|---|
| Manager's Approval: | Date: |
| Add'l Approval: | Date: |
| Add'l Approval: | |
| Add'l Approval: | |
| Add'l Approval: | |

see Attached

WFB-MK640994

**ORIX USA, LP**

**EMPLOYEE EXPENSE STATEMENT**

Effective: 5/29/2008

PURPOSE OF TRIP: Diamond Point/Konover: M. Konover depo

| NAME (PLEASE PRINT) | | |
|---|---|---|
| Cres May | | |
| PHONE | DATE | |
| 1377 | 3/29/2010 | |

CHARGE COST TO:

| Cost Center · | Sub Account · | Line of Business | Ref. Code |
|---|---|---|---|
| 13059 | CR020 | 00174 | 00174 |

All support travel (OLP cost centers ond using Expat data) require that the LOB benefited be identified. Find the "Line of Business" using the drop-down box. Use separate Expense Reports for each LOB or manually write-in the Ref Code

**CUSTOMER ENTERTAINMENT AND BUSINESS MEALS** - List separately and fully document each meal or occasion. NATURE OF BUSINESS DISCUSSED

| DATE | PLACE | COMPANY | PERSONS PRESENT | | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | TOTAL | $ | 61501 |

**TRAVEL: MEALS, LODGING AND TRANSPORTATION**

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE | PROCESSING | MISC.1*** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/02/2009 | 610.10 | | | | | 1,019.20 | 33.68 | | 77.19 | | | | | |
| 5/02/2009 | | | | | | | 45.00 | | | | | | | |
| TOTAL | $ 610.10 | $ - | $ - | $ - | $ - | $ 1,019.20 | $ 78.68 | $ - | $ 77.19 | $ - | $ - | $ - | $ - | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61208 | 61208 | 61211 | 61123 | | | |

I certify that this statement accurately describes paid and necessary expenses incurred by me while engaged in OUR business.

Employee's Signature _____ Date 3.29.10

Manager Approval _____ Date

| Manual Coding if Desired: | | | |
|---|---|---|---|
| GL Coding: | XXXXX | XXXXX | LOB Ref Code |
| Amount | | | |
| $ · | | | |
| $ · | | | |
| $ · | | | |
| $ · | | | |
| $ · | | | |
| $ · | | | |
| Total Voucher | | | |

**Expense Summary**

| | Totals per Above | | |
|---|---|---|---|
| $ - | 61501 | 13059 | CR020 |
| $ 610.10 | 61216 | 13059 | CR020 |
| $ - | 62713 | 13059 | CR020 |
| $ - | 61231 | 13059 | CR020 |
| $ 1,097.88 | 61212 | 13059 | CR020 |
| $ - | 61208 | 13059 | CR020 |
| $ 77.19 | 61211 | 13059 | CR020 |
| $ - | 61123 | 13059 | CR020 |
| $ - | ENTER** | ENTER** | CR020 |
| $ - | ENTER** | ENTER** | CR020 |
| Total Voucher $ 1,785.23 | | | |

***Description: Misc.1 _____
Misc.2 _____
(Put only one type of expense in each Misc. column)

\* Enter miles. Total column will compute at $.505 / mile.
\** Enter account number or leave for A/P to code from description.

PET TRAVEL

# ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | cmendez |
| Vendor Name: | SANDERS, GALE & RUSSELL |
| Invoice No.: | 33775s |

Batch Control #: BATCH003872
Vendor #: 04901
Invoice Date: 09/08/2009

| Loan Number | Property Number | Reimb By | Expenses Category | Svc - Servicing Ind - Sub Code | G/L ACCOUNT NUMBER Account Bus. Seg | Contract # XXXXX - XXXXX - XXXXX | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $3,600.93 |
| | | | | | | | | $3,600.93 |

Diamond Point Plaza

## SPECIAL INSTRUCTIONS:

## AUTHORIZATION:
This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | See Attached | |
| Add'l Approval: | | Date: 7/12/17 |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640996

## SANDERS, GALE & RUSSELL
### A DIVISION OF MORGILLO & FLYNN, LLC
PO BOX 1048
NEW HAVEN, CT 06504
TAX I.D. # 06-1332236

**Invoice**

| Date | Invoice # |
|------|-----------|
| 9/8/2009 | 33775s |

| Bill To |
|---------|
| DAY PITNEY, LLP<br>1 AUDUBON STREET<br>6TH FLOOR<br>NEW HAVEN, CT 06510<br>ERICK SANDLER, ESQUIRE |

OCT 2 6 2009

| | Terms |
|---|-------|
| | Due on receipt |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| WELLS FARGO vs. KONOVER | | | 0.00 |
| SEPTEMBER 2, 2009 | | | 0.00 |
| DEPOSITION OF: JAMES AINSWORTH (VOL. 1) | | | 0.00 |
| ORIG. & 1 COPY (2 DAY EXPEDITE) | 298 | 6.60 | 1,966.80T |
| ATTENDANCE | 1 | 190.00 | 190.00T |
| MINITRANSCRIPT | 1 | 25.00 | 25.00T |
| E-MAIL TRANSCRIPT (NO CHARGE) | 1 | 0.00 | 0.00T |
| | | | |
| SEPTEMBER 3, 2009 | | | 0.00 |
| DEPOSITION OF: JAMES AINSTWORTH (VOL. 2) | | | 0.00 |
| ORIG. & 1 COPY (DAILY EXPEDITE) | 129 | 8.20 | 1,057.80T |
| ATTENDANCE | 1 | 95.00 | 95.00T |
| MINITRANSCRIPT | 1 | 25.00 | 25.00T |
| E-MAIL TRANSCRIPT (NO CHARGE) | 1 | 0.00 | 0.00T |
| JURAT PREPARATION | 2 | 15.00 | 30.00T |
| SHIPPING & HANDLING-1 PACKAGE | | 7.50 | 7.50T |
| CT. State Sales Tax | | 6.00% | 203.83 |

INVOICE APPROVED BY
DATE:
EXPENSE TYPE: C3P-1X
SERVICING: LOAN REO OED
REIMB BY: B T P NONREIMB
LOAN NO.:
POOL NAME:

| | **Total** | $3,600.93 |
|---|-----------|-----------|

| Phone # | Toll Free# | E-mail |
|---------|-----------|--------|
| (203) 624-4157 | (866) 966-GALE | sgr1@sbcglobal.net |

WFB-MK640997

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Wednesday, September 30, 2009 2:58 PM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: Konover Deposition Invoices |
| **Attachments:** | Document.pdf |



Document.pdf (48
KB)

Can you please see if we've ever paid this vendor before or not? thanks

-----Original Message-----
From: Sandler, Erick M. [mailto:emsandler@daypitney.com]
Sent: Monday, September 28, 2009 8:17 AM
To: Maher, Brittany
Subject: Konover Deposition Invoices

Hi Brittany. Attached are the court reporter's invoices for the Konover, Ainsworth, Goman
and Elson depositions. Please note that the Ainsworth transcript is at a higher rate
because we requested expedited preparation so we'd have it before the Konover deposition.

Can you remit payment directly to the court reporter for these?

Let me know if you have any questions.

Thanks, Erick

Erick M. Sandler
Attorney at Law
Day Pitney LLP
242 Trumbull Street | Hartford CT 06103-1212
| t (860) 275 0138 | f (860) 881 2459 | c (860) 810 2306
emsandler@daypitney.com     www.daypitney.com

*************************************************************************
**********************
IRS Circular 230 Notice: Any tax advice provided herein (including any
attachments) is not
intended or written to be used, and cannot be used, for the purpose of avoiding penalties
that may be imposed on any taxpayer.
*************************************************************************
**********************


This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended
solely for
the use of the addressee(s) named above.  Any disclosure, distribution,
copying or use of the
information by others is strictly prohibited.  If you have received this
message in error, please
notify the sender by immediate reply and delete the original message.
Thank you.

1

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: cmendez

Vendor Name: SANDERS, GALE & RUSSELL

Invoice No.: 33808s

Batch Control #: BATCH003872
Vendor #: 04901
Invoice Date: 09/09/2009

| Loan Number | Property Reimb By | Svc Servicing Ind/Sub Code | Deficiency | Expense Category | GL ACCOUNT NUMBER Account (Bus/Seg) Contract XXXXX - XXXXX - XXXXX | Date Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 Both | S | Deficiency | (42) Other Third Party Fees | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,475.52 |
| | | | | | | | $1,475.52 |

Diamond Point Plaza

SPECIAL INSTRUCTIONS:

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _See Attached_

Add'l Approval: _____ Date: 11/9/9

Add'l Approval: _____ Date:

Add'l Approval:

Add'l Approval:

Add'l Approval:

WFB-MK640999

**SANDERS, GALE & RUSSELL**
A DIVISION OF MORGILLO & FLYNN, LLC
PO BOX 1048
NEW HAVEN, CT  06504
TAX I.D. # 06-1332236

**Invoice**

| Date | Invoice # |
|------|-----------|
| 9/9/2009 | 33808s |

| Bill To | |
|---------|--|
| DAY PITNEY, LLP<br>1 AUDUBON STREET<br>6TH FLOOR<br>NEW HAVEN, CT 06510<br>ERICK SANDLER, ESQUIRE | |

OCT 2 6 2009

|  | Terms |
|--|-------|
|  | Due on receipt |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| WELLS FARGO vs. KONOVER | | | 0.00 |
| SEPTEMBER 1, 2009 | | | 0.00 |
| DEPOSITION OF: STEVEN ELSON (93) | | | 0.00 |
| MICHAEL GOMAN (177) | | | |
| ORIG. & 1 COPY | 270 | 4.10 | 1,107.00T |
| ATTENDANCE | 1 | 190.00 | 190.00T |
| COMPACT DISC | 1 | 30.00 | 30.00T |
| MINITRANSCRIPT | 1 | 25.00 | 25.00T |
| MINITRANSCRIPT | 1 | 15.00 | 15.00T |
| E-MAIL TRANSCRIPT (NO CHARGE) | 1 | 0.00 | 0.00T |
| JURAT PREPARATION | 1 | 15.00 | 15.00T |
| SHIPPING & HANDLING-1 PACKAGE | | 10.00 | 10.00T |
| CT. State Sales Tax | | 6.00% | 83.52 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN    FC
REIMB BY:  B  T  (HO)  NONREIMB
LOAN NO.:
POOL NAME:

| | Total | $1,475.52 |
|--|-------|-----------|

| Phone # | Toll Free# | E-mail |
|---------|-----------|--------|
| (203) 624-4157 | (866) 966-GALE | sgrl@sbcglobal.net |

WFB-MK641000

**Mendez, Cynthia**

| From: | Maher, Brittany |
|---|---|
| Sent: | Wednesday, September 30, 2009 2:58 PM |
| To: | Mendez, Cynthia |
| Subject: | FW: Konover Deposition Invoices |

Attachments:       Document.pdf



Document.pdf (48 KB)

Can you please see if we've ever paid this vendor before or not? thanks

-----Original Message-----
From: Sandler, Erick M. [mailto:emsandler@daypitney.com]
Sent: Monday, September 28, 2009 8:17 AM
To: Maher, Brittany
Subject: Konover Deposition Invoices

Hi Brittany. Attached are the court reporter's invoices for the Konover, Ainsworth, Goman and Elson depositions. Please note that the Ainsworth transcript is at a higher rate because we requested expedited preparation so we'd have it before the Konover deposition.

Can you remit payment directly to the court reporter for these?

Let me know if you have any questions.

Thanks, Erick

Erick M. Sandler
Attorney at Law
Day Pitney LLP
242 Trumbull Street | Hartford CT 06103-1212
| t (860) 275 0138 | f (860) 881 2459 | c (860) 810 2306
emsandler@daypitney.com     www.daypitney.com

**************************************************************************************
IRS Circular 230 Notice: Any tax advice provided herein (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed on any taxpayer.
**************************************************************************************


This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for
the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the
information by others is strictly prohibited. If you have received this message in error, please
notify the sender by immediate reply and delete the original message. Thank you.

1

**WFB-MK641001**

# ORIX Capital Markets, LLC

SS AP TRANSMITTAL FORM

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: aweaver

Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC

Invoice No.: D-5552

Batch Control #: BATCH001514

Vendor #: 04298

Invoice Date: 09/14/2009

| Loan Number | Property Number | Remit By | Expense Category | Svc Ind | Servicing Sub Code | GL ACCOUNT NUMBER Account Bus. Seg. Contract XXXXX - XXXXX - XXXXX | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - ORG20 - 00176 | SALOMON 2000-C2 | $1,912.78 |
| | | | | | | | | $1,912.78 |

DloPt

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center/Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: BMahcr | See Attached | |
| Add'l Approval: MParko: | | Date: 10ll5/g |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK641002



**Pinnacle Reprographics-Digital, L.L.C.**
2100 Ross Avenue
Suite 630
Dallas, Texas 75201

SEP 1 5 2009

# Invoice

| Date | Invoice # |
|---|---|
| 9/14/2009 | D-5552 |

| BILL TO | SHIP TO |
|---|---|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 | Tonya Moore<br>DP-K001<br>Order Date: 09/05/2009 |

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|
| KONOVER DP | Net 30 | 10/14/2009 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 365 | I014 | Document Imaging | 0.14 | 51.10T |
| 0.65393 | TIFFR | Native files processed to .tiff. Price per gigabyte.<br>Includes OCR and Meta Data. | 1,500.00 | 980.90T |
| 2 | DVDEXE | DVD executable of Images. | 45.00 | 90.00T |
| 5 | CDEXE | CDRom Executable with Images and Load Files. | 25.00 | 125.00T |
| 8 | FILE FORMATION | File Formatting. Per Hour. | 65.00 | 520.00T |
| | | Sales Tax | 8.25% | 145.78 |

Please remit payments to
2100 Ross Avenue, STE 630
Dallas, Texas 75201

Thank you for your business.

