# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

Bythers

| | |
|---|---|
| Requestor: | cmendez |
| Vendor Name: | LIGHTHOUSE LEGAL COPY, LLC |
| Invoice No.: | 55966 |

| | |
|---|---|
| Batch Control #: | BATCH000872 |
| Vendor #: | 04706 |
| Invoice Date: | 01/25/2010 |

| Loan Number | Property Number | By | Expense Category | Cost Center/Code | GL Account Number Input this Code/Account if this is a Single Connect | Deal Name | AMOUNT (Use Commas and Periods) |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $794.56 |

Diamond Point Plaza

$794.56

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION**
This form must be approved in accordance with the Cost Center Approval Matrix. See Attached

| | | | |
|---|---|---|---|
| Manager's Approval: | Maria Miller | 3/2/10 | |
| Add'l Approval: | D. Miller | | Date: |
| Add'l Approval: | | | Date: |
| Add'l Approval: | | | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

Page 1 of 1

WFB-MK641080



**LIGHTHOUSE**
DOCUMENT SOLUTIONS

2520 CAROLINE
HOUSTON, TEXAS 77004
PH. (713) 229-9100 FAX (713) 229-9104
www.lighthousecopy.com

Tax ID # 61-1413443

*Kenner*

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/25/2010 | 55966 |

**BILL TO:**
Joyce McFarland
Angela Torres
One Shell Plaza, 910 Louisiana St.
Suite 5000 Houston, TX 77002

**SHIP TO:**
Joyce McFarland
Angela Torres
700 Louisiana Suite 2300
Houston, TX 77002

FEB 0 2 2010

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| ORI400.7 | Net 30 | 58 | 1/25/2010 | | 0869 | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 4,760 | 5001 | Imaging | 0.15 | 714.00T |
| 1 | 5006 | CD Master | 20.00 | 20.00T |
| | | Sales Tax | 8.25% | 60.56 |

*for electronic imaging*
*of all depo exhibit*

INVOICE APPROVED BY:
DATE: 2/26/10
EXPENSE TYPE:
SERVICING: LOAN REO DEP
REIMB BY: B T NONREIMB
LOAN NO.: 9700085
POOL NAME: SB4SB6-5

*a. Torres*

## PLEASE PAY FROM
## THIS INVOICE

**TOTAL** $794.56

WFB-MK641081

## Mendez, Cynthia

| | |
|---|---|
| **From:** | Weaver, Angie |
| **Sent:** | Sunday, January 31, 2010 2:57 PM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: Konover - Lighthouse Document Solutions Invoice No. 55966 |
| **Attachments:** | image001.jpg; 2010-01-25 Lighthouse Invoice No. 55966.pdf |

dia point :)

---

**From:** Moore, Tonya
**Sent:** Thu 1/28/2010 11:45 AM
**To:** Weaver, Angie
**Subject:** FW: Konover - Lighthouse Document Solutions Invoice No. 55966

### ATTORNEY CLIENT PRIVILEGED COMMUNICATION

Attached is an invoice that needs to be processed in connection with the Diamond Point/Konover litigation. Please let me know if you have any questions, or if I can be of any assistance.

Thanks,
-Tonya

---

**From:** Angela Torres [mailto:atorres@jmmllp.com]
**Sent:** Thursday, January 28, 2010 9:40 AM
**To:** Moore, Tonya
**Subject:** FW: Konover - Lighthouse Document Solutions Invoice No. 55966

Good Morning Tonya,

Just forwarding on to you as well.

Have a blessed and fantastic day!

Angela M. Torres-Martinez, *Paralegal*
**JOYCE, MCFARLAND + MCFARLAND LLP**
One Shell Plaza
910 Louisiana St., Suite 5000
Houston, Texas 77002-4995
Main:   (713) 222-1112
Direct:  (713) 222-1108
Fax:     (713) 513-5577

> ☒ Right-click here to download pictures. To help
> protect your privacy, Outlook prevented
> automatic download of this picture from the

**From:** Bernice Thornton

2/1/2010

WFB-MK641082

# hhfax

13:0:20
WFB-MK641083.PDF

**ORIX Capital Markets, LLC**
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: cmendez

Vendor Name: BRITTANY KRAMER

Invoice No.: MAHER-2252010

Batch Control #: BATCH003872
Vendor #: 03150
Invoice Date: 02/25/2010

| Loan # | | Both | Deficiency | Account Number | | | Amount |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $68.97 |
| | | | | | | | $68.97 |

