ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS

AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| Requested By: | CMENDEZ | | | Invoice Amount: | $648.75 |
| Vendor Name: | HENJUM TOBUCHER REPORTING SERVICES, LP | | | Vendor Number: | 0003139 |
| Invoice Number: | 362146 | | | Invoice Date: | 5/13/2011 |
| Payment Method: | ORIX Payment by Check | | | Date Entered: | 5/16/2011 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 180000295 | Diamond Point Plaza LP | Borrower / Trust | Third Party/Property Mgmt. Fees | 13052CRG2000/764001 | SALOMON 2000-C2 | $648.75 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Brittany Maher                    See Attached

Date

5/3/11

Return Check To Requestor ☐

WFB-MK641102

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 362146 | 5/13/2011 | 139922 |

| Job Date | Case No. | |
|---|---|---|
| 5/11/2011 | | |

| Case Name | | |
|---|---|---|
| Practice Trial | | |

| Payment Terms | | |
|---|---|---|
| DUE UPON RECEIPT | | |

**hg** The best partner a law firm could have.

www.hglitigation.com
1-888-656-DEPO (3376)

MAY 1 6 2011

Tonya Moore
ORIX USA Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

*Diamond Point*

VIDEO SERVICES FOR THE DEPOSITION OF:

Practice Trial

| | | | | |
|---|---|---|---|---|
| VIDEO ORIGINAL | 3.50 | @ | 125.00 | 437.50 |
| COURIER/FEDEX | | | 40.00 | 40.00 |
| TAPE STOCK (MINI DV) | | | 20.00 | 20.00 |
| DIGITIZED DVD | | | 75.00 | 131.25 |
| DVD (COPY) | 2.00 | @ | 10.00 | 20.00 |
| | | TOTAL DUE >>> | | $648.75 |

Ordered By : Amy N. Howell
ORIX USA Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Send invoice via email to tmoore@orix.com

Go Green with HG! Please contact our offices or visit us on the web http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices. Thank you!

| (-) Payments/Credits: | 0.00 |
|---|---|

Tax ID: 75-2912774

Phone: 214-237-2000  Fax:214-237-2018

---

*Please detach bottom portion and return with payment.*

Tonya Moore
ORIX USA Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

| Job No. | : 139922 | BU ID | : DAL-VIDEO |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Practice Trial | | |

| Invoice No. | : 362146 | Invoice Date | : 5/13/2011 |
|---|---|---|---|
| Total Due | : $648.75 | | |

Date: _____ Approved by: _____
Expense Type: _____ Litigation: X
Servicing Type: Special _____ Deficiency: X
Loan #: _____ Pool: _____
Reimb: Funds in Suspense___ Borrower/Trust___
Borrower___ Trust___ Non (explain below)___
Notes: _____

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  Henjum Goucher Reporting Services LP
2501 Oak Lawn Avenue
Suite #600
Dallas, TX 75219

WFB-MK641103

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 362146 | 5/13/2011 | 139922 |

| Job Date | Case No. | |
|---|---|---|
| 5/11/2011 | | |

| Case Name | | |
|---|---|---|
| Practice Trial | | |

| Payment Terms | | |
|---|---|---|
| DUE UPON RECEIPT | | |

**hg**
The best partner a law firm could have.

www.hglitigation.com
1-888-656-DEPO (3376)

Tonya Moore
ORIX USA Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

| | |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 648.75 |

Tax ID: 75-2912774

Phone: 214-237-2000  Fax:214-237-2018

*Please detach bottom portion and return with payment.*

Tonya Moore
ORIX USA Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

| | | | |
|---|---|---|---|
| Job No. | : 139922 | BU ID | : DAL-VIDEO |
| Case No. | : | | |
| Case Name | : Practice Trial | | |

| | | | |
|---|---|---|---|
| Invoice No. | : 362146 | Invoice Date | : 5/13/2011 |
| **Total Due** | : **$648.75** | | |

Remit To:  **Henjum Goucher Reporting Services LP**
**2501 Oak Lawn Avenue**
**Suite #600**
**Dallas, TX 75219**

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

WFB-MK641104

**Mendez, Cynthia**

| | |
|---|---|
| **From:** | Weaver, Angie |
| **Sent:** | Friday, May 13, 2011 2:12 PM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: Detailed HG Litigation Invoice - DIAMOND POINT / KONOVER |
| **Attachments:** | INV362146.pdf |



INV362146.p
df (65 KB)


-----Original Message-----
From: Moore, Tonya
Sent: Friday, May 13, 2011 11:23 AM
To: Weaver, Angie
Subject: FW: Detailed HG Litigation Invoice - DIAMOND POINT / KONOVER


-----Original Message-----
From: Vanessa McHaney [mailto:vmchaney@hglitigation.com]
Sent: Friday, May 13, 2011 11:15 AM
To: Moore, Tonya
Subject: Detailed HG Litigation Invoice

The attached invoice is for Case: Practice Trial, Witness: Practice Trial.

