ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS

AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| Requested By: | AWEAVER | Invoice Amount: | $381.83 |
| Vendor Name: | GREGORY DERRELL MAY | Vendor Number: | 0003042 |
| Invoice Number: | MAY-040412 | Invoice Date: | 4/1/2012 |
| Payment Method: | ORIX Payment by ACH | Date Entered: | 4/27/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 180000293 | Diamond Point Plaza LP | Borrower / Trust | Travel Expense | 1D0520RGd0b0017d4c01 | SALOMON 2000-C2 | $381.83 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| | Date |
|---|---|

Greg May

Elizabeth Daane

See Attached

Return Check To Requestor ☐

WFB-MK641126

# ORIX CAPITAL MARKETS, LLC

**EMPLOYEE EXPENSE STATEMENT**
KONOVER - Hartford, CT

Effective: 1/01/2011

Purpose of Trip: *Diamond Point*

| NAME (PLEASE PRINT) | | DATE |
|---|---|---|
| Greg May /R0003042 | | 4/11/2012 |

| PHONE | | CHARGE COST TO: | BUS. SEGMT CRG20 | CONTRACT 176 |
|---|---|---|---|---|
| 1377 | | | | |

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully, document each meal or occasion

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

TOTAL $ 61501

## TRAVEL - MEALS, LODGING AND TRANSPORTATION

| DATE | PHONE 62713 61216 | ROOM 61216 | BREAKFAST 61231 | LUNCH 61231 | DINNER 61231 | AIR FARE 61212 | TAXI & LIMO 61212 | RENTAL CAR & GAS 61205 | PARKING & TOLLS 61206 | MILEAGE* 61211 | FILM & PROCESSING 62123 | MISC.*** 61212 | MISC.2*** ENTER** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2012 | | | | | | 455.05 | | | | | | | | 1/2 of cost for American Airlines roundtrip airfare |
| 4/5/2012 | | | | | | | | | 65.64 | | | | | 1/2 of cost for DFW Freedom Park |
| 4/4/2012 | 300.14 | | | | | | 6.00 | | | | | | | One (1) night stay @ Hilton Hartford |
| 4/4/2012 | | | | | | | | | | | | 57.00 | | Taxi |
| 4/4/2012 | | | | | | | | | | | | | | Train from NYC to CT |

| TOTAL | $ 300.14 | $ | $ | $ | $ | $ 455.05 | $ 6.00 | $ | $ 65.64 | $ | $ | $ 57.00 | $ | * Enter miles. Total column will compute at $.5555 / mile. |

I certify that this statement accurately reflects actual and necessary expenses incurred by me while engaged in OCM business.

Employee's Signature _____ Date 4/12/12

Manager Approval _____ Date 4/12/12

| Billable ? Enter 13052 | Total Billable $ | Enter for each allocation used BUS. SEGM. CONTRACT |
|---|---|---|
| 13052 | | CRG40 446 |

## SUMMARY OF EXPENSE:

| | | |
|---|---|---|
| Business Entertain. | 61501 | |
| Room | 61216 | 300.14 |
| Phone | 62713 | |
| Travel Meals | 61231 | |
| Piano, Taxi | 61212 | 459.05 |
| Rental Car & Gas | 61205 | |
| Parking & Tolls | 61206 | 65.64 |
| Mileage | 61211 | |
| Film & Processing | 62123 | |
| Misc. 1 | 61212 | 57.00 |
| Misc. 2 | | |

TOTAL REPORT $ 881.83

Enter the amount of the above total to be charged for each of the allocations

| Allocation 1: | |
| Allocation 2: | |
| Allocation 3: | |
| Allocation 4: | |
| Allocation 5: | |
| Remainder | |

Note: Boxes in gray background are populated by formula.

INSTRUCTIONS:
To record expense on a single cost center / contract:Complete the "Charge Cost to" section at the top of this form.
To bill the charge to a single contract:Complete the "Charge Cost to" section at the top of this form and input 13052 in the "Billable?" column of this form.
(The "Billable?" column can also be used for GL coding to other balance sheet accounts, but 13052 is always used to bill the servicing advances.)
To allocate the cost for GL coding to other balance sheet accounts:Complete an "allocation" line for each cost center / contract. If billable fill in 13052. Enter the complete Contract # and the amount of each expense to be charged. Use the
To allocate cost to multiple contracts:Complete an "allocation" line for each cost center / contract. If billable fill in 13052. Enter the complete Contract # and the amount of each expense to be charged. Use the
"Remainder" line to to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocationInfinit Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK641127

hhfax

13:1:1
WFB-MK641128.PDF

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| | |
|---|---|
| Requested By: | AWEAVER |
| Vendor Name: | GREGORY DERRELL MAY |
| Invoice Number: | MAY-050112 |
| Payment Method: | ORIX Payment by ACH |

| | |
|---|---|
| Invoice Amount: | $1,248.81 |
| Vendor Number: | 0003042 |
| Invoice Date: | 5/14/2012 |
| Date Entered: | 5/17/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 180000285 | Diamond Point Plaza LP. | Borrower / Trust | Travel Expense | 13052CRG2000176400 1 | SALOMON 2000-C2 | $1,248.81 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Greg May

Elizabeth Daane

See Attached

_____    Date

_____

_____

Return Check To Requestor  ☐

WFB-MK641128

**ORIX CAPITAL MARKETS, LLC**

**EMPLOYEE EXPENSE STATEMENT**
**DIAMOND POINT - KONOVER HEARING (Hartford, CT)**

Effective: 10/1/2011

NAME (PLEASE PRINT): Greg May #0003042

| PHONE | DATE |
|---|---|
| 1377 | 5/14/2012 |

PURPOSE OF TRIP:

CHARGE COST TO:

| BUS. SEGMT | CONTRACT |
|---|---|
| ORG520 | 178 |

**CUSTOMER ENTERTAINMENT AND BUSINESS MEALS "List recipients and fully document each meal or occasion"**

| DATE | PLACE | COMPANY | PERSONS PRESENT | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | TOTAL $ 61501 |

**TRAVEL, MEALS, LODGING AND TRANSPORTATION**

| DATE | PHONE | ROOM | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE* | FILM & PROCESSING | MISC.1** | MISC.2*** | PURPOSE OF TRIP (if different from above description) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2012 | | | | | | 881.60 | | | | | | | | AA roundtrip airfare |
| 5/1/2012 | | | | | | | 50.00 | | | | | | | Yellow Cab |
| 5/1/2012 | | 204.70 | | | | | | | | | | | | One (1) night stay @Marriott Hartford Downtown |
| 5/1/2012 | | | | | | | 50.00 | | | | | | 10.00 | Toll - Lost receipt** |
| 5/1/2012 | | | | | | | | | | | | | | Tips |
| 5/2/2012 | | | | | | | | | 52.51 | | | | | DFW FreedomPark |
| TOTAL | $ - | $ 204.70 | $ - | $ - | $ - | $ 881.60 | $ 100.00 | $ - | $ 52.51 | $ - | $ - | $ 10.00 | ENTER** | |
| | 62713 | 61216 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | 62123 | | | |

* Enter miles. Total column will compute at $.555 / mile.
** Enter account number or leave for A/P to code from description.

I certify that this statement accurately describes the ordinary and necessary expenses incurred by me while engaged in OCN business.

Employee's Signature _____ Date 5/1/12

Manager Approval _____ Date 5/15/12

| Billable ? | Total | | Enter for each allocation used |
|---|---|---|---|
| Enter '13052' | Billable $ | | BUS. SEGM. CONTRACT |
| 13052 | | | ORG40 446 |

**SUMMARY OF EXPENSE:**

| | | |
|---|---|---|
| Business Entertain. 61501 | | $ - |
| SUBTOT: | | $ 204.70 |
| Allocation 1: | | $ - |
| Allocation 2: | | $ - |
| Allocation 3: | | $ - |
| Allocation 4: | | $ - |
| Allocation 5: | | $ - |
| Remainder | | $ 204.70 |

TOTAL REPORT: $ 1,248.81

Enter the amount of the above total to be charged for each of the allocations

| | Room 61216 | Phone 62713 | Travel Meals 61231 | Plane, Taxi 61212 | Rental Car & Gas 61206 | Parking & Tolls 61238 | Mileage 61211 | Film & Processing 62123 | Misc.1 ENTER** | Misc.2 ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|
| 61501 | 61216 | 62713 | 61231 | 61212 | 61206 | 61238 | 61211 | 62123 | 62123 | |
| | | | | | | | | | 10.00 | |
| $ - | $ - | $ - | $ - | $ 881.60 | $ - | $ - | $ 52.51 | $ - | $ 10.00 | $ - |

***Description: Misc. 1 / Misc. 2

(Put only one type of expense in each Misc. column.)

**Note: Boxes in gray background are populated by formula.**

INSTRUCTIONS:
To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)
To bill the charge on a single contract: Complete the "Charge Cost to" section at the top of this form and input '13052' in the "Billable ?" column of the "Remainder" row located at the very bottom of this form.
(The "Billable ?" column can also be used for GL coding to other balance sheet accounts, but '13052' is always used to bill the servicing advances.)
To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If billable fill '13052'. Enter the complete Contract # and the amount of each expense to be charged. Use the "allocation" line for to: (1) record remaining costs not allocated or (2) prove that all expenses are zeroed out by the allocation line. Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK641129

hhfax

13:1:2
WFB-MK641130.PDF

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

**Litigation Invoice**

| | |
|---|---|
| Requested By: | CMENDEZ |
| Vendor Name: | GREGORY DERRELL MAY |
| Invoice Number: | MAY-090712 |
| Payment Method: | ORIX Payment by ACH |

| | |
|---|---|
| Invoice Amount: | $1,389.46 |
| Vendor Number: | 0003042 |
| Invoice Date: | 9/7/2012 |
| Date Entered: | 10/3/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount Status |
|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Travel Expense | 13052CRG20001784001 | SALOMON 2000-C2 | $1,389.46 Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Date

xxx Unassigned

*See Attached*

Return Check To Requestor

WFB-MK641130

*Diamond Point*

**ORIX CAPITAL MARKETS, LLC**

**EMPLOYEE EXPENSE STATEMENT**

EMPLOYEE NAME (PRINT)
Gary May

PURPOSE & LOCATION OF TRIP: Kenover Strategy Meeting

| PREPARER EXT. 2146 | DATE PREPARED 9/20/2012 |

PREPARER (if different from Employee)
Alicia Newsome

CHARGE CONT TO:
| Cost Center | Sub Account |
| CRC010 | 176 |

(Or use billable section at bottom to allocate expense)

## CUSTOMER ENTERTAINMENT AND BUSINESS MEALS – List separately and itemize each meal or occasion

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | TOTAL 61501 |

## TRAVEL – MEALS, LODGING AND TRANSPORTATION (Reimbursable in-town meals are recorded above)

| DATE | ROOM** | Hotel Phone & Internet | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE (per Log†) | MISC. / per Phone 8/9 | Lost Receipt Form | No Receipt (total < $25) | Comments (including expense description for "MISC", "Lost Receipt" & "No Receipt" columns |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/07/12 | | | | | | 584.80 | | | | | | | | AA Airfare from Hartford, CT to DFW |
| 09/07/12 | | | | | | 150.00 | | | | | | | | AA Change Fee |
| 09/07/12 | 328.49 | | | | | | | | | | | | | One night stay @ Marriott |
| 09/07/12 | | | | | | | 57.00 | | | | | | | Amtrak train from NY to Hartford, CT |
| 09/07/12 | | | | | | | 47.00 | | | | | | | Taxi |
| 09/07/12 | | | | | | | 45.00 | | | | | | | Taxi |
| 09/07/12 | | | | | | | | | 167.17 | | | | | FreedomPark |
| 09/07/12 | | | | | | | | | | | | | 10.00 | Tips |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| TOTAL | 328.49 | | | | | 734.80 | 149.00 | | 167.17 | | | | 10.00 | |
| | 61176 | 62173 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61230 | 61211 | | | ENTER** | |

TOTAL REPORT $ 1,389.46

### SUMMARY OF EXPENSE:
| | Business Entertain. 61501 | Room 61216 | Phone 62713 | Travel Meals 61231 | Phone, Tool 61212 | Rental Car & Gas 61206 | Parking & Tools 61206 | Mileage 61211 | MISC. ENTER** | Lost Receipt Form ENTER** | No Receipt (total < $25) ENTER** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBTOT: | | 328.49 | | | | | 167.17 | | | | 10.00 |
| Allocation 1: | | | | | | | | | | | |
| Allocation 2: | | | | | | | | | | | |
| Allocation 3: | | | | | | | | | | | |
| Allocation 4: | | | | | | | | | | | |
| Allocation 5: | | | | | | | | | | | |
| Remainder | | | | | | | | 167.17 | | | 10.00 |

Enter the amount of the above total to be charged for each of the allocations

| | Billable 7 Enter 12052 | Total Billable $ | Enter for each allocation used: BUS. SEGM. | CONTRACT |
|---|---|---|---|---|
| | | | | |

Employee's Signature _____ Date 10/1/12

Manager Approval _____ Date 10/2/12

I certify that this statement accurately describes the actual business expenses incurred by me when engaged in OCM business.

*** List room charges by date & break out meals and other expenses in the proper expense category.
(Exception allowed for multi-day foreign currency hotel receipts that may be entered as a single amount.)

† Complete & attach copy of "Mileage Log" tab to this spreadsheet.
* Enter account number or leave for AP to code from description.

**INSTRUCTIONS:**
To record expense on a single cost center / contract: Complete the "Charge Cost to" section at the top of this form. (The "Remainder" line will automatically populate with the correct information.)
To bill the charge to a single contract: Complete the "Charge Cost to" section at the top of this form and input 12052 in the "Billable 7" column at the very bottom of this form.
(The "Billable 7" column can also be used for GL coding to balance sheet accounts, but 12052 is always used to bill the servicing advances.)
To allocate cost to multiple contracts: Complete an "allocation" line for each cost center / contract. If billable use the complete Contract 7 and the amount of each expense to be charged. Use the "Remainder" line to: (1) record remaining costs not allocated or (2) zero but all expenses are spread out by the allocation. Hint: Use Excel formulas to allocate equal amounts between several contracts.

WFB-MK641131

| | |
|---|---:|
| $ | 584.80 |
| $ | 150.00 |
| $ | 57.00 |
| $ | 47.00 |
| $ | 45.00 |
| $ | 328.49 |
| $ | 167.17 |
| $ | 10.00 |

$ 1,389.46

Konover - Strategy
meeting

Addl:
. Freeda Park
. $10 tips

WFB-MK641132

**May, Greg**

**From:** American Airlines@aa.com <notify@aa.globalnotifications.com>
**Sent:** Wednesday, September 05, 2012 4:26 PM
**To:** May, Greg
**Subject:** E-Ticket Confirmation-DJTDPV  07SEP



**AmericanAirlines**
AA.com

**eTicket Itinerary & Receipt Confirmation**

Reservations | Award Booking | My Account | Fare Sales & Offers



**Date of Issue: 05SEP12**

Gregory May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: DJTDPV**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel         Book a car         Buy trip insurance









Record Locator: DJTDPV

**Itinerary**

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| ↓↓ | 1525 | HARTFORD | FRI 07SEP | DALLAS FT | 8:50 AM | L |

1

WFB-MK641133



| American Airlines | | SPRNGFLD | 6:00 AM | WORTH | | |
|---|---|---|---|---|---|---|
| | Gregory May | FF#: AR80508 EXP | Economy | Seat 10C | Food For Purchase |

### Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY MAY | 0012371355272 | 533.95 | 50.85 | 584.80 |
| GREGORY MAY - Additional Fare Collection 149.00 | | | | |

| ADDITIONAL SERVICES | DATE | CURRENCY | AMOUNT |
|---|---|---|---|
| Ticket Change | 05 SEP 12 | USD | 150.00 |

| Payment Type: Exchange, Master Card XXXXXXXXXXXX7728 |
|---|

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2.

