

# CARMODY TORRANCE

Carmody & Torrance LLP • Attorneys at Law • www.carmodylaw.com

50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

(203) 573-1200
Tax I.D. #06-0691344

WELLS FARGO BANK, N.A., TRUSTEE
c/o JOHN B. NOLAN
DAYPITNEY LLP
242 TRUMBULL STREET
HARTFORD, CT 06103

January 16, 2013
Invoice 248482
Page 1

For Services Through December 31, 2012

Our Matter # 29176-1
KONOVER, MICHAEL et al
A.M. FITZGERALD AS EXPERT WITNESS (ATTY'S FEES)

| Timekeeper | Initials | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| PARTNER | AMF | 12/03/12 | review pleadings | 1.00 hrs. | 450.00/hr | 450.00 |
| PARTNER | AMF | 12/05/12 | review background materials; telephone conference with J. Nolan | 1.00 hrs. | 450.00/hr | 450.00 |
| PARTNER | AMF | 12/14/12 | review selected invoices | 2.00 hrs. | 450.00/hr | 900.00 |
| PARTNER | AMF | 12/17/12 | review invoices; gather information on ORIX | 3.00 hrs. | 450.00/hr | 1350.00 |
| PARTNER | AMF | 12/19/12 | review docket sheet downloaded from PACER (1 hr.); to Hartford for meeting with Attorney Nolan and Attorney Sandler (3 hr.); review additional pleadings obtained from Attorney Sandler (.5 hr) | 4.50 hrs. | 450.00/hr | 2025.00 |
| PARTNER | AMF | 12/21/12 | review transcript of final arguments | 2.00 hrs. | 450.00/hr | 900.00 |
| PARTNER | AMF | 12/26/12 | review joint pretrial memorandum | 2.00 hrs. | 450.00/hr | 900.00 |
| PARTNER | AMF | 12/28/12 | review Maryland findings of fact (1.5) and case statistics (0.5) | 2.00 hrs. | 450.00/hr | 900.00 |
| PARTNER | AMF | 12/29/12 | analyze breakdowns of fees by timekeeper | 1.00 hrs. | 450.00/hr | 450.00 |

Total Fees for Professional Services  $8,325.00

WFB-AMF000012



**Carmody & Torrance LLP** • Attorneys at Law • www.carmodylaw.com

50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

(203) 573-1200
Tax I.D. #06-0691344

WELLS FARGO BANK, N.A., TRUSTEE
c/o JOHN B. NOLAN
DAYPITNEY LLP
242 TRUMBULL STREET
HARTFORD, CT 06103

January 16, 2013
Invoice 248482
Page 2

### Reimbursable Costs

| Date | Description | Amount |
|---|---|---|
| 12/27/12 | ANTHONY M. FITZGERALD: PARKING 12/19 | 20.00 |
| 12/27/12 | ANTHONY M. FITZGERALD: TRAVEL TO HARTFORD 12/19 - 90 MILES @ .555 | 49.95 |

Total Reimbursable Costs $69.95

**TOTAL DUE FOR THIS MATTER** $8,394.95

WFB-AMF000013



# CARMODY
# TORRANCE

Carmody & Torrance LLP • Attorneys at Law • www.carmodylaw.com

50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

(203) 573-1200
Tax I.D. #06-0691344

WELLS FARGO BANK, N.A., TRUSTEE
c/o JOHN B. NOLAN
DAYPITNEY LLP
242 TRUMBULL STREET
HARTFORD, CT 06103

February 4, 2013
Invoice 249017
Page 1

For Services Through January 31, 2013

Our Matter # 29176-1

KONOVER, MICHAEL et al
A.M. FITZGERALD AS EXPERT WITNESS (ATTY'S FEES)

