## SUMMARY OF JURY CONSULTANT FEES AND EXPENSES

Submitted through February 15, 2013 (Revised February 19, 2013)

| Vendor | Invoice Date | Fees | Expenses | Invoice Total |
|---|---|---|---|---|
| BLOOM STRATEGIC CONSULTING, INC | 1/5/2010 | $4,550.00 | $784.68 | $5,334.68 |
| | 11/29/2010 | $26,850.00 | $2,440.23 | $29,290.23 |
| | 6/9/2011 | $71,400.00 | $10,373.92 | $81,773.92 |
| | 9/6/2011 | $1,225.00 | $0.00 | $1,225.00 |
| | 12/14/2011 | $1,750.00 | $0.00 | $1,750.00 |
| | 8/9/2012 | $6,137.50 | $0.00 | $6,137.50 |
| | 12/3/2012 | $41,200.00 | $9,407.95 | $50,607.95 |
| | Total | $153,112.50 | $23,006.78 | $176,119.28 |

| Invoice Date | Invoice Amount | Vendor | Amnt Pd by OCM | Date Reimb. to OCM | Amnt Reimb. to OCM |
|---|---|---|---|---|---|
| 1/5/10 | $5,334.68 | BLOOM STRATEGIC CONSU | $5,334.68 | 2/15/11 | $5,334.68 |
| 11/29/10 | $29,290.23 | BLOOM STRATEGIC CONSU | $29,290.23 | 2/15/11 | $29,290.23 |
| 6/9/11 | $81,773.92 | BLOOM STRATEGIC CONSU | $81,773.92 | 8/30/11 | $81,773.92 |
| 9/6/11 | $1,225.00 | BLOOM STRATEGIC CONSU | $1,225.00 | 12/17/12 | $1,225.00 |
| 12/14/11 | $1,750.00 | BLOOM STRATEGIC CONSU | $1,750.00 | 1/27/12 | $1,750.00 |
| 8/9/12 | $6,137.50 | BLOOM STRATEGIC CONSU | $6,137.50 | 11/15/12 | $6,137.50 |
| 12/3/12 | $50,607.95 | BLOOM STRATEGIC CONSU | $50,607.95 | | |
| | $176,119.28 | | $176,119.28 | | $125,511.33 |

WFB-MK641207

# Bloom Strategic