NOV 11 2010

# ORIX Capital Markets, LLC

SS AP TRANSMITTAL FORM

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: cmendez
Vendor Name: BLOOM STRATEGIC CONSULTING, INC.
Invoice No.: 275

Batch Control #: BATCH003872
Vendor #: 05022
Invoice Date: 10/05/2010

| | | | | | | Deal Name |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $5,334.68 |

$5,334.68

Damona Point Plaza

This form must be approved in accordance with the Cost Center Approval Matrix
Manager's Approval: _____ Date: 12/7/10
Add'l Approval: _____ Date: 12/7/10
Add'l Approval:
Add'l Approval:
Add'l Approval:

Page 1 of 1

WFB-MK640579

# BLOOM STRATEGIC CONSULTING

*New Vendor OCT 2010*

8350 N. Central Expressway
Suite M1090
Dallas, TX 75206

*Brittany*

Invoice submitted to:
Greg May
ORIX USA
1717 Main
Suite 900
Dallas TX 75201

*Diamond Point*

October 05, 2010
In Reference To: Orix v. Konover

**NOV 1 1 2010**

PLEASE PAY INVOICE UPON RECEIPT. THANK YOU.

EIN# 20-8254245

Invoice #275

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 8/31/2010 Mr. Bloom reviewed case materials; participated in trial team conference call. | 2.50<br>350.00/hr | 875.00 |
| 9/14/2010 Mr. Bloom participated in trial team conference call to discuss case issues. | 1.50<br>350.00/hr | 525.00 |
| 9/20/2010 Mr. Bloom discussed Summary Judgment argument themes and visual ideas with counsel. | 0.50<br>350.00/hr | 175.00 |
| 9/23/2010 Mr. Bloom discussed Summary Judgment argument themes and visual ideas with counsel. | 0.50<br>350.00/hr | 175.00 |
| 9/29/2010 Mr. Bloom attended MSJ hearing; discussed case issues with trial counsel. | 8.00<br>350.00/hr | 2,800.00 |
| **For professional services rendered** | **13.00** | **$4,550.00** |

Additional Charges:

| | |
|---|---|
| 9/16/2010 Copies-Case Documents | 55.80 |
| 9/29/2010 Taxi Fare | 40.00 |
| Airfare to Hartford | 378.40 |
| Hotel in Hartford | 259.48 |
| 10/1/2010 Airport Parking | 51.00 |
| **Total additional charges** | **$784.68** |

*Epicor only*

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO NET
REIMB BY: B T B/T NONREIMB
LOAN NO.:
POOL NAME:

972-860-1680

**WFB-MK640580**

Greg May                                                                 Page    2

                                                                        Amount

           Total amount of this bill                                   $5,334.68

           Balance due                                                 $5,334.68

INVOICE APPROVED BY: SL
DATE: 12/5/12
EXPENSE TYPE: ____ OSP-ti+
SERVICING: LOAN  REO   DEF
REIMB BY:  B T  B/T   NONREIMB
LOAN NO.: 14-0000295
POOL NAME: SAS S20-2

WFB-MK640581

hhfax

12:52:11
WFB-MK640582.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
### AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

DEC 03 2010

Return Check to Cindi – Ext 2270

Requestor: cmendez
Vendor Name: BLOOM STRATEGIC CONSULTING, INC.
Invoice No.: 285

Batch Control #: BATCH0038
Vendor #: 05022
Invoice Date: 11/29/2010

| | | | |
|---|---|---|---|
| 190000295 | 0 | Both | |
| | | 13059 – CRG20 – 00176 S Deficiency | SALOMON 2000-C2 |

$29,290.23
$29,290.23

(36) Legal Fees
Diamond Point Plaza
OTP

This form must be approved in accordance with the Cost Center Approval Matrix
See Attached

Manager's Approval: _____ Date: 12-15-10
Add'l Approval: _____ Date: 12/21/10
Add'l Approval: _____ Date:
Add'l Approval:
Add'l Approval:

Page 1 of 1

# BLOOM STRATEGIC CONSULTING, INC.

DEC 03 2010

8350 N. Central Expressway
Suite M1090
Dallas, TX 75206

Invoice submitted to:
Greg May
ORIX USA
1717 Main
Suite 900
Dallas TX 75201

Diamond Point

November 29, 2010
In Reference To: Orix v. Konover
PLEASE PAY INVOICE UPON RECEIPT. THANK YOU.

EIN# 20-8254245

Invoice #285

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 11/4/2010 Focus Group- includes project preparation, facilitation, data and verdict analysis, written reporting, food & beverage, facility rental fees, A/V recording to DVD, mock juror recruiting, and mock juror pay. | | 26,500.00 |
| 11/24/2010 Mr. Bloom participated in conference call with trial counsel. | 1.00 350.00/hr | 350.00 |
| **For professional services rendered** | **1.00** | **$26,850.00** |

Additional Charges :

| | |
|---|---|
| 10/20/2010 Taxi Fare-Bloom | 32.00 |
| 10/27/2010 Photocopies-case materials | 23.40 |
| 11/2/2010 Federal Express-Bloom | 168.42 |
| 11/3/2010 Meals-Bloom | 10.66 |
| Change Fee-Bloom | 50.00 |
| Airfare to Hartford-Bennett | 483.40 |
| Airfare to Hartford-Bloom | 483.40 |
| Change Fee-Bennett | 150.00 |
| Meals-Bennett | 14.15 |

972-860-1680

**WFB-MK640583**

Greg May

|  | Amount |
|---|---|
| 11/3/2010 Taxi Fare-Bloom | 70.00 |
| 11/4/2010 Airport Parking-Bloom | 24.00 |
| Rental Car Fuel-Bloom | 10.36 |
| Hotel in Hartford-Bloom | 223.94 |
| Hotel in Hartford-Bennett | 258.38 |
| Photocopies | 116.40 |
| Rental car in Hartford-Bennett | 132.37 |
| Meals-Bennett | 20.62 |
| Tips-Bennett | 5.00 |
| Meals-Bennett | 7.00 |
| Airport Parking-Bennett | 47.63 |
| 11/8/2010 Federal Express-Sandler | 23.48 |
| Courier-May | 20.10 |
| Federal Express-Joyce | 17.09 |
| 11/10/2010 Federal Express-Bloom | 48.43 |

| | |
|---|---|
| **Total additional charges** | $2,440.23 |
| **Total amount of this bill** | $29,290.23 |
| **Previous balance** | $5,334.68 |
| Balance due | $34,624.91 |

Date: 12/5/10    Approved by: [signature]
Expense Type: O&P              Litigation: Y
Servicing Type: Special         Deficiency: Y
Loan #: 1900025    Pool: SRU500-5
Reimb: Funds in Suspense___ Borrower/Trust: Y
Borrower___ Trust___ Non (explain below)___
Notes:___

**WFB-MK640584**