ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| Requested By: | CMENDEZ | Invoice Amount: | $81,773.92 |
| --- | --- | --- | --- |
| Vendor Name: | BLOOM STRATEGIC CONSULTING, INC. | Vendor Number: | 0005022 |
| Invoice Number: | 343 | Invoice Date: | 6/9/2011 |
| Payment Method: | ORIX Payment by Check | Date Entered: | 6/14/2011 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Legal Fees | 13052CRG20001764001 | SALOMON 2000-C2 | $81,773.92 | Deficiency |

SPECIAL INSTRUCTIONS

Third Party

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

| | | Date |
| --- | --- | --- |
| Brittany Maher | See Attached | 6/14/11 |
| Mark Pakes | ✓ | 6/9/11 |
| Michael Moran | ✓ | 6/14/11 |
| Greg May | ✓ | 6/14/11 |
| Mike Cousins | ✓ | |

Return Check To Requestor ☒

# BLOOM STRATEGIC CONSULTING, INC.

JUN 1 4 2011

350 N. Central Expressway
Suite M1090
Dallas, TX 75206

Invoice submitted to:
Greg May
ORIX USA
1717 Main
Suite 900
Dallas TX 75201

*Brittany*

*Diamond Point Plaza*

*Konover*

June 09, 2011
In Reference To: Orix v. Konover

PLEASE PAY INVOICE UPON RECEIPT. THANK YOU.

EIN# 20-8254245

Invoice #343

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/18/2011 | Mr. Bloom prepared for and participated in conference call with trial team. | 2.00 350.00/hr | 700.00 |
| 5/10/2011 | Mr. Bloom participated in call with trial counsel to discuss issues and themes to test in the mock trial. | 1.00 350.00/hr | 350.00 |
| 5/13/2011 | Mr. Bloom reviewed Thompson mock depo video and discussed same with trial counsel. | 1.00 350.00/hr | 350.00 |
| 5/25/2011 | 2- Day Mock Trial - all logistical preparations, project facilitation and management, digital video-recording, DVD copies, decision & verdict analysis, written reporting with strategic recommendations, facility fees, food & beverage, mock juror incentives, and mock juror recruiting for 32 mock jurors. | | 70,000.00 |
| | **For professional services rendered** | **4.00** | **$71,400.00** |

Additional Charges:

| | | Amount |
|---|---|---|
| 5/23/2011 | Airfare to Hartford-Bloom | 1,059.10 |
| | Taxi Fare-Bloom | 55.00 |
| | Meals-McDonald | 12.08 |
| | Meals-McDonald | 15.43 |
| | Meals-McDonald | 7.42 |
| | Taxi Fare-McDonald | 54.00 |

972-860-1680

WFB-MK640586

| Date | Description | Amount |
|---|---|---|
| 5/23/2011 | Meals-Bloom | 28.01 |
| | Tip-Love | 3.00 |
| | Taxi Fare-Love | 54.00 |
| | Taxi Fare-Love | 50.00 |
| | Meals-McFerrin, Graves & Love | 20.64 |
| | Meals-McFerrin & Graves | 27.67 |
| | Airfare to Hartford-McFerrin & Graves | 457.90 |
| | Shipping to Hartford | 1,314.29 |
| 5/24/2011 | Office Supplies | 28.56 |
| | Computer Usage-Love | 11.80 |
| | Meals-McFerrin & Graves | 32.56 |
| | Mock Trial Photocopies | 197.70 |
| 5/25/2011 | Federal Express-Bloom | 81.54 |
| | Meals-McDonald | 7.00 |
| | Airport Parking-McDonald | 71.45 |
| | Hotel in Hartford-Bloom | 481.47 |
| | Hotel in Hartford-McDonald | 400.96 |
| | Airfare to Hartford-McDonald | 775.40 |
| | Taxi Fare-Love | 54.00 |
| | Airfare to Hartford-Love | 476.40 |
| | Meals-Bloom, McDonald, Love, May & Brittany | 50.85 |
| | Hotel in Hartford-Love | 419.35 |
| | Airport Parking-Love | 54.00 |
| | Meals-McFerrin & Graves | 43.22 |

WFB-MK640587

Greg May                                                                                     Page    3

|  |  | Amount |
|---|---|---:|
| 5/26/2011 | Meals-McFerrin & Graves | 20.76 |
|  | Airfare to Dallas-McFerrin & Graves | 603.40 |
|  | Shipping to Dallas | 1,918.80 |
|  | Taxi Fare-McFerrin & Graves | 48.00 |
|  | Hotel in Hartford-McFerrin & Graves | 1,268.88 |
| 5/31/2011 | Additional DVD sets | 150.00 |
|  | Federal Express-Joyce | 19.28 |

| | |
|---|---:|
| **Total additional charges** | $10,373.92 |
| **Total amount of this bill** | $81,773.92 |
| Previous balance | $34,624.91 |
| Accounts receivable transactions | |
| 12/16/2010 Payment - Thank You. Check No. 18455 | ($5,334.68) |
| 12/20/2010 Payment - Thank You. Check No. 18644 | ($29,290.23) |
| **Total payments and adjustments** | ($34,624.91) |
| Balance due | $81,773.92 |

