ORIX Capital Markets, LLC  
LOAN LEVEL TRANSACTIONS  
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

**Litigation Invoice**

| Requested By: | CMENDEZ | | Invoice Amount: | $6,137.50 |
| Vendor Name: | BLOOM STRATEGIC CONSULTING, INC. | | Vendor Number: | 0005022 |
| Invoice Number: | 453 | | Invoice Date: | 8/9/2012 |
| Payment Method: | ORIX Payment by Check | | Date Entered: | 8/9/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Other Third Party Fees | 13052CRG20001764001 | SALOMON 2000-C2 | $6,137.50 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

Brittany Maher _____ Date _____

Mark Pakes  "See Attached" [signature]  9/18/12

Return Check To Requestor ☐

WFB-MK640589

# BLOOM Strategic Consulting, Inc.

8350 N. Central Expressway
Suite M1090
Dallas, TX 75206

Invoice submitted to:
Greg May
ORIX USA
1717 Main
Suite 900
Dallas, TX 75201

AUG 0 9 2012

August 09, 2012   *Diamond Point*
In Reference To: Orix v. Konover
PLEASE PAY INVOICE UPON RECEIPT. THANK YOU.

EIN# 20-8254245

Invoice #453

### Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 3/26/2012 | Dr. McDonald prepared material for graphics presentation. | 1.00 225.00/hr | 225.00 |
| 3/27/2012 | Dr. McDonald prepared material for graphics presentation. | 2.00 225.00/hr | 450.00 |
| 3/28/2012 | Dr. McDonald prepared material for graphics presentation. | 3.00 225.00/hr | 675.00 |
| 3/29/2012 | Dr. McDonald prepared material for graphics presentation. | 2.50 225.00/hr | 562.50 |
| 4/2/2012 | Dr. McDonald prepared materials for graphics presentation. | 1.00 225.00/hr | 225.00 |
| 4/4/2012 | Mr. Bloom prepared for and participated in trial team conference call. | 2.00 400.00/hr | 800.00 |
| 4/9/2012 | Mr. Bloom discussed case issues with trial counsel. | 1.00 400.00/hr | 400.00 |
| 5/18/2012 | Mr. Bloom discussed trial and case issues with trial counsel. | 0.50 400.00/hr | 200.00 |
| 5/21/2012 | Mr. Bloom reviewed pleadings to discuss with trial counsel. | 2.00 400.00/hr | 800.00 |
| 6/19/2012 | Mr. Bloom participated in conference call with trial counsel to discuss themes and graphics ideas. | 2.00 400.00/hr | 800.00 |

972-860-1680

WFB-MK640590

Greg May                                                                                                                    Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/27/2012 | Mr. Bloom reviewed case materials; discussed case issues and themes with trial counsel. | 2.50<br>400.00/hr | 1,000.00 |
| | **For professional services rendered** | 19.50 | **$6,137.50** |
| | Previous balance | | $2,975.00 |
| | Accounts receivable transactions | | |
| 1/9/2012 | Payment - Thank You. Check No. 66328 | | ($1,750.00) |
| | **Total payments and adjustments** | | **($1,750.00)** |
| | Balance due | | $7,362.50 |

Date: 9/14/12     Approved by: BAreken
Expense Type: O3P         Litigation: X
Servicing Type: Special____   Deficiency X
Loan #: 19-0000295   Pool: SBMS00-12
Reimb: Funds in Suspense__  Borrower/Trust X
Borrower___  Trust___  Non (explain below)___
Notes:_____

WFB-MK640591

hhfax

12:52:22
WFB-MK640594.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

**Litigation Invoice**

| | | | | |
|---|---|---|---|---|
| Requested By: | CMENDEZ | | Invoice Amount: | $50,607.95 |
| Vendor Name: | BLOOM STRATEGIC CONSULTING, INC. | | Vendor Number: | 0005022 |
| Invoice Number: | 483 | | Invoice Date: | 12/3/2012 |
| Payment Method: | ORIX Payment by Check | | Date Entered: | 12/6/2012 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
|---|---|---|---|---|---|---|---|
| 190000295 | Diamond Point Plaza LP | Borrower / Trust | Other Third Party Fees | 13052CRG20001764001 | SALOMON 2000-C2 | $50,807.95 | Deficiency |

**SPECIAL INSTRUCTIONS**

See Attached

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix

| | Date |
|---|---|
| Brittany Maher | |
| Mark Pakes | |
| Michael Moran | |
| Elizabeth Daane | |
| Mike Cousins | |

Return Check To Requestor ☐

WFB-MK640596



WFB-MK640597

# BLOOM STRATEGIC CONSULTING, INC.

8350 N. Central Expressway
Suite M1090
Dallas, TX 75206

Invoice submitted to:
Greg May
ORIX USA
1717 Main
Suite 900
Dallas, TX 75201

DEC 0 6 2012

December 03, 2012
In Reference To: Orix v. Konover *Diamond Point*
PLEASE PAY INVOICE UPON RECEIPT. THANK YOU.

