| Invoice Date | Invoice Amount | Vendor | Amnt Pd by OCM | Date Reimb. to OCM | Amnt Reimb. to OCM |
|---|---|---|---|---|---|
| 8/25/06 | $14,925.00 | HAGGETT LONGOBARDI, LLC | $14,925.00 | 11/29/06 | $14,925.00 |
| 6/25/07 | $16,000.00 | HAGGETT LONGOBARDI, LLC | $16,000.00 | 8/29/07 | $16,000.00 |
| 7/23/07 | $17,000.00 | HAGGETT LONGOBARDI, LLC | $17,000.00 | 11/28/07 | $17,000.00 |
| 8/7/07 | $7,750.00 | HAGGETT LONGOBARDI, LLC | $7,750.00 | 11/28/07 | $7,750.00 |
| 9/12/07 | $14,500.00 | HAGGETT LONGOBARDI, LLC | $14,500.00 | 11/28/07 | $14,500.00 |
| 10/8/07 | $6,000.00 | HAGGETT LONGOBARDI, LLC | $6,000.00 | 11/28/07 | $6,000.00 |
| 12/6/07 | $15,000.00 | HAGGETT LONGOBARDI, LLC | $15,000.00 | 3/27/08 | $15,000.00 |
| 3/6/08 | $26,819.47 | J.H. COHN LLP ACCOUNTAN | $26,819.47 | 10/22/08 | $26,819.47 |
| 12/10/08 | $34,100.37 | J.H. COHN LLP ACCOUNTAN | $34,100.37 | 5/4/09 | $34,100.37 |
| 2/11/09 | $47,950.52 | J.H. COHN LLP ACCOUNTAN | $47,950.52 | 6/3/09 | $47,950.52 |
| 3/20/09 | $41,172.15 | J.H. COHN LLP ACCOUNTAN | $41,172.15 | 6/3/09 | $41,172.15 |
| 3/31/09 | $45,912.75 | J.H. COHN LLP ACCOUNTAN | $45,912.75 | 6/3/09 | $45,912.75 |
| 4/17/09 | $24,610.37 | J.H. COHN LLP ACCOUNTAN | $24,610.37 | 7/6/09 | $24,610.37 |
| 5/29/09 | $158,870.77 | J.H. COHN LLP ACCOUNTAN | $158,870.77 | 9/14/09 | $158,870.77 |
| 6/29/09 | $33,117.95 | J.H. COHN LLP ACCOUNTAN | $33,117.95 | 9/11/09 | $33,117.95 |
| 7/16/09 | $26,491.29 | J.H. COHN LLP ACCOUNTAN | $26,491.29 | 9/11/09 | $26,491.29 |
| 9/8/09 | $45,434.01 | J.H. COHN LLP ACCOUNTAN | $45,434.01 | 10/26/09 | $45,434.01 |
| 9/16/09 | $60,372.12 | J.H. COHN LLP ACCOUNTAN | $60,372.12 | 11/4/09 | $60,372.12 |
| 10/12/09 | $115,763.21 | J.H. COHN LLP ACCOUNTAN | $115,763.21 | 12/4/09 | $115,763.21 |
| 11/6/09 | $301,630.26 | J.H. COHN LLP ACCOUNTAN | $301,630.26 | 12/9/09 | $301,630.26 |
| 12/15/09 | $43,211.76 | J.H. COHN LLP ACCOUNTAN | $43,211.76 | 2/19/10 | $43,211.76 |
| 1/12/10 | $75,145.84 | J.H. COHN LLP ACCOUNTAN | $75,145.84 | 4/12/10 | $75,145.84 |
| 2/8/10 | $48,878.33 | J.H. COHN LLP ACCOUNTAN | $48,878.33 | 4/12/10 | $48,878.33 |
| 3/11/10 | $37,996.58 | J.H. COHN LLP ACCOUNTAN | $37,996.58 | 4/21/10 | $37,996.58 |
| 5/20/10 | $10,899.48 | J.H. COHN LLP ACCOUNTAN | $10,899.48 | 8/13/10 | $10,899.48 |
| 7/28/10 | $3,156.89 | J.H. COHN LLP ACCOUNTAN | $3,156.89 | 9/17/10 | $3,156.89 |
| 9/13/10 | $45,859.14 | J.H. COHN LLP ACCOUNTAN | $45,859.14 | 10/20/10 | $45,859.14 |
| 10/11/10 | $19,494.38 | J.H. COHN LLP ACCOUNTAN | $19,494.38 | 11/2/10 | $19,494.38 |
| 11/9/10 | $13,053.47 | J.H. COHN LLP ACCOUNTAN | $13,053.47 | 12/15/10 | $13,053.47 |
| 12/14/10 | $6,508.96 | J.H. COHN LLP ACCOUNTAN | $6,508.96 | 1/24/11 | $6,508.96 |
| 5/13/11 | $7,117.13 | J.H. COHN LLP ACCOUNTAN | $7,117.13 | 5/23/11 | $7,117.13 |
| 11/15/12 | $15,195.45 | COHN REZNICK | | | |
| | $1,379,937.65 | | $1,364,742.20 | | $1,364,742.20 |

WFB-MK641367

Wells Fargo Bank, N.A., et al vs. Konover, et al.
Summary of Fees and Expenses
For the Period November 1, 2012 through January 31, 2013

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 5.30 | $ 670 | $ 3,551.00 |
| Vinni Toppi | Senior Manager | 7.00 | 520 | 3,640.00 |
| Maria Valle | Paraprofessional | 1.10 | 180 | 198.00 |
| | | 13.40 | | $ 7,389.00 |

**Disbursements**

| | | |
|---|---|---|
| Fedex | | 25.20 |
| Total Disbursements: | $ | 25.20 |
| **Total fees and disbursements** | $ | 7,414.20 |

WFB-MK641718