# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
### AUTHORIZATION FOR PAYMENT

$$ AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: tegglesten | Batch Control #: BATCH002221 |
| Vendor Name: HAGGETT LONGOBARDI, LLC | Vendor #: 04669 |
| Invoice No.: 82506 | Invoice Date: 08/25/2006 |

| Loan Numbers | Property Number | Reimb. By | GL Account | Pool Name | Amount |
|---|---|---|---|---|---|
| 190000295 | 0 | Both | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $14,925.00 |

(42) Other Third Party Fees — S Deficiency

Due Pt

Total: $14,925.00

### SPECIAL INSTRUCTIONS
See Attached

### AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | | Date: |
|---|---|---|
| Manager's Approval: D Glassio | [signature] | 11/6/06 |
| Add'l Approval: M Pakes | [signature] | |
| Add'l Approval: J Packer | [signature] | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640686


*OK to set up on Epicor* X (signature)

# Haggett Longobardi LLC
Total Business Planning℠ | Certified Public Accounting

180 Glastonbury Boulevard
Glastonbury, CT 06033
Voice: 860.633.3000
Fax: 860.657.8079
www.hlcocpa.com

AN INDEPENDENT MEMBER OF THE BDO SEIDMAN ALLIANCE

Client ID #028000-0900

Jeff Joyce, Esq.
Winstead Sechrest & Minick, PC
919 Milam, Suite 2400
Houston, TX 77002

August 25, 2006

Amount Due $14,925

Please return this top section with your check.

Retain this bill for your records.

---

# Haggett Longobardi LLC
Total Business Planning℠ | Certified Public Accounting

180 Glastonbury Boulevard
Glastonbury, CT 06033
Voice: 860.633.3000
Fax: 860.657.8079
www.hlcocpa.com

AN INDEPENDENT MEMBER OF THE BDO SEIDMAN ALLIANCE

August 25, 2006

Jeff Joyce, Esq.
Winstead Sechrest & Minick, PC
919 Milam, Suite 2400
Houston, TX 77002

Re: Wells Fargo/Konover Case

For professional services rendered for the period ended July 31, 2006 related to Phase I of the project as outlined in our engagement letter

Amount Due                                                     $14,925

Please refer to Client #028000-0900 when making payment.

INVOICE APPROVED BY: Balas
DATE: Sept 21 06
EXPENSE TYPE: Legal Other 3rd Party
SERVICING: LOAN REO DEF
REIMB BY: B T B/T NONREIMB
LOAN NO.: 19-0000295
POOL NAME: SBM500-02

AUG 31 2006

Thank you for your busines

**WFB-MK640687**