# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

| | |
|---|---|
| Requestor: | teggleston |
| Vendor Name: | HAGGETT LONGOBARDI, LLC |
| Invoice No.: | 62507-LIT |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 04669 |
| Invoice Date: | 06/25/2007 |

| Loan Number | Penalty Number | Remit By | Expense Category | Secured Unsecured | Invoice Dispute | GL Account Number 13059 - CRG20 - 00176 | Deal Name | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $16,000.00 |
| | | | | | | | | $16,000.00 |

Dec. P

---

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

| | |
|---|---|
| Manager's Approval: | Stracker |
| Add'l Approval: | Maches |
| Add'l Approval: | Maches |
| Add'l Approval: | |
| Add'l Approval: | |
| Add'l Approval: | |

Date:
Date:

WFB-MK640688

# Haggett Longobardi

Total Business Planning℠ | Certified Public Accounting

180 Glastonbury Boulevard
Glastonbury, CT 06033
Voice: 860.633.3000
Fax: 860.657.8079
www.hlcocpa.com

A N   I N D E P E N D E N T   M E M B E R   O F   B D O   S E I D M A N   A L L I A N C E

Client ID #028000-0900

Jeff Joyce, Esq.                                                    June 25, 2007
Winstead Sechrest & Minick, PC
919 Milam, Suite 2400
Houston, TX 77002                                          *Amount Due $16,000*

Please return this top section with your check.

Retain this bill for your records.

---

# Haggett Longobardi

Total Business Planning℠ | Certified Public Accounting

180 Glastonbury Boulevard
Glastonbury, CT 06033
Voice: 860.633.3000
Fax: 860.657.8079
www.hlcocpa.com

A N   I N D E P E N D E N T   M E M B E R   O F   B D O   S E I D M A N   A L L I A N C E

June 25, 2007

Jeff Joyce, Esq.
Winstead Sechrest & Minick, PC
919 Milam, Suite 2400
Houston, TX 77002

**Re: Wells Fargo/Konover Case**

For professional services rendered for the period ended August 31, 2006 through May 31, 2007 related to ongoing procedures including meetings, conference calls, financial analysis as requested by counsel and document deposition review, and other various procedures performed

*Amount Due*                                                    *$16,000*

**Monthly Detail**

|  |  |  |
|---|---|---:|
| September 2006 | $ | 78.75 |
| October 2006 |  | 825.00 |
| April 2007 |  | 3,361.25 |
| May 2007 |  | 13,197.75 |
| Subtotal |  | 17,462.75 |
| HL courtesy |  | (1,462.75) |
|  | $ | 16,000.00 |

*Please refer to Client #028000-0900 when making payment.*

*Thank you for your business*

WFB-MK640689

hhfax

12:54:24
WFB-MK640690.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: tegglestan_X | Batch Control #: BATCH002221 |
| Vendor Name: HAGGETT LONGOBARDI, LLC | Vendor #: 04669 |
| Invoice No.: 72307 | Invoice Date: 07/23/2007 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $17,000.00 |

$17,000.00

Dia DF

This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | Babar | See Attached |
| Add'l Approval: | Mares | |
| Add'l Approval: | Dlorctin | Date: 10/31/07 |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640690



**ᴴHAGGETT LONGOBARDI**
A Division of

**J.H. COHN** LLP
Accountants and Consultants since 1919

OCT 1 0 2007

Client ID #028000-0900

Jeff Joyce, Esq.
Winstead Sechrest & Minick, PC
919 Milam, Suite 2400
Houston, TX 77002

July 23, 2007

*Amount Due $17,000*

July 23, 2007

Jeff Joyce, Esq.
Winstead Sechrest & Minick, PC
919 Milam, Suite 2400
Houston, TX 77002

**Re: Wells Fargo/Konover Case**

For professional services rendered during the month of June 2007
regarding the Konover case including various document review, various
meetings, schedule preparation and discussions with attorneys.                $17,600

Less professional courtesy                                                      (600)

Amount Due                                                                    $17,000

INVOICE APPROVED BY: _____
DATE: 10/24/07
EXPENSE TYPE: 03P-litigation
SERVICING: ADM K REO (DBF)
REIMB BY: B T (B/T) NONREIMB
LOAN NO.: 12-0600795
POOL NAME: SBUS OO-C1

*Please refer to Client #028000-0900 when making payment.*

180 Glastonbury Boulevard • Glastonbury, CT 06033 • 860-633-3000 • fax 860-657-8079 • www.jhcohn.com
Ranked Among the Top 20 Accounting and Consulting Firms in the United States • Worldwide Associations Including Member Firms of SC International

