# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | teggleston | Batch Control #: | BATCH002221 |
| --- | --- | --- | --- |
| Vendor Name: | J.H. COHN LLP ACCOUNTANTS & CONSULTANT | Vendor #: | 02787 |
| Invoice No.: | 1 | Invoice Date: | 03/06/2008 |

| Loan Number | Property Number | Reimb. By | Expense Category | Svc. Lvl. Sub Code | G/L ACCOUNT NUMBER Servicing Account Bus. Seg. XXXXX XXXXX XXXXX | Contract XXXXX | Deal Name | AMOUNT (Use Contra$ not Decimals) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $26,819.47 |
| | | | | | | | | $26,819.47 |

## SPECIAL INSTRUCTIONS
See Attached

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | [signature] | Date: 10/24/08 |
| --- | --- | --- |
| Add'l Approval: | [signature] | Date: 10/3/08 |
| Add'l Approval: | [signature] | |
| Add'l Approval: | [signature] | |
| Add'l Approval: | | |

Page 1 of 1

**WFB-MK640700**



**J.H. COHN LLP**
*Accountants and Consultants since 1919*

333 Thornall Street, Edison, NJ 08837
732-549-0700        732-549-7016 fax
www.jhcohn.com

**Via Electronic Mail Transmission**
jjoyce@winstead.com

Winstead P.C.
Attention: Jeffrey L. Joyce, Esq.
1100 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002

Date:            3/6/2008
Client No.       02-00302
Statement No.    1
Re:              Wells Fargo Bank, N.A., et al vs. Konover, et al.

For professional services rendered in the above-referenced matter for the period of November 25, 2007 through January 31, 2008

Review and analysis of documents and indices. Discussions with counsel and client. Assist counsel with discovery request.

|  |  |  |
|---|---|---|
| Fees: | | $ 42,119.50 |
| Less Courtesy discount: | | $(15,408.50) |
| Disbursements: | | 108.47 |
| | | $ 26,819.47 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.: 026009593
Account:  J.H. Cohn LLP
Acct#:    0147-00574-4

INVOICE APPROVED BY: Brittany [signature]
DATE: 9/15/08
EXPENSE TYPE: 03-17
SERVICING: LOAN  REO  (DE)
REIMB BY: B T (B/D) NONREIMB
LOAN NO.: 19-0000245
POOL NAME: SDLLSD0(2

Please return one copy of invoice with remittance.

Federal ID No. 22-1478099

**WFB-MK640701**

## Wells Fargo Bank, N.A., et al vs. Konover, et al.
## Summary of Fees and Expenses
## For the Period of November 25, 2007 through January 31, 2008

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Bernard A. Katz | Senior Partner | 3.70 | $ 595 | $ 2,201.50 |
| Frank Longobardi | Partner | 1.00 | 550 | 550.00 |
| Kevin Clancy | Partner | 18.60 | 550 | 10,230.00 |
| Adam Hanover | Director | 18.30 | 450 | 8,235.00 |
| Vinni Toppi | Senior Manager | 2.20 | 425 | 935.00 |
| Brian Badal | Senior Accountant | 44.20 | 300 | 13,260.00 |
| Gabriella Dondero | Staff | 30.30 | 220 | 6,666.00 |
| Maria Valle | Paraprofessional | 0.30 | 140 | 42.00 |
| | | 118.60 | | $ 42,119.50 |

Less courtesy discount: (15,408.50)

26,711.00

**Disbursements**
Telephone 7.47
Travel 101.00
Total Disbursements: $ 108.47

**Total fees and disbursements** $ 26,819.47

```
INVOICE APPROVED BY:_____
DATE:_____
EXPENSE TYPE:_____
SERVICING:   LOAN    REO    DEF
REIMB BY:  B  T  B/T   NONREIMB
LOAN NO.:_____
POOL NAME:_____
```

