# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| Requestor: | teggleston | | | Batch Control #: | BATCH002221 |
| Vendor Name: | J.H. COHN LLP ACCOUNTANTS & CONSULTANT | | | Vendor #: | 027B7 |
| Invoice No.: | 4 | | | Invoice Date: | 03/20/2009 |

| | | | | GL ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ Deficiency 13059 - CRG20 - 00176 | $41,172.15 |
| Da Ot | | | | SALOMON 2000-C2 | $41,172.15 |

SPECIAL INSTRUCTIONS:

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| Manager's Approval: | Maher | See Attached | |
| Add'l Approval: | Mears. | | |
| Add'l Approval: | Maar | | Date: 5/10/5 |
| Add'l Approval: | Mundeda | | Date: |
| Add'l Approval: | Mounsend | | |
| Add'l Approval: | | | |

Page 1 of 1

WFB-MK640717



**J.H. COHN** LLP
*Accountants and Consultants since 1919*

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

March 20, 2009

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Re: Wells Fargo Bank, N.A., et al v. Konover, et al.

Dear Ms. Maher:

Enclosed please find our statement for professional services rendered in the above-referenced matter for the period of January 1, 2009 through January 31, 2009.

Very truly yours,

Kevin Clancy

Kevin P. Clancy
Partner, Business Investigation Services

Enclosure

cc: Jeffrey L. Joyce, Esq.



J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

**WFB-MK640718**



**J.H. COHN** LLP
Accountants and Consultants since 1919

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Date:        3/20/2009
Client No.   02-00302
Statement No.    4
Re:          Wells Fargo Bank, N.A., et al vs. Konover, et al.

For professional services rendered in the above-referenced matter for the period from
January 1, 2009 through January 31, 2009

Review and analysis of documents and indices. Discussions with counsel and client.
Assist counsel with discovery request.

| | |
|---|---|
| Fees: | $ 41,115.00 |
| Disbursements: | 57.15 |
| Total Due: | $ 41,172.15 |

Wire Instructions:

Bank of America
Roseland NJ

ABA Routing No.:  026009593
Account:      J.H. Cohn LLP
Acct#:        0147-00574-4

cc:  Jeffrey L. Loyce, Esq.

Please return one copy of invoice with remittance.
Federal ID No. 22-1478099



J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640719

Wells Fargo Bank, N.A., et al vs. Konover, et al.
Summary of Fees and Expenses
For the Period of January 1, 2009 through January 31, 2009

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 2.50 | $ 570 | $ 1,425.00 |
| Mary Grace Amato | Tax Partner | 2.20 | 570 | 1,254.00 |
| Vinni Toppi | Senior Manager | 10.70 | 440 | 4,708.00 |
| Pablo Barry | Senior Accountant | 108.80 | 310 | 33,728.00 |
| | | 124.20 | | $ 41,115.00 |

**Disbursements**

| | | |
|---|---|---|
| Telephone | | 12.00 |
| Working meals | | 45.15 |
| Total Disbursements: | $ | 57.15 |

Total fees and disbursements     $ 41,172.15

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO DEB
REIMB BY: B' T BD NONREIMB
LOAN NO.:
POOL NAME:

WFB-MK640720

hhfax

12:54:51
WFB-MK640721.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | legalleston YC |
| Vendor Name: | J.H. COHN LLP ACCOUNTANTS & CONSULTANT |
| Invoice No.: | 5 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 02787 |
| Invoice Date: | 03/31/2009 |

| | | | | | |
|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency 13059 - CRG20 - 00176 | SALOMON.2000-C2 | $45,912.75 |
| Dea py | | | | | | $45,912.75 |



**SPECIAL INSTRUCTIONS**

This form must be approved in accordance with the Cost Center Approval Matrix.

See Attached

| | |
|---|---|
| Manager's Approval: | BMaker Makes |
| Add'l Approval: | M Marai M Cardeni |
| Add'l Approval: | MCadime |
| Add'l Approval: | |
| Add'l Approval: | |
| Add'l Approval: | |

Date: 5/18/75

Date:

Page 1 of 1

WFB-MK640721


**J.H. COHN** LLP
*Accountants and Consultants since 1919*

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

March 31, 2009

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Re: Wells Fargo Bank, N.A., et al v. Konover, et al.

Dear Ms. Maher:

Enclosed please find our statement for professional services rendered in the above-referenced matter for the period of February 1, 2009 through February 28, 2009.

Very truly yours,

Kevin Clancy

Kevin P. Clancy
Partner, Business Investigation Services

Enclosure

cc: Jeffrey L. Joyce, Esq.


**NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

**WFB-MK640722**



**J.H. COHN LLP**
Accountants and Consultants since 1919

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Date:           3/31/2009
Client No.      02-00302
Statement No.        5
Re:             Wells Fargo Bank, N.A., et al vs. Konover, et al.

For professional services rendered in the above-referenced matter for the period from
February 1, 2009 through February 28, 2009

Review and analysis of documents and indices. Discussions with counsel and client.
Assist counsel with discovery request.

| | | |
|---|---|---|
| Fees: | $ 45,762.50 | |
| Disbursements: | 150.25 | |
| Total Due: | $ 45,912.75 | |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.:  026009593
Account:     J.H. Cohn LLP
Acct#:       0147-00574-4



cc: Jeffrey L. Loyce, Esq.

