# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: cmendz

Vendor Name: J.H. COHN LLP ACCOUNTANTS & CONSULTANT

Invoice No.: 17

Batch Control #: BATCH003872
Vendor #: 02787
Invoice Date: 02/08/2010

590000295    0    Both    S    Deficiency   13059 - CRG20 - 00176    SALOMON 2000-C2

(36) Legal Fees

Diamond Point Plaza

$48,878.33

$48,878.33

SPECIAL INSTRUCTIONS

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _____ See Attached

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Add'l Approval: _____

Date: 4/5/10
Date: _____

Page 1 of 1

WFB-MK640759



**J.H. COHN LLP**
Accountants and Consultants since 1919

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

**Via Federal Express**

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

FEB 1 7 2010

| | |
|---|---|
| Date: | 2/8/2010 |
| Client No. | 02-00302 |
| Statement No. | 17 |
| Re: | Wells Fargo Bank, N.A., et al vs. Konover, et al. |

For professional services rendered in the above-referenced matter for the period
January 1 through January 31, 2010

Review and analysis of document productions and deposition transcripts;
attendance at depositions; discussions with counsel and client; preparation of expert report.

| | | | |
|---|---|---|---|
| Fees: | | $ | 51,400.50 |
| Less: Courtesy discount | 5% | | ($2,570.03) |
| Disbursements: | | | 47.85 |
| Total Due: | | $ | 48,878.33 |

Wire Instructions:

Bank of America
Roseland NJ.
ABA Routing No.: 026009593
Account: J.H. Cohn LLP
Acct#: 0147-00574-4

cc: Jeffrey L. Joyce, Esq.

Please return one copy of invoice with remittance.
Federal ID No. 22-1478099



NEXIA
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640760

Wells Fargo Bank, N.A., et al vs. Konover, et al.
Summary of Fees and Expenses
For the Period January 1 through January 31, 2010

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 27.00 | $ 600 | $ 16,200.00 |
| Frank Longobardi | Partner | 6.70 | 600 | 4,020.00 |
| Vinni Toppi | Senior Manager | 24.70 | 465 | 11,485.50 |
| Jeremy Smith | Senior | 18.50 | 325 | 6,012.50 |
| Pablo Barry | Senior Accountant | 42.10 | 325 | 13,682.50 |
| | | 119.00 | | $ 51,400.50 |

**Disbursements**

| | | |
|---|---|---|
| Federal Express | | 9.88 |
| Telephone | | 28.97 |
| Photocopies | 90 pages at $.10/page | 9.00 |
| Total Disbursements: | | $ 47.85 |

| | | |
|---|---|---|
| Total fees and disbursements | $ 51,448.35 |

WFB-MK640761

hhfax

12:55:25
WFB-MK640762.PDF

MAR 2 2 2010

M&

# ORIX Capital Markets, LLC

SS AP TRANSMITTAL FORM

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

Requestor: cmdiazz

Vendor Name: J.H. COHN LLP ACCOUNTANTS & CONSULTANT

Invoice No.: 18

Batch Control #: BATCH003872

Vendor #: 02787

Invoice Date: 03/11/2010

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | | | Deficiency | 13059 | CRG20 | 00176 | SALOMON 2000-C2 | $37,996.58 |
| | Both | (42) Other Third Party Fees | $ | | | | | $37,996.58 |

Demand Point Plaza

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _Rafael_    See Attached

Add'l Approval: _Jesus Ojeda_  4/9/10

Add'l Approval: _Maria_

Add'l Approval: _Boone_    Date: 4/9/10

Add'l Approval: _____    Date: _____

Add'l Approval: _____

WFB-MK640762



**J.H. COHN LLP**
*Accountants and Consultants since 1919*

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

**Via Federal Express**

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

MAR 2 2 2010

Date:          3/11/2010
Client No.     02-00302
Statement No.  18
Re:            Wells Fargo Bank, N.A., et al vs. Konover, et al.

For professional services rendered in the above-referenced matter for the period
February 1 through February 28, 2010

Review and analysis of document productions and deposition transcripts;
attendance at depositions; discussions with counsel and client; preparation of expert report.

| | | |
|---|---|---|
| Fees: | $ | 39,938.00 |
| Less:  Courtesy discount     5% | | ($1,996.90) |
| Disbursements: | | 55.48 |
| Total Due: | $ | 37,996.58 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.:  026009593
Account:          J.H. Cohn LLP
Acct#:            0147-00574-4

cc: Jeffrey L. Joyce, Esq.

