ORIX Capital Markets, LLC
LOAN LEVEL TRANSACTIONS
AUTHORIZATION FOR PAYMENT

SS AP TRANSMITTAL FORM

Litigation Invoice

| Requested By: | CMENDEZ | | Invoice Amount: | $7,117.13 |
| --- | --- | --- | --- | --- |
| Vendor Name: | J.H. COHN LLP ACCOUNTANTS & CONSULTANTS | | Vendor Number: | 0002787 |
| Invoice Number: | 25 | | Invoice Date: | 5/13/2011 |
| Payment Method: | ORIX Payment by Check | | Date Entered: | 5/23/2011 |

| Loan Number | Borrower | Reimb By | Expense Category | G/L Account Number | Pool Name | Amount | Status |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 19000D295 | Diamond Point Plaza LP | Borrower / Trust | Third Party Property Mgmt. Fees | 13052CRG20001764001 | SALOMON 2000-C2 | $7,117.13 | Deficiency |

SPECIAL INSTRUCTIONS

AUTHORIZATION

This form must be approved in accordance with the Cost Center Approval Matrix
See Attached

Brittany Maher                                                   Date

_signature_                          _signature_

Return Check To Requestor  ☐

WFB-MK640783



**J.H. COHN LLP**
Accountants and Consultants since 1919

333 Thornall Street
Edison, NJ 08837
732-549-0700
fax 732-549-7016
www.jhcohn.com

How Are You Managing?℠

MAY 2 3 2011

**Via Federal Express**

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

*Diamond Point*

| | |
|---|---|
| Date: | 5/13/2011 |
| Client No. | 02-00302 |
| Statement No. | 25 |
| Re: | Wells Fargo Bank, N.A., et al vs. Konover, et al. |

For professional services rendered in the above-referenced matter for the period December 1, 2010 through April 30, 2011 (as per attached summary).

Review and analysis of document productions and deposition transcripts; attendance at depositions; discussions with counsel and client; preparation of expert report.

| | | | |
|---|---|---|---|
| Fees: | | $ | 7,474.50 |
| Less: Courtesy discount | 5% | | ($373.73) |
| Disbursements: | | | 16.35 |
| Total Due: | | $ | 7,117.13 |

Wire Instructions:

Bank of America
Roseland NJ
ABA Routing No.: 026009593
Account:  J.H. Cohn LLP
Acct#:  0147-00574-4

cc: Jeffrey L. Joyce, Esq.

Please return one copy of invoice with remittance.

Federal ID No. 22-1478099

**NEXIA** INTERNATIONAL

J.H. Cohn LLP is a member of Nexia International, a worldwide network of independent accounting and consulting firms.

**WFB-MK640784**

Wells Fargo Bank, N.A., et al vs. Konover, et al.
Summary of Fees and Expenses
For the Period December 1, 2010 through April 30, 2011

| Name of Professional | Level | Hours | Rate | | Fees |
|---|---|---|---|---|---|
| Kevin Clancy | Partner | 2.40 | $ 620 | | $ 1,488.00 |
| Kevin Clancy | Partner | 3.00 | 650 | * | 1,950.00 |
| Frank Longobardi | Partner | 1.00 | 650 | * | 650.00 |
| Vinni Toppi | Senior Manager | 2.80 | 475 | | 1,330.00 |
| Vinni Toppi | Senior Manager | 1.50 | 500 | * | 750.00 |
| Lindsay Faiella | Senior | 3.90 | 335 | | 1,306.50 |
| | | 14.60 | | | $ 7,474.50 |

**Disbursements**
Federal Express 10.15
Telephone 6.20
Total Disbursements: $ 16.35

Total fees and disbursements $ 7,490.85

* Reflects the Firm's normal 2/1 rate increase.

WFB-MK640785