# COHN⑴REZNICK

ACCOUNTING • TAX • ADVISORY

333 Thornall Street
Edison NJ 08837-2220
------------------------------
732-549-0700
fax 732-549-7016
cohnreznick.com

**Via Federal Express**

~New Vendor~
NOV 2 0 2012

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

| | |
|---|---|
| Date: | 11/15/2012 |
| Client No. | 02-00302 |
| Statement No. | 26 |
| Re: | Wells Fargo Bank, N.A., et al vs. Konover, et al. |

*Diamond Point-Plaza*

For professional services rendered in the above-referenced matter for the period September 28, 2012 through October 31, 2012 (as per attached summary).

Review and analysis of document productions and deposition transcripts; attendance at depositions; discussions with counsel and client; preparation of expert report.

| | | | | |
|---|---|---|---|---|
| Fees: | | | $ | 15,966.00 |
| Less: Courtesy discount | 5% | | | ($798.30) |
| Disbursements: | | | | 27.75 |
| Total Due: | | | $ | 15,195.45 |

Wire Instructions:

M&T Bank
ABA Routing No.: 022000046
Account: CohnReznick LLP
Acct#: 9850009110
Swift Code MANTUS33

cc: Jeffrey L. Joyce, Esq.

Date: 12/11/12   Approved by: Shaha
Expense Type: O2P   Litigation: ✓
Servicing Type: Special   Deficiency
Loan #: A0000245 Pool: 584500-C2
Reimb: Funds in Suspense___ Borrower/Trust ✓
Borrower___ Trust___ Non (explain below)___
Notes:

Please return one copy of invoice with remittance.

Federal ID No. 22-1478099

**WFB-MK640786**

**Wells Fargo Bank, N.A., et al vs. Konover, et al.**
**Summary of Fees and Expenses**
**For the Period September 28, 2012 through October 31, 2012**

| Name of Professional | Level | Hours | Rate | | Fees |
|---|---|---|---|---|---|
| Kevin Clancy | Partner | 10.50 | $ 670 | $ | 7,035.00 |
| Frank Longobardi | Partner | 6.50 | 670 | | 4,355.00 |
| Vinni Toppi | Senior Manager | 8.80 | 520 | | 4,576.00 |
| | | 25.80 | | $ | 15,966.00 |

**Disbursements**
Travel

   Total Disbursements:        27.75

                                             $     27.75

                    **Total fees and disbursements**    $     **15,993.75**

\* Reflects the Firm's normal 2/1 rate increase.

WFB-MK640787



# COHN❖REZNICK

ACCOUNTING ❖ TAX ❖ ADVISORY

333 Thornall Street
Edison NJ 08837-2220
-----------------------------
732-549-0700
fax 732-549-7016
cohnreznick.com

Ms. Brittany Maher
Orix Usa Corporation
1717 Main Street, Suite 900
Dallas, TX 75201

Date:            2/12/2013
Client No.       02-00302
Statement No.         27
Re:              Wells Fargo Bank, N.A., et al vs. Konover, et al.

---

For professional services rendered in the above-referenced matter for the period November 1, 2012
through January 31, 2013 (as per attached summary).

|  |  |  |
|---|---|---|
| Fees: | | $      7,389.00 |
| Less: Courtesy discount | 5% | (369.45) |
| Disbursements: | | 25.20 |
| Total Due: | | $      7,044.75 |

Wire Instructions:

M&T Bank
25 S. Charles Street
Baltimore, Maryland 21201
ABA Routing No.:  022000046
Account:       CohnReznick LLP
Acct#:         9850009110
Swift Code MANTUS33

cc: Jeffrey L. Joyce, Esq.

Please return one copy of invoice with remittance.

Federal ID No. 22-1478099

**WFB-MK641717**

| Date | Professional | Activity | Description | Hours | Code | Fee |
|------|-------------|----------|-------------|-------|------|-----|
| 11/30/12 | Kevin P. Clancy | Gen corres rev | Research question from counsel. | 0.60 | A | $ 402.00 |
| 12/28/12 | Kevin P. Clancy | Gen tel conf | Discussions with counsel re: fee submission. | 0.20 | B | 134.00 |
| 12/28/12 | Kevin P. Clancy | Gen corres | Review historical fee records and discuss materials for court submission with staff. | 1.50 | B | 1,005.00 |
| 01/04/13 | Kevin P. Clancy | Gen corres | Review status of fee analysis for court filing. | 0.50 | B | 335.00 |
| 01/07/13 | Kevin P. Clancy | Gen corres | Review fee analysis and discuss with staff. | 2.50 | B | 1,675.00 |
| 01/03/13 | Maria Valle | Br case admin | Prepare consolidated time analysis. | 1.00 | B | 180.00 |
| 11/28/12 | Maria Valle | Br case admin | Respond to client's request for W-9 form | 0.10 | C | 18.00 |
| 01/04/13 | Vinni Toppi | Forensic acctg | Prepare detailed time analysis. | 4.00 | B | 2,080.00 |
| 01/07/13 | Vinni Toppi | Forensic acctg | Prepare detailed time analysis. | 3.00 | B | 1,560.00 |
| | | | | 13.40 | | $7,389.00 |

| Code | Description | Hours | Fees |
|------|-------------|-------|------|
| A | Review correspondence from Counsel and research matter. | 0.60 | $ 402.00 |
| B | Prepare fee summary and analysis requested by Counsel. | 12.70 | 6,969.00 |
| C | Case Administration | 0.10 | 18.00 |
| | | 13.40 | $7,389.00 |

WFB-MK641719