# Total $1,912.78

| Phone | WEB |
|---|---|
| 214-999-1300 | www.dallaspinnacle.com |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO OEF
REIMB BY: B BD NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK641003

## Weaver, Angie

**From:** Moore, Tonya
**Sent:** Tuesday, September 15, 2009 3:39 PM
**To:** Weaver, Angie
**Subject:** FW: Invoice from Pinnacle Reprographics-Digital, L.L.C.

**Attachments:** Inv_D5552_from_Pinnacle_Re.pdf



Inv_D5552_from_Pi
nnacle_Re.pdf...     Diamond Point - Konover

-----Original Message-----
From: Lino Gonzales [mailto:lgonzales@dallaspinnacle.com]
Sent: Tuesday, September 15, 2009 9:16 AM
To: Moore, Tonya
Cc: Prowell, Valerie
Subject: Invoice from Pinnacle Reprographics-Digital, L.L.C.

Dear Customer :

Your invoice appears below.  Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Pinnacle Reprographics-Digital, L.L.C.
214-999-1300

1

**WFB-MK641004**

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

Requestor: cmendez

Vendor Name: SANDERS, GALE & RUSSELL

Invoice No.: 33866s

Batch Control #: BATCH003872

Vendor #: 04901

Invoice Date: 09/15/2009

| Loan Number | Project Number | Reimb By | Expense Category | | Servicing Sub Code | GL ACCOUNT NUMBER Account Bus Seg. | Contract | Date Month | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency 13059 - CRG20 - | XXXXX - XXXXX | 00176 | SALOMON 2000-C2 | $1,729.81 |
| | | | | | | | | | $1,729.81 |

Diamond Point Plaza

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _____ See Attached _____

Add'l Approval: _____ Date: 11/19/_____

Add'l Approval: _____ Date: _____

Add'l Approval: _____

Add'l Approval: _____

WFB-MK641005

# SANDERS, GALE & RUSSELL
## A DIVISION OF MORGILLO & FLYNN, LLC
PO BOX 1048
NEW HAVEN, CT 06504
TAX I.D. # 06-1332236

**Invoice**

| Date | Invoice # |
|------|-----------|
| 9/15/2009 | 33866s |

OCT 2 6 2009

**Bill To**

DAY PITNEY, LLP
1 AUDUBON STREET
6TH FLOOR
NEW HAVEN, CT 06510
ERICK SANDLER, ESQUIRE

| | Terms |
|--|-------|
| | Due on receipt |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| WELLS FARGO vs. KONOVER | | | 0.00 |
| SEPTEMBER 9, 2009 | | | 0.00 |
| DEPOSITION OF: MICHAEL KONOVER | | | 0.00 |
| ORIG. & 1 COPY | 334 | 4.10 | 1,369.40T |
| ATTENDANCE | 1 | 190.00 | 190.00T |
| MINITRANSCRIPT | 1 | 25.00 | 25.00T |
| ASCII | 1 | 25.00 | 25.00T |
| E-MAIL TRANSCRIPT (NO CHARGE) | 1 | 0.00 | 0.00T |
| JURAT PREPARATION | 1 | 15.00 | 15.00T |
| SHIPPING & HANDLING-1 PACKAGE | | 7.50 | 7.50T |
| CT. State Sales Tax | | 6.00% | 97.91 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING     LOAN     REO     DEL
REIMB BY:    B   T   B/T   NONREIMB
LOAN NO.:
POOL NAME:

| | Total | $1,729.81 |
|--|-------|-----------|

| Phone # | Toll Free# | E-mail |
|---------|-----------|--------|
| (203) 624-4157 | (866) 966-GALE | sgr1@sbcglobal.net |

WFB-MK641006

# QRIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | cmendez | Batch Control #: | BATCH003872 |
| Vendor Name: | WATERSTONE CAPITAL ADVISORS, LLC | Vendor #: | 04916 |
| Invoice No.: | 1429 | Invoice Date: | 09/17/2009 |

| Loan Number | Property Number | Remit By | Expense Category | Svc Ind | Servicing Sub Code | Deficiency | GL ACCOUNT NUMBER Account Bus. Seg. Contract XXXXX - XXXXX - XXXXX | | | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | | Deficiency | 13059 - CRG20 - 00176 | | | SALOMON 2000-C2 | $3,000.00 |
| | | | | | | | | | | | $3,000.00 |

_Diamond Point Plaza_

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | *See Attached* | Date: | 12/15/05 |
| Add'l Approval: | | Date: | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

WFB-MK641007

 **WATERSTONE**
CAPITAL ADVISORS

Waterstone Capital Advisors, LLC
8720 Red Oak Boulevard
Suite 300
Charlotte, NC 28217

(704)926-6501

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 09/17/2009 | 1429 |

| TERMS |
|-------|
| Net 30 |

**BILL TO:**
Brian Fuller
ORIX Capital Markets
1717 Main Street, Suite 900
Dallas, TX 752010

OCT 2 7 2009

| 09/17/2009 | ACTIVITY | AMOUNT |
|------------|----------|--------|
| Provide defeasance quote for Brian Fuller at ORIX Capital Markets: Diamond Point Plaza, L.P., Loan #190000295 | | 3,000.00 |

INVOICE APPROVED BY:
DATE: 12/11/09
EXPENSE TYPE: DSP-LIT
SERVICING:  LOAN  REO  (DEI)
REIMB BY:  B  T  (BD)  NONREIMB
LOAN NO.: 190000295
POOL NAME: SBM500-C2

George Rodriguez

Ok to add to Epicor

| | TOTAL | $3,000.00 |
|---|-------|-----------|

**WFB-MK641008**

**Form W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

Give form to the requester. Do not send to the IRS.

Name (as shown on your income tax return)
Waterstone Capital Advisors, LLC

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor ☐ Corporation ☐ Partnership
☑ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ► P.....
☐ Other (see instructions) ►          ☐ Exempt payee

Address (number, street, and apt. or suite no.)
8720 Red Oak Boulevard, Suite 300

City, state, and ZIP code
Charlotte, NC 28217

Requester's name and address (optional)

List account number(s) here (optional)

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

**or**

Employer identification number
20   1291410

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

Sign Here
Signature of U.S. person ►          Date ► 9.CC.09

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

● An estate (other than a foreign estate), or

● A domestic trust (as defined in Regulations section 301.7701-7).

Special rules for partnerships. Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X          Form **W-9** (Rev. 10-2007)

WFB-MK641009

**Mendez, Cynthia**

| From: | Mendez, Cynthia |
| Sent: | Friday, December 11, 2009 4:53 PM |
| To: | McKinnon, Barbara; Hollins, Cedric |
| Cc: | Mendez, Cynthia |
| Subject: | New Vendor Set Up - Waterstone |
| Attachments: | 00000001.pdf |

Hi Team,

Can you please set this up and let me know when it's in the system?

Thanks so much,
☺

*Cindi Mendez*
**ORIX Capital Markets, LLC**
1717 Main Street, Suite 1100
Dallas, TX 75201
(214) 237-2270



WFB-MK641010

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | cmendez |
| Vendor Name: | BRITTANY K MAHER |
| Invoice No.: | MAHER-92009 |

| | |
|---|---|
| Batch Control #: | BATCH003872 |
| Vendor #: | 03150 |
| Invoice Date: | 09/20/2009 |

| Loan Number | | Entity | | Expense Code | Loan Number | | | Deal Name | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (57) Travel Expense | S Loan | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $2,594.61 |

Diamond Point

$2,594.61

SPECIAL INSTRUCTIONS:

AUTHORIZATION:
This form must be approved in accordance with the Cost Center Approval Matrix.

See Attached

| | | |
|---|---|---|
| Manager's Approval: | | |
| Add'l Approval: | | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK641011

# ORIX USA CORPORATION

## EMPLOYEE EXPENSE STATEMENT

**DIAMOND POINT PLAZA, LP #19-0000295**  **HARTFORD, CT TRIP**

PURPOSE OF TRIP: 57-Travel

SBMS (SAL2000-C2)

NAME (PLEASE PRINT): Brittany Maher
ASSISTANT CINDI - EXT 2270

| PHONE | DATE |
|---|---|
| 2048 | 8/24/2009 |

CHARGE COST TO: BUS SEGMT CRG20 | CONTRACT 176

### CUSTOMER ENTERTAINMENT AND BUSINESS MEALS (List separately and fully document each kind of occasion)

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

TOTAL $ | 61501

### TRAVEL, MEALS, LODGING AND TRANSPORTATION

| DATE | PHONE | ROOM | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE** | FILM & PROCESSING | MISC.1** | MISC.2** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/09 |  | 278.88 |  | 4.00 | 25.49 | 1,484.20 | 41.00 |  |  |  |  | 8.00 |  | TIPS |
| 9/21/09 |  | 278.88 | 19.44 |  | 17.42 |  |  |  |  |  |  |  |  |  |
| 9/22/09 |  | 278.88 | 19.06 |  |  |  |  |  |  |  |  |  |  |  |
| 9/22/09 |  |  | 19.44 |  | 10.00 |  |  |  |  | 107.92 |  | 2.00 |  | DFW TOLL FEE $2.00 |
| 9/23/09 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| TOTAL | $ | 836.64 | $ 57.94 | $ 4.00 | $ 52.91 | $ 1,484.20 | $ 41.00 | $ | $ 107.92 | $ | $ | $ 10.00 | $ |  |
|  | 61216 | 61213 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61206 | 61211 | 62123 | 62123 |  |  |

* Enter miles. Total column will compute at $.505 / mile.
** Enter account number or leave for A/P to code from description.

**Misc.1** Phone calls from room
**Misc.2** Phone calls from room

*** Description:

| | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 61236 | Misc.1 ENTER** 62123 | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL REPORT** | $ 2,594.61 |  |  |  |  |  |  |  |  |  |

(Fill only one type of expense in each Misc. column)

| | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|
|  | 10.00 |  |

| | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|
|  | 10.00 |  |

I certify that this statement correctly describes the actual and necessary expenses incurred by me while engaged in ORIX business.

Employee's Signature: _____  Date: 9/24/09

Manager Approval: _____  Date: _____

**SUMMARY OF EXPENSE:**

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 61236 | Misc.1 ENTER** 62123 | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBTOT: |  | 836.64 | $ | 114.85 | 1,525.20 | $ |  | 107.92 | $ |  | 10.00 | $ |

Enter the amount of the above total to be charged for each of the allocations.

Enter for each allocation used:

| | Billable ? Enter 13052' | Total Billable $ | BUS. SEGMA CONTRACT |
|---|---|---|---|
| | 13052 | | CRG20 |
| Allocation 1: | | $ | 176 |
| Allocation 2: | | $ | |
| Allocation 3: | | $ | |
| Allocation 4: | | $ | |
| Allocation 5: | | $ | |
| Remainder | | $ | |

Note: Boxes in gray background are populated by formula.

**INSTRUCTIONS:**
To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)
To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input 13052 in the "Billable ?" column of the "Remainder" row located at the very bottom of this form.
The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but 13052 is always used to bill the servicing advances.)
To record expense on multiple contracts: Complete an "Allocation" line for each cost center / contract. If billable fill in 13052. Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations.  Hint: Use Excel formula to allocate equal amounts between several contracts.

WFB-MK641012

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | | |
|---|---|---|
| Requestor: | dcmiller | |
| Vendor Name: | JOHN N DINAN | |
| Invoice No.: | 092020090DinanT&E | |

| | |
|---|---|
| Batch Control #: | BATCH003802 |
| Vendor #: | 02298 |
| Invoice Date: | 09/20/2009 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 190000295 | 1 | Both | (57) Travel Expense | S | REO | 13059 - CRG20 - 00176 |

SALOMON 2000-C2

$1,075.67

$1,075.67

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval:

Add'l Approval:

Add'l Approval: _Dee Ottoeool_

Add'l Approval:

Add'l Approval:

Add'l Approval: _Doreen M. Miller_

Date:

Date: **SEP 2 5 2009**

WFB-MK641013

# ORIX CAPITAL MARKETS, LLC.

## EMPLOYEE EXPENSE STATEMENT

Effective 1/05/2009

NAME (PLEASE PRINT): John Dhan

PHONE: 2224     DATE: 9/24/2009

PURPOSE OF TRIP: **Hartford Conn**
Loan 190000295 - Solomon 2000-C2

CHARGE COST TO:
13659-DRC2200176
BUS SEGMT | CONTRACT
XXXXX | XXXXX

---

### CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|------|-------|-----------------|---------|------------------------------|--------|
| | | | | | |
| | | | | | |

TOTAL | 61501 | | $ -

---

### TRAVEL, MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.**** | MISC.2**** | PURPOSE OF TRIP (if different from above description) |
|------|------|-------|-----------|-------|--------|----------|-------------|------------------|-----------------|----------|-------------------|-----------|-----------|------|
| 9/21/2009 | 490.56 | | | | | | | | | | | | | |
| 9/21/2009 | | | | | | 505.20 | | | | | | | | Airfare |
| 9/22/2009 | | | 21.81 | | | | | | | | | | | |
| 9/22/2009 | | | 13.57 | 7.28 | | | | | | | | | | |
| 9/22/2009 | | | | | 18.25 | | | | | | | | | Dinner - DFW Airport - No Receipt |
| 9/22/2009 | | | | | | | | | | | | 5.00 | | Room Service - No Receipt |
| 9/22/2009 | | | | | | | 10.00 | | | | | | | Valet - No Receipt |
| | | | | | | | | | | | | | | |
| TOTAL | $490.56 | $ - | $35.38 | $7.28 | $16.25 | $505.20 | $10.00 | $ - | $ - | $ - | $ - | $5.00 | $ - | |
| | 62713 | 61231 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** | |

I certify that this statement accurately describes the actual and necessary expenses incurred by me while engaged in OCM business.