Diamond Point Plaza

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

Manager's Approval:

Add'l Approval: _____ Date: _____

Add'l Approval: _____ Date: _____

Add'l Approval:

Add'l Approval:

WFB-MK641083

# ORIX USA CORPORATION

## EMPLOYEE EXPENSE STATEMENT

Effective: 1/1/2010

Assistant: Cindi Ext 2270

**PURPOSE OF TRIP:** DIAMOND POINT PLAZA
19-00000295, SAL 2000-C2
TRAVEL- 57

**NAME (PLEASE PRINT)**
Name: Brittany Maher

| PHONE | DATE | CHARGE COST TO: | BUS. SEGMT | CONTRACT |
|---|---|---|---|---|
| 2048 | 4/12/2010 | | CRG20 | 176 |

### CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion

| DATE | PLACE | COMPANY | PERSONS PRESENT | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**TOTAL** $ 61501

### TRAVEL, MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM 61216 | PHONE 62713 | BREAKFAST 61231 | LUNCH 61231 | DINNER 61231 | AIR FARE 61212 | TAXI & LIMO 61212 | RENTAL CAR & GAS 61206 | PARKING & TOLLS 61236 | MILEAGE 61211 | PROCESSING 62123 | MISC.1*** 88.97 | MISC.2*** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/2010 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **TOTAL** $ | | | | | | | | | | | | 88.97 | ENTER** |

**PURPOSE OF TRIP** (if different from above description)
MAIL PACKAGES TO CLIENT, ETC.

* Enter miles. Total column will compute at $.50/1 mile.
** Enter account number or leave for A/P to code from description.
*** (Put only one type of expense in each (Misc. column.)

**Description:**
Misc. 1
Misc. 2

I certify that this statement correctly reports all business expenses incurred by me
while engaged in ORIX business.

Employee's Signature _____ Date 4/12/10

Manager Approval: _____ Date 4/12/12

| Enter for each allocation used: | | |
|---|---|---|
| | BUS. SEGM | CONTRACT |
| Billable ? Total Enter "13052" | CRG20 | 176 |
| 13052 $ 88.97 | | |

---

#### SUMMARY OF EXPENSE:

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL REPORT:** $ 88.97 | | | | | | | | | | | 88.97 |

Enter the amount of the above total to be charged for each of the (the allocations):

| | Business Entertain. 61501 | Room 61216 | Phone 62710 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61236 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allocation 1: | | | | | | | | | | | 88.97 |
| Allocation 2: | | | | | | | | | | | |
| Allocation 3: | | | | | | | | | | | |
| Allocation 4: | | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | | |
| Remainder | | | | | | | | | | | |

Note: Boxes in gray background are populated by formula.

### INSTRUCTIONS:

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input "13052" in the "Billable ?" section in the "Billable ?" column of the "Remainder" row located at the very bottom of this form.
(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but "13052" is always used to bill the servicing advances.)

To record expense to multiple cost center / contracts: Complete an "allocation" line for each cost center / contract. If billable fill in "13052". Enter the complete Contract # and the amount of expense to be changed. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK641084

'FX  H  'FME
e J N  'CGW-C.1. :A
AUSTIN IN 76201
(940) 484-0051
FAX(940) 484-0149
Our prices are guaranteed to be
the same or lower than going
directly to UPS!!!

8 @ 0.10          0.80 TX
                  11.00

.t---------------------
.FEx Priority Overnight Envelope
Ship To:
    ATTN: LINDSEY SIMMONS
    JOYCE MCFARLAND AND MCFARLAND
    1 SHELL PLAZA
    910 LOUISIANA ST SUITE 5000
    HOUSTON, TX 77002
Package ID: 402592          24.91
Tracking #: 790205072202G
Expected arrival: Fri 02/26 10:30 AM
Shipment---------------------
    FedEx Priority Overnight Envelope
    Ship To:
    ATTN: ERICK SANDLER
    DAY PITNEY
    242 TRUMBULL ST
    HARTFORD, CT 06103
    Package ID: 402593          32.19
    Tracking #: 790696843483
    Expected arrival: Fri 02/26 10:30 AM

    SUBTOTAL           68.90
    TAX
    Standard Sta on 0.80    0.07
    TOTAL              68.97
    'ND MCVisa              68.97