Thank you for choosing HG Litigation Services.  We appreciate your business!

Vanessa McHaney
Billing Coordinator
HG Litigation Services
2501 Oak Lawn Ave., Ste. 600
Dallas , Texas 75219
http://www.hglitigation.com/
Office: 214-521-1188
Toll Free: 888-656-DEPO
Direct Dial: 214-443-2320
Mobile:
Fax: 214-521-1034
Email: mailto:vmchaney@hglitigation.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

WFB-MK641105

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| Requested By: | CMENDEZ | Invoice Amount: | $27.58 |
| Vendor Name: | SPECIAL DELIVERY SERVICE, INC. | Vendor Number: | 0004755 |
| Invoice Number: | 385423 | Invoice Date: | 5/14/2011 |
| Payment Method: | ORIX Payment by Check | Date Entered: | 6/14/2011 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 19000295 | Diamond Point Plaza LP | Borrower / Trust | Other Third Party Fees | 13052CRG20001764001 | SALOMON 2000-C2 | $27.58 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix
See Attached

| | Date |
|---|---|
| Brittany Maher | JUN 2 8 2011 |
| Doug Miller | |

Return Check To Requestor ☐

WFB-MK641106



# ORIGINAL INVOICE

## Special Delivery Service, Inc.
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

JUN 1 3 2011

**BILL TO**
ORIX
ACCOUNTS PAYABLE
1717 MAIN, STE 900
DALLAS, TX 75201

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 365423 | 05/14/11 | $ 27.58 |
| 2142372000 | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | |
| **ACCOUNT NUMBER** | | **AMOUNT ENCLOSED** |

▼ Detach at Perforation And Return This Top Portion With Your Payment ▼

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 132-0626 T MOORE CRG20-00000 | **TO:** BLOOM STRATEGIC CONSULTING, IN 8350 N. CENTRAL EXPRESSWAY, STE M 1090 **FROM:** ORIX 1717 MAIN, STE 1100 DALLAS, TX 75201 STANDARD EVENING DELIVERY = $ 27.58 | E MCDONALD 3:50 PM 05/12/11 | $ 27.58 |

↳ Diamond Point/Konover

Date: 6 28 11    Approved by: _____
Expense Type: OSP    Litigation: X
Servicing Type: Special    Deficiency: _____
Loan #: 10100009    Pool: 28 115 00 5
Reimb: Funds in Suspense _____ Borrower/Trust: X
Borrower _____ Trust _____ Non (explain below) _____
Notes: _____

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 365423 | 27.58 | 58.87 | | | |

**Thank you! We Appreciate Your Business. For Questions Regarding this Invoice, please Call Bill at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com - TXDPS-PSB License A16470**

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091

SPECIAL DELIVERY © 2005

WFB-MK641107

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| Requested By: | AWEAVER | | Invoice Amount: | $114.28 |
| Vendor Name: | CSC, INC. | | Vendor Number: | 00084 |
| Invoice Number: | 53386507 | | Invoice Date: | 5/18/2011 |
| Payment Method: | ORIX Payment by Check | | Date Entered: | 11/14/2011 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Other Third Party Fees | 13052CRG20001764001 | SALOMON 2000-C2 | $114.28 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Greg May

See Attached

Date

Return Check To Requestor ☐

WFB-MK641108

**Note: To Speed Processing, Please Write Legibly**

1. Send original invoices with this form. Use a separate authorization form for each different vendor or different vendor address. If you have multiple invoices going to the same vendor at the same address, include all of them with this form. Invoices and all attachments MUST be stapled to this authorization to prevent misplacement.
2. Complete each column for each invoice you are attaching to this form. Check with your supervisor if you don't know the general ledger number.
3. Invoices billed to specific individuals (or containing charges for them) must be approved by their next- level supervisors.