2

WFB-MK641134

Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges. 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

  

 

We know why you fly'
**AmericanAirlines'**
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 4450604456620516253515200

3

WFB-MK641135


**Marriott.**
HARTFORD DOWNTOWN

GUEST FOLIO

200 Columbus Boulevard, Hartford, CT 06103 • 860.249.8000 • Marriott.com/BDLDT

| 1804 MAY/GREG/MR | | 269.00 | 09/07/12 | 11:00 | 6790 |
|---|---|---|---|---|---|
| Room Name | | Rate | Depart | Time | ACCT# |
| NKNG ORIX USA CORPORATION | | | 09/06/12 | 15:55 | |
| Type | | | Arrive | Time | |
| 6 | | | | | |

| Room Clerk | Address | Payment | |
|---|---|---|---|

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 09/06 | RM SERV | 55941804 | 19.14 | |
| 09/06 | ROOM | 1804, 1 | 269.00 | |
| 09/06 | OCC TAX | 1804, 1 | 40.35 | |
| 09/07 | MC CARD | | $328.49 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

```
------------------ EXP. REPORT SUMMARY ------------------
09/06  RM SERV          19.14
       ROOM            269.00
       OCC TAX          40.35
                                              328.49
```

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
                GMAY@ORIX.COM
        SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

WFB-MK641136

| | |
|---|---|
| **From:** | eTickets@amtrak.com |
| **Sent:** | Wednesday, September 05, 2012 3:33 PM |
| **To:** | May, Greg |
| **Subject:** | Amtrak: eTicket for Your Upcoming Trip |
| **Attachments:** | GMAY_ORIX_COM_201209051633023790.pdf |

## SALES RECEIPT - NOT VALID FOR TRAVEL



Purchased: 08/28/2012 1:24 PMModified: 09/05/2012 1:33 PMRetain for your records.

60 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

# Reservation Number - 1967A3NEW YORK PENN, NY - HARTFORD, CT (One-Way)AUGUST 28, 2012
## Change Summary

| Original Amount Paid | |
|---|---|
| | **$57.00** |

**Train 190: NEW YORK (PENN STATION), NY - NEW HAVEN, CT**Depart 6:55 AM, Thursday, September 6, 2012
1 ADULT RAIL FARE

| | |
|---|---|
| 1 BUSINESS CLASS SEAT | **$38.00** |
| | **$19.00** Subtotal |
| | **$57.00** |

**Train 490: NEW HAVEN, CT - HARTFORD, CT**Depart 8:38 AM, Thursday, September 6, 2012
1 RESERVED COACH SEAT

| | |
|---|---|
| | **$0.00** Subtotal |
| | **$0.00** |
| | Revised Fare |
| | **$57.00** |

1

WFB-MK641137

| | **Total Charged** |
|---|---|
| | **$0.00** |

## Important Information

- We recommend that you arrive at the station at least 30 minutes prior to your scheduled departure. Allow additional time if you need help with baggage or tickets.
- If you are traveling on the Auto Train you must check in at least two hours before scheduled departure.
- All Amtrak trains except the Auto Train are non-smoking.
- Valid photo ID required. Learn more at www.amtrak.com/ID.
- For baggage policy information, visit www.amtrak.com/baggage.
- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- Refund restrictions or penalties may apply. Review the refund/exchange policy at www.amtrak.com/refundexchange.
- Summary of Conditions of Contract: Ticket valid for carriage or refund for twelve months after date of issue unless otherwise specified. Ticket is a contract of carriage between Amtrak and the ticket holder which is subject to specific terms and conditions. These terms and conditions are available for inspection at Amtrak ticket counters or on the Amtrak website at www.amtrak.com/conditionsofcontract, or may be requested by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at www.amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or TDD/TTY (1-800-523-6590).

WFB-MK641138

**YELLOW CAB**
*Dallas / Fort Worth*

Amount/Cuenta: 45⁰⁰    Date/Fecha: 9/7/12

Trip From/Viaje de: DFW

To/Destinacion: 11216 Rosecong

Driver/Taxista: _____

ID#: _____    Taxi #: _____

---

**D & I TAXI**
**(860) 882-7805**

Cab#: _____    Date: 9/7/12

Fare: Downtown    $: 47⁰⁰
to
Bradley

Waiting in: _____    Hr.: _____

Time out: _____    Hr. ___ $: _____

Tip: _____    $: _____

$ Total: _____

From: _____

To: _____

_____
Driver's signature
Thank you for choosing D & I Taxi!

WFB-MK641139

| | |
|---|---|
| **From:** | FreedomPark Reservations <reservations@freedomparkdfw.com> |
| **Sent:** | Friday, September 07, 2012 1:03 AM |
| **To:** | May, Greg; Newsome, Alicia |
| **Subject:** | Airport Parking Receipt - Greg May 9/01-9/06 |

# Airport Parking Receipt



## FreedomPark
### AIRPORT VALET SERVICES

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1476276
Date: 8/31/2012 10:31:24 AM

SOLD
TO
Greg May
214-675-5824
greg.may@orix.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1476276 | 9/1/2012 | 9/6/2012 | -$5.37 | $278.72 |

Charges for MasterCard ending in 7728 - Primary

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Car Wash | 1 | $20.00 | $20.00 | $.00 | $.00 | | $20.00 | |
| Fuel | 16.958 | $5.40 | $91.55 | $.00 | $.00 | | $91.55 | |
| Gratuity | 1 | $15.00 | $15.00 | $.00 | $.00 | | $15.00 | |
| Parking | 6 | $22.00 | $132.00 | $10.89 | $14.65 | | $157.54 | |
| Parking | 1 | -$4.50 | -$4.50 | -$.37 | -$.50 | | -$5.37 | Extended Stay Discount |
| | | | | | | Parking Subtotal | $152.17 | |
| | | | | | | Credit Card Total | $278.72 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

1

WFB-MK641140

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

**Litigation Invoice**

| Requested By: | CMENDEZ | Invoice Amount: | $31,274.25 |
| Vendor Name: | EMPIRICAL CREATIVE | Vendor Number: | 05747 |
| Invoice Number: | 1 | Invoice Date: | 9/27/2012 |
| Payment Method: | ORIX Payment by Check | Date Entered: | 11/28/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000285 | Diamond Point Plaza LP | Borrower / Trust | Other Third Party Fees | 13052CRG20001764001 | SALOMON 2000-C2 | $31,274.25 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Date

Brittany Maher _____

Mark Pakes _____ 11/20/12

Michael Moran _____ 11-30-12

Elizabeth Daane _____

See Attached

Return Check To Requestor ☐

WFB-MK641150

# EMPIRICAL CREATIVE

**Empirical Creative, LLC**
990 South 2nd Street, Suite 6
Ronkonkoma, NY 11779
Tel. 631.676.7833 | Fax 1.800.693.6408
dklein@empiricalcreative.com
Tax Identification #: 20-8261338

*New Vendor*

| | |
|---|---|
| INVOICE NO. | 1 |
| DATE | 9/27/2012 |
| CUSTOMER ID | Konover |
| INVOICE PERIOD | 6/15/12 - 9/27/12 |
| CASE REFERENCE | Konover |
| PAYMENT DUE | Net 30 Days |

SEP 2 7 2012

TO   Erick M. Sandler
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103

| PROFESSIONAL SERVICE | LINE TOTAL |
|---|---|
| Graphics Consulting & Design Services | $31,218.75 |
| Expenses | $55.50 |
| **AMOUNT DUE** | **$31,274.25** |

Please make all checks payable to:  Empirical Creative, LLC

<u>Chase wire transfer information</u>:

Routing #: 021000021
Bank Account #: 725989586

**Balance Due Net 30 Days**

Date: 10/17/12   Approved by: _____
Expense Type: ___03P___   Litigation: Y
Servicing Type:   Special____   Deficiency Y
Loan #: _____   Pool: _____
Reimb: Funds in Suspense___  Borrower/Trust Y
Borrower____   Trust____   Non (explain below)____
Notes:_____

**WFB-MK641151**

**Konover Graphics Concepts:** 1) KFLP Transfer Timeline; 2) Transaction Costs Chart; 3) 2005 Asset Transfer Chart; 4) Michael Konover's Actions After Judgment; 5) Zero Balance Account; 6)Overlapping Officers and Directors; 7) Total Proceeds vs. Total Allocated Costs; 8)Leasing Commissions; 9) Konover Misrepresentations

| Professional | Date | Graphics Consulting & Design Detail | Hours | Rate | Line Total |
|---|---|---|---|---|---|
| David Klein | 6/18/2012 | Read Complaint; Plaintiff's Contentions; and Opposition to Defendant's Summary Judgment | 1.5 | $375 | $562.50 |
| David Klein | 6/19/2012 | Conference Call with Trial Team | 2 | $375 | $750.00 |
| Jackie Schneyer | 8/1/2012 | Read Complaint; Plaintiff's Contentions; and Opposition to Defendant's Summary Judgment | 1.5 | $250 | $375.00 |
| David Klein | 8/2/2012 | Conference Call with Trial Team | 0.75 | $375 | $281.25 |
| Jackie Schneyer | 8/2/2012 | Conference Call with Trial Team | 0.75 | $250 | $187.50 |
| David Klein | 8/7/2012 | Graphics Consulting: KFLP Transfer Timeline; 2005 Asset Transfer Chart; Transaction Costs Chart | 1 | $375 | $375.00 |
| David Klein | 8/8/2012 | Graphics Consulting: Michael Konover's Actions After Judgment; KFLP Transfer Timeline; 2005 Asset Transfer Chart; Transaction Costs Chart | 2 | $375 | $750.00 |
| Jackie Schneyer | 8/8/2012 | Conference Call with Trial Team | 0.5 | $250 | $125.00 |
| Jackie Schneyer | 8/9/2012 | Graphics Consulting: Transaction Costs Chart; 2005 Asset Transfer Chart; KFLP Transfer Timeline | 2.75 | $250 | $687.50 |
| Jessica Genaw | 8/9/2012 | Graphic Design: Transaction_Costs_Chart | 1.5 | $250 | $375.00 |
| David Klein | 8/10/2012 | Graphics Consulting: Zero Balance Account; 2005 Asset Tranfer Chart | 1.75 | $375 | $656.25 |
| Jackie Schneyer | 8/10/2012 | Graphics Consulting: KFLP Transfer Timeline; Transaction Costs Chart; 2005 Asset Transfer Chart | 2.25 | $250 | $562.50 |
| Jessica Genaw | 8/10/2012 | Graphic Design: 2005_Asset_Transfer_Chart | 2.5 | $250 | $625.00 |
| Yonel Solon | 8/10/2012 | Graphic Design: _KFLP_Transfer_Timeline | 1.75 | $250 | $437.50 |
| Jackie Schneyer | 8/13/2012 | Graphics Consulting: KFLP Transfer Timeline | 1.25 | $250 | $312.50 |
| Jessica Genaw | 8/13/2012 | Graphic Design: KFLP_Transfer_Timeline; 2005_Asset_Transfer_Chart | 3.25 | $250 | $812.50 |
| David Klein | 8/14/2012 | Graphics Consulting: Michael Konover's Actions After Judgment | 4 | $375 | $1,500.00 |
| David Klein | 8/14/2012 | Graphic Consulting: Michael Konover's Actions After Judgment; Total Proceeds vs. Total Allocated Costs, KFLP Transfer Timeline; Zero Balance Account; 2005 Asset Transfer Chart | 4.5 | $375 | $1,687.50 |
| Jackie Schneyer | 8/14/2012 | Graphics Consulting: Zero Balance Account; KFLP Transfer Timeline | 3 | $250 | $750.00 |
| Jessica Genaw | 8/14/2012 | Graphic Design: KFLP_Transfer_Timeline; Michael_Konover's Actions After Judgment | 10.25 | $250 | $2,562.50 |
| Yonel Solon | 8/14/2012 | Graphic Design: KFLP_Transfer_Timeline; Michael_Konover's Actions After Judgment | 5 | $250 | $1,250.00 |
| Jackie Schneyer | 8/15/2012 | Graphics Consulting: Zero Balance Account | 2 | $250 | $500.00 |
| Jessica Genaw | 8/15/2012 | Graphic Design: Michael_Konover's Actions After Judgment; KFLP_Transfer_Timeline; Zero_Balance_Account; Total Proceeds vs. Total Allocated Costs | 9.25 | $250 | $2,312.50 |
| Yonel Solon | 8/15/2012 | Konover_Michael_Konover's Actions After Judgment | 1 | $250 | $250.00 |
| David Klein | 8/16/2012 | Conference Call with Trial Team to review graphics | 0.75 | $375 | $281.25 |
| Jackie Schneyer | 8/16/2012 | Conference Call with Trial Team to review graphics; Made Cumulative Revisions | 1.25 | $250 | $312.50 |
| David Klein | 8/17/2012 | Conference Call with Trial Team to review graphics; Began revisions to graphics created thus far based on conference call feedback | 2 | $375 | $750.00 |
| Jackie Schneyer | 8/17/2012 | Conference Call with Trial Team to review graphics; Graphic Consulting: Concepts; 2005 Asset Transfer Chart; Transaction Costs Chart; Total Proceeds vs. Total Allocated Costs; Zero Balance Account | 4.25 | $250 | $1,062.50 |
| Jessica Genaw | 8/17/2012 | Graphic Design: Zero_Balance_Account | 0.75 | $250 | $187.50 |
| Jackie Schneyer | 8/20/2012 | Graphics Consulting: Overlapping Officers and Directors; Transaction Costs Chart; 2005 Asset Transfer Chart; Zero Balance Account | 2.25 | $250 | $562.50 |

WFB-MK641152

| | | | | | |
|---|---|---|---|---|---|
| Jessica Genaw | 8/20/2012 | Graphic Design: 2005_Asset_Transfer_Chart; Total Proceeds vs. Total Allocated Costs; Transaction_Costs_Chart; Zero_Balance_Account | 5.25 | $250 | $1,312.50 |
| Jackie Schneyer | 8/21/2012 | Graphics Consulting: Leasing Commissions | 0.5 | $250 | $125.00 |
| Jackie Schneyer | 8/21/2012 | Graphics Consulting: Overlapping Officers and Directors | 2 | $250 | $500.00 |
| Jessica Genaw | 8/21/2012 | Graphic Design: Zero_Balance_Account; Leasing_Commissions; Overlapping_Officers_and_Directors | 4 | $250 | $1,000.00 |
| Jackie Schneyer | 8/22/2012 | Graphics Consulting: KFLP Transfer Timeline; Michael Avoiding Judgment Timeline; Overlapping Officers and Directors | 2.5 | $250 | $625.00 |
| Jessica Genaw | 8/22/2012 | Graphic Design: Overlapping_Officers_and_Directors; Michael_Konover's Actions After Judgment | 3.75 | $250 | $937.50 |
| Jackie Schneyer | 8/24/2012 | Graphics Consulting: Michael Konover's Actions After Judgment | 1 | $250 | $250.00 |
| Jessica Genaw | 8/24/2012 | Graphic Design: Michael_Konover's Actions_After_Judgment | 2 | $250 | $500.00 |
| David Klein | 9/6/2012 | Trial Team Meeting in Hartford | 2 | $375 | $750.00 |
| Jackie Schneyer | 9/6/2012 | Trial Team Meeting in Hartford | 2 | $250 | $500.00 |
| Jackie Schneyer | 9/7/2012 | Graphic Revisions and Summary Email | 4 | $250 | $1,000.00 |
| Jessica Genaw | 9/7/2012 | Graphic Design: Total Proceeds vs. Total Allocated Costs; 2005_Asset_Transfer_Chart; Transaction_Costs_Chart | 1.5 | $250 | $375.00 |
| Jackie Schneyer | 9/9/2012 | Graphics Consulting: Konover Misrepresentations | 2 | $250 | $500.00 |
| Jackie Schneyer | 9/11/2012 | Graphics Consulting: Konover Misrepresentations; Leasing Commissions | 1.5 | $250 | $375.00 |
| Jackie Schneyer | 9/13/2012 | Graphic Design: KFLP Transfer Timeline and Actions After Judgment | 0.5 | $250 | $125.00 |
| Jessica Genaw | 9/16/2012 | Graphic Design: Michael_Konover_Actions_After_Judgment; KFLP_Transfer_Timeline; Total Proceeds vs. Total Allocated Costs | 1 | $250 | $250.00 |
| Jessica Genaw | 9/18/2012 | Graphic Design: 2005_Asset_Transfer_Chart | 0.5 | $250 | $125.00 |
| Jackie Schneyer | 9/19/2012 | Graphics Consulting: 2005 Asset Transfer and Transfer Value vs. Transfer Costs | 0.5 | $250 | $125.00 |
| | | | | | |
| | | | | TOTAL | $31,218.75 |