| | | | | |
|---|---|---|---|---|
| PARTNER 01/02/13 | AMF | 6.00 hrs. | 460.00/hr | 2760.00 |
| | continue review of invoices; review of summaries provided by Attorney Sandler; telephone conferences with Attorney Sandler seeking additional information | | | |
| ASSOC 01/02/13 | SSX | 3.80 hrs. | 190.00/hr | 722.00 |
| | confer with A.M. Fitzgerald re: research on presumption of reasonableness of bill; research on and communication of Connecticut case law on evidentiary presumption of bill's reasonableness if paid by sophisticated party and equivalent federal rule | | | |
| PARTNER 01/03/13 | AMF | 3.00 hrs. | 460.00/hr | 1380.00 |
| | search for rate information; review S.S. Xia research re: presumption of reasonableness; review pleadings and case data | | | |
| ASSOC 01/03/13 | SSX | 0.10 hrs. | 190.00/hr | 19.00 |
| | review and edit e-mail to A.M. Fitzgerald re: research findings on presumption of bill's reasonableness (state and federal law) | | | |
| PARTNER 01/04/13 | AMF | 4.00 hrs. | 460.00/hr | 1840.00 |
| | telephone conferences with Attorney Sandler re: information to be made available through declarations from Day Pitney, Joyce, and ORIX; begin drafting sections of report | | | |
| PARTNER 01/06/13 | AMF | 3.00 hrs. | 460.00/hr | 1380.00 |
| | work on partial draft of opinion; continued review of research and billing summaries | | | |
| PARTNER 01/07/13 | AMF | 6.00 hrs. | 460.00/hr | 2760.00 |
| | review case documents and fee references; draft report | | | |
| PARTNER 01/08/13 | AMF | 7.00 hrs. | 460.00/hr | 3220.00 |
| | continue document review; complete first draft of report | | | |

WFB-AMF000039



# CARMODY TORRANCE

Carmody & Torrance LLP • Attorneys at Law • www.carmodylaw.com

50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

(203) 573-1200
Tax I.D. #06-0691344

WELLS FARGO BANK, N.A., TRUSTEE
c/o JOHN B. NOLAN
DAYPITNEY LLP
242 TRUMBULL STREET
HARTFORD, CT 06103

February 4, 2013
Invoice 249017
Page 2

| | | | | | |
|---|---|---|---|---|---:|
| PARTNER<br>01/09/13 | AMF<br>review draft May and Nolan reports; continue document review; revise draft report | | 5.00 hrs. | 460.00/hr | 2300.00 |
| PARTNER<br>01/10/13 | AMF<br>complete document review and report | | 6.50 hrs. | 460.00/hr | 2990.00 |
| PARTNER<br>01/18/13 | AMF<br>telephone conference with Messrs. Sandler and Nolan; review as-filed reports and additional decisions | | 2.00 hrs. | 460.00/hr | 920.00 |
| PARTNER<br>01/26/13 | AMF<br>review plaintiff's discovery responses | | 1.50 hrs. | 460.00/hr | 690.00 |
| PARTNER<br>01/31/13 | AMF<br>review supplemental material received from Day Pitney; review Konover disclosure response; further review of summary judgment decision and work summaries; telephone conferences with Attorney Sandler re: production request in deposition notice | | 6.00 hrs. | 460.00/hr | 2760.00 |

Total Fees for Professional Services $23,741.00

### Reimbursable Costs

| | | |
|---|---|---:|
| 01/02/13 | User Name XIA,SHERRY (11037829) 01/02/2013 RESEARCH WESTLAW | 100.28 |
| 01/03/13 | User Name XIA,SHERRY (11037829) 01/03/2013 RESEARCH WESTLAW | 8.03 |
| 01/06/13 | User Name FITZGERALD,ANTHONY M (614331) 01/06/2013 RESEARCH WESTLAW | 81.55 |
| 01/09/13 | User Name FITZGERALD,ANTHONY M (614331) 01/09/2013 RESEARCH WESTLAW | 30.64 |
| 01/31/13 | PHOTOCOPIES | 15.75 |

Total Reimbursable Costs $236.25

**TOTAL DUE FOR THIS MATTER** $23,977.25

WFB-AMF000040