3rd
Paid
per MPO →

Date: 6/14/11   Approved by: [signature]
Expense Type: _____   Litigation: X
Servicing Type: Special   Deficiency X
Loan #: 19-0000205  Pool: SB US 002
Reimb: Funds in Suspense___ Borrower/Trust X
Borrower___ Trust___ Non (explain below)___
Notes: _____

WFB-MK640588

hhfax

12:52:19
WFB-MK640589.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

Litigation Invoice

RUSH

| Requested By: | CMENDEZ | | Invoice Amount: | $1,225.00 |
| --- | --- | --- | --- | --- |
| Vendor Name: | BLOOM STRATEGIC CONSULTING, INC. | | Vendor Number: | 0005022 |
| Invoice Number: | 361 | | Invoice Date: | 9/6/2011 |
| Payment Method: | ORIX Payment by Check | | Date Entered: | 10/1/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Other Third Party Fees | 13052CRG20001784001 | SALOMON 2000-C2 | $1,225.00 | Deficiency |

### SPECIAL INSTRUCTIONS

See Attached

### AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Brittany Maher _____ Date _10/2/12_

Mark Pakes _____

Return Check To Requestor ☒ FedEx Chuck

WFB-MK640592

# BLOOM STRATEGIC CONSULTING, INC.

8350 N. Central Expressway
Suite M1090
Dallas, TX 75206

Invoice submitted to:
Greg May
ORIX USA
1717 Main
Suite 900
Dallas TX 75201

OCT 01 2012

September 06, 2011
In Reference To: Orix v. Konover  Diamond Point
PLEASE PAY INVOICE UPON RECEIPT. THANK YOU.

EIN# 20-8254245
Invoice #361

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 8/9/2011 Mr. Bloom drafted Juror Questionnaire for pre-trial filings. | 2.50<br>350.00/hr | 875.00 |
| 8/26/2011 Mr. Bloom spoke with Mr. Joyce about Juror Questionnaire; made revisions to Juror Questionnaire. | 1.00<br>350.00/hr | 350.00 |
| **For professional services rendered** | 3.50 | **$1,225.00** |
| **Previous balance** |  | **$81,773.92** |

Accounts receivable transactions

6/29/2011 Payment - Thank You. Check No. 63216            ($81,773.92)

**Total payments and adjustments**            ($81,773.92)

Balance due            $1,225.00

Date: 10/1/12  Approved by: Bloom
Expense Type: 625   Litigation: X
Servicing Type: Special____ Deficiency: X
Loan #: 1a-0000285  Pool: SBM 10-c2
Reimb: Funds in Suspense___ Borrower/Trust X
Borrower___ Trust___ Non (explain below)___
Notes:___

WFB-MK640593

# hhfax

12:52:21
WFB-MK640592.PDF

ORIX Capital Markets, LLC  
LOAN LEVEL TRANSACTIONS  
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| Requested By: | CMENDEZ | Invoice Amount: | $1,750.00 |
| --- | --- | --- | --- |
| Vendor Name: | BLOOM STRATEGIC CONSULTING, INC. | Vendor Number: | 0005022 |
| Invoice Number: | 386 | Invoice Date: | 12/14/2011 |
| Payment Method: | ORIX Payment by Check | Date Entered: | 12/14/2011 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Legal Fees | 13052CRG2000176400 1 | SALOMON 2000-C2 | $1,750.00 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Brittany Maher _____See Attached_____  Date __12/28/11__

Mark Pakes _____

Return Check To Requestor ☐

WFB-MK640594

# BLOOM STRATEGIC CONSULTING, INC.

8350 N. Central Expressway
Suite M1090
Dallas, TX 75206

Invoice submitted to:
Greg May
ORIX USA
1717 Main
Suite 900
Dallas TX 75201

DEC 14 2011

Diamond Point

December 14, 2011
In Reference To: Orix v. Konover

PLEASE PAY INVOICE UPON RECEIPT. THANK YOU.

EIN# 20-8254245

Invoice #386

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 10/21/2011 Mr. Bloom reviewed and revised statement of the case and courbir dire. | 1.50<br>350.00/hr | 525.00 |
| 11/28/2011 Mr. Bloom reviewed pre-trial materials and provided feedback to trial counsel. | 1.50<br>350.00/hr | 525.00 |
| 11/29/2011 Mr. Bloom discussed pre-trial issues with trial counsel. | 0.50<br>350.00/hr | 175.00 |
| 12/7/2011 Mr. Bloom reviewed pre-trial draft documents and discussed same with trial counsel. | 1.50<br>350.00/hr | 525.00 |
| **For professional services rendered** | 5.00 | $1,750.00 |
| **Previous balance** |  | $1,225.00 |
| Balance due |  | $2,975.00 |

Date: 12/28/11   Approved by: [signature]
Expense Type: O3P          Litigation: X
Servicing Type: Special    Deficiency: X
Loan #: 19-0000285  Pool: SBU 300-C2
Reimb: Funds in Suspense__ Borrower/Trust X
Borrower__ Trust__ Non (explain below)__
Notes:__

WFB-MK640595