EIN# 20-8254245

Invoice #483

Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 9/6/2012 | Mr. Bloom participated in conference call with counsel to discuss case and trial issues. | 1.50 400.00/hr | 600.00 |
| 10/23/2012 | Mr. Bloom reviewed jury selection materials; drafted jury profile; met with trial counsel to discuss jury selection and case issues. | 5.00 400.00/hr | 2,000.00 |
| 10/24/2012 | Mr. Bloom prepared for and attended trial jury selection; consulted with trial counsel; drafted themes list for openings. | 10.00 400.00/hr | 4,000.00 |
| 10/31/2012 | Mr. Bloom attended trial and provided strategic feedback to trial counsel. | 10.00 400.00/hr | 4,000.00 |
| 11/1/2012 | Mr. Bloom attended trial and provided strategic feedback to trial counsel. | 8.00 400.00/hr | 3,200.00 |
| 11/5/2012 | Mr. Bloom attended trial and provided strategic feedback to trial counsel. | 8.50 400.00/hr | 3,400.00 |
| 11/6/2012 | Mr. Bloom attended trial and provided strategic feedback to trial counsel. | 8.50 400.00/hr | 3,400.00 |
| 11/7/2012 | Mr. Bloom attended trial and provided strategic feedback to trial counsel. | 8.50 400.00/hr | 3,400.00 |
| 11/12/2012 | Mr. Bloom discussed trial issues with Mr. Joyce. | 0.50 400.00/hr | 200.00 |
| 11/14/2012 | Mr. Bloom attended trial and provided strategic feedback to trial counsel. | 8.50 400.00/hr | 3,400.00 |

972-860-1680

WFB-MK640598

Greg May                                                                                     Page    2

|  | Hrs/Rate | Amount |
|---|---|---|
| 11/15/2012 Mr. Bloom attended trial and provided strategic feedback to trial counsel. | 8.50<br>400.00/hr | 3,400.00 |
| 11/16/2012 Mr. Bloom attended trial and provided strategic feedback to trial counsel. | 8.50<br>400.00/hr | 3,400.00 |
| 11/19/2012 Mr. Bloom attended trial and provided strategic feedback to trial counsel. | 8.50<br>400.00/hr | 3,400.00 |
| 11/20/2012 Mr. Bloom attended trial and provided strategic feedback to trial counsel. | 8.50<br>400.00/hr | 3,400.00 |
| For professional services rendered | 103.00 | $41,200.00 |

Additional Charges :

| | Amount |
|---|---|
| 10/24/2012 Airport Parking | 40.00 |
| Airfare to Hartford | 1,130.40 |
| Taxi Fare | 54.50 |
| Hotel in Hartford | 240.35 |
| Internet | 9.95 |
| 10/31/2012 Taxi Fare | 54.00 |
| Meals-May, Simmons & Bloom | 125.54 |
| 11/1/2012 Taxi Fare | 45.00 |
| Meals | 10.48 |
| Airfare to Hartford | 1,067.60 |
| Hotel in Hartford | 370.10 |
| Airport Parking | 45.00 |
| 11/2/2012 Airfare to Hartford | 1,337.59 |
| 11/5/2012 Taxi Fare | 53.00 |
| 11/6/2012 Hotel in Hartford | 837.94 |
| 11/7/2012 Airport Parking | 65.00 |
| Taxi Fare | 59.50 |

WFB-MK640599

|            |                    | Amount     |
|------------|--------------------|-----------:|
| 11/13/2012 | Taxi Fare          | 55.50      |
|            | Internet Usage     | 5.41       |
| 11/16/2012 | Airport Parking    | 62.00      |
|            | Taxi Fare          | 50.00      |
|            | Internet Usage     | 5.00       |
|            | Hotel in Hartford  | 992.13     |
|            | Airfare to Hartford| 1,147.60   |
| 11/18/2012 | Taxi Fare          | 51.00      |
| 11/20/2012 | Airfare to Hartford| 800.00     |
|            | Hotel in Hartford  | 564.27     |
|            | Meals              | 8.59       |
|            | Taxi Fare          | 55.50      |
| 11/21/2012 | Airport Parking    | 65.00      |

|                                                    |            |
|----------------------------------------------------|-----------:|
| **Total additional charges**                       | $9,407.95  |
| **Total amount of this bill**                      | $50,607.95 |
| **Previous balance**                               | $7,362.50  |
| Accounts receivable transactions                   |            |
| 9/26/2012 Payment - Thank You. Check No. 70611     | ($6,137.50)|
| 10/8/2012 Payment - Thank You. Check No. 0001      | ($1,225.00)|
| **Total payments and adjustments**                 | ($7,362.50)|
| Balance due                                        | $50,607.95 |

```
Date:_____   Approved by:_____
Expense Type:_____   Litigation:_____
Servicing Type:   Special_____   Deficiency_____
Loan #:_____   Pool:_____
Reimb: Funds In Suspense___ Borrower/Trust___
Borrower____  Trust____  Non (explain below)___
Notes:_____
```

WFB-MK640600

Mendez, Cynthia

| | |
|---|---|
| **From:** | Moore, Tonya |
| **Sent:** | Tuesday, December 04, 2012 9:21 AM |
| **To:** | Mendez, Cynthia |
| **Subject:** | FW: Orix v. Konover |
| **Attachments:** | Orix_Konover 483.PDF; ATT00001.htm |

DIAMOND POINT – KONOVER

Thanks !!!
-T

**Tonya Moore**
Senior Litigation Paralegal
ORIX USA Corporation
1717 Main Street, Suite 900
Dallas, TX 75201
Direct: 214.237.2327
Fax: 214.237.2018
Email: tonya.moore@orix.com

The information contained in this message is privileged and confidential and is intended only for the use of the addressee. If the reader of this message is not the addressee, or the person responsible for delivery to the addressee, you are hereby notified that any dissemination, distribution or copying of the message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service.

WFB-MK640601