WFB-MK640691

hhfax

12:54:26
WFB-MK640692.PDF

# ORIX Capital Markets, LLC

**SS AP TRANSMITTAL FORM**

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

*Return OK to requestor*

| | | |
|---|---|---|
| Requestor: | Eggleston | Batch Control #: BATCH002221 |
| Vendor Name: | HAGGETT LONGOBARDI, LLC | Vendor #: 04669 |
| Invoice No.: | 80707 | Invoice Date: 08/07/2007 |

*Diop+*

| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $7,750.00 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $7,750.00 |

Page 1 of 1

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: Bmahea **See Attached**

Add'l Approval: M Paly:

Add'l Approval: J. Yardan;

Add'l Approval:

Add'l Approval:

Add'l Approval:

Date: 11/5/07

Date:

WFB-MK640692

**HAGGETT LONGOBARDI**
*A Division of*

 **J.H. COHN** LLP
*Accountants and Consultants since 1919*

OCT 1 0 2007

Client ID #028000-0900

Jeff Joyce, Esq.
Winstead Sechrest & Minick, PC
919 Milam, Suite 2400
Houston, TX 77002

August 7, 2007

*Amount Due $7,750*

August 7, 2007

Jeff Joyce, Esq.
Winstead Sechrest & Minick, PC
919 Milam, Suite 2400
Houston, TX 77002

**Re: Wells Fargo/Konover Case**

For professional services rendered during the month of July 2007
regarding the Konover case, including various document review,
various meetings, schedule preparation and discussions with
attorneys

*Amount Due*

INVOICE APPROVED BY:
DATE: 11/20/07
EXPENSE TYPE: O2P-114
SERVICING:  LOAN  REO  (DEP)
REIMB BY:  B  T  (BD)  NONREIMB
LOAN NO.: 19-00002.85
POOL NAME: SOUCH00-C3

$7,750

*Please refer to Client #028000-0900 when making payment.*

*180 Glastonbury Boulevard • Glastonbury, CT 06033 • 860-633-3000 • fax 860-657-8079 • www.jhcohn.com*
*Ranked Among the Top 20 Accounting and Consulting Firms in the United States • Worldwide Associations Including Member Firms of SC International*

WFB-MK640693

hhfax

12:54:28
WFB-MK640694.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

_Run ck to Angel Weaver x 2240_

**Requestor:** leggleston

**Vendor Name:** HAGGETT LONGOBARDI, LLC

**Invoice No.:** 91207

**Batch Control #:** BATCH002221

**Vendor #:** 04669

**Invoice Date:** 09/12/2007

| Loan Number | Property Number | Bond | State Category | Sub Category | Sub Sub Category | GL Account Number | Class Account Number | Control | Cost Center | Bank Name | Amount | Bank Routing and Account Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 | CRG20 | 00176 | | SALOMON 2000-C2 | $14,500.00 | |

$14,500.00

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix.

See Attached

**Manager's Approval:** _(signature)_

**Add'l Approval:** mpaley

**Add'l Approval:** J.Martin

**Add'l Approval:**

**Add'l Approval:**

**Add'l Approval:**

**Date:** 11/5/92

**Date:**

Page 1 of 1

WFB-MK640694

**HAGGETT LONGOBARDI**
*A Division of*


**J.H. COHN** LLP
*Accountants and Consultants since 1919*

OCT 10 2007

Client ID #028000-0900

Jeff Joyce, Esq.
Winstead Sechrest & Minick, PC
919 Milam, Suite 2400
Houston, TX 77002

Setember 12, 2007

*Amount Due 14,500*

September 12, 2007

Jeff Joyce, Esq.
Winstead Sechrest & Minick, PC
919 Milam, Suite 2400
Houston, TX 77002

**Re: Wells Fargo/Konover Case**

For professional services rendered during the month of August 31,
2007 including the following:

- Review and analysis of documentation received, discussions
  with attorneys including various conference calls and
  preparation of various financial information analysis

$14,872.50

Less professional courtesy of

(372.50)

*Amount Due*

$14,500.00

INVOICE APPROVED BY: Blleler
DATE: 11/20+
EXPENSE TYPE: 03P-11+
SERVICING:   LOAN    REO   DEP
REIMB BY:  B   T  (B)D   NONREIMB
LOAN NO.: 19-0000295
POOL NAME: SBMS-00-JC2

*Please refer to Client #028000-0900 when making payment.*

180 Glastonbury Boulevard • Glastonbury, CT 06033 • 860-633-3000 • fax 860-657-8079 • www.jhcohn.com
Ranked Among the Top 20 Accounting and Consulting Firms in the United States • Worldwide Associations Including Member Firms of SC International