WFB-MK640702

| Date | Professional | Activity | Description | Time Spent |
|---|---|---|---|---|
| /07 | Adam Hanover | Br Doc review | Review complaint and related documents. | 3.00 |
| 11/26/07 | Adam Hanover | Forensic acctg | Discussions with K. Clancy re: documents and theories of recovery. | 1.00 |
| 11/27/07 | Adam Hanover | Br Doc review | Review and analyze complaint and related documents; meeting with J. Rossi re: same. | 7.30 |
| 11/28/07 | Adam Hanover | Gen meetings | Meeting with B. Katz and K. Clancy re: issues and financial analysis. | 1.30 |
| 12/17/07 | Adam Hanover | Forensic acctg | Discussions with K. Clancy and B. Katz re: scope of JHC work and available data. | 0.70 |
| 12/17/07 | Adam Hanover | Br Doc review | Review supplemental document production. | 0.20 |
| 12/18/07 | Adam Hanover | Gen tel conf | Telephone conference with J. Rossi re: background. | 0.20 |
| 12/18/07 | Adam Hanover | Gen corres | E-mails to/from counsel re: logistics. | 0.30 |
| 12/19/07 | Adam Hanover | Gen tel conf | Telephone conference with counsel, B. Katz and K. Clancy re: J. H Cohn workplan and schedule. | 0.50 |
| 12/19/07 | Adam Hanover | Gen other | Attention to Wells Fargo engagement letter, attention to P. Shipyard engagement letter. | 2.50 |
| 12/19/07 | Adam Hanover | Forensic acctg | Discussions with K. Clancy re: scope of work. | 1.00 |
| 12/21/07 | Adam Hanover | Br review trans | Attention to engagement letter. | 0.30 |
| | **Adam Hanover Total** | | | **18.30** |
| 11/28/07 | Bernard A. Katz | Br Doc review | Review complaint. | 0.80 |
| 11/28/07 | Bernard A. Katz | Gen corres rev | Review memos re: J. H. Cohn workplan. | 0.40 |
| 11/28/07 | Bernard A. Katz | Gen meetings | Meeting with A. Hanover and K. Clancy re: issues and financial analysis. | 1.30 |
| 12/17/07 | Bernard A. Katz | Forensic acctg | Discussions with K. Clancy and A. Hanover re: scope of JHC work and available data. | 0.70 |
| 12/19/07 | Bernard A. Katz | Gen tel conf | Telephone conference with counsel, A. Hanover and K. Clancy re: J. H Cohn workplan and schedule. | 0.50 |
| | **Bernard A. Katz Total** | | | **3.70** |
| /08 | Brian Badal | Forensic acctg | Discuss file conversion with V. Toppi and M. Valle. | 0.30 |
| 01/09/08 | Brian Badal | Forensic acctg | Inventory of electronic files, create and update excel inventory spreadsheet. | 4.10 |
| 01/10/08 | Brian Badal | Forensic acctg | Continued to inventory electronic files received. | 7.80 |
| 01/11/08 | Brian Badal | Forensic acctg | Continued to inventory electronic files. | 7.60 |
| 01/14/08 | Brian Badal | Forensic acctg | Index electronic files received on CD. | 7.10 |
| 01/15/08 | Brian Badal | Forensic acctg | Continued to index electronic files and integrate electronic index received from Sue Micklich. | 9.40 |
| 01/16/08 | Brian Badal | Forensic acctg | Continued to index electronic files received on CD. | 1.20 |
| 01/17/08 | Brian Badal | Forensic acctg | Supervise and review staff conducting index and organization of electronic files from CD's. | 2.70 |
| 01/17/08 | Brian Badal | Br Book and rec | Discuss document index and grid with V. Toppi. | 0.40 |
| 01/18/08 | Brian Badal | Forensic acctg | Reviewed index and continued integration of electronic index previously performed. Emailed and spoke with Sue Micklich regarding status of additional indices completed. | 3.60 |
| | **Brian Badal Total** | | | **44.20** |
| 01/15/08 | Frank Longobardi | Gen meetings | Meeting with K. Clancy to discuss status of electronic data production and coordination of efforts. | 1.00 |
| | **Frank Longobardi Total** | | | **1.00** |
| 01/15/08 | Gabriella Dondero | Forensic acctg | Wells Fargo Litigation inventory of electronic files and update excel spreadsheet inventory - CD 1 | 7.60 |
| 01/16/08 | Gabriella Dondero | Forensic acctg | Wells Fargo Litigation inventory of electronic files and update excel spreadsheet inventory - CD 1 | 7.70 |
| 01/17/08 | Gabriella Dondero | Forensic acctg | Wells Fargo Litigation inventory of electronic files and update excel spreadsheet inventory - CD 1 | 7.70 |
| 01/18/08 | Gabriella Dondero | Forensic acctg | Wells Fargo Litigation inventory of electronic files and update excel spreadsheet inventory - CD 1 | 7.30 |
| | **Gabriella Dondero Total** | | | **30.30** |

WFB-MK640703

| Date | Professional | Activity | Description | Time Spent |
|---|---|---|---|---|
| /07 | Kevin P. Clancy | Forensic acctg | Review historical documents and financial info. | 2.00 |
| 11/26/07 | Kevin P. Clancy | Forensic acctg | Discussions with A. Hanover re: documents and theories of recovery. | 1.00 |
| 11/28/07 | Kevin P. Clancy | Gen meetings | Meeting with A. Hanover and B. Katz re: issues and financial analysis. | 1.30 |
| 11/29/07 | Kevin P. Clancy | Gen tel conf | Telephone conference with counsel re: JHC scope. | 1.20 |
| 12/17/07 | Kevin P. Clancy | Forensic acctg | Discussions with A. Hanover and B. Katz re: scope of JHC work and available data. | 0.70 |
| 12/19/07 | Kevin P. Clancy | Gen tel conf | Telephone conference with counsel, B. Katz and A. Hanover re: J. H Cohn workplan and schedule. | 0.50 |
| 12/19/07 | Kevin P. Clancy | Forensic acctg | Discussions with A. Hanover re: scope of work. | 1.00 |
| 12/20/07 | Kevin P. Clancy | Forensic acctg | Discussions with staff regarding conversion of hard copy G/L data. | 0.50 |
| 01/07/08 | Kevin P. Clancy | Forensic acctg | Discussions with staff regarding G/L scanning issues. | 0.50 |
| 01/11/08 | Kevin P. Clancy | Gen tel conf | Telephone conference with counsel and client re: timeline and | 0.70 |
| 01/11/08 | Kevin P. Clancy | Forensic acctg | Review CDs and discuss pertinent financial docs to search for with staff. | 1.60 |
| 01/11/08 | Kevin P. Clancy | Forensic acctg | Discuss G/L data conversion with V. Toppi and counsel. | 0.30 |
| 01/14/08 | Kevin P. Clancy | Gen tel conf | Discussions with Paul and Sue re: document indices. | 0.50 |
| 01/14/08 | Kevin P. Clancy | Forensic acctg | Discussions with staff re: progress of indexing CDs. | 0.50 |
| 01/15/08 | Kevin P. Clancy | Gen corres rev | Receipt and review of correspondence/documents from counsel and discuss inventory process with staff. | 0.80 |
| 01/15/08 | Kevin P. Clancy | Gen meetings | Meeting with F. Longobardi to discuss status of electronic data production and coordination of efforts. | 1.00 |
| 01/18/08 | Kevin P. Clancy | Gen tel conf | Telephone conference with JJ and BM re: indices. | 0.50 |
| 01/18/08 | Kevin P. Clancy | Forensic acctg | Review document indexing issues with staff. | 1.60 |
| 01/22/08 | Kevin P. Clancy | Gen corres rev | Receipt and review of correspondence from counsel, discuss indices with staff. | 0.50 |
| /08 | Kevin P. Clancy | Gen corres rev | Receipt and review of correspondence/documents from counsel re: electronic files, revise language and discuss Timberline issues with staff. | 1.40 |
| 01/24/08 | Kevin P. Clancy | Gen tel conf | Telephone conference with counsel re: data files. | 0.50 |
| | **Kevin P. Clancy Total** | | | **18.60** |
| 01/04/08 | Maria Elena Valle | Forensic acctg | Discuss file conversion with V. Toppi and B. Badal. | 0.30 |
| | **Maria Elena Valle Total** | | | **0.30** |
| 01/04/08 | Vinni Toppi | Forensic acctg | Review pdf's of G/L detail and discuss file conversion with B. Badal and M. Valle. | 1.50 |
| 01/11/08 | Vinni Toppi | Forensic acctg | Discuss G/L data conversion with K. Clancy and counsel. | 0.30 |
| 01/17/08 | Vinni Toppi | Br Book and rec | Discuss document index and grid with B. Badal. | 0.40 |
| | **Vinni Toppi Total** | | | **2.20** |
| | **Grand Total** | | | **118.60** |