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:    LOAN    REO    DEP
REIMB BY:  B  T  BD  NONREIMB
LOAN NO.:
POOL NAME:

Please return one copy of invoice with remittance.
Federal ID No. 22-1478099

**NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

**Wells Fargo Bank, N.A., et al vs. Konover, et al.**
**Summary of Fees and Expenses**
**For the Period of February 1, 2009 through February 28, 2009**

| Name of Professional | Level | Hours | Rate | * | Fees |
|---|---|---|---|---|---|
| Kevin Clancy | Partner | 3.50 | $ 600 | | $ 2,100.00 |
| Mary Grace Amato | Tax Partner | 3.70 | 600 | | 2,220.00 |
| Vinni Toppi | Senior Manager | 12.50 | 465 | | 5,812.50 |
| Pablo Barry | Senior Accountant | 76.40 | 325 | | 24,830.00 |
| Liana Balseiro | Staff | 45.00 | 240 | | 10,800.00 |
| | | 141.10 | | | $ 45,762.50 |

**Disbursements**

| | | |
|---|---|---|
| Telephone | | 8.20 |
| Working meals | | 142.05 |
| Total Disbursements: | $ | 150.25 |

| | | |
|---|---|---|
| **Total fees and disbursements** | $ | 45,912.75 |

* Reflects the Firm's normal 2/1 rate increase.



WFB-MK640724

hhfax

12:54:54
WFB-MK640725.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

| | |
|---|---|
| Requestor: | eggleston |
| Vendor Name: | J.H. COHN LLP ACCOUNTANTS & CONSULTANT |
| Invoice No.: | 6 |

| | |
|---|---|
| Batch Control #: | BATCH002221 |
| Vendor #: | 02787 |
| Invoice Date: | 04/17/2009 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency - 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $24,610.37 |
| | | | | | | | $24,610.37 |

Dio_05

## LEGAL INSTRUCTIONS

This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | See Attached | |
| Add'l Approval: | Maines | |
| Add'l Approval: | M Moran | 6-23-09 |
| Add'l Approval: | M Wasserman | 6-30-09 |
| Add'l Approval: | | Date: 6/3/5 |
| Add'l Approval: | | Date: |

WFB-MK640725

 **J.H. COHN** LLP
*Accountants and Consultants since 1919*

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Date:           4/17/2009
Client No.:     02-00302
Statement No.   6
Re:             Wells Fargo Bank, N.A., et al vs. Konover, et al.

For professional services rendered in the above-referenced matter for the period
March 1 through March 31, 2009

Review and analysis of documents and indices.  Discussions with counsel and client.
Assist counsel with discovery request.

|  |  |  |
|---|---|---|
| Fees: | | $ 25,865.00 |
| Less:  Courtesy discount  5% | | ($1,293.25) |
| Disbursements: | | 38.62 |
| Total Due: | | $ 24,610.37 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.:  026009593
Account:          J.H. Cohn LLP
Acct#:            0147-00574-4

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:   LOAN    REO    (DEF)
REIMB BY:  B    B/D    NONREIMB
LOAN NO.:
POOL NAME:

cc:  Jeffrey L. Loyce, Esq.

Please return one copy of invoice with remittance.
Federal ID No. 22-1478099

 **NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640726

**Wells Fargo Bank, N.A., et al vs. Konover, et al.**
**Summary of Fees and Expenses**
**For the Period March 1, 2009 through March 31, 2009**

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 2.10 | $ 600 | $ 1,260.00 |
| Vinni Toppi | Senior Manager | 12.70 | 465 | 5,905.50 |
| Pablo Barry | Senior Accountant | 50.30 | 325 | 16,347.50 |
| Stephen Salantrie | Staff | 9.80 | 240 | 2,352.00 |
| | | 74.90 | | $ 25,865.00 |

**Disbursements**

| | | |
|---|---|---|
| Telephone | | 11.87 |
| Working meals | | 26.75 |
| Total Disbursements: | | $ 38.62 |

| Total fees and disbursements | $ 25,903.62 |
|---|---|

WFB-MK640727

hhfax

12:54:56
WFB-MK640728.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**RUSH!**

**SS AP TRANSMITTAL FORM**

Return

Requestor: cmendez

Vendor Name: J.H. COHN LLP ACCOUNTANTS & CONSULTANT

Invoice No.: JHCOHN052909

Batch Control #: BATCH003872

Vendor #: 02787

Invoice Date: 05/29/2009

| Investor Loan Number | Control Number | Entity/Category | G&L ACCOUNT NUMBER Acct Sub Code - Account Bus Seg Control XXXXX - XXX - XX XXXX | Deal Name (as on Contract/Invoice) | AMOUNT (as on Contract/Invoice) |
|---|---|---|---|---|---|
| 190000295 | 0 | Both (42) Other Third Party Fees | Short Servicing 13059 - CRG20 - 00176 S Deficiency | SALOMON 2000-C2 | $158,870.77 |
| | | | | | $158,870.77 |

Demand Audit Plage

Expend with no fee —
(use "legal" approvals
per Matrix)

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION**
This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _Rachel_ See Attached