Please return one copy of invoice with remittance.
Federal ID No. 22-1478099

INVOICE APPROVED BY: _____
DATE: 4/16/10
EXPENSE TYPE: _____ 03P14
SERVICING:   LOAN   REO   DEP
REIMB BY:  B  T  (B/T)   NONREIMB
LOAN NO.: 19000795
POOL NAME: _____


**NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640763

Wells Fargo Bank, N.A., et al vs. Konover, et al.
Summary of Fees and Expenses
For the Period February 1 through February 28, 2010

| Name of Professional | Level | Hours | Rate * | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 22.70 | $ 620 | $ 14,074.00 |
| Frank Longobardi | Partner | 8.00 | 620 | 4,960.00 |
| Vinni Toppi | Senior Manager | 6.70 | 475 | 3,182.50 |
| Jeremy Smith | Senior | 3.30 | 335 | 1,105.50 |
| Pablo Barry | Senior Accountant | 49.60 | 335 | 16,616.00 |
| | | 90.30 | | $ 39,938.00 |

**Disbursements**

| | | |
|---|---|---|
| Federal Express | | 9.83 |
| Telephone | | 24.15 |
| Parking | | 21.50 |
| Total Disbursements: | $ | 55.48 |

| | | |
|---|---|---|
| Total fees and disbursements | $ | 39,993.48 |

\* Reflects the Firm's normal 2/1 rate increase.

WFB-MK640764

```
hhfax
```

12:55:28
WFB-MK640765.PDF

MAY 2 6 2010

# ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

| | |
|---|---|
| Requestor: cmende | Batch Control #: BATCH003872 |
| Vendor Name: J.H. COHN LLP ACCOUNTANTS & CONSULTANT | Vendor #: 02787 |
| Invoice No.: 19 | Invoice Date: 05/20/2010 |

| | | | G/L ACCOUNT NUMBER | |
|---|---|---|---|---|
| Money Refund | Expense Defease | SS Servicing Advance/Non-Recoverable | the Sub Code Account Bus Unit Contract | TOTAL |
| 190000295  0  Both  (42) Other Third Party Fees | $ Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $10,899.48 |
| | | | | $10,899.48 |

Diamond Point Plaza

AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix
See Attached

| | | |
|---|---|---|
| Manager's Approval: | | |
| Add'l Approval: Paul | | Date: 9/26/10 |
| Add'l Approval: Brian | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

WFB-MK640765



**J.H. COHN** LLP
*Accountants and Consultants since 1919*

*333 Thornall Street*
*Edison, NJ 08837*
*732-549-0700*
*fax 732-549-7016*
*www.jhcohn.com*

**Via Federal Express**

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX  75201

MAY 2 6 2010

Date:           5/20/2010
Client No.      02-00302
Statement No.        19
Re:             Wells Fargo Bank, N.A., et al vs. Konover, et al.

For professional services rendered in the above-referenced matter for the period March 1, 2010
through April 30, 2010 (as per attached summary).

Review and analysis of document productions and deposition transcripts;
attendance at depositions; discussions with counsel and client; preparation of expert report.

| | | |
|---|---|---|
| Fees: | $ | 11,457.50 |
| Less: Courtesy discount        5% | | ($572.88) |
| Disbursements: | | 14.85 |
| Total Due: | $ | 10,899.48 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.:  026009593
Account:      J.H. Cohn LLP
Acct#:        0147-00574-4

cc:  Jeffrey L. Joyce, Esq.

Please return one copy of invoice with remittance.

Federal ID No. 22-1478099



J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640766

Wells Fargo Bank, N.A., et al vs. Konover, et al.
Summary of Fees and Expenses
For the Period March 1, 2010 through April 30, 2010

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 8.70 | $ 620 | $ 5,394.00 |
| Pablo Barry | Senior Accountant | 18.10 | 335 | 6,063.50 |
| | | 26.80 | | $ 11,457.50 |

**Disbursements**

| | | |
|---|---|---|
| Federal Express | | 9.92 |
| Telephone | | 4.93 |
| Total Disbursements: | $ | 14.85 |
| Total fees and disbursements | $ | 11,472.35 |