Employee's Signature _____   Date 9/24/09

Manager Approval _____   Date 9/24/09

---

### SUMMARY OF EXPENSE:

| | Business Entertain. | Room | Phone | Travel Meals | Plane, Taxi | Rental Car & Gas | Parking & Tolls | Mileage | Film & Processing | Misc.1 | Misc.2 |
|--|--|--|--|--|--|--|--|--|--|--|--|
| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** |
| TOTAL REPORT* | $1,075.67 | | | | | | | | | | |

***Description:***

Misc. 1
Misc. 2

* Enter miles. Total column will compute as $.55 mile.
** Enter account number or leave for A/P to code from description.
*** (Put only one type of expense in each Misc. column.)

| | Biliable ? Enter '13052' | Total Billable $ | | Enter for each allocation used BUS. SEGM. CONTRACT | Enter the amount of the above total to be charged for each of the allocations: | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| | | | | | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
| Allocation 1: | | $ | | | $490.56 | | | | $516.20 | | | | | $5.00 | $ - |
| Allocation 2: | | $ | | | | | | $60.91 | $519.20 | | | | | $5.00 | $ - |
| Allocation 3: | | $ | | | | | | | | | | | | | |
| Allocation 4: | | $ | | | | | | | | | | | | | |
| Allocation 5: | | $ | | | | | | | | | | | | | |
| Remainder | | $ | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $5.00 | $ - |

Note: Boxes in gray background are populated by formula.

---

### INSTRUCTIONS:

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input '13052' in the "Billable ?" column of the "Remainder" row located at the very bottom of this form.
(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but '13052' is always used to bill the servicing advances.)

To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If billable fill in '13052'. Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

**WFB-MK641014**

OULP
LOST RECEIPT/EXCEPTION
APPROVAL REQUEST FORM

Employee Name: _John Dixon_
(Please Print)

Company Name: _ORIx_

LOB/Department/Contract: _Legal / Konover-Diamond Point_

Place of Purchase: _Hartford, CT_

Date: _9/20 thru 9/23/09_

Amount: _$33²⁵_

Purpose of Expense:
9/20 Dinner-DAD — 18²⁵
9/22 Roomservice — 5⁰⁰
9/23 Valet — 10⁰⁰
                    TOTAL $33²⁵

Please check:
☐   Lost Receipt
☐   Exception to Policy

I certify the above expense was incurred while conducting company business.   This form
will serve as documentation of the noted expense.

_____
Employee Signature

_____
Responsibility Unit Manager Signature

January 1, 1998
Exhibit 12-2.1

WFB-MK641015

```
** M&M coffee shop **
Hartford Hilton
315 Trumbull Street
Hartford, CT
(860) 240-7222

16 FATHEHA

Tbl 51/1        Chk 2413        Gst 1
                Sep23'09 06:27AM

1 Coffee                         2.95
1 OJ                             2.95
2 ONE EGG                        5.90
1 BANANA
1 OPEN FOOD                      1.00

Food                            12.80
Tax                              0.77
06:45AM TOTAL                   13.57

M & M coffee shop Take out !
RESERVE at OPENTABLE.COM
Wednesday 5-7pm Martini Madness

TIP

TOTAL                  \ 17.87

ROOM #

PRINT NAME

SIGNATURE
```

```
The Paradies Shops
Bradley International Airport
Hartford, CT

POLAND SPRINGS    01302701000
                  3.29 T
SC ALMONDS RAW    9256540900
                  3.99 N

TOTAL                    $7.28
CASH                    $20.00
CHANGE                  $12.72

ITEMS 2         B. WILLIAM
09/23/2009 11:49AM  0116 01 19871 5498

Thank You for Shopping at
The Paradies Shops
Hartford,CT
```

WFB-MK641016

eTicket

*Jay Nolan (860) 275-0100*
*Day Pitney*
*242 Trumbell St.*
*Hartford, Conn.*

### Record Locator: IVUAXO

## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| **AA** American Airlines | 1470 | DALLAS FT WORTH | SUN 20SEP 7:55 PM | HARTFORD SPRNGFLD | 12:15 AM | Q |
| | | John Dinan | FF#: CH39000 GLD | Economy | Seat 10D | Food For Purchase |
| **AA** American Airlines | 1331 | HARTFORD SPRNGFLD | WED 23SEP 1:00 PM | DALLAS FT WORTH | 4:00 PM | G |
| | | John Dinan | FF#: CH39000 GLD | Economy | Seat 9C | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| JOHN DINAN | 0012309073418 | 435.34 | 53.86 | 489.20 |

| ADDITIONAL SERVICES | | CURRENCY | AMOUNT |
|---|---|---|---|
| Telephone Ticketing Service | | USD | 20.00 |

| Payment Type: American Express XXXXXXXXXXX1009 | Total: $509.20 |
|---|---|

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

A summary of Terms and Conditions of Travel is available by selecting the Conditions of Carriage button below.

 Conditions Of Carriage
 Special Assistance
 Flight Check-In
Flight Status Notification

 Our Lowest Fare Guarantee Only at AA.com

 member of oneworld

We know why you fly
AmericanAirlines
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 196231116425211214263600

WFB-MK641017



# Hilton
### Hartford

315 Trumbull Street • Hartford, CT 06103
Phone (860) 728-5151 • Fax (860) 240-7247
Reservations
www.hartford.hilton.com or 1 800 HILTONS

| Name & Address |
|---|

DINAN, JOHN
1717 MAINE ST
SUITE 900
DALLAS, TX 75201
US

Room            1501/K1
Arrival Date     9/20/2009
Departure Date   9/23/2009        2:13:00AM

Adult/Child      1/0
Room Rate        219.00

RATE PLAN        LV2

HH#
AL:
BONUS AL:        CAR:

*Didn't show up Sunday*
*3 nites?  Didn't charge for a No-show*

CONFIRMATION NUMBER: 3361184987

9/23/2009    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO. | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 9/21/2009 | MOVIE | LINTR | 1480380 | $19.03 | | |
| 9/21/2009 | GUEST ROOM | AUDIT | 1480653 | $219.00 | | |
| 9/21/2009 | ROOM TAXES | AUDIT | 1480653 | $26.28 | | |
| 9/22/2009 | M&M | LINTR | 1481085 | $21.81 | *food* | |
| 9/22/2009 | MOVIE | LINTR | 1481612 | $17.91 | | |
| 9/22/2009 | MOVIE | LINTR | 1481633 | $17.91 | | |
| 9/22/2009 | GUEST ROOM | AUDIT | 1481913 | $219.00 | | |
| 9/22/2009 | ROOM TAXES | AUDIT | 1481913 | $26.28 | | |

WILL BE SETTLED TO AX *1009                                    $567.22
EFFECTIVE BALANCE OF                                           $0.00

### EXPENSE REPORT SUMMARY

|  | 12:00:00AM | 09/22/09 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $245.28 | $245.28 | $490.56 |
| MISCELLANEOUS | $19.03 | $35.82 | $54.85 |
| FOOD & BEVERAGE | $0.00 | $21.81 | $21.81 |
| DAILY TOTAL | $264.31 | $302.91 | $567.22 |

*Room - 490 56*
*food - 21 81*
*$512 37*

## Zip-Out Check-Out®

**Good Morning !** We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.

* Please review this statement. It is a record of your charges as of late last
  evening.
* For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
Simply call the Front Desk from your room and tell us when you are ready to
depart. Your account will be automatically checked out and you may use this
statement as your receipt. Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any
questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 313497 A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

WFB-MK641018



AA Conf.# IVUAXO
9/20 #1470 7:55pm CST
9/23 #1331 1:00pm EST

**Dinan, John**

| | |
|---|---|
| **From:** | Hilton Hotels Confirmed [hiltonhotels@res.hilton.com] |
| **Sent:** | Friday, August 21, 2009 11:21 AM |
| **To:** | Dinan, John |
| **Subject:** | Hilton Hotels Confirmation #3356088575 |



# Your reservation is confirmed



### Hilton Hartford

315 Trumbull Street
Hartford, CT
United States, 06103
Tel: 860-728-5151
Fax: 860-240-7247

> Directions to Hotel

> 5-Day Weather Forecast

> Local Guide



**Hilton Requests Upon Arrival™** Arrange for amenities in your room prior to your arrival. Pre-order snacks, extra towels, room upgrades and more*!

**Make the Most of Your Stays** Join Hilton HHonors® for free and whenever you stay at a participating Hilton Family hotel worldwide, you'll earn both HHonors points AND airline miles for your stay.

▸ Join Now

> Book your next stay now

Earn up to 20,000 HHonors points with the no-annual fee Hilton HHonors Platinum Credit Card from American Express®. Earn 10,000 HHonors bonus points after

**Confirmation Number:**       3356088575

> Click here to view or edit your reservation.

| | |
|---|---|
| Name: | John Dinan |
| Arrival Date: | 20 Sep 2009 |
| Departure Date: | 23 Sep 2009 |
| Check-in Time: | 3:00 PM |
| Check-out Time: | 12:00 PM |

**Rate Information:**
Rate per night:       219.00 USD
Total for Stay per Room:

| | |
|---|---|
| Rate | 657.00 USD |
| Taxes | 78.84 USD |
| Total | 735.84 USD |

**Total for Stay:**       735.84 USD
Includes estimated taxes and service charges. (Gratuities not included.)

**Tax:**
· There is a 12.00% Per Room Per Night tax.

**Additional Charges:**
· Self parking: 18.00/night

**Rate Rules and Cancellation Policy:**
· Your reservation is guaranteed for late arrival.
· Should you need to cancel please contact us before 4 PM on 20 Sep 2009 local property time to avoid cancellation penalties.

**Room Information:**
Rooms:       1
Clients:       1 Adult
Room Type:       1 KING BED
Your room type preferences have been submitted with your reservation, and are subject to hotel availability.

## To Help You Along on Your Journey...

8/21/2009

WFB-MK641019

your first purchase!
Click here to learn
more and apply.

Welcome! Arrange for amenities in your room with Hilton Requests Upon Arrival. Snacks, extra towels and more will await you if you pre-order today!

**Our Hotel:**
. Tour the Hotel
. Accommodations
. Hotel Factsheet

**Points & Miles®.**
**No Blackout Dates.**
**Only Hilton**
**HHonors®.**
Click here to learn
more and book your
next trip or reward.

**Services and Amenities:**
. Hotel Services and Amenities

**Dining Options:**
. Our Restaurants

**Visit Hilton.com for great specials, packages and products.**
Sign up to receive weekly email offers and click here to shop for your favorite Hilton products.



 

" Service of alcoholic beverages is subject to state and local laws. Must be of legal drinking age. Hilton Requests Upon Arrival™ items are subject to availability.

If you need to MODIFY or CANCEL your reservation, click here.
Any change to the arrival date, departure date or room type of this reservation is subject to the hotel's availability at the time the change is requested and may result in a possible rate change or an additional fee. For example, shortening or lengthening your reservation is subject to availability and may not be possible at a later date. For more information, please click here to see all the rules and restrictions applicable to this reservation.

If you have questions regarding your reservation, please contact Hilton Reservations and Customer Care at 1-800-HILTONS (445-8667), visit us at www.hilton.com, or email us at confirmationhelp@hiltonres.com.

Hilton HHonors membership, earning of Points & Miles®, and redemption of points are subject to HHonors Terms and Conditions.

ABOUT THIS EMAIL
Please do not reply to this email. Mail sent to this address cannot be answered. For a full description of our privacy policy, please click here.

Update Your Profile
Ensure you receive the most relevant information from the Hilton Family and manage your email subscriptions by signing in and updating your profile.

Unsubscribe
To unsubscribe from all marketing email from the Hilton Family of Hotels, please send an email with the subject line "Unsubscribe" to e_opt_out@hilton.com. Opting out from all Hilton Family marketing email will prevent you from receiving your monthly HHonors My Way Activity Statement.

Please allow up to 10 business days for processing opt-out requests. You will continue to receive transactional email messages such as reservation confirmations.

If you prefer to unsubscribe via postal mail, please send your name, HHonors Account Number (if applicable) and email address to Hilton Internet Contact Center, 2050 Chennault Drive, Carrollton, Texas, 75006, USA.