BRITTANY MAHER
'MIC D. [215]          02/25/2010
R0.2769                02:53 PM

*Diamond Point* *(P*
*SAL-2000-CA*
*CRG00-176*

*SBUS 00C2  # 19-0000205*
*Reimb to Brittany Maher for*
FOR TRACKING INFO: *OSP-lit.*
UPS: 1-800-PICK-UPS or www.ups.com
FEDEX: 1-800-GO-FEDEX or www.fedex.com
EXPRESS MAIL: 1-800 222-1811 or www.usps.com.
Please remember,
if you pack your own shipment,
you are responsible for
packaging it correctly.
Double check all addresses before you go.
We are not responsible for changes
reported after the package

WFB-MK641085

hhfax

13:0:23
WFB-MK641086.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
### AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

| Requestor: | cmendez( ) | Batch Control #: | BATCH003872 |
| Vendor Name: | HENUM GOUCHER REPORTING SERVICES, LP | Vendor #: | 03139 |
| Invoice No.: | 308510 | Invoice Date: | 03/08/2010 |

| Loan | Pre-Due Dil Reim | AP Expense | GL/ACCOUNT NUMBER | DEAL | AMOUNT |
| Number | Post-Due Dil Reim | Expense | Sub Servicing / Account Host Seg Contract | Loan Name | |
| | Charged | Check | Sub Code / Account Host Seg Contract | | |
| 190000295 | 0  Both  (42) Other Third Party Fees | $  Deficiency  13059 - CRG20 - 00176 | SALOMON 2000-C2 | $1,343.45 |
| | | | | $1,343.45 |

Diamond Point

Diamond Point

---

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | _Papen_  See Attached | | |
| Add'l Approval: | Greenville | Date: 6/4/10 |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK641086

# INVOICE



**hg** The best partner a law firm could have.

www.hglitigation.com
1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 308510 | 3/8/2010 | 119579 |
| **Job Date** | **Case No.** | |
| 2/18/2010 | 3:05CV1924 (CFD) | |

| **Case Name** |
|---|
| Wells Fargo, N.A. v. Michael Konover, et al. |

| **Payment Terms** |
|---|
| DUE UPON RECEIPT |

MAY 03 2010

Jeff Joyce
Joyce, McFarland & McFarland, LLP
One Shell Plaza
910 Louisiana Street, Suite 5000
Houston, TX 77002

*Brittany*

---

ORIGINAL TRANSCRIPT OF:
Martin E. Stauffer

*Diamond Point*

TOTAL DUE >>>       1,343.45
**$1,343.45**

Go Green with HG! Please contact our offices or visit us on the web, http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices. Thank you!

```
INVOICE APPROVED BY:
DATE:
EXPENSE TYPE: DSP-Lit
SERVICING:  LOAN   REO   DEB
REIMB BY:  B  T  BR   NONREIMB
LOAN NO.: 12-0000205
POOL NAME: SDU SDU3
```

Tax ID: 75-2912774

Phone: 713-222-1112   Fax:713-513-5577

*Please detach bottom portion and return with payment.*

Jeff Joyce
Joyce, McFarland & McFarland, LLP
One Shell Plaza
910 Louisiana Street, Suite 5000
Houston, TX 77002

| | | |
|---|---|---|
| Job No. | : 119579 | BU ID : 2-HOU |
| Case No. | : 3:05CV1924 (CFD) | |
| Case Name | : Wells Fargo, N.A. v. Michael Konover, et al | |
| | | |
| Invoice No. | : 308510 | Invoice Date : 3/8/2010 |
| **Total Due** | **: $1,343.45** | |

**PAYMENT WITH CREDIT CARD**   AMEX / MC / VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   Henjum Goucher Reporting Services LP
2501 Oak Lawn Avenue
Suite #600
Dallas, TX 75219

WFB-MK641087

**Mendez, Cynthia**

**From:** Moore, Tonya
**Sent:** Tuesday, April 27, 2010 2:17 PM
**To:** Mendez, Cynthia
**Subject:** FW: ORIX/Konover - Invoice for Martin Stauffer Deposition

**Attachments:** INV308510.pdf



INV308510.pdf (57
KB)

        Hi Cindi. Can you please check to make sure you got this invoice and, if so, if it has been processed yet? Thanks so much !!!!

-----Original Message-----
From: Angela Torres [mailto:atorres@jmmllp.com]
Sent: Tuesday, April 27, 2010 2:02 PM
To: Moore, Tonya
Cc: Myrsine Edwards; Jeanie Loper
Subject: FW: ORIX/Konover - Invoice for Martin Stauffer Deposition

Good Afternoon Ms. Tonya,

We received a past due statement today from HG Litigation regarding the attached invoice and I was just following-up on same.