**ABOUT YOU**

| Requestor Signature | Phone No. | Location | Date | Department Name |
|---|---|---|---|---|
| Anne Armstrong for Bill Haras | 214-237-2057 | Dallas-9th floor | | Litigation |

**ABOUT YOUR INVOICES**

| Vendor Name | Vendor # |
|---|---|
| Corporation Service Company | 00084 |

**GENERAL LEDGER ACCOUNT NUMBER**

| Account | Bus. Segment | Contract | INVOICE DATE "MM/DD/YY" | INVOICE NO. | (items purchased) | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|
| 62421 | 13059 | CRG20 00176 | 05/18/2011 | 539860907 | $ | 14.25 |

*To speed up... for 5-3 + payme...*

**PROCESSING REQUESTS:**

☐ Enclosure attached-send with payment     ☐ Send payment via UPS.

☐ Rush     ☐ Return Check to Requester

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix.

| Manager's Approval | Date | Location | Phone No. |
|---|---|---|---|
| Greg May | 6/15/11 | 9th Floor | 214-237-1377 |
| Secondary Approval | Date | Location | Phone No. |
| | | | JUN 16 11 10:59 |

Date and Time Stamp (Submitted to A/P)

**ACCOUNTS PAYABLE USE ONLY**

| Date: | Voucher Number | Date: | |
|---|---|---|---|
| Authorized by: | | Reviewed By: | JUN 24 11 12:19 |

WFB-MK641109



**CSC**

CORPORATION SERVICE COMPANY®

Re: DP PLAZA, LLC
Account No.  7576545

| Billing Address | Shipping Address |
|---|---|
| ANNE ARMSTRONG | ANNE ARMSTRONG |
| ORIX USA CORPORATION | ORIX USA CORPORATION |
| 1717 MAIN STREET | 1717 MAIN STREET |
| SUITE 900 | SUITE 900 |
| DALLAS TX 75201 | DALLAS TX 75201 |

Matter No. MD REINSTATEMENT       Order No.   776883 010       Order Date   05/12/11

| Description of Services | | | Amount |
|---|---|---|---|
| | PROJECT ID: Not Provided | | |
| | Additional Ref: Not Provided | | |
| MDDR00 | DOCUMENT RETRIEVAL WORK IN MARYLAND | | .00 |
| MD2SF | DISBURSEMENT/COST | 1 @  40.00 | 40.00 |
| MD221 | SERVICE FEE - CERTIFICATE OF STATUS | 1 @  64.00 | 64.00 |
| MD243E | IMAGING FEE | 1 @  5.00 | 5.00 |

```
                                              Sub-Total      109.00
           Taxable Amount    64.00            Sales Tax        5.28
           TEXAS                              -----------
                                              TOTAL AMOUNT   114.28
```

THANK YOU FOR USING CSC - KELLI SHORTTE - 800-927-9800

## THANK YOU for your business

TERMS: NET 30 DAYS - Invoices not paid within 30 days are subject to a 1.5% per month finance charge. CSC extends credit to the party requesting service whom it holds responsible for payment in full for all monies expended and services rendered.

CSC E.I.D. No: 510009810

Please return this portion with your payment.

| Account No. | Invoice No. | Invoice Date | Amount Due |
|---|---|---|---|
| 7576545 | 53986507 | 05/18/11 | 114.28 |

Credit Card Payment (optional)          Amount Remitted $_____

Circle one:  VISA  MC  Amex
Card No._____
Expiration Date_____
Signature_____
Telephone No._____

Please Remit to:
CSC
  PO Box 13397
  Philadelphia, PA  19101-3397

5 01 7576545 7 53986507 00011428 00000000 00000000 00000000 00000000

WFB-MK641110

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

**Litigation Invoice**

| Requested By: | AWEAVER | | Invoice Amount: | $405.47 |
| Vendor Name: | CSC, INC. | | Vendor Number: | 00084 |
| Invoice Number: | 53987611 | | Invoice Date: | 5/18/2011 |
| Payment Method: | ORIX Payment by Check | | Date Entered: | 11/14/2011 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Other Third Party Fees | 13052CRG20001764001 | SALOMON 2000-C2 | $405.47 | Deficiency |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

_See Attached_

Greg May

_____     _____
                                              Date

Return Check To Requestor  ☐

WFB-MK641111

**Note: To Speed Processing, Please Write Legibly**
1. Send original invoices with this form: Use a separate authorization form for each different vendor or different vendor address. If you have multiple invoices going to the same vendor at the same address, include all of them with this form. Invoices and all attachments MUST be stapled to this authorization to prevent misplacement.
2. Complete each column for each invoice you are attaching to this form. Check with your supervisor if you don't know the general ledger number.
3. Invoices billed to specific individuals (or containing charges for them) must be approved by their next-level supervisors.