WFB-MK641153

| Expenses | | |
| --- | --- | --- |
| Date | Expense | Amount |
| 9/6/2012 | Meals for Trial Team Meeting in Hartford | $30.50 |
| 9/6/2012 | Parking Trial Team Meeting Hartford | $25.00 |
| | | |
| | TOTAL | $55.50 |

WFB-MK641154

hhfax

13:1:5
WFB-MK641141.PDF

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

**Requested By:** CMENDEZ

**Vendor Name:** ALICIA D NEWSOME

**Invoice Number:** NEWSO-100112

**Payment Method:** ORIX Payment by ACH

| Invoice Amount: | $29.82 |
| Vendor Number: | 05274 |
| Invoice Date: | 10/1/2012 |
| Date Entered: | 10/23/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Travel Expense | 13052CRG2000176400 1 | SALOMON 2000-C2 | $15.80 | Deficiency |
| 30237316 | Palm Beach Mall, LLC | Borrower / Trust | Travel Expense | 13052CRG2600026840 01 | JPM 2003-PM1 | $14.02 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

xxx Unassigned

_See Attached_

_____    _____
                                              Date

Return Check To Requestor   ☐

① Diamond Point Plaza $15.80
@ Palm Beach $14.02

**ORIX USA CORPORATION**

**EMPLOYEE EXPENSE STATEMENT**

Effective: 3/31/2012

| EMPLOYEE NAME (PRINT) |
|---|
| Afida Newsome # 01008 |

| PREPARER EXT. | 2148 | DATE PREPARED |
|---|---|---|
| PREPARER (if different from Employee) | | 10/19/2012 |

**PURPOSE & LOCATION OF TRIP:** Konover - Trial Prep.
Palm Beach Mall - Deposition (M. Moore)

**CHARGE COST TO:** | Cost Center | Sub Account
13-52 | 02022 | 00710-0000

**CUSTOMER ENTERTAINMENT AND BUSINESS MEALS** - List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

TOTAL $ 01501

**TRAVEL, MEALS, LODGING AND TRANSPORTATION** *(Reimbursable in-town meals are recorded above)*

| DATE | ROOM*** | Hotel Phone & Internet | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING & TOLLS | MILEAGE (per Log*) | MISC./ Cell Phone Bill | Lost Receipt Form | No Receipt (total < $25) | Comments including expense description for "MISC", "Lost Receipt" & "No Receipt" columns |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/2012 | | | | | | | | | | | 15.80 | | | Starbucks - Konover Trial Prep. CR0030-00176 |
| 10/18/2012 | | | | | | | | | | | 14.02 | | | Starbucks - Palm Beach Mall Deposition  DCM (REQ) |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Sub-Totals | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ 29.82 | $ | $ |  |
| | 01216 | 02713 | 01231 | 01231 | 01231 | 01212 | 01212 | 01206 | 01208 | 01211 | $ 29.82 01501 | ENTER** | ENTER** |  |

TOTAL REPORT* $ 29.82

*** List room charges by date & break out meals and other expenses in the proper sub g
(Exception allowed for multi-day foreign currency hotel receipts that may be entered as a single amount)

**Expense Summary**

| | |
|---|---|
| 01501 | LG01 |
| 01216 | LG01 1005 |
| 02713 | LG01 1005 |
| 01231 | LG01 1005 |
| 01212 | LG01 1005 |
| 01206 | LG01 1005 |
| 01208 | LG01 1005 |
| 01211 | LG01 1005 |
| ENTER** | LG01 1005 |
| ENTER** | LG01 1005 |
| ENTER** | LG01 1005 |

Manual Total $ 29.82
(totals columns at right)

| Sub-Totals per Above | Total Voucher |
|---|---|
| - | |
| - | |
| - | |
| - | |
| - | |
| - | |
| - | |
| 29.82 | |
| $ 29.82 | $ 29.82 |

**Optional multiple cost center/project breakout**

| cc/project | cc/project | cc/project |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| $ | $ | $ |

* Complete & attach copy of "Mileage Log" tab to this spreadsheet
** Enter account number or leave for AP to code from description.

I certify that this statement accurately describes the actual and necessary expenses incurred
by me while engaged in OUC business.

Employee's Signature _____ Date _____

Manager Approval _____ Date 10/19/12

$ 15.80
$ 14.02

$ 29.82

SENT BACK FOR CORRECTION

WFB-MK641142

CR620-00176

STARBUCKS  Store #692
1700 Pacific Avenue Suite 102
Dallas, TX (214) 969-9031
----------------------------------------
CHK 715948
10/01/2012 08:48 AM
1698800   Drawer: 2  Reg: 1
----------------------------------------
Tl Pike Place              1.65
Coffee Traveler           12.95
Mastercard                15.80
XXXXXXXXXXXX4123

Subtotal                  14.60
Tax 8.25%                  1.20
Total                     15.80
Change Due               $0.00

----------- Check Closed -----------
10/01/2012 08:48:25AM


Pumpkin Spice Latte and
Salted Caramel Mocha are back.
Enjoy the tastes of fall
you've been waiting for.
Available for a limited time.
Starbucks.com/itsfallwhen

Alicia Newsome
10/1/12
Starbucks coffee
Kimpertina Rie

WFB-MK641143

```
        STARBUCKS  Store #692
     1700 Pacific Avenue Suite 102
       Dallas, TX (214) 969-9031
------------------------------------------
            CHK 707321
          10/18/2012 09:09 AM
      1698800   Drawer: 2  Reg: 1
------------------------------------------
  Coffee Traveler            12.95
  Visa                      ·14.02
  XXXXXXXXXXXX1897

  Subtotal                   12.95
  Tax 8.25%                   .1.07
  Total                      14.02
Change  Due              $0.00

----------- Check Closed ------------
     10/18/2012 09:09:52AM



      Pumpkin Spice Latte and
  Salted Caramel Mocha are back.
     Enjoy the tastes of fall
      you've been waiting for.
   Available for a limited time.
    Starbucks.com/itsfallwhen
```

Palm Bch Mall
   OCM (REO)

M.Moran, G. May *
Disposition          10/19/12

**WFB-MK641144**

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

**Litigation Invoice**

| Requested By: | CMENDEZ | Invoice Amount: | $70.94 |
| Vendor Name: | GREGORY-DERRELL MAY | Vendor Number: | 0003042 |
| Invoice Number: | MAY-100112 | Invoice Date: | 10/1/2012 |
| Payment Method: | ORIX Payment by ACH | Date Entered: | 10/3/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Travel Expense | 13052CRG20001764001 | SALOMON 2000-C2 | $70.94 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

_____     Date

xxx Unassigned

_____

Return Check To Requestor  ☐

see attached

WFB-MK641145

# ORIX USA CORPORATION

*Diamond Point*

Effective: 3/01/2012

## EMPLOYEE EXPENSE STATEMENT

**PURPOSE & LOCATION OF TRIP:** Lunch for Konover Trial Prep

**EMPLOYEE NAME (PRINT)**
Greg May

| PREPARER EXT. | DATE PREPARED |
|---|---|
| 2148 | 10/1/2012 |

PREPARER (if different from Employee)
Alicia Newsome

| | CHARGE COST TO: | Cost Center: CKG20 | Sub Account: 176 |
|---|---|---|---|

### CUSTOMER ENTERTAINMENT AND BUSINESS MEALS - List separately and fully document each meal or occasion.

| DATE | PLACE | PERSONS PRESENT | COMPANY | NATURE OF BUSINESS DISCUSSED | AMOUNT |
|---|---|---|---|---|---|
| 10/1/2012 | Corner Bakery | Jeff Joyce, G. May, B. Milnar, C. Weiner | ORIX | Konover - Trial Prep | 70.94 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | **TOTAL** | **$** | 70.94 |
| | | | | | 61501 |

### TRAVEL - MEALS, LODGING AND TRANSPORTATION (Reimbursable [shown meals are recorded above])

| DATE | ROOM*** | Hotel Phone & Internet | BREAKFAST | LUNCH | DINNER | AIR FARE | TAXI & LIMO | RENTAL CAR & GAS | PARKING TOLLS | MILEAGE (per Log*) | MISC. / Cell Phone Bill | Last Receipt Form | No Receipt (total < $25) | Comments including expense description for "MISC", "Lost Rcept" & "No Receipt" columns |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Sub-Totals** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | ENTER** |
| | 61218 | 62713 | 61231 | 61231 | 61231 | 61212 | 61212 | 61206 | 61236 | 61211 | ENTER** | ENTER** | ENTER** | |

| | | | | MISC. / Cell Phone Bill |
|---|---|---|---|---|
| | | **TOTAL REPORT=** | $ - | 70.94 |

*** List room charges by date & break out meals and other expenses in the proper expense category.
(Exception allowed for multi-day foreign currency hotel receipts that may be entered as a single amount.)

| Expense Summary | |
|---|---|
| 61501 | 70.94 |
| 61218 | - |
| 62713 | - |
| 61231 | - |
| 61212 | - |
| 61206 | - |
| 61236 | - |
| 61211 | - |
| ENTER** | - |
| ENTER** | - |
| **Manual Total** | $ 70.94 |

*(totals columns at right)*

| Sub-Totals per Above | |
|---|---|
| | 70.94 |
| | - |
| | - |
| | - |
| | - |
| | - |
| | - |
| | - |
| | - |
| | - |
| **Total Voucher** | $ 70.94 |

* Complete & attach copy of "Mileage Log" tab to this spreadsheet.
** Enter account number or leave for A/P to code from description.

**Optional multiple cost center/project breakout**

| cc/project | cc/project | cc/project |
|---|---|---|
| $ - | $ - | $ - |
| $ - | $ - | $ - |

I certify that this statement accurately describes the actual and necessary expenses incurred by me while engaged in OUC business.

Employee's Signature _____  Date _____

Manager Approval _____  Date 10/2/12

70.94

70.94

WFB-MK641146

# INVOICE





**Invoice #:** 11004872390094

**Event Date/Time:**

10/01/2012 11:45AM

*Konover*
*CRE20-00176*

## Bill To:

**Company:** ORIX
**Customer:** ALICIA NEWSOME
**Address:** 1717 MAIN ST.
**Address:** SUITE 900
**City, State Zip:** DALLAS, TX 75201
**Bus#:** 2142372148  **Cell#:**  **Home#:**
**HA#:** Not Applicable

<table>
<tr><td colspan="2">STORE USE ONLY</td></tr>
<tr><td colspan="2">Order Number: 1100487</td></tr>
<tr><td colspan="2">Date Ordered: 9/27/2012 4:01:54 PM</td></tr>
</table>

### CTR Delivery

**Contact:** ALICIA
**Address:**
**Address:** 1717 MAIN ST.
**Address:** SUITE 900
**City, State, Zip:** DALLAS, TX 75201
**Contact#:** 2142372000
**Directions:**

| Quantity | Description | Cost |
|---|---|---|
| 2 | Lunch Box w/ chips | $17.90 |
| 2 | Lunch Box w/ chips | $17.90 |
| 1 | Lunch Box w/ chips | $8.95 |
| 1 | Lunch Box w/ chips | $8.95 |

Sign up for our eCafe
to receive all the latest
on what's happening at
Corner Bakery Cafe.
www.cornerbakerycafe.com

| | |
|---|---|
| **Total Sales:** | $53.70 |
| **Adjustments:** | $0.00 |
| **Delivery Fee:** | $5.37 |
| **Sales Tax:** | $4.87 |
| **Sub-Total:** | $63.94 |

Your opinion is important!
Go to www.cbcfeedback.com within 72
hours and tell us about your visit. You could
win $5000.00 in our quarterly drawing.
**Code: 0927216009404874S**

| | |
|---|---|
| **Gratuity:** | |
| **Final Total:** | *70.94* |

| | **Payments:** |
|---|---|
| | Mastercard(7728) $63.94 |

**GUEST SIGNATURE**

X _____

Print Name _____

**Store Information**

Paramount
301 N. Market
Ste. 100
Dallas, TX 75202
Tele: (214)651-8650
Fax: (214)651-8649
Email: cb0094cornerbakerycafe.com

**Food Safety Tips**

Consume or Refrigerate below 41F/5C
within 2 hours
-reheat food to at least 165F/74C
only once

Discard after 48 hours

All Credit Card Payments are Pre-authorized up to 30
Days in Advance and processed on the day of Delivery

Please remit House Account payments to:

**CBC Restaurant Corp**
P.O Box 203881
Dallas, TX 75320-3881

S#:20120418
R#:20120328

Date/Time Printed: 10/1/2012 6:45:30 AM

WFB-MK641147



S#:20120223
R#:20120222

ORDER: 1100487
EVENT DATE/TIME: 11:45AM
CUSTOMER: ALICIA
COMPANY: ORIX

| QTY. | ITEMNAME |
|---|---|
| **2** | **Lunch Box w/ chips** |
| 2 | Chicken Pesto LB |
| 2 | Chips Bag CTR |
| 2 | Assorted Cookie ctr |
| 2 | LB Fruit Medley Ctr |
| **2** | **Chips Bag CTR** |
| **2** | **LB Fruit Medley Ctr** |
| **2** | **Lunch Box w/ chips** |
| 2 | Turkey Swiss LB |
| 2 | Chips Bag CTR |
| 2 | Assorted Cookie ctr |
| 2 | LB Fruit Medley Ctr |
| **2** | **Chips Bag CTR** |
| **2** | **LB Fruit Medley Ctr** |
| **1** | **Lunch Box w/ chips** |
| 1 | Pretzel Ham LB |
| 1 | Chips Bag CTR |
| 1 | Assorted Cookie ctr |
| 1 | LB Fruit Medley Ctr |
| **1** | **Chips Bag CTR** |

WFB-MK641148



| | |
|---|---|
| 1 | **LB Fruit Medley Ctr** |

| | |
|---|---|
| 1 | **Lunch Box w/ chips** |
| 1 | RB Poblano Fresco LB |
| 1 | Chips Bag CTR |
| 1 | Assorted Cookie ctr |
| 1 | LB Fruit Medley Ctr |

| | |
|---|---|
| 1 | **Chips Bag CTR** |

| | |
|---|---|
| 1 | **LB Fruit Medley Ctr** |

WFB-MK641149

# hhfax

13:1:7
WFB-MK641150.PDF

# Replacement
# Invoice

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| Requested By: | CMENDEZ | | Invoice Amount: | $11,089.59 |
| Vendor Name: | EMPIRICAL CREATIVE | | Vendor Number: | 05747 |
| Invoice Number: | 2 | | Invoice Date: | 12/19/2012 |
| Payment Method: | ORIX Payment by Check | | Date Entered: | 12/19/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | GL Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000285 | Diamond Point Plaza LP | Borrower / Trust | Other Third Party Fees | 13052CRG20001784001 | SALOMON 2000-C2 | $11,089.59 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

| | Date |
|---|---|
| Brittany Maher | 12/2/12 |
| Mark Pakes | 12/21/12 |
| Michael Moran | 1/2/13 |
| Greg May | |

Return Check To Requestor ☐

# EMPIRICAL CREATIVE

## INVOICE

**Empirical Creative, LLC**
990 South 2nd Street, Suite 6
Ronkonkoma, NY 11779
Tel. 631.676.7833 | Fax 1.800.693.6408
dklein@empiricalcreative.com
Tax Identification #: 20-8261338

| | |
|---|---|
| INVOICE NO. | 2 |
| DATE | 12/19/2012 |
| CUSTOMER ID | Konover |
| INVOICE PERIOD | 9/27/12 - 12/19/12 |
| CASE REFERENCE | Konover |
| PAYMENT DUE | Net 30 Days |