WFB-MK640695

hhfax

12:54:30
WFB-MK640696.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

*Return ck to Argus*
*Eqbunstry Weaver Cards*

| Requestor: | teggleston | Batch Control #: | BATCH002221 |
| Vendor Name: | HAGGETT LONGOBARDI, LLC | Vendor #: | 04669 |
| Invoice No.: | 100807 | Invoice Date: | 10/08/2007 |

| Loan Fund Number | Reno # | Reno By | Expense Category | Service Product | GL Account Number / Account D.R. Sub Control XXXXX - XXXXX - XXXXX | Date Paid | Amount (less contingency/other fees) |
|---|---|---|---|---|---|---|---|
| 190000295. | 0 | Both | (42) Other Third Party Fees | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $6,000.00 |
| | | | | | | | $6,000.00 |

*Dla Pt*

## SPECIAL INSTRUCTIONS

## AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix **See Attached**

| Manager's Approval: | B Mahu | |
| Add'l Approval: | M. Paron | Date: |
| Add'l Approval: | J. Yarchin | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640696

**HAGGETT LONGOBARDI**
A Division of


**J.H. COHN** LLP
Accountants and Consultants since 1919

OCT 1 0 2007

Client ID #028000-0900

Jeff Joyce, Esq.
Winstead Sechrest & Minick, PC
919 Milam, Suite 2400
Houston, TX 77002

October 8, 2007

*Amount Due $6,000*

October 8, 2007

Jeff Joyce, Esq.
Winstead Sechrest & Minick, PC
919 Milam, Suite 2400
Houston, TX 77002

**Re: Wells Fargo/Konover Case**

For professional services rendered through September 30, 2007
including the following:

- Review and analysis of documentation received various
  discussions and conference calls with attorney Jeff Joyce and
  preparation of financial information analysis.                    $6,157.50

Less professional courtesy of                                        (157.50)

*Amount Due*                                                        $6,000.00

> INVOICE APPROVED BY:
> DATE: 11/8/07
> EXPENSE TYPE: O3P-11+
> SERVICING: LOAN   REO   DEP
> REIMB BY: B  T  BD  NONREIMB
> LOAN NO.: 19-0000295
> POOL NAME: SBUS-00-C2

*Please refer to Client #028000-0900 when making payment.*

180 Glastonbury Boulevard • Glastonbury, CT 06033 • 860-633-3000 • fax 860-657-8079 • www.jhcohn.com
Ranked Among the Top 20 Accounting and Consulting Firms in the United States • Worldwide Associations Including Member Firms of SC International

WFB-MK640697

hhfax

12:54:32
WFB-MK640698.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: teggleston
Vendor Name: HAGGETT LONGOBARDI, LLC
Invoice No.: 120607

Batch Control #: BATCH002221
Vendor #: 04659
Invoice Date: 12/06/2007

| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 | CRG20 | 00176 | | $15,000.00 |
|---|---|---|---|---|---|---|---|---|---|---|

SALOMON 2000-C2                    $15,000.00

This form must be approved in accordance with the Cost Center Approval Matrix.

Manager's Approval: _____
Add'l Approval: _____  See Attached
Add'l Approval: _____
Add'l Approval: _____
Add'l Approval: _____
Add'l Approval: _____
Add'l Approval: _____

Date: 1/2/08
Date: 1/25/08

Page 1 of 1

WFB-MK640698

**HAGGETT LONGOBARDI**
*A Division of*

■■ **J.H.COHN** LLP
*Accountants and Consultants since 1919*

Client ID #2428000-000                                    December 6, 2007

Brittany Maher, Asset Manager
Orix Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201                                          Amount Due $15,000

---

December 6, 2007

Brittany Maher, Asset Manager
Orix Capital Markets, LLC
1717 Main Street, Suite 900
Dallas, TX 75201

**Re: Wells Fargo/Konover Case**

For professional services rendered during October and November
2007 including review of documentation provided by attorneys,
preparation and attendance at the October 8, 2007 meeting in
Hartford, CT, various discussions with attorneys                    $21,400

Less professional courtesy                                          (6,400)

*Amount Due*                                                        $15,000

cc: Jeff Joyce, Esq.
Winstead Sechrest & Minick, PC
919 Milam, Suite 2400
Houston, TX 77002

INVOICE APPROVED BY:
DATE: 1|6|08
EXPENSE TYPE: O3P-Int
SERVICING: LOAN   REO   DEO
REIMB BY: B  T  (B/T)   NONREIMB
LOAN NO.: 14-0000245
POOL NAME: SD MS 00 C2

*Please refer to Client #2428000-000 when making payment.*

*180 Glastonbury Boulevard • Glastonbury, CT 06033 • 860-633-3000 • fax 860-657-8079 • www.jhcohn.com*
*Ranked Among the Top 20 Accounting and Consulting Firms in the United States • Worldwide Associations Including Member Firms of SC International*

WFB-MK640699