WFB-MK640704

hhfax

12:54:37
WFB-MK640705.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

Requestor: teggleston
Vendor Name: J.H. COHN LLP ACCOUNTANTS & CONSULTANT
Invoice No.: 2

Batch Control #: BATCH002221
Vendor #: 02787
Invoice Date: 12/10/2008

| Control Number | Expense Category | System Sub Code Trust Sub Code | Account Number | Certificate Number | Note | Amount |
|---|---|---|---|---|---|---|
| 190000295 | 0 Both (42) Other Third Party Fees | S Deficiency | 13059 - CRG20 - 00176 | XXXXX - XXXXX - XXXXXX | SALOMON 2000-C2 | $34,100.37 |
| | | | | | | $34,100.37 |
| | | | | | | US Dollars and Decimals |

See Pt



**SPECIAL INSTRUCTIONS**
See Attached

**AUTHORIZATION**
This form must be approved in accordance with the Cost Center Approval Matrix

| | | Date: |
|---|---|---|
| Manager's Approval: | BMaher | |
| Add'l Approval: | Mahes | |
| Add'l Approval: | Mastrandy | 4/8/09 |
| Add'l Approval: | Morgan | |
| Add'l Approval: | Morgan | |
| Add'l Approval: | | |

Page 1 of 1

**WFB-MK640705**



**J.H. COHN LLP**
*Accountants and Consultants since 1919*

333 Thornall Street, Edison, NJ 08837
732-549-0700    732-549-7016 fax
www.jhcohn.com


Jeffrey L. Joyce, Esq.
Joyce & McFarland LLP
700 Louisiana Street, Suite 2300
Houston, TX 77002


Date:           12/10/2008
Client No.      02-00302
Statement No.   2
Re:             Wells Fargo Bank, N.A., et al vs. Konover, et al.

---

For professional services rendered in the above-referenced matter for the period from
February 1, 2008 through October 31, 2008

Review and analysis of documents and indices. Discussions with counsel and client. Assist
counsel with discovery request.

|  |  |  |
|---|---|---|
| Fees: | $ | 34,086.50 |
| Disbursements: | | 13.87 |
| Total Due: | $ | 34,100.37 |

Wire Instructions:

   Bank of America
   Roseland NJ
   ABA Routing No.: 026009593
   Account:   J.H. Cohn LLP
   Acct#:     0147-00574-4

Please return one copy of invoice with remittance.

Federal ID No. 22-1478099

INVOICE APPROVED BY:
DATE: 4/8/09
EXPENSE TYPE: D&P-It
SERVICING: LOAN   REO   DEF
REIMB BY: B  T  B/D  NONREIMB
LOAN NO.: 19-0002.25
POOL NAME: CR1AS 00-C2

Wells Fargo Bank, N.A., et al vs. Konover, et al.
Summary of Fees and Expenses
For the Period of February 1, 2008 through October 31, 2008

| Name of Professional | Level | Hours | Rate * | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 16.60 | $ 570 | $ 9,462.00 |
| Adam Hanover | Director | 0.30 | 465 | 139.50 |
| Vinni Toppi | Senior Manager | 12.30 | 440 | 5,412.00 |
| Erin Flynn | Manager | 6.80 | 425 | 2,890.00 |
| Pablo Barry | Senior Accountant | 33.30 | 310 | 10,323.00 |
| Brian Badal | Senior Accountant | 3.10 | 310 | 961.00 |
| Stephen Salantrie | Staff | 21.00 | 230 | 4,830.00 |
| Rosellen Martoken | Staff | 0.30 | 230 | 69.00 |
| | | 93.70 | | $ 34,086.50 |

**Disbursements**

| | | | |
|---|---|---|---|
| Federal Express | | | 10.69 |
| Telephone | | | 1.68 |
| Photocopies | 10 pages at $.15/page | | 1.50 |
| Total Disbursements: | | $ | 13.87 |

| | | |
|---|---|---|
| Total fees and disbursements | $ | 34,100.37 |

* Reflects the Firm's normal 2/1 rate increase.