Add'l Approval: _Rates_

Add'l Approval: _moran_

Add'l Approval: _M. Woster_ May Aug 8. 23. 8 See Attached

Add'l Approval: _Carlos Thompson_ → See Attached

Frank Duane Contreras → June

Date: 8/28/07

Date: _____

Page 1 of 1

WFB-MK640728

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

**RUSH!**

**SS AP TRANSMITTAL FORM**

| | | | |
|---|---|---|---|
| Requestor: | cmendez | Batch Control #: | BATCH003872 |
| Vendor Name: | J.H. COHN LLP ACCOUNTANTS & CONSULTANT | Vendor #: | 02787 |
| Invoice No.: | JHCOHN052909 | Invoice Date: | 05/29/2009 |

| | | | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 190000205 | 0 | Both | (#2) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $158,870.77 |
| | | | | | | | | $158,870.77 |

Dorwood Plaza Plaza

**SPECIAL INSTRUCTIONS:**

This form must be approved in accordance with the Cost Center Approval Matrix.

See Attached

Manager's Approval: _Rafael_

Add'l Approval: _moran_

Add'l Approval: _Michele Lairs_ Aug 8.23.09

Add'l Approval: _Mary Thompson →_

Add'l Approval: _Sandra Thompson →_
(Albums →)

Mitchell's approval from email on printed when in NJ

Date: 8/28/09

Date: ____

Page 1 of 1

WFB-MK640729



**J.H. COHN LLP**

Accountants and Consultants since 1919

333 Thomall Street
Edison NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

| | |
|---|---|
| Date: | 5/29/2009 |
| Client No. | 02-00302 |
| Statement No. | 7 |
| Re: | Wells Fargo Bank, N.A., et al vs. Konover, et al. |

For professional services rendered in the above-referenced matter for the period
April 1 through April 30, 2009

Review and analysis of documents and indices. Discussions with counsel and client.
Assist counsel with discovery request.

| | | |
|---|---|---|
| Fees: | $ | 165,904.00 |
| Less: Courtesy discount 5% | | ($8,295.20) |
| Disbursements: | | 1,261.97 |
| Total Due: | $ | 158,870.77 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.: 026009593
Account: J.H. Cohn LLP
Acct#: 0147-00574-4

cc: Jeffrey L. Loyce, Esq.

Please return one copy of invoice with remittance.
Federal ID No. 22-1478099

INVOICE APPROVED BY
DATE:
EXPENSE TYPE: LOAN REO DEF NONREIMB
SERVICING:
REIMB BY: B B/T
LOAN NO.:
POOL NAME:

WFB-MK640730

**Wells Fargo Bank, N.A., et al vs. Konover, et al.**
**Summary of Fees and Expenses**
**For the Period April 1, 2009 through April 30, 2009**

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Frank Longobardi | Senior Partner | 9.20 | $    650 | $      5,980.00 |
| Kevin Clancy | Partner | 17.10 | 600 | 10,260.00 |
| Vinni Toppi | Senior Manager | 83.80 | 465 | 38,967.00 |
| Lindsay Faiella | Senior Accountant | 211.60 | 325 | 68,770.00 |
| Pablo Barry | Senior Accountant | 121.40 | 325 | 39,455.00 |
| Rosellen Martoken | Staff | 4.90 | 240 | 1,176.00 |
| Stephen Salantrie | Staff | 5.40 | 240 | 1,296.00 |
| | | 453.40 | | $ 165,904.00 |

**Disbursements**

| | |
|---|---|
| Marriott Conference Room and Lunch | 929.28 |
| Parking | 23.00 |
| Telephone | 6.39 |
| Working meals | 303.30 |
| Total Disbursements: | $     1,261.97 |

| | |
|---|---|
| **Total fees and disbursements** | **$ 167,165.97** |

WFB-MK640731

J.H. Cohn LLP
Fee Summary
Wells Fargo v. Konover

| Invoice # | Period Covered | Fees & Expenses | Description of Services | Hours Spent | Detailed Description | Status of Invoice |
|---|---|---|---|---|---|---|
| | 4/1/09-4/15/09 | $ 106,600.15 | Discussions with counsel | 1.2 | | Billed |
| | | | Discovery issues | - | | |
| | | | Document/production review | 3.3 | Prepare analysis of G/L data for multiple entities and multiple years including a summary of transactions with affiliates; analysis of cash and non-cash transactions; prepare a corporate timeline; prepare a summary of legal entities; participate in meetin | |
| | | | Analysis of financial data | 182.3 | | |
| | | | Meeting with counsel | 69.2 | | |
| | | | Analysis of Corporate events/timeline | 31.0 | | |
| | | | Other | 4.8 | | |
| | | | | 291.8 | | |
| | 4/16/09-4/30/09 | $ 52,270.63 | Discussions with counsel | 1.2 | | Billed |
| | | | Discovery issues | - | | |
| | | | Document/production review | 25.1 | Prepare analysis of G/L data for M. Konover regarding transfers and activity with affiliate entities; analysis of G/L data for Peerless regarding transfers and activity with affiliate entities; prepare cash balance trending analysis; prepare a corporate | |
| | | | Analysis of financial data | 107.7 | | |
| | | | Meeting with counsel | 25.1 | | |
| | | | Analysis of Corporate events/timeline | - | | |
| | | | Other | 2.5 | | |
| | | | | 161.6 | | |
| Grand Totals | | $ 158,870.77 | | 453.4 | | |