INVOICE APPROVED BY:
DATE: 1/23/13
EXPENSE TYPE:                         0030-1
SERVICING:   LOAN   REO   OEF
REIMB BY:   B   T   B/P   NONREIMB
LOAN NO.:   190000295
POOL NAME:                 544-500-12

WFB-MK640767

hhfax

12:55:30
WFB-MK640768.PDF

AUG 2 4 2010

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

**SS AP TRANSMITTAL FORM**

| | |
|---|---|
| Requestor: | cmendez |
| Vendor Name: | J.H. COHN LLP ACCOUNTANTS & CONSULTANT |
| Invoice No.: | 20 |

| | |
|---|---|
| Batch Control #: | BATCH003872 |
| Vendor #: | 02787 |
| Invoice Date: | 07/28/2010 |

| Loan Number | Property Rent Number | Reimb by | Both | (42) Other Third Party Fees | Expense Category | Src Servicing | GL ACCOUNT NUMBER Advance / Non Advance / Business / Contract | Amount | Date Name | AMOUNT (Use Comma and Decimal) |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | | | | | | 13059 - CRG20 - 00176 | | SALOMON 2000-C2 | $3,156.89 |
| | | | | $ Deficiency | | | | | | $3,156.89 |

Richmond Mount Plaza

**SPECIAL INSTRUCTIONS:**

**AUTHORIZATION**

This form must be approved in accordance with the Cost Center Approval Matrix

See Attached

| | | |
|---|---|---|
| Manager's Approval: | | Date: |
| Add'l Approval: | | Date: |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |
| Add'l Approval: | | |

Page 1 of 1

WFB-MK640768


**J.H. COHN LLP**
Accountants and Consultants since 1919

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

AUG 2 5 2010

*Diamond Point*

**Via Federal Express**

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Date:         7/28/2010
Client No.    02-00302
Statement No.        20
Re:           Wells Fargo Bank, N.A., et al vs. Konover, et al.

For professional services rendered in the above-referenced matter for the period May 1, 2010
through June 30, 2010 (as per attached summary).

Review and analysis of document productions and deposition transcripts;
attendance at depositions; discussions with counsel and client; preparation of expert report.

|  | | | |
|---|---|---|---|
| Fees: | | $ | 3,312.50 |
| Less:  Courtesy discount | 5% | | ($165.63) |
| Disbursements: | | | 10.01 |
| Total Due: | | $ | 3,156.89 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.:  026009593
Account:          J.H. Cohn LLP
Acct#:            0147-00574-4

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:
SERVICING:  LOAN     REO     REF
REIMB BY:  B  T  B/T  NONREIMB
LOAN NO.:
POOL NAME:

cc: Jeffrey L. Joyce, Esq.

Please return one copy of invoice with remittance.

Federal ID No. 22-1478099

**NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640769

**Wells Fargo Bank, N.A., et al vs. Konover, et al.**
**Summary of Fees and Expenses**
**For the Period May 1, 2010 through June 30, 2010**

| Name of Professional | Level | Hours | Rate | | Fees |
|---|---|---|---|---|---|
| Kevin Clancy | Partner | 3.30 | $ 620 | $ | 2,046.00 |
| Frank Longobardi | Partner | 1.20 | 620 | | 744.00 |
| Vinni Toppi | Senior Manager | 1.10 | 475 | | 522.50 |
| | | 5.60 | | $ | 3,312.50 |

**Disbursements**

| | | | | | |
|---|---|---|---|---|---|
| Federal Express | | | | | 10.01 |
| Total Disbursements: | | | | $ | 10.01 |
| | Total fees and disbursements | | | $ | 3,322.51 |

WFB-MK640770

hhfax

12:55:33
WFB-MK640771.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

| | |
|---|---|
| Requestor: | cmendez |
| Vendor Name: | J.H. COHN LLP ACCOUNTANTS & CONSULTANT |
| Invoice No.: | 21 |

| | |
|---|---|
| Batch Control #: | BATCH003872 |
| Vendor #: | 02787 |
| Invoice Date: | 09/13/2010 |

| Loan<br>Number | Prop Bldg<br>Number | Expense<br>Category | Subcategory | Spread<br>Y/N | G/L Account Number<br>XX-XXXX-XXXX-XXXX | Plan<br>Name | Amount<br>(No Commas and Decimal) |
|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $45,859.14 |
| | | | | | | | $45,859.14 |