Notice of Confidentiality: This message and any attachments may contain confidential information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

©2009 Hilton Hotels Corporation

Hilton Reservations and Customer Care | 2050 Chennault Drive | Carrollton, Texas 75006, USA



WFB-MK641020



**AmericanAirlines**

## BOARDING PASS

| | PNR RECORD LOCATOR |
|---|---|
| PASSENGER NAME | IVUAXO |
| DINAN/JOHN MR | |

AADVANTAGE NUMBER
CH39000     GLD

| FROM: | | | DATE | DEPARTS |
|---|---|---|---|---|
| Dallas/ Fort W, DFW | | | 20 Sep | 07:55 PM |

| | CARRIER | FLIGHT | CLASS | |
|---|---|---|---|---|
| TO: | AA | 1470 | Q | |
| Hartford/ Sprfl, BDL | | | | |

| | GATE | BOARDING TIME | SEAT |
|---|---|---|---|
| Priority/AAccess | --- | 07:25 PM | 10D |
| | | | GATE |
| | | | 10D |

For gate information, check Gates, Times & Status at www.aa.com/gates, or call American Airlines at 1-
800-433-7300

Ticket Number 0012309073418



Do not expose to excessive heat or direct sunlight

INSERT        STAPLE
HERE **ATB2**

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP.   REV. 08/06   DPN11144480

**AmericanAirlines**

PRIORITY AACCESS

DINAN/JOHN MR
HARTFORD SPRNGFLD
DALLAS FT WORTH

2   001  2309073418   4

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| **Requestor:** | cmendez |
| **Vendor Name:** | GREGORY DERRELL MAY |
| **Invoice No.:** | MAY-9212009 |

| | |
|---|---|
| **Batch Control #:** | BATCH003872 |
| **Vendor #:** | 03042 |
| **Invoice Date:** | 09/21/2009 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (57) Travel Expense | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,598.95 |
| | | | | | | | | $1,598.95 |

*Diamond Point Plaza*

See Attached

Page 1 of 1

## AUTHORIZATIONS

This form must be approved in accordance with the Cost Center Approval Matrix.

| | | |
|---|---|---|
| Manager's Approval: | | |
| Add'l Approval: | | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK641022

# EMPLOYEE EXPENSE STATEMENT

**ORIX USA LP**

Effective: 5/25/2009

**PURPOSE OF TRIP:** Diamond Point/Konover; Dinan depo

| NAME (PLEASE PRINT) | Greg May | | |
|---|---|---|---|
| PHONE | 1377 | DATE | 3/29/2010 |

**CHARGE COST TO:**

| Cost Center | AP Account | Line of Business | Ref Code |
|---|---|---|---|
| 13059 | CRG20 | | 00178 |

All support travel (OLLP post centers excluding Equal rate) require that the "Line of Business" using the drop-down box. Use separate Expense Reports for each LOB or manually write-in the Ref Code

BOMCM
ACCOUNTS PAYABLE
2010 APR -7 PM 4:15

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately all food/document/equipment/actual meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISBURSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| | | | | TOTAL | $ |
|---|---|---|---|---|---|
| | | | | | 61501 |

## TRAVEL - MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI $ LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | MISC.** | MISC.** | FILM & PROCESSING | MISC.2** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/20/2009 | | | | | | 879.20 | | | | 77.19 | | | | | |
| 9/20/2009 | 492.59 | | | | | 150.00 | | | | | | | | | |
| 9/21/2009 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| TOTAL | $ 492.59 | $ | $ | $ | $ | $ 1,023.20 | $ | $ | $ 77.19 | | $ | $ | $ | $ | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61226 | 61211 | ENTER** | ENTER** | 62125 | | |

***Description: MISC.1 ___ MISC.2 ___

\* - Enter miles. Total column will compute at $.565/mile.
\*\* - Enter account number of items for A/P to code from description.

(Put only one type of expense in each Misc. column)

I certify that all expenses accurately describe the usual and necessary expenses incurred by me while engaged in OUC business.

Employee's Signature _____ Date 3.29.10

Manager Approval _____ Date _____

### Expense Summary

| Totals per Above | |
|---|---|
| $ | 61501 |
| $ 492.59 | 61216 |
| $ | 62713 |
| $ | 61231 |
| $ 1,023.20 | 61212 |
| $ | 61206 |
| $ 77.19 | 61226 |
| $ | 61211 |
| $ | 62125 |
| $ | ENTER** |
| $ | ENTER** |
| **Total Voucher** $ 1,538.95 | |

| Expense Summary | |
|---|---|
| 61501 | 13059 CRG20 |
| 61216 | 13059 CRG20 |
| 62713 | 13059 CRG20 |
| 61231 | 13059 CRG20 |
| 61212 | 13059 CRG20 |
| 61206 | 13059 CRG20 |
| 61226 | 13059 CRG20 |
| 61211 | 13059 CRG20 |
| 62125 | 13059 CRG20 |
| ENTER** | 13059 CRG20 |
| ENTER** | 13059 CRG20 |

### Manual Coding if Desired

| Amount | GL Coding: | | LOB Ref Code |
|---|---|---|---|
| | XXXXX | XXXXX | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| **Total Voucher** | | | |

WFB-MK641023

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

## SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | cmendez |
| Vendor Name: | PINNACLE REPROGRAPHICS-DIGITAL, LLC |
| Invoice No.: | D-5575 |

| | |
|---|---|
| Batch Control #: | BATCH003872 |
| Vendor #: | 04298 |
| Invoice Date: | 09/21/2009 |

| Loan Number | Property Number | Reimb By | Expense Category | Svc / Ind | G/L ACCOUNT NUMBER Account Bus. Seg. Contract Sub Code: XXXXX - XXXXX - XXXXX | | | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency | 13059 - CRG20 - 00176 | | | SALOMON 2000-C2 | $183.08 |
| | | | | | | | | | $183.08 |

Darron Point Plaza

Page 1 of 1

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | See Attached | |
| Add'l Approval: | | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK641024



**PINNACLE**

Pinnacle Reprographics-Digital, L.L.C.
2100 Ross Avenue
Suite 630
Dallas, Texas 75201

SEP 2 2 2009

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2009 | D-5576 |

| BILL TO |
|---------|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 |

| SHIP TO |
|---------|
| Tonya Moore<br>INVESTOR REPORTING; POLICIES<br>PROCEDURES SMBS<br>Order Date: 09/17/2009 |

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|-----------------|---|-------|----------|-----|--------------|
| KONOVER | | Net 30 | 10/21/2009 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 3,971 | OCN | O.C.R. of existing image. | 0.03 | 119.13T |
| 2 | CDEXE | CDRom Executable with Images and Load Files. | 25.00 | 50.00T |
| | | Sales Tax | 8.25% | 13.95 |

42

INVOICE APPROVED BY:
DATE: 10/14/09
EXPENSE TYPE: 03B
SERVICING: LCAN
REMB BY: B
LOAN NO.: 180000285
POOL NAME: 06 MS00-C2

Diamond Point Plaza

| Please remit payments to<br>2100 Ross Avenue, STE 630<br>Dallas, Texas 75201 |
|---|

Thank you for your business.

**Total** $183.08

| Phone | WEB |
|-------|-----|
| 214-999-1300 | www.dallaspinnacle.com |

WFB-MK641025

**Mendez, Cynthia**

| | |
|---|---|
| **From:** | Moore, Tonya |
| **Sent:** | Monday, September 21, 2009 3:29 PM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: Invoice from Pinnacle Reprographics-Digital, L.L.C. |

**Attachments:** Inv_D5576_from_Pinnacle_Re.pdf


Inv_D5576_from_PI
nnacle_Re.pdf...

Diamond Point - Konover invoice

-----Original Message-----
From: Lino Gonzales [mailto:lgonzales@dallaspinnacle.com]
Sent: Monday, September 21, 2009 12:48 PM
To: Moore, Tonya
Cc: Prowell, Valerie
Subject: Invoice from Pinnacle Reprographics-Digital, L.L.C.

Dear Customer :

Your invoice appears below.  Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Pinnacle Reprographics-Digital, L.L.C.
214-999-1300

1

WFB-MK641026

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

| | |
|---|---|
| Requestor: | cmendez |
| Vendor Name: | PINNACLE REPROGRAPHICS-DIGITAL, LLC |
| Invoice No.: | D-5567 |

| | |
|---|---|
| Batch Control #: | BATCH003872 |
| Vendor #: | 04298 |
| Invoice Date: | 09/21/2009 |

| Loan Number | Property Reimb By | Both | Expense Category | GL ACCOUNT NUMBER Svc's Servicing Ind / Sub Code Account Bus Seg Contract XXXXX - XXXXX - XXXXX | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency 13059 - ORG20 - 00176 | SALOMON 2000-C2 | $393.06 |

Diamond Point Plaza

$393.06

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | _signature_ | See Attached |
| Add'l Approval: | | Date: 10/22/9 |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK641027

# PINNACLE

**Pinnacle Reprographics-Digital, L.L.C.**
2100 Ross Avenue
Suite 630
Dallas, Texas 75201

SEP 2 2 2009

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2009 | D-5567 |

| BILL TO |
|---------|
| Orix USA Corporation
1717 Main Street
Suite 900
Dallas, TX 75201
214-237-2300 |

| SHIP TO |
|---------|
| Tonya Moore
WFB-MK
Order Date: 09/15/2009 |

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|-----------------|-------|----------|-----|--------------|
| KONOVER | Net 30 | 10/21/2009 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,754 | TIFF | Processing of native files to tiff. Includes O.C.R. | 0.14 | 245.56T |
| 1,754 | DIGITAL STAMP... | Digital Bates Stamping of Images. | 0.01 | 17.54T |
| 4 | CDEXE | CDRom Executable with Images and Load Files. | 25.00 | 100.00T |
| | | Sales Tax | 8.25% | 29.96 |

INVOICE APPROVED BY:
DATE: 10/14/09
EXPENSE TYPE: O3P
SERVICING: LOAN REO DES
REIMB BY: B T BD NONREIMB
LOAN NO.: 10-0000295
POOL NAME: WBMS 00-C2

*Diamond Point Plaza*

| Please remit payments to
2100 Ross Avenue, STE 630
Dallas, Texas 75201 |

Thank you for your business.

**Total** $393.06

| Phone | WEB |
|-------|-----|
| 214-999-1300 | www.dallaspinnacle.com |

WFB-MK641028

**Mendez, Cynthia**

**From:** Moore, Tonya
**Sent:** Monday, September 21, 2009 3:31 PM
**To:** Mendez, Cynthia
**Subject:** FW: Invoice from Pinnacle Reprographics-Digital, L.L.C.

**Attachments:** Inv_D5567_from_Pinnacle_Re.pdf


Inv_D5567_from_Pi
nnacle_Re.pdf...

       Hi Cindi.  Attached is an invoice from Pinnacle in connection with the Diamond Point - Konover matter.  Please let me know if you have any questions.

Thanks !!!
-Tonya

-----Original Message-----
From: Lino Gonzales [mailto:lgonzales@dallaspinnacle.com]
Sent: Monday, September 21, 2009 12:48 PM
To: Moore, Tonya
Cc: Prowell, Valerie
Subject: Invoice from Pinnacle Reprographics-Digital, L.L.C.

Dear Customer :

Your invoice appears below.  Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Pinnacle Reprographics-Digital, L.L.C.
214-999-1300

1

WFB-MK641029

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

BOMCM
ACCOUNTS PAYABLE

2009 OCT 22 AM 11: 26

Requestor: cmendez
Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC
Invoice No.: D-5584

Batch Control #: BATCH003872
Vendor #: 04298
Invoice Date: 09/21/2009

| Loan Number | Property Number | Reimb By | Expense Category | Svc Ind | Servicing Sub Code | G/L ACCOUNT NUMBER Account | Bus. Seg. | Contract | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - XXXXX - XXXXX - 00176 | | | SALOMON 2000-C2 | $86.34 |
| | | | | | | | | | | $86.34 |

Darrow Point Plaza

Page 1 of 1

## SPECIAL INSTRUCTIONS

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix.
See Attached

Manager's Approval: _____
Add'l Approval: _____ Date: _____
Add'l Approval: _____ Date: _____
Add'l Approval: _____
Add'l Approval: _____
Add'l Approval: _____

WFB-MK641030



**Pinnacle Reprographics-Digital, L.L.C.**
2100 Ross Avenue
Suite 630
Dallas, Texas 75201

SEP 2 2 2009

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2009 | D-5564 |

| BILL TO |
|---------|
| Orix USA Corporation<br>1717 Main Street<br>Suite 900<br>Dallas, TX 75201<br>214-237-2300 |

| SHIP TO |
|---------|
| Tonya Moore<br>DP-KON OCM Bond investment folders<br>Order Date: 09/15/2009 |

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|---|
| DP KONOVER | | Net 30 | 10/21/2009 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 56 | 1014 | Document Imaging | 0.14 | 7.84T |
| 58 | IC75 | Color Document Imaging. | 0.75 | 43.50T |
| 114 | OCN | O.C.R. of existing image. | 0.03 | 3.42T |
| 1 | CDEXE | CDRom Executable with Images and Load Files. | 25.00 | 25.00T |
| | | Sales Tax | 8.25% | 6.58 |

42

Diamond Point Plaza

| Please remit payments to |
|---|
| 2100 Ross Avenue, STE 630 |
| Dallas, Texas 75201 |

Thank you for your business.

**Total** $86.34

| Phone | WEB |
|---|---|
| 214-999-1300 | www.dallaspinnacle.com |

WFB-MK641031

| | |
|---|---|
| **From:** | Moore, Tonya |
| **Sent:** | Monday, September 21, 2009 3:31 PM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: Invoice from Pinnacle Reprographics-Digital, L.L.C. |

**Attachments:** Inv_D5564_from_Pinnacle_Re.pdf



Inv_D5564_from_Pi
nnacle_Re.pdf...

        Yet another Diamond Point - Konover

-----Original Message-----
From: Lino Gonzales [mailto:lgonzales@dallaspinnacle.com]
Sent: Monday, September 21, 2009 12:48 PM
To: Moore, Tonya
Cc: Prowell, Valerie
Subject: Invoice from Pinnacle Reprographics-Digital, L.L.C.