Thanks.

Angela M. Torres-Martinez, Paralegal
JOYCE, MCFARLAND + MCFARLAND LLP
One Shell Plaza
910 Louisiana St., Suite 5000
Houston, Texas  77002-4995
Main:    (713) 222-1112
Direct:  (713) 222-1108
Fax:     (713) 513-5577


-----Original Message-----
From: Angela Torres
Sent: Monday, March 08, 2010 2:55 PM
To: 'Moore, Tonya'
Cc: Myrsine Edwards
Subject: ORIX/Konover - Invoice for Martin Stauffer Deposition

Hello Tonya,

Attached please find an invoice for the deposition of Martin Stauffer (Konover's expert) taken 2/18/10 in the amount of $1343.45.

Please place in line for direct payment.

Thank you.

Angela M. Torres-Martinez, Paralegal
JOYCE, MCFARLAND + MCFARLAND LLP
One Shell Plaza
910 Louisiana St., Suite 5000
Houston, Texas  77002-4995

1

**WFB-MK641088**

hhfax

13:0:25
WFB-MK641089.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

Requestor: cmendez

Vendor Name: BRITTANY K MAHER

Invoice No.: MAHER-8162010

Batch Control #: BATCH003872

Vendor #: 03150

Invoice Date: 08/16/2010

| | | | | GL ACCOUNT NUMBER | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | Acct# - Sub-Code - Contract - XXXXXX - XXXX - XXXXX | | | | |
| 190000295 | 0 | Both | (97) Travel Expense | Svc Servicing Deficiency | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $86.30 |
| | | | | | | | | $86.30 |

*Diamond Point Plaza* (signature)

## SPECIAL INSTRUCTIONS

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _____

Add'l Approval: _____  See Attached  Date: _____

Add'l Approval: _____  Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

WFB-MK641089

# ORIX USA CORPORATION

**EMPLOYEE EXPENSE STATEMENT**

NAME (PLEASE PRINT)  Assistant: Cindi Ext 2270
Name: Brittany Maher

PHONE 2048  DATE 9/1/2010

PURPOSE OF TRIP: DIAMOND POINT MEETING

DALLAS, TX

190/000295_SAL2009-C2
TRAVEL- 97

CHARGE COST TO:  BUS. SEGMT CR620  CONTRACT 176

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion

| DATE | PLACE | COMPANY | PERSONS PRESENT | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | TOTAL | $ |

61501

## TRAVEL, MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE | FILM & PROCESSING | MISC.1*** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61256 | 61231 | 62123 | ENTER** | ENTER** | MAER, FULLER, MAY, THOMPSON JOYCE, MUELLER, NOLAR SANDLER AND SIMONS - ALL DAY GROUP MEETING |
| 8/16/2010 | | | 10.55 | 75.75 | | | | | | | | | | |
| TOTAL | $ - | $ - | $ 10.55 | $ 75.75 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |

I hereby certify that the statement shown above was correctly incurred by me only for expenses incurred by the Company.

Employee's Signature [signature]  Date

Manager Approval [signature]  Date

| | Total Enter *13052* | Billable $ | Enter for each allocation used: BUS. SEGM. CONTRACT CR620  176 |
|---|---|---|---|
| 13052 | | 86.30 | |

**SUMMARY OF EXPENSE:**

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | ***Description:*** | Misc. 1 Misc. 2 |
|---|---|---|---|---|---|---|---|---|
| SUBTOTAL: | $ - | $ - | $ - | 86.30 | $ - | $ - | | |

TOTAL REPORT = $ 86.10

Enter the amount of the above total to be charged for each of the allocations:

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 |
|---|---|---|---|---|---|---|
| Allocation 1: | | | | 86.30 | | |
| Allocation 2: | | | | | | |
| Allocation 3: | | | | | | |
| Allocation 4: | | | | | | |
| Allocation 5: | | | | | | |
| Remainder | $ - | $ - | $ - | $ - | $ - | $ - |

| (Put only one type of expense in each Misc. column) Parking & Tolls 61238 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|
| $ - | $ - | $ - | $ - | $ - |
| | | | | |
| $ - | $ - | $ - | $ - | $ - |

\*\* - Enter miles. Total column will compute at $.50 / mile.
\*\*\* - Enter account number or leave for A/P to code from description.