**ABOUT YOU**

| Requestor Signature | Phone No. | Location | Date | Department Name |
|---|---|---|---|---|
| Anne Armstrong for Bill Haras | 214-237-2057 | Dallas-9th floor | | Litigation |

**ABOUT YOUR INVOICES**

| Vendor Name | Vendor # |
|---|---|
| Corporation Service Company | 000084 |

**GENERAL LEDGER ACCOUNT NUMBER**

| Account | Bus. Segment | Contract | INVOICE DATE "MM/DD/YY" | INVOICE NO. | (Items purchased) | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|
| 62021 | 13059 | CRO20- | 05/18/2011 | 53007511 | 3 | 405.47 |

To Special glw.
for
5-3 +
payme
19

**PROCESSING REQUESTS:**

☐ Enclosure attached-send with payment    ☐ Send payment via UPS.

☐ Rush    ☐ Return Check to Requester

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix.

| Manager's Approval | Date | Location | Phone No. |
|---|---|---|---|
| Greg May | 6/15/11 | 9th Floor | 214-237-1377 |
| Secondary Approval | Date | Location | Phone No. |
| | | | JUN 16 '11 PM 10:59 |

Date and Time Stamp (Submitted to A/P)

**A/P - ACCOUNTS PAYABLE USE ONLY**

| Date | | Voucher Number | Date | |
|---|---|---|---|---|
| Authorized By: | | | Reviewed By: | JUN 24 '11 PM 2:13 |



**CSC.**

CORPORATION SERVICE COMPANY®

Re: DP PLAZA, LLC
Account No.    7576545

| Billing Address | Shipping Address |
|---|---|
| ANNE ARMSTRONG | ANNE ARMSTRONG |
| ORIX USA CORPORATION | ORIX USA CORPORATION |
| 1717 MAIN STREET | 1717 MAIN STREET |
| SUITE 900 | SUITE 900 |
| DALLAS TX 75201 | DALLAS TX 75201 |

| Matter No. MD REINSTATEMENT | Order No.    776883 005 | Order Date    05/12/11 |
|---|---|---|

| Description of Services | | | Amount |
|---|---|---|---|
| | Company Id: 2945275 | | |
| | PROJECT ID: Not Provided | | |
| | Additional Ref: Not Provided | | |
| MDINRN | DOMESTIC RENEWAL/REINSTATEMENT IN MARYLAND | | .00 |
| MD1SF | DISBURSEMENT/COST | 1 @    122.00 | 122.00 |
| MD191I | STATE EXPEDITED FEE | 1 @    40.00 | 40.00 |
| MD145F | SERVICE FEE - FILE RENEWAL/REINSTATEMENT | 1 @    189.00 | 189.00 |
| MDADOM | ANNUAL REGISTERED AGENT FEE | 1 @    145.50 | 145.50 |
| | 291.00 PRORATED FROM 05/01/2011 TO 10 | | |
| MDREPD | DISCOUNT AMOUNT REPRESENTS YOUR 66% DISCOUNT | 1 @    96.03- | 96.03- |
| | PRORATED FROM 05/01/2011 TO 10/31/2011 | | |
| MD243E | IMAGING FEE. | 1 @    5.00 | 5.00 |
| | | | ---------- |
| | | TOTAL AMOUNT | 405.47 |

THANK YOU FOR USING CSC - KELLI SHORTTE - 800-927-9800

## THANK YOU for your business

TERMS: NET 30 DAYS - Invoices not paid within 30 days are subject to a 1.5% per month finance charge. CSC extends credit to the party requesting service whom it holds responsible for payment in full for all monies expended and services rendered.