TO   Erick M. Sandler
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103

*Diamond Point*

| | |
|---|---|
| Graphics Consulting & Design Services | $9,500.00 |
| Expenses | $1,589.59 |
| **AMOUNT DUE** | **$11,089.59** |

Please make all checks payable to:  Empirical Creative, LLC

Chase wire transfer information:
Routing #:  021000021
Bank Account #: 725989586

**Balance Due Net 30 Days**

Date: 12/21/12   Approved by: _____
Expense Type: D2Y   Litigation: X
Servicing Type:  Special   Deficiency: X
Loan #: 90000285   Pool: SBUS OO-C2
Reimb: Funds in Suspense___  Borrower/Trust___
Borrower___   Trust___   Non (explain below)___
Notes:_____

WFB-MK641713

| Professional | Date | Service Consulting Description | Hours | Rate | Financials |
|---|---|---|---|---|---|
| Jackie Schneyer | 10/11/2012 | Graphics Consulting: Big Picture Timeline | 1 | $250 | $250.00 |
| Jessica Genaw | 10/11/2012 | Graphic Design: Big Picture Timeline | 4.25 | $250 | $1,062.50 |
| Jackie Schneyer | 10/12/2012 | Graphics Consulting: Influence Over Leasing Commissions | 0.25 | $250 | $62.50 |
| Jessica Genaw | 10/12/2012 | Graphic Design: Influence Over Leasing Commissions | 1.25 | $250 | $312.50 |
| Jackie Schneyer | 10/12/2012 | Graphics Consulting: Zero Balance Account | 0.5 | $250 | $125.00 |
| Jessica Genaw | 10/12/2012 | Graphic Design: Zero Balance Account | 0.5 | $250 | $125.00 |
| Jackie Schneyer | 10/18/2012 | Graphics Consulting: Overlapping Officers and Directors | 1 | $250 | $250.00 |
| Jessica Genaw | 10/18/2012 | Graphics Design: Overlapping Officers and Directors | 3 | $250 | $750.00 |
| David Klein | 10/25/2012 | Team Meeting - Hartford To Prepare Graphics For Opening | 7.5 | $375 | $2,812.50 |
| Jackie Schneyer | 10/25/2012 | Team Meeting - Hartford To Prepare Graphics For Opening | 7.5 | $250 | $1,875.00 |
| Jessica Genaw | 10/25/2012 | Team Meeting - Hartford To Prepare Graphics For Opening | 7.5 | $250 | $1,875.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  | TOTAL | $9,500.00 |

WFB-MK641714

| Expense | | | |
|---|---|---|---|
| Date | Professional | Expense | Amount |
| 10/25/2012 | Dave Klein | Meals for Hartford Trial Team Meeting | $40.21 |
| 10/25/2012 | Dave Klein | Parking for Hartford Trial Team Meeting | $30.00 |
| 10/24-10/26/2012 | Jessica Genaw | Round Trip Flight - Detroit/Hartford | $987.60 |
| 10/24-10/26/2012 | Jessica Genaw | Detroit Airport Parking | $50.00 |
| 10/24-10/25/2012 | Jessica Genaw | 2 Night Hilton Lodging | $481.78 |
| | | | |
| | | TOTAL | $1,589.59 |

WFB-MK641715

| | |
|---|---|
| From: | Maher, Brittany |
| ~t: | Wednesday, December 19, 2012 4:10 PM |
| | Mendez, Cynthia |
| Subject: | FW: 2nd (12/19) Empirical Creative Invoice | Konover |
| Attachments: | Empirical_Creative_Invoice_12_19_12.pdf |

Please process.

GBMS 00-C2 #19-0000295 O3P lit

thanks



m: David Klein [mailto:dklein@empiricalcreative.com]
Sent: Wednesday, December 19, 2012 4:04 PM
To: Sandler, Erick M.
Subject: 2nd (12/19) Empirical Creative Invoice | Konover

Erick: Attached our second invoice. Enjoy the upcoming holidays.

Best,
Dave


**David A. Klein, Ph.D.**

Principal


**Empirical Creative**

90 South 2nd Street, Suite 6

Ronkonkoma, NY 11779

oice: 631.676.7833

631.560.0772

1

**WFB-MK641716**

# EMPIRICAL CREATIVE
Jury Research | Graphics Consulting

# INVOICE

**Empirical Creative, LLC**
990 South 2nd Street, Suite 6
Ronkonkoma, NY 11779
Tel. 631.676.7833 | Fax 1.800.693.6408
dklein@empiricalcreative.com
Tax Identification #: 20-8261338

| | |
|---|---|
| INVOICE NO. | 2 |
| DATE | 12/19/2012 |
| CUSTOMER ID | Konover |
| INVOICE PERIOD | 9/27/12 - 12/19/12 |
| CASE REFERENCE | Konover |
| PAYMENT DUE | Net 30 Days |

TO     Erick M. Sandler
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103

| PROFESSIONAL SERVICE | LINE TOTAL |
|---|---|
| Graphics Consulting & Design Services | $9,500.00 |
| Expenses | $1,589.59 |
| **AMOUNT DUE** | $11,089.59 |

Please make all checks payable to: Empirical Creative, LLC
Chase wire transfer information:
Routing #: 021000021
Bank Account #: 725989586
**Balance Due Net 30 Days**

WFB-MK641176

| Professional | Date | Graphics Consulting & Design Detail | Hours | Rate | Line Total |
|---|---|---|---|---|---|
| Jackie Schneyer | 10/11/2012 | Graphics Consulting: Big Picture Timeline | 1 | $250 | $250.00 |
| Jessica Genaw | 10/11/2012 | Graphic Design: Big Picture Timeline | 4.25 | $250 | $1,062.50 |
| Jackie Schneyer | 10/12/2012 | Graphics Consulting: Influence Over Leasing Commissions | 0.25 | $250 | $62.50 |
| Jessica Genaw | 10/12/2012 | Graphic Design: Influence Over Leasing Commissions | 1.25 | $250 | $312.50 |
| Jackie Schneyer | 10/12/2012 | Graphics Consulting: Zero Balance Account | 0.5 | $250 | $125.00 |
| Jessica Genaw | 10/12/2012 | Graphic Design: Zero Balance Account | 0.5 | $250 | $125.00 |
| Jackie Schneyer | 10/18/2012 | Graphics Consulting: Overlapping Officers and Directors | 1 | $250 | $250.00 |
| Jessica Genaw | 10/18/2012 | Graphics Design: Overlapping Officers and Directors | 3 | $250 | $750.00 |
| David Klein | 10/25/2012 | Team Meeting - Hartford To Prepare Graphics For Opening | 7.5 | $375 | $2,812.50 |
| Jackie Schneyer | 10/25/2012 | Team Meeting - Hartford To Prepare Graphics For Opening | 7.5 | $250 | $1,875.00 |
| Jessica Genaw | 10/25/2012 | Team Meeting - Hartford To Prepare Graphics For Opening | 7.5 | $250 | $1,875.00 |
| | | | | | |
| | | | | | |
| | | | | TOTAL | $9,500.00 |

WFB-MK641177

## Expenses

| Date | Professional | Expense | Amount |
|------|-------------|---------|--------|
| 10/25/2012 | Dave Klein | Meals for Hartford Trial Team Meeting | $40.21 |
| 10/25/2012 | Dave Klein | Parking for Hartford Trial Team Meeting | $30.00 |
| 10/24 -10/26/2012 | Jessica Genaw | Round Trip Flight – Detroit/Hartford | $987.60 |
| 10/24-10/26/2012 | Jessica Genaw | Detroit Airport Parking | $50.00 |
| 10/24-10/25/2012 | Jessica Genaw | 2 Night Hilton Lodging | $481.78 |
| | | | |
| | | **TOTAL** | **$1,589.59** |

WFB-MK641178

WFB-MK641720

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| Requested By: | CMENDEZ | Invoice Amount: | $18,857.58 |
| Vendor Name: | GREGORY DERRELL MAY | Vendor Number: | 0003042 |
| Invoice Number: | MAY-101212 | Invoice Date: | 10/12/2012 |
| Payment Method: | ORIX Payment by ACH | Date Entered: | 12/26/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Travel Expense | 13052CRG20001784001 | SALOMON 2000-C2 | $18,857.58 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix ~

xxx Unassigned

_See Attached_

Date

Return Check To Requestor ☐

**May, Greg**



**AmericanAirlines**
AA.com

**eTicket Itinerary & Receipt Confirmation**

Reservations | Award Booking | My Account | Fare Sales & Offers



**Date of Issue: 12OCT12**

Greg May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: GCRDNW**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. For faster check-in at the airport, scan the barcode at any AA Self-Service machine.

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel           Book a car           Buy trip insurance

Budget
Up to 30% off plus earn up to 500 AAdvantage bonus miles.

Up to 35% off AVIS plus earn up to 750 AAdvantage bonus miles.

Earn miles on this trip.
Enroll Now

NEW PLANES. NEW EXPERIENCE.
Learn More
AmericanAirlines

30 DAYS. UNLIMITED ACCESS. $99.

**Record Locator: GCRDNW**



## Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| AA | 478 | DALLAS FT WORTH | MON 22OCT | HARTFORD | 4:40 PM | L |

4

WFB-MK641721

| American Airlines | | | 12:20 PM | SPRNGFLD | | |
|---|---|---|---|---|---|---|
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 21D | Food For Purchase |
| **A͞A** American Airlines | 619 | HARTFORD SPRNGFLD | WED 24OCT 5:30 PM | DALLAS FT WORTH | 8:20 PM | V |
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 23D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY MAY | 0012372618551 | 929.30 | 91.30 | 1020.60 |

| ADDITIONAL SERVICES | DATE | CURRENCY | AMOUNT |
|---|---|---|---|
| Ticket Change | 12 OCT 12 | USD | 150.00 |

Payment Type: Exchange

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

### (AA CARRY-ON BAGGAGE)

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

### (AA CHECKED BAGGAGE CHARGES)

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

### NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on

5

WFB-MK641722

which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.



| Conditions Of Carriage | Special Assistance | Flight Check-In | Flight Status Notification |

 

**We know why you fly**
**AmericanAirlines**
AA.com

member of **oneworld**

This e-mail address is non-returnable and does not accommodate replies. If you have a customer service issue, please Contact AA.

NRID: 17135844543312180344499100

**May, Greg**

| | |
|---|---|
| **From:** | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| **Sent:** | Friday, October 19, 2012 3:45 PM |
| **To:** | May, Greg |
| **Subject:** | E-Ticket Confirmation-GCRDNW 22OCT |



**AmericanAirlines**
AA.com

**eTicket Itinerary & Receipt Confirmation**

[ Reservations ] [ Award Booking ] [ My Account ] [ Fare Sales & Offers ]

Date of Issue: 19OCT12

Greg May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

Record Locator: GCRDNW

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. For faster check-in at the airport, scan the barcode at any AA Self-Service machine.

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel    Book a car    Buy trip insurance





Record Locator: GCRDNW

### Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| AA | 1916 | DALLAS FT WORTH | MON 22OCT | HARTFORD | 11:55 AM | G |

WFB-MK641724

| American Airlines | | | 7:35 AM | SPRNGFLD | | |
|---|---|---|---|---|---|---|
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 22D | Food For Purchase |
| AA American Airlines | 619 | HARTFORD SPRNGFLD | WED 24OCT 5:30 PM | DALLAS FT WORTH | 8:20 PM | G |
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 23D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIERS IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY MAY | 0012372824132 | 695.82 | 73.78 | 769.60 |

| ADDITIONAL SERVICES | DATE | CURRENCY | AMOUNT |
|---|---|---|---|
| Ticket Change | 19 OCT 12 | USD | 150.00 |

Payment Type: Exchange

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on

WFB-MK641725

which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

  

**Conditions Of Carriage**    **Special Assistance**    **Flight Check-In**    **Flight Status Notification**

 

*Our* **Lowest Fare** *Guarantee* Only at AA.com

member of oneworld

*We know why you fly*
**American Airlines**
*AA.com*

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 171358445433191543371 9200

WFB-MK641726

| | |
|---|---|
| **From:** | FreedomPark Reservations <reservations@freedomparkdfw.com> |
| **Sent:** | Thursday, October 25, 2012 12:43 AM |
| **To:** | May, Greg; Newsome, Alicia |
| **Subject:** | Airport Parking Receipt - Greg May 10/22-10/24 |

# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1492343
Date: 10/9/2012 2:18:24 PM

SOLD
TO
Greg May
214-675-5824
greg.may@orix.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|---------------|-------------|----------------|--------------|
| 1492343 | 10/22/2012 | 10/24/2012 | | $78.77 |

Charges for MasterCard ending in 7728 - Primary

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|--|
| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | | $78.77 | |
| | | | | | | Credit Card Total | $78.77 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

1

**WFB-MK641727**

**May, Greg**

| | |
|---|---|
| From: | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| Sent: | Monday, October 15, 2012 4:26 PM |
| To: | May, Greg |
| Subject: | E-Ticket Confirmation-KLQDXE 28OCT |



**AmericanAirlines** AA.com

**e-Ticket Itinerary & Receipt Confirmation**

Reservations | Award Booking | My Account | Fare Sales & Offers

**Date of Issue: 15OCT12**

Greg May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: KLQDXE**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel     Book a car     Buy trip insurance


Budget
Up to 30% off plus earn up to 500 AAdvantage® bonus miles.

Up to 35% off AVIS plus earn up to 750 AAdvantage® bonus miles.

AAdvantage® Earn miles on this trip
Enroll Now

NEW PLANES. NEW EXPERIENCE.
Learn More
AmericanAirlines

30 DAYS. UNLIMITED ACCESS. $99.
AmericanAirlines

**Record Locator: KLQDXE**



**Itinerary**

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| AA | 478 | DALLAS FT WORTH | SUN 28OCT | HARTFORD | 4:40 PM | W |

1

**WFB-MK641728**

| American Airlines | | | 12:20 PM | SPRNGFLD | | |
|---|---|---|---|---|---|---|
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 15F | Food For Purchase |
| American Airlines | 1417 | HARTFORD SPRNGFLD | FRI 02NOV 12:45 PM | DALLAS FT WORTH | 3:40 PM | N |
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 15A | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY MAY | 0012314787097 | 788.83 | 80.77 | 869.60 |

Payment Type: Master Card XXXXXXXXXXXX7728     **Total: $869.60**

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines
BAG ALLOWANCE -DFWBDL-02P/AA BDLDFW-02P/AA
1STCHECKED BAG FEE-DFWBDL-USD0.00/AA BDLDFW-USD0.00/AA
2NDCHECKED BAG FEE-DFWBDL-USD0.00/AA BDLDFW-USD0.00/AA
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

2

WFB-MK641729

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

  

 

**We know why you fly***
**AmericanAirlines***
*AA.com*

**This e-mail address is non-returnable and does not accommodate replies.**
**If you have a customer service issue, please Contact AA.**

NRID: 21522744641515162419778OO

WFB-MK641730

| From: | American Airlines@aa.com <notify@aa.globalnotifications.com> |
|---|---|
| Sent: | Friday, October 19, 2012 1:40 PM |
| To: | May, Greg |
| Subject: | E-Ticket Confirmation-KLQDXE  29OCT |



**AmericanAirlines**
AA.com

**eTicket Itinerary & Receipt Confirmation**

| Reservations | Award Booking | My Account | Fare Sales & Offers |



Date of Issue: 19OCT12

Greg May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

Record Locator: KLQDXE

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-in machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. For faster check-in at the airport, scan the barcode at any AA Self-Service machine.