WFB-MK640707

Wells Fargo Bank, N.A., et al v. Konover, et al.
Time Detail for the Period of
February 1, 2008 through October 31, 2008

| Date | Professional | Activity | Description | Time Spent |
|---|---|---|---|---|
| 08/15/08 | Adam Hanover | Br review trans | Address Confidentiality Order with staff, review and organize staff certifications. | 0.30 |
| | Adam Hanover Total | | | 0.30 |
| 02/06/08 | Brian Badal | Forensic acctg | Spoke with Eric Sandler and Sue Micklich regarding the document Index provided. | 0.40 |
| 02/21/08 | Brian Badal | Forensic acctg | Perform forensic accounting procedures re: Reviewed documentation provided by Sue Micklich regarding email productions. | 0.40 |
| 03/04/08 | Brian Badal | Forensic acctg | Format index provided by counsel in excel. | 2.30 |
| | Brian Badal Total | | | 3.10 |
| 07/29/08 | Erin Flynn | Forensic acctg | Review files provided by client for IDEA compatibility | 2.40 |
| 07/30/08 | Erin Flynn | Forensic acctg | Review files received from client for IDEA compatibility | 3.00 |
| 08/06/08 | Erin Flynn | Forensic acctg | Response to Counsel re: difficulties with data conversion (.4); Review of files provided with IT in order to troubleshoot source of error messages in conversion (.6) | 1.00 |
| 08/13/08 | Erin Flynn | Forensic acctg | Review of data conversion solution provided | 0.40 |
| | Erin Flynn Total | | | 6.80 |
| 03/03/08 | Kevin P. Clancy | Gen tel conf | Telephone conference with JJ. | 0.20 |
| 03/05/08 | Kevin P. Clancy | Gen tel conf | Telephone conference with counsel re: electronic files requested; follow-up on materials. | 0.50 |
| 03/26/08 | Kevin P. Clancy | Gen tel conf | Discussion with counsel re: G/L files. | 0.20 |
| 05/20/08 | Kevin P. Clancy | Gen tel conf | Telephone conference with ES re: electronic files. | 0.30 |
| 05/20/08 | Kevin P. Clancy | Forensic acctg | Follow-up on issues raised in conversation with counsel. | 0.20 |
| 05/30/08 | Kevin P. Clancy | Forensic acctg | Follow-up on question form counsel re: general ledger files. | 0.50 |
| 06/02/08 | Kevin P. Clancy | Gen tel conf | Telephone conferences with counsel and staff re: electronic file production. | 0.20 |
| 06/26/08 | Kevin P. Clancy | Forensic acctg | Discussions with counsel re: electronic G/L files and research file issues. | 0.40 |
| 07/29/08 | Kevin P. Clancy | Forensic acctg | Review GL files from counsel and discuss with staff conversion to IDEA/Excel. | 1.00 |
| 08/13/08 | Kevin P. Clancy | Gen corres rev | Receipt and review of correspondence from counsel re: G/L file issues; follow-up with staff. | 0.40 |
| 08/15/08 | Kevin P. Clancy | Br review trans | Review NDA. | 0.50 |
| 08/27/08 | Kevin P. Clancy | Lit general | Follow-up on NDAs for staff. | 0.30 |
| 09/16/08 | Kevin P. Clancy | Gen corres rev | Correspondence with counsel and staff re: electronic document production. | 0.50 |
| 09/23/08 | Kevin P. Clancy | Forensic acctg | Review G/L file and discuss format with counsel and staff. | 1.30 |
| 09/24/08 | Kevin P. Clancy | Gen corres rev | Review document production from KR. | 0.30 |
| 09/29/08 | Kevin P. Clancy | Gen tel conf | Telephone conference with counsel re: timeline. | 0.30 |
| 09/29/08 | Kevin P. Clancy | Forensic acctg | Review Excel files and discuss analysis with staff. | 1.20 |
| 09/30/08 | Kevin P. Clancy | Forensic acctg | Perform forensic accounting procedures re: review of G/Ls. | 0.30 |
| 10/01/08 | Kevin P. Clancy | Forensic acctg | Discussions with staff re: documents on CDs. | 0.50 |
| 10/14/08 | Kevin P. Clancy | Forensic acctg | Discussions with staff re: historical financial info and analysis of G/Ls. | 1.00 |
| 10/22/08 | Kevin P. Clancy | Gen tel conf | Telephone conference with counsel and V. Toppi re: document review process. | 0.50 |
| 10/22/08 | Kevin P. Clancy | Gen corres rev | Receipt and review of correspondence/documents from counsel and discuss T/R and work paper review with staff. | 1.00 |
| 10/24/08 | Kevin P. Clancy | Forensic acctg | Review G/L issues with staff. | 1.00 |
| 10/29/08 | Kevin P. Clancy | Forensic acctg | Review G/L schedule and discuss with staff. | 1.50 |
| 10/29/08 | Kevin P. Clancy | Lit general | Review amended complaint and historical transactions. | 1.20 |
| 10/30/08 | Kevin P. Clancy | Gen tel conf | Telephone conference with JJ. | 0.30 |
| 10/30/08 | Kevin P. Clancy | Forensic acctg | Review G/L and financial stmt issues with staff. | 0.50 |
| 10/31/08 | Kevin P. Clancy | Gen tel conf | Telephone conference with JJ re: G/L schedule. | 0.20 |
| 10/31/08 | Kevin P. Clancy | Gen corres rev | Review corres from counsel re: G/Ls. | 0.30 |
| | Kevin P. Clancy Total | | | 16.60 |