WFB-MK640732

hhfax

12:55:1
WFB-MK640733.PDF

# ORIX Capital Markets, LLC

**LOAN LEVEL TRANSACTIONS**
**AUTHORIZATION FOR PAYMENT**

## RUSH!

## SS AP TRANSMITTAL FORM

**Requestor:** cmendez

**Vendor Name:** J.H. COHN LLP ACCOUNTANTS & CONSULTANT

**Invoice No.:** JHCOH062909

**Batch Control #:** BATCH003872
**Vendor #:** 02787
**Invoice Date:** 06/29/2009

| Loan Number | Project/Refund Number (1) By | Expense Category | Both | (42) Other Third Party Fees | Svc: Servicing Int'l Stit Code | Deficiency | G/L ACCOUNT NUMBER Account Bus. Seg. Contract xxxxx - xxxx - xxxx | Cost Name (Use Commas and Decimals) | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | | Both | (42) Other Third Party Fees | | $ | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $33,117.95 |

Diamond Point Plaza

$33,117.95

---

**SPECIAL INSTRUCTIONS:**

**AUTHORIZATION**
This form must be approved in accordance with the Cost Center Approval Matrix.

See Attached

**Managers Approval:** _Mehta_

**Add'l Approval:** _Baker_

**Add'l Approval:** _Meng_ Aug 8.29.09

**Add'l Approval:** _Daene_ Daene 9/8/09

**Add'l Approval:**

**Add'l Approval:**

Date: _9/8/09_

Date:

Page 1 of 1

WFB-MK640733



**J.H. COHN** LLP
*Accountants and Consultants since 1919*

*333 Thornall Street*
*Edison, NJ 08837*
*732-549-0700*
*fax 732-549-7016*
*www.jhcohn.com*

JUL 20 2009

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Date:         6/29/2009
Client No.:   02-00302
Statement No.      8
Re:           Wells Fargo Bank, N.A., et al vs. Konover, et al.   *Draft*

For professional services rendered in the above-referenced matter for the period
May 1 through May 31, 2009

Review and analysis of documents and indices.  Discussions with counsel and client.
Assist counsel with discovery request.

| | | |
|---|---|---|
| Fees: | $ | 34,861.00 |
| Less:  Courtesy discount   5% | | ($1,743.05) |
| Total Due: | $ | 33,117.95 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.:  026009593
Account:       J.H. Cohn LLP
Acct#:         0147-00574-4

cc: Jeffrey L. Loyce, Esq.

Please return one copy of invoice with remittance.
Federal ID No. 22-1478099

INVOICE APPROVED
DATE:
EXPENSE TYPE:     DEB
SERVICING:   LOAN    REO    NONREIMB
REIMB BY:    B
LOAN NO.:
POOL NAME:

Diamond Point
190000295-1
Solomon 2000 C2

**NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

**WFB-MK640734**

**Wells Fargo Bank, N.A., et al vs. Konover, et al.**
**Summary of Fees and Expenses**
**For the Period May 1, 2009 through May 31, 2009**

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Frank Longobardi | Tax Partner | 0.80 | $ 600 | $ 480.00 |
| Kevin Clancy | Partner | 3.30 | 600 | 1,980.00 |
| Vinni Toppi | Senior Manager | 10.90 | 465 | 5,068.50 |
| Lindsay Faiella | Senior | 31.40 | 325 | 10,205.00 |
| Pablo Barry | Senior Accountant | 52.70 | 325 | 17,127.50 |
| | Total fees: | 99.10 | | $ 34,861.00 |

WFB-MK640735

hhfax

12:55:3
WFB-MK640736.PDF

# ORIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
### AUTHORIZATION FOR PAYMENT

| | |
|---|---|
| Requestor: | cmendez |
| Vendor Name: | J.H. COHN LLP ACCOUNTANTS & CONSULTANT |
| Invoice No.: | JHCOHN-71609 |

| | |
|---|---|
| Batch Control #: | BATCH003872 |
| Vendor #: | 02787 |
| Invoice Date: | 07/16/2009 |

190000295      0      Both      (42) Other Third Party Fees      $      Deficiency      1305 9 - CRG20 - 00176      SALOMON 2000-C2

*Diamond Point Plaza*

$26,491.29

$26,491.29

**RUSH!**

*Expert Witness for current trial*

This form must be approved in accordance with the Cost Center Approval Matrix.

| | | | |
|---|---|---|---|
| Manager's Approval: | | See Attached | |
| Add'l Approval: | | | |
| Add'l Approval: | | Date: 9/11/09 |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640736


**J.H. COHN** LLP
*Accountants and Consultants since 1919*

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

AUG 0 3 2009

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Date:            7/16/2009
Client No.       02-00302
Statement No.    9
Re:              Wells Fargo Bank, N.A., et al vs. Konover, et al.