Drummond Point Plaza

MB

---

## AUTHORIZATION
This form must be approved in accordance with the Cost Center Approval Matrix

| | | | |
|---|---|---|---|
| Manager's Approval: | | See Attached | |
| Add'l Approval: | | | Date: 10/14/10 |
| Add'l Approval: | | | Date: |
| Add'l Approval: | | | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

WFB-MK640771


**J.H. COHN** LLP
Accountants and Consultants since 1919

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

**Via Federal Express**

SEP 1 5 2010

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

| | |
|---|---|
| Date: | 9/13/2010 |
| Client No. | 02-00302 |
| Statement No. | 21 |
| Re: | Wells Fargo Bank, N.A., et al vs. Konover, et al. |

For professional services rendered in the above-referenced matter for the period July 1, 2010
through August 31, 2010 (as per attached summary).

Review and analysis of document productions and deposition transcripts;
attendance at depositions; discussions with counsel and client; preparation of expert report.

| | | | |
|---|---|---|---|
| Fees: | | $ | 48,239.50 |
| Less: Courtesy discount | 5% | | ($2,411.98) |
| Disbursements: | | | 31.61 |
| Total Due: | | $ | 45,859.14 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.: 026009593
Account:     J.H. Cohn LLP
Acct#:        0147-00574-4

cc: Jeffrey L. Joyce, Esq.

Please return one copy of invoice with remittance.

Federal ID No. 22-1478099

NEXIA
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640772

Wells Fargo Bank, N.A., et al vs. Konover, et al.
Summary of Fees and Expenses
For the Period July 1, 2010 through August 31, 2010

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 5.10 | $ 620 | $ 3,162.00 |
| Frank Longobardi | Partner | 1.50 | 620 | 930.00 |
| Patrick Duffany | Tax Partner | 5.50 | 620 | 3,410.00 |
| Vinni Toppi | Senior Manager | 12.20 | 475 | 5,795.00 |
| Brian Goulet | Tax Manager | 6.10 | 460 | 2,806.00 |
| Lindsay Faiella | Senior | 77.70 | 335 | 26,029.50 |
| Maria Valle | Paraprofessional | 39.40 | 155 | 6,107.00 |
| | | 147.50 | | $ 48,239.50 |

**Disbursements**

| | | |
|---|---|---|
| Federal Express | | 10.93 |
| Telephone | | 20.68 |
| Total Disbursements: | $ | 31.61 |

|  | | |
|---|---|---|
| **Total fees and disbursements** | $ | 48,271.11 |

WFB-MK640773

hhfax

12:55:35
WFB-MK640774.PDF

# ORIX Capital Markets, LLC

## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

OCT 19 2010

**Requestor:** cmendez

**Vendor Name:** J.H. COHN LLP ACCOUNTANTS & CONSULTANT

**Invoice No.:** 22

**Batch Control #:** BATCH003872

**Vendor #:** 02787

**Invoice Date:** 10/11/2010

| Loan Number | Property Number | Reimb By | Expense Category | Svc Ind | Servicing Sub Code | G/L Account Deficiency | ACCOUNT NUMBER Account Bus. Seg. | Contract XXXXX | Deal Name | AMOUNT (Use Commas and Decimals) |
|---|---|---|---|---|---|---|---|---|---|---|
| 190000295 | 0 | Both | (42) Other Third Party Fees | S | Deficiency | 13059 - CRG20 - 00176 | | | SALOMON 2000-C2 | $19,494.38 |
| | | | | | | | | | | $19,494.38 |

Diamond Point Plaza

## SPECIAL INSTRUCTIONS:

## AUTHORIZATION:
This form must be approved in accordance with the Cost Center Approval Matrix

| | See Attached | | | |
|---|---|---|---|---|
| Manager's Approval: | | | | |
| Add'l Approval: | | | Date: | 10/6/10 |
| Add'l Approval: | | | Date: | |
| Add'l Approval: | | 10.29.10 | | |
| Add'l Approval: | | | | |
| Add'l Approval: | | | | |

Page 1 of 1

WFB-MK640774



**J.H. COHN** LLP
Accountants and Consultants since 1919

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

**Via Federal Express**

OCT 1 9 2010

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Date:            10/11/2010
Client No.       02-00302
Statement No.         22
Re:              Wells Fargo Bank, N.A., et al vs. Konover, et al.