Dear Customer :

Your invoice appears below.  Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Pinnacle Reprographics-Digital, L.L.C.
214-999-1300

1

**WFB-MK641032**

# ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: cmendez

Vendor Name: PINNACLE REPROGRAPHICS-DIGITAL, LLC

Invoice No.: D-5579

Batch Control #: BATCH003872

Vendor #: 04298

Invoice Date: 09/23/2009

| Loan Number | Property Reimb By | Both | Expense Category | Svc Ind | Servicing Sub Code | Deficiency | GL ACCOUNT NUMBER Account Bus. Seg. Contract XXXXX XXXX XXXXX | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $276.73 |
| | | | | | | | | | $276.73 |

Diamond Point Plaza

## SPECIAL INSTRUCTIONS:

## AUTHORIZATION:
This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _Golee_    See Attached    Date: _10/2/09_

Addl Approval: _Boles_    Date:

Addl Approval:

Addl Approval:

Addl Approval:

Addl Approval:

WFB-MK641033



**Pinnacle Reprographics-Digital, L.L.C.**
2100 Ross Avenue
Suite 630
Dallas, Texas 75201

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/23/2009 | D-5579 |

### BILL TO

Orix USA Corporation
1717 Main Street
Suite 900
Dallas, TX 75201
214-237-2300

### SHIP TO

Tonya Moore
DP-K002
Order Date: 09/21/2009

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|-----------------|-------|----------|-----|--------------|
| KONOVER | Net 30 | 10/23/2009 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,188 | OCN | O.C.R. of existing image. | 0.03 | 155.64T |
| 4 | CDEXE | CDRom Executable with Images and Load Files. | 25.00 | 100.00T |
| | | Sales Tax | 8.25% | 21.09 |

INVOICE APPROVED
DATE: 10/14/09
EXPENSE TYPE: 03P
SERVICING: LOAN REO DE
REIMB BY: B NONREIMB
LOAN NO.: 19-8000205
POOL NAME:

42

Diamond Point Plaza

**Please remit payments to**
**2100 Ross Avenue, STE 630**
**Dallas, Texas 75201**

Thank you for your business.

| **Total** | $276.73 |
|-----------|---------|

| Phone | WEB |
|-------|-----|
| 214-999-1300 | www.dallaspinnacle.com |

WFB-MK641034

**Mendez, Cynthia**

**From:** Moore, Tonya
**Sent:** Wednesday, September 23, 2009 10:20 AM
**To:** Mendez, Cynthia
**Subject:** FW: Invoice from Pinnacle Reprographics-Digital, L.L.C.

**Attachments:** Inv_D5579_from_Pinnacle_Re.pdf



Inv_D5579_from_PI
nnacle_Re.pdf...

Here is an invoice for Diamond Point - Konover

-----Original Message-----
From: Lino Gonzales [mailto:lgonzales@dallaspinnacle.com]
Sent: Wednesday, September 23, 2009 10:05 AM
To: Moore, Tonya
Cc: Prowell, Valerie
Subject: Invoice from Pinnacle Reprographics-Digital, L.L.C.

Dear Customer :

Your invoice appears below.  Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Pinnacle Reprographics-Digital, L.L.C.
214-999-1300

1

**WFB-MK641035**

# hhfax

12:59:25
WFB-MK641036.PDF

SS AP TRANSMITTAL FORM

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

Requestor: cmendez

Vendor Name: KOSTIN, RUFFKESS & COMPANY, LLC

Invoice No.: 80091496

Batch Control #: BATCH003872

Vendor #: 04903

Invoice Date: 10/05/2009

| 190000265 | 0 | Both | (42) Other Third Party Fees | S Deficiency | 13059 - ORG20 - 00176 | SALOMON 2000-C2 | $23,119.83 |

$23,119.83

Diamond Point Plaza

SPECIAL INSTRUCTIONS

AUTHORIZATIONS
This form must be approved in accordance with the Cost Center Approval Matrix.
See Attached.

Manager's Approval: _____ Date: 11/28/09

Add'l Approval: _____ Date: _____

Add'l Approval: _____

Add'l Approval: Costantin _____ VMY 11.25.09

Add'l Approval: _____

Add'l Approval: _____

WFB-MK641036



# KOSTIN, RUFFKESS & COMPANY, LLC

Business Advisors and Certified Public Accountants

Farmington, CT • New London, CT • Springfield, MA

76 Batterson Park Road
P.O. Box 345
Farmington, CT 06034

(860) 678-6000
FAX: (860) 678-6110
www.kostin.com

Wells Fargo Bank NA
c/o Attorney Erick M. Sandler
Day Pitney LLP
242 Trumbull Street
Hartford CT 06103-1212

OCT 0 8 2009

Client No. 42785

October 05, 2009
Invoice No. 80091496

For professional services rendered between August 10, 2009 through September 30, 2009 in connection with:

Search for documents; Responding to subpoena; Review of email documents; Redaction of documents to protect client confidentiality; Communications with EMAG solutions.

|  | Hours | Rate |  |
|---|---|---|---|
| Kindelan | 19.25 | 440.00 | 8470.00 |
| Kusy | 4.50 | 90.00 | 405.00 |
| Tartaglino | 42.05 | 115.00 | 4835.75 |
| Thaker | 15.40 | 91.00 | 1401.40 |
| Udobina | 5.50 | 103.00 | 566.50 |
| Vail | 25.00 | 91.00 | 2275.00 |
|  |  |  | 17,953.65 |

Additional restoration charges from EMAG Solutions.                5,166.18

Current Amount Due $   23,119.83

PAYABLE WITHIN 30 DAYS
PAST DUE BALANCES ARE SUBJECT TO A SERVICE CHARGE OF 1% PER MONTH
WE NOW ACCEPT MASTERCARD OR VISA



# KOSTIN, RUFFKESS & COMPANY, LLC

Business Advisors and Certified Public Accountants

76 Batterson Park Road
P.O. Box 345
Farmington, CT 06034

Wells Fargo Bank NA
c/o Attorney Erick M. Sandler
Day Pitney LLP
242 Trumbull Street
Hartford CT 06103-12

Client No. 42785

INVOICE APPROVED BY:
DATE: 10/15/09
EXPENSE TYPE: D3P-W
SERVICING: LOAN  REO  DEF
REIMB BY: B  T  A/ B/T  NONREIMB
LOAN NO.: 1A-000029
POOL NAME: SBM-S-00-6?

Invoice No. 80091496

Amount Enclosed $_____

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

X _____
OK to Update to EPICOR

WFB-MK641037


**emag Solutions**

# Invoice

TAX ID 22-3646387
ALLFIRST / M&T BANK
BANK ACCT# 970193907
WIRE ABA# 022000046
ACH ABA# 022000046

Remit To:
P.O. BOX 64911
BALTIMORE, MD 21264-4911
PHONE: 800-433-7720

CUSTOMER NUMBER 302750
INVOICE NUMBER 0000001110
INVOICE DATE 8/31/2009
CUSTOMER PO
TERMS DUE UPON RECEIPT

| SOLD TO | SHIP TO |
|---|---|
| KOSTIN RUFFKESS & COMPANY, LLC | KOSTIN RUFFKESS & COMPANY, LLC |
| ATTN: ED KINDELAN | ATTN: ED KINDELAN |
| 76 BATTERSON PARK ROAD | 76 BATTERSON PARK ROAD |
| FARMINGTON, CT 06032   USA | FARMINGTON, CT 06032   USA |

| PRODUCT | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|
| 625009 | RESTORATION | 11.00 | 465.00 | 5,115.00 |
| | DLT/SDLT TAPE RESTORATION/EXTRACTION/FILTER JOB NO 5777A | | | |
| 659001 | CD; MISC | 1.00 | 15.00 | 15.00 |
| | 5777-CD0-8202009 | | | |
| 644001 | LOOSE FILES | 1.00 | 0.00 | 0.00 |
| | DE-DUP SEARCH 2& 3 RESULTS - 2ND PASS DEDUPLICATION - NO CHARGE | | | |
| 000000 | SHIPPING CHARGES | 1.00 | 36.18 | 36.18 |
| | FEDX 411942305249 8/20/09 | | | |

| | |
|---|---|
| Subtotal | 5,166.18 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Total** | 5,166.18 |

We hereby certify these goods were produced in compliance with all applicable requirements of the Fair Labor Standards Act of 1938, as amended.

WFB-MK641038

LAW OFFICES OF

# COWDERY, ECKER & MURPHY, L.L.C.

280 TRUMBULL STREET

HARTFORD, CONNECTICUT 06103

www.cemlaw.com

THOMAS J. MURPHY

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012

WRITER'S E-MAIL:
tmurphy@cemlaw.com

October 6, 2009

**BY HAND**

Erick M. Sandler, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212

      Re: <u>Wells Fargo Bank, N.A. v. Konover, et al.</u>,
          Docket No. 3:05-CV-1924 (CFD)

Dear Erick:

    On behalf of Kostin Ruffkess & Company, LLC ("KR"), I enclose KR's invoice to your client for the costs of KR's retrieval and review of the electronically stored information sought by your client. That review work came in well below the $25,000 level that your client had pre-authorized, and the cost of the outside vendor's restoration is exactly as we anticipated.

    As you know, Cheryl Rice is overseeing the final review of these materials for compliance with existing discovery orders and agreements. You should direct any questions about that process to her. Please make arrangements to have your client pay this invoice directly to KR within 30 days. Thank you.

                Very truly yours,

                Thomas J. Murphy

TJM/
Enclosure

cc: Edmund Kindelan, CPA (w/encl.; by e-mail)
    Cheryl Gabes Rice, Esq. (w/encl.; by e-mail)

WFB-MK641039

## Mendez, Cynthia

| | |
|---|---|
| **From:** | Mendez, Cynthia |
| **Sent:** | Monday, October 26, 2009 5:02 PM |
| **To:** | McKinnon, Barbara |
| **Cc:** | Crabtree, Rhonda; Mendez, Cynthia |
| **Subject:** | New Vendor set up |
| **Attachments:** | 00000001.pdf |

Hi Barbara,

Can you please set this up? Please let me know when it's done.

Thanks so much,
☺

*Cindi Mendez*
**ORIX Capital Markets, LLC**
**1717 Main Street, Suite 1100**
**Dallas, TX 75201**
**(214) 237-2270**

10/26/2009

WFB-MK641040

Form **W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer**
**Identification Number and Certification**

Give form to the
requester. Do not
send to the IRS.

Print or type
See Specific Instructions on page 2.

Name (as shown on your income tax return)
Kostin, Ruffkess and Company, LLC

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor ☐ Corporation ☐ Partnership
☑ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ P ...
☐ Other (see Instructions) ▶ **LLC**

☐ Exempt payee

Address (number, street, and apt. or suite no.)
76 Batterson Park Road

Requester's name and address (optional)

City, state, and ZIP code
Farmington, CT 06032

List account number(s) here (optional)

**Part I**   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer identification number
06   0754920

**Part II**   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

Sign
Here

Signature of
U.S. person ▶

Date ▶ 10/21/09

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

• The U.S. owner of a disregarded entity and not the entity.

Cat. No. 10231X

Form **W-9** (Rev. 10-2007)

WFB-MK641041

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | cmendef |
|---|---|
| Vendor Name: | PINNACLE REPROGRAPHICS-DIGITAL, LLC |
| Invoice No.: | D-5524 |

| Batch Control #: | BATCH003872 |
|---|---|
| Vendor #: | 04298 |
| Invoice Date: | 10/13/2009 |

| Account Number | Both | Expense Category | GL Account Number 13059 - CRG20 - 00176 | Deal Name SALOMON 2000-C2 | AMOUNT |
|---|---|---|---|---|---|
| 190000295 | 0 | (42) Other/Third Party Fees | S. Deficiency | | $139.04 |
| | | | | | $139.04 |

Domora Paul Plaza

## SPECIAL INSTRUCTIONS:

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| | See Attached | |
|---|---|---|
| Manager's Approval: | | |
| Add'l Approval: | | Date: 11/5/09 |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

Page 1 of 1

WFB-MK641042



**PINNACLE**

Pinnacle Reprographics-Digital, L.L.C.
2100 Ross Avenue
Suite 630
Dallas, Texas 75201

# Invoice

| Date | Invoice # |
|---|---|
| 10/13/2009 | D-5624 |

### BILL TO

Orix USA Corporation
1717 Main Street
Suite 900
Dallas, TX 75201
214-237-2300

### SHIP TO

Valerie Prowell
Loan Agreement & Support Agrmts
Order Date: 10/08/2009

OCT 2 6 2009

| CLIENT/MATTER # | | TERMS | DUE DATE | REP | FEDERAL ID # |
|---|---|---|---|---|---|
| Konover | | Net 30 | 11/12/2009 | CLD | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 158 | I014 | Document Imaging | 0.14 | 22.12T |
| 158 | O.C.R. | Formatted Text of Scanned Image. | 0.03 | 4.74T |
| 158 | DIGITAL STAMP... | Digital Bates Stamping of Images. | 0.01 | 1.58T |
| 4 | CDEXE | CDRom Executable with Images and Load Files. | 25.00 | 100.00T |
| | | Sales Tax | 8.25% | 10.60 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO DEP
REIMB BY: B T NONREIMB
LOAN NO.:
POOL NAME:

**Please remit payments to**
**2100 Ross Avenue, STE 630**
**Dallas, Texas 75201**

Thank you for your business.

| Total | $139.04 |
|---|---|

| Phone | WEB |
|---|---|
| 214-999-1300 | www.dallaspinnacle.com |

WFB-MK641043

**Mendez, Cynthia**



Inv_D5624_from_Pi
nnacle_Re.pdf...

This is an invoice for Diamond Point (Konover).  Thank you !!!!!!!!

-----Original Message-----
From: Lino Gonzales [mailto:lgonzales@dallaspinnacle.com]
Sent: Tuesday, October 13, 2009 12:00 PM
To: Moore, Tonya
Cc: Prowell, Valerie
Subject: Invoice from Pinnacle Reprographics-Digital, L.L.C.