**Note: Boxes in gray background are populated by formula.**

INSTRUCTIONS:
To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form.
To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of the form and input *13052* in the "Billable ?" column of the "Remainder" row located at the very bottom of this form.
(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but *13052* is always used to bill the Advisory account.)
To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If billable fill in *13052*. Enter the complete Contract and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK641090

# hhfax

13:0:27
WFB-MK641091.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

**Requestor:** cmendez

**Vendor Name:** BRITTANY K MAHER

**Invoice No.:** MAHER-9282010

**Batch Control #:** BATCH003872

**Vendor #:** 03150

**Invoice Date:** 09/28/2010

| Loan Number | Property Number | Paid By | Expense Category | Sub-Structure | G/L ACCOUNT NUMBER Acct# Bus. Seg Contract | Dept Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (57) Travel Expense | S Deficiency 13059 - CRG20 - 00176 | XXXXX-XX-XXXXX | SALOMON 2000-C2 | $1,422.69 |
| | | | | | | | $1,422.69 |

*Diamond First Plaza* (signature)

## SPECIAL INSTRUCTIONS:

## AUTHORIZATION:
This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval:

Add'l Approval: _See Attached_

Add'l Approval: _____  Date: _____

Add'l Approval: _____  Date: _____

Add'l Approval: _____  Date: _____

Add'l Approval: _____

WFB-MK641091

# EMPLOYEE EXPENSE STATEMENT

Effective: 1/1/2010

ORIX USA CORPORATION

Assistant: Cindi Ext 2270

PURPOSE OF TRIP: DIAMOND POINT PLAZA    HEARTFORD, CT TRAVEL

190/00295, SAL2000-C2

NAME (PLEASE PRINT)
Name: BRITTANY MAHER

TRAVEL - 57

| PHONE | DATE |
|---|---|
| 2040 | 10/5/2010 |

CHARGE COST TO:   BUS. SEGMT CONTRACT
   CR030    176

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL   $   61501

## TRAVEL - MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE | FILM & PROCESSING | MISC.1** | MISC.2** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/26/2010 | 301.28 | | | | 7.85 | 967.40 | 41.00 | | 54.51 | | | | | DFW PARKING FEE |
| 8/26/2010 | | | | | 9.84 | | 40.00 | | | | | 11.00 | | TIP |
| TOTAL | $ 301.28 | $ - | $ - | $ - | $ 17.50 | $ 967.40 | $ 81.00 | $ - | $ 54.51 | $ - | $ - | $ 11.00 | $ - | |
| | 61226 | 61213 | 61231 | 61231 | 61231 | 61212 | 61212 | 61209 | 61226 | 61211 | 62123 | | | |

I certify that the expenses accurately describe the actual and necessary expenses incurred by me while engaged in Orix business.

Employee's Signature [signature]   Date [signature]

Manager Approval [signature]   Date 9/7/10

## SUMMARY OF EXPENSE:

| | Billable ? | Total | Enter for each allocation used: |
|---|---|---|---|
| Enter *13052 | Billable $ | Bus. Sigma, Contract | |
| 13052 | $ 1,422.69 | CR030 | 176 |
| | $ - | | |
| | $ - | | |
| | $ - | | |
| | $ - | | |

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Tolls 61206 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBTOT: | $ - | $ 301.28 | $ - | $ 17.50 | $ 1,038.40 | $ - | $ 54.51 | $ - | $ - | $ 11.00 | $ - |

TOTAL REPORT= $ 1,422.69   ***Description:

Enter the amount of the above total to be charged for each of the allocations :

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Tolls 61206 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allocation 1: | | 301.28 | | 17.50 | 1,038.40 | | 54.51 | | | 11.00 | |
| Allocation 2: | | | | | | | | | | | |
| Allocation 3: | | | | | | | | | | | |
| Allocation 4: | | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | | |
| Remainder | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

* Enter miles. Total column will compute at $.50 / mile.
** Enter account number or leave for A/P to code from description.
(Put only one type of expense in each Misc. column.)

Note: Boxes in gray background are populated by formula.

## INSTRUCTIONS:

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of the form. (The "Remainder" line will automatically populate with the correct information.)

To fill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input *13052 in the "Billable ?" column of the "Remainder" row located at the very bottom of this form. (The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but *13052 is always used to bill the working advance.)

To allocate costs to multiple contracts: Complete an "allocation" line for each cost center / contract, if billable fill in *13052. Enter the complete Contract # and the amount of such expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formula to allocate equal amounts between several contracts.