CSC E.I.D. No: 510009810

Please return this portion with your payment.

| Account No. | Invoice No. | Invoice Date | Amount Due |
|---|---|---|---|
| 7576545 | 53987611 | 05/18/11 | 405.47 |

Credit Card Payment (optional)

Amount Remitted $_____

Circle one:   VISA   MC   Amex
Card No._____
Expiration Date_____
Signature_____
Telephone No._____

Please Remit to:
CSC
    PO Box 13397
    Philadelphia, PA  19101-3397

6  01  7576545  7  53987611  00040547  00000000  00000000  00000000  00000000

WFB-MK641113

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| | |
|---|---|
| Requested By: | CMENDEZ |
| Vendor Name: | BRITTANY K MAHER |
| Invoice Number: | MAHER-5232011 |
| Payment Method: | ORIX Payment by ACH |

| | |
|---|---|
| Invoice Amount: | $2,258.36 |
| Vendor Number: | 0003150 |
| Invoice Date: | 5/23/2011 |
| Date Entered: | 6/8/2011 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Travel Expense | 130S2CRG20001764001 | SALOMON 2000-C2 | $2,258.36 | Deficiency |

SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Date

Brittany Maher _____

Mark Pakes _____

*See Attached*

_____

Return Check To Requestor ☐

WFB-MK641114

# EMPLOYEE EXPENSE STATEMENT

**ORIX CAPITAL MARKETS, LLC**

Assistant: Cindi M Ext 2270

NAME: (PLEASE PRINT)

Name: **Brittany Maher**

| PHONE | DATE |
|---|---|
| 2048 | 6/8/2011 |

PURPOSE OF TRIP: **DIAMOND POINT PLAZA**

190/000295, SAL2000-C2

TRAVEL - 57

HARTFORD, CT TRAVEL

**CHARGE COST TO:**

BUS. SEGMT CONTRACT 176

BUS. SEGMT CONTRACT CRG20

**CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion.**

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | TOTAL | $ 61501 |

## TRAVEL - MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | MILEAGE* | PARKING & TOLLS | FILM & PROCESSING | MISC.1*** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/23/2011 | 201.48 | | | 14.00 | 10.00 | 1,779.40 | 45.00 | | | | | | | NO RECEIPTS FOR DINNER AND CAB TIP |
| 5/23/2011 | | | | | | | | | | | | 7.00 | | |
| 5/24/2011 | 201.48 | | | | | | | | | | | | | |
| TOTAL | $ 402.96 | $ - | $ - | $ 14.00 | $ 10.00 | $ 1,779.40 | $ 45.00 | $ - | $ - | $ - | $ - | $ 7.00 | $ - | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61211 | 61236 | 62123 | ENTER** | ENTER** | |

* Enter miles. Total column will compute at $.51 / mile.
** Enter account number or leave for A/P to code from description.
*** Put only one type of expense in each Misc. column.

I certify that this statement completely describes the actual and necessary expenses incurred by me while engaged in OCM business.

Employee's Signature _____ Date _____

Manager Approval _____ Date _____

## SUMMARY OF EXPENSE:

| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Mileage 61236 | Parking & Tolls 61236 | Film & Processing 62123 | Misc.1 ENTER** 61211 | Misc.2 ENTER** 62123 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL REPORT* $ 2,258.36 | | | | | | | | | | | |
| SUBTOT: $ - | $ - | $ 402.96 | $ - | 24.00 | $ 1,824.40 | $ - | $ - | $ - | $ - | 7.00 | |

***Description:
Misc. 1 _____
Misc. 2 _____

Enter the amount of the above total to be charged for each of the allocations.

| | 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61236 | 61211 | 61236 | 62123 |
|---|---|---|---|---|---|---|---|---|---|---|
| Allocation 1: | | 402.96 | | 24.00 | 1,824.40 | | | | | 7.00 |
| Allocation 2: | | | | | | | | | | |
| Allocation 3: | | | | | | | | | | |
| Allocation 4: | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | |
| Remainder | | | | | | | | | | |

Enter for each allocation used:

| Billable? Enter '13052' | Total Billable $ | BUS. SEGMA CONTRACT |
|---|---|---|
| | $ - | CRG20 176 |
| | $ - | |
| | $ - | |
| | $ - | |
| | $ - | |

Note: Boxes in gray background are populated by formula.

## INSTRUCTIONS:

To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line we will automatically populate with the correct information.)

To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input '13052' in the "Billable ?" column of the "Remainder" row located at the very bottom of this form. (The "Billable ?" column is always used for G/L code to other balance sheet accounts, but '13052' is always used to bill the servicing advances.)