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel     Book a car     Buy trip insurance



Record Locator: KLQDXE



## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| AA | 1916 | DALLAS FT WORTH | MON 29OCT | HARTFORD | 11:55 AM | N |

WFB-MK641731

| American Airlines | | | 7:35 AM | SPRNGFLD | | | Food For Purchase |
|---|---|---|---|---|---|---|---|
| | | Gregory May | FF#: AR80508 EXP | Economy | | Seat 20D | |
| AA | 1417 | HARTFORD SPRNGFLD | FRI 02NOV 12:45 PM | DALLAS FT WORTH | 3:40 PM | N | |
| American Airlines | | Gregory May | FF#: AR80508 EXP | Economy | | Seat 15A | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY MAY | 0012372819945 | 509.77 | 59.83 | 569.60 |

| ADDITIONAL SERVICES | DATE | CURRENCY | AMOUNT |
|---|---|---|---|
| Ticket Change | 19 OCT 12 | USD | 150.00 |

Payment Type: Exchange

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

### (AA CARRY-ON BAGGAGE)

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

### (AA CHECKED BAGGAGE CHARGES)

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

### NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on

WFB-MK641732

which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

 **Conditions Of Carriage**      **Special Assistance**     **Flight Check-In**      **Flight Status Notification**

 **Our Lowest Fare Guarantee Only at AA.com**     member of **oneworld**     *We know why you fly*
**AmericanAirlines**
*AA.com*

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 215227446415191339285200

9

**WFB-MK641733**

| | |
|---|---|
| **From:** | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| **Sent:** | Friday, October 19, 2012 2:45 PM |
| **To:** | May, Greg |
| **Subject:** | AA eTDS Itinerary Document-KLQDXE  28 OCT 12 |

  



**Hot Deals**

Budget
Up to 30% off
plus earn up to
500 AAdvantage
bonus miles.

Up to 35% off AVIS
plus earn up to
750 AAdvantage
bonus miles.

AAdvantage®
**Earn
miles
on this
trip**
Enroll Now

NEW
PLANES.
NEW
EXPERIENCE.
Learn More
AmericanAirlines

30 DAYS.
UNLIMITED
ACCESS.
$99.
AmericanAirlines

**GREGORY MAY**

Date of Issue: 19OCT12

Record Locator: KLQDXE

Thank you for choosing American Airlines, American Eagle and American Connection, members of the **one**world® Alliance.

This is an itinerary summary only and does not constitute ticketing.

## Itinerary

| | | | | |
|---|---|---|---|---|
| **Date:** | 28 OCT 12 - SUNDAY | | | |
| **Flight :** | American Airlines | 478 | BOEING 737-800 | 3HR 20MIN |
| **Departure:** | DALLAS FT WORTH | 12:20 PM | | NON-STOP |
| **Arrival:** | HARTFORD SPRNGFLD | 4:40 PM | | FOOD FOR |
| **Name:** | MAY/GREGORY | SEAT 17A | ECONOMY   FF#: AA-AR80508 | PURCHASE |
| **Date:** | 02 NOV 12 - FRIDAY | | | |
| **Flight :** | American Airlines | 1417 | BOEING 737-800 | 3HR 55MIN |
| **Departure:** | HARTFORD SPRNGFLD | 12:45 PM | | NON-STOP |
| **Arrival:** | DALLAS FT WORTH | 3:40 PM | | FOOD FOR |
| **Name:** | MAY/GREGORY | SEAT 15A | ECONOMY   FF#: AA-AR80508 | PURCHASE |

NRID: 215227446415191443550730O

WFB-MK641734

**May, Greg**

**From:** American Airlines@aa.com <notify@aa.globalnotifications.com>
**Sent:** Friday, October 19, 2012 3:43 PM
**To:** May, Greg
**Subject:** E-Ticket Confirmation-KLQDXE 28OCT



**AmericanAirlines**
AA.com

**eTicket Itinerary & Receipt Confirmation**

Reservations | Award Booking | My Accounts | Fare Sales & Offers



**Date of Issue: 19OCT12**

Mr Gregory D May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: KLQDXE**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. For faster check-in at the airport, scan the barcode at any AA Self-Service machine.

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel        Book a car        Buy trip insurance





**Record Locator: KLQDXE**

**Itinerary**

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---------|--------------|-----------|-----------|----------|----------|--------------|
| | | City | Date & Time | City | Time | |
| AA | 478 | DALLAS FT WORTH | SUN 28OCT | HARTFORD | 4:40 PM | H |

11

**WFB-MK641735**

| American Airlines | | | 12:20 PM | SPRNGFLD | | Food For |
|---|---|---|---|---|---|---|
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 17A | Purchase |
| **AA** | 1417 | HARTFORD SPRNGFLD | FRI 02NOV 12:45 PM | DALLAS FT WORTH | 3:40 PM | S |
| American Airlines | | Gregory May | FF#: AR80508 EXP | Economy | Seat 15A | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY MAY | 0012372823961 | 1393.48 | 126.12 | 1519.60 |
| **GREGORY MAY - Additional Fare Collection 950.00** | | | | |

**Payment Type: Exchange, Master Card XXXXXXXXXXXX7728**

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and

WFB-MK641736

limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.











member of **oneworld**

We know why you fly
**AmericanAirlines**
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 215227446415191541064S500

WFB-MK641737

**May, Greg**

| | |
|---|---|
| **From:** | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| **Sent:** | Thursday, October 25, 2012 1:33 PM |
| **To:** | May, Greg |
| **Subject:** | E-Ticket Confirmation-KLQDXE 28OCT |

# AmericanAirlines
## AA.com

### e-Ticket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 25OCT12**



Mr Gregory D May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: KLQDXE**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel      Book a car      Buy trip insurance





Record Locator: KLQDXE

## Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| AA | 478 | DALLAS FT WORTH | SUN 28OCT | HARTFORD | 4:40 PM | H |

WFB-MK641738

| American Airlines | | | 12:20 PM | SPRNGFLD | | | Food For Purchase |
|---|---|---|---|---|---|---|---|
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 17A | | N |
| ![AA] | 1525 | HARTFORD SPRNGFLD | SAT 03NOV 6:00 AM | DALLAS FT WORTH | 8:50 AM | | |
| American Airlines | | Gregory May | FF#: AR80508 EXP | Economy | Seat 9D | | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY MAY | 0012372993887 | 1346.97 | 122.63 | 1469.60 |

GREGORY MAY - Additional Fare Collection 100.00

| ADDITIONAL SERVICES | DATE | CURRENCY | AMOUNT |
|---|---|---|---|
| Ticket Change | 25 OCT 12 | USD | 150.00 |

Payment Type: Exchange, Master Card XXXXXXXXXXXXX7728

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-In times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

(AA CARRY-ON BAGGAGE)

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

(AA CHECKED BAGGAGE CHARGES)

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual

WFB-MK641739

terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

**Conditions Of Carriage**  **Special Assistance**    **Flight Status Notification**

 member of oneworld

We know why you fly˙
**AmericanAirlines˙**
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 215227446415251331009200

22

| | |
|---|---|
| **From:** | FreedomPark Reservations <reservations@freedomparkdfw.com> |
| **Sent:** | Wednesday, December 19, 2012 12:30 PM |
| **To:** | May, Greg; Newsome, Alicia |
| **Subject:** | Airport Parking Receipt - Greg May 10/28-11/03 |



# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1494987
Date: 10/15/2012 4:28:48 PM

SOLD TO
Greg May
214-675-5824
greg.may@orix.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1494987 | 10/28/2012 | 11/3/2012 | -$5.37 | $177.17 |

Charges for MasterCard ending in 7728 - Primary

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Car Wash | 1 | $20.00 | $20.00 | $.00 | $.00 | | $20.00 | |
| Gratuity | 1 | $5.00 | $5.00 | $.00 | $.00 | | $5.00 | |
| Parking | 6 | $22.00 | $132.00 | $10.89 | $14.65 | | $157.54 | |
| Parking | 1 | -$4.50 | -$4.50 | -$.37 | -$.50 | | -$5.37 | Extended Stay Discount |
| | | | | | Parking Subtotal $152.17 | | | |
| | | | | | Credit Card Total $177.17 | | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

1

**WFB-MK641741**

**From:** American Airlines@aa.com <notify@aa.globalnotifications.com>
**Sent:** Thursday, October 25, 2012 11:06 AM
**To:** May, Greg
**Subject:** E-Ticket Confirmation-YQOAZU 04NOV



## AmericanAirlines
### AA.com

**eTicket Itinerary & Receipt Confirmation**

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 25OCT12**

Greg May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

### Record Locator: YQOAZU

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. For faster check-in at the airport, scan the barcode at any AA Self-Service machine.

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel    Book a car    Buy trip insurance

Budget Up to 30% off plus earn up to 500 AAdvantage® bonus miles.

Up to 35% off AVIS plus earn up to 750 AAdvantage® bonus miles.

AAdvantage® Earn miles on this trip. Enroll Now

NEW PLANES. NEW EXPERIENCE. Learn More AmericanAirlines

30 DAYS. UNLIMITED ACCESS. $99. AmericanAirlines

**Record Locator: YQOAZU**

## Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---------|---------------|----------------|-------------|---------------|------|--------------|
| AA | 478 | DALLAS FT WORTH | SUN 04NOV | HARTFORD | 4:40 PM | M |

WFB-MK641742


| American Airlines | | | 12:20 PM | SPRNGFLD | | |
|---|---|---|---|---|---|---|
| | | Gregory May | FF#: AR80508 EXP | Economy | | Food For Purchase |
| AA American Airlines | 1525 | HARTFORD SPRNGFLD | FRI 09NOV 6:00 AM | DALLAS FT WORTH | 8:50 AM | N |
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 14D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY MAY | 0012315133837 | 974.88 | 94.72 | 1069.60 |

Payment Type: Master Card XXXXXXXXXXXX7728      Total: $1069.60

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines
BAG ALLOWANCE -DFWBDL-02P/AA BDLDFW-02P/AA
1STCHECKED BAG FEE-DFWBDL-USD0.00/AA BDLDFW-USD0.00/AA
2NDCHECKED BAG FEE-DFWBDL-USD0.00/AA BDLDFW-USD0.00/AA
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

WFB-MK641743

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

| Conditions Of Carriage | Special Assistance | Flight Check-In | Flight Status Notification |
|---|---|---|---|



 member of **oneworld**

*We know why you fly*
**AmericanAirlines**
*AA.com*

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 35272511663125110045093200

| **From:** | FreedomPark Reservations <reservations@freedomparkdfw.com> |
| **Sent:** | Saturday, November 10, 2012 2:31 AM |
| **To:** | May, Greg; Newsome, Alicia |
| **Subject:** | Airport Parking Receipt - Greg May 11/04-11/09 |

# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1499444
Date: 10/25/2012 11:26:14 AM

SOLD   Greg May
TO     214-675-5824
       greg.may@orix.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|----------------|-------------|----------------|--------------|
| 1499444 | 11/4/2012 | 11/9/2012 | | $131.29 |

Charges for MasterCard ending in 7728 - Primary

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|--|
| Parking | 5 | $22.00 | $110.00 | $9.08 | $12.21 | | $131.29 | |
| Credit Card Total $131.29 | | | | | | | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

1

WFB-MK641745

## May, Greg

**From:** American Airlines@aa.com <notify@aa.globalnotifications.com>
**Sent:** Friday, November 09, 2012 12:49 PM
**To:** May, Greg
**Subject:** E-Ticket Confirmation-IPWQJC 13NOV



**American Airlines** AA.com

**eTicket Itinerary & Receipt Confirmation**

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 09NOV12**

Greg May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: IPWQJC**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel     Book a car     Buy trip insurance





Record Locator: IPWQJC

### Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---------|--------------|----------------|-------------|---------------|------|-------------|
| AA | 478 | DALLAS FT WORTH | TUE 13NOV | HARTFORD | 4:40 PM | L |

26

WFB-MK641746

| American Airlines | | | 12:20 PM | SPRNGFLD | | |
|---|---|---|---|---|---|---|
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 14F | Food For Purchase |
| AA American Airlines | 1525 | HARTFORD SPRNGFLD | SAT 17NOV 6:10 AM | DALLAS FT WORTH | 9:30 AM | G |
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 15D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY MAY | 0012315678353 | 974.89 | 94.71 | 1069.60 |

Payment Type: Master Card XXXXXXXXXXXX7728     Total: $1069.60

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines
BAG ALLOWANCE -DFWBDL-02P/AA BDLDFW-02P/AA
1STCHECKED BAG FEE-DFWBDL-USD0.00/AA
1STCHECKED BAG FEE-BDLDFW-USD0.00/AA
2NDCHECKED BAG FEE-DFWBDL-USD0.00/AA
2NDCHECKED BAG FEE-BDLDFW-USD0.00/AA
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD (or local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

WFB-MK641747

## NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.



| Conditions Of Carriage | Special Assistance | Flight Check-In | Flight Status Notification |



member of **oneworld**

*We know why you fly*
**AmericanAirlines**
*AA.com*

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 195633275013091246501B000

WFB-MK641748

| | |
|---|---|
| **From:** | FreedomPark Reservations <reservations@freedomparkdfw.com> |
| **Sent:** | Saturday, November 17, 2012 10:06 PM |
| **To:** | May, Greg; Newsome, Alicia |
| **Subject:** | Airport Parking Receipt - Greg May 11/13-11/17 |

# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1505398
Date: 11/9/2012 12:55:23 PM

SOLD
TO
Greg May
214-675-5824
greg.may@orix.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|----------------|-------------|----------------|--------------|
| 1505398 | 11/13/2012 | 11/17/2012 | | $170.75 |

Charges for MasterCard ending in 7728 - Primary

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|---|
| Car Wash | 1 | $20.00 | $20.00 | $.00 | $.00 | | $20.00 | |
| Fuel | 10.299 | $4.44 | $45.72 | $.00 | $.00 | | $45.72 | |
| Parking | 4 | $22.00 | $88.00 | $7.26 | $9.77 | | $105.03 | |
| | | | | | | Credit Card Total | $170.75 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

1

**WFB-MK641749**

**May, Greg**

| | |
|---|---|
| **From:** | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| **Sent:** | Friday, October 26, 2012 2:44 PM |
| **To:** | May, Greg |
| **Subject:** | E-Ticket Confirmation-DWYJJH 18NOV |



AmericanAirlines
AA.com

**eTicket Itinerary & Receipt Confirmation**

Reservations | Award Booking | My Account | Fare Sales & Offers

Date of Issue: 26OCT12

Greg May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: DWYJJH**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. For faster check-in at the airport, scan the barcode at any AA Self-Service machine.

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel     Book a car     Buy trip insurance



Record Locator: DWYJJH



**Itinerary**

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| AA | 478 | DALLAS FT WORTH | SUN 18NOV | HARTFORD | 4:50 PM | V |

23

**WFB-MK641750**

| American Airlines | | | 12:30 PM | SPRNGFLD | | |
|---|---|---|---|---|---|---|
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 20D | Food For Purchase |
| **AA** American Airlines | 1525 | HARTFORD SPRNGFLD | WED 21NOV 6:10 AM | DALLAS FT WORTH | 9:30 AM | Q |
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 15F | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY MAY | 0012315179982 | 649.30 | 70.30 | 719.60 |

Payment Type: Master Card XXXXXXXXXXXXX7728                                          Total: $719.60

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines
BAG ALLOWANCE - DFWBDL-02P/AA BDLDFW-02P/AA
1STCHECKED BAG FEE-DFWBDL-USD0.00/AA BDLDFW-USD0.00/AA
2NDCHECKED BAG FEE-DFWBDL-USD0.00/AA BDLDFW-USD0.00/AA
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage,.

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

WFB-MK641751

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

**Conditions Of Carriage**   **Special Assistance**      **Flight Status Notification**

      **We know why you fly'**
**AmericanAirlines'**
*AA.com*

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 44333550504826144309911700

**Newsome, Alicia**

# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1499993
Date: 10/26/2012 6:09:01 PM

SOLD  Greg May
TO    214-675-5824
      greg.may@orix.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1499993 | 11/18/2012 | 11/21/2012 | | $98.77 |

Charges for MasterCard ending in 7728 - Primary

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Car Wash | 1 | $20.00 | $20.00 | $.00 | $.00 | | $20.00 | |
| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | | $78.77 | |
| | | | | | Credit Card Total | | $98.77 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

1

**WFB-MK641753**

**May, Greg**



## AmericanAirlines
AA.com

### e-Ticket Itinerary & Receipt Confirmation

Reservations | Award Booking | My Account | Fare Sales & Offers

**Date of Issue: 19NOV12**

Greg May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: ZRVCFN**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel     Book a car     Buy trip insurance



Budget
Up to 30% off
plus earn up to
500 AAdvantage®
bonus miles.