WFB-MK640708

Wells Fargo Bank, N.A., et al v. Konover, et al.
Time Detail for the Period of
February 1, 2008 through October 31, 2008

| Date | Professional | Activity | Description | Time Spent |
|---|---|---|---|---|
| 10/23/08 | Pablo Barry | Lit discovery | Review documents provided by counsel (re: Email 10.22) | 3.10 |
| 10/24/08 | Pablo Barry | Forensic acctg | Review the electronic general ledgers provided by the defendant and compile an index. | 5.10 |
| 10/27/08 | Pablo Barry | Forensic acctg | Review the electronic general ledgers/financial statements provided by the defendant and compile an index. | 5.80 |
| 10/28/08 | Pablo Barry | Forensic acctg | Review the electronic general ledgers/financial statements provided by the defendant and compile an index. | 1.80 |
| 10/29/08 | Pablo Barry | Forensic acctg | Review the electronic general ledgers/financial statements provided by the defendant and compile an index. | 8.10 |
| 10/30/08 | Pablo Barry | Forensic acctg | Review the electronic general ledgers/financial statements provided by the defendant and compile an index. | 4.20 |
| 10/31/08 | Pablo Barry | Forensic acctg | Prepare year over year balance sheet analysis by entity. | 5.20 |
| | **Pablo Barry Total** | | | **33.30** |
| 02/19/08 | Rosellen Martoken | Gen billing | Review fee statement for period ending 1/31/08. | 0.30 |
| | **Rosellen Martoken Total** | | | **0.30** |
| 10/28/08 | Stephen Salantrie | Br Doc review | Review and documenting of American Way, Blackboard, DPMC financials | 3.75 |
| 10/28/08 | Stephen Salantrie | Br Doc review | Review and documentation of DPPLP, K&A Corporate, KDC, Oriole CALP and Michael Konover financials | 4.75 |
| 10/30/08 | Stephen Salantrie | Forensic acctg | Creation of timeline of events from Amended Complaint dated July 12, 2007 | 7.25 |
| 10/31/08 | Stephen Salantrie | Forensic acctg | Creation of timeline of events listed in Amended Complaint dated July 12, 2007 | 1.75 |
| 10/31/08 | Stephen Salantrie | Forensic acctg | Balance sheet analysis of Konover Organization's entities | 3.50 |
| | **Stephen Salantrie Total** | | | **21.00** |
| 07/29/08 | Vinni Toppi | Forensic acctg | Discuss G/L IDEA file conversion with K. Clancy. | 0.40 |
| 10/01/08 | Vinni Toppi | Forensic acctg | Review CD's submitted by counsel. | 0.60 |
| 10/01/08 | Vinni Toppi | Forensic acctg | Review G/L data files and discuss with K. Clancy | 0.70 |
| 10/02/08 | Vinni Toppi | Forensic acctg | Review G/L data files, index and supporting files | 1.30 |
| 10/14/08 | Vinni Toppi | Forensic acctg | Discuss case history with K. Clancy (.9), review complaint (.6) Review document production index (.7) and review data files (1.3) | 3.50 |
| 10/14/08 | Vinni Toppi | Forensic acctg | Review G/L data files | 1.80 |
| 10/22/08 | Vinni Toppi | Forensic acctg | Call with counsel and K. Clancy re: data (.3) and update index (.7) | 1.00 |
| 10/23/08 | Vinni Toppi | Forensic acctg | Discuss workscope with P. Barry. | 0.40 |
| 10/24/08 | Vinni Toppi | Forensic acctg | Working session with P. Barry re: data production index and cross reference to electronic files | 1.60 |
| 10/24/08 | Vinni Toppi | Forensic acctg | Review financial statement, G/L detail and trial balance files to determine completeness of submissions | 0.60 |
| 10/24/08 | Vinni Toppi | Forensic acctg | Discuss open items and work scope with K. Clancy | 0.40 |
| | **Vinni Toppi Total** | | | **12.30** |
| | **Grand Total** | | | **93.70** |

WFB-MK640709

```
hhfax

12:54:41
WFB-MK640710.PDF
```

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | | |
|---|---|---|
| Requestor: | teggleston | Batch Control #: BATCH002221 |
| Vendor Name: | J.H. COHN LLP ACCOUNTANTS & CONSULTANT | Vendor #: 02787 |
| Invoice No.: | 3 | Invoice Date: 02/11/2009 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency | 13059 – CRG20 – 00176 | SALOMON 2000-C2 | $47,950.52 |

$47,950.52

## SPECIAL INSTRUCTIONS

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix.
See Attached

| | | |
|---|---|---|
| Manager's Approval: | [signature] | Date: 5/16/5 |
| Add'l Approval: | [signature] | Date: |
| Add'l Approval: | [signature] | |
| Add'l Approval: | [signature] | |
| Add'l Approval: | | |

WFB-MK640710


**J.H. COHN** LLP
*Accountants and Consultants since 1919*

888-542-6461
fax 888-542-3291
www.jhcohn.com

APR 0 8 2009

Jeffrey L. Joyce, Esq.
Joyce & McFarland LLP
700 Louisiana Street, Suite 2300
Houston, TX 77002

Date: 2/11/2009
Client No. 02-00302
Statement No. 3
Re: Wells Fargo Bank, N.A., et al vs. Konover, et al.

---

For professional services rendered in the above-referenced matter for the period from November 1, 2008 through December 31, 2008

Review and analysis of documents and indices. Discussions with counsel and client. Assist counsel with discovery request.

|  |  |
|---|---:|
| Fees: | $ 47,868.00 |
| Disbursements: | 82.52 |
| Total Due: | $ 47,950.52 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.: 026009593
Account: J.H. Cohn LLP
Acct#: 0147-00574-4

Please return one copy of invoice with remittance.

Federal ID No. 22-1478099


**NEXIA** INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640711

**J.H. COHN LLP**
Accountants and Consultants since 1919

888-542-6461
fax 888-542-3291
www.jhcohn.com

February 11, 2009

Jeffrey L. Joyce, Esq.
Joyce & McFarland LLP
700 Louisiana Street, Suite 2300
Houston, TX 77002

Re: Wells Fargo Bank, N.A., et al v. Konover, et al.