For professional services rendered in the above-referenced matter for the period
June 1 through June 30, 2009

Review and analysis of documents and indices. Discussions with counsel and client.
Assist counsel with discovery request.

| | | |
|---|---|---|
| Fees: | $ | 27,821.50 |
| Less: Courtesy discount 5% | | ($1,391.08) |
| Disbursements: | | 60.86 |
| Total Due: | $ | 26,491.29 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.:  026009593
Account:          J.H. Cohn LLP
Acct#:            0147-00574-4

*Diamond Point Plaza, LP*
*Salomon 2000 C2*

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:    LOAN    REO    OED
REIMB BY:  B  T  6/7  NONREIMB
LOAN NO.:
POOL NAME:

cc: Jeffrey L. Loyce, Esq.

Please return one copy of invoice with remittance.
Federal ID No. 22-1478099

**NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640737

**Wells Fargo Bank, N.A., et al vs. Konover, et al.**
**Summary of Fees and Expenses**
**For the Period June 1, 2009 through June 30, 2009**

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Frank Longobardi | Senior Partner | 0.20 | $   600 | $      120.00 |
| Kevin Clancy | Partner | 1.60 | 600 | 960.00 |
| Vinni Toppi | Senior Manager | 4.60 | 465 | 2,139.00 |
| Pablo Barry | Senior Accountant | 75.70 | 325 | 24,602.50 |
| | | 82.10 | | $  27,821.50 |

**Disbursements**

| | | | | |
|---|---|---|---|---|
| Telephone | | | | 60.86 |
| Total Disbursements: | | | $ | 60.86 |

| | | |
|---|---|---|
| Total fees and disbursements | $ | 27,882.36 |

WFB-MK640738

```
hhfax

12:55:6
WFB-MK640739.PDF
```

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | cmendez ○ |
| Vendor Name: | J.H. COHN LLP ACCOUNTANTS & CONSULTANT |
| Invoice No.: | ~~C09P508689~~ -10 |

Batch Control #: BATCH003872
Vendor #: 02787
Invoice Date: 09/08/2009

| Loan Number | | | | GL ACCOUNT NUMBER | | | Invoice Amount |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $45,434.01 |

*Diamond Point Plaza*

$45,434.01

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | *Marie*  See Attached | |
| Add'l Approval: | *Bob* | |
| Add'l Approval: | *Roger* | Date: 10/14/45 |
| Add'l Approval: | *Veronica* | Date: |
| Add'l Approval: | *Veronica* | |

Page 1 of 1

WFB-MK640739



**J.H. COHN** LLP
*Accountants and Consultants since 1919*

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

SEP 1 4 2009

Date:             9/8/2009
Client No.        02-00302
Statement No.     10
Re:               Wells Fargo Bank, N.A., et al vs. Konover, et al.

For professional services rendered in the above-referenced matter for the period
July 1 through July 31, 2009

Review and analysis of documents and indices.  Discussions with counsel and client.
Assist counsel with discovery request.

| | | |
|---|---|---|
| Fees: | $ | 47,821.50 |
| Less:  Courtesy discount    5% | | ($2,391.08) |
| Disbursements: | | 3.58 |
| Total Due: | $ | 45,434.01 |

Wire Instructions:

          Bank of America
          Roseland NJ
          ABA Routing No.:  026009593
          Account:     J.H. Cohn LLP
          Acct#:       0147-00574-4

cc: Jeffrey L. Loyce, Esq.

Please return one copy of invoice with remittance.
Federal ID No. 22-1478099

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:     LOAN     REO     DEV
REIMB BY:   B          NONREIMB
LOAN NO.:
POOL NAME:

*Diamond Point Plaza*


**NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640740



**J.H. COHN LLP**
Accountants and Consultants since 1919

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

September 8, 2009

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Re: Wells Fargo Bank, N.A., et al v. Konover, et al.

Dear Ms. Maher:

Enclosed please find our statement for professional services rendered in the above-referenced matter for the period of July 1, 2009 through July 31, 2009.

Very truly yours,

Kevin Clancy

Kevin P. Clancy
Partner, Business Investigation Services

Enclosure

cc: Jeffrey L. Joyce, Esq.



NEXIA
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640741

Wells Fargo Bank, N.A., et al vs. Konover, et al.
Summary of Fees and Expenses
For the Period July 1, 2009 through July 31, 2009

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Frank Longobardi | Senior Partner | 1.20 | $ 600 | $ 720.00 |
| John Evanich | Partner | 13.20 | 600 | 7,920.00 |
| Kevin Clancy | Partner | 9.60 | 600 | 5,760.00 |
| Vinni Toppi | Senior Manager | 35.60 | 465 | 16,554.00 |
| Pablo Barry | Senior Accountant | 51.90 | 325 | 16,867.50 |
| | | 111.50 | | $ 47,821.50 |

**Disbursements**

| | | | |
|---|---|---|---|
| Telephone | | | 2.38 |
| Photocopies | 8 pages at $.15/page | | 1.20 |
| Total Disbursements: | | $ | 3.58 |

Total fees and disbursements    $ 47,825.08

WFB-MK640742

hhfax

12:55:9
WFB-MK640743.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Requestor: cmendez

Vendor Name: J.H. COHN LLP ACCOUNTANTS & CONSULTANT

Invoice No.: COHEN-91609

Batch Control #: BATCH003872
Vendor #: 027767
Invoice Date: 09/16/2009

| | | | | | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ | Deficiency | 13059 | - CRG20 | - 00176 | SALOMON 2000-C2 | $60,372.12 |