For professional services rendered in the above-referenced matter for the period September 1, 2010
through September 30, 2010 (as per attached summary).

Review and analysis of document productions and deposition transcripts;
attendance at depositions; discussions with counsel and client; preparation of expert report.

| | | |
|---|---|---|
| Fees: | $ | 20,510.00 |
| Less: Courtesy discount     5% | | ($1,025.50) |
| Disbursements: | | 9.88 |
| Total Due: | $ | 19,494.38 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.:  026009593
Account:      J.H. Cohn LLP
Acct#:        0147-00574-4

cc: Jeffrey L. Joyce, Esq.

INVOICE APPROVED BY:
DATE:
EXPENSE TYPE:     LOAN   REO   DEF
SERVICING:
REIMB BY:   B  T     NONREIMB
LOAN NO.:
POOL NAME:

Please return one copy of invoice with remittance.

Federal ID No. 22-1478099

**NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640775

**Wells Fargo Bank, N.A., et al vs. Konover, et al.**
**Summary of Fees and Expenses**
**For the Period September 1, 2010 through September 30, 2010**

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---|---|---|
| Kevin Clancy | Partner | 17.30 | $ 620 | $ 10,726.00 |
| Frank Longobardi | Partner | 0.50 | 620 | 310.00 |
| Vinni Toppi | Senior Manager | 6.20 | 475 | 2,945.00 |
| Lindsay Faiella | Senior | 14.40 | 335 | 4,824.00 |
| Robin Raff | Paraprofessional | 11.00 | 155 | 1,705.00 |
| | | 49.40 | | $ 20,510.00 |

**Disbursements**

| | | |
|---|---|---|
| Federal Express | | 9.88 |
| Total Disbursements: | $ | 9.88 |
| **Total fees and disbursements** | $ | **20,519.88** |

WFB-MK640776

hhfax

12:55:38
WFB-MK640777.PDF

DEC 08 2010

# OrIX Capital Markets, LLC
## LOAN LEVEL TRANSACTIONS
## AUTHORIZATION FOR PAYMENT

## Return Check to Cindi – Ext 2270

Requestor: cmendez

Vendor Name: J.H. COHN LLP ACCOUNTANTS & CONSULTANT

Invoice No.: 23

Batch Control #: BATCH003872

Vendor #: 02787

Invoice Date: 11/09/2010

190000295    0    Both    (42) Other Third Party Fees    S    Deficiency  13059  -  CRG20  -  00176    SALOMON 2000-C2    $13,053.47

$13,053.47

_Diamond Point Plaza_

This form must be approved in accordance with the Cost Center Approval Matrix

Manager's Approval: _____

Add'l Approval: _____  See Attached

Add'l Approval: _____  Date: _____

Add'l Approval: _____  May Deeg 12-15-10    Date: _____ 12/17/10

Add'l Approval: _____

Add'l Approval: _____

WFB-MK640777



**J.H. COHN** LLP
Accountants and Consultants since 1919

*333 Thornall Street*
*Edison, NJ 08837*
*732-549-0700*
*fax 732-549-7016*
*www.jhcohn.com*

**Via Federal Express**

OCT 03 2010

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

| | |
|---|---|
| Date: | 11/9/2010 |
| Client No. | 02-00302 |
| Statement No. | 23 |
| Re: | Wells Fargo Bank, N.A., et al vs. Konover, et al. |

For professional services rendered in the above-referenced matter for the period October 1, 2010 through October 31, 2010 (as per attached summary).

Review and analysis of document productions and deposition transcripts; attendance at depositions; discussions with counsel and client; preparation of expert report.

| | | | | |
|---|---|---|---|---|
| Fees: | | | $ | 13,730.00 |
| Less: Courtesy discount | 5% | | | ($686.50) |
| Disbursements: | | | | 9.97 |
| Total Due: | | | $ | 13,053.47 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.: 026009593
Account: J.H. Cohn LLP
Acct#: 0147-00574-4

cc: Jeffrey L. Joyce, Esq.

Please return one copy of invoice with remittance.