Dear Customer :

Your invoice appears below.  Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Pinnacle Reprographics-Digital, L.L.C.
214-999-1300

1

WFB-MK641044

hhfax

12:59:32
WFB-MK641045.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: amendez

Vendor Name: SCHEEF & STONE, LLP

Invoice No.: 740719

Batch Control #: BATCH003872

Vendor #: 04842

Invoice Date: 11/02/2009

| Loan Number | Property Number | Reimb By | Expense Category | Svc. Ind | Servicing Sub Code | G/L ACCOUNT NUMBER Account - Bus. Seg. - Contract XXXXX - XXXXX - XXXXX | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190080295 | 0 | Both | (35) Legal Fees | S | Deficiency | 13069 - CRG20 - 00176 | SALOMON 2000-C2 | $302.29 |
| | | | | | | | | $302.29 |

*Romero Point Plaza* (handwritten)

SPECIAL INSTRUCTIONS:

AUTHORIZATION
This form must be approved in accordance with the Cost Code Approval Matrix
See Attached

Manager's Approval: _____

Add'l Approval: _____     Date: _____

Add'l Approval: _____     Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

WFB-MK641045



# SCHEEF & STONE, L.L.P.

*Legal counsel based on solid principles.*

**Byron C. Prescott**
Direct Dial 214-706-4218
byron.prescott@solidcounsel.com

NOV 0 9 2009

November 2, 2009

*Via U.S. Mail Service*

ORIX Capital Markets, LLC
Attn: Brittany Maher
1717 Main Street, Suite 900
Dallas, Texas 75201

     Re:    Monthly Billing Statement

Dear Brittany:

     Please find enclosed our invoice for services rendered on your behalf for the month of October, 2009.

     If you should have any questions regarding these billing statements, please do not hesitate to contact me.

     Very truly yours,

     SCHEEF & STONE, L.L.P.

     Byron C. Prescott

Enclosures
4192/100

WFB-MK641046

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas 75201
(214) 706-4200

## INVOICE

ORIX Capital Markets, LLC                                      10/25/2009
1717 Main Street                         Account No:          4192-100
Suite 900                                Invoice No:           740719
Dallas TX 75201

Attn: Brittany Maher

Matter 100 - General

Previous Balance                                              $302.29

Balance Due                                                   $302.29

|  | | Past Due Amounts | | | |
| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
| 302.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:  LOAN   REO   DEF
REIMB BY:  B  T   BT   NONREIMB
LOAN NO.:
POOL NAME:

TERMS: DUE AND PAYABLE UPON RECEIPT

WFB-MK641047

**Mendez, Cynthia**

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Friday, November 13, 2009 10:33 AM |
| **To:** | Mendez, Cynthia |
| **Cc:** | Fuller, Brian |
| **Subject:** | RE: Scheef & Stone Invoice |

SBMS 00-C2 #19-0000295 legal

---

**From:** Mendez, Cynthia
**Sent:** Monday, November 09, 2009 7:30 PM
**To:** Maher, Brittany
**Cc:** Fuller, Brian; Mendez, Cynthia
**Subject:** Scheef & Stone Invoice

Hi Brittany,

Please see the attached invoice, what loan do I applied this to?

Thanks,

*Cindi Mendez*
**ORIX Capital Markets, LLC**
**1717 Main Street, Suite 1100**
**Dallas, TX 75201**
**(214) 237-2270**

12/1/2009

WFB-MK641048

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | cmelndez | | Batch Control #: | BATCH003872 |
| Vendor Name: | LIGHTHOUSE LEGAL COPY, LLC | | Vendor #: | 04706 |
| Invoice No.: | 54264 | | Invoice Date: | 11/25/2009 |

| Loan Number | Property Number | Reimb By | Expense Category | Svc Ind | Servicing Sale Code | GL ACCOUNT NUMBER Account Bus Seg Contract XXXXX XXXXX XXXXX | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $2,738.95 |
| | | | | | | | | $2,738.95 |

Diamond Point Plaza

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | _[signature]_ | SEE Attached | Date: | 12/14/5 |
| Add'l Approval: | _[signature]_ | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK641049



**LIGHTHOUSE**
DOCUMENT SOLUTIONS

2520 CAROLINE
HOUSTON, TEXAS 77004
PH. (713) 229-9100 FAX (713) 229-9104
www.lighthousecopy.com

Tax ID # 61-1413443

DEC 0 8 2009

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/25/2009 | 54264 |

**BILL TO:**

Joyce McFarland
Angela Tores
One Shell Plaza, 910 Louisiana St.
Suite 5000 Houston, TX 77002

**SHIP TO:**

Joyce McFarland
Angela Tores
700 Louisiana Sutie 2300
Houston, TX 77002

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| Orix> | Net 30 | 58 | 11/25/2009 | | 1109-0826 | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 13,257 | 5010 | Electronic File Processing | 0.10 | 1,325.70T |
| 4,413 | 5003 | OCR Conversion | 0.04 | 176.52T |
| 13,257 | 5004 | Bates Numbering with Confidential stamp | 0.02 | 265.14T |
| 13,257 | 5007 | Build New Project | 0.05 | 662.85T |
| 5 | 5006 | CD Master (summation/concordance/PDF) | 20.00 | 100.00T |
| | | Sales Tax | 8.25% | 208.74 |

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:        LOAN      REO.    (DEP)
REIMB BY:  B   T   B/T   NONREIMB
LOAN NO:
POOL NAME:

## PLEASE PAY FROM
## THIS INVOICE

**TOTAL**   $2,738.95

WFB-MK641050

**Mendez, Cynthia**



2009120315544545
1.pdf (220 KB)...
            Please process.

SBMS 00-C2
#19-00000295 - O3P

Thanks.

-----Original Message-----
From: Jeff Joyce [mailto:jjoyce@jmmllp.com]
Sent: Thursday, December 03, 2009 4:02 PM
To: Maher, Brittany
Cc: Myrsine Edwards; Bernice Thornton
Subject: Konover -- copying charges

 <<20091203155445451.pdf>> Brittany,

Could you have these attached copy bills paid direct?

Thanks

Jeff Joyce
Joyce, McFarland + McFarland LLP
One Shell Plaza
910 Louisiana St., Suite 5000
Houston, TX  77002
Tel 713.222.1113
Fax 713.513.5577
jjoyce@jmmllp.com

-----Original Message-----
From: Bernice Thornton
Sent: Thursday, December 03, 2009 3:59 PM
To: Jeff Joyce
Subject: Lighthouse Document Solutions Invoice

Jeff,

Attached are copies of two invoices in connection with the ORIX/Konover matter.

Bernice Thornton

1

WFB-MK641051

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | cmendez |
| Vendor Name: | HENJUM GOUCHER REPORTING SERVICES, LP |
| Invoice No.: | 297220 |

| | |
|---|---|
| Batch Control #: | BATCH003872 |
| Vendor #: | 03139 |
| Invoice Date: | 11/30/2009 |

| Loan Number | Property Number | By | Expense Category | Svc Maint Code | Sub Code | GL ACCOUNT NUMBER Account Bus Seg Contract XXXXX - XXXXX - XXXXX | Deal Name | Amount (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | Q | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $842.00 |
| | | | | | | | | $842.00 |

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| Managers Approval: | | |
|---|---|---|
| Add'l Approval: | | Date: 12/14/09 |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK641052



**The best partner a law firm could have.**

www.hglitigation.com
1-888-656-DEPO (3376)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 297220 | 11/30/2009 | 115997 |
| **Job Date** | **Case No.** | |
| 11/19/2009 | 3:05CV1924 (CFD) | |
| **Case Name** | | |
| Wells Fargo, N.A. v. Michael Konover, et al | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

Jeff Joyce
Joyce, McFarland & McFarland, LLP
One Shell Plaza
910 Louisiana Street, Suite 5000
Houston, TX 77002



DEC 1 1 2009

---

ORIGINAL TRANSCRIPT OF:

   Joe Schaller

842.00

**TOTAL DUE >>>**     **$842.00**

Go Green with HGI Please contact our offices or visit us on the web http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices. Thank you!

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 842.00 |

INVOICE APPROVED BY:
DATE: 12/11/09
EXPENSE TYPE: DEP-TR
SERVICING: LOAN REO DEF
REIMB BY: B T B/D NONREIMB
LOAN NO.: 10 000205
POOL NAME: SBN 500-2

Tax ID: 75-2912774                       Phone: 713-222-1105    Fax:713-513-5577

*Please detach bottom portion and return with payment.*

---

Jeff Joyce
Joyce, McFarland & McFarland, LLP
One Shell Plaza
910 Louisiana Street, Suite 5000
Houston, TX 77002

Job No.   : 115997      BU ID    :2-HOU
Case No.  : 3:05CV1924 (CFD)
Case Name : Wells Fargo, N.A. v. Michael Konover, et al

Invoice No.  : 297220      Invoice Date :11/30/2009
Total Due  : $ 842.00

**PAYMENT WITH CREDIT CARD**    AMEX   VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Henjum Goucher Reporting Services LP**
           **2501 Oak Lawn Avenue**
           **Suite #600**
           **Dallas, TX 75219**

WFB-MK641053

# STATEMENT



**The best partner a law firm could have.**

www.hglitigation.com
1-888-656-DEPO (3376)

| Account No. | Date |
|---|---|
| C42590 | 12/2/2009 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $842.00 | $0.00 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$842.00** |

Jeff Joyce
Joyce, McFarland & McFarland, LLP
One Shell Plaza
910 Louisiana Street, Suite 5000
Houston, TX 77002

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 11/30/2009 | 297220 | 842.00 | 11/19/2009 | Joe Schailer | Wells Fargo, N.A. v. Michael Konover, et al |

Tax ID: 75-2912774

Phone: 713-222-1105   Fax:713-513-5577

*Please detach bottom portion and return with payment.*

Jeff Joyce
Joyce, McFarland & McFarland, LLP
One Shell Plaza
910 Louisiana Street, Suite 5000
Houston, TX 77002

Account No.   :  C42590
Date          :  12/2/2009

**Total Due    :  $ 842.00**

Remit To: **Henjum Goucher Reporting Services LP**
**2501 Oak Lawn Avenue**
**Suite #600**
**Dallas, TX 75219**

WFB-MK641054

Form **W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give form to the
requester. Do not
send it to the IRS.

Name (as shown on your income tax return)
**Henjum Goucher Reporting Services, LP**

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor  ☐ Corporation  ☒ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ ......
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
**2501 Oak Lawn Avenue, Suite 600**

City, state, and ZIP code
**Dallas, Texas 75219**

Requester's name and address (optional)

List account number(s) here (optional)

*(Print or type. See Specific Instructions on page 2.)*

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer identification number
**75 | 2912774**

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

Sign Here
Signature of U.S. person ▶ *Kimberly Wilkins*
Date ▶ 10/12/09

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

Special rules for partnerships. Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

• The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X

Form **W-9** (Rev. 10-2007)

WFB-MK641055

```
hhfax

12:59:47
WFB-MK641056.PDF
```

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

Requestor: cmendez

Vendor Name: LIGHTHOUSE LEGAL COPY, LLC

Invoice No.: 54426

Batch Control #: BATCH003872

Vendor #: 04706

Invoice Date: 12/01/2009

| Loan Number | Property Number | Reimb/Both | Expense Category | Svc/Ind | Servicing Sub Code | G/L ACCOUNT NUMBER Account | Bus. Seg | Contract | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - XXXXX - XXXXX | | 00176 | SALOMON 2000-C2 | $491.89 |

Diamond Point Plaza

$491.89

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval:  _Richard Paris_   See Attached       Date: 12/14/09

Add'l Approval:                                           Date:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

WFB-MK641056



**LIGHTHOUSE**
DOCUMENT SOLUTIONS

2520 CAROLINE
HOUSTON, TEXAS 77004
PH. (713) 229-9100 FAX (713) 229-9104
www.lighthousecopy.com

Tax ID # 61-1413443

DEC 0 8 2009

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/1/2009 | 54426 |

**BILL TO:**

Joyce McFarland
Angela
One Shell Plaza, 910 Louisiana St.
Suite 5000 Houston, TX 77002

**SHIP TO:**

Joyce McFarland
Angela
700 Louisiana Suite 2300
Houston, TX 77002

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| Konover | Net 30 | 58 | 12/1/2009 | | 1209-0030 | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 3,544 | 5010 | Electronic File Processing | 0.10 | 354.40T |
| 5 | 5008 | CD Master | 20.00 | 100.00T |
| | | Sales Tax | 8.25% | 37.49 |



PLEASE PAY FROM
THIS INVOICE

**TOTAL** $491.89

WFB-MK641057

**Mendez, Cynthia**

**From:** Maher, Brittany
**Sent:** Thursday, December 03, 2009 4:02 PM
**To:** Mendez, Cynthia
**Subject:** FW: Konover -- copying charges

**Attachments:** 20091203155445451.pdf


2009120315544545
1.pdf (220 KB)...

Please process.

SBMS 00-C2
#19-00000295 - O3P

Thanks.

-----Original Message-----
From: Jeff Joyce [mailto:jjoyce@jmmllp.com]
Sent: Thursday, December 03, 2009 4:02 PM
To: Maher, Brittany
Cc: Myrsine Edwards; Bernice Thornton
Subject: Konover -- copying charges

<<20091203155445451.pdf>> Brittany,

Could you have these attached copy bills paid direct?

Thanks

Jeff Joyce
Joyce, McFarland + McFarland LLP
One Shell Plaza
910 Louisiana St., Suite 5000
Houston, TX  77002
Tel 713.222.1113
Fax 713.513.5577
jjoyce@jmmllp.com


-----Original Message-----
From: Bernice Thornton
Sent: Thursday, December 03, 2009 3:59 PM
To: Jeff Joyce
Subject: Lighthouse Document Solutions Invoice

Jeff,

Attached are copies of two invoices in connection with the ORIX/Konover matter.