WFB-MK641092

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: dcmiller

Vendor Name: GREGORY DERRELL MAY

Invoice No.: 0928201OT&E

Batch Control #: BATCH003802

Vendor #: 03042

Invoice Date: 09/28/2010

| Loan Number | Property Number | Approved By | Expense Category | State Serviced Ind | State Code | GL ACCOUNT NUMBER / Account (Bus. Seg. Contact) XXXXX - XXXX - XXXX | Deal Name (Use Comments tab for details) | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 1 | Both | (57) Travel Expense | S | REO | 13059 - CR620 - 00176 | SALOMON 2000-C2 | $630.31 |

$630.31

---

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Page 1 of 1

RECEIVED
OCT 1 3 2010

Date: ____
Date: ____
BY: ............

WFB-MK641093

# ORIX USA, LP

**EMPLOYEE EXPENSE STATEMENT**

Effective: 5/25/2005

19000295  Sol 7000CZ

NAME (PLEASE PRINT): Greg May

PHONE: 1377   DATE: 10/7/2010

PURPOSE OF TRIP: Diamond Point: Hearing

CHARGE COST TO:

| Cost Center | Sub Account | Line of Business | Ref Code |
|---|---|---|---|
| 13059 | CRG20 | OCM | 0176 |

*All support travel (VOLP cost centers excluding Expat rate) require that the LOB Benefited be identified. Find the "Line of Business" using the drop-down box. Use separate Expense Reports for each LOB or manually write in the Ref Code*

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

TOTAL: $ 61501

## TRAVEL, MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE | FILM & PROCESSING | MISC.1 | MISC.2 | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/28/2010 | 287.88 | | | 12.52 | | 287.40 | | | 52.51 | | | | | |
| TOTAL | $ 287.88 | $ - | $ - | $ 12.52 | $ - | $ 287.40 | $ - | $ - | $ 52.51 | $ - | $ - | $ - | $ - | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61206 | 61211 | 62123 | ENTER** | ENTER** | |

### Expense Summary

| | Totals per Above | | |
|---|---|---|---|
| $ 287.88 | 61501 | 13059 | CRG20 |
| $ 287.88 | 61216 | 13059 | CRG20 |
| $ - | 62713 | 13059 | CRG20 |
| $ 12.52 | 61231 | 13059 | CRG20 |
| $ 287.40 | 61212 | 13059 | CRG20 |
| $ - | 61206 | 13059 | CRG20 |
| $ 52.51 | 61211 | 13059 | CRG20 |
| $ - | 62123 | 13059 | CRG20 |
| ENTER** | 13059 | CRG20 |
| ENTER** | 13059 | CRG20 |
| $ 630.31 | | | |

**Total Voucher**

**Description:**
Misc. 1
Misc. 2

\* Enter miles. Total column will compute at $.505 / mile.
\*\* Enter account number or leave for A/P to code from description.
(Put only one type of expense in each Misc. column)

I certify that this statement accurately describes the proper and necessary expenses incurred by me while engaged in OUC business.

Employee's Signature _____ Date 10.7.10

Manager/Approval _____ Date 10.7.10

Doug Miller

Manual Coding if Desired:
GL Coding: XXXXX  Amount: XXXXX  LOB Ref Code

Total Voucher

hhfax

13:0:32
WFB-MK641095.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | cmendez |
| Vendor Name: | BRITTANY K MAHER |
| Invoice No.: | MAHER-11032010 |

| | |
|---|---|
| Batch Control #: | BATCH003872 |
| Vendor #: | 03150 |
| Invoice Date: | 11/03/2010 |

| 45040295 | 0 | Both | (9) Travel Expense | S | Deficiency | 13069 | CRG20 | 00176 | SALOMON 2000-C2 | | $1,252.13 |

$1,252.13

*Diamond Point Plaza*

Page 1 of 1

SPECIAL INSTRUCTIONS

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

| Manager's Approval: | | | |
|---|---|---|---|
| Add'l Approval: | | | Date: |
| Add'l Approval: | | | Date: |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