To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If billable fill in '13052'. Enter the complete Contract # and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocations. Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK641115

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| Requested By: | CMENDEZ | Invoice Amount: | $2,600.83 |
| Vendor Name: | GREGORY DERRELL MAY | Vendor Number: | 0003042 |
| Invoice Number: | GREG-20110523 | Invoice Date: | 5/23/2011 |
| Payment Method: | ORIX Payment by ACH | Date Entered: | 7/1/2011 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Travel Expense | 13052CRG20001784001 | SALOMON 2000-C2 | $2,600.83 | Deficiency |

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

xxx Unassigned

_See Attached_

Date

Return Check To Requestor ☐

WFB-MK641116

# EMPLOYEE EXPENSE STATEMENT

**ORIX USA, LP**

Effective: 5/25/2008

PURPOSE OF TRIP: *Konover/Diamond Point - Jury Study*

| NAME (PLEASE PRINT) | | |
|---|---|---|
| Greg May | | |
| PHONE | 1/377 | DATE | 6/23/2011 |

**CHARGE COST TO:**

| Cost Center | Sub Account | All support travel (OULP cost centers excluding Expat rates) require that the LOB benefited be identified. Find the "Line of Business" using the drop-down box. Use separate Expense Reports for each LOB or manually write-in the Ref Code |
|---|---|---|
| 13059 | CRG20 | LINE OF BUSINESS | REF CODE |
| | | OCM | 00176 |

### CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each item or occasion. NATURE OF BUSINESS DISCUSSED

| DATE | PLACE | COMPANY | PERSONS PRESENT | AMOUNT |
|---|---|---|---|---|
| | | | | |

TOTAL $ 61501

### TRAVEL - MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1*** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/23/2011 | 401.96 | | | | | 2,110.10 | | | 78.77 | | | 10.00 | | |
| TOTAL | $ 401.96 | $ - | $ - | $ - | $ - | $ 2,110.10 | $ - | $ - | $ 78.77 | $ - | $ - | $ 10.00 | $ - | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | ENTER** | ENTER** | |

Total Voucher

I certify that this statement accurately describes the actual and necessary expenses incurred by me while engaged in OUG business.

Employee's Signature _____ Date 6/24/11

Manager Approval _____ Date

Manual Coding (if Desired):

| GL Coding: Amount | | LOB Ref Code |
|---|---|---|
| $ | XXXXX — XXXXX | XXXXX |
| $ | | |
| $ | | |
| $ | | |
| $ | | |
| $ | | |
| $ | | |

Total Voucher

| Totals per Above | | |
|---|---|---|
| $ - | 61501 | 13059 CRG20 |
| $ 401.96 | 61216 | 13059 CRG20 |
| $ - | 62713 | 13059 CRG20 |
| $ - | 61231 | 13059 CRG20 |
| $ 2,110.10 | 61212 | 13059 CRG20 |
| $ - | 61206 | 13059 CRG20 |
| $ 78.77 | 61236 | 13059 CRG20 |
| $ - | 61211 | 13059 CRG20 |
| $ - | 62123 | 13059 CRG20 |
| $ 10.00 | ENTER** | 13059 CRG20 |
| $ - | ENTER** | 13059 CRG20 |
| **Total Voucher** $ 2,600.83 | | |

\* Enter miles. Total column will compute at $.505 / mile.
\*\* Enter account number or leave for AP to code from description.
\*\*\*Description:
Misc.1 tips
Misc.2 _____
(Put only one type of expense in each Misc. column.)

**WFB-MK641117**

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| Requested By: | CMENDEZ | Invoice Amount: | $990.49 |
| Vendor Name: | TRAILGRAPHIX, INC. | Vendor Number: | 0005041 |
| Invoice Number: | ITX202468 | Invoice Date: | 5/24/2011 |
| Payment Method: | ORIX Payment by Check | Date Entered: | 6/3/2011 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Other Third Party Fees | 13052CRG2001764001 | SALOMON 2000-C2 | $990.49 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Brittany Maher

Doug Miller                                    See Attached

Date

JUN 2 8 2011

6/29/11

Return Check To Requestor   ☐

WFB-MK641118

KROLL ONTRACK° | TRIALGRAPHIX.