Up to 35% off
plus earn up to
750 AAdvantage®
bonus miles.

Double
Miles
Double
Thanks

Register Now

NEW PLANES.
NEW EXPERIENCE.

Learn More
AmericanAirlines

30 DAYS.
UNLIMITED
ACCESS.
$99.
AmericanAirlines

**Record Locator: ZRVCFN**



### Itinerary

| Carrier | Flight Number | Departing City | Departing Date & Time | Arriving City | Arriving Time | Booking Code |
|---|---|---|---|---|---|---|
| AA | 478 | DALLAS FT WORTH | SUN 25NOV | HARTFORD | 4:50 PM | Y |

WFB-MK641754

| American Airlines | | | 12:30 PM | SPRNGFLD | | |
|---|---|---|---|---|---|---|
| | Gregory May | | FF#: AR80508 EXP | Economy | | Food For Purchase |
| AA<br>American Airlines | 1581 | HARTFORD SPRNGFLD | FRI 30NOV 5:45 PM | DALLAS FT WORTH | 8:55 PM | G |
| | Gregory May | | FF#: AR80508 EXP | Economy | Seat 12A | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY MAY | 0012316040407 | 1700.47 | 149.13 | 1849.60 |

Payment Type: Master Card XXXXXXXXXXXX7728  **Total: $1849.60**

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines
BAG ALLOWANCE -DFWBDL-02P/AA BDLDFW-02P/AA
1STCHECKED BAG FEE-DFWBDL-USD0.00/AA
1STCHECKED BAG FEE-BDLDFW-USD0.00/AA
2NDCHECKED BAG FEE-DFWBDL-USD0.00/AA
2NDCHECKED BAG FEE-BDLDFW-USD0.00/AA
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

WFB-MK641755

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

  

Flight Status Notification

 

We know why you fly

**AmericanAirlines**
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 66586213465419214229039000

**May, Greg**

| From: | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| Sent: | Monday, November 26, 2012 2:54 PM |
| To: | May, Greg |
| Subject: | E-Ticket Confirmation-ZRVCFN 01DEC |



**AmericanAirlines** AA.com

**eTicket Itinerary & Receipt Confirmation**

[ Reservations ] [ Award Booking ] [ My Account ] [ Fare Sales & Offers ]

**Date of Issue: 26NOV12**



Greg May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: ZRVCFN**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel       Book a car       Buy trip insurance



Budget
Up to 30% off
plus earn up to
500 AAdvantage
bonus miles.

Up to 35% off
plus earn up to
750 AAdvantage
bonus miles.

Double
Miles
Double
Thanks

Register Now

NEW
PLANES.
NEW
EXPERIENCE.

Learn More

AmericanAirlines

30 DAYS.
UNLIMITED
ACCESS.
$99.

AmericanAirlines

**Record Locator: ZRVCFN**



**Itinerary**

| | Flight | Departing | | Arriving | | Booking |
| Carrier | Number | City | Date & Time | City | Time | Code |
|---|---|---|---|---|---|---|
| | 1525 | HARTFORD | SAT 01DEC | DALLAS FT | 9:30 AM | G |

32

**WFB-MK641757**

| American Airlines | | SPRNGFLD | 6:10 AM | WORTH | | | Food For |
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 9F | Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY MAY | 0012373969922 | 1700.47 | 149.13 | 1849.60 |

**GREGORY MAY - Additional Fare Collection 150.00**

| ADDITIONAL SERVICES | DATE | CURRENCY | AMOUNT |
|---|---|---|---|
| Ticket Change | 26 NOV 12 | USD | 150.00 |

Payment Type: Exchange, Master Card XXXXXXXXXXXX7728

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

### (AA CARRY-ON BAGGAGE)

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

### (AA CHECKED BAGGAGE CHARGES)

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

### NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2.

WFB-MK641758

Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

  

Conditions Of Carriage    Special Assistance    Flight Check-In    Flight Status Notification

 

Our **Lowest Fare** Guarantee Only at AA.com

member of oneworld

*We know why you fly*
**AmericanAirlines**
*AA.com*

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 66586213465426145312623300

WFB-MK641759

| | |
|---|---|
| **From:** | FreedomPark Reservations <reservations@freedomparkdfw.com> |
| **Sent:** | Saturday, December 01, 2012 10:22 PM |
| **To:** | May, Greg; Newsome, Alicia |
| **Subject:** | Airport Parking Receipt - Greg May 11/25-12/01 |



# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1509239
Date: 11/19/2012 10:03:07 PM

SOLD
TO    Greg May
214-675-5824
greg.may@orix.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1509239 | 11/25/2012 | 12/1/2012 | -5.37 | $177.17 |

Charges for MasterCard ending in 7728 - Primary

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Car Wash | 1 | $20.00 | $20.00 | $.00 | $.00 | | $20.00 | |
| Gratuity | 1 | $5.00 | $5.00 | $.00 | $.00 | | $5.00 | |
| Parking | 6 | $22.00 | $132.00 | $10.89 | $14.65 | | $157.54 | |
| Parking | 1 | -$4.50 | -$4.50 | -$.37 | -$.50 | | -$5.37 | Extended Stay Discount |
| | | | | | | Parking Subtotal $152.17 | | |
| | | | | | | Credit Card Total $177.17 | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

1

**May, Greg**

| | |
|---|---|
| **From:** | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| **Sent:** | Wednesday, November 28, 2012 1:09 AM |
| **To:** | May, Greg |
| **Subject:** | E-Ticket Confirmation-JCADIL 02DEC |



## AmericanAirlines
### AA.com

### e-Ticket Itinerary & Receipt Confirmation

[ Reservations ] [ Award Booking ] [ My Account ] [ Fare Sales & Offers ]



**Date of Issue: 27NOV12**

Greg May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: JCADIL**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. For faster check-in at the airport, scan the barcode at any AA Self-Service machine.

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel    Book a car    Buy trip insurance



Budget
Up to 30% off,
plus earn up to
500 AAdvantage
bonus miles

Up to 35%
plus earn up to
750 AAdvantage
bonus miles

**Double
Miles
Double
Thanks**

[ Register Now ]

NEW PLANES.
NEW EXPERIENCE.

AmericanAirlines

30 DAYS.
UNLIMITED
ACCESS.
$99.

**Record Locator: JCADIL**



### Itinerary

| Carrier | Flight Number | Departing | | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | | City | Time | |
| AA | 478 | DALLAS FT WORTH | SUN 02DEC | | HARTFORD | 4:50 PM | G |

35

WFB-MK641761

| American Airlines | | | 12:30 PM | SPRNGFLD | | | |
|---|---|---|---|---|---|---|---|
| | | Gregory May | FF#: AR80508 EXP | | Economy | Seat 17F | Food For Purchase |
| AA American Airlines | 1581 | HARTFORD SPRNGFLD | THU 06DEC 5:45 PM | DALLAS FT WORTH | 8:55 PM | | G |
| | | Gregory May | FF#: AR80508 EXP | | Economy | Seat 14B | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY MAY | 0012316300698 | 695.82 | 73.78 | 769.60 |

Payment Type: Master Card XXXXXXXXXXXX7728      **Total: $769.60**

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines
BAG ALLOWANCE -DFWBDL-02P/AA BDLDFW-02P/AA
1STCHECKED BAG FEE-DFWBDL-USD0.00/AA
1STCHECKED BAG FEE-BDLDFW-USD0.00/AA
2NDCHECKED BAG FEE-DFWBDL-USD0.00/AA
2NDCHECKED BAG FEE-BDLDFW-USD0.00/AA
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

American Airlines does not impose Carry-On bag fees however, restrictions do apply.  To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag.  For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag.  For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag.  For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free.  For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free.  For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free.  For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free.  For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate.  Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

WFB-MK641762

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

Conditions Of Carriage    Special Assistance     Flight Check-In     Flight Status Notification

 Our **Lowest Fare** Guarantee Only at AA.com    member of oneworld     *We know why you fly* **AmericanAirlines** AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 50131144195228010540031700

WFB-MK641763

| | |
|---|---|
| **From:** | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| **Sent:** | Wednesday, December 05, 2012 10:17 AM |
| **To:** | May, Greg |
| **Subject:** | E-Ticket Confirmation-JCADIL  07DEC |

 **AmericanAirlines** AA.com

**eTicket Itinerary & Receipt Confirmation**

Reservations | Award Booking | My Account | Fare Sales & Offers



Date of Issue: 05DEC12

Greg May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

Record Locator: JCADIL

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel      Book a car      Buy trip insurance


**AVIS**
Up to 35% Off
Plus Triple
AAdvantage® Miles

**Budget**
Up to 30% Off
Plus Double
AAdvantage® Miles

FREE CHECKED BAG
PRIORITY BOARDING


**Double Miles Double Thanks**
Register Now

30 DAYS.
UNLIMITED
ACCESS.
$99.

Record Locator: JCADIL

## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| AA | 1581 | HARTFORD | FRI 07DEC | DALLAS FT | 8:55 PM | G |

**WFB-MK641764**

| American Airlines | | SPRNGFLD | 5:45 PM | WORTH | | |
|---|---|---|---|---|---|---|
| | Gregory May | FF#: AR80508 EXP | | Economy | Seat 17C | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY MAY | 0012374230017 | 695.82 | 73.78 | 769.60 |

GREGORY MAY - Additional Fare Collection 150.00

| ADDITIONAL SERVICES | DATE | CURRENCY | AMOUNT |
|---|---|---|---|
| Ticket Change | 05 DEC 12 | USD | 150.00 |

Payment Type: Exchange, Master Card XXXXXXXXXXXX7728

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2.

WFB-MK641765

Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights of the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

  



 member of **oneworld**

*We know why you fly*

**AmericanAirlines**
*AA.com*

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 50131144195205101 45419200

WFB-MK641766

| | |
|---|---|
| **From:** | FreedomPark Reservations <reservations@freedomparkdfw.com> |
| **Sent:** | Saturday, December 08, 2012 12:18 AM |
| **To:** | May, Greg; Newsome, Alicia |
| **Subject:** | Airport Parking Receipt - Greg May 12/02-12/07 |



# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1512295
Date: 11/28/2012 7:31:08 AM

SOLD    Greg May
TO      214-675-5824
      greg.may@orix.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1512295 | 12/2/2012 | 12/7/2012 | -$5.37 | $200.14 |

Charges for MasterCard ending in 7728 - Primary

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Fuel | 10.807 | $4.44 | $47.97 | $.00 | $.00 | | $47.97 | |
| Parking | 6 | $22.00 | $132.00 | $10.89 | $14.65 | | $157.54 | |
| Parking | 1 | -$4.50 | -$4.50 | -$.37 | -$.50 | | -$5.37 | Extended Stay Discount |
| | | | | | | Parking Subtotal $152.17 | | |
| | | | | | | Credit Card Total $200.14 | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

**WFB-MK641767**

| | |
|---|---|
| **From:** | May, Greg |
| **Sent:** | Wednesday, December 19, 2012 3:54 PM |
| **To:** | Newsome, Alicia |
| **Subject:** | FW: E-Ticket Confirmation-ARHWUF 09DEC |

Begin forwarded message:

**From:** "American Airlines@aa.com" <notify@aa.globalnotifications.com>
**Date:** December 5, 2012, 6:59:24 PM EST
**To:** "GMAY@ORIX.COM" <GMAY@ORIX.COM>
**Subject: E-Ticket Confirmation-ARHWUF 09DEC**

 eTicket Itinerary & Receipt Confirmation

Reservations | Award Booking | My Account | Fare Sales & Offers



Date of Issue: 05DEC12

Greg May:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: ARHWUF**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.



AVIS
Up to 35% Off
Plus Up to
AAdvantage® Miles

Budget
Up to 35% Off
Plus Bonus
AAdvantage® Miles

FREE CHECKED BAG
PRIORITY BOARDING

Double Miles Double Thanks

Register Now

1

**WFB-MK641768**

## Record Locator: ARHWUF



### Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---------|--------|-----------|------|-----------|------|------|
| | | City | Date & Time | City | Time | |
| **AA** American Airlines | 478 | DALLAS FT WORTH | SUN 09DEC 12:30 PM | HARTFORD SPRNGFLD | 4:50 PM | G |
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 15E | Food For Purchase |
| **AA** American Airlines | 1525 | HARTFORD SPRNGFLD | SAT 15DEC 6:10 AM | DALLAS FT WORTH | 9:30 AM | G |
| | | Gregory May | FF#: AR80508 EXP | Economy | Seat 15C | Food For Purchase |

### Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|-----------|---------------|----------|-------------------------------|--------------|
| GREGORY MAY | 0012316577085 | 695.82 | 73.78 | 769.60 |

Payment Type: Master Card XXXXXXXXXXXX7728    **Total: $769.60**

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines
BAG ALLOWANCE -DFWBDL-02P/AA BDLDFW-02P/AA
1STCHECKED BAG FEE-DFWBDL-USD0.00/AA
1STCHECKED BAG FEE-BDLDFW-USD0.00/AA
2NDCHECKED BAG FEE-DFWBDL-USD0.00/AA
2NDCHECKED BAG FEE-BDLDFW-USD0.00/AA
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

American Airlines does not impose Carry-On bag fees however, restrictions do apply.  To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag.  For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag.  For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag.  For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free.  For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free.  For a second bag, the charge

3

WFB-MK641769

is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit <u>INTERLINE PARTNER BAG CHARGES</u> for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  <u>conditions of carriage.</u>.