Dear Mr. Joyce:

Enclosed please find our statement for professional services rendered in the above-referenced matter for the period of November 1, 2008 through December 31, 2008.

Very truly yours,

*Kevin Clancy*

Kevin P. Clancy
Partner, Business Investigation Services

Enclosure

Received: J&M
Date: 2/28/09

**NEXIA INTERNATIONAL**

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

| Date | Name | Category | Description | Hours |
|---|---|---|---|---|
| 12/23/08 | Pablo Barry | Forensic acctg | Discuss intercompany analysis with V. Toppi, review supporting documentation and develop a work plan. | 1.20 |
| 12/24/08 | Pablo Barry | Forensic acctg | Summarized general ledger intercompany activity by entity by year. | 3.30 |
| 12/29/08 | Pablo Barry | Forensic acctg | Summarized general ledger intercompany activity by entity by year. | 7.80 |
| 12/29/08 | Pablo Barry | Forensic acctg | Discuss intercompany analysis with V. Toppi. | 0.40 |
| | Pablo Barry Total | | | 65.20 |
| 11/03/08 | Stephen Salantrie | Forensic acctg | Prepare timeline of events. | 4.00 |
| 11/05/08 | Stephen Salantrie | Forensic acctg | Update balance sheet analysis and timeline of events. | 7.80 |
| 11/05/08 | Stephen Salantrie | Forensic acctg | Discuss balance sheet analysis with V. Toppi and next steps | 0.60 |
| 11/06/08 | Stephen Salantrie | Forensic acctg | Investigation into other financial statements to support time periods of existence | 1.50 |
| 11/07/08 | Stephen Salantrie | Forensic acctg | Review of Konover Family LP document production | 1.40 |
| | Stephen Salantrie Total | | | 15.30 |
| 11/03/08 | Vinni Toppi | Forensic acctg | Discuss workscope, balance sheet analysis and supporting data with K. Clancy. | 1.00 |
| 11/04/08 | Vinni Toppi | Forensic acctg | Review balance sheet trending analysis (1.1) and timeline (.4) | 1.50 |
| 11/05/08 | Vinni Toppi | Forensic acctg | Discuss balance sheet analysis with S. Salantrie and next steps | 0.60 |
| 11/05/08 | Vinni Toppi | Forensic acctg | Review updated balance sheet analysis. | 0.80 |
| 11/06/08 | Vinni Toppi | Forensic acctg | Discuss balance sheet analysis status with K. Clancy. | 0.20 |
| 11/13/08 | Vinni Toppi | Forensic acctg | Review request from counsel and cross reference to G/L matrix. | 0.30 |
| 11/14/08 | Vinni Toppi | Forensic acctg | Review G/L matrix, finalize and submit to counsel | 0.70 |
| 11/14/08 | Vinni Toppi | Forensic acctg | Review balance sheet analysis and highlight areas for discussion and next steps | 1.30 |
| 11/15/08 | Vinni Toppi | Forensic acctg | Review balance sheet activity and cross reference to G/L activity | 1.20 |
| 12/01/08 | Vinni Toppi | Forensic acctg | Review balance sheet trending re: equity transactions | 0.40 |
| 12/01/08 | Vinni Toppi | Forensic acctg | Working session with P. Barry re: balance sheet trending, equity roll forward and contribution/distribution activity. | 2.50 |
| 12/02/08 | Vinni Toppi | Forensic acctg | Discuss equity analysis and next steps with P. Barry. | 0.30 |

WFB-MK640712

Wells Fargo Bank, N.A., et al vs. Konover, et al.
Summary of Fees and Expenses
For the Period of November 1, 2008 through December 31, 2008

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 6.60 | $ 570 | $ 3,762.00 |
| Vinni Toppi | Senior Manager | 25.50 | 440 | 11,220.00 |
| Erin Flynn | Manager | 2.60 | 425 | 1,105.00 |
| Pablo Barry | Senior Accountant | 65.20 | 310 | 20,212.00 |
| Nicole Hoffman | Staff | 35.00 | 230 | 8,050.00 |
| Stephen Salantrie | Staff | 15.30 | 230 | 3,519.00 |
| | | 150.20 | | $ 47,868.00 |

**Disbursements**

| | | |
|---|---|---|
| Telephone | | 14.84 |
| Working meals | | 65.88 |
| Photocopies | 12 pages at $.15/page | 1.80 |
| Total Disbursements: | | $ 82.52 |

Total fees and disbursements  $ 47,950.52

INVOICE APPROVED BY:
DATE: 6/1/09
EXPENSE TYPE: O3P-IT
SERVICING: LOAN REO DEF
REIMB BY: B T B/P NONREIMB
LOAN NO.: 1000025
POOL NAME: SBM-S-00-C2

WFB-MK640713

Wells Fargo Bank, N.A., et al v. Konover, et al.
Time Detail for the Period of
November 1, 2008 through December 31, 2008