Diamond Point Plaza

$60,372.12

SPECIAL INSTRUCTIONS

APPROVALS
This form must be approved in accordance with the Cost Center Approval Matrix.

| | | |
|---|---|---|
| Manager's Approval: | Pipkint See Attached | |
| Add'l Approval: | Petes | Date: |
| Add'l Approval: | Moran | Date: |
| Add'l Approval: | Kostelni | |
| Add'l Approval: | Cousino | |
| Add'l Approval: | Thompson | |

WFB-MK640743



**J.H. COHN** LLP
Accountants and Consultants since 1919

*333 Thornall Street*
*Edison, NJ 08837*
*732-549-0700.*
*fax 732-549-7016*
*www.jhcohn.com*

September 16, 2009

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

SEP 2 5 2009

Re: Wells Fargo Bank, N.A., et al v. Konover, et al.

Dear Ms. Maher:

Enclosed please find our statement for professional services rendered in the above-referenced matter for the period of August 1, 2009 through August 31, 2009.

Very truly yours,

Kevin Clancy

Kevin P. Clancy
Partner, Business Investigation Services

Enclosure

cc: Jeffrey L. Joyce, Esq.



**NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640744



**J.H. COHN** LLP
*Accountants and Consultants since 1919*

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Date:            9/16/2009
Client No.       02-00302
Statement No.        11
Re:              Wells Fargo Bank, N.A., et al vs. Konover, et al.

For professional services rendered in the above-referenced matter for the period
August 1 through August 31, 2009

Review and analysis of documents and indices. Discussions with counsel and client.
Assist counsel with discovery request.

| | | |
|---|---|---|
| Fees: | $ | 62,376.50 |
| Less: Courtesy discount 5% | | ($3,118.83) |
| Disbursements: | | 1,114.44 |
| Total Due: | $ | 60,372.12 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.: 026009593
Account:        J.H. Cohn LLP
Acct#:          0147-00574-4

INVOICE APPROVED BY:
DATE: 10/8/09
EXPENSE TYPE:
SERVICING:   LOAN   REO   DEP
REIMB BY:   B   L   BD   NONREIMB
LOAN NO.:  470002 2C5
POOL NAME:

cc: Jeffrey L. Joyce, Esq.

Please return one copy of invoice with remittance.
Federal ID No. 22-1478099



**NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640745

Wells Fargo Bank, N.A., et al vs. Konover, et al.
Summary of Fees and Expenses
For the Period August 1, 2009 through August 31, 2009

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 7.70 | $ 600 | $ 4,620.00 |
| John Evanich | Partner | 8.00 | 600 | 4,800.00 |
| Vinni Toppi | Senior Manager | 45.60 | 465 | 21,204.00 |
| Pablo Barry | Senior Accountant | 97.70 | 325 | 31,752.50 |
| | | 159.00 | | $ 62,376.50 |

**Disbursements**

| | | |
|---|---|---|
| Telephone | | 67.06 |
| Travel | | 1,047.38 |
| Total Disbursements: | $ | 1,114.44 |
| | | |
| Total fees and disbursements | $ | 63,490.94 |

WFB-MK640746

hhfax

12:55:12
WFB-MK640747.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS

AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: cmendez | Batch Control #: BATCH003872 |
| Vendor Name: J.H. COHN LLP ACCOUNTANTS & CONSULTANT | Vendor #: 02767 |
| Invoice No.: 12 | Invoice Date: 10/12/2009 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | $ Deficiency 13059 - CRG20 - 00178 | SALOMON 2000-C2 | $115,763.21 |
| Diamond Point Plaza | | | | | | $115,763.21 |

**SPECIAL INSTRUCTIONS**

This form must be approved in accordance with the Cost Capital Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | See Attached | |
| Add'l Approval: Peter | | |
| Add'l Approval: Marc | (M.S.P.) | |
| Add'l Approval: Morad | M.E.V. | |
| Add'l Approval: Doolodou | | |
| Add'l Approval: Dennis | | Date: 10/12/09 |
| Add'l Approval: Thompson | | Date: |

Page 1 of 1

WFB-MK640747



**J.H. COHN** LLP
Accountants and Consultants since 1919

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

Via Federal Express

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Date:          10/12/2009
Client No.     02-00302
Statement No.     12
Re:          Wells Fargo Bank, N.A., et.al vs. Konover, et.al.

For professional services rendered in the above-referenced matter for the period
September 1 through September 30, 2009

Review and analysis of documents and indices. Discussions with counsel and client.
Assist counsel with discovery request.

| | | |
|---|---|---|
| Fees: | | $ 120,199.00 |
| Less: Courtesy discount 5.0% | | ($6,009.95) |
| Disbursements: | | 1,674.16 |
| Total Due: | | $ 116,763.21 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.:   026009593
Account:     J.H. Cohn LLP
Acct#:       0147-00574-4

cc: Jeffrey L. Joyce, Esq.