Federal ID No. 22-1478099

**NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640778

**Wells Fargo Bank, N.A., et al vs. Konover, et al.**
**Summary of Fees and Expenses**
**For the Period October 1, 2010 through October 31, 2010**

| Name of Professional | Level | Hours | Rate | | Fees |
|---|---|---|---|---|---|
| Kevin Clancy | Partner | 4.10 | $ 620 | $ | 2,542.00 |
| Vinni Toppi | Senior Manager | 11.00 | 475 | | 5,225.00 |
| Lindsay Faiella | Senior | 17.80 | 335 | | 5,963.00 |
| | | 32.90 | | $ | 13,730.00 |

**Disbursements**

| | | |
|---|---|---|
| Federal Express | | 9.97 |
| Total Disbursements: | $ | 9.97 |
| | | |
| **Total fees and disbursements** | $ | **13,739.97** |

WFB-MK640779

hhfax

12:55:40
WFB-MK640780.PDF

# ORIX Capital Markets, LLC

LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

## SS AP TRANSMITTAL FORM

| | | |
|---|---|---|
| Requestor: | cmendez | Batch Control #: BATCH003872 |
| Vendor Name: | J.H. COHN LLP ACCOUNTANTS & CONSULTANT | Vendor #: 02787 |
| Invoice No: | 24 | Invoice Date: 12/14/2010 |

| Loan Number | Escrow/Reserve Number | Escrow or Both | Expense Category | Service Type (Deficiency or Both) | GL Account Number (must begin with 999x) | Deal Name | Amount (Use Comments and Details) |
|---|---|---|---|---|---|---|---|
| 19N000295 | 0 | Both | (42) Other Third Party Fees | S  Deficiency | 13059 - CRG20 - 00176 | SALOMON 2000-C2 | $6,508.96 |
| | | | | | | | $6,508.96 |

_Raymond Post_

SPECIAL INSTRUCTIONS:

This form must be approved in accordance with the Cost Center Approval Matrix

| | | | |
|---|---|---|---|
| Manager's Approval: | _Pates_ | See Attached | |
| Add'l Approval: | | | Date: _11/08/11_ |
| Add'l Approval: | | | Date: _____ |
| Add'l Approval: | | | |
| Add'l Approval: | | | |
| Add'l Approval: | | | |

WFB-MK640780



**J.H. COHN LLP**
*Accountants and Consultants since 1919*

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

**Via Federal Express**

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

| | |
|---|---|
| Date: | 12/14/2010 |
| Client No. | 02-00302 |
| Statement No. | 24 |
| Re: | Wells Fargo Bank, N.A., et al vs. Konover, et al. |

For professional services rendered in the above-referenced matter for the period November 1, 2010 through November 30, 2010 (as per attached summary).

Review and analysis of document productions and deposition transcripts; attendance at depositions; discussions with counsel and client; preparation of expert report.

| | | | | |
|---|---|---|---|---|
| Fees: | | | $ | 6,841.00 |
| Less: Courtesy discount | 5% | | | ($342.05) |
| Disbursements: | | | | 10.01 |
| Total Due: | | | $ | 6,508.96 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.: 026009593
Account: J.H. Cohn LLP
Acct#: 0147-00574-4

cc: Jeffrey L. Joyce, Esq.

Date: 12\1\11   Approved by: _____
Expense Type: DSD   Litigation: ✓
Servicing Type: Special   Deficiency: ✓
Loan #: 19-0000295 Pool: SBM 500-02
Reimb: Funds in Suspense___ Borrower/Trust ✓
Borrower___ Trust___ Non (explain below)___
Notes: _____

Please return one copy of invoice with remittance.

Federal ID No. 22-1478099

**NEXIA**
INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

WFB-MK640781

**Wells Fargo Bank, N.A., et al vs. Konover, et al.**
**Summary of Fees and Expenses**
**For the Period November 1, 2010 through November 30, 2010**

| Name of Professional | Level | Hours | Rate | | Fees |
|---|---|---|---|---|---|
| Kevin Clancy | Partner | 6.80 | $ 620 | $ | 4,216.00 |
| Vinni Toppi | Senior Manager | 2.00 | 475 | | 950.00 |
| Jeremy Smith | Senior | 2.20 | 335 | | 737.00 |
| Lindsay Faiella | Senior | 2.80 | 335 | | 938.00 |
| | | 13.80 | | $ | 6,841.00 |

**Disbursements**

| | | |
|---|---|---|
| Federal Express | | 10.01 |
| Total Disbursements: | $ | 10.01 |
| | | |
| **Total fees and disbursements** | $ | **6,851.01** |

WFB-MK640782