Bernice Thornton

1

WFB-MK641058

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

Requestor: cmended

Vendor Name: BRITTANY K MAHER

Invoice No.: MAHER-12609

Batch Control #: BATCH003872
Vendor #: 03150
Invoice Date: 12/06/2009

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 190000295 - | 0 | Both | (57) Travel Expense | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,688.58 |
| | | | | | | | | $1,688.58 |

*Damina Paint Plaza*

## SPECIAL INSTRUCTIONS:

## AUTHORIZATION:
This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | *(signature)* | See Attached |
| Add'l Approval: | | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK641059

# EMPLOYEE EXPENSE STATEMENT

Effective: 5/1/2004

**ORIX CAPITAL MARKETS, LLC**

Assistant Cindi Ext 2270

| | |
|---|---|
| NAME (PLEASE PRINT) | Brittany Maher |
| PHONE | 2048 |
| DATE | 12/21/2009 |

PURPOSE OF TRIP: DIAMOND POINT PLAZA

HARTFORD TRIP

CHARGE COST TO:
- SALOMON 2000-C2, 19-0000295
- 57-Travel
- BUS, SEGM| CONTRACT 176

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion

| DATE | PLACE | COMPANY | PERSONS PRESENT | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|------|-------|---------|-----------------|------------------------------|--------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | TOTAL $ |

## TRAVEL MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1** | MISC.2** | PURPOSE OF TRIP (if different from above description) |
|------|------|-------|-----------|-------|--------|----------|-------------|------------------|-----------------|----------|-------------------|----------|----------|----------|
| 12/09 | 480.56 | | | | 17.83 | 1,081.20 | | 40.00 | 79.19 | | | | | |
| | | | | | | | | | | | | | | |
| TOTAL $ 480.56 | | | | | 17.83 | 1,081.20 | | 40.00 | 79.19 | | | | | THIS SHOULD BE $0.65 |
| 61209 | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61238 | 61211 | 61211 | 61211 | ENTER** | ***Description: |

\* Enter miles. Total column will compute at $.365/ min.
\*\* Enter account number or leave for A/P to code from description.

### SUMMARY OF EXPENSE:

| | |
|---|---|
| Business Entertain. | 61501 |
| Room | 480.56 |
| Phone | |
| Travel Meals | 17.83 |
| Plane, Taxi | 1,101.20 |
| Rental Car & Gas | |
| Parking & Tolls | 79.19 |
| Mileage | |
| Film & Processing | |
| Misc.1 | |
| Misc.2 | |

SUBTOT: 

TOTAL REPORT: $ 1,688.58

### Enter the amount of the above total to be charged for each of the allocations:

| | | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61238 | 61211 | 61236 | 61211 | 62123 | ENTER** | ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allocation 1: | | | 480.56 | | 17.83 | 1,101.20 | | 79.19 | | | | | | |
| Allocation 2: | | | | | | | | | | | | | | |
| Allocation 3: | | | | | | | | | | | | | | |
| Allocation 4: | | | | | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | | | | | |
| Remainder | | | | | | | | | | | | | | |

Note: Boxes in gray background are populated by formula.

### Enter for each allocation used:

| BUS. SEGM. | CONTRACT |
|---|---|
| CRG020 | 176 |

| Table 7 | Total |
|---|---|
| Enter *13052 | Billable $ |
| 13052 | $ 1,688.58 |

Date: [signature]
Date: [signature]

I certify that this statement correctly itemizes the actual and necessary expenses incurred by me while engaged in OCM business.

Employee's Signature

Manager Approval

### INSTRUCTIONS:

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of the form and input '13052 in the "Billable ?" column and the "Billable ?" column of the "Remainder" row located at the very bottom of this form.

(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but '13052 is always used to bill the servicing advances.)

To allocate cost to multiple contracts: Complete an "Allocation" line for each cost center / contract. If billable fill in '13052. Enter the complete Contract & and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to absolute equal amounts between several contracts.

WFB-MK641060

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: cmendez
Vendor Name: CB RICHARD ELLIS
Invoice No.: CBRE-121109

Batch Control #: BATCH003872
Vendor #: 00992
Invoice Date: 12/11/2009

| Asset Number | Property Number | Remit By | Expense Category | Svc Servicing Ind | Sub Code | G/L ACCOUNT NUMBER Account Bus. Seg. Contract XXXXX - XXXXX - XXXXX - XXXXX | | | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ Deficiency | 13059 | CRG20 | 00176 | | SALOMON 2000-C2 | $3,000.00 |
| | | | | | | | | | | $3,000.00 |

Diamond Point Plaza

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix.

Managers Approval: Blaine C. *See Attached*     Date: 12/14/09
Add'l Approval:     Date:
Add'l Approval:
Add'l Approval:
Add'l Approval:
Add'l Approval:

Page 1 of 1

WFB-MK641061



**CBRE**
CB RICHARD ELLIS

December 11, 2009

DEC 1 1 2009

Mr. Jeff Joyce
Joyce, McFarland & McFarland
One Shell Plaza
910 Louisiana Street, Suite 5000
Houston, Texas 77002

RE:     Valuation Services Agreement
        Diamond Point Plaza
        8250 Eastern Avenue
        Baltimore, Maryland

Dear Mr. Joyce:

We are pleased to submit this proposal and our Terms and Conditions for valuation services associated with the referenced real estate.

| PROPOSAL SPECIFICATIONS | |
|---|---|
| **Purpose:** | To provide expert witness testimony regarding the captioned property and to provide ancillary valuation services. |
| **Fee:** | $300 per hour for all court preparation, travel, and testimony. Travel expenses will be billed at cost. |
| **Retainer:** | A retainer of $3,000 is required. Fees will be billed monthly. |

INVOICE APPROVED BY:
DATE: 12/11/09
EXPENSE TYPE: 03P-14
SERVICING: LOAN    REO    DEP
REIMB BY:   B    B/D    NONREIMB
LOAN NO.: 145000205
POOL NAME: SBUS-00-C2

WFB-MK641062

Jeff Joyce
December 11, 2009

- Page -2

We appreciate this opportunity to be of service to you on this assignment. If you have additional questions, please contact us.

Sincerely,

**CB RICHARD ELLIS, INC.**
**VALUATION & ADVISORY SERVICES**

John J. Lynch, MAI
Managing Director

Phone:   (215) 561-8905
Fax:      (215) 557-0713
E-mail:   john.lynch@cbre.com

**AGREED AND ACCEPTED**

_____         _____
Signature                                      Date

_____         _____
Name                                          Title

_____         _____
Phone Number                                Fax Number

_____
E-Mail Address

WFB-MK641063

## TERMS AND CONDITIONS

1. These Terms and Conditions, between CB Richard Ellis, Inc.-Valuation Services (Appraiser) and the Client for whom the referenced appraisal service will be performed, shall be deemed a part of such Agreement as though set forth in full therein. The Agreement shall be governed by the laws of the state of the CB Richard Ellis, Inc. office shown on the Agreement.

2. Client is defined as the party signing the Agreement and shall be responsible for payment of the fees stipulated in the Agreement. Payment of the appraisal fee is not contingent upon any predetermined value or on an action or event resulting from the analyses, opinions, conclusions, or use of the appraisal report.

3. Final payment is due and payable upon delivery of the final report or within thirty (30) days of your receipt of our draft report, whichever is sooner. If a draft report is requested, the fee is considered earned upon delivery of our draft report.

4. If we are requested to give court testimony, an additional fee will be charged on an hourly basis at our then-prevailing hourly rate. The hourly billings pertain to court preparation, waiting and travel time, document review and preparation (excludes appraisal report) and all meetings related to court testimony.

5. In the event Client requests additional services beyond the purpose stated in the Agreement, Client agrees to pay an additional charge for such services, plus reimbursement of expenses, whether or not the completed report has been delivered to Client at the time of the request.

6. It is understood that the Client has the right to cancel this assignment at any time prior to delivery of the completed report. In such event, the Client is obligated only for the pro rated share of the fee based upon the work completed and expenses incurred, with a minimum charge of $500.

7. Additional copies of the appraisal reports are available at a cost of $250 per original color copy and $100 per photocopy (black and white), plus shipping costs.

8. In the event Client fails to make payments when due and payable, then from the date due and payable until paid the amount due and payable, shall bear interest at the maximum rate permitted in the state in which the office of Appraiser executing the Agreement is located. If Appraiser is required to institute legal action against Client relating to the Agreement, Appraiser shall be entitled to recover reasonable attorney's fees and costs from Client.

9. Appraiser assumes that there are no major or significant items that would require the expertise of a professional building contractor or engineer. If such items need to be considered in Appraiser's studies, such services are to be provided by others at a cost which is not a part of the fee proposal.

10. In the event of any dispute between Client and Appraiser relating to this Agreement, or Appraiser's or Client's performance hereunder, Appraiser and Client agree that such dispute shall be resolved by means of binding arbitration in accordance with the commercial arbitration rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court of competent jurisdiction. Depositions may be taken and other discovery obtained during such arbitration proceedings to the same extend as authorized in civil judicial proceedings in the state where the office of Appraiser executing this Agreement is located. The arbitrator(s) shall be limited to awarding compensatory damages and shall have no authority to award punitive, exemplary or similar type damages. The prevailing party in the arbitration proceeding shall be entitled to recover from the losing party its expenses, including the costs of arbitration proceeding, and reasonable attorney's fees.

11. Client acknowledges that Appraiser is being retained hereunder as an independent contractor to perform the services described herein and nothing in this Agreement shall be deemed to create any other relationship between Client and Appraiser. This assignment shall be deemed concluded and the services hereunder completed upon delivery to Client of the appraisal report discussed herein.

12. All statements of fact in the report which are used as the basis of the Appraiser's analyses, opinions, and conclusions will be true and correct to the best of the Appraiser's knowledge and belief. The Appraiser may rely upon the accuracy of information and material furnished to Appraiser by Client.

13. Appraiser shall have no responsibility for legal matters, questions of survey or title, soil or subsoil conditions, engineering, or other similar technical matters. The report will not constitute a survey of the property analyzed.

14. Client shall provide Appraiser with such materials with respect to the Assignment as are requested by Appraiser and in the possession or under the control of Client. Client shall provide Appraiser with sufficient access to the real property to be analyzed and hereby grants permission for entry, unless discussed in advance to the contrary.

15. The data gathered in the course of the Assignment (except data furnished by Client) and the report prepared pursuant to the Agreement are, and will remain, the property of Appraiser. With respect to data provided by Client, Appraiser shall

WFB-MK641064

not violate the confidential nature of the appraiser-client relationship by improperly disclosing any confidential information furnished to Appraiser. Notwithstanding the foregoing, Appraiser is authorized by Client to disclose all or any portion of the report and the related data to appropriate representatives of the Appraisal Institute if such disclosure is required to enable Appraiser to comply with the Bylaws and Regulations of such Institute as now or hereafter in effect.

16. Unless specifically noted in the appraisal, we will not be taking into consideration the possibility of the existence of asbestos, PCB transformers, or other toxic, hazardous, or contaminated substances and/or underground storage tanks (hazardous material), or the cost of encapsulation or removal thereof. Further, Appraiser understands that there is no major or significant deferred maintenance in the property which would require the expertise of a professional cost estimator or contractor. If such repairs are needed, the estimates are to be prepared by others, and are not a part of this fee proposal.

17. Client shall not indemnify Appraiser or hold Appraiser harmless unless and only to the extent that the Client misrepresents, distorts, or provides incomplete or inaccurate appraisal results to others, which acts of the Client approximately result in damage to Appraiser. Client shall indemnify and hold Appraiser harmless from any claims, expenses, judgments or other items or costs arising as a result of the Client's failure or the failure of any of the Client's agents to provide a complete copy of the appraisal report to any third party. In the event of any litigation between the parties, the prevailing party to such litigation shall be entitled to recover, from the other, reasonable attorney fees and costs.

18. The report is for the sole use of the client; however, client may provide only complete, final copies of the appraisal report in its entirety (but not component parts) to third parties who shall review such reports in connection with loan underwriting or securitization efforts. Appraiser is not required to explain or testify as to appraisal results other than to respond to the client for routine and customary questions. Please note that our consent to allow an appraisal report prepared by CB Richard Ellis, Inc. or portions of such report, to become part of or be referenced in any public offering, the granting of such consent will be at our sole discretion and, if given, will be on condition that we will be provided with an Indemnification Agreement and/or Non-Reliance letter, in a form and content satisfactory to us, by a party satisfactory to us. We do consent to your submission of the reports to rating agencies, loan participants or your auditors in its entirety (but not component parts) without the need to provide us with an Indemnification Agreement and/or Non-Reliance letter.

WFB-MK641065

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | aweaver | Batch Control #: | BATCH001514 |
| Vendor Name: | BRANDON SMITH REPORTING SERVICE, LLC | Vendor #: | 04923 |
| Invoice No.: | 50909BL | Invoice Date: | 12/14/2009 |

| Loan Number | Property Number | Fund By | Remit By | Expense Category | Exp Tier | Servicing Spd Code | GL ACCOUNT NUMBER Account/Bus Seg. Contract XXXXX - XXXXX - XXXXX | | | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | | (42) Other Third Party Fees | $ | Deficiency | 13059 - CRG20 - 00176 | | | SALOMON 2000-C2 | $377.89 |
| | | | | | | | | | | | $377.89 |

DLB. PH

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix.

| Manager's Approval: | bmaloni | See Attached | |
| Add'l Approval: | M Pakul | | Date: 11/21/0 |
| Add'l Approval: | | | Date: |
| Add'l Approval: | | | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

Page 1 of 1

WFB-MK641066

# Brandon Smith Reporting Service, LLC

Thank you for your Business!!!