WFB-MK641095

ORIX USA CORPORATION

**EMPLOYEE EXPENSE STATEMENT**

Effective: 1/1/2010

Assistant: Cindi Ext 2270

PURPOSE OF TRIP: *DIAMOND POINT PLAZA*
190000295, SAL2000-C2
TRAVEL - 37

HARTFORD, CT TRAVEL

NAME (PLEASE PRINT)
Name: BRITTANY MAHER

| PHONE | DATE | CHARGE COST TO: | BUS. SEGMT | CONTRACT |
|---|---|---|---|---|
| 2048 | 11/9/2010 | | CRG20 | 176 |

**CUSTOMER ENTERTAINMENT AND BUSINESS MEALS** - List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL $ _____ 61501

**TRAVEL, MEALS, LODGING AND TRANSPORTATION**

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1** | MISC.2** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/9/2010 | 223.94 | | | 10.00 | 35.28 | 858.40 | 60.00 | | 54.51 | | | | | DFW PARKING FEE |
| 11/9/2010 | | | | | | | | | | | | 10.00 | | TIP |
| 11/4/2010 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| TOTAL | $ 223.94 | $ | $ | $ 10.00 | $ 35.28 | $ 858.40 | $ 60.00 | $ | $ 54.51 | $ | $ | $ 10.00 | $ | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61208 | 61211 | 61228 | 62123 | ENTER** | ENTER** |

* Enter miles. Total column will compute at $.50/ mile.
** Enter account number or leave for A/P to code from description.

I certify that this statement of (gray background) expenses described and expenses incurred by me while engaged in ORIX business.

Employee's Signature _____ Date _____
Manager Approval _____ Date _____

| | Billable ? | Total |
|---|---|---|
| Enter 13052 | Billable $ | $ 1,252.13 |
| | 13052 | |

Enter for each allocation used:
BUS. SEGM CONTRACT
CRG20 176

| | |
|---|---|
| Allocation 1: | |
| Allocation 2: | |
| Allocation 3: | |
| Allocation 4: | |
| Allocation 5: | |
| Remainder | |

**SUMMARY OF EXPENSE:**

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking 61208 | Mileage 61211 | Film & Processing 61228 | Misc.1 62123 | Misc.2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBTOT: | | $ 223.94 | $ | $ 45.28 | $ 918.40 | $ | $ 54.51 | $ | $ | $ 10.00 | $ |
| TOTAL REPORT $ 1,252.13 | | 61216 | 62713 | 61231 | 61212 | 61206 | 61208 | 61211 | 61228 | 62123 | |

***Description:***
Misc.1
Misc.2

Enter the amount of the above total to be charged to each of the allocations:

| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61208 | 61211 | 61228 | 62123 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Room 61216 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking 61208 | Mileage 61211 | Film & Processing 61228 | Misc.1 62123 | Misc.2 |
| | | 223.94 | | 45.28 | 918.40 | | 54.51 | | | 10.00 | |
| Remainder | $ | $ 0.00 | $ | $ | $ | $ | $ | $ | $ | $ | $ |

Note: Boxes in gray background are populated by formula.

**INSTRUCTIONS:**
To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)
To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and the "Billable ?" section at the top of this form. (The "Remainder" row located at the very bottom of this form.
(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, put 13052 to always used to bill the servicing advances.)
To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If billable fill in 13052. Enter the complete Contract # and the amount of each expense to be charged.
"Remainder" line (or (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

**WFB-MK641096**

Diamond Point Plaza
CRG20-00176

travel 11/3-11/4/10
SBMS 00-C2
#19-0000295

| | |
|---|---|
| airfare | $868.40 |
| | 223.94 |
| hotel | 35.28 |
| 11/3 dinner | 52.51 |
| parking | 10.00 |
| 11/4 dinner | 60.00 |
| cab | 2.00 |
| DFW toll | |
| tips (2 car attnd.) | 10.00 |
| total | $ 1,252.13 |

Brittany Nel

WFB-MK641097

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
### AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: dcmiller

Vendor Name: GREGORY DERRELL MAY

Invoice No.: 113201078E

Batch Control #: BATCH-003802

Vendor #: 03042

Invoice Date: 11/03/2010

| Loan Number | | Item | | Expense Category | | GL Account Number | Batch Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 1 | Both | (57) Travel Expense | S | REO | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $766.35 |

Diamond Pt.