**INVOICE**
Please make check payable to:

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

Billing Inquiries:
Telephone: 800-334-5403
Fax: 305-576-0188

Invoice #: TX202468
Client #: J1199-01
Date: 05/24/2011
Due Date: Due Upon Receipt
Page: 1 of 1

JUN 03 2011

Jeffrey Joyce, Esq.
Joyce, McFarland & McFarland L.L.P.
J.P. Morgan Chase Bank Building
712 Main Street, Suite 1500
Houston, Texas 77002

Ship To/Remarks:

*Diamond Point*

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Wells Fargo Bank NA v. Michael Konover, et al. | H1634 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Digital Video Editing | 4.00 | $185.00 | $740.00 |
| Audio/Video Digitization | 2.00 | $60.00 | $120.00 |
| CD Creation | 1.00 | $25.00 | $25.00 |
| Pickup/Delivery - Local | 2.00 | $15.00 | $30.00 |

Date: 6/28/11   Approved by:
Expense Type: Special   Litigation:   Deficiency:
Servicing Type: Special   Pool: SR ALS DO-62
Loan #:
Reimb: Funds in Suspense___ Borrower/Trust___
Borrower___ Trust___ Non (explain below)___
Notes:___

| | |
|---|---|
| Subtotal | $915.00 |
| Tax | $75.49 |
| Total | $990.49 |

Services rendered after 05/24/2011 will appear on your next month's invoice.

**WFB-MK641119**

| | |
|---|---|
| **From:** | Maher, Brittany |
| **Sent:** | Wednesday, June 01, 2011 9:38 AM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: FW: ORIX/FMV Trial invoice |

**Attachments:** TrialGraphix Invoice #2 for Trial.pdf



TrialGraphix
Invoice #2 for Tr.

Please process.

FULBA 98-C2 #14-9000504 O3P lit

Thanks.

-----Original Message-----
From: Jeanie Loper [mailto:jloper@jmmllp.com]
Sent: Tuesday, May 31, 2011 4:43 PM
To: Maher, Brittany
Cc: Myrsine Howard
Subject: RE: FW: ORIX/FMV Trial

Hi Brittany. I hope you had a great Memorial Day weekend.

I've attached TrialGraphix's second invoice for the FMV trial. Please place same in line for payment.

Thank you,

Jeanie M. Loper
Joyce, McFarland + McFarland LLP
712 Main Street
Suite 1500
Houston, TX 77002
Tel 713.221.3703
Fax 713.513.5577
jloper@jmmllp.com

-----Original Message-----
From: bruce.taylor@trialgraphix.com [mailto:bruce.taylor@trialgraphix.com]
Sent: Thursday, May 19, 2011 4:40 PM
To: Jeanie Loper
Subject: Re: FW: ORIX/FMV Trial

Jeanie,

Attached is a completed W9 form. Please let me know if there is anything else you need.

(See attached file: W9 form.pdf)

1

**WFB-MK641120**

hhfax

13:0:53
WFB-MK641121.PDF

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| Requested By: | CMENDEZ | Invoice Amount: | $2,321.76 |
| Vendor Name: | GREGORY DERRELL MAY | Vendor Number: | 0003042 |
| Invoice Number: | GREG-71111 | Invoice Date: | 7/11/2011 |
| Payment Method: | ORIX Payment by ACH | Date Entered: | 7/29/2011 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust. | Travel Expense | 13052CRG2000175400 | SALOMON 2000-C2 | $2,321.76 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

xxx Unassigned

_See Attached_

Date

Return Check To Requestor ☐

WFB-MK641121

ORIX USA, LP

# EMPLOYEE EXPENSE STATEMENT
## Konover/Diamond Point - settlement conference

Effective: 5/25/2009

PURPOSE OF TRIP:

| NAME (PLEASE PRINT) | | | |
|---|---|---|---|
| Greg May | | | |
| PHONE | 1377 | DATE | 7/21/2011 | CHARGE COST TO: |

CHARGE COST TO:

| Cost Center | Sub Account | Sub Account | Ref Code |
|---|---|---|---|
| 13059 | CRG20 | | 61176 |

All support travel (OUP cost centers excluding Expat rate) require that the LOB benefited be identified. Find the "Line of Business" using the drop-down box. Use separate Expense Reports for each LOB or manually write-in the Ref Code

LINE OF BUSINESS: OCM

CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | TOTAL |

61501

TOTAL $

## TRAVEL-MEALS, LODGING AND TRANSPORTATION

| DATE | ROOM | PHONE | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/11/2011 | 269.10 | | | | | 2,016.40 | | | 26.26 | | | 10.00 | | |
| | | | | | | | | | | | | | | |
| TOTAL | $ 269.10 | $ - | $ - | $ - | $ - | $ 2,016.40 | $ - | $ - | $ 26.26 | $ - | $ - | $ 10.00 | $ - | |
| | 61216 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61206 | 61211 | 62123 | ENTER** | ENTER*** | |

**Description:    Misc. 1
                  Misc. 2

*  - Enter miles. Total column will compute at $.505 / mile.
** - Enter account number or leave for A/P to code from description.
     tips
***(Put only one type of expense in each Misc. column.)