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

  

 

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 1158483331460517580783400

4

| | |
|---|---|
| **From:** | FreedomPark Reservations <reservations@freedomparkdfw.com> |
| **Sent:** | Saturday, December 15, 2012 10:16 PM |
| **To:** | May, Greg; Newsome, Alicia |
| **Subject:** | Airport Parking Receipt - Greg May 12/09-12/15 |

# Airport Parking Receipt



7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1515605
Date: 12/5/2012 7:35:05 PM

SOLD TO   Greg May
214-675-5824
greg.may@orix.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1515605 | 12/9/2012 | 12/15/2012 | -$5.37 | $203.17 |

Charges for MasterCard ending in 7728 - Primary

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Car Wash | 1 | $20.00 | $20.00 | $.00 | $.00 | | $20.00 | |
| Fuel | 5.406 | $4.81 | $26.00 | $.00 | $.00 | | $26.00 | |
| Gratuity | 1 | $5.00 | $5.00 | $.00 | $.00 | | $5.00 | |
| Parking | 6 | $22.00 | $132.00 | $10.89 | $14.65 | | $157.54 | |
| Parking | 1 | -$4.50 | -$4.50 | -$.37 | -$.50 | | -$5.37 | Extended Stay Discount |
| | | | | Parking Subtotal $152.17 | | | | |
| | | | | Credit Card Total $203.17 | | | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

1

**WFB-MK641771**


# Hilton

315 TRUMBULL STREET
HARTFORD, CT 06103
TELEPHONE (860) 728-5151 • FAX (860) 240-7247
RESERVATIONS
www.hilton.com or 1 800 HILTONS

**NAME & ADDRESS**

MAY, GREG
1717 MAIN STREET
SUITE 900
DALLAS, TX 75201
US

| | |
|---|---|
| ROOM | 1712/K1 |
| ARRIVAL DATE | 10/22/2012   12:35:00PM |
| DEPARTURE DATE | 10/24/2012   2:18:00PM |
| ADULT/CHILD | 1/0 |
| ROOM RATE | $169.00 |
| RATE PLAN | L-ZD |
| Hhonors # | 33597286   SILVER |
| AL: | AA  #AR80508 |

CONFIRMATION NUMBER : 3488055295

12/19/2012    PAGE    1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10/22/2012 | GUEST ROOM | SERG | 2431087 | $169.00 | | |
| 10/22/2012 | ROOM TAXES | SERG | 2431087 | $25.35 | | |
| 10/23/2012 | M&M | LINTR | 2431673 | $104.21 | | |
| 10/23/2012 | GUEST ROOM | SERG | 2432059 | $169.00 | | |
| 10/23/2012 | ROOM TAXES | SERG | 2432059 | $25.35 | | |
| 10/24/2012 | MC *7728 | SCHAN | 2432587 | | $492.91 | |
| | BALANCE | | | | | $0.00 |

|  | | EXPENSE REPORT SUMMARY | |
|---|---|---|---|
| | 10/22/2012 | 10/23/2012 | STAY TOTAL |
| ROOM & TAX | $194.35 | $194.35 | $388.70 |
| FOOD & BEVERAGE | $0.00 | $104.21 | $104.21 |
| DAILY TOTAL | $194.35 | $298.56 | $492.91 |

| ACCOUNT NO | | DATE OF CHARGE | FOLIO | |
|---|---|---|---|---|
| MC *7728 | | 10/24/12  6:18:00AM | 507953 A | |
| CARD MEMBER NAME | | AUTHORIZATION | | INITIAL |
| MAY, GREG | | 35574P | | |
| ESTABLISHMENT NO & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR | PURCHASES & SERVICES | | |
| If your experience has been less than 100% satisfactory, please bring any matter of concern to the attention of a member of our Team.  Thank | | TAXES | | |
| | | TIPS & MISC | | |
| | | TOTAL AMOUNT | | |

F O L I O

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RETURNED FOR A CASH REFUND
PAYMENT DUE UPON RECEIPT

**WFB-MK641772**



# Hilton
### Hartford

315 Trumbull Street • Hartford, CT 06103
Phone (860) 728-5151 • Fax (860) 240-7247
Reservations
www.hartford.hilton.com or 1 800 HILTONS

| Name & Address |

MAY, GREG
1717 MAIN STREET
SUITE 900
DALLAS, TX 75201
US

| | |
|---|---|
| Room | 1701/K1 |
| Arrival Date | 10/28/2012 5:39:00PM |
| Departure Date | 12/15/2012 |
| Adult/Child | 1/0 |
| Room Rate | 109.00 |

RATE PLAN    L-ZD

HH# 335972868 SILVER
AL: AA #AR80508
CAR:

*Folio*

CONFIRMATION NUMBER : 3486055295

12/14/2012   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10/28/2012 | *ROOM SERVICE | LINTR | 2436495 | $21.92 | | |
| 10/28/2012 | GUEST ROOM | SERG | 2436708 | $109.00 | | |
| 10/28/2012 | ROOM TAXES | SERG | 2436708 | $16.35 | | |
| 10/29/2012 | M&M | LINTR | 2436921 | $18.89 | | |
| 10/29/2012 | GUEST ROOM | SCHAN | 2437214 | $109.00 | | |
| 10/29/2012 | ROOM TAXES | SCHAN | 2437214 | $16.35 | | |
| 10/30/2012 | *ROOM SERVICE | LINTR | 2437508 | $26.77 | | |
| 10/30/2012 | GUEST ROOM | WWK | 2437713 | $109.00 | | |
| 10/30/2012 | ROOM TAXES | WWK | 2437713 | $16.35 | | |
| 10/31/2012 | M&M | LINTR | 2437913 | $57.86 | | |
| 10/31/2012 | GUEST ROOM | WWK | 2438338 | $109.00 | | |
| 10/31/2012 | ROOM TAXES | WWK | 2438338 | $16.35 | | |
| 11/1/2012 | GUEST ROOM | SERG | 2439015 | $109.00 | | |
| 11/1/2012 | ROOM TAXES | SERG | 2439015 | $16.35 | | |
| 11/2/2012 | VALET LAUNDRY | TADIANTO | 2439631 | $9.90 | | |
| 11/2/2012 | ROOM TAXES | TADIANTO | 2439631 | $1.49 | | |
| 11/2/2012 | GUEST ROOM | SERG | 2440033 | $109.00 | | |
| 11/2/2012 | ROOM TAXES | SERG | 2440033 | $16.35 | | |
| 11/3/2012 | GUEST ROOM | SERG | 2441264 | $109.00 | | |
| 11/3/2012 | ROOM TAXES | SERG | 2441264 | $16.35 | | |
| 11/4/2012 | GUEST ROOM | SERG | 2442093 | $109.00 | | |
| 11/4/2012 | ROOM TAXES | SERG | 2442093 | $16.35 | | |
| 11/5/2012 | GUEST ROOM | WWK | 2442794 | $109.00 | | |
| 11/5/2012 | ROOM TAXES | WWK | 2442794 | $16.35 | | |
| 11/6/2012 | GUEST ROOM | WWK | 2443698 | $109.00 | | |
| 11/6/2012 | ROOM TAXES | WWK | 2443698 | $16.35 | | |
| 11/7/2012 | GUEST ROOM | SERG | 2444775 | $109.00 | | |

The Hilton Family

Hilton

CONRAD

DoubleTree

EMBASSY SUITES
HOTELS

Hampton

Hilton
Garden Inn

Hilton
Grand Vacations Club

HOMEWOOD
SUITES

USA
Official Sponsor

ACCOUNT NO.

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

If your experience has been less than 100% satisfactory, please bring
any matter of concern to the attention of a member of our Team.
Thank you for staying with us at the Hilton Hartford and we look
forward to Welcoming you back for Future Stays.

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| AUTHORIZATION 507954 A | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

**WFB-MK641773**

315 Trumbull Street • Hartford, CT 06103
Phone (860) 728-5151 • Fax (860) 240-7247
Reservations
www.hartford.hilton.com or 1 800 HILTONS

# Hilton
## Hartford

*Folio*

Name & Address

MAY, GREG
1717 MAIN STREET
SUITE 900
DALLAS, TX 75201
US

| | |
|---|---|
| Room | 1701/K1 |
| Arrival Date | 10/28/2012   5:39:00PM |
| Departure Date | 12/15/2012 |
| Adult/Child | 1/0 |
| Room Rate | 109.00 |

RATE PLAN         L-ZD

HH# 335972868 SILVER
AL:  AA  #AR80508
CAR:

CONFIRMATION NUMBER : 3486055295

12/14/2012   PAGE   2

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 11/7/2012 | ROOM TAXES | SERG | 2444775 | $16.35 | | |
| 11/8/2012 | GUEST ROOM | SERG | 2445885 | $109.00 | | |
| 11/8/2012 | ROOM TAXES | SERG | 2445885 | $16.35 | | |
| 11/9/2012 | VALET LAUNDRY | TADIANTO | 2446630 | $24.75 | | |
| 11/9/2012 | ROOM TAXES | TADIANTO | 2446630 | $3.71 | | |
| 11/9/2012 | GUEST ROOM | SERG | 2446958 | $109.00 | | |
| 11/9/2012 | ROOM TAXES | SERG | 2446958 | $16.35 | | |
| 11/10/2012 | GUEST ROOM | SERG | 2447981 | $109.00 | | |
| 11/10/2012 | ROOM TAXES | SERG | 2447981 | $16.35 | | |
| 11/11/2012 | GUEST ROOM | SERG | 2449081 | $109.00 | | |
| 11/11/2012 | ROOM TAXES | SERG | 2449081 | $16.35 | | |
| 11/12/2012 | GUEST ROOM | WWK | 2449734 | $109.00 | | |
| 11/12/2012 | ROOM TAXES | WWK | 2449734 | $16.35 | | |
| 11/13/2012 | GUEST ROOM | WWK | 2450850 | $109.00 | | |
| 11/13/2012 | ROOM TAXES | WWK | 2450850 | $16.35 | | |
| 11/14/2012 | GUEST ROOM | WWK | 2451964 | $109.00 | | |
| 11/14/2012 | ROOM TAXES | WWK | 2451964 | $16.35 | | |
| 11/15/2012 | GUEST ROOM | SERG | 2452976 | $109.00 | | |
| 11/15/2012 | ROOM TAXES | SERG | 2452976 | $16.35 | | |
| 11/16/2012 | GUEST ROOM | SERG | 2453750 | $109.00 | | |
| 11/16/2012 | ROOM TAXES | SERG | 2453750 | $16.35 | | |
| 11/17/2012 | GUEST ROOM | SERG | 2454327 | $109.00 | | |
| 11/17/2012 | ROOM TAXES | SERG | 2454327 | $16.35 | | |
| 11/18/2012 | GUEST ROOM | SERG | 2454861 | $109.00 | | |
| 11/18/2012 | ROOM TAXES | SERG | 2454861 | $16.35 | | |
| 11/19/2012 | GUEST ROOM | WWK | 2455212 | $109.00 | | |
| 11/19/2012 | ROOM TAXES | WWK | 2455212 | $16.35 | | |

ACCOUNT NO.

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION      ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

If your experience has been less than 100% satisfactory, please bring
any matter of concern to the attention of a member of our Team.
Thank you for staying with us at the Hilton Hartford and we look
forward to Welcoming you back for Future Stays.

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| AUTHORIZATION   507954  A | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

The Hilton Family

Hilton

CONRAD

DoubleTree

EMBASSY SUITES HOTELS

Hampton

Hilton Garden Inn

Hilton Grand Vacations Club

HOMEWOOD SUITES

USA Official Sponsor

**WFB-MK641774**

# Hilton
## Hartford

*Folio*

Name & Address

MAY, GREG
1717 MAIN STREET
SUITE 900
DALLAS, TX 75201
US

| | |
|---|---|
| Room | 1701/K1 |
| Arrival Date | 10/28/2012  5:39:00PM |
| Departure Date | 12/15/2012 |
| Adult/Child | 1/0 |
| Room Rate | 109.00 |

RATE PLAN          L-ZD

HH# 335972868 SILVER
AL: AA  #AR80508
CAR:

CONFIRMATION NUMBER : 3486055295

12/14/2012   PAGE   3

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 11/20/2012 | MC *7728 | SCHAN | 2455499 | | $3,048.34 | |
| 11/20/2012 | VALET LAUNDRY | SCHAN | 2455500 | $19.80 | | |
| 11/20/2012 | ROOM TAXES | SCHAN | 2455500 | $2.97 | | |
| 11/20/2012 | GUEST ROOM | WWK | 2455670 | $109.00 | | |
| 11/20/2012 | ROOM TAXES | WWK | 2455670 | $16.35 | | |
| 11/21/2012 | GUEST ROOM | WWK | 2455875 | $109.00 | | |
| 11/21/2012 | ROOM TAXES | WWK | 2455875 | $16.35 | | |
| 11/22/2012 | GUEST ROOM | SERG | 2456005 | $109.00 | | |
| 11/22/2012 | ROOM TAXES | SERG | 2456005 | $16.35 | | |
| 11/23/2012 | GUEST ROOM | SERG | 2456193 | $109.00 | | |
| 11/23/2012 | ROOM TAXES | SERG | 2456193 | $16.35 | | |
| 11/24/2012 | GUEST ROOM | SERG | 2456480 | $109.00 | | |
| 11/24/2012 | ROOM TAXES | SERG | 2456480 | $16.35 | | |
| 11/25/2012 | GUEST ROOM | SERG | 2456803 | $109.00 | | |
| 11/25/2012 | ROOM TAXES | SERG | 2456803 | $16.35 | | |
| 11/26/2012 | GUEST ROOM | SERG | 2457430 | $109.00 | | |
| 11/26/2012 | ROOM TAXES | SERG | 2457430 | $16.35 | | |
| 11/27/2012 | GUEST ROOM | SERG | 2458426 | $109.00 | | |
| 11/28/2012 | GUEST ROOM | WWK | 2459444 | $109.00 | | |
| 11/29/2012 | GUEST ROOM | WWK | 2460540 | $109.00 | | |
| 11/30/2012 | VALET LAUNDRY | MJL | 2461697 | $19.80 | | |
| 11/30/2012 | GUEST ROOM | WWK | 2461903 | $109.00 | | |
| 12/1/2012 | GUEST ROOM | SERG | 2462541 | $109.00 | | |
| 12/2/2012 | GUEST ROOM | SERG | 2463321 | $109.00 | | |
| 12/3/2012 | GUEST ROOM | WWK | 2464029 | $109.00 | | |
| 12/4/2012 | GUEST ROOM | WWK | 2465082 | $109.00 | | |
| 12/5/2012 | GUEST ROOM | WWK | 2466128 | $109.00 | | |

The Hilton Family

Hilton

CONRAD

DoubleTree

EMBASSY SUITES

Hampton

Hilton Garden Inn

Hilton Grand Vacations Club

HOMEWOOD SUITES

USA
Official Sponsor

ACCOUNT NO.

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION      ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

If your experience has been less than 100% satisfactory, please bring
any matter of concern to the attention of a member of our Team.
Thank you for staying with us at the Hilton Hartford and we look
forward to Welcoming you back for Future Stays.

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| AUTHORIZATION       507954  A | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

**WFB-MK641775**

## Hilton Hartford

315 Trumbull Street • Hartford, CT 06103
Phone (860) 728-5151 • Fax (860) 240-7247
Reservations
www.hartford.hilton.com or 1 800 HILTONS

315 Trumbull Street

**Name & Address**

MAY, GREG
1717 MAIN STREET
SUITE 900
DALLAS, TX 75201
US

| | |
|---|---|
| Room | 1701/K1 |
| Arrival Date | 10/28/2012 5:39:00PM |
| Departure Date | 12/15/2012 |
| Adult/Child | 1/0 |
| Room Rate | 109.00 |

RATE PLAN    L-ZD

*Folio*

HH# 335972868 SILVER
AL: AA #AR80508
CAR:

CONFIRMATION NUMBER : 3486055295

12/14/2012    PAGE    4

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12/6/2012 | M&M | LINTR | 2466560 | $24.21 | | |
| 12/6/2012 | GUEST ROOM | SERG | 2467225 | $109.00 | | |
| 12/7/2012 | GUEST ROOM | SERG | 2468085 | $109.00 | | |
| 12/8/2012 | GUEST ROOM | SERG | 2468742 | $109.00 | | |
| 12/9/2012 | MARKETPLACE | TADIANTO | 2469223 | $7.00 | | |
| 12/9/2012 | GUEST ROOM | SERG | 2469416 | $109.00 | | |
| 12/10/2012 | *ROOM SERVICE | LINTR | 2469545 | $15.85 | | |
| 12/10/2012 | GUEST ROOM | WWK | 2470190 | $109.00 | | |
| 12/11/2012 | *ROOM SERVICE | LINTR | 2470525 | $9.78 | | |
| 12/11/2012 | VALET LAUNDRY | CML | 2470705 | $14.85 | | |
| 12/11/2012 | GUEST ROOM | WWK | 2471255 | $109.00 | | |
| 12/12/2012 | *ROOM SERVICE | LINTR | 2471680 | $19.37 | | |
| 12/12/2012 | MM BAR | LINTR | 2471915 | $5.25 | | |
| 12/12/2012 | GUEST ROOM | WWK | 2472311 | $109.00 | | |
| 12/13/2012 | *ROOM SERVICE | LINTR | 2472678 | $18.21 | | |
| 12/13/2012 | GUEST ROOM | SERG | 2473379 | $109.00 | | |
| 12/14/2012 | *ROOM SERVICE | LINTR | 2473650 | $18.21 | | |
| | BALANCE | | | | | |

*Note deductions*

*F&B 12/10 14*

*-86.67*

### EXPENSE REPORT SUMMARY

| | 10/28/12 | 10/29/12 | 10/30/12 | 10/31/12 |
|---|---|---|---|---|
| ROOM & TAX | $125.35 | $125.35 | $125.35 | $125.35 |
| MISCELLANEOUS | $0.00 | $0.00 | $0.00 | $0.00 |
| FOOD & BEVERAGE | $21.92 | $18.89 | $26.77 | $57.86 |
| DAILY TOTAL | $147.27 | $144.24 | $152.12 | $183.21 |

ACCOUNT NO.

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

If your experience has been less than 100% satisfactory, please bring
any matter of concern to the attention of a member of our Team.
Thank you for staying with us at the Hilton Hartford and we look
forward to Welcoming you back for Future Stays.