| Date | Professional | Activity | Description | Time Spent |
|---|---|---|---|---|
| 12/22/08 | Erin Flynn | Forensic acctg | Review IDEA files and formulas and aid P. Barry in various analyses | 2.60 |
| | **Erin Flynn Total** | | | **2.60** |
| 11/03/08 | Kevin P. Clancy | Forensic acctg | Discuss workscope, balance sheet analysis and supporting data with V. Toppi. | 1.00 |
| 11/06/08 | Kevin P. Clancy | Forensic acctg | Discuss balance sheet analysis status with V. Toppi. | 0.20 |
| 11/13/08 | Kevin P. Clancy | Gen corres rev | Review correspondence from counsel re: G/Ls and discuss with staff. | 0.50 |
| 11/14/08 | Kevin P. Clancy | Lit discovery | Discussions with staff re: G/L requests for counsel; Telephone conference with counsel. | 0.50 |
| 11/19/08 | Kevin P. Clancy | Gen tel conf | Discussion with counsel re: discovery status. | 0.20 |
| 11/25/08 | Kevin P. Clancy | Gen tel conf | Discussion with ES re: discovery status. | 0.40 |
| 12/02/08 | Kevin P. Clancy | Gen tel conf | Telephone conferences with counsel re: discovery issues. | 1.00 |
| 12/02/08 | Kevin P. Clancy | Forensic acctg | Review G/L acct issues with staff and discuss accounting literature provisions on treasury management. | 1.40 |
| 12/22/08 | Kevin P. Clancy | Gen tel conf | Telephone conference with counsel re: status of projects. | 0.40 |
| 12/23/08 | Kevin P. Clancy | Gen tel conf | Discussion with tax partner re: review of tax planning and strategy. | 0.60 |
| 12/23/08 | Kevin P. Clancy | Forensic acctg | Review status of G/L analyses with staff. | 0.40 |
| | **Kevin P. Clancy Total** | | | **6.60** |
| 12/09/08 | Nicole Hoffman | Forensic acctg | Review documents and prepare index: K&A Federal tax return/index priority files | 3.00 |
| 12/10/08 | Nicole Hoffman | Forensic acctg | Review documents and prepare index: K&A tax priority files | 9.00 |
| 12/11/08 | Nicole Hoffman | Forensic acctg | Review documents and prepare index: Tax workpapers 2001-2005 | 9.50 |
| 12/12/08 | Nicole Hoffman | Forensic acctg | Review documents and prepare index: Tax workpapers - OCA, AWCA, DPMC, DPPLP | 9.00 |
| 12/15/08 | Nicole Hoffman | Forensic acctg | Review documents and prepare index: Tax workpapers DPPLP, tax workpapers PEER, various accounting | 4.50 |
| | **Nicole Hoffman Total** | | | **35.00** |
| 11/13/08 | Pablo Barry | Forensic acctg | Update master index: general ledger activity list | 1.20 |
| 11/14/08 | Pablo Barry | Forensic acctg | Update general ledger activity list | 0.90 |
| 12/01/08 | Pablo Barry | Forensic acctg | Analyze the defendant's intercompany activity by reviewing their cash flow | 5.30 |
| 12/01/08 | Pablo Barry | Forensic acctg | Working session with V. Toppi re: balance sheet trending, equity roll forward and contribution/distribution activity. | 2.50 |
| 12/02/08 | Pablo Barry | Forensic acctg | Review tax returns for KDC and K&A for 2000-2005 and analyze the partner distributions, partner contributions, due to. | 4.80 |
| 12/02/08 | Pablo Barry | Forensic acctg | Review G/L cash activity. | 0.70 |
| 12/03/08 | Pablo Barry | Forensic acctg | Loading Wells Fargo balance sheet files into IDEA for the following entities: American Way, Blackboard, DPMC, K&A Corporate, KDC, MK, Oriole and Peerless. Had to create queries in order to use the data appropriately | 4.70 |
| 12/03/08 | Pablo Barry | Forensic acctg | Discuss G/L data analysis, excel and IDEA imports and workscope with V. Toppi | 0.70 |
| 12/04/08 | Pablo Barry | Forensic acctg | Loading Wells Fargo balance sheet files into IDEA for the following entities: American Way, Blackboard, DPMC, K&A Corporate, KDC, MK, Oriole and Peerless. Had to create queries in order to use the data appropriately | 3.80 |
| 12/04/08 | Pablo Barry | Forensic acctg | Working session with V. Toppi re: IDEA G/L analysis. | 1.70 |
| 12/05/08 | Pablo Barry | Forensic acctg | Loading Wells Fargo balance sheet files into IDEA for the following entities: American Way, Blackboard, DPMC, K&A Corporate, KDC, MK, Oriole and Peerless. Had to create queries in order to use the data appropriately | 4.10 |
| 12/10/08 | Pablo Barry | Forensic acctg | Discuss trial balance analysis with V. Toppi | 0.30 |

WFB-MK640714

Wells Fargo Bank, N.A., et al v. Konover, et al.
Time Detail for the Period of
November 1, 2008 through December 31, 2008