Please return one copy of invoice with remittance.
Federal ID No. 22-1478099



INVOICE APPROVED BY:
DATE:
EXPENSE TYPE
SERVICING     LOAN     REO     DED
REIMB BY:   B          NONREIMS
LOAN NO.:
POOL NAME:

**NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

**WFB-MK640748**

Wells Fargo Bank, N.A., et al vs. Konover, et al.
Summary of Fees and Expenses
For the Period September 1, 2009 through September 30, 2009

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 80.30 | $ 600 | $ 48,180.00 |
| Frank Longobardi | Partner | 2.70 | 600 | 1,620.00 |
| Vinni Toppi | Senior Manager | 18.60 | 465 | 8,649.00 |
| Jeremy Smith | Senior | 49.90 | 325 | 16,217.50 |
| Lindsay Falella | Senior | 17.30 | 325 | 5,622.50 |
| Pablo Barry | Senior Accountant | 122.80 | 325 | 39,910.00 |
| | | 291.60 | | $ 120,199.00 |

| Disbursements | | |
|---|---|---|
| Telephone | | 47.80 |
| Travel | (Hotel, train, parking, etc.) | 1,525.46 |
| Photocopies | 6 pages at $.15/page | 0.90 |
| Total Disbursements: | | $ 1,574.16 |

Total fees and disbursements $ 121,773.16

Page 2

WFB-MK640749

hhfax

12:55:15
WFB-MK640750.PDF

## ORIX Capital Markets, LLC
### LOAN LEVEL TRANSACTIONS
### AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

*Return check to Cindi M.*

| | |
|---|---|
| Requestor: | cmendez |
| Vendor Name: | J.H. COHN LLP ACCOUNTANTS & CONSULTANT |
| Invoice No.: | 13 |

| | |
|---|---|
| Batch Control #: | BATCH003872 |
| Vendor #: | 02787 |
| Invoice Date: | 11/06/2009 |

| | | | |
|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees |

$ Deficiency   13059 - CRG20 - 00178   SALOMON 2000-C2

| | |
|---|---|
| | $301,630.26 |
| | $301,630.26 |

*Diamond Point Plaza*

### AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | | |
|---|---|---|
| Manager's Approval: | | See Attached |
| Add'l Approval: | | 11-23-09 |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | Date: 11/4/9 |
| Add'l Approval: | Thompson | Date: |

*See attached*

Page 1 of 1

WFB-MK640750


**J.H. COHN** LLP

*Accountants and Consultants since 1919*

333 Thornall Street
Edison NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

**Via Federal Express**

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Date:          11/6/2009
Client No.     02-00302
Statement No.      13
Re:            Wells Fargo Bank, N.A., et al vs. Konover, et al.

For professional services rendered in the above-referenced matter for the period
October 1 through October 31, 2009

Review and analysis of document productions and deposition transcripts;
discussions with counsel and client; preparation of expert report.

| | | |
|---|---|---|
| Fees: | | $ 317,006.50 |
| Less:  Courtesy discount     5% | | ($15,850.33) |
| Disbursements: | | 474.08 |
| Total Due: | | $ 301,630.26 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.:  026009593
Account:          J.H. Cohn LLP
Acct#:            0147-00574-4

INVOICE APPROVED BY:
DATE: 11/10/09
EXPENSE TYPE:
SERVICING:   LOAN   REO   DEF
REIMB BY:  B  T  S/T  NONREIMB
LOAN NO.:
POOL NAME:

cc: Jeffrey L. Joyce, Esq.

Please return one copy of invoice with remittance.
Federal ID No. 22-1478099

**WFB-MK640751**

Wells Fargo Bank, N.A., et al vs. Konover, et al.
Summary of Fees and Expenses
For the Period October 1 through October 31, 2009

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 144.30 | $ 600 | $ 86,580.00 |
| Frank Longobardi | Partner | 5.50 | 600 | 3,300.00 |
| Vinni Toppi | Senior Manager | 196.60 | 465 | 91,419.00 |
| Jeremy Smith | Senior | 94.20 | 325 | 30,615.00 |
| Lindsay Faiella | Senior | 92.60 | 325 | 30,095.00 |
| Pablo Barry | Senior Accountant | 227.30 | 325 | 73,872.50 |
| Maria Valle | Paraprofessional | 7.50 | 150 | 1,125.00 |
| | | 768.00 | | $ 317,006.50 |

**Disbursements**

Telephone, Webex, working meals                                      474.08

Total fees and disbursements                    $ 317,480.58

WFB-MK640752

hhfax

12:55:17
WFB-MK640753.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

Requestor: amended

Vendor Name: J.H. COHN LLP-ACCOUNTANTS & CONSULTANT

Invoice No.: 14

| | | | Batch Control #: | BATCH003872 | |
|---|---|---|---|---|---|
| | | | Vendor #: | 02787 | |
| | | | Invoice Date: | 12/15/2009 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19000295 | 0 | Both | (42) Other Third Party Fees | | | $43,211.76 |
| | | | | 13059 · CRG20 | 00176 | $43,211.76 |
| | | $ Deficiency | | | SALOMON 2000-C2 | $43,211.76 |

Diamond Point Plaza

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

| | | | |
|---|---|---|---|
| Manager's Approval: | Pace | | |
| Add'l Approval: | Marc | 2-16-0 | |
| Add'l Approval: | Mollen Deane | 2/16/10 | Date: 2/01/10 |
| Add'l Approval: | Diane Deane | | Date: 2/01/10 |
| Add'l Approval: | | | |

Page 1 of 1

WFB-MK640753

 **J.H. COHN** LLP
*Accountants and Consultants since 1919*

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

**Via Federal Express**

DEC 2 9 2009

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Date:           12/15/2009
Client No.      02-00302
Statement No.   14
Re:             Wells Fargo Bank, N.A., et al vs. Konover, et al.