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, December 14, 2009 | 50909BL |

Jeff Joyce
Joyce, McFarland & McFarland LLP
910 Louisiana Street
Ste 5000
Houston, TX 77002

INVOICE APPROVED BY:
DATE: 11/21/10
EXPENSE TYPE:
SERVICING:
REIMB BY:  B  T  LOAN   REO   DEP
LOAN NO.:         NONREIMB
POOL NAME:

Phone:    (713) 222-1112    Fax:    (713) 513-5577

| | |
|---|---|
| **Witness:** | Clancy, Kevin |
| **Case:** | Wells Fargo vs Konover |
| **Venue:** | |
| **Case #:** | 3:05cv1924(CFD)(WI |
| **Date:** | 12/7/2009 |
| **Start Time:** | 2:58 PM |
| **End Time:** | 6:04 PM |
| **Reporter:** | Kelly Yarasavych |
| **Claim #:** | |
| **File #:** | 8959RR |

| Description | Quant | Total |
|---|---|---|
| Copy | 114 | $313.50 |
| Shipping and Handling | 1 | $13.00 |
| Multipage Condensed/Etran | 1 | $30.00 |
| 6% sales tax | 1 | $21.39 |
| | Sub Total | $377.89 |
| | Payments | $0.00 |
| | Balance Due | $377.89 |

*Transcripts will be shipped upon receipt of payment.*

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express!*

WFB-MK641067

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: aweaver

Vendor Name: BRANDON SMITH REPORTING SERVICE, LLC

Invoice No.: 1209JBVP

Batch Control #: BATCH001514

Vendor #: 04923

Invoice Date: 12/15/2009

| Loan Number | Property Number | Remit To | Expense Category | Sys Ind | Source Sub Code | GL ACCOUNT NUMBER Account Entity Sub Center XXXXX - XXXXX - XXXXX | Deal Name | AMOUNT (Use Commas and Periods) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $159.00 |
| | | | | | | | | $159.00 |



## SPECIAL INSTRUCTIONS:

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: BMason   See Attached

Add'l Approval: MRakas   Date: 1/2u/u

Add'l Approval: _____   Date: _____

Add'l Approval:

Add'l Approval:

Add'l Approval:

WFB-MK641068

**Brandon Smith Reporting Service, LLC** JAN 0 7 2010

**Invoice**

Thank you for your Business!!!

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Tuesday, December 15, 2009 | 1209JBVP |

Jeff Joyce
Joyce, McFarland & McFarland LLP
910 Louisiana Street
Ste 5000
Houston, TX 77002

```
INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:      LOAN     REO    OEP
REIMB BY:   B    T  BP    NONREIMB
LOAN NO.:
POOL NAME:
```

**Phone:** (713) 222-1112     **Fax:** (713) 513-5577

| | |
|---|---|
| **Witness:** | Clancy, Kevin & Longabardi, Frank |
| **Case:** | Wells Fargo vs Konover |
| **Venue:** | |
| **Case #:** | 3:05cv1924(CFD)(WI |
| **Date:** | 12/8/2009 |
| **Start Time:** | 8:00 AM |
| **End Time:** | 2:08 PM |
| **Reporter:** | vis, Peter CoFrancesco |
| **Claim #:** | |
| **File #:** | 8984RR |

| Item | Description | Quan | Total |
|---|---|---|---|
| Video Copy | Video Copy | 1 | $150.00 |
| SalesTax | 6% sales tax | 1 | $9.00 |
| | Sub Total | | $159.00 |
| | Payments | | $0.00 |
| | Balance Due | | $159.00 |

*Transcripts will be shipped upon receipt of payment.*

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express!*

WFB-MK641069

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: cmendez

Vendor Name: EVANS REPORTING SERVICE, INC.

Invoice No.: 1051374

Batch Control #: BATCH003872

Vendor #: 04950

Invoice Date: 12/18/2009

| | | | | GL ACCOUNT NUMBER | | | | AMOUNT (Use Contract and Purchase) |
|---|---|---|---|---|---|---|---|---|
| 19000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $387.45 |
| | | | | | | | | $387.45 |

Demand Point Plaza

## SPECIAL INSTRUCTIONS:

## AUTHORIZATION:
This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _____ See Attached

Add'l Approval: _____ Date: 3/4/10

Add'l Approval: _____ Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Page 1 of 1

WFB-MK641070



*# New Vendor*

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/18/2009 | 1051374 |

EVANS REPORTING
S E R V I C E, I N C.
THE MUNSEY BUILDING
7 NORTH CALVERT STREET SUITE 705
BALTIMORE, MARYLAND 21202
VISIT OUR WEBSITE @ evansreporting.com
PHONE (410) 727-7100

**BILL TO:**

Joyce & McFarland
Jeff Joyce, Esquire
700 Louisiana Street, Suite 2300
Houston, Texas 77002

JAN 2 1 2010

| DESCRIPTION | AMOUNT |
|-------------|--------|
| U.S District Court for Connecticut | |
| Wells Fargo Bank v. Michael Konover, et al | |
| | |
| Deposition of Donald A. Rea, 11-20-2009 | 352.50 |
| 150 pages @ $2.35/page (copy) | |
| | |
| Reporter: Kathy Thibodeau | |
| | |
| 57 Exhibits scanned @ .35/page | 19.95 |
| transcript, index and exhibits emailed 12/9/2009 | |
| Postage and handling | 15.00 |

EVANS REPORTING
S E R V I C E, I N C.

INVOICE APPROVED BY:
DATE: 2/25/10
EXPENSE TYPE: 02P11t
SERVICING: LOAN REO DEP
REIMB BY: B T AD NONREIMB
LOAN NO.: 18-0000295
POOL NAME: SBMSP 2

Taxpayer Identification Number 52-1863106

| | **TOTAL** | $387.45 |

X _OK to Enter in Epicor_

(0-03)

## Mendez, Cynthia

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Wednesday, January 06, 2010 11:38 AM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: Evans Reporting Invoice (Konover) |
| **Attachments:** | 20100106113107263.pdf |

Please process.

SBMS 00-C2 #19-0000295 O3P lit

Thanks.

**From:** Bernice Thornton [mailto:bthornton@jmmllp.com]
**Sent:** Wednesday, January 06, 2010 11:37 AM
**To:** Maher, Brittany
**Cc:** Jeff Joyce; Myrsine Edwards
**Subject:** Evans Reporting Invoice (Konover)

Dear Brittany:

Attached please find Invoice No. 1051374 from Evans Reporting in connection with the Konover case. Please pay this invoice directly. Should you have any questions, do not hesitate to contact me.

Best regards,

```
[x] cid:image001.jpg@01C9EF6F.1F855590
```

Bernice L. Thornton
**JOYCE MCFARLAND + MCFARLAND LLP**
One Shell Plaza
910 Louisiana, Suite 5000
Houston, Texas 77002-4995
713-221-3703 Direct
713-513-5577 Fax
E-mail: bthornton@jmmllp.com

1/13/2010

WFB-MK641072

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: aweaver
Vendor Name: BRANDON SMITH REPORTING SERVICE, LLC
Invoice No.: 51105BL

Batch Control #: BATCH001514
Vendor #: 04923
Invoice Date: 12/22/2009

| Loan Number | Property Number | Paid By | Expense Category | Svc Info | Scatter Svc Code | GL/Account Number Account/Ele. Seq. Contract | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $212.27 |
| | | | | | | | | $212.27 |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: BMahon  See Attached

Add'l Approval: M Pak 92:                      Date: 12/4/10

Add'l Approval:                                Date:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Page 1 of 1

WFB-MK641073

# Brandon Smith Reporting Service, LLC

**Invoice**

Thank you for your Business!!!

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850   Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Tuesday, December 22, 2009 | 51105BL |

Jeff Joyce
Joyce, McFarland & McFarland LLP
910 Louisiana Street
Ste 5000
Houston, TX 77002

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO DEP
REIMB BY: B T BY NONREIMB
LOAN NO.:
POOL NAME:

Phone:   (713) 222-1112   Fax:   (713) 513-5577

| | |
|---|---|
| Witness: | Longobardi, Frank CPA |
| Case: | Wells Fargo vs Konover |
| Venue: | |
| Case #: | 3:05cv1924(CFD)(WI |
| Date: | 12/8/2009 |
| Start Time: | 1:01 PM |
| End Time: | 2:08 PM |
| Reporter: | Tina Davis |
| Claim #: | |
| File #: | 28895BL |

| Description | Quan | Total |
|---|---|---|
| Copy | 37 | $101.75 |
| Mullipage Condensed/Etren | 1 | $30.00 |
| Rough ascii | 37 | $55.50 |
| Shipping and Handling | 1 | $13.00 |
| 6% sales tax | 1 | $12.02 |
| | Sub Total | $212.27 |
| | Payments | $0.00 |
| | Balance Due | $212.27 |

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

X
OK to enter in Epicor
all 4

WFB-MK641074

# ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

## SS AP TRANSMITTAL FORM

Requestor: aweaver
Vendor Name: BRANDON SMITH REPORTING SERVICE, LLC
Invoice No.: 51108BL

Batch Control #: BATCH001514
Vendor #: 04923
Invoice Date: 12/22/2009

| Loan Number | Property Number | Reimb By | Expense Category | Sub Code | Sub Code Description | Type | Account Business | GL ACCOUNT NUMBER Account Code | Contract | XXXX | Deal Name (i.e. Commit and Deal info) | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 | - | CRG20 | - | 00176 | SALOMON 2000-C2 | $707.55 |
| | | | | | | | | | | | | $707.55 |

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: B.Maker: See Attached

Add'l Approval: M Paker: _____ Date: 12/2?/10

Add'l Approval: _____ Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Page 1 of 1

WFB-MK641075

# Brandon Smith Reporting Service, LLC

**Invoice**

Thank you for your Business!!!

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Tuesday, December 22, 2009 | 51108BL |

Jeff Joyce
Joyce, McFarland & McFarland LLP
910 Louisiana Street
Ste 5000
Houston, TX 77002



Phone:     (713) 222-1112     Fax:     (713) 513-5577

| | |
|---|---|
| **Witness:** | Clancy, Kevin CPA |
| **Case:** | Wells Fargo vs Konover |
| **Venue:** | |
| **Case #:** | 3:05cv1924(CFD)(WI |
| **Date:** | 12/8/2009 |
| **Start Time:** | 8:09 AM |
| **End Time:** | 12:58 AM |
| **Reporter:** | Francesco, Tina Davis |
| **Claim #:** | |
| **File #:** | 8984RR |

| Description | Quan | Total |
|---|---|---|
| Copy | 150 | $412.50 |
| Multipage Condensed/Etran | 1 | $30.00 |
| Rough ascii | 150 | $225.00 |
| 6% sales tax | 1 | $40.05 |
| | Sub Total | $707.55 |
| | Payments | $0.00 |
| | Balance Due | $707.55 |

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express!*

WFB-MK641076

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: cmendes

Vendor Name: EQUIVALENT DATA

Invoice No.: HOU00088165

Batch Control #: BATCH003872

Vendor #: 04949

Invoice Date: 12/31/2009

| Loan Number | Property Funded By | Expense Category | See 3 Digit Site Code | ACCOUNT NUMBER XXXXXXX - XXXXX - XXXXX | Date | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|
| 90000295 | 0 | Both | (42) Other Third-Party Fees | S  Deficiency  13059 - CRG20 - 00176 | SALOMON 2000-C2 | $979.66 |
| | | | | | | $979.66 |

Diamond Point Plaza

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval: _____ See Attached _____  Date: 3/4/10

Add'l Approval: _____  Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Page 1 of 1

WFB-MK641077

Remit Payment to:
**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**



**EQUIVALENT DATA**
*Insight Into Data*

**Invoice Number**  HOU00088165

CLIENT MATTER NO:  KONOVER
ACCOUNT MANAGER:  Derek deLarios
INVOICE DATE:  12/31/2009
PAYMENT DUE:  1/30/2010

TAX ID: 75-2648704

BILL TO: Angela Torres

*New Vendor*

Joyce, McFarland & McFarland LLP
910 Louisiana Street
Suite 5000
Houston, TX 77002

Click the link below for EQD's W-9
http://www.EQD.com/images/w9/houston.pdf

FEB 0 2 2010

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 3 | Master DVD | $35.00 | $105.00 |
| 8 | New Summation Deliverable From Previous Job#78758, Create production from a log provided from client. X-ref and manual search was involved. | $100.00 | $800.00 |

Signature: *Derek deLarios*
Derek deLarios (Jan 20, 2010):

Email: derek.delarios@eqd.com

Signature:

Email: atorres@jmmllp.com

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:  LOAN  REO  DEP
REIMB BY:  B  T  BD  NONREIMB
LOAN NO.:
POOL NAME:

*X OK to enter in Epicor*

CUSTOMER SIGNATURE:

-Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

-Your e-signature represents receipt of work performed and acceptance of this invoice. Your e-signature also represents that you are a duly authorized agent of the firm billed.

The party above also agrees to the payment due date reflected on this invoice.

| | |
|---|---|
| SUBTOTAL | $905.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $74.66 |
| AMT APPLIED | $0.00 |
| TOTAL | $979.66 |

✔ Document Integrity Verified

EchoSign Transaction Number: 3XCHC636BNM3X

**WFB-MK641078**

## Mendez, Cynthia

| | |
|---|---|
| **From:** | Weaver, Angie |
| **Sent:** | Sunday, January 31, 2010 2:55 PM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: Diamond Point - Konover |
| **Attachments:** | 01-28-10 Equivalent Data Inv re marking of WFB-Priv docs.pdf |

please process diamond point - holler if it's a new vendor you want to do together. :)

---

**From:** Moore, Tonya
**Sent:** Thu 1/28/2010 4:17 PM
**To:** Weaver, Angie
**Subject:** Diamond Point - Konover

Here is an invoice in DP-Konover.  Jeff Joyce's office knows not to also send a hard copy.

Thanks,
-T

2/1/2010

WFB-MK641079