$766.35

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval:

Add'l Approval: _Denise M. Cross_

Date:

Date: 11-24-10

Doug Miller

WFB-MK641098

ORIX USA, LP

**EMPLOYEE EXPENSE STATEMENT**

Effective: 5/25/2008

PURPOSE OF TRIP: _Diamond Point/Konover; Focus Group_

| NAME (PLEASE PRINT) | | DATE | | | | |
|---|---|---|---|---|---|---|
| Greg May | | 11/12/2010 | | | | |
| PHONE | | | | | | |
| 1377 | | | | | | |

CHARGE COST TO: | 14000795 | Sal Zowarz

| CHARGE COST TO: | Cost Center | Sub Account | All support travel (OLP cost centers excluding Expat rate) require that the LOB benefited be identified. Find the "Line of Business" using the drop-down box. Use separate Expense Reports for each LOB or manually write-in the Ref Code |
|---|---|---|---|
| | 13059 | CRG20 | LINE OF BUSINESS |
| | | OCM | 00176 |

**CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion:**

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | $ 61501 |

**TRAVEL - MEALS, LODGING AND TRANSPORTATION**

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1*** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/9/2010 | 220.44 | | | | | 483.40 | | | 52.51 | | | 10.00 | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| TOTAL | $ 220.44 | $ - | $ - | $ - | $ - | $ 483.40 | $ - | $ - | $ 52.51 | $ - | $ - | $ 10.00 | $ - | |
| | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** | | |

**Expense Summary**

| | Totals per Above | | |
|---|---|---|---|
| $ | - | 61501 | 13059 CRG20 |
| $ | 220.44 | 61216 | 13059 CRG20 |
| $ | - | 62716 | 13059 CRG20 |
| $ | - | 61231 | 13059 CRG20 |
| $ | 483.40 | 61212 | 13059 CRG20 |
| $ | - | 61206 | 13059 CRG20 |
| $ | 52.51 | 61236 | 13059 CRG20 |
| $ | - | 61211 | 13059 CRG20 |
| $ | - | 62123 | 13059 CRG20 |
| $ | 10.00 | ENTER** | 13059 CRG20 |
| $ | - | ENTER** | 13059 CRG20 |
| Total Voucher | $ 766.35 | | |

Misc.1*** __ **Description**
Misc.2*** __

* Enter miles. Total column will compute at $.505 / mile.
** Enter account number or leave for A/P to code from description.
(Put only one type of expense in each Misc. column.)

I certify that this statement accurately reports the actual and necessary expenses incurred by me while engaged in OUG business.

Employee's Signature _____ Date _11/22/10_

Manager Approval _____ Date _11-22-10_

Manual Coding if Desired:
GL Coding:
Amount    Account    LOB Ref Code
XXXXX     XXXXX
XXXXX     XXXXX

Total Voucher $ ____

WFB-MK641099

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

## SS AP TRANSMITTAL FORM

Requestor: aweaver

Vendor Name: TRAILGRAPHIX, INC.

Invoice No.: ITX202163

Batch Control #: BATCH001514

Vendor #: 05041

Invoice Date: 11/22/2010

| Loan Number | Property Number | Hold By | Both | Fees & Penalty | GL ACCOUNT NUMBER | Approved By | Comments | AMOUNT (Decimals and Pennies) |
|---|---|---|---|---|---|---|---|---|
| 19000025 | 0 | Both | (42) Other Third Party Fees | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | | $1,541.40 |
| | | | | | | | | $1,541.40 |

Page 1 of 1

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _B Malone_

Add'l Approval: _M Bates_ Date: _D 7/10_

Add'l Approval: _____ Date: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

WFB-MK641100

# KROLL ONTRACK | TRIAL GRAPHIX

## INVOICE

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax:        305-576-0188

**Invoice #:** ITX202163
**Client #:** J1199-01
**Date:**       11/22/2010
**Due Date:** Due Upon Receipt
**Page:**      1 of 1

Jeffrey Joyce, Esq.
Joyce, McFarland & McFarland L.L.P.
One Shell Plaza
910 Louisiana, suit 5000
Houston, Texas 77002

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Wells Fargo Bank NA v. Michael Konover, et al. | H1634 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Graphic Development | 8.00 | $165.00 | $1,320.00 |
| Design Consultant | 0.50 | $225.00 | $112.50 |

DEC 1 4 2010

Date: 2/15/10    Approved by:
Expense Type:    Litigation:
Servicing Type: Special    Deficiency:
Loan #: 9-0000295 Pool: SAMS 06-C2
Reimb: Funds in Suspense___ Borrower/Trust:
Borrower___ Trust___ Non (explain below)___
Notes:___

OK to Add to Epcor

| | | |
|---|---|---|
| Subtotal | | $1,432.50 |
| Tax | | $108.90 |
| Total | | $1,541.40 |

Services rendered after 11/22/2010 will appear on your next month's invoice.

**WFB-MK641101**