I certify that this statement accurately describes the actual business expenses incurred by me while engaged in OUC business.

Employee's Signature _____ Date 7.21.11

Manager Approval _____ Date

Manual Coding if Desired:

| Amount | GL Coding: | | LOB Ref Code |
|---|---|---|---|
| | XXXXX | XXXXX | |
| $ - | | | |
| $ - | | | |
| $ - | | | |
| $ - | | | |
| $ - | | | |
| $ - | | | |
| $ - | | | |
| | Total Voucher | | |

### Expense Summary

| Totals per Above | | | |
|---|---|---|---|
| $ - | 61501 | 13059 | CRG20 |
| $ 269.10 | 61216 | 13059 | CRG20 |
| $ - | 62713 | 13059 | CRG20 |
| $ - | 61231 | 13059 | CRG20 |
| $ 2,016.40 | 61212 | 13059 | CRG20 |
| $ - | 61206 | 13059 | CRG20 |
| $ 26.26 | 61206 | 13059 | CRG20 |
| $ - | 61211 | 13059 | CRG20 |
| $ 10.00 | 62123 | 13059 | CRG20 |
| | ENTER** | 13059 | CRG20 |
| | ENTER*** | 13059 | CRG20 |
| Total Voucher $ 2,321.76 | | | |

WFB-MK641122

hhfax

13:0:55
WFB-MK641123.PDF

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

**Litigation Invoice**

| | | |
|---|---|---|
| Requested By: | AWEAVER | |
| Vendor Name: | CSC, INC. | |
| Invoice Number: | 73919123 | |
| Payment Method: | ORIX Payment by Check | |

| | |
|---|---|
| Invoice Amount: | $98.94 |
| Vendor Number: | 00084 |
| Invoice Date: | 9/10/2011 |
| Date Entered: | 1/18/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Other Third Party Fees | 13052CRG2000176d001 | SALOMON 2000-C2 | $98.94 | Deficiency |

SPECIAL INSTRUCTIONS

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix

Elizabeth Daane     See Attached       Date

☐ Return Check To Requestor

WFB-MK641123

| Entity ... ne - Corporate Entities | Cost Center | Invoice No. | Amount |
|---|---|---|---|
| DP Plaza , LLC - OCM | S3... | 73919123 | $98.94 | Yes aw |

| | Total Fees: | $4,056.54 |
|---|---|---|
| Total Entities = | | |

02342490
ss

*[signature]* 1/1/12

WFB-MK641124



**CSC.**

CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. | DUE DATE | TOTAL DUE |
|---|---|---|---|---|
| 7576545 | 9/10/2011 | 73919123 | 10/10/2011 | $98.94 |

PLEASE INCLUDE REMITTANCE STUB
WITH YOUR PAYMENT AND SEND TO:

CORPORATION SERVICE COMPANY
P.O. BOX 13397
PHILADELPHIA, PA 19101-3397

PAMELA ARSENAULT
ORIX USA CORPORATION
SUITE 900, 1717 MAIN STREET
DALLAS, TX 75201

3 02 7576545 7 73919123 00009894 00000000 00000000 00000000 00000000

| | | |
|---|---|---|
| Account No.: 7576545 | Group No.: A280016 | Period Ending: 10/31/2012 |
| Company ID: 2945275 | Reference No.: MD REINSTATEMENT | Terms: Net 30 Days |

**DP PLAZA, LLC**  AMOUNT

**STATUTORY REPRESENTATION**

| | | | |
|---|---|---|---|
| Maryland | | 1@291.00 | 291.00 |
| Discount | 66% | | (192.06) |
| | | Total Due | $98.94 |

Statutory Representation Services: You are in good company – more Fortune 500® companies are switching to CSC than ever before! CSC provides statutory service for your company of an agent/office in those states where you conduct business. This agent/office provides a documented location for the purpose of receiving legal process and official communication from the state or other governing bodies. As your registered agent, CSC is in a unique position to offer comprehensive and integrated suites of services, such as RecordsCenter[SM] for entity management, name management services for intellectual property protection, and electronic litigation and matter management. Call 800-927-9800 or go to www.cscglobal.com for more information.



CORPORATION SERVICE COMPANY

Notice: See reverse side for important information.

**WFB-MK641125**