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| AUTHORIZATION    507954 A | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

iFamily
Hampton
Hilton Garden Inn
Hilton Grand Vacations Club
HOMEWOOD SUITES
USA Official Sponsor

**WFB-MK641776**



## Hilton
### Hartford

315 Trumbull Street • Hartford, CT 06103
Phone (860) 728-5151 • Fax (860) 240-7247
Reservations
www.hartford.hilton.com or 1 800 HILTONS

**Name & Address**

MAY, GREG
1717 MAIN STREET
SUITE 900
DALLAS, TX 75201
US

| | |
|---|---|
| Room | 1701/K1 |
| Arrival Date | 10/28/2012 5:39:00PM |
| Departure Date | 12/15/2012 |
| Adult/Child | 1/0 |
| Room Rate | 109.00 |

RATE PLAN        L-ZD

*Folio*

HH# 335972868 SILVER
AL: AA  #AR80508
CAR:

CONFIRMATION NUMBER : 3486055295

12/14/2012  PAGE    5

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | 11/01/12 | 11/02/12 | 11/03/12 | 11/04/12 | | |
| ROOM & TAX | $125.35 | $126.84 | $125.35 | $125.35 | | |
| MISCELLANEOUS | $0.00 | $9.90 | $0.00 | $0.00 | | |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $0.00 | | |
| DAILY TOTAL | $125.35 | $136.74 | $125.35 | $125.35 | | |
| | 11/05/12 | 11/06/12 | 11/07/12 | 11/08/12 | | |
| ROOM & TAX | $125.35 | $125.35 | $125.35 | $125.35 | | |
| MISCELLANEOUS | $0.00 | $0.00 | $0.00 | $0.00 | | |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $0.00 | | |
| DAILY TOTAL | $125.35 | $125.35 | $125.35 | $125.35 | | |
| | 11/09/12 | 11/10/12 | 11/11/12 | 11/12/12 | | |
| ROOM & TAX | $129.06 | $125.35 | $125.35 | $125.35 | | |
| MISCELLANEOUS | $24.75 | $0.00 | $0.00 | $0.00 | | |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $0.00 | | |
| DAILY TOTAL | $153.81 | $125.35 | $125.35 | $125.35 | | |
| | 11/13/12 | 11/14/12 | 11/15/12 | 11/16/12 | | |
| ROOM & TAX | $125.35 | $125.35 | $125.35 | $125.35 | | |
| MISCELLANEOUS | $0.00 | $0.00 | $0.00 | $0.00 | | |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $0.00 | | |
| DAILY TOTAL | $125.35 | $125.35 | $125.35 | $125.35 | | |

ACCOUNT NO.

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

If your experience has been less than 100% satisfactory, please bring
any matter of concern to the attention of a member of our Team.
Thank you for staying with us at the Hilton Hartford and we look
forward to Welcoming you back for Future Stays.

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|
| AUTHORIZATION    507954  A | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | |

PAYMENT DUE UPON RECEIPT

The Hilton Family
Hilton
CONRAD
DoubleTree
EMBASSY SUITES HOTELS
Hampton
Hilton Garden Inn
Hilton Grand Vacations Club
HOMEWOOD SUITES
USA
*Official Sponsor*

WFB-MK641777

# Hilton
### Hartford

315 Trumbull Street • Hartford, CT 06103
Phone (860) 728-5151 • Fax (860) 240-7247
Reservations
www.hartford.hilton.com or 1 800 HILTONS

**Name & Address**

MAY, GREG
1717 MAIN STREET
SUITE 900
DALLAS, TX 75201
US

| | |
|---|---|
| Room | 1701/K1 |
| Arrival Date | 10/28/2012 5:39:00PM |
| Departure Date | 12/15/2012 |
| Adult/Child | 1/0 |
| Room Rate | 109.00 |

*Folio*

RATE PLAN      L-ZD

HH# 335972868 SILVER
AL: AA #AR80508
CAR:

CONFIRMATION NUMBER : 3486055295

12/14/2012   PAGE   6

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | 11/17/12 | 11/18/12 | 11/19/12 | 11/20/12 | · | |
| ROOM & TAX | $125.35 | $125.35 | $125.35 | $128.32 | | |
| MISCELLANEOUS | $0.00 | $0.00 | $0.00 | $19.80 | | |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $0.00 | | |
| DAILY TOTAL | $125.35 | $125.35 | $125.35 | $148.12 | | |
| | | | | | | |
| | 11/21/12 | 11/22/12 | 11/23/12 | 11/24/12 | | |
| ROOM & TAX | $125.35 | $125.35 | $125.35 | $125.35 | | |
| MISCELLANEOUS | $0.00 | $0.00 | $0.00 | $0.00 | | |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $0.00 | | |
| DAILY TOTAL | $125.35 | $125.35 | $125.35 | $125.35 | | |
| | | | | | | |
| | 11/25/12 | 11/26/12 | 11/27/12 | 11/28/12 | | |
| ROOM & TAX | $125.35 | $125.35 | $109.00 | $109.00 | | |
| MISCELLANEOUS | $0.00 | $0.00 | $0.00 | $0.00 | | |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $0.00 | | |
| DAILY TOTAL | $125.35 | $125.35 | $109.00 | $109.00 | | |
| | | | | | | |
| | 11/29/12 | 11/30/12 | 12/01/12 | 12/02/12 | | |
| ROOM & TAX | $109.00 | $109.00 | $109.00 | $109.00 | | |
| MISCELLANEOUS | $0.00 | $19.80 | $0.00 | $0.00 | | |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $0.00 | | |
| DAILY TOTAL | $109.00 | $128.80 | $109.00 | $109.00 | | |

ACCOUNT NO.

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION    [ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER THE PAYMENT]

If your experience has been less than 100% satisfactory, please bring
any matter of concern to the attention of a member of our Team.
Thank you for staying with us at the Hilton Hartford and we look
forward to Welcoming you back for Future Stays.

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| AUTHORIZATION   507954  A | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

The Hilton Family
Hilton
CONRAD
DoubleTree
Hampton
Hilton Garden Inn
Hilton Grand Vacations Club
Homewood Suites
USA Official Sponsor

WFB-MK641778



**Hilton**
Hartford

315 Trumbull Street • Hartford, CT 06103
Phone (860) 728-5151 • Fax (860) 240-7247
Reservations
www.hartford.hilton.com or 1 800 HILTONS

Name & Address

MAY, GREG
1717 MAIN STREET
SUITE 900
DALLAS, TX 75201
US

| | |
|---|---|
| Room | 1701/K1 |
| Arrival Date | 10/28/2012 5:39:00PM |
| Departure Date | 12/15/2012 |
| Adult/Child | 1/0 |
| Room Rate | 109.00 |

*Folio*

RATE PLAN     L-ZD

HH# 335972868 SILVER
AL: AA #AR80508
CAR:

CONFIRMATION NUMBER : 3486055295

12/14/2012   PAGE   7

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | 12/03/12 | 12/04/12 | 12/05/12 | 12/06/12 | | |
| ROOM & TAX | $109.00 | $109.00 | $109.00 | $109.00 | | |
| MISCELLANEOUS | $0.00 | $0.00 | $0.00 | $0.00 | | |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $24.21 | | |
| DAILY TOTAL | $109.00 | $109.00 | $109.00 | $133.21 | | |
| | | | | | | |
| | 12/07/12 | 12/08/12 | 12/09/12 | 12/10/12 | | |
| ROOM & TAX | $109.00 | $109.00 | $109.00 | $109.00 | | |
| MISCELLANEOUS | $0.00 | $0.00 | $7.00 | $0.00 | | |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $15.85 | | |
| DAILY TOTAL | $109.00 | $109.00 | $116.00 | $124.85 | | |
| | | | | | | |
| | 12/11/12 | 12/12/12 | 12/13/12 | 12/14/12 | STAY TOTAL | |
| ROOM & TAX | $109.00 | $109.00 | $109.00 | $0.00 | $5,621.67 | |
| MISCELLANEOUS | $14.85 | $0.00 | $0.00 | $0.00 | $96.10 | |
| FOOD & BEVERAGE | $9.78 | $24.62 | $18.21 | $18.21 | $236.32 | |
| DAILY TOTAL | $133.63 | $133.62 | $127.21 | $18.21 | $5,954.09 | |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.

Thank you for choosing Hilton! Book your next stay at hilton.com and take advantage of our Internet-only Advance Purchase Rates and limited-time special offers!

ACCOUNT NO.

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION     ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

If your experience has been less than 100% satisfactory, please bring any matter of concern to the attention of a member of our Team. Thank you for staying with us at the Hilton Hartford and we look forward to Welcoming you back for Future Stays.

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| AUTHORIZATION   507954  A | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

The Hilton Family

Hilton

CONRAD

DoubleTree

EMBASSY SUITES HOTELS

Hampton

Hilton Garden Inn

Hilton Grand Vacations Club

HOMEWOOD SUITES

USA OLYMPIC
Official Sponsor

WFB-MK641779

Cab Number  37-176
Date  10-22-12  HFD
Pick-Up  315 Trumbull ST
Drop Off  BDL Airport
Fare Amount  $ 52.00
THANK YOU FOR USING ACE TAXI

Date  11/17/12
Pick-Up  Hartford
Drop Off  BDL
Fare Amount  $ $53.00
Signature _____
THANK YOU FOR USING UNITED CAB

DATE 10/24 CAB# ___ AMT 53.00
P/U  Hartford
DROP Off  BDL
DRIVER'S SIGNATURE _____

DATE 11/2/12 CAB# 4 AMT 53.00
P/U  Hartford
DROP Off  BDL
DRIVER'S SIGNATURE _____

Date  11/4/12
Pick-Up  BDL
Drop Off  Hartford Hilton
Fare Amount  $ $53.00
Signature _____
THANK YOU FOR USING UNITED CAB

WFB-MK641780

# United Cab Co.

(860) 547-1602

*24 Hour Service*
*We Go Anywhere*

Date 12/2

From BDL

To Hartford Hilton

Fare $ 53 ⁰⁴

Driver _____ No. _____

*American Express/VISA Welcome*

---

## TRANSPORTATION VOUCHER
### BRADLEY TAXI
PHONE: (860) 992-2112

Date 12/1/12   Cab No _____

Pickup Add: Hartford

Drop Off Add: BDL

Charge: _____ $ 53 ⁰⁰

Waiting Time: _____

Tip $ _____

Total $ _____

Signature

---

voucher

BRADLEY TERMINAL
INTERNATIONAL TAXICAB VOUCHER
AIRPORT No. 4204170
Connecticut Department
of Transportation
Day: 10/28/2012
No. Passengers: 1          $53 ⁰⁴
Time: 5:19 PM
Fare: 45.00
Taxicab Company: BRADLEY TAXI
License Plate No: 1
Destinations
HARTFORD CT
GRATUITIES ARE NOT INCLUDED
FOR RECEIPT, HAVE DRIVER SIGN
BELOW

_____
Driver Signature

_____
FOR DRIVER ONLY

---

voucher

BRADLEY TERMINAL
INTERNATIONAL TAXICAB VOUCHER
AIRPORT No. 4207358
Connecticut Department
of Transportation
Day: 11/13/2012
No. Passengers: 1          $53 ⁰⁴
Time: 7:50 PM
Fare: 45.00
Taxicab Company: NEW LONDON YELLOW
License Plate No: 35
Destinations
HARTFORD CT
GRATUITIES ARE NOT INCLUDED
FOR RECEIPT, HAVE DRIVER SIGN
BELOW

_____
Driver Signature

_____
FOR DRIVER ONLY

WFB-MK641781

voucher

BRADLEY TERMINAL
INTERNATIONAL TAXICAB VOUCHER
AIRPORT No. 4208909
Connecticut Department
of Transportation
Day: 11/25/2012
No. Passengers: 1
Time: 4/50 PM
Fare: 45.00
Taxicab Company: ACTION TAXI
License Plate No: 15
Destinations
HARTFORD CT
GRATUITIES ARE NOT INCLUDED
FOR RECEIPT, HAVE DRIVER SIGN
BELOW

$53.00

_____
Driver Signature

_____
FOR DRIVER ONLY

voucher

BRADLEY TERMINAL
INTERNATIONAL TAXICAB VOUCHER
AIRPORT No. 4208131
Connecticut Department
of Transportation
Day: 11/18/2012
No. Passengers: 1
Time: 5:11 PM
Fare: 45.00
Taxicab Company: AVERY CAB
License Plate No: 4
Destinations
HARTFORD CT
GRATUITIES ARE NOT INCLUDED
FOR RECEIPT, HAVE DRIVER SIGN
BELOW

53.00

_____
Driver Signature

_____
FOR DRIVER ONLY

WFB-MK641782

ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

**Litigation Invoice**

| Requested By: | CMENDEZ | | Invoice Amount: | $1,909.42 |
| Vendor Name: | PINNACLE REPROGRAPHICS-DIGITAL, LLC | | Vendor Number: | 0004298 |
| Invoice Number: | D-7789 | | Invoice Date: | 12/31/2012 |
| Payment Method: | ORIX Payment by Check | | Date Entered: | 1/8/2013 |

| Loan Number | Borrower | Remit By | Expense Category | GIL Account Number | Pool Name | Amount Status |
|---|---|---|---|---|---|---|
| 190000285 | Diamond Point Plaza LP | Borrower / Trust | Other Third Party Fees | 13052CRG20001784001 | SALOMON 2000-C2 | $1,909.42 Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

|  | Date |
|---|---|
| Brittany Maher | |
| | *See Attached* |
| Mark Pakes | 11/25/13 |

Return Check To Requestor ☐



**Pinnacle Reprographics-Digital, L.L.C.**
2100 Ross Avenue
Suite 630
Dallas, Texas 75201

JAN 0 8 2012

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2012 | D-7789 |

## BILL TO
Orix USA Corporation
1717 Main Street
Suite 900
Dallas, TX 75201
214-237-2300

*Brittany*
*Diamond Point*

## SHIP TO
Tonya Moore
BLOWBACKS
Order Date: 12/31/2012

| CLIENT/MATTER # | TERMS | DUE DATE | REP | FEDERAL ID # |
|-----------------|-------|----------|-----|--------------|
| ✓ KONOVER | Net 30 | 1/30/2013 | LMG | 32-0044066 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 15,499 | B03HP | Printing of Images on 3-Hole paper. | 0.10 | 1,549.90T |
| 1 | Tech Time | Technical time used to prepare native files. Per Hour. | 100.00 | 100.00T |
| 3 | Binders | 3 5inch DRing Notebooks | 38.00 | 114.00T |
| | | Sales Tax | 8.25% | 145.52 |

Date: 1/28/13    Approved by: _____
Expense Type: 03    Litigation: Y
Servicing Type: Special___ Deficiency: X
Loan #: 1000076 Pool: SRM505-U
Reimb: Funds in Suspense__ Borrower/Trust X
Borrower___ Trust___ Non (explain below)___
Notes: _____

Please remit payments to
2100 Ross Avenue, STE 630
Dallas, Texas 75201

Thank you for your business.

| Total | $1,909.42 |
|-------|-----------|

| Phone | WEB |
|-------|-----|
| 214-999-1300 | www.dallaspinnacle.com |

WFB-MK641784

**From:** Moore, Tonya
**Sent:** Monday, January 07, 2013 2:13 PM
**To:** Mendez, Cynthia
**Cc:** Kelsey, Farah
**Subject:** FW: Invoice D- from Pinnacle Reprographics-Digital, L.L.C.
**Attachments:** CDOCUME~1LGONZA~1.AD2LOCALS~1TempInv_D7789
_from_Pinnacle_ReprographicsDigital_L.L.C._2952.pdf

Diamond Point -- KONOVER

-----Original Message-----
From: Lino Gonzales [mailto:lgonzales@dallaspinnacle.com]
Sent: Monday, January 07, 2013 2:19 PM
To: Moore, Tonya
Subject: Invoice D- from Pinnacle Reprographics-Digital, L.L.C.

Dear Customer :

Your invoice appears below.  Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Pinnacle Reprographics-Digital, L.L.C.
14-999-1300

1

**WFB-MK641785**