| Date | Professional | Activity | Description | Time Spent |
|---|---|---|---|---|
| 12/16/08 | Pablo Barry | Forensic acctg | Reviewing the list of priority items selected by counsel. | 5.50 |
| 12/16/08 | Pablo Barry | Forensic acctg | Discuss priority matrix and documentation review with V. Toppi. | 0.30 |
| 12/18/08 | Pablo Barry | Forensic acctg | Reviewed priority list of items provided by counsel. Extracted documents from CD Roms and flagged items for additional analysis. | 1.10 |
| 12/19/08 | Pablo Barry | Forensic acctg | Reviewed priority list of items provided by counsel. Extracted documents from CD Roms and flagged items for additional analysis. | 2.10 |
| 12/19/08 | Pablo Barry | Forensic acctg | Discuss priority matrix and documentation review with V. Toppi. | 0.70 |
| 12/22/08 | Pablo Barry | Forensic acctg | Reviewed priority list of items provided by counsel. Extracted documents from CD Roms and flagged items for additional analysis. | 2.60 |
| 12/22/08 | Pablo Barry | Forensic acctg | Load GL activity reports provided by counsel from defendant - DPMC, DPPLP, Oriole, American Way onto IDEA for analysis with E. Flynn | 2.60 |
| 12/23/08 | Pablo Barry | Forensic acctg | Discuss open items with Sr. Manager and prepare list of open items for counsel. | 1.00 |
| 12/23/08 | Pablo Barry | Forensic acctg | Review GL transaction detail for Michael Konover as requested by counsel | 5.90 |
| 12/23/08 | Pablo Barry | Forensic acctg | Discuss intercompany analysis with V. Toppi, review supporting documentation and develop a work plan. | 1.20 |
| 12/24/08 | Pablo Barry | Forensic acctg | Summarized general ledger intercompany activity by entity by year. | 3.30 |
| 12/29/08 | Pablo Barry | Forensic acctg | Summarized general ledger intercompany activity by entity by year. | 7.80 |
| 12/29/08 | Pablo Barry | Forensic acctg | Discuss intercompany analysis with V. Toppi. | 0.40 |
| | **Pablo Barry Total** | | | **65.20** |
| 11/03/08 | Stephen Salantrie | Forensic acctg | Prepare timeline of events. | 4.00 |
| 11/05/08 | Stephen Salantrie | Forensic acctg | Update balance sheet analysis and timeline of events. | 7.80 |
| 11/05/08 | Stephen Salantrie | Forensic acctg | Discuss balance sheet analysis with V. Toppi and next steps | 0.60 |
| 11/06/08 | Stephen Salantrie | Forensic acctg | Investigation into other financial statements to support time periods of existence | 1.50 |
| 11/07/08 | Stephen Salantrie | Forensic acctg | Review of Konover Family LP document production | 1.40 |
| | **Stephen Salantrie Total** | | | **15.30** |
| 11/03/08 | Vinni Toppi | Forensic acctg | Discuss workscope, balance sheet analysis and supporting data with K. Clancy. | 1.00 |
| 11/04/08 | Vinni Toppi | Forensic acctg | Review balance sheet trending analysis (1.1) and timeline (.4) | 1.50 |
| 11/05/08 | Vinni Toppi | Forensic acctg | Discuss balance sheet analysis with S. Salantrie and next steps | 0.60 |
| 11/05/08 | Vinni Toppi | Forensic acctg | Review updated balance sheet analysis. | 0.80 |
| 11/06/08 | Vinni Toppi | Forensic acctg | Discuss balance sheet analysis status with K. Clancy. | 0.20 |
| 11/13/08 | Vinni Toppi | Forensic acctg | Review request from counsel and cross reference to G/L matrix. | 0.30 |
| 11/14/08 | Vinni Toppi | Forensic acctg | Review G/L matrix, finalize and submit to counsel | 0.70 |
| 11/14/08 | Vinni Toppi | Forensic acctg | Review balance sheet analysis and highlight areas for discussion and next steps | 1.30 |
| 11/15/08 | Vinni Toppi | Forensic acctg | Review balance sheet activity and cross reference to G/L activity | 1.20 |
| 12/01/08 | Vinni Toppi | Forensic acctg | Review balance sheet trending re: equity transactions | 0.40 |
| 12/01/08 | Vinni Toppi | Forensic acctg | Working session with P. Barry re: balance sheet trending, equity roll forward and contribution/distribution activity. | 2.50 |
| 12/02/08 | Vinni Toppi | Forensic acctg | Discuss equity analysis and next steps with P. Barry. | 0.30 |

WFB-MK640715

Wells Fargo Bank, N.A., et al v. Konover, et al.
Time Detail for the Period of
November 1, 2008 through December 31, 2008

| Date | Professional | Activity | Description | Time Spent |
|---|---|---|---|---|
| 12/02/08 | Vinni Toppi | Forensic acctg | Participate in various calls with counsel re: cash management system (1.3), research accounting literature re: reporting and disclosure (1.4) | 2.70 |
| 12/03/08 | Vinni Toppi | Forensic acctg | Discuss G/L data analysis, excel and IDEA imports and workscope with P. Barry. | 0.70 |
| 12/03/08 | Vinni Toppi | Forensic acctg | Review G/L data and IDEA imports. | 1.50 |
| 12/04/08 | Vinni Toppi | Forensic acctg | Working session with P. Barry re: IDEA G/L analysis. | 1.70 |
| 12/04/08 | Vinni Toppi | Forensic acctg | Review G/L data and IDEA imports. | 1.60 |
| 12/09/08 | Vinni Toppi | Forensic acctg | Discuss indexing of documentation with Staff (.6) and review data request from counsel (.4) | 1.00 |
| 12/10/08 | Vinni Toppi | Forensic acctg | Discuss trial balance analysis with P. Barry. | 0.30 |
| 12/10/08 | Vinni Toppi | Forensic acctg | Discuss indexing of documentation with Staff | 0.40 |
| 12/12/08 | Vinni Toppi | Forensic acctg | Discuss indexing of documentation with Staff | 0.30 |
| 12/15/08 | Vinni Toppi | Forensic acctg | Discuss trial balance and G/L trending with staff (.3), review data files (.4) | 0.70 |
| 12/16/08 | Vinni Toppi | Forensic acctg | Review priority document index | 0.40 |
| 12/16/08 | Vinni Toppi | Forensic acctg | Discuss priority matrix and documentation review with P. Barry. | 0.30 |
| 12/19/08 | Vinni Toppi | Forensic acctg | Discuss priority matrix and documentation review with P. Barry. | 0.70 |
| 12/22/08 | Vinni Toppi | Forensic acctg | Telephone conference with counsel re: workscope | 0.40 |
| 12/23/08 | Vinni Toppi | Forensic acctg | Telephone conference with JHC team re: tax research and documentation review. | 0.40 |
| 12/23/08 | Vinni Toppi | Forensic acctg | Discuss Intercompany analysis with P. Barry, review supporting documentation and develop a work plan. | 1.20 |
| 12/29/08 | Vinni Toppi | Forensic acctg | Discuss Intercompany analysis with P. Barry. | 0.40 |
| | **Vinni Toppi Total** | | | **25.50** |
| | **Grand Total** | | | **150.20** |

WFB-MK640716