For professional services rendered in the above-referenced matter for the period
November 1 through November 30, 2009

Review and analysis of document productions and deposition transcripts;
discussions with counsel and client; preparation of expert report.

| | | |
|---|---|---|
| Fees: | $ | 45,365.50 |
| Less: Courtesy discount   5% | | ($2,268.28) |
| Disbursements: | | 114.53 |
| Total Due: | $ | 43,211.76 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.: 026009593
Account:         J.H. Cohn LLP
Acct#:           0147-00574-4

cc: Jeffrey L. Joyce, Esq.

Please return one copy of invoice with remittance.
Federal ID No. 22-1478099

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:   LOAN   REO   DEF
REIMB BY:  B  T  B/T   NONREIMB
LOAN NO.:
POOL NAME:

 **NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640754

**Wells Fargo Bank, N.A., et al vs. Konover, et al.**
**Summary of Fees and Expenses**
**For the Period November 1 through November 30, 2009**

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 21.10 | $ 600 | $ 12,660.00 |
| Frank Longobardi | Partner | 16.80 | 600 | 10,080.00 |
| Vinni Toppi | Senior Manager | 22.50 | 465 | 10,462.50 |
| Jeremy Smith | Senior | 27.30 | 325 | 8,872.50 |
| Pablo Barry | Senior Accountant | 8.50 | 325 | 2,762.50 |
| Stephen Salantrie | Staff | 2.20 | 240 | 528.00 |
| | | 98.40 | | $ 45,365.50 |

**Disbursements**

Telephone, Federal Express, working meals          114.53

**Total fees and disbursements**          $  45,480.03

WFB-MK640755

# ORIX Capital Markets, LLC

**SS AP TRANSMITTAL FORM**

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: cmendez

Vendor Name: J.H. COHN LLP ACCOUNTANTS & CONSULTANT

Invoice No.: 15

Batch Control #: BATCH03872
Vendor #: 02787
Invoice Date: 01/12/2010

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | $75,145.84 |
| | | | | | | $75,145.84 |

100000295    0    Both    (42) Other Third Party Fees    $    Deficiency    13059 - CRG20 - 00176    SALOMON 2000-C2

Diamond Point Plaza

**SPECIAL INSTRUCTIONS**

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _Pola_  See Attached

Add'l Approval: _____

Add'l Approval: _____    Date: _____

Add'l Approval: _____    Date: _____

Add'l Approval: _____

Add'l Approval: _____

Page 1 of 1

WFB-MK640756

How Are You Managing?℠

J.H. COHN LLP
Accountants and Consultants since 1919

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

JAN 1 4 2010 JAN 1 4 2010

**Via Federal Express**

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

| | |
|---|---|
| Date: | 1/12/2010 |
| Client No. | 02-00302 |
| Statement No. | 15 |
| Re: | Wells Fargo Bank, N.A., et al vs. Konover, et al. |

---

For professional services rendered in the above-referenced matter for the period December 1 through December 31, 2009

Review and analysis of document productions and deposition transcripts; attendance at depositions; discussions with counsel and client; preparation of expert report.

| | | |
|---|---|---|
| Fees: | | $ 78,028.00 |
| Less: Courtesy discount | 5% | ($3,901.40) |
| Disbursements: | | 1,019.24 |
| Total Due: | | $ 75,145.84 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.: 026009593
Account: J.H. Cohn LLP
Acct#: 0147-00574-4

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING: LOAN REO
REIMB BY: B B/T DEF NONREIMB
LOAN NO.:
POOL NAME:

cc: Jeffrey L. Joyce, Esq.

Please return one copy of invoice with remittance.
Federal ID No. 22-1478099

NEXIA INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

**Wells Fargo Bank, N.A., et al vs. Konover, et al.**
**Summary of Fees and Expenses**
**For the Period December 1 through December 31, 2009**

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 49.80 | $ 600 | $ 29,880.00 |
| Frank Longobardi | Partner | 19.20 | 600 | 11,520.00 |
| Vinni Toppi | Senior Manager | 3.90 | 465 | 1,813.50 |
| Jeremy Smith | Senior | 78.30 | 325 | 25,447.50 |
| Pablo Barry | Senior Accountant | 23.80 | 325 | 7,735.00 |
| Stephen Salantrie | Staff | 6.80 | 240 | 1,632.00 |
| | | 181.80 | | $ 78,028.00 |

**Disbursements**

| | | |
|---|---|---|
| Federal Express | | 11.35 |
| Telephone | | 42.18 |
| Travel | (hotel, train, taxi, parking, etc.) | 965.71 |
| Total Disbursements: | | $ 1,019.24 |
| | Total fees and disbursements | $ 79,047.24